ATTACHMENT TO CIVIL COVER SHEET

Securities and Exchange Commission,

Plaintiff,

v.

STEFAN QIN, VIRGIL TECHNOLOGIES LLC,
MONTGOMERY TECHNOLOGIES LLC,
VIRGIL QUANTITATIVE RESEARCH, LLC,
VIRGIL CAPITAL LLC, and
VQR PARTNERS LLC,

Defendants.

I. (c) Attorneys

*Attorneys for Plaintiff*

ERIN SCHNEIDER (Cal. Bar No. 216114)
MONIQUE WINKLER (Cal. Bar No. 213031)
A. KRISTINA LITTMAN (NJ Bar No. 04350-2005)
SUSAN LAMARCA (Cal. Bar No. 215231)
STEVEN BUCHHOLZ (Cal. Bar No. 202638)
FITZANN REID (NY Bar No. 5084751)
AMANDA STRAUB (NY Bar No. 4396982)

SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 28th Floor
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501