# EXHIBIT 4

# DECLARATION OF FITZANN R. REID

# RECORDS IDENTIFYING STEFAN QIN

**STANDARD FORM OF CONDOMINIUM APARTMENT LEASE**
THE REAL ESTATE BOARD OF NEW YORK, INC.
©Copyright 1995. All Rights Reserved. Reproduction in whole or in part prohibited

CAL/9®5

**PREAMBLE:** This Lease contains the agreements between You and Owner concerning the rights and obligations of each party. You and Owner have other rights and obligations which are set forth in government laws and regulations.

You should read this Lease carefully. If You have any questions, or if You do not understand any words or statements, get clarification. Once You and Owner sign this Lease, You and Owner will be presumed to have read it and understood it. You and Owner admit that all agreements between You and Owner have been written into this Lease except for obligations arising under the Condominium Documents (as defined in Article 4). You understand that any agreements made before or after this Lease was signed and not written into it will not be enforceable.

THIS LEASE is made as of Sptember 12, 2019 between
            month            day            year
Owner, the Lessor, 50 West Development II LLC
whose address is _____ and
You, the Lessee, Stefan Qin
whose address is _____

1. **APARTMENT AND USE**

   Owner agrees to lease to You Condominium Unit ____ (the "Apartment") on the ____ floor in the condominium apartment building at ____, Borough of ____, City and State of New York, which is known as the ____ Condominium (the "Condominium"). You shall use the Apartment for living purposes only. The Apartment may be occupied only by You and the following Permitted Occupants: none

   You acknowledge that: (i) this Lease may not commence until the Condominium has waived any first refusal rights that it may have with respect to this Lease; and (ii) no other person other than You and the Permitted Occupants may reside in the Apartment without the prior written consent of the Owner and the Condominium.

2. **LENGTH OF LEASE**

   The term (that means the length) of this Lease will begin on October 1st, 2019 and will end on September 30th, 2020. If You do not do everything You agree to do in this Lease, Owner may have the right to end this Lease before the ending date. If Owner does not do everything that Owner agrees to do in this Lease, You may have the right to end the Lease before the ending date. You acknowledge that the term of this Lease may be reduced as authorized by Article 6.

3. **RENT**

   Your monthly rent for the Apartment is $ 23,000.00 ____. You must pay Owner the rent, in advance, on the first day of each month either to Owner at the above address or at another place that Owner may inform You of by written notice. You must pay the first month's rent to Owner when You sign this Lease if the Lease begins on the first day of the month. If the Lease begins after the first day of the month, You must pay when You sign this Lease: (i) the part of the rent from the beginning date of this Lease until the last day of the month, and (ii) the full rent for the next full calendar month.

4. **CONDOMINIUM DOCUMENTS**

   This Lease shall be subject and subordinate to: (i) the Declaration of Condominium; (ii) the Rules and Regulations of the Condominium (which are sometimes called House Rules); and (iii) the By-Laws of the Condominium. (The Declaration, the Rules and Regulations and the By-Laws of the Condominium and all amendments thereto, including any amendments subsequent to the date hereof, are collectively called the "Condominium Documents".) In the event of any inconsistency between the provisions of this Lease and the Condominium Documents, the provisions of the Condominium Documents shall govern and be binding.

   You and the Permitted Occupants of the Apartment shall faithfully observe and comply with the Condominium Documents, other than the provisions of the Condominium Documents required to be performed by Owner (which include the payment of common charges for the Apartment to the Condominium). You and the Permitted Occupants of the Apartment shall not undertake any action which, if performed by Owner, would constitute a violation of the Condominium Documents. You have reviewed the Condominium Documents or waived their examination.

5. **SECURITY DEPOSIT**

   You are required to give Owner the sum of $ 23,000.00 ____ when You sign this Lease as a security deposit, which is called in law a trust. Owner will deposit this security in M & T ____ bank at ____, New York. This security account shall not bear interest.

   If You carry out all of your agreements in this Lease and if You move out of the Apartment and return it to Owner in the same condition it was in when You first occupied it, except for ordinary wear and tear or damage caused by fire or other casualty through no fault of your own, Owner will return to You the full amount of your security deposit within 60 days after this Lease ends. However, If You do not carry out all your agreements in this Lease, Owner may keep all or part of your security deposit which has not yet been paid to You necessary to pay Owner for any losses incurred, including missed payments.

   If Owner sells the Apartment, Owner will turn over your security either to You or to the person buying the Apartment within 5 days after the sale. Owner will then notify You, by registered or certified mail, of the name and address of the person or company to whom the deposit has been turned over. In such case, Owner will have no further responsibility to You for the security deposit. The new owner will become responsible to You for the security deposit.

6. **IF YOU ARE UNABLE TO MOVE IN**

   A situation could arise which might prevent Owner from letting You move into the Apartment on the beginning date set in this Lease. If this happens for reasons beyond Owner's reasonable control, including the failure to obtain a waiver of any first refusal right that the Condominium may have with respect to this Lease prior to the beginning date, Owner will not be responsible for your damages or expenses and this Lease will remain in effect. However, in such case, the Lease will start on the date when You can move in; the ending date of this Lease as specified in Article 2 will remain the same. You will not have to pay rent until the move-in date Owner gives You by



# U.S. Department of State
## Consular Electronic Application Center

Online Nonimmigrant Visa Application (DS-160)

# Confirmation

This confirms the submission of the Nonimmigrant visa application for:





| | |
|---|---|
| Name Provided: | QIN, STEFAN HE |
| Date Of Birth: | |
| Place of Birth: | |
| Gender: | Male |
| Country/Region of Origin (Nationality): | |
| Passport Number: | |
| Purpose of Travel: | STUDENT (F1) |
| Completed On: | 04 AUG 2016 |
| Confirmation No: | |

Location Selected:

SYD
U.S. Consulate General Sydney

Version 01.02.03

**THIS IS NOT A VISA**

Note: Electronically submitting your DS-160 online application is the FIRST STEP in the visa application process. The next step is to review the internet page of the embassy or consulate where you plan to apply for your visa. Most visa applicants will need to schedule a visa interview, though some applicants may qualify for visa renewal. The embassy or consulate information may include specific local instructions about scheduling interviews, submitting your visa application, and other frequently asked questions.

**YOU MUST BRING** the confirmation page and the following document(s) with you at all steps during the application process:

**Passport; I-20A or B/or I-20MN; Proof of SEVIS registration and fee payment**

You may also provide any additional documents you feel will support your case.



**Subject:** Appointment Confirmation
**From:** No Reply <█████████████████>
**Date:** 6/08/2016 7:00 PM
**To:** "█████████████" <█████████████████>

Congratulations, you have successfully scheduled an appointment. Your appointment details are below.

## APPOINTMENT CONFIRMATION

### APPLICANT DETAILS

| | | | |
|---|---|---|---|
| Applicant Name: | Qin, Stefan | Visa Class: | F-1 |
| Passport Number: | ████████ | Visa Category: | Students |
| Appointment Made By: | Qin, Stefan | Visa Priority: | Regular |
| Number of Applicants: | 1 | | |

### CONSULAR APPOINTMENT DETAILS

Date: Monday August 8, 2016  SYDNEY
Time: 08:15

US Consulate General
(Attention: NIV Section)
████████████████

### DOCUMENT DELIVERY INFORMATION:

Document Delivery Type:  Home Delivery  ████████████████

Appt-34932416-3842e74ca29239a0a0f8b44fc0f676383fec0226a14e38355772b9d77ed8380c

### MRV FEE PAYMENTS

Qin, Stefan                                        ████████████████
DS-160 Confirmation Number:          UID:

08/06/2016          Department of Homeland Security  Form I-901 Application Confirmation

## Student and Exchange Visitor Program: SEVIS I-901 Payment Confirmation

Please print the Payment Confirmation for your records. Reference the confirmation number CCC1631172809 on all inquiries related to your I-901 status. You may be required to produce your payment confirmation for your visa issuance, admission to any United States port of entry, for any change of non-immigrant status, or other United States immigration benefits.

When you go to the Consulate for your visa, you should bring your payment confirmation to prove you have paid the SEVIS fee. If you paid by credit card, this transaction will appear on your credit card bill as US STUDENT & EV I901 FEE 800-375-5283 VT

**Department of Homeland Security**

**U.S. Immigration and Customs Enforcement**                                                                                 **Notice of Action**

| UNITED STATES OF AMERICA | |
|---|---|
| **CONFIRMATION NUMBER:** | **CASE TYPE:** <br> I-901 Fee Remittance Form for F-1, F-3, M-1, M-3 and J-1 Non-Immigrants. |
| **PAYMENT DATE:** <br> Aug 6, 2016 | **APPLICANT:** <br> STEFAN HE QIN |
| **NAME AND ADDRESS:** <br> STEFAN HE QIN | **NOTICE TYPE:** <br> Receipt Notice |
| | **EMAIL ADDRESS:** |

STEFAN HE QIN

Your Form I-901 Application and Fee have been received. Please notify us immediately if any of the above information is incorrect.

This fee payment is valid only for your particular course of study or program. If you fall out of status, apply for a new F-1, F-3, M-1, M-3 or J-1 Non-immigrant visa, or if you want to change your Non-immigrant category to an F-1, F-3, M-1, M-3 or J-1, you may be required to pay another fee.

    **APPLICANT STATUS:**

    **DATE OF BIRTH:**

    **SCHOOL CODE:** LOS214F51195.001

    **AMOUNT RECEIVED:** $200.00

    **SEVIS IDENTIFICATION NUMBER:**

    **THIS ELECTRONIC RECEIPT SHALL BE USED AS EVIDENCE OF PAYMENT**

I-901 Student/Exchange Visitor Processing Fee  
P.O. Box 970020  
St. Louis, MO 63197-0020  
Customer Service Telephone 703-603-3400



**U.S. Immigration and Customs Enforcement**
STUDENT AND EXCHANGE VISITOR PROGRAM
500 12TH ST SW STOP 5600
WASHINGTON DC  20536-5600

OFFICIAL BUSINESS PENALTY FOR PRIVATE USE $300

January 05, 2017

KECK GRADUATE INSTITUTE OF APPLIED LIFE SCIENCES
1145 MARKET STREET, NINTH FLOOR
SAN FRANCISCO CA 94103-0000

ATTN: PANOSSI, MARIANNA PDSO

Subject: STEFAN HE QIN,

Dear STEFAN HE QIN:

Thank you for submitting the required documentation associated with the Form I-515A you received on 12/4/2016 at SEA. Your forms have been received and adjudicated by the Student and Exchange Visitor Program.

As part of our adjudication process, we have updated your 30-day admission to duration of status in the Customs and Border Protection's (CBP) online I-94 system. You may print your updated I-94 Admission number at the following link:

Our records now reflect you are in lawful nonimmigrant status. We thank you for your cooperation.

**Please have the Original/Copy SEVIS Form I-20 with you when you depart the United States. Upon return, you will be required to present the form to the inspecting officer for adjudication.**

Sincerely,

*Barry Dean Kobe*

Barry Dean Kobe
Supervisory Adjudicator/Form I-515A Team

Enclosure(s)
1. The Original SEVIS Form I-20, Certificate of Eligibility for Nonimmigrant(F-1) Student Status for F-1, issued and endorsed by the Designated School Official at the school you attend.

# SOCIAL SECURITY ADMINISTRATION INFORMATION

The Social Security Administration office is located at 90 7th Street (about a ten-minute walk from 1412, around the corner from HQ). Their office hours are:

- Monday, Tuesday, Thursday, Friday - 9AM-4PM
- Wednesday - 9AM - 12PM
- Saturday, Sunday - Closed

You may need to spend up to two hours at this office (there is a first-come, first-served system by which you take a number and wait to be called; the wait varies in unpredictable ways). If you arrive in San Francisco early, you can go before the end of day on Friday, August 26. There will not be time during Foundation Week for you to take care of this, so most students should plan to go to the office, in person on:

Tuesday, September 6 - afternoon
or
Thursday, September 8 - afternoon
or
Friday, September 9 – any time before 4, but we have made special arrangements for Minerva students to get faster appointments on Friday morning, September 9. If you arrive by 8:45am, they should be able to accommodate you before other customers that morning.

Please note: Monday, September 5 is a U.S. holiday and the SSA office will be closed, and they are only open until noon on Wednesdays.

You must bring the following (hard copy) documents:

1. Passport (with visa inside)
2. I-20 Form
3. Signed Offer Letter (download from Zenefits)
4. SSA Request Letter from Minerva (will be in your 1412 mailbox by Friday)
5. Social Security Application form (available in 1412 near mailboxes; you should complete this form <u>before</u> going to the office!)

When your number is called, you will go to a teller window (like at a bank) and present the clerk with all documents listed above. The clerk should return a letter to you that indicates that your social security number application is approved and in progress. **You must keep this letter for your records.** You will be able to start work on September 12 only if you have this letter in your possession. It will take approximately two weeks for you to receive your social security card by mail.

If your application is marked "pending" or "denied," inform Susan as soon as possible: