# EXHIBIT 5

# DECLARATION OF FITZANN R. REID

# VIRGIL CAPITAL'S CERTIFICATE OF REGISTRATION

OC-979

# Certificate of Registration



I, V. **DAPHENE WHITELOCKE** Assistant Registrar of Limited Liability Companies in and for the Cayman Islands DO HEREBY CERTIFY, pursuant to the Limited Liability Companies Law, that all the requirements of the said Law in respect of registration were complied with by

**Virgil Capital LLC**

a Limited Liability Company registered in the Cayman Islands with effect from 18th day of January Two Thousand Eighteen

Given under my hand and Seal at George Town in the Island of Grand Cayman this 18th day of January Two Thousand Eighteen

Assistant Registrar of Limited Liability Companies,
Cayman Islands

Authorisation Code : 17769588S612
www.verify.gov.ky
19 January 2018