# EXHIBIT 7

## DECLARATION OF FITZANN R. REID

## VQR PARTNERS' CERTIFICATE OF REGISTRATION

HS-2173

# Certificate of Registration

*I, **MELANIE E. RIVERS** Assistant Registrar of Limited Liability Companies in and for the Cayman Islands DO HEREBY CERTIFY, pursuant to the Limited Liability Companies Law, that all the requirements of the said Law in respect of registration were complied with by*

## VQR Partners LLC

*a Limited Liability Company registered in the Cayman Islands with effect from 8th day of May Two Thousand Nineteen*

*Given under my hand and Seal at George Town in the Island of Grand Cayman this 8th day of May Two Thousand Nineteen*





**Assistant Registrar of Limited Liability Companies, Cayman Islands**

Authorisation Code : 607654633173
www.verify.gov.ky
08 May 2019