# EXHIBIT 9

# DECLARATION OF FITZANN R. REID

# EMAIL WITH DEPOSIT OPERATIONS MANAGER FOR SILVERGATE BANK

| | |
|---|---|
| **From:** | Reid, Fitzann R. |
| **To:** | Joann Pierce |
| **Cc:** | John Bonino; Monica Hernandez |
| **Subject:** | Re: EXTERNAL:RE: In the Matter of Virgil Capital LLC (SF-04428) - Silvergate Subpoena |
| **Date:** | Thursday, December 17, 2020 8:57:10 AM |
| **Attachments:** | image004.png |
| | image001.png |

Received. Thank you.

--
Fitzann (Fitz) Reid | Senior Counsel

U.S. Securities & Exchange Commission | San Francisco Regional Office

44 Montgomery St., Ste 2800, San Francisco, CA 94104

(415) 705-2458 (work) | ▮▮▮▮▮▮▮▮▮▮

Pronouns: She, her, hers

> On Dec 17, 2020, at 8:56 AM, Joann Pierce <▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

I have researched all of our incoming wires and the wire activity requested was not received by Silvergate Bank.  We have also forwarded the account information requested below.  Please let me know if you have any questions.

Best regards,
—

# Joann Pierce , AAP

Vice President, Deposit Operations Manager

P. +1 858-362-3308

F. +1 858-362-6335

-

4250 Executive Square, Suite 100
La Jolla, CA 92037

<image001.png>

**From:** Reid, Fitzann R. <▮▮▮▮▮▮▮▮▮▮>
**Sent:** Wednesday, December 16, 2020 9:08 PM

**To:** John Bonino
**Cc:** Joann Pierce <​>; Reid, Fitzann R. <​>
**Subject:** EXTERNAL:RE: In the Matter of Virgil Capital LLC (SF-04428) - Silvergate Subpoena

**EXTERNAL EMAIL – DO NOT OPEN ATTACHMENTS OR CLICK LINKS FROM UNEXPECTED SENDERS**

Greetings – I noticed the documents you produced do not include VQR Multistrategy Cayman Feeder Fund Ltd. which is the account represented on the attached wire transfers. Does an account for VQR Multistrategy Cayman Feeder Fund Ltd. exist at the Bank? If so can you please produce the expedited request documents (Items 1 to 4 in the request attached) for VQR Multistrategy Cayman Feeder Fund Ltd. Thank you – Fitz

<image004.png>   Fitzann (Fitz) Reid | Senior Counsel
U.S. Securities & Exchange Commission | San Francisco Regional Office
44 Montgomery St., Ste 2800, San Francisco, CA 94104
(415) 705-2458 (work) |
Pronouns: She, her, hers

---

**From:** Reid, Fitzann R.
**Sent:** Wednesday, December 16, 2020 11:19 AM
**To:** ' <​>
**Cc:** Reid, Fitzann R. <​>
**Subject:** RE: In the Matter of Virgil Capital LLC (SF-04428) - Silvergate Subpoena

Greetings – Per our conversation, I am adding this as an appendix to our document request. Verifying whether these wire transfers exist/exited is very high priority. If we can get an answer on this one way or another today that would be great. Thanks –Fitz

<image004.png>   Fitzann (Fitz) Reid | Senior Counsel
U.S. Securities & Exchange Commission | San Francisco Regional Office
44 Montgomery St., Ste 2800, San Francisco, CA 94104
(415) 705-2458 (work) |
Pronouns: She, her, hers

---

**From:** Reid, Fitzann R.
**Sent:** Tuesday, December 15, 2020 10:43 AM
**To:** ' <​>

**Cc:** Reid, Fitzann R. <███████>
**Subject:** In the Matter of Virgil Capital LLC (SF-04428) - Silvergate Subpoena

Greetings – Please see the attached request regarding In the Matter of Virgil Capital LLC (SF-04428). Please note that our expedited request for documents is due by December 16, 2020. Please let me know if you have any questions or concerns. Thanks – Fitz

<image004.png>  Fitzann (Fitz) Reid | Senior Counsel
U.S. Securities & Exchange Commission | San Francisco Regional Office
44 Montgomery St., Ste 2800, San Francisco, CA 94104
(415) 705-2458 (work) | ███████
Pronouns: She, her, hers

Confidentiality Notice: This e-mail message, including any attachments, from the U.S. Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon the message. If you have received this message in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.
--------------------------------------------------------

CONFIDENTIALITY NOTICE: This message (including any attachments) contains confidential information intended for a specific individual and purpose and is protected by law.  If you are not the intended recipient, you should delete this message.  Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.
<414228886 (1).pdf>
<414229034.pdf>