# EXHIBIT 10

# DECLARATION OF FITZANN R. REID

## 9/30/2020 BANK STATEMENT

**Silvergate**

**VQR MULTISTRATEGY US FEEDER LP**

█████████████████████

Page        1 of 2

Account Number: ██████████
Date                            09/30/20

Silvergate Bank's Deposit Account Agreement and Regulatory Disclosure
("DAARD") has been updated to reflect recent increases in our Funds
Availability Policy (Pages 4-6) and the removal of the six-per-month
limit on transfers and withdrawals from savings and money market
accounts (Pages 10-11). For more information, the DAARD can be accessed
on our website at  https://████████████████████/ under "Disclosures"
at the bottom of the web page.
Should you have any questions, please contact us at 800-595-5856.

## STATEMENT SUMMARY AS OF 09/30/20

| Account Name | Account Number | Balance |
|---|---|---|
| FINTECH HEDGE FUND | ████████████ | 455,610.21 |

| VQR MULTISTRATEGY US FEEDER LP | FINTECH HEDGE FUND | ACCT | ███████████ |
|---|---|---|---|

### Summary of Activity Since Your Last Statement

|  |  |  |
|---|---|---|
| Beginning Balance | 9/01/20 | 1,690,259.89 |
| Deposits / Misc Credits | 5 | 805,610.21 |
| Withdrawals / Misc Debits | 1 | 2,040,259.89 |
| ** Ending Balance | 9/30/20 | 455,610.21 ** |
| Service Charge |  | .00 |

## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 9/02 | 250,000.00 | ██████████████████████ |
| 9/02 | 100,000.00 | ██████████████████████ |
|  |  | ORIG:ANURAJ DUA |
| 9/08 | 33,610.21 | ██████████████████████ |
|  |  | ORIG:MILLENNIUM TRUST COMPANY LLC |
| 9/18 | 400,000.00 | ██████████████████████ |
|  |  | ORIG:SILICON VALLEY BANK - PB WIRE CLEAR |
| 9/28 | 22,000.00 | ██████████████████████ |
|  |  | ORIG:ANDREW J LEAHY |

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 9/02 | 2,040,259.89 | ██████████████████████ |

 Silvergate

**VQR MULTISTRATEGY US FEEDER LP**

███████████████████████

Page         2 of 2

Account Number: ████████
Date                   09/30/20

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/02 | .00 | 9/18 | 433,610.21 | | |
| 9/08 | 33,610.21 | 9/28 | 455,610.21 | | |

**Silvergate**

**Account Number** ████████   **Date**   09/30/2020                    **PAGE**   **3 of 2**

## SILVERGATE BANK BUSINESS DEPOSIT ACCOUNT MASTER AGREEMENT

| TITLE OF ACCOUNT<br>**VQR MULTISTRATEGY US FEEDER LP**<br><br>OWNERSHIP TYPE   LIMITED PARTNERSHIP | REFER TO PAGE TWO FOR A LIST OF ACCTS OPENED UNDER THIS MASTER AGREEMENT |
|---|---|

ACCOUNT TIN ▮

DATE  7/18/2019          OPENED BY  RANDY HA

AMOUNT OF DEPOSIT  $

| OFFICER #1 INFORMATION<br>NAME:   STEFAN HE QIN<br>TAX ID NUMBER: ▮ | OFFICER #2 INFORMATION<br>NAME:  JUSTIN LEDBETTER<br>TAX ID NUMBER: ▮ |
|---|---|
| OFFICER #3 INFORMATION<br><br>NAME:   XXXXXXXXXXXXXXX<br>TAX ID NUMBER:  XXX-XX-XXXX | OFFICER #4 INFORMATION<br><br>NAME:   XXXXXXXXXXXXXX<br>TAX ID NUMBER:  XXX-XX-XXXX |

### TAX REPORTING INFORMATION
Taxpayer Identification Number: ▮

Name of Person or entity whose TIN is listed above:  VQR MULTISTRATEGY US FEEDER LP

Under penalties of perjury, I certify that: (1) the number shown on this form is the entity's correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a resident alien).
CERTIFICATION INSTRUCTIONS.  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.
☒ If you are not a U.S. Person (including a Resident Alien), please check here and complete and sign the applicable form(s) W-8BEN(ECI) for each beneficial owner.  All joint owners must be non-resident aliens under United States tax law for this to apply.
The Internal Revenue Service does not require your consent to any provisions of this document other than the certifications required to avoid backup withholding.

W8 BENE ON FILE
SIGNATURE

### Business Resolution

RESOLVED that this organization establish one or more deposit accounts with Silvergate Bank (the Bank) and that this organization adopts for each account the Authorization in the Bank's agreement titled Silvergate Bank Deposit Account Agreement and Regulatory Disclosure.  RESOLVED that the persons whose names and titles appear below are each authorized, acting alone, to establish for this organization one or more deposit accounts now and additional accounts from time to time, and to designate persons to operate each account.

### Secretary Certification

I certify this resolution was adopted by this organization in accordance with law and its charter documents, and is now in force.  I certify that the persons whose names, titles, and signatures appear below are authorized to establish accounts for this organization and to designate persons to operate each account. I also certify that each person who has signed below is authorized to operate each account established under this Agreement.  I certify all of the signatures are genuine.

*Stefan He Qin*                                   7/15/2019
Signature of Secretary          STEFAN HE QIN       Date

**Notice to Commercial Customer:**  In accordance with the requirements of the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG, this notice is to inform you that restricted transactions are prohibited from being processed through your account or relationship with our Bank.  Restricted transactions are transactions in which a person accepts credit, funds, instruments or other proceeds from another person in connection with unlawful Internet gambling.  By signing below you certify that the business does not engage in unlawful Internet gambling.

### ACKNOWLEDGEMENT
You begin or continue a deposit account relationship with Silvergate Bank by giving us information about your business and by signing below.  The written information we give you, including the Deposit Account Agreement and Regulatory Disclosure, Rate Schedule, and Schedule of Fees and Charges, is part of your agreement with us and tells you the current terms for each account you open with us.  We may change the Agreement at any time.  You acknowledge receipt of the Agreement.  Each person who signs below may operate this account; this includes the authority to sign checks and other items and to give us other instructions to withdraw funds, to endorse and deposit checks and other items payable or belonging to any signer, to add new services, to designate additional signers on the Authorized Signer Card and to transact other business relating to the account.  Silvergate Bank may pay out funds on any one of the signatures below and on the Authorized Signer Card, as amended from time to time.  All information provided to the Bank is subject to verification through a consumer reporting agency at any time.

*Stefan He Qin*            7/15/2019        *Justin Ledbetter*              7/17/2019
Signer Signature/Title     STEFAN HE QIN/MANAGING PARTNER      Signer Signature/Title    JUSTIN LEDBETTER/OPERATIONS Date
Date

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Signer Signature /Title                            Signer Signature /Title                    Date
Date

OP0-136.doc                                                                         REV. 03.15.15