# EXHIBIT 11

# DECLARATION OF FITZANN R. REID

# COMMONWEALTH BANK ACCOUNT STATEMENTS

                                   **CommBiz** Transaction Group

| | | | |
|---|---|---|---|
| **Transaction ID:** | ▮▮▮▮▮▮▮▮ | | |
| **Description:** | VSF Transfer | | |
| **Status:** | Declined | **Total amount:** | USD 2,394,766.99 |
| **Type:** | International Money Transfer | | 1 debit,  1 credit |
| **Purpose:** | | | |
| **Processing date:** | 02/09/2020 | | |

| Date | Status History |
|---|---|
| 02/09/2020 01:42:57 PM | Confirmed - STEFAN QIN |
| 02/09/2020 01:43:11 PM | Authorised - STEFAN QIN |

**Debit from:**   VIRGIL CAPITAL PTY LTD

| Account Number | Amount |
|---|---|
| ▮▮▮▮▮▮▮▮ | USD 2,394,766.99 |

**Pay to:**   VQR Multistrategy US Feeder LP

| Account Number | Bank Name | Branch | Bank Code | City<br>Country |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | SILVERGATE BANK | - | ▮▮▮▮▮▮▮▮ | LA JOLLA<br>United States |

**Payment details for beneficiary**

VSF Transfer

   **CommBiz Transaction Group**

| | |
|---|---|
| **Transaction ID:** | ▮▮▮▮▮ |
| **Description:** | VSF Transfer |
| **Status:** | Declined |
| **Type:** | International Money Transfer |
| **Purpose:** | |
| **Processing date:** | 02/09/2020 |

| **Total amount:** | USD 400,000.00 |
|---|---|
| | 1 debit,  1 credit |

| Date | Status History |
|---|---|
| 02/09/2020 01:45:41 PM | Confirmed - STEFAN QIN |
| 02/09/2020 01:46:00 PM | Authorised - STEFAN QIN |

**Debit from:**   VIRGIL CAPITAL PTY LTD

| Account Number | Amount |
|---|---|
| ▮▮▮▮▮ | USD 400,000.00 |

**Pay to:**   VQR Multistrategy Cayman Feeder Fund LTD

| Account Number | Bank Name | Branch | Bank Code | City / Country |
|---|---|---|---|---|
| ▮▮▮▮▮ | SILVERGATE BANK | - | ▮▮▮▮▮ | LA JOLLA, United States |

**Payment details for beneficiary**

VSF transfer

| | | | |
|---|---|---|---|
| Date   17/12/2020 05:05:41 PM | Report ID: ▮▮▮▮▮ | Page number | 1 of 1 |