# EXHIBIT 12

# DECLARATION OF FITZANN R. REID

# COMMONWEALTH BANK ACCOUNT STATEMENTS



Commonwealth Bank of Australia
ABN 48 123 123 124
Australian credit licence 234945

| Account Number | |
|---|---|
| Page | 1 of 9 |

## List of Transactions

| | |
|---|---|
| **Account name** | VIRGIL CAPITAL PTY LTD |
| **BSB** | |
| **Account number** | |
| **Account type** | Business Foreign Currency Account |
| **Account currency** | USD |
| **Transactions from** | 04/01/19 - 10/09/20 |

**Note:**
This transaction listing may not display all payments on your account if filter settings were applied, prior to printing you this copy for the chosen date range. For a complete list of your transactions, please log on to your online channel.

| Date | Transaction details | Amount | Balance |
|---|---|---:|---:|
| 10 Sep 2020 | | -USD 150,000.00 | USD 3,464.68 |
| 10 Sep 2020 | VIRGIL SIGMA FUND LP | +USD 149,992.38 | USD 153,464.68 |
| 1 Sep 2020 | | -USD 150,000.00 | USD 3,472.30 |
| 1 Sep 2020 | VIRGIL SIGMA FUND LP | +USD 153,473.46 | USD 153,472.30 |
| 1 Sep 2020 | Debit Excess Interest | -USD 0.01 | -USD 1.16 |
| 12 Aug 2020 | | -USD 1,000.00 | -USD 1.15 |
| 27 Jul 2020 | | -USD 399,000.00 | USD 998.85 |
| 24 Jul 2020 | VIRGIL SIGMA FUND LP CONTRIBUTION | +USD 399,962.57 | USD 399,998.85 |
| 16 Jul 2020 | | -USD 30,400.00 | USD 36.28 |
| 13 Jul 2020 | STEFAN HE QIN | +USD 29,992.72 | USD 30,436.28 |
| 10 Jul 2020 | | -USD 250,000.00 | USD 443.56 |
| 10 Jul 2020 | STEFAN HE QIN | +USD 9,992.71 | USD 250,443.56 |
| 8 Jul 2020 | VIRGIL SIGMA FUND LP | +USD 240,037.72 | USD 240,450.85 |

Created 17/12/20 03:33pm (Sydney/Melbourne time)
While this letter is accurate at the time it's produced,
we're not responsible for any reliance on this information.

List of Transactions v1.0.0.5

 

Commonwealth Bank of Australia
ABN 48 123 123 124
Australian credit licence 234945

| Account Number | |
|---|---|
| Page | 2 of 9 |

| Date | Transaction details | Amount | Balance |
|---|---|---:|---:|
| 2 Jul 2020 | | -USD 440,000.00 | USD 413.13 |
| 29 Jun 2020 | VIRGIL SIGMA FUND LP | +USD 379,962.82 | USD 440,413.13 |
| 24 Jun 2020 | | -USD 50,000.00 | USD 60,450.31 |
| 23 Jun 2020 | | -USD 30,000.00 | USD 110,450.31 |
| 22 Jun 2020 | | -USD 50,000.00 | USD 140,450.31 |
| 22 Jun 2020 | | -USD 75,000.00 | USD 190,450.31 |
| 19 Jun 2020 | VIRGIL SIGMA FUND LP | +USD 228,858.15 | USD 265,450.31 |
| 12 Jun 2020 | | -USD 15,000.00 | USD 36,592.16 |
| 9 Jun 2020 | | -USD 7,302.00 | USD 51,592.16 |
| 5 Jun 2020 | VIRGIL SIGMA FUND LP | +USD 58,530.97 | USD 58,894.16 |
| 3 Jun 2020 | | -USD 18,000.00 | USD 363.19 |
| 27 May 2020 | | -USD 400,000.00 | USD 18,363.19 |
| 27 May 2020 | | -USD 200,000.00 | USD 418,363.19 |
| 27 May 2020 | STEFAN HE QIN | +USD 609,993.04 | USD 618,363.19 |
| 21 May 2020 | STEFAN HE QIN | +USD 993.10 | USD 8,370.15 |
| 18 May 2020 | | -USD 140,000.00 | USD 7,377.05 |
| 13 May 2020 | | +USD 75,000.00 | USD 147,377.05 |
| 11 May 2020 | | -USD 75,000.00 | USD 72,377.05 |
| 11 May 2020 | VIRGIL SIGMA FUND LP | +USD 99,203.16 | USD 147,377.05 |

Created 17/12/20 03:33pm (Sydney/Melbourne time)
While this letter is accurate at the time it's produced,
we're not responsible for any reliance on this information.

List of Transactions v1.0.0.5

 

Commonwealth Bank of Australia
ABN 48 123 123 124
Australian credit licence 234945

| Account Number | |
|---|---|
| Page | 3 of 9 |

| Date | Transaction details | Amount | Balance |
|---|---|---:|---:|
| 7 May 2020 | | -USD 401,000.00 | USD 48,173.89 |
| 7 May 2020 | VIRGIL SIGMA FUND LP | +USD 249,988.31 | USD 449,173.89 |
| 6 May 2020 | | -USD 200,000.00 | USD 199,185.58 |
| 5 May 2020 | | -USD 39,000.00 | USD 399,185.58 |
| 5 May 2020 | VIRGIL SIGMA FUND LP | +USD 424,988.28 | USD 438,185.58 |
| 29 Apr 2020 | | -USD 330,462.57 | USD 13,197.30 |
| 29 Apr 2020 | STEFAN HE QIN | +USD 69,993.20 | USD 343,659.87 |
| 28 Apr 2020 | | -USD 176,780.22 | USD 273,666.67 |
| 28 Apr 2020 | | -USD 300,000.00 | USD 450,446.89 |
| 28 Apr 2020 | VIRGIL SIGMA FUND LP | +USD 749,988.24 | USD 750,446.89 |
| 6 Apr 2020 | | -USD 220,000.00 | USD 458.65 |
| 6 Apr 2020 | | -USD 48,344.00 | USD 220,458.65 |
| 6 Apr 2020 | | -USD 6,041.00 | USD 268,802.65 |
| 6 Apr 2020 | | -USD 6,039.00 | USD 274,843.65 |
| 6 Apr 2020 | VIRGIL SIGMA FUND LP | +USD 278,240.37 | USD 280,882.65 |
| 12 Mar 2020 | | -USD 20,000.00 | USD 2,642.28 |
| 3 Mar 2020 | | -USD 250,000.00 | USD 22,642.28 |
| 3 Mar 2020 | VIRGIL SIGMA FUND LP | +USD 265,428.17 | USD 272,642.28 |

Created 17/12/20 03:33pm (Sydney/Melbourne time)
While this letter is accurate at the time it's produced,
we're not responsible for any reliance on this information.

List of Transactions v1.0.0.5

 

Commonwealth Bank of Australia
ABN 48 123 123 124
Australian credit licence 234945

| Account Number | |
|---|---|
| Page | 4 of 9 |

| Date | Transaction details | Amount | Balance |
|---|---|---|---|
| 18 Feb 2020 | | -USD 50,000.00 | USD 7,214.11 |
| 18 Feb 2020 | | -USD 50,000.00 | USD 57,214.11 |
| 4 Feb 2020 | | -USD 50,000.00 | USD 107,214.11 |
| 9 Jan 2020 | | -USD 300,000.00 | USD 157,214.11 |
| 6 Jan 2020 | VIRGIL SIGMA FUND LP JANUARY 2020 ADDITIONAL CONTRIBUTIO | +USD 449,987.74 | USD 457,214.11 |
| 6 Jan 2020 | | -USD 200,000.00 | USD 7,226.37 |
| 3 Jan 2020 | VIRGIL SIGMA FUND LP ADDITIONAL CONTRIBUTION OF 199,975 | +USD 199,987.69 | USD 207,226.37 |
| 3 Jan 2020 | | -USD 500,000.00 | USD 7,238.68 |
| 31 Dec 2019 | VIRGIL SIGMA FUND LP | +USD 499,987.68 | USD 507,238.68 |
| 6 Dec 2019 | | -USD 800,000.00 | USD 7,251.00 |
| 6 Dec 2019 | VIRGIL SIGMA FUND LP | +USD 393,687.85 | USD 807,251.00 |
| 26 Nov 2019 | VIRGIL SIGMA FUND LP 12 1 ADDITIONAL CONTRIBUTION FOR TH | +USD 199,987.91 | USD 413,563.15 |
| 19 Nov 2019 | VIRGIL SIGMA FUND LP IBERICO FUND LP DECEMBER 1ST CONTRI | +USD 129,987.88 | USD 213,575.24 |
| 6 Nov 2019 | | -USD 600,000.00 | USD 83,587.36 |
| 6 Nov 2019 | | -USD 1,400,000.00 | USD 683,587.36 |
| 6 Nov 2019 | STEFAN HE QIN | +USD 1,499,992.79 | USD 2,083,587.36 |
| 4 Nov 2019 | VIRGIL SIGMA FUND LP PARTIAL AMOUNT OF THE NEW SUBSCRIPT | +USD 583,230.76 | USD 583,594.57 |
| 24 Oct 2019 | | -USD 585,000.00 | USD 363.81 |

Created 17/12/20 03:33pm (Sydney/Melbourne time)
While this letter is accurate at the time it's produced,
we're not responsible for any reliance on this information.

List of Transactions v1.0.0.5

 

**Commonwealth Bank of Australia**
ABN 48 123 123 124
Australian credit licence 234945

| Account Number | |
|---|---|
| Page | 5 of 9 |

| Date | Transaction details | Amount | Balance |
|---|---|---|---|
| 24 Oct 2019 | VIRGIL CAPITAL PTY LTD | +USD 95,382.00 | USD 585,363.81 |
| 23 Oct 2019 | VIRGIL SIGMA FUND LP | +USD 229,589.83 | USD 489,981.81 |
| 17 Oct 2019 | VIRGIL SIGMA FUND LP | +USD 149,987.92 | USD 260,391.98 |
| 16 Oct 2019 | WSS INTERSYSTEM CLEARING ACCOUNT | -USD 377,000.00 | USD 110,404.06 |
| 15 Oct 2019 | Transfer Fee | -USD 4.26 | USD 487,404.06 |
| 15 Oct 2019 | | -USD 13,205.71 | USD 487,408.32 |
| 1 Oct 2019 | VIRGIL SIGMA FUND LP | +USD 249,987.94 | USD 500,614.03 |
| 26 Sep 2019 | | -USD 4,000,000.00 | USD 250,626.09 |
| 25 Sep 2019 | | +USD 4,249,970.00 | USD 4,250,626.09 |
| 13 Sep 2019 | | -USD 25,000.00 | USD 656.09 |
| 3 Sep 2019 | | -USD 300,000.00 | USD 25,656.09 |
| 3 Sep 2019 | | -USD 1,164,246.47 | USD 325,656.09 |
| 30 Aug 2019 | VIRGIL SIGMA FUND LP | +USD 1,249,987.96 | USD 1,489,902.56 |
| 28 Aug 2019 | VIRGIL SIGMA FUND LP | +USD 199,987.94 | USD 239,914.60 |
| 26 Aug 2019 | STEFAN HE QIN | +USD 24,992.97 | USD 39,926.66 |
| 23 Aug 2019 | | -USD 19,425.00 | USD 14,933.69 |
| 23 Aug 2019 | VIRGIL CAPITAL LLC | +USD 33,922.93 | USD 34,358.69 |
| 18 Aug 2019 | | -USD 18,522.40 | USD 435.76 |

Created 17/12/20 03:33pm (Sydney/Melbourne time)
While this letter is accurate at the time it's produced,
we're not responsible for any reliance on this information.

List of Transactions v1.0.0.5




Commonwealth Bank of Australia
ABN 48 123 123 124
Australian credit licence 234945

| Account Number | |
|---|---|
| Page | 6 of 9 |

| Date | Transaction details | Amount | Balance |
|---|---|---|---|
| 16 Aug 2019 | | -USD 300,000.00 | USD 18,958.16 |
| 15 Aug 2019 | | -USD 500,000.00 | USD 318,958.16 |
| 8 Aug 2019 | VIRGIL SIGMA FUND LP VIRGIL TRADING | +USD 268,797.75 | USD 818,958.16 |
| 2 Aug 2019 | VIRGIL SIGMA FUND LP VIRGIL TRADING NET CAPITAL | +USD 230,333.01 | USD 550,160.41 |
| 30 Jul 2019 | | -USD 200,000.00 | USD 319,827.40 |
| 25 Jul 2019 | VIRGIL SIGMA FUND LP | +USD 499,987.70 | USD 519,827.40 |
| 22 Jul 2019 | | -USD 200,000.00 | USD 19,839.70 |
| 18 Jul 2019 | VIRGIL SIGMA FUND LP | +USD 196,537.66 | USD 219,839.70 |
| 20 Jun 2019 | | -USD 719.80 | USD 23,302.04 |
| 29 May 2019 | | -USD 785,000.00 | USD 24,021.84 |
| 24 May 2019 | | +USD 15,123.63 | USD 809,021.84 |
| 24 May 2019 | | +USD 785,000.00 | USD 793,898.21 |
| 24 May 2019 | | -USD 138,853.12 | USD 8,898.21 |
| 22 May 2019 | | -USD 785,000.00 | USD 147,751.33 |
| 22 May 2019 | STEFAN HE QIN | +USD 19,992.80 | USD 932,751.33 |
| 21 May 2019 | STEFAN HE QIN | +USD 139,992.81 | USD 912,758.53 |
| 21 May 2019 | | -USD 15,123.63 | USD 772,765.72 |

Created 17/12/20 03:33pm (Sydney/Melbourne time)
While this letter is accurate at the time it's produced,
we're not responsible for any reliance on this information.

List of Transactions v1.0.0.5

 

Commonwealth Bank of Australia
ABN 48 123 123 124
Australian credit licence 234945

| Account Number | |
|---|---|
| Page | 7 of 9 |

| Date | Transaction details | Amount | Balance |
|---|---|---|---|
| 21 May 2019 | | +USD 138,853.12 | USD 787,889.35 |
| 21 May 2019 | VIRGIL CAPITAL PTY LTD | +USD 203,137.00 | USD 649,036.23 |
| 21 May 2019 | VIRGIL CAPITAL PTY LTD | +USD 28,917.00 | USD 445,899.23 |
| 20 May 2019 | | -USD 15,000.00 | USD 416,982.23 |
| 20 May 2019 | | -USD 65,800.91 | USD 431,982.23 |
| 17 May 2019 | | +USD 65,800.91 | USD 497,783.14 |
| 17 May 2019 | | +USD 15,094.93 | USD 431,982.23 |
| 17 May 2019 | | -USD 800,279.61 | USD 416,887.30 |
| 17 May 2019 | | -USD 300,000.00 | USD 1,217,166.91 |
| 17 May 2019 | | -USD 236,000.61 | USD 1,517,166.91 |
| 17 May 2019 | | -USD 222,404.00 | USD 1,753,167.52 |
| 17 May 2019 | | -USD 129,948.78 | USD 1,975,571.52 |
| 17 May 2019 | STEFAN HE QIN | +USD 1,999,992.79 | USD 2,105,520.30 |
| 16 May 2019 | | -USD 138,853.12 | USD 105,527.51 |
| 16 May 2019 | | -USD 127,646.40 | USD 244,380.63 |
| 16 May 2019 | | -USD 127,006.66 | USD 372,027.03 |
| 16 May 2019 | | -USD 44,287.11 | USD 499,033.69 |
| 16 May 2019 | | -USD 112,752.75 | USD 543,320.80 |

Created 17/12/20 03:33pm (Sydney/Melbourne time)
While this letter is accurate at the time it's produced,
we're not responsible for any reliance on this information.

List of Transactions v1.0.0.5

 

**Commonwealth Bank**
Commonwealth Bank of Australia
ABN 48 123 123 124
Australian credit licence 234945

| Account Number | |
|---|---|
| Page | 8 of 9 |

| Date | Transaction details | Amount | Balance |
|---|---|---|---|
| 16 May 2019 | ███ | -USD 15,123.63 | USD 656,073.55 |
| 16 May 2019 | ███ | -USD 30,904.31 | USD 671,197.18 |
| 16 May 2019 | VIRGIL CAPITAL PTY LTD ███ | +USD 688,600.00 | USD 702,101.49 |
| 16 May 2019 | ███ | -USD 11,782.04 | USD 13,501.49 |
| 16 May 2019 | ███ | -USD 28,723.87 | USD 25,283.53 |
| 16 May 2019 | ███ | -USD 65,800.91 | USD 54,007.40 |
| 16 May 2019 | ███ | -USD 204,608.97 | USD 119,808.31 |
| 16 May 2019 | VIRGIL CAPITAL PTY LTD ███ | +USD 206,700.00 | USD 324,417.28 |
| 7 May 2019 | ███ | -USD 7,000,000.00 | USD 117,717.28 |
| 3 May 2019 | STEFAN HE QIN ███ | +USD 5,499,992.67 | USD 7,117,717.28 |
| 1 May 2019 | STEFAN HE QIN ███ | +USD 1,499,992.63 | USD 1,617,724.61 |
| 1 May 2019 | ███ | -USD 2,000,000.00 | USD 117,731.98 |
| 30 Apr 2019 | VIRGIL CAPITAL PTY LTD ███ | +USD 1,403,200.00 | USD 2,117,731.98 |
| 29 Apr 2019 | ███ | -USD 6,000,000.00 | USD 714,531.98 |
| 3 Apr 2019 | VIRGIL CAPITAL PTY LTD ███ | +USD 1,500,000.00 | USD 6,714,531.98 |
| 22 Feb 2019 | ███ | -USD 5,500,000.00 | USD 5,214,531.98 |
| 8 Feb 2019 | ███ | -USD 100,000.00 | USD 10,714,531.98 |
| 30 Jan 2019 | ███ | +USD 3,084,970.00 | USD 10,814,531.98 |

Created 17/12/20 03:33pm (Sydney/Melbourne time)
While this letter is accurate at the time it's produced,
we're not responsible for any reliance on this information.

List of Transactions v1.0.0.5



**Commonwealth Bank of Australia**
ABN 48 123 123 124
Australian credit licence 234945

| Account Number | |
|---|---|
| Page | 9 of 9 |

| Date | Transaction details | Amount | Balance |
|---|---|---|---|
| 22 Jan 2019 | ███ | -USD 20,000.00 | USD 7,729,561.98 |
| 17 Jan 2019 | ███ | -USD 17,000,000.00 | USD 7,749,561.98 |
| 4 Jan 2019 | VIRGIL SIGMA FUND LP ███ | +USD 599,932.64 | USD 24,749,561.98 |

Created 17/12/20 03:33pm (Sydney/Melbourne time)
While this letter is accurate at the time it's produced,
we're not responsible for any reliance on this information.

List of Transactions v1.0.0.5