# EXHIBIT 14

# DECLARATION OF FITZANN R. REID

SIGMA FUND INVESTOR LIST

| NAME | STATUS | COUNTRY | LP TYPE | FIRST IN FUND |
|---|---|---|---|---|
| ███ | Active | South Africa | Non-US Individual | Jul 2017 |
| ███ | Active | Singapore | Non-US Individual | Jul 2017 |
| ███ | Transferred | Australia | Non-US Individual | Aug 2017 |
| ███ | Withdrawn | USA | US Individual | Aug 2017 |
| ███ | Active | Australia | Non-US Individual | Sep 2017 |
| ███ | Active | USA | LLC | Oct 2017 |
| ███ | Active | USA | Trust | Nov 2017 |
| ███ | Active | Australia | Non-US Individual | Nov 2017 |
| ███ | Active | USA | US Individual | Nov 2017 |
| ███ | Transferred | Australia | Trust | Nov 2017 |
| ███ | Transferred | France | Non-US Individual | Nov 2017 |
| ███ | Transferred | Israel | Non-US Individual | Nov 2017 |
| ███ | Withdrawn | British Virgin Islands | Corporation | Dec 2017 |
| ███ | Active | France | Non-US Individual | Jan 2018 |
| ███ | Active | China | Non-US Individual | Jan 2018 |
| ███ | Active | France | Non-US Individual | Jan 2018 |
| ███ | Withdrawn | British Virgin Islands | Corporation | Jan 2018 |
| ███ | Withdrawn | USA | US Individual | Jan 2018 |
| ███ | Active | USA | US Individual | Feb 2018 |
| ███ | Active | China | Non-US Individual | Feb 2018 |
| ███ | Active | USA | US Individual | Feb 2018 |
| ███ | Active | France | Non-US Individual | Feb 2018 |
| ███ | Active | China | Non-US Individual | Feb 2018 |
| ███ | Active | USA | Trust | Feb 2018 |
| ███ | Transferred | Australia | Non-US Individual | Feb 2018 |
| ███ | Active | Singapore | Non-US Individual | Mar 2018 |
| ███ | Active | USA | LLC | Mar 2018 |
| ███ | Active | USA | US Individual | Mar 2018 |
| ███ | Active | Cayman Islands | Other | Mar 2018 |
| ███ | Transferred | Malaysia | Non-US Individual | Mar 2018 |
| ███ | Withdrawn | USA | US Individual | Mar 2018 |
| ███ | Active | USA | US Individual | Apr 2018 |
| ███ | Active | Hong Kong | Non-US Individual | Apr 2018 |
| ███ | Active | USA | IRA | Apr 2018 |
| ███ | Active | Hong Kong | Non-US Individual | Apr 2018 |
| ███ | Withdrawn | USA | US Individual | Apr 2018 |
| ███ | Withdrawn | USA | LLC | Apr 2018 |
| ███ | Withdrawn | USA | US Individual | Apr 2018 |

| Status | Country | Type | Date |
|---|---|---|---|
| Withdrawn | Singapore | Non-US Individual | Apr 2018 |
| Withdrawn | USA | Partnership | Apr 2018 |
| Active | South Africa | Non-US Individual | May 2018 |
| Active | South Africa | Non-US Individual | May 2018 |
| Active | Hong Kong | Non-US Individual | May 2018 |
| Active | South Africa | Non-US Individual | May 2018 |
| Active | USA | LLC | May 2018 |
| Withdrawn | USA | LLC | May 2018 |
| Withdrawn | South Africa | Non-US Individual | May 2018 |
| Withdrawn | USA | US Individual | May 2018 |
| Active | Canada | Corporation | Jun 2018 |
| Active | Singapore | Non-US Individual | Jun 2018 |
| Active | USA | IRA | Jun 2018 |
| Active | USA | Trust | Jun 2018 |
| Active | USA | US Individual | Jun 2018 |
| Active | USA | Corporation | Jun 2018 |
| Active | China | Non-US Individual | Jun 2018 |
| Withdrawn | USA | US Individual | Jun 2018 |
| Withdrawn | China | Non-US Individual | Jun 2018 |
| Withdrawn | USA | US Individual | Jun 2018 |
| Withdrawn | USA | US Individual | Jun 2018 |
| Active | USA | Partnership | Jul 2018 |
| Active | USA | US Individual | Jul 2018 |
| Active | USA | US Individual | Jul 2018 |
| Active | Cayman Islands | Partnership | Jul 2018 |
| Active | Cayman Islands | Partnership | Jul 2018 |
| Active | USA | US Individual | Jul 2018 |
| Active | Hong Kong | Non-US Individual | Jul 2018 |
| Active | USA | IRA | Jul 2018 |
| Transferred | Australia | Non-US Individual | Jul 2018 |
| Withdrawn | Cayman Islands | Partnership | Jul 2018 |
| Withdrawn | USA | US Individual | Jul 2018 |
| Withdrawn | USA | US Individual | Jul 2018 |
| Active | USA | US Individual | Aug 2018 |
| Active | USA | US Individual | Aug 2018 |
| Active | USA | IRA | Aug 2018 |
| Withdrawn | USA | LLC | Aug 2018 |
| Active | Israel | Non-US Individual | Sep 2018 |
| Active | Mauritius | Corporation | Sep 2018 |
| Active | USA | US Individual | Sep 2018 |

| | Status | Country | Type | Date |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | Active | USA | Partnership | Sep 2018 |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Active | USA | Trust | Sep 2018 |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Active | USA | Trust | Sep 2018 |
| ▮▮▮▮▮▮▮▮▮ | Active | China | Non-US Individual | Sep 2018 |
| ▮▮▮▮▮▮▮▮▮ | Transferred | Australia | Corporation | Sep 2018 |
| ▮▮▮▮▮▮ | Active | Hong Kong | Non-US Individual | Oct 2018 |
| ▮▮▮▮▮▮ | Active | USA | IRA | Oct 2018 |
| ▮▮▮▮▮▮ | Active | Hong Kong | Non-US Individual | Oct 2018 |
| ▮▮▮▮▮▮ | Active | Cayman Islands | Other | Oct 2018 |
| ▮▮▮▮▮▮▮▮▮▮ | Active | USA | Trust | Oct 2018 |
| ▮▮▮▮▮▮ | Active | China | Non-US Individual | Oct 2018 |
| ▮▮▮▮▮ | Transferred | Vietman | Non-US Individual | Oct 2018 |
| ▮▮▮ | Withdrawn | USA | US Individual | Oct 2018 |
| ▮▮▮▮ | Withdrawn | Hong Kong | Non-US Individual | Oct 2018 |
| ▮▮▮ | Withdrawn | USA | Corporation | Nov 2018 |
| ▮▮▮▮ | Active | Hong Kong | Non-US Individual | Jan 2019 |
| ▮▮▮▮▮ | Active | USA | IRA | Feb 2019 |
| ▮ | Transferred | British Virgin Islands | Corporation | Mar 2019 |
| ▮▮▮▮▮▮▮▮▮▮ | Active | USA | IRA | Jul 2019 |
| ▮▮▮▮▮▮ | Active | United Arab Emirates | Corporation | Jul 2019 |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Active | Hong Kong | Non-US Individual | Aug 2019 |
| ▮▮▮▮▮▮▮▮▮▮▮ | Active | USA | IRA | Aug 2019 |
| ▮▮▮▮▮ | Active | USA | US Individual | Aug 2019 |
| ▮▮▮▮▮▮▮▮ | Active | British Virgin Islands | Corporation | Oct 2019 |
| ▮▮▮▮ | Active | Hong Kong | Non-US Individual | Oct 2019 |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Active | Luxembourg | Other | Nov 2019 |
| ▮▮▮ | Active | Luxembourg | Partnership | Nov 2019 |
| ▮▮▮ | Active | Hong Kong | Non-US Individual | Nov 2019 |
| ▮▮▮▮▮ | Active | British Virgin Islands | Corporation | Nov 2019 |
| ▮▮▮▮▮▮ | Active | USA | LLC | Jan 2020 |
| ▮▮▮▮ | Active | USA | Partnership | Feb 2020 |
| ▮▮▮▮▮▮ | Active | British Virgin Islands | Corporation | Mar 2020 |
| ▮▮▮▮▮ | Active | USA | US Individual | Apr 2020 |
| ▮▮▮▮▮ | Active | Singapore | Non-US Individual | Unofficial |

| 05/31/2020 BALANCE |
|---|
| $ 861,808.17 |
| $ 109,133.76 |
| $ - |
| $ - |
| $ 173,209.01 |
| $ 309,981.58 |
| $ 795,346.16 |
| $ 193,229.17 |
| $ 269,963.85 |
| $ - |
| $ - |
| $ - |
| $ - |
| $ 191,025.27 |
| $ 2,535,369.13 |
| $ 227,243.30 |
| $ - |
| $ - |
| $ 240,610.76 |
| $ 3,974,487.65 |
| $ 402,898.23 |
| $ 189,413.01 |
| $ 1,456,740.99 |
| $ 1,172,859.50 |
| $ - |
| $ 498,933.36 |
| $ 1,740,404.62 |
| $ 181,597.94 |
| $ 4,781,045.56 |
| $ - |
| $ - |
| $ 4,716,632.23 |
| $ 902,792.38 |
| $ 386,325.23 |
| $ 1,754,979.59 |
| $ - |
| $ - |
| $ - |

| | |
|---|---:|
| $ | - |
| $ | - |
| $ | 103,161.06 |
| $ | 110,213.32 |
| $ | 896,423.69 |
| $ | 142,691.93 |
| $ | 209,904.18 |
| $ | - |
| $ | - |
| $ | - |
| $ | 711,583.68 |
| $ | 557,482.08 |
| $ | 524,542.13 |
| $ | 874,236.89 |
| $ | 1,365,018.53 |
| $ | 455,723.08 |
| $ | 601,104.94 |
| $ | - |
| $ | - |
| $ | - |
| $ | - |
| $ | 1,355,177.55 |
| $ | 296,636.45 |
| $ | 406,182.79 |
| $ | 656,269.54 |
| $ | 7,044,093.50 |
| $ | 183,942.96 |
| $ | 1,664,147.69 |
| $ | 200,982.72 |
| $ | - |
| $ | - |
| $ | - |
| $ | - |
| $ | 154,650.02 |
| $ | 165,619.50 |
| $ | 4,517,653.76 |
| $ | - |
| $ | 149,078.63 |
| $ | 402,512.29 |
| $ | 166,325.26 |

| | |
|---|---:|
| $ | 15,962,883.44 |
| $ | 447,235.88 |
| $ | 1,043,550.37 |
| $ | 359,130.40 |
| $ | - |
| $ | 1,674,103.74 |
| $ | 2,087,786.04 |
| $ | 357,349.38 |
| $ | 8,351,144.18 |
| $ | 705,896.14 |
| $ | 357,349.38 |
| $ | - |
| $ | - |
| $ | - |
| $ | - |
| $ | 590,156.59 |
| $ | 364,466.17 |
| $ | - |
| $ | 332,591.88 |
| $ | 729,920.12 |
| $ | 298,705.46 |
| $ | 584,650.23 |
| $ | 597,410.92 |
| $ | 5,738,666.74 |
| $ | 289,267.24 |
| $ | 2,217,145.03 |
| $ | 1,138,734.12 |
| $ | 341,620.23 |
| $ | 1,480,354.35 |
| $ | 656,628.63 |
| $ | 2,316,416.63 |
| $ | 778,399.22 |
| $ | 300,444.44 |
| $ | 150,534.90 |