# EXHIBIT 4

# DECLARATION OF ANTONIO HALLAK

# WIRE TRANSFERS FROM COMMONWEALTH BANK OF AUSTRALIA

  **CommBiz** Transaction Group

| | | | |
|---|---|---|---|
| **Transaction ID:** | ■■■■■■ | | |
| **Description:** | VSF Transfer | | |
| **Status:** | Authorised | **Total amount:** | USD 2,394,766.99 |
| **Type:** | International Money Transfer | | 1 debit, 1 credit |
| **Purpose:** | | | |
| **Processing date:** | 02/09/2020 | | |

| Date | Status History |
|---|---|
| 02/09/2020 01:42:57 PM | Confirmed - STEFAN QIN |
| 02/09/2020 01:43:11 PM | Authorised - STEFAN QIN |

**Debit from:** VIRGIL CAPITAL PTY LTD

| Account Number | Amount |
|---|---|
| ■■■■■■ | USD 2,394,766.99 |

**Pay to:** VQR Multistrategy US Feeder LP

| Account Number | Bank Name | Branch | Bank Code | City Country |
|---|---|---|---|---|
| ■■■■■■ | SILVERGATE BANK | - | ■■■■■■ | LA JOLLA United States |

**Payment details for beneficiary**

VSF Transfer

| | | | |
|---|---|---|---|
| Date  02/09/2020 01:43:14 PM | Report ID: ■■■■■■ | Page number | 1 of 1 |

              **CommBiz Transaction Group**

| | | | |
|---|---|---|---|
| **Transaction ID:** | ▉▉▉▉▉▉▉▉ | | |
| **Description:** | VSF Transfer | | |
| **Status:** | Authorised | **Total amount:** | USD 400,000.00 |
| **Type:** | International Money Transfer | | 1 debit,  1 credit |
| **Purpose:** | | | |
| **Processing date:** | 02/09/2020 | | |

| Date | Status History |
|---|---|
| 02/09/2020 01:45:41 PM | Confirmed - STEFAN QIN |
| 02/09/2020 01:46:00 PM | Authorised - STEFAN QIN |

**Debit from:**   VIRGIL CAPITAL PTY LTD

| Account Number | Amount |
|---|---|
| ▉▉▉▉▉▉▉▉ | USD 400,000.00 |

**Pay to:**   VQR Multistrategy Cayman Feeder Fund LTD

| Account Number | Bank Name | Branch | Bank Code | City Country |
|---|---|---|---|---|
| ▉▉▉▉▉▉▉▉ | SILVERGATE BANK | - | ▉▉▉▉▉▉▉▉ | LA JOLLA United States |

**Payment details for beneficiary**

VSF transfer

| | | | |
|---|---|---|---|
| Date   02/09/2020 01:46:04 PM | Report ID: ▉▉▉▉▉▉▉▉ | Page number | 1 of 1 |