# EXHIBIT 5

# DECLARATION OF ANTONIO HALLAK

# MESSAGE FROM STEFAN QIN

