# EXHIBIT 6

# DECLARATION OF ANTONIO HALLAK

## MESSAGE FROM STEFAN QIN

