# EXHIBIT 7

## DECLARATION OF ANTONIO HALLAK

# KRAKEN ACCOUNT WITHDRAW ONLINE PAGE

‹ Back to Funding      ⬇ Deposit      ↪ Withdraw      ☑ Audit

### Fiat currencies

- Canadian Dollar (CAD)
- Euro (EUR)
- Pound Sterling (GBP)
- Swiss Franc (CHF)
- **US Dollar (USD)**
- Yen (JPY)

### Cryptocurrencies

- Aave (AAVE) `new`
- Algorand (ALGO)
- Aragon (ANT) `new`
- Augur (REP)
- Augur v2 (REPV2)
- Balancer (BAL)
- Basic Attention Token (BAT)
- Bitcoin (XBT)
- Bitcoin Cash (BCH)
- Cardano (ADA)
- Chainlink (LINK)
- Compound (COMP)
- Cosmos (ATOM)
- Curve DAO Token (CRV)
- Dai (DAI)

## Withdraw US Dollar (USD)

Select a method and follow the instructions.

Withdraw Method:       Etana Custody   ▲▼



| | |
|---|---|
| Current balance | $99,252.54 |
| Free Margin | $19,521,114.63 |
| Withheld | $0.00 |
| Withheld (converted) | $0.00 |
| **Maximum withdrawal** | **$99,252.54** |

**Withdraw limits**   `DAILY` `MONTHLY`

Your account is        ⭕ PRO

Withdrawn              Withdraw limit

0.00 USD               10,000,000 USD

### Etana Custody

In order to withdraw funds via Etana, you must first onboard with Etana Custody. If you have not done so yet, please follow the steps below

- Navigate to Funding
- Select "Show all assets" on the account balances table
- Select "Deposit" for the relevant currency
- Choose "Etana Custody" and follow the onboarding instructions

To add an account for withdrawals, click "Add account" below and fill in the required details. After you've added the account, simply select it and enter the amount you wish to withdraw.

- You cannot exceed your daily or monthly funding limits.
- Fees listed concern only the withdrawal from your Kraken account to Etana.

### Bank accounts



| Description ⬍ | Bank account ⬍ | |
|---|---|---|
| Transfer out | Virgil Sigma Fund, LP | ❌ |

« Back     **+ Add account**                    ‹   ›