# EXHIBIT 8

# DECLARATION OF ANTONIO HALLAK

MESSAGE FROM STEFAN QIN



**Stefan Qin** 20:53
Antonio - my deadline is basically 5pm EST. I am going to be requesting master control of the accounts if I don't feel like we're getting the perf fees crystallised today, and am in contact with some of the appropriate exchanges in order to do so. This is incredibly important

I've spoken to the auditor and to be honest, the presumptive risk we were talking about about closing out the positions - I ran it through them also - they are willing to work with us on whatever we need to do right now

And at the end of the day - this is the most fiduciary thing I can do for the company and just want to ensure that we are in the best possible shape moving forward. After this situation is resolved, we can perform a very strong post mortem analysis however it is in these extraordinary situations where I would like to essentially take full control in making decisions I believe are the best for the firms survival. It does ultimately solve my problem - yes - that is definitely not your fault, AT ALL. However I am considering all my options here and this is the lowest risk of them all, and halting trading - as you said - is ultimately a good thing for us anyhow.

So if I or you need to go in, and market sell the positions - we will do so

According to Nasir

Liquidating now will lead to losses of 3-5% due to slippage

I really want to work with you on this to ensure we're in a healthy state, but I'm aware of the deadlines we have.

Nasir's argument that we are eroding potential returns - look at this market. It's basically correcting itself or staying stable, which as you know is crap for AMC2

 They will see your messages when they get back. **Notify anyway?**

Message Stefan Qin

8