# EXHIBIT 1

# DECLARATION OF CAREY HARROLD

# EMAIL WITH SIGMA FUND OPERATIONS MANAGER

**From:** █████████
**To:** ████████████; ████████
**Subject:** ████████████████████████
**Date:** ████████████████

---------- Forwarded message ---------
From: **Andrew Leahy** <████████████████>
Date: Mon, Jun 29, 2020 at 10:08 AM
Subject: Re: You've been added to the shared drive BPM Shared
To: Carey Harrold <████████████>

Hi Carey,

Please see below for my answers in red. Thanks.

I need supporting documents for the big assets numbers for 2018 & 2019 (bank & exchange). I also need to know the denomination of the assets and where they are held. I need supporting documents for the income 2018 & 2019. <span style="color:red">-This would have to be asked of Stefan as I do not have access to this information.</span>

I received access to Montgomery Tech's general ledger. However, I do not have access to the Sigma's books. <span style="color:red">-I will reach out to Richey May and inquire about this as I am not sure about the answer. Stefan is traveling so that is probably easier and I can introduce you to them.</span>

I need a password to access investor Monthly statements. <span style="color:red">-I just double-checked this on the shared Google Drive and I am not seeing any password-protected monthly statement. If you are seeing these, can you clarify where you are seeing them? However, I see that the K-1s are password protected. I have attached an excel sheet with all of the K-1 passwords.</span>

The general ledger is the source for trader statements and tax statements. How did you create trader and tax statements without them? <span style="color:red">- This would have to be asked of Stefan/Richey May.</span>

You stated that the Sigma employee responsible for creating tax statements with Richey May has left the firm. When did that occur and who took over his responsibilities? Also who at Richey May works with Sigma? <span style="color:red">-Actually, everything was/is handled directly by Stefan. Last year, he was assisted by Katherine Wu who was his Executive Assistant/Chief of Staff. She left, I believe, on October 1st of 2018. However, Stefan is ultimately the person who handles everything so he is really the only person with knowledge of and insight into what was done in the past. The best contact at Richey May regarding Sigma would be Eric Essian. His email is ████████████████████. I will shoot an email to Eric to introduce you and to ask about Sigma's books.</span>

Andrew Leahy

Business & Operations

Virgil Capital