# EXHIBIT 2

# DECLARATION OF CAREY HARROLD

# EMAIL WITH SIGMA FUND OPERATIONS MANAGER



---------- Forwarded message ---------
From: **Andrew Leahy** <​​​​​​​​​​​>
Date: Fri, Jul 17, 2020 at 12:24 PM
Subject: 2019 Sigma Fund Files
To: Carey Harrold <​​​​​​​​​​​>
Cc: Stefan Qin <​​​​​​​​​​​>

Hi Carey,

I hope you are well. Stefan asked me to pass along the attached files that were all put together as part of the K-1 process for our investors. It is attached as a Google Drive link as it was slightly too large to email. Thanks.

[ 2019 Sigma Fund Files for Carey.zip ]



Andrew Leahy

Business & Operations

Virgil Capital

This message and any of its attachments are confidential, may be privileged and is intended solely for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it immediately and notify us. No responsbility is accepted by Virgil Capital LLC or any of its affiliates for any loss or damage arising in any way from the receipt or use of this message. This message should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments. The contents of this message may not have originated from its sender. If verification is required, please request a hard copy.