# EXHIBIT 3

# DECLARATION OF CAREY HARROLD

# SPREADSHEET: "EXCHANGE BALANCES 1 JAN – 31 DEC 2019"

| Exchange | 31-Dec-18 | 1-Jan | 1-Feb | 1-Mar | 1-Apr | 1-May | 1-Jun | 1-Jul | 1-Aug | 1-Sep | 1-Oct | 1-Nov | 1-Dec | 31-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total USD Value Mark-to-Market | $88,734,895.57 | $74,646,526.30 | $49,008,263.72 | $79,524,695.36 | $63,029,529.07 | $74,799,707.52 | $79,725,640.46 | $80,302,627.27 | $82,856,686.97 | $85,626,431.57 | $82,966,233.33 | $88,092,472.53 | $89,360,181.97 | $91,666,270.94 |
| | $1,232,305.80 | $1,232,305.80 | $408,326.27 | $667,803.59 | $1,079,371.37 | $2,597,147.74 | $1,037,775.77 | $466,828.75 | $2,300,928.98 | $1,164,312.19 | $319,227.06 | $2,221,708.31 | $2,284,900.53 | $2,365,420.75 |
| | $86,270.63 | $86,270.63 | $2,230,542.06 | $3,108,013.23 | $1,068,407.39 | $2,736.40 | $2,996,327.13 | $1,598,166.74 | $651,968.47 | $2,041,135.85 | $1,483,210.81 | $2,101,517.48 | $1,368,017.53 | $94,736.94 |
| | $1,148,398.13 | $1,148,398.13 | $473,718.36 | $2,710,557.79 | $544,391.84 | $2,119,384.55 | $2,680,217.05 | $3,663,241.00 | $3,913,057.12 | $2,735,647.35 | $3,140,797.53 | $4,414,352.05 | $3,147,472.01 | $4,069,381.39 |
| | $2,390,440.05 | $2,390,440.05 | $987,546.06 | $4,049,372.23 | $1,628,219.87 | $1,369,435.20 | $2,482,633.31 | $333,667.03 | $1,167,642.66 | $779,547.34 | $3,047,338.00 | $4,432,380.13 | $1,617,778.27 | $1,518,287.89 |
| | $3,103,626.99 | $1,103,626.99 | $684,568.97 | $304,322.27 | $3,213,821.17 | $866,250.34 | $2,052,761.77 | $294,886.18 | $4,257,355.03 | $2,878,178.16 | $1,850,489.64 | $2,444,353.77 | $3,896,767.34 | $3,840,381.17 |
| | $5,139,985.63 | $1,159,985.63 | $2,461,469.61 | $2,957,608.13 | $3,369,586.69 | $851,343.32 | $2,019,149.85 | $489,086.74 | $1,669,281.06 | $5,888,878.92 | $4,533,890.02 | $1,961,350.72 | $1,276,119.54 | $669,815.32 |
| | $4,868,778.65 | $4,868,778.65 | $538,871.09 | $2,410,803.87 | $1,533,621.28 | $2,866,466.71 | $692,468.75 | $2,236,322.34 | $1,126,099.65 | $2,010,165.98 | $4,513,340.70 | $2,103,954.37 | $1,376,532.20 | $1,376,908.84 |
| | $2,432,751.94 | $2,432,751.94 | $1,923,788.76 | $2,924,926.57 | $2,814,237.74 | $2,854,243.10 | $1,438,682.88 | $5,283,408.08 | $3,658,811.08 | $4,432,932.68 | $2,551,271.11 | $668,289.25 | $1,967,143.24 | $1,869,730.58 |
| | $3,237,584.58 | $3,237,584.58 | $1,167,044.83 | $2,734,032.91 | $2,323,637.90 | $1,465,976.18 | $1,282,046.17 | $2,415,587.96 | $2,587,933.12 | $2,436,654.00 | $3,475,293.20 | $3,783,504.76 | $1,904,023.82 | $3,740,151.67 |
| | $4,268,921.79 | $4,268,921.79 | $1,025,364.48 | $1,148,954.26 | $2,426,662.26 | $559,062.01 | $2,098,807.81 | $409,537.53 | $4,756,331.65 | $783,420.32 | $2,321,234.53 | $604,945.33 | $19,851.87 | $923,267.06 |
| | $3,410,573.57 | $3,410,573.57 | $2,093,367.63 | $1,473,416.99 | $1,665,790.32 | $2,120,331.12 | $3,004,239.85 | $376,367.48 | $2,357,610.54 | $2,546,581.30 | $4,095,289.61 | $2,680,607.70 | $2,170,544.91 | $3,738,646.56 |
| | $2,771,608.83 | $2,771,608.83 | $2,352,187.12 | $1,058,068.41 | $1,084,569.35 | $951,113.77 | $2,745,570.62 | $2,057,724.58 | $1,952,165.06 | $2,247,683.18 | $1,033,620.79 | $1,730,112.42 | $3,190,934.53 | $1,180,606.71 |
| | $2,732,802.38 | $2,732,802.38 | $1,492,583.13 | $628,772.83 | $1,032,578.18 | $1,745,836.51 | $980,859.30 | $2,045,772.88 | $131,025.56 | $36,168.87 | $3,138,820.17 | $888,116.07 | $659,140.38 | $1,129,929.80 |
| | $858,867.98 | $858,867.98 | $2,476,316.05 | $884,990.51 | $2,672,911.20 | $2,023,930.29 | $1,679,373.11 | $1,926,626.08 | $2,698,517.39 | $4,984,707.60 | $1,742,777.63 | $4,980,300.13 | $850,493.27 | $30,976.00 |
| | $4,274,407.19 | $2,274,407.19 | $930,094.09 | $1,063,098.78 | $2,170,676.67 | $1,807,066.44 | $620,787.71 | $1,635,980.83 | $2,807,470.09 | $2,633,512.04 | $2,241,785.28 | $3,624,736.11 | $327,805.87 | $1,016,678.68 |
| | $6,750,749.17 | $1,750,749.17 | $2,558,993.91 | $2,279,916.64 | $2,139,793.10 | $625,966.66 | $914,485.00 | $1,000,139.82 | $574,064.37 | $193,080.93 | $2,014,414.87 | $313,312.14 | $3,237,131.77 | $3,073,652.63 |
| | $6,474.88 | $6,474.88 | $259,116.58 | $2,330,766.19 | $700,304.62 | $573,054.10 | $3,653,584.33 | $2,404,482.06 | $3,186,328.30 | $760,026.79 | $1,726,068.75 | $3,144,372.04 | $4,720,045.38 | $1,654,914.92 |
| | $1,214.85 | $1,214.85 | $1,409,484.14 | $3,197,487.42 | $2,535,150.59 | $2,117,521.28 | $3,388,476.53 | $962,021.93 | $3,603,397.22 | $4,062,303.08 | $1,893,009.02 | $529,046.49 | $3,122,621.42 | $2,373,661.58 |
| | $481,355.58 | $481,355.58 | $1,399,291.01 | $879,114.79 | $1,559,902.26 | $1,881,729.59 | $540,257.64 | $667,423.95 | $1,794,389.52 | $1,694,574.44 | $2,465,781.78 | $3,678,794.22 | $973,915.02 | $4,097,642.29 |
| | $3,614,497.28 | $3,614,497.28 | $429,842.39 | $85,350.36 | $818,796.91 | $2,161,940.30 | $2,459,450.49 | $732,668.06 | $2,391,263.46 | $2,225,366.42 | $1,753,748.68 | $3,936,645.75 | $3,837,156.23 | $4,263,915.16 |
| | $1,302,013.54 | $1,302,013.54 | $1,620,327.37 | $2,618,931.85 | $3,389,563.04 | $1,492,339.63 | $999,210.09 | $3,773,321.91 | $1,283,005.30 | $1,589,526.49 | $1,900,119.59 | $1,782,654.59 | $4,011,755.32 | $4,084,141.98 |
| | $693,766.06 | $693,766.06 | $993,770.84 | $2,709,715.68 | $699,909.73 | $1,775,598.91 | $2,633,724.06 | $3,152,862.87 | $3,179,058.45 | $1,529,030.73 | $1,504,519.72 | $2,677,063.36 | $2,136,762.30 | $1,194,900.89 |
| | $1,850,439.43 | $1,850,439.43 | $23,181.86 | $2,603,630.12 | $393,126.80 | $2,764,924.46 | $1,375,150.43 | $2,736,935.95 | $325,400.52 | $2,064,935.30 | $175,386.57 | $1,079,510.65 | $2,766,597.50 | $992,184.56 |
| | $49,948.53 | $49,948.53 | $1,823,689.36 | $1,979,226.40 | $6,305.37 | $6,592,354.62 | $1,735,687.05 | $4,457,883.15 | $2,373,657.73 | $367,728.76 | $2,350,100.58 | $5,415,450.33 | $3,879,374.22 | $3,865,575.32 |
| | $5,503,178.51 | $4,503,178.51 | $1,150,469.22 | $489,635.86 | $2,139,770.16 | $1,639,701.98 | $2,038,282.74 | $3,805,018.23 | $1,273,465.63 | $5,743,322.20 | $682,701.80 | $916,819.75 | $2,304,527.11 | $2,586,753.90 |
| | $73,344.19 | $73,344.19 | $— | $— | $— | $— | $— | $— | $— | $— | $— | $— | $— | $— |
| | $4,523,257.27 | $4,523,257.27 | $2,337,642.29 | $2,392,452.57 | $1,096,707.69 | $2,217,912.45 | $3,028,530.68 | $2,945,791.88 | $3,853,892.16 | $3,017,869.63 | $2,218,802.08 | $989,728.65 | $243,706.89 | $405,465.47 |
| | $2,336,473.92 | $2,336,473.92 | $1,934,295.34 | $2,070,646.13 | $3,105,507.96 | $3,330,404.29 | $2,465,271.81 | $1,698,455.26 | $963,533.08 | $2,551,685.07 | $1,729,990.44 | $170,258.38 | $4,167,721.71 | $4,729,832.75 |
| | $824,196.09 | $824,196.09 | $28,356.22 | $2,571,439.06 | $1,217,410.24 | $1,696,144.96 | $919,807.99 | $3,028,910.97 | $4,514,670.71 | $1,805,207.39 | $1,122,145.22 | $3,723,979.43 | $2,617,952.72 | $774,005.63 |
| | $422.00 | $422.00 | $2,281,715.53 | $3,045,544.15 | $1,435,758.67 | $571,083.61 | $3,014,580.87 | $4,007,331.00 | $902,576.74 | $413,516.04 | $2,452,441.92 | $3,118,287.68 | $3,118,291.48 | $2,327,253.33 |
| | $51,179.28 | $51,179.28 | $1,371,625.90 | $2,294,515.84 | $883,859.43 | $1,612,805.36 | $3,042,247.13 | $162,140.09 | $856,804.46 | $1,344,764.01 | $1,952,452.97 | $1,700,265.26 | $295,930.61 | $783,875.74 |
| | $3,857,556.11 | $3,857,556.11 | $722,413.30 | $1,944,754.16 | $3,268,596.18 | $1,003,638.67 | $3,763,378.74 | $2,738,639.22 | $1,350,614.04 | $1,293,783.70 | $583,788.58 | $1,488,986.70 | $1,680,525.78 | $410,584.49 |
| | $2,600,754.78 | $2,600,754.78 | $722,410.06 | $4,640,311.04 | $198,741.78 | $1,138,311.90 | $2,505,538.96 | $1,653,628.23 | $3,403,171.85 | $3,357,530.65 | $1,436,240.70 | $1,800,154.35 | $1,268,431.00 | $1,431,335.43 |
| | $298,390.89 | $210,021.62 | $1,113,301.77 | $993,289.06 | $382,295.82 | $4,864,577.39 | $5,994,036.86 | $2,689,369.77 | $1,929,256.07 | $2,368,554.28 | $4,181,070.62 | $901,328.55 | $3,653,942.78 | $4,338,232.33 |
| | $2,916,810.19 | $2,916,810.19 | $9,196.83 | $146,409.57 | $2,002,253.98 | $3,493,001.34 | $839,094.54 | $1,492,029.58 | $3,427,717.76 | $2,200,167.48 | $3,503,832.54 | $2,235,522.41 | $4,156,216.97 | $4,038,979.18 |
| | $70,110.00 | $70,110.00 | $748,068.48 | $3,213,541.70 | $195,280.22 | $1,095,344.18 | $745,889.97 | $2,798,342.53 | $981,730.28 | $174,882.90 | $1,938,807.48 | $3,442,675.68 | $3,541,358.14 | $3,240,024.44 |
| | $4,557,095.23 | $4,557,095.23 | $688,945.26 | $1,409,413.25 | $178,324.40 | $3,281,494.50 | $4,930,164.12 | $2,034,473.69 | $571,094.03 | $3,564,197.30 | $3,072,179.55 | $1,711,909.14 | $3,832,188.36 | $5,312,413.47 |
| | $3,716,935.44 | $3,716,935.44 | $2,436,766.58 | $4,093,025.55 | $1,167,948.83 | $2,670,438.81 | $517,699.45 | $3,193,217.21 | $929,209.77 | $3,521,438.68 | $1,943,033.70 | $1,768,891.22 | $1,544,888.45 | $4,681,135.01 |
| | $677,408.21 | $677,408.21 | $1,699,570.97 | $3,388,815.61 | $4,465,738.03 | $1,799,074.44 | $409,389.86 | $2,873,813.70 | $3,150,188.08 | $1,981,413.35 | $877,210.07 | $2,886,187.18 | $2,189,615.49 | $3,040,830.86 |