# EXHIBIT 3

# DECLARATION OF MELISSA FOX MURPHY

# EMAIL TO SIGMA FUND IR MANAGER

**From:** ▓▓▓▓▓▓▓▓
**Sent:** Monday, December 7, 2020 7:03 PM
**To:** ▓▓▓▓▓▓▓▓
**Subject:** FW: Transfer | VQR Multistrategy Fund LP

---

**From:** ▓▓▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓>
**Sent:** Monday, August 17, 2020 3:03 PM
**To:** 'Fae Hansen' <▓▓▓▓▓▓▓▓>
**Cc:** 'Antonio Hallak' <▓▓▓▓▓▓▓▓>; ▓▓▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓>; ▓▓▓▓▓▓▓▓; 'VQR Finance' ▓▓▓▓▓▓▓▓
**Subject:** Transfer | VQR Multistrategy Fund LP

Fae,

I am inquiring about an update on the transfer of assets on behalf of ▓▓▓▓▓▓▓▓ for an investment in VQR Multistrategy Fund LP.   We received a transfer form and the investor completed subdocs, and as you are managing the IR piece for all Sigma transfers, can you please send us an update.

Best,

Melissa

Melissa Fox
Head of Investor Relations
VQR Multistrategy Fund LP

199 Water Street, 34th Floor
New York, New York  10038
E. ▓▓▓▓▓▓▓▓
T. ▓▓▓▓▓▓▓▓
M. ▓▓▓▓▓▓▓▓