# EXHIBIT 4

# DECLARATION OF MELISSA FOX MURPHY

## WIRE TRANSFERS

  **Comm**Biz **Transaction Group**

Commonwealth Bank of Australia

| | |
|---|---|
| **Transaction ID:** | ██████████ |
| **Description:** | VSF Transfer |
| **Status:** | Authorised |
| **Type:** | International Money Transfer |
| **Purpose:** | |
| **Processing date:** | 02/09/2020 |

**Total amount:** USD 2,394,766.99

1 debit,  1 credit

| Date | Status History |
|---|---|
| 02/09/2020 01:42:57 PM | Confirmed - STEFAN QIN |
| 02/09/2020 01:43:11 PM | Authorised - STEFAN QIN |

**Debit from:**   VIRGIL CAPITAL PTY LTD

| Account Number | Amount |
|---|---|
| ██████████ | USD 2,394,766.99 |

**Pay to:**   VQR Multistrategy US Feeder LP

| Account Number | Bank Name | Branch | Bank Code | City Country |
|---|---|---|---|---|
| ██████████ | SILVERGATE BANK | - | ██████████ | LA JOLLA United States |

**Payment details for beneficiary**

VSF Transfer

  **Commonwealth**Bank
Commonwealth Bank of Australia

**Comm**Biz **Transaction Group**

| | | | |
|---|---|---|---|
| **Transaction ID:** | ████████ | | |
| **Description:** | VSF Transfer | | |
| **Status:** | Authorised | **Total amount:** | USD 400,000.00 |
| **Type:** | International Money Transfer | | 1 debit,  1 credit |
| **Purpose:** | | | |
| **Processing date:** | 02/09/2020 | | |

| Date | Status History |
|---|---|
| 02/09/2020 01:45:41 PM | Confirmed - STEFAN QIN |
| 02/09/2020 01:46:00 PM | Authorised - STEFAN QIN |

**Debit from:**   VIRGIL CAPITAL PTY LTD

| Account Number | Amount |
|---|---|
| ████████ | USD 400,000.00 |

**Pay to:**      VQR Multistrategy Cayman Feeder Fund LTD

| Account Number | Bank Name | Branch | Bank Code | City Country |
|---|---|---|---|---|
| ████████ | SILVERGATE BANK | - | ████████ | LA JOLLA United States |

| Payment details for beneficiary |
|---|
| VSF transfer |