# EXHIBIT 5

# DECLARATION OF MELISSA FOX MURPHY

# EMAIL REGARDING TRANSFER OF FUNDS

1/2

**From:** ▮▮▮▮▮
**Sent:** Monday, December 7, 2020 3:30 PM
**To:** ▮▮▮▮▮
**Subject:** FW: VQR Update

---

**From:** ▮▮▮▮▮ <▮▮▮▮▮>
**Sent:** Wednesday, September 2, 2020 11:57 AM
**To:** Melissa Fox <▮▮▮▮▮>
**Subject:** Re: VQR Update

Great, thanks for the update.

Please do let me know when it's all confirmed.

▮▮▮▮▮

On Wed, Sep 2, 2020 at 9:44 AM <▮▮▮▮▮> wrote:

> Hi ▮▮▮,
>
> I will inform you as soon as your capital arrives, it is my understanding that Sigma has executed the transfer with the bank.
>
> Melissa
>
> **From:** ▮▮▮▮▮ <▮▮▮▮▮>
> **Sent:** Wednesday, September 2, 2020 9:24 AM
> **To:** Melissa Fox <▮▮▮▮▮>
> **Subject:** VQR Update
>
> Melissa,
>
> Can you confirm the amount of our capital that is now trading in VQR for September?
>
> Just wanted to confirm that this portion of the transaction was complete.
>
> Thanks, ▮▮▮
>
> ▮▮▮▮▮