# EXHIBIT 6

# DECLARATION OF MELISSA FOX MURPHY

# EMAIL FROM SIGMA FUND'S IR MANAGER

**From:**
**To:**
**Cc:**
**Subject:**
**Date:**



Sent from my iPhone

Begin forwarded message:

> **From:** Fae Hansen <
> **Date:** November 16, 2020 at 2:17:55 PM CST
> **To:** Melissa Fox <                              >, Antonio Hallak
> <
> **Cc:** Virgil Capital IR Team <
> **Subject: Sigma Stablecoin transfer update**
>
>
> Hello Melissa,
>
> Hope you had a wonderful weekend.
>
> As you're aware Stefan is currently traveling and has limited service but he wanted to give you a quick update regarding Stablecoin transfer.
>
> QCP has approved our wallet and we are just waiting on compliance to finalize. We have been informed compliance should be completed soon as long as no unforeseen surprises arise. We are aiming to do the Stablecoin transfer this week and then close out the wire to VQR.
>
> I will notify you once we have approval and are ready to initiate the Stablecoin transfer. In the meantime please let me know if you have any questions.
>
> Best,
> Fae
>
> Investor Relations Manager | Virgil Capital
> New York |

This message and any of its attachments are confidential, may be privileged and is intended solely for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it immediately and notify us.

No responsibility is accepted by Virgil Capital LLC or any of its affiliates for any loss or damage arising in any way from the receipt or use of this message. This message should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments. The contents of this message may not have originated from its sender. If verification is required, please request a hard copy.