# EXHIBIT 7

# DECLARATION OF MELISSA FOX MURPHY

## OCTOBER 29, 2020 EMAIL

|  |  |
|---|---|
| **From:** | ▉▉▉▉▉▉▉▉▉▉▉▉ |
| **Sent:** | Monday, December 7, 2020 3:52 PM |
| **To:** | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| **Subject:** | FW: Credit on transfer amount |

**From:** Stefan Qin <▉▉▉▉▉▉▉▉▉▉▉▉>
**Sent:** Thursday, October 29, 2020 11:36 PM
**To:** ▉▉▉▉▉▉▉ <▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; VQR Investor Relations <▉▉▉▉▉▉▉▉▉▉>
**Subject:** Credit on transfer amount

VQR agrees to credit to ▉▉▉▉▉▉▉ any gains, net of fees, on transferred capital from sigma to VQR as if it had been trading from aug 1st, 2020. This shall be deposited as a subscription into ▉▉▉▉▉ ▉▉▉▉▉▉▉ account at the beginning of the following month once the NAV for VQR is finalised. This is a good faith email meant to illustrate the desire for a long term business relationship with ▉▉▉▉▉ ▉.

Stefan

--

Stefan Qin
Managing Partner | Virgil Quantitative Research

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

This message and any of its attachments are confidential, may be privileged and is intended solely for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it immediately and notify us. No responsibility is accepted by VQR or any of its affiliates for any loss or damage arising in any way from the receipt or use of this message. This message should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments. The contents of this message may not have originated from its sender. If verification is required, please request a hard copy.

1/1