# EXHIBIT 8

## DECLARATION OF MELISSA FOX MURPHY

Cover E-mail From Investor

**From:** ███████████████
**Sent:** Monday, December 7, 2020 11:04 PM
**To:** ███████████████
**Subject:** FW: Sigma Stablecoin transfer update

---

**From:** ████████ <████████████████>
**Sent:** Monday, December 7, 2020 10:58 PM
**To:** Fae Hansen <███████████>; Antonio Hallak <████████████████>; Carey Harrold <███████████ ████ >; Melissa Fox <███████████ >
**Cc:** Stefan Qin <███████████████>; Virgil Capital IR Team <█████████████>
**Subject:** Re: Sigma Stablecoin transfer update

Btw, I want to reiterate to everyone on this chain that we have been discussing the transfer from sigma to VQR since I initiated it in JULY which was supposed to start trading August 1st.Since then, a lot of promises have been made, and nothing has been delivered, just excuse after excuse after excuse.   It is now MID DECEMBER and my MILLION DOLLARS IS NOWHERE TO BE SEEN.

It's a disgrace the way you guys are treating **one of your earliest and largest investors across both funds**.  I am utterly disappointed in all of you for the bullshit that you've been feeding me for 5 months.  Speechless at the way I've been treated.  It's a disgrace.

On Sun, Dec 6, 2020 at 8:45 PM ███████ <█████████████████> wrote:

> Stefan - could you pls provide a detailed update on this asap regarding the transfer and credit. thanks, ████████
>
> On Sun, Dec 6, 2020 at 8:25 PM Fae Hansen <███████████████> wrote:
>
>> Hello ████████,
>>
>> Thank you I hope you had a wonderful holiday week as well.
>>
>> Stefan is personally handling the process of liquidation and gathering coin for a Stabelcoin withdrawal. He can provide a more precise timeline of when to expect liquidation to be done. We underestimated the liquidations timeline as this was a new process and I apologize for the delays its caused. It will not happen again in the future as we now have a better idea of the process.
>>
>> Best,
>> Fae
>>
>>
>> Sent from my iPhone

On Dec 4, 2020, at 7:43 PM, ████████ <████████████████> wrote:

Hope you all had a great thanksgiving.

Would you pls provide an update on the stable coin and also the credit calculations for making whole the opportunity cost of the capital.

best,
████████

On Fri, Nov 20, 2020 at 1:48 PM Fae Hansen <████████████████> wrote:
Hello ████████

I just was informed that our Stablecoin compliance has been approved. We have started gathering the coin and will be processing it early next week. I will keep you updated on every step of the process.

Best,
Fae

> On Nov 19, 2020, at 3:12 PM, ████████ <████████████████> wrote:

Hi Fae,
Any updates on this?
Best,
████████

On Mon, Nov 16, 2020 at 1:32 PM ████████ <████████████████> wrote:
Thanks for the update - pls keep me posted as soon as things are in the works.
best,
████████

On Mon, Nov 16, 2020 at 3:22 PM Fae Hansen <████████████████> wrote:
Hello ████████

Hope you had a wonderful weekend.

As you're aware Stefan is currently traveling and has limited service but he wanted to give you a quick update regarding Stablecoin transfer.

QCP has approved our wallet and we are just waiting on compliance to finalize. We have been informed compliance should be completed soon as long as no unforeseen surprises arise. We are aiming to do the Stablecoin transfer this week and then close out the wire to VQR.

I will notify you once we have approval and are ready to initiate the Stablecoin transfer. In the meantime please let me know if you have any questions.

Best,
Fae

Investor Relations Manager | Virgil Capital
New York |

This message and any of its attachments are confidential, may be privileged and is intended solely for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it immediately and notify us. No responsibility is accepted by Virgil Capital LLC or any of its affiliates for any loss or damage arising in any way from the receipt or use of this message. This message should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments. The contents of this message may not have originated from its sender. If verification is required, please request a hard copy.