# EXHIBIT 9

# DECLARATION OF MELISSA FOX MURPHY

# EMAIL TO INVESTOR

**From:** ▮
**Sent:** Monday, December 7, 2020 5:56 PM
**To:** ▮
**Subject:** FW: Redemption schedule for SIGMA- ▮

---

**From:** ▮ <▮>
**Sent:** Friday, October 23, 2020 8:15 AM
**To:** ▮ <▮>
**Subject:** RE: Redemption schedule for SIGMA- ▮

Hi ▮,

Great to hear from you and I am doing well, thank you for asking. Hope all is well for you too.

Any redemption for Virgil Sigma Fund LP would have to be made directly to Sigma as we are completely different Investment Managers (IM's) and therefore as a separate entity have no insight into their firm or the ability to assist with a redemption.

My recommendation, once you put in for your redemption, is that you have the wire sent back to you. Once you have your capital in hand we can have you wire the additional capital you would like to add to your VQR Multistrategy Fund investment. On my end, all I need is for you to complete a short form which will allow you to add to your investment and then do a wire transfer before month end of the month you are looking to "top off".

In summary, you will have to reach out to Sigma directly and make the redemption request. Once you have your capital back from Sigma we can then have you wire the capital to VQR. I will send you another Short Form and we can stay in touch around timing.

Let me know if I can be of any further assistance,

Melissa

**From:** ▮ <▮>
**Sent:** Friday, October 23, 2020 2:55 AM
**To:** Melissa Fox <▮>
**Subject:** Redemption schedule for SIGMA- ▮

Hi Melissa,

Hope you are well! I believe we would have completed the 12 months lock up period of ▮ investment in SIGMA by next month- Nov,2020. We have invested a total of USD1.3M in sigma and we'd like to proceed with full redemption of the principal + profit amount, and then consequently I'd like to top up another USD500K into VQR multi-strat fund starting nov.

How would you suggest we proceed? shall I redeem the full amount and then wire back into virgil for vqr or an internal transfer will do- since the holding entity is still the same- ■■■■■■■■■■■■.

Please advise.

■■