ATTACHMENT TO CIVIL COVER SHEET

Securities and Exchange Commission,

Plaintiff,

v.

STEFAN QIN, VIRGIL TECHNOLOGIES LLC,
MONTGOMERY TECHNOLOGIES LLC,
VIRGIL QUANTITATIVE RESEARCH, LLC,
VIRGIL CAPITAL LLC, and
VQR PARTNERS LLC,

Defendants.

*Attorneys for Plaintiff*

ERIN SCHNEIDER (Cal. Bar No. 216114)
MONIQUE WINKLER (Cal. Bar No. 213031)
A. KRISTINA LITTMAN (NJ Bar No. 04350-2005)
SUSAN LAMARCA (Cal. Bar No. 215231)
STEVEN BUCHHOLZ (Cal. Bar No. 202638)
FITZANN REID (NY Bar No. 5084751)
AMANDA STRAUB (NY Bar No. 4396982)

SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 28th Floor
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

*Attorney for Defendant Stefan Qin*

Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
212-763-0889

*Attorney for Defendants*
*VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC*

Karl Cole-Frieman
255 California Street
San Francisco, CA 94111
415-762-2841