ATTACHMENT TO PROPOSED
SUMMONS IN A CIVIL ACTION

United States Securities and Exchange

Commission, Plaintiff,

v.

STEFAN QIN, VIRGIL TECHNOLOGIES LLC,
MONTGOMERY TECHNOLOGIES LLC,
VIRGIL QUANTITATIVE RESEARCH, LLC,
VIRGIL CAPITAL LLC, and
VQR PARTNERS LLC,

Defendants.

STEFAN QIN
199 Water Street
34th Floor
New York NY 10034

VIRGIL TECHNOLOGIES LLC
199 Water Street
34th Floor
New York NY 10034

MONTGOMERY TECHNOLOGIES LLC
199 Water Street
34th Floor
New York NY 10034

VIRGIL QUANTITATIVE RESEARCH, LLC
199 Water Street
34th Floor
New York NY 10034

VIRGIL CAPITAL LLC
199 Water Street
34th Floor
New York NY 10034

VQR PARTNERS LLC
199 Water Street
34th Floor
New York NY 10034