UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** : <br> : <br> **Plaintiff,** : <br> : <br> vs. : <br> : <br> **STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,** : <br> : <br> **Defendants.** : | Civil Action No: 20-cv-10849 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Fitzann R. Reid, move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Secuities and Exchange Commission in the above-captioned action.

I am a member in good standing of both the bar of the District of Columbia and the bar of the state of New York. I have never been convicted of a felony, never been censured, suspended, disbarred or denied admission or readmission by any court, and there are no disciplinary actions pending against me in any state or federal court. A Certificate of Good Standing for the District of Columbia is attached.

1

Respectfully submitted this 23rd day of December, 2020.

/s/ Fitzann R. Reid
_____

Fitzann R. Reid (NY Bar No. 5084751)
Senior Counsel
Attorney for Plaintiff
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2458
reidf@sec.gov