UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Civil Action No: 20-cv-10849 |

## DECLARATION OF FITZANN R. REID

## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Fitzann R. Reid, declare under penalty of perjury in accordance with 28 U.S.C. §1746:

1. I am over the age of eighteen years. I am an attorney that represents the Plaintiff Securities and Exchange Commission in the above-titled action. I have personal knowledge of the facts set forth in this declaration, and if called to testify I would testify to the following facts.

2. I make this declaration pursuant to Rule 1.3(c) for the Local Rules of the United States Courts for the Southern District of New York in support of my motion for an Order for admission to practice Pro Hac Vice to appear as counsel for the Securities and Exchange Commission in the above-captioned action.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

1

5.  There are no disciplinary proceedings presently against me.

6.  A Certificate of Good Standing for the District of Columbia is attached.

7.  Due to restrictions imposed by COVID-19, we are experiencing a delay in submitting a Certificate of Good Standing for the state of New York. The certificate has been requested and we will submit it to the Court as soon as it is received, which we anticipate will be within thirty days.

Executed on December 23, 2020 in Oakland, California.

/s/ Fitzann R. Reid
_____

Fitzann R. Reid (NY Bar No. 5084751)
Senior Counsel
Attorney for Plaintiff
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2458
reidf@sec.gov