UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | : : : : |
| **Plaintiff,** | : : |
| vs. | : : Civil Action No. 20-cv-10849 |
| **STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,** | : : : : : |
| **Defendants.** | : : : |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Fitzann R. Reid, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of both the bar of the District of Columbia and the bar of the state of New York and that her contact information is as follows:

Fitzann R. Reid
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2458
Fax: (415) 705-2331
Email: reidf@sec.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Securities and Exchange Commission in the above entitled action;

1

2

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                    U.S. District Court Judge