```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES SECURITIES AND                                  :
EXCHANGE COMMISSION,                                          :     20 Civ. 10849 (LGS)
                                    Plaintiff,                :
                                                              :            ORDER
            -against-                                         :
                                                              :
STEFAN QIN et al.                                             :
                                    Defendants.               :
------------------------------------------------------------- :
                                                              X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court is in receipt of Plaintiff's *ex parte* motion for a temporary restraining order and order to show cause (Dkt. No. 4). Accordingly, it is hereby

**ORDERED** that on **December 23, 2020, at 7:00 p.m.**, Plaintiff shall appear for a hearing on its motion on the following conference call line: 888-363-4749, access code: 558-3333.

Dated: December 23, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE