UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: Case No. 20-cv-10849 (LGS)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PROOF OF SERVICE OF ORDER**

In accordance with Federal Rules of Civil Procedure 4 and 5, Plaintiff United States Securities and Exchange Commission (the "Commission") hereby certifies that a copy of:

TEMPORARY RESTRAINING ORDER FREEZING ASSETS AND ORDER TO SHOW CAUSE

Was served by placement today in the U.S. Mail, postage pre-paid, addressed to the following parties entitled to notice:

Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
Counsel for
*STEFAN QIN, Defendant*
*VIRGIL CAPITAL LLC, Defendant*

1

Karl Cole-Frieman
Cole-Frieman & Mallon LLP
255 California Street
Suite 1350
San Francisco, CA 94111
Agent for Service
*VIRGIL TECHNOLOGIES LLC, Defendant*
*MONTGOMERY TECHNOLOGIES LLC VIRGIL, Defendant*
*QUANTITATIVE RESEARCH, LLC, Defendant*
*VQR PARTNERS LLC, Defendant*


(With copies of the same sent by email to the above persons on this same date.)


Dated:  December 24, 2020

     /s *Elena Ro*

Elena Ro
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104