UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br><br>Plaintiff,<br><br>vs.<br><br>**STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,**<br><br>Defendants. | Case No. 20-cv-10849-LGS |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Susan F. LaMarca, move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the U.S. Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bar of the State of California. I have not been convicted of a felony, nor censured, suspended, disbarred or denied admission or readmission by any court, and there are no disciplinary actions pending against me in any state or federal court. A Certificate of Good Standing for the State of Califonia is attached.

Currently, no counsel has entered an appearance on behalf of any of the defendants in this action and it is therefore not feasible at this time to obtain the agreement of counsel to this motion.

1

Respectfully submitted this 30th day of December, 2020.

   /s/ *Susan F. LaMarca*
Susan F. LaMarca (CA Bar No. 215231)
Attorney for Plaintiff
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Phone: (415) 705-2500
Fax: (415) 705-2501
Email: lamarcas@sec.gov

2