UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Case No. 20-cv-10849-LGS |

## DECLARATION OF SUSAN F. LAMARCA

## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Susan F. LaMarca, declare under penalty of perjury in accordance with 28 U.S.C. §1746:

1. I am over the age of eighteen years. I am an attorney that represents the Plaintiff U.S. Securities and Exchange Commission in the above-titled action. I have personal knowledge of the facts set forth in this declaration, and if called to testify I would testify to the following facts.

2. I make this declaration pursuant to Rule 1.3(c) for the Local Rules of the United States District Court for the Southern District of New York in support of my motion for an Order for admission to practice Pro Hac Vice to appear as counsel for the U.S. Securities and Exchange Commission in the above-captioned action.

3. I have not been convicted of a felony.

4. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

1

5. There are no disciplinary proceedings presently against me.

6. A Certificate of Good Standing for the State of California is attached.

Executed on December 30, 2020 in San Francisco, California.

/s/ *Susan F. LaMarca*
Susan F. LaMarca (CA Bar No. 215231)
Attorney for Plaintiff
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Phone: (415) 705-2500
Fax: (415) 705-2501
Email: lamarcas@sec.gov