UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br><br>　　　　**Plaintiff,**<br><br>　　　　vs.<br><br>**STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,**<br><br>　　　　**Defendants.** | Case No. 20-cv-10849-LGS |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Susan F. LaMarca, for admission to practice Pro Hac Vice in the above captioned action, is granted.

Applicant has declared that she is a member in good standing of the bar of the State of California and that her contact information is as follows:

Susan F. LaMarca
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Fax: (415) (415) 705-2501
Email: lamarcas@sec.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff U.S. Securities and Exchange Commission in the above entitled action;

1

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____
         New York, New York                         Lorna G. Schofield
                                               United States District Judge