UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>　　　　　Defendants. | Case No. 20-CV-10849 (LGS) |

## STIPULATION TO THE ENTRY OF ORDER APPOINTING RECEIVER

Plaintiff U.S. Securities and Exchange Commission (the "Commission") and defendants Stefan Qin, *pro se*; and defendants Virgil Capital LLC, Montgomery Technologies, LLC, Virgil Technologies, LLC, Virgil Quantitative Research, LLC and VQR Partners, LLC, through their managing member (collectively, "the Parties") hereby stipulate as follows:

WHEREAS, on December 23, 2020 during an *ex parte* hearing, and on December 24, 2020 by written Order, the Court granted, in part, the Commission's Motion for Temporary Restraining Order (*see* Docket No. 19) (hereafter, "Order"), which among other things orders that an immediate freeze be placed on all monies and assets (including all digital assets and cryptocurrencies) in all accounts at any bank, financial institution, brokerage firm, or digital asset trading platform, or exchange or other funds or assets, held in the name of, or for the benefit of, any of the above-

identified entity defendants, or for the benefit of or in the name of Virgil Sigma Fund, LP or VQR Multistrategy Fund LP;

WHEREAS, on January 6, 2021, based upon the Stipulation filed by the parties, the Court entered the Preliminary Injunction Freezing Assets and Providing Related Relief, which among other things extended the freeze over assets owned or controlled by the entity defendants (ECF No. 27);

WHEREAS, the Parties recognize that the freeze, while necessary to maintain the status quo and to ensure that funds are not dissipated, is not indefinitely sustainable, as the freeze affects the interests of third parties, including investors, who have claims against the frozen assets;

WHEREAS, the Parties have conferred and agree that, in order to: (1) provide information to investors in the Virgil Sigma Fund, LP or VQR Multistrategy Fund LP regarding the status of their investments; (2) properly account for the value of the assets held or controlled by defendants, including those held by the Virgil Sigma Fund, LP or the VQR Multistrategy Fund LP; (3) resolve claims against those assets and maintain their value; and for other good reasons, a federal equity receiver should be appointed by the Court as soon as practical;

WHEREAS, the Commission's counsel has proposed Robert A. Musiala, Jr. of Baker Hostetler (One North Whacker Drive, Suite 4500, Chicago, IL 60606), who has provided a proposal attached hereto (as Exhibit A), who is well qualified, and who has agreed to act as a federal equity receiver in this matter if appointed by the Court;

IT IS THEREFORE STIPULATED AND AGREED that the Court should enter an Order Appointing Receiver, in the form attached hereto, over the defendants Virgil Capital LLC, Montgomery Technologies, LLC, Virgil Technologies, LLC, Virgil Quantitative Research, LLC and VQR Partners, LLC ("Entity Defendants"), and over any entities or assets held or controlled by the

Entity Defendants, including without limitation the Virgil Sigma Fund, LP or the VQR Multistrategy Fund LP.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: San Francisco, California<br>January 20, 2021 | /s/ Susan F. LaMarca<br>Fitzann R. Reid (N.Y. Bar No. 5084751)*<br>Amanda Straub (AS0516)<br>Steven Buchholz*<br>Susan F. LaMarca*<br>Counsel for the Plaintiff<br>Securities and Exchange Commission<br>San Francisco Regional Office<br>44 Montgomery Street, Suite 2800<br>San Francisco, CA 94104<br>(415) 705-2458 (Reid)<br>   *admitted pro hac vice |
| Dated: New York, New York<br>January 20, 2021 | Stefan Qin, pro se |
| Dated: New York, New York<br>January 20, 2021 | Stefan Qin, as Managing Member for Defendants Virgil Capital LLC, Montgomery Technologies, LLC, Virgil Technologies, LLC, Virgil Quantitative Research, LLC and VQR Partners, LLC |