UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>            Defendants. | Case No.: 20-cv-10849 (LGS)<br><br>**NOTICE OF APPEARANCE** |

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Receiver Robert A. Musiala, Jr. of Baker & Hostetler LLP.  All notices given or required to be given in this case and all papers filed in this case are to be served upon the undersigned counsel.

Dated:  February 3, 2021
           New York, New York

**BAKER & HOSTETLER LLP**

/s/ *Marco Molina*
Marco Molina
45 Rockefeller Plaza
New York, NY 10111-0100
Tel.: (212) 589-4200
Fax: (212) 589-4201
mmolina@bakerlaw.com

*Attorneys for Receiver Robert A. Musiala, Jr.*