UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>                  Defendants. | Case No.: 20-cv-10849 (LGS) |

**DECLARATION OF BARI R. NADWORNY IN SUPPORT OF
RECEIVER'S MOTION FOR AN ORDER APPROVING THE RETENTION OF
ANKURA CONSULTING GROUP, LLC**

I, Bari R. Nadworny, declare the following:

1. I am an associate of the law firm of Baker & Hostetler LLP, counsel to Receiver Robert A. Musiala, Jr. in the above-captioned matter. I submit this Declaration in further support of the Receiver's Motion for an Order Approving the Retention of Ankura Consulting Group, LLC.

2. Attached hereto as Exhibit A is a true and correct copy of the credentials and qualifications of the proposed team of Ankura Consulting Group, LLC.

Dated: February 3, 2021
       New York, New York

Respectfully submitted,

BAKER & HOSTETLER LLP

By: _/s/ Bari R. Nadworny_

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
bnadworny@bakerlaw.com