# Exhibit A





485 Lexington Avenue,
10th Floor, New York, NY 10017

+1.646.291.8585 Direct
+1.917.446.5400 Mobile

anthony.milazzo@ankura.com

### EDUCATION
BS, Accounting, Fordham University

### CERTIFICATIONS
Certified Public Accountant

Certified Fraud Examiner

### AFFILIATIONS
American Institute of Certified Public Accountants

Association of Certified Fraud Examiners

## ANTHONY MILAZZO
Senior Managing Director

### Forensic Accounting Investigations; Accounting Disputes & Advisory

Anthony Milazzo is a Senior Managing Director at Ankura with over 27 years of experience in auditing, corporate finance, and forensic accounting. He leads forensic accounting engagements including internal investigations, disputes, and general accounting advisory matters. Anthony manages teams on accounting investigations that include unraveling complex accounting transactions, advising legal counsel, and presenting findings to various third parties. He provides forensic accounting litigation support including accounting research, expert reports, testimony, and advisory services and technical accounting advice on a variety of GAAP, GAAS, and SEC matters, including restatement projects, drafting technical accounting white papers, and coordinating with management, directors, audit firms, counsel, and government authorities.  He is based in New York.

Before joining Ankura, he focused on forensic accounting at FTI Consulting and KPMG.  While at KPMG, he also worked in the firm's assurance practice and managed financial statement audits and SEC filing engagements (including three completed public offerings) for a wide range of clients varying in industry and size.

Anthony also worked in private industry, serving as corporate controller of a software company that created applications for the commercial real estate market, and as chief financial officer of a startup dot-com. In both roles, he was responsible for coordinating all financial aspects of the organization, including financing coordination and financial reporting.

Examples of Anthony's forensic accounting experience includes:

- Testified in criminal matter (Southern District of New York) related to revenue recognition issues, timing of payment transactions, cash balances, and collection and sales return reserves.

- Issued an expert report and was deposed related to an asset forfeiture case brought by the DOJ alleging that certain funds were received in connection with a Russian tax scheme. Expert report focused on flow of fund analyses.

- Testified in a criminal matter (Southern District of New York) related to a previous channel-stuffing investigation and was deposed in a related SEC matter. Worked closely with assistant US attorneys in assembly of voluminous trial exhibits/support and in trial preparation.

## ANTHONY MILAZZO

- Led a long-term consulting advisory matter related to an SEC administrative law proceeding focused on revenue recognition including managing comprehensive document review and case analysis work streams. Coordinated with counsel and testifying expert on all litigation matters.

- Provided guidance to three publicly traded pharmaceutical companies related to SEC filing restatements, including taking responsibility for evaluating financial misstatements and drafting restated filings.

- Led an investigation related to an SEC enforcement action of a publicly traded electronics distributor. The issues primarily related to the interaction between the distributor and one if its suppliers, which had previously admitted to accounting irregularities including channel stuffing and other right-of-return issues.

- Led all aspects of the Michael Kenwood Receivership investigation, including various asset tracing analyses related to the complex web of cash flows necessary to determine the entities involved in the commingled Ponzi scheme and for claw-back litigation and coordinated findings with counsel, the SEC, US attorneys, and other government authorities.

- Led investigation of a construction project to determine if project manager was involved in self-dealing. Investigation involved extensive review of subcontractor disbursements, witness interviews and reporting of key findings to joint venture partners.

- Led investigative work related to a hospital system. This work stemmed from a lender's rights under a loan agreement and whether the related party payments represented a breach of the loan agreement.

- Led investigation work in connection with the SIPA liquidation of Bernard L. Madoff Investment Securities regarding the commingling of funds between the broker/dealer business and an investment advisory business that was the primary vehicle used to orchestrate the Ponzi scheme and coordinated findings with counsel, the SEC, and other government authorities.

- Investigated a private equity partner's involvement in a significant asset misappropriation matter, including detailed review and analysis of numerous portfolio company investment transactions and a follow-up proposal of internal control recommendations.

- Advised clients of a hedge fund that was being liquidated as the result of a Ponzi scheme fraud. Analyzed the receiver's findings, coordinated document discovery with the receiver, and collaborated with counsel on matters of equitable distribution.

- Provided guidance to a publicly traded private equity firm related to whistleblower allegations concerning internal controls and possible violations of SEC rules and regulations.







485 Lexington Avenue,
10th Floor, New York, NY 10017

+1.212.818.1555 Main
+1.646.291.8587 Direct
+1.301.655.2325 Mobile

andrew.sotak@ankura.com

### EDUCATION
BS, Accounting and Finance, University of Maryland Smith School of Business

### CERTIFICATIONS
Certified Public Accountant

Certified Fraud Examiner

### AFFILIATIONS
American Institute of Certified Public Accountants

Virginia Society of Certified Public Accountants

Association of Certified Fraud Examiners

## ANDREW SOTAK
Senior Director

### Forensic Accounting Investigations; Accounting Disputes, Litigation Support & Advisory

Andrew Sotak is a Senior Director at Ankura with more than seven years of experience in forensic accounting and litigation consulting. He works on financial investigations, complex disputes, accounting advisory, and securities litigation matters. Prior to forensic accouting, Andrew spent three years working in public accounting, where he performed audit and tax services for various public and private real estate, construction, financial institution, and professional services clients. He is based in New York.

Andrew has extensive experience conducting large-scale investigations and litigation support engagements involving the SEC, DOJ, and other regulatory agencies. He has worked on investigations involving cash and asset tracing, fraud and money laundering, forensic accounting analysis, and the evaluation of technical accounting issues such as revenue recognition. Andrew has conducted interviews of accounting and other corporate personnel and is experienced in identifying and analyzing relevant documentation in the performance of financial investigations. Andrew has worked in various industries and geographies, including the Middle East and Europe.

Andrew's professional experience includes:

- Litigation Support for Alleged SEC Books and Records Violation: Identified relevant documents and prepared counsel and experts for depositions and expert reports in a Section 13(b)(2)(A) records violation and internal control circumvention case against a VP of Finance for a subsidiary division of a multi-billion-dollar government defense contracting company.

- Fraudulent Insurance Policy Investigation: Identified the potential remediation exposure related to fraudulent renter's insurance policies opened via a relationship with Wells Fargo tied to the fraudulent opening of accounts at Wells Fargo. Performed a profitability analysis on the Renters Policy product with Wells Fargo, and an analysis to identify policies opened through the program and the associated premiums paid on policies that had a high likelihood of having been fraudulently opened by Wells Fargo employees.

- Section 15(c) Review for a Multinational Mutual Fund Investment Advisor: Reviewed and assessed the methods used by an investment advisor to allocate expenses to the mutual funds it manages in its reporting of the estimated profits derived from its relationship with

each mutual fund. The assessment was prepared in connection with the board of trustees'/directors' annual consideration of the investment management agreements of the funds as required by Section 15(c) of the Investment Company Act of 1940.

- High-Profile Art Fraud Investigation: Assisted the expert witness in preparing a report in a fraud case in the Southern District of New York related to the sale of approximately $60 million of fraudulent artwork by a world-renowned art gallery located in New York City. Reviewed financial information for the holding company and related subsidiaries involved in the fraudulent sales to form an opinion on whether the entities operated as separate economic entities.

- Multinational Pharmaceutical Company Foreign Corrupt Practices Act Investigation and Audit Advisory: Worked with counsel to respond to Securities and Exchange Commission subpoenas related to an FCPA investigation through accounting analyses of financial data and corresponding documentation. Conducted interviews of client personnel surrounding possible books and records violations, and determined the adequacy of the system of internal accounting controls related to revenue recognition for the company's various subsidiaries.

- International Electronics Company Subsidiary SEC Investigation: Worked with counsel to respond to SEC subpoenas related to an FCPA investigation through accounting analysis of financial data and interviews of client personnel surrounding possible books and records violations related to revenue recognition for a subsidiary of the company.

- Accounting Advisory and Restatement Support: Part of a team to guide a public manufacturing company through a restatement of its annual and quarterly financial statements due to several reporting errors in the company's accounting of fixed assets, lease accounting, valuation of intangible assets, and goodwill.

- Reverse Merger Securities Litigation: Performed a tracing of funds analysis from the shares and profits received because of reverse merger transactions executed by a high-profile investment firm manager, as part of a securities litigation case brought by the SEC and the Department of Justice.

- International Tax Fraud and Money-Laundering Investigation: Performed a review of an extensive tax fraud and money-laundering case brought by the DOJ against an international investment firm. Conducted an cash-tracing analysis and prepared memos for the client analyzing the evidence brought forth by the DOJ supporting the flow of funds from the tax fraud through the money-laundering process to the final beneficiaries of the tax fraud proceeds.

- Loan Default Recovery Analysis: Helped draft an expert report in a case involving a financial institution looking to recover from the guarantors on a defaulted loan for a professional soccer team. Determined the fair value and book value of the guarantors' assets to support the finding that the lender could have recovered from the loan at the time of the default from the guarantors.

- International Telecommunications Company FCPA Investigation: Performed on-site transaction testing, internal control analysis, and FCPA risk analysis for an investigation with the SEC and DOJ of a multinational telecommunications company with subsidiaries in Uzbekistan, Tajikistan, Ukraine, and numerous other CIS and European countries.

- Ability-to-Pay Analysis: Helped draft an expert report for a financial institution client in a case with the DOJ leading to a reduced settlement amount from $7.75 million to $3.8 million, based on our analysis calculating a settlement that the client would be able to pay without breaking its financial







485 Lexington Avenue,
10th Floor New York, NY 10017

+1.646.291.8588 Direct
+1.201.968.6758 Mobile

jonathan.zambelli@ankura.com

**EDUCATION**
BS, Finance, Seton Hall University

**CERTIFICATIONS**
Certified Fraud Examiner

**AFFILIATIONS**
Association of Certified Fraud Examiners

## JONATHAN ZAMBELLI
Senior Managing Director

### CFE; Corporate Development, Strategy, White Collar Investigations, Receiverships, Monitorships

Jonathan Zambelli is a Senior Managing Director at Ankura with more than 15 years of experience in corporate finance and forensic investigations. He has represented clients in both in-court and out-of-court restructurings, receiverships, and fraud investigations.  He is based in New York.

Jonathan has spent the last two years helping Ankura achieve various aspects of transformation. This work has included, integrating acquisitions, facilitating the development and execution of firm strategy, and managing priority initiatives such as the firm's budgeting and five-year strategic planning process.

In addition to his internal role, Jonathan's work serving clients has included the development and review of business plans; financial modeling and projections; cash flow and liquidity analysis; the management of treasury operations; claims analysis; operational due diligence; the renegotiation of credit facilities; bankruptcy planning; the unraveling of complex accounting transactions; asset tracing; and litigation support. Jonathan has also worked on internal and Securities and Exchange Commission investigations related to financial and securities fraud, embezzlement, and circumvention of internal controls.

Prior to joining Ankura, Jonathan was a senior director in FTI Consulting's forensic and litigation consulting practice.

Jonathan's recent professional experience includes:

- Fraud/Consumer Protection Compliance Oversight: Serves as part of leadership team in a court-appointed role to provide independent compliance oversight for $10 billion in a remedial payments program undertaken by a car manufacturer in connection with a consumer protection and environmental matter arising from consolidated class action litigation, as well as in Federal Trade Commission, Department of Justice, Environmental Protection Agency, and other government agency enforcement actions.

- Government Agency Restructuring: Managed the implementation of a project management office to facilitate the fiscal plan of a government agency. Met with the agency's leadership, interviewed key agency employees, and set up working groups and workplans to support the PMO.

# JONATHAN ZAMBELLI

- SEC Receivership: Managed the team serving as the financial advisor to the SEC Receiver of the Michael Kenwood Group Receivership, which involved unraveling a $700 million Ponzi scheme. Managed the operations of the receivership, wound down the businesses, reconstructed the books and records, unraveled complex transactions, assisted with claw-back actions, and handled claims administration.

- Southern District of New York Receivership: Assisted the Receiver of a cash management business seized by the government after a $50 million embezzlement was exposed. Managed all aspects of the related bankruptcy proceeding, including winding down of the businesses and the liquidation of assets.

- Internal Fraud Investigation (Private Equity Company): Led the detailed investigation of a managing partner at a multibillion-dollar PE company, which resulted in identifying $65 million in misappropriated funds. Performed a detailed review of investment transactions and provided recommendations for internal control improvements.

- Internal Fraud Investigation (Manufacturing Company): Led the investigation related to a top executive of a global childcare products manufacturer. Performed interviews, detailed analysis of expense reports, and the review of related policies and procedures.

- Special Committee Investigation: Assisted the investigation in connection with a restructuring of a quick-service restaurant chain. Performed interviews of management and key employees, and reviewed numerous financial projections used to solidify the restructuring negotiations.







55 Bishopsgate, 2nd floor, London, England EC2N 3AS

+44 (0)20 7469 1111 Direct
+44 7813011228 Mobile

robert.capper@ankura.com

**EDUCATION**

MSc International Relations, University of Bristol

PGDip Terrorism Studies, University of Edinburgh

BA(hons) History, University of Bristol

**CERTIFICATIONS**

Certified Fraud Examiner

Ranked Tier 1 For Asset Recovery by *Chambers & Partners*

## ROBERT CAPPER

### International Asset Tracing & Complex Investigations

Robert Capper is a Senior Managing Director at Ankura, based in London. Robert has extensive experience in overseeing a range of complex investigative assignments across the world, specializing in high-profile sovereign disputes and asset tracing, as well as fraud and white-collar crime investigations.

Robert has worked with a broad range of clients, from law firms, banks and multinational companies to various foreign government agencies. His work usually involves detailed and complex investigations in support of contemplated or ongoing legal proceedings. Robert has worked on some of the world's largest and high-profile asset tracing and recovery cases, including against sovereign states and deposed Heads of State. His experience also includes complex investigations and commercial disputes across multiple jurisdictions and a range of sectors.

Prior to joining Ankura, Robert led the consultancy asset tracing and investigations team at Burford Capital, the world's largest litigation funder. Robert began his career with eight years working for the British Intelligence Services, focusing on counterintelligence and counter terrorism investigations with an emphasis on north and west Africa. Robert has particular experience in Nigeria.

*Robert's professional experience includes:*

- Assisted a state energy company resolve a multi-billion dollar arbitrational award against a Middle Eastern sovereign. Identified significant international asset profile and provided detailed insight on specific commercial leverage to assist a successful financial settlement.

- Acted in support of a multi-billion dollar claim against an Asian sovereign state, coordinating a detailed asset search of worldwide assets suitable for enforcement. Prepared an enforcement plan and recovery strategy, providing detailed political and strategic intelligence throughout in order to inform legal planning and direction.

- Identified over GBP 100 million of assets belonging to a high-profile deposed political figure and his wider family, acting on behalf of the new interim government and the IMF.

**ROBERT CAPPER**

- Assisted a large pension fund who lost over GBP 55 million to a fraudulent Swiss investment company. Gathered evidence about the entity involved, key individuals and shareholders, the perpetration of the fraud and successfully identified the whereabouts of most of the missing funds.

- Assisted an eastern European sovereign state pursue a high prpofile businessman that had absconded, owing USD 500m in unpaid taxes and other obligations. After locating the individual, conducted a thorough investigation into his global asset footprint, leading to the seizure (to date) of USD 280m.

- Acted on behalf of global victims of a multi-billion USD cryptocurrency fraud to both build a claim against the individuals behind the fraudulent enterprise and to then identify assets suitable for enforcement action.

- Profiled multiple defendants who committed investment fraud through a billion-dollar hedge fund, resulting in numerous successful settlements and enforcement action against key protagonists.

- Located Michael Mastro, the US property magnate who fled the US owing almost USD 150m. After finding Mastro hiding in the French alps, worked with US and French law enforcement to arrest him and piece together vistal evidence of his financial movements whilst in hiding.

- Provided global asset tracing investigation into deposed Head of State of a West African country, identifying over USD 200 million in misappropriated assets.







55 Bishopsgate, 2nd Floor,
London, England EC2N 3AS

+44.207.015.2385 Main
+44.786.750.6690 Mobile
ryan.rubin@ankura.com

#### EDUCATION

MSc Computer Science

BSc Hons Computer Science

BSc Computer Science and Computational Applied Mathematics

All degrees from University of Witwatersrand (South Africa) password with 1st class pass

#### CERTIFICATIONS

Full Member Chartered Institute of Information Security (CIISec)

Certified Information Security Manager (CISM)

Certified Information Security Professional (CISSP)

PCI Professional (PCI-P)

#### AFFILIATIONS

Association of Certified Fraud Examiners

Member of the British Computer Science Society

Gold Member of the Information Systems Audit and Control Association (ISACA)

### RYAN RUBIN
Senior Managing Director

### Cybersecurity; Data & Technology Strategy & Risk; Digital Forensics & Incident Response

Ryan Rubin is a Senior Managing Director at Ankura, based in London. He brings over 24 years of global Big 4 and boutique experience to help clients holistically manage complex cyber & tech challenges from the boardroom to the network. He has a passion for helping others reduce their risks and curious about making the digital and physical world safer to live in.

Ryan has partnered with many global security, risk, internal audit and general councils throughout his career leading specialist proactive and event-driven matters covering: cybersecurity strategy and execution, cryptocurrency investigations, governance, e-crime investigations, compliance, data and tech advisory and assurance, IT resilience, incident response, data privacy, due diligence and regulatory compliance.

His global experience spans insurance, retail, private & investment banking, private equity, payment processing, construction, pharma, retail, oil & gas, technology, media, recruitment, airlines, hospitality, mining, manufacturing, professional services, legal industries.

Ryan brings a fresh collaborative approach to solving the most complex challenges facing his clients exposed to cyber risks, helping them to:

- Navigate unknown and often evolving situations in responding to and investigating cyberattacks, IT fraud, and data breaches.

- Achieve security and privacy compliance goals across multiple frameworks, cultures and jurisdictions.

- Digest and prioritise security strategy, cost optimization, remediation roadmaps, and improvement programmes.

- Rapidly understand cyber and technology risk arising from digital transformation, due diligence, 3rd parties and audits.

- Implement sustainable solutions across a variety of cyber technology domains, based on business risk appetite.

- Decode security requirements for emerging digital technologies such as cloud, blockchain, crypto currencies, AI, and IoT.

He has written articles and presented at events like IIA, ISACA, BCS, CIISec, RSA, IBM, Gartner, Cloud Expo, Defcon. Recent talks have included security in decentralized finance (defi) organisations, ransomware response and payments, a walkthrough of a crypto currency heist.

**RYAN RUBIN**

**Relevant Crypto Currency Experience:**

- **Investigations and litigation support** into disputes and fraud related to crypto currency, equity tokens and blockchain matters.

- **Cybersecurity and cryptographic advisory services** including secure acquisition and preservation of crypto currency assets, cryptographic key generation and management, operational crypto currency environment controls, secure smart contract advisory and blockchain ledger security, alignment with emerging regulatory requirements.

- **Cyber-extortion response to ransomware** and other ransom-related matters involving crypto currency, as well as compliance with regulatory controls from **OFAC / FATCA**.

- **Investigations into cryptocurrency transactions** for crypto asset tracing and crypto asset recovery purposes.

- **Due-diligence and audit investigations** on companies handling crypto currency to identify key strategic and operational risks.

- **Assessing crypto currency exchange controls**, companies and financial instruments (de-fi and emerging crypto currency projects) from an investor's perspective.

**Career History**

Before Ankura, Ryan set up Cyberian Defence, supporting virtual CISO, breach response and non-exec board positions; as well as partnering with Accenture on cyber insurance pre and post breach services.

Prior to Cyberian Defence, he was an EY equity assurance partner, leading EMEA cyber-crime, DFIR services and responsible for UK cyber services in TMT. Specific engagements: cybercrime investigations: cryptocurrency frauds, ransomware, BEC, breaches, software and shadow audits, insider threat programmes, strategy reviews, cybersecurity audits, due diligence, blockchain security.

Prior to EY, Ryan spent 10 years at Protiviti, establishing and growing the EMEA cybersecurity and privacy practice. Ryan was part of the global cyber leadership team. He led a regional team delivering end to end cybersecurity programmes, penetration testing, IAM, PCI, GDPR, ISO 2700x compliance, technology risk and internal audit advisory, ediscovery, digital forensics and response projects.

Ryan began his career at Deloitte. For 10 years he delivered technical cybersecurity and general IT advisory services around the world across multiple industries and led their EMEA IAM services.







2000 K Street NW, 12th floor
Washington DC  20006
+1.202.507.6943 Direct
johnathan.bridbord@ankura.com

### EDUCATION

MSc, Forensic Computing and Cybercrime Investigation, University College Dublin
BA, Computer Science, Queens College, City University of New York

### CERTIFICATIONS

Certified Information Systems Security Professional (CISSP)
Certified Information Security Manager (CISM)
CERT Certified Computer Security Incident Handler (CSIH)
Certified Cyber Forensics Professional (CCFP)
Certified Forensic Security Responder (CFSR)
GIAC Certified Forensic Analyst (GCFA)
GIAC Advanced Smartphone Forensics (GASF)
GIAC Network Forensic Analyst (GNFA)
Digital Forensic Certified Practitioner (DFCP)
Computer Hacking Forensic Investigator (CHFI)
AccessData Certified Examiner (ACE)
AccessData Mobile Examiner(AME)
EnCase Certified Examiner (EnCE)
Certified Information Forensics Investigator (CIFI)
Information Assurance Security Officer (IASO)

### AFFILIATIONS

ISC2, ISACA, IACIS, HTCC, HTCIA and ACM

## JOHNATHAN BRIDBORD
Managing Director

### Former DOJ Criminal Division; Cyber Forensics Expert Witness

Johnathan Bridbord is a Managing Director at Ankura, based in Washington, DC. Johnathan is a 20-year veteran in the cybersecurity and computer forensics field, including a decade of leadership and supervisory roles in the Criminal Division of the United States Department of Justice.

Johnathan provides cybersecurity expertise and leadership to clients in data forensic acquisition, forensic analysis, incident response management, malware reverse engineering, threat intelligence, cybersecurity operations, and security policy development. Johnathan manages complex computer intrusion and breach matters through investigation and develops strategies to respond to and mitigate current and emergent cybersecurity and privacy risks and threats.

Johnathan is sought after by clients for his knowledge, skills, and abilities to handle high stakes, technically sophisticated, and challenging cyber investigations.

Prior to joining Ankura, Johnathan was the assistant director of the DOJ's High Technology Investigative Unit. In this capacity, Johnathan supervised digital investigative analysts with forensic examinations of computer systems, mobile devices, and digital media; provided nationwide expertise to federal prosecutors and agents on cutting-edge data forensic issues; and provided expert witness testimony in federal district courts nationwide. Johnathan has researched and developed investigative tactics that have been implemented to counter encryption and malware, and to identify forensic artifacts of attribution from exit routers on the darknet.

Johnathan has developed and presented innovative coursework as an instructor at the National Advocacy Center in Columbia, SC, and has trained hundreds of federal prosecutors, agents, and forensic examiners on best practices involving computer forensic evidence acquisition, analysis, and expert witness trial testimony. Johnathan has been recognized by the United States attorney general, deputy attorney general, associate attorney general, assistant attorneys general, and FBI director for his performance of duty, contributions to cases, and implementation of special projects.

Prior to working for the DOJ, Johnathan was the senior forensic examiner at DOAR Litigation Consulting in New York City. At DOAR, Johnathan established the firm's in-house data forensic capability. This involved

## JOHNATHAN BRIDBORD

creating processes and procedures for data acquisition, analysis, and expert reporting. Prior to his work at DOAR, Johnathan served as a special investigator and security engineer in the Citywide Information Security Architecture, Formulation and Enforcement Unit within the New York City Department of Investigation. Johnathan conducted computer and network security vulnerability assessments of New York City government agencies and performed computer forensic examinations of seized computer systems and digital media, in support of the inspectors general.

Johnathan began his career by serving honorably in the New York Air National Guard as a senior airman based in the 106th Rescue Wing in Westhampton Beach, NY, and as a volunteer firefighter and EMT in his hometown fire department on Long Island.







485 Lexington Avenue, 10th Floor, New York, NY 10017

+1.212.818.1555 Main
+1.862.255.4916 Direct
+1.347.852.8801 Mobile

antonio.rega@ankura.com

### EDUCATION
BA, Forensics, City University of New York, John Jay College of Criminal Justice

### CERTIFICATIONS
Certified Fraud Examiner

EnCase Certified Examiner

Computer Certified Examiner

Licensed Private Investigator (PI) for the State of Texas

Pending: Certified Information Privacy Manager

### AFFILIATIONS
ISFCE – International Society of Forensic Computer Examiners

ACFE – Association of Certified Fraud Examiners

Sedona Conference – Trade Secrets Working Group 12

## ANTONIO REGA
Managing Director

### Digital Forensics, Investigations, Data Privacy & Security

Antonio Rega is a Managing Director at Ankura specializing in technology and digital forensics services. Over more than 17 years, he has provided consulting, advisory and subject matter expertise in the areas of digital forensics, information security, data privacy and discovery on behalf of global corporations and law firms. Antonio is based in New York.

In addition to expert reports, declarations, and affidavits submitted in support of engagements, Antonio's testimony experience includes grand jury testimony for the attorney general's Medicaid Fraud unit for The People of the State of New York vs. Jane Doe matter (Southern District of NY), providing a detailed account of forensic collection/analysis and chain of custody procedures, as well as responding to questions by the jury panel. Antonio has also given subpoenaed videotaped depositions detailing digital forensic methodologies and chain of custody procedures for McKesson Medical-Surgical, Inc. vs. Carmen Caccavale (District of Arizona).

Prior to joining Ankura, Antonio was a director in PwC's forensics advisory practice, focused on technology-related services. He spent a decade as a managing director of FTI Consulting's technology practice, where he led domestic and international engagements, principally forensics investigations. Antonio also previously collaborated in building a secure forensics lab and technology service line within the Berkeley Research Group's global investigations and strategic intelligence practice. Antonio is also a guest lecturer at Fordham Law School on the topic of digital forensics.

Antonio's professional experience includes:

- Money Laundering Investigation, International Asian Bank: Led the team looking into alleged money laundering and suspicious activity, overseeing the forensic analysis of electronic records, document review, database analytics, and reporting. The team also hosted a long-term eDiscovery processing and review platform within the client's facility in Asia in order to comply with data privacy and state secrecy restrictions.

- Fraud and Foreign Corrupt Practices Act Investigation, Global Sports Federation: Conducted the detailed review of the accounting and expense records and communications of key

executives. The large-scale, complex investigation involved the recovery of WhatsApp chat message content. Antonio created a custom-review platform for reports on more than 40 mobile devices, enabling counsel to search, review, and extract specific texts and chats between individuals easily and quickly.

- Allegations of trade secrets theft, National Lending Company: Allegations that a national lending company obtained trade secrets of a proprietary application; Antonio performed onsite interviews of key stakeholders, followed by data preservation and forensic analysis of source code and related development team repositories to analyze code changes and updates, as well as related metadata attributes. Findings were submitted to counsel and presented in court.

- Corporate Integrity Agreement, Pharmaceutical Company: Led the initial phase of compliance under the terms of the client's settlement with Office of the Inspector General of the US Department of Health and Human Services over violations of anti-kickback statues. Antonio oversaw the assessment of discovery readiness protocols, collection of quarterly data, and the review of a random sampling of a sales representative's electronic records, publicly available social-media content among them, covering a three-year period.

- Privacy Matter, Numerous Regional Hospitals: Analysis of website-related html and code, cookies and tracking pixels for a privacy class action involving potential transfer of PII/PHI information to 3rd party entities. In addition to analysis of underlying html and javascript code stored within hospital website URLs, analysis included live network traffic capture and parsing of mobile phone browsing activity using proxy tools such as Telerik Fiddler and Wireshark.

- IP Theft Investigation, Hedge Fund: Uncovered evidence to support the client's allegations of unauthorized and fraudulent data transfers. Key findings included confidential documents retrieved from an iPad's hidden Dropbox backup directory and the match of metadata attributes with other recovered artifacts.

- Electronic-Records Discovery and Investigation, Regional Hospital: led efforts for the law firm representing the facility in a class-action suit. Antonio interviewed key stakeholders to determine scope and oversaw the analysis of information from social media platforms and mobile messaging applications, among other sources, and also offered recommendations for data retention and litigation hold provisions.

- Trade Secrets Theft Investigation, Life Sciences Company: led efforts that revealed transfer of stolen intellectual property and trade secrets, uncovered by matching web-server log entries with internet-browsing activity on suspect computers, among other findings.

