UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>           vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>                    Defendants. | Case No.: 20-cv-10849 (LGS) |

## [PROPOSED] ORDER AUTHORIZING RECEIVER TO RETAIN ANKURA CONSULTING GROUP, LLC

**WHEREAS** this matter has come before this Court upon motion of the Receiver, Robert A. Musiala, Jr. (the "Receiver"), for authorization to retain Ankura Consulting Group, LLC ("Ankura");

**WHEREAS** Plaintiff consents to the relief requested in the Motion;

**WHEREAS** the Court finds that based on the record in these proceedings and the consent of Plaintiff, the Receiver's retention of Ankura is necessary and essential to enable the Receiver to execute faithfully his duties herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED; and

2. The Receiver is authorized to retain Ankura as provided in the Motion.

SO ORDERED

Dated: February 4, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE