UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>                Defendants. | Case No.: 20-cv-10849 (LGS) |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Notice of Receiver's Motion for an Order Approving the Retention of Ankura Consulting Group, LLC, Memorandum of Law in Support of Receiver's Motion for an Order Approving the Retention of Ankura Consulting Group, LLC, Declaration of Bari R. Nadworny with Exhibit A, and Order Authorizing Receiver to Retain Ankura Consulting Group, LLC were served upon the following via email on February 4, 2021:

Shawn G. Crowley
Louis W. Fisher
Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
scrowley@kaplanhecker.com
lfisher@kaplanhecker.com
shecker@kaplanhecker.com

*Counsel for Stefan Qin*

Dated: February 16, 2021
New York, New York

/s/ *Bari R. Nadworny*
Bari R. Nadworny
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111-0100
Tel.: (212) 589-4200
Facsimile: (212) 589-4201
bnadworny@bakerlaw.com

*Attorneys for Receiver Robert A. Musiala, Jr.*