UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>    Defendants. | Case No.: 20-cv-10849 (LGS) |

### DECLARATION OF BARI R. NADWORNY IN SUPPORT OF RECEIVER'S MOTION FOR AN ORDER APPROVING THE RETENTION OF <u>NELSONS ATTORNEYS-AT-LAW, LTD</u>

I, Bari R. Nadworny, declare the following:

1. I am an associate of the law firm of Baker & Hostetler LLP, counsel to Receiver Robert A. Musiala, Jr. in the above-captioned matter. I submit this Declaration in further support of the Receiver's Motion for an Order Approving the Retention of Nelsons Attorneys-at-Law, Ltd.

2. Attached hereto as Exhibit A is a true and correct copy of the Winding Up Petition dated January 26, 2021 In the Matter of Section 36(3) The Exempted Limited Partnership Act (2018 Revision) and In the Matter of Section 92(d), (e) of the of Companies Act (2021 Revision) and In the Matter of Virgil Sigma Fund, LP in the Grand Court of the Cayman Islands.

3. Attached hereto as Exhibit B is a true and correct copy of the Winding Up Petition dated January 26, 2021 In the Matter of Section 92(d) and (e) Companies Act (2021 Revision) and In the Matter of VQR Multistrategy Cayman Feeder Fund, Ltd. in the Grand Court of the Cayman Islands.

Dated: February 16, 2021
New York, New York

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Bari R. Nadworny*

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
bnadworny@bakerlaw.com