UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Case No.: 20-cv-10849 (LGS)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Teresa Goody Guillén hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Receiver Robert A. Musiala, Jr. in the above-captioned action.

I am in good standing of the bars of the State of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Plaintiff United States Securities and Exchange Commission consents to this application.  Currently, no counsel has entered an appearance on behalf of any of the defendants in this action.

Dated: March 2, 2021

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: _/s/ Teresa Goody Guillén_
Teresa Goody Guillén

        1050 Connecticut Avenue, NW
        Suite 1100
        Washington, D.C. 20036
        Tel.: (202) 861-1500
        Facsimile: (202) 861-1783
        tgoodyguillen@bakerlaw.com

        *Attorneys for Receiver Robert A. Musiala, Jr.*