**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>  vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>     Defendants. | Case No.: 20-cv-10849 (LGS)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

STATE OF VIRGINIA    )
              ) s.s.:
COUNTY OF FAIRFAX   )

Teresa Goody Guillén, being duly sworn, deposes and says:

1. I am a partner of Baker & Hostetler, LLP and counsel for Receiver Robert A. Musiala, Jr. (the "Receiver") in the above-captioned action.  I am familiar with the proceedings in this case.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the State of Virginia and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have never been convicted of a felony.

6.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.  I have been requested by the Receiver to represent him in this matter due to my familiarity with the facts and circumstances of this matter and the applicable law.

Dated:  _February 22, 2021_ , Virginia

DocuSigned by:

*Teresa Goody Guillen*

A9E5A3CCD774492...

Teresa Goody Guillén

Sworn before me this  _22ⁿᵈ_  day of February, 2021.

DocuSigned by:

*Jane K. Murphey*

E6F1B7A413745A...

Notary Public

```
JANE KIRBY
MURPHEY
Notary ID
8804083
My Commission Expires
2/11/2024
```
NOTARY PUBLIC
STATE OF TEXAS

2

# Supreme Court of Virginia

### AT RICHMOND

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia,

do hereby certify that

### Teresa Goody Guillén

was admitted to practice as an attorney and counsellor at the bar of this Court on

June 3, 2003.

I further certify that so far as the records of this office are

concerned, Teresa Goody Guillén is a member of the bar of this Court in

good standing.

Witness my hand and seal of said Court

This 1st day of March

A.D. 2021

By: _____

Deputy Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

## *Teresa Goody Guillén*

was duly qualified and admitted on January 11, 2008 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, a(n)
ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on February
5, 2021.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.