UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>          vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>                        Defendants. | Case No.: 20-cv-10849 (LGS)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

### [PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION

The motion of Teresa Goody Guillén for admission to practice *Pro Hac Vice* in the above-captioned case is GRANTED.

Teresa Goody Guillén has declared that she is a member in good standing of the bars of the State of Virginia and the District of Columbia; and that her contact information is as follows:

> Teresa Goody Guillén
> BAKER & HOSTETLER LLP
> 1050 Connecticut Avenue, NW
> Suite 1100
> Washington, D.C. 20036
> Tel.: (202) 861-1500
> Facsimile: (202) 861-1783
> tgoodyguillen@bakerlaw.com

Teresa Goody Guillén having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Receiver Robert A. Musiala, Jr. in the above entitled action;

**IT IS HEREBY ORDERED** that Teresa Goody Guillén is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  March ___, 2021

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE