**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>    Defendants. | Case No.: 20-cv-10849 (LGS) |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Receiver's Second Status Report was served upon the following via email on April 30, 2021:

Shawn G. Crowley
Louis W. Fisher
Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
scrowley@kaplanhecker.com
lfisher@kaplanhecker.com
shecker@kaplanhecker.com

*Counsel for Defendant Stefan Qin*

Dated: April 30, 2021          /s/ *Bari R. Nadworny*
       New York, New York       Bari R. Nadworny
                                       BAKER & HOSTETLER LLP
                                       45 Rockefeller Plaza
                                       New York, NY 10111-0100
                                       Tel.: (212) 589-4200
                                       Facsimile: (212) 589-4201
                                       bnadworny@bakerlaw.com

                                       *Attorneys for Receiver Robert A. Musiala, Jr.*