**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>　　　　　　Defendants. | Case No.: 20-cv-10849 (LGS) |

## CERTIFICATE OF SERVICE

　　　　I certify that a true and correct copy of Letter Motion Requesting an Extension of Time to File Quarterly Fee Application was served upon the following via email on May 13, 2021:

Shawn G. Crowley
Louis W. Fisher
Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
scrowley@kaplanhecker.com
lfisher@kaplanhecker.com
shecker@kaplanhecker.com

*Counsel for Defendant Stefan Qin*

| | |
|---|---|
| Dated: May 13, 2021<br>New York, New York | /s/ *Bari R. Nadworny*<br>Bari R. Nadworny<br>BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, NY 10111-0100<br>Tel.: (212) 589-4200<br>Facsimile: (212) 589-4201<br>bnadworny@bakerlaw.com<br><br>*Attorneys for Receiver Robert A. Musiala, Jr.* |