CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# Exhibit 1

## Full Redemption Order

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# FAX COVER SHEET

| | |
|---|---|
| TO | Execution Team CACEIS |
| COMPANY | |
| FAX NUMBER | 35247677193 |
| FROM | ▮▮▮▮▮▮▮▮▮▮ |
| DATE | 2020-12-29 09:09:36 GMT |
| RE | 1 full redemption |

## COVER MESSAGE

Please add IR@theoremfundservices.com and nav@ **Client A email** sent

**CONFIDENTIAL**
SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **DATE: 29/12/2020** | |
| **FROM:** **CLIENT A** 5, allée Scheffer L-2520 Luxembourg Grand Duchy of Luxembourg | |
| **TO:** **CACEIS BANK, Luxembourg Branch** - Fund Execution Fax: +352 47 67 7593 Tel: +352 47 67 2335 | |

## DEALING INSTRUCTIONS

### 1.1. Mandatory Information

| | |
|---|---|
| **Securities account number** | [redacted] |
| **Securities account name** | Client A [redacted], class A |
| **Investment type** (please delete the unappropriated types) | ~~Subscription~~  **Redemption**  ~~Transfer*~~  ~~Switch**~~ |
| * If transfer, please indicate transfer | From:                    To: |
| **Name of the target fund** | LP VIRGIL SIGMA FUND LP CLASS A |
| **ISIN code (if any)** | XFCS00X2A5P8 |
| **Currency of the target fund** | USD |
| **Amount (with currency) OR Number of shares** | USD 2 500 421,63 as of November 2020 financial statement  All shares remaining |
| ** if switch, please indicate switch in details | Fund name | Fund Currency | Fund ISIN |

### 1.2. Optional Information

| | |
|---|---|
| **NAV date (hedge funds)** | March 2020 |
| **Payment date (hedge funds)** | |
| **Free comments** **No subscription Fee,** | [redacted] |

**Names & Signatures of the authorised person(s):**

[redacted]

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER