CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# Exhibit 2

**Redemption Instructions to Virgil Sigma and Theorem**

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | ████████ on behalf of FDI-FE-HEDGE |
| **Sent:** | Thursday, December 31, 2020 9:52 AM |
| **To:** | ir@theoremfundservices.com |
| **Cc:** | ████████; ███@virgilcap.com; FDI-FE-HEDGE |
| **Subject:** | Redemption order VIRGIL |
| **Attachments:** | red form (002).pdf; OVP0041560781646.pdf |

Dear all,

Please find attached  a redemption request :

Fund: **VIRGIL SIGMA LP**
Quantity : FULL POSITION
Account : CACEIS BANK Luxembourg BRANCH OBO **Client A**

Can you confirm the good receipt and that all is in order ?
Can you confirm the trade date and that no fees will be applied?
When can we expect to receive the cash ?
Do you need original ?

Many thanks for your help
Best regards

**CACEIS Bank, Luxembourg Branch**

5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2052 – Fax +352 4767 7066

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# Attachment

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

## APPENDIX 5 – REQUEST FOR WITHDRAWAL OF LIMITED PARTNERSHIP INTEREST

Virgil Sigma Fund, LP
c/o Theorem Fund Services
Chicago Board of Trade Building
141 West Jackson Boulevard, Suite 4120
Chicago, Illinois 60604

To Whom It May Concern:

The undersigned limited partner (the "Limited Partner") of Virgil Sigma Fund, LP (the "Partnership") hereby requests that the Partnership withdraw from the Limited Partner's capital account in the Partnership (the "Capital Account") and pay the following amount to the Limited Partner as directed below:

       (initial one)

       __ X __       the entire balance of the Limited Partner's Capital Account

       _____       $_____

on the next available withdrawal date following receipt of this letter.

If desired, set forth instructions for the account to which the cash proceeds of the withdrawal may be sent by wire transfer:

_____ Name of Bank
JP Morgan Chase / CHASUS33
CACEIS Bank, Luxembourg Branch / BSUILULLXXX Address of Bank
796706786

_____ SWIFT Code/ABA Number

_____ Account Number

_____ Name Under Which Account Is Held

Sincerely,

CACEIS BANK Luxembourg BRANCH OBO  **Client A**
~~CACEIS BK LUX BR OBO  **Client A**      ASSET MANAGEMENT FUND MONGOOSE~~

Signature of Limited Partner

_____
Name and Applicable Title (if any)

Mailing Address

CACEIS BANK LUXEMBOURG BRANCH
5 ALLEE SCHEFFER
L-2520 LUXEMBOURG

*Virgil Sigma Fund, LP*
*Appendix 5*

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# Attachment

**CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

# CACEIS
## INVESTOR SERVICES

CACEIS Bank, Luxembourg Branch
Une société du groupe CACEIS
5, allée Scheffer
L-2520 Luxembourg
Luxembourg

Luxembourg     31 December 2020

| TO | THEOREM FUND SERVICES | | | |
|---|---|---|---|---|
| **TEL :** | 0015183399464 | **FAX :** 1 | **EMAIL** | ■@theoremfundservices.com |
| **COPY TO :** | | | | ■@VIRGILCAP.COM |

| FROM | CACEIS Bank, Luxembourg Branch - Fund Execution | | |
|---|---|---|---|
| **TEL :** | 00 352 47 67 23 35 | **FAX :** 00 352 47 67 71 11 | **EMAIL** fundsoffunds@caceis.com |

Dear Sir or Madam,
Could you please execute the following order for :

CACEIS BANK Luxembourg BRANCH OBO   **Client A**

Our reference :   **OVP004156078**
Transaction type :   **REDEMPTION**
Security Name :   **VIRGIL SIGMA LP** ~~CLASS A~~
Security Code :   **ISIN   XFCS00X2A5P8**
Security Currency :   **USD**
Quantity in Shares :   ENTIRE REMAINING HOLDING AFTER THE REDEMPTION PLACED FOR TD 31.12.20
NAV Date :   **NEXT AVAILABLE NAV DATE**   March, 2021

Free comments :



Could you please :
- confirm us the good receipt of the above transaction to :
EMAIL :   **fundsoffunds@caceis.com**
or FAX :   **00 352 47 67 71 11**
- let us know if you require the original documents
- wire proceeds to :
Correspondent :   **JP Morgan Chase / CHASUS33**
Account Name :   **CACEIS Bank, Luxembourg Branch / BSUILULLXXX**
Account Number :   **796706786**
Our reference :   **OVP004156078**

**Please avoid sending any information by post.**

*Should you require further information, please feel free to contact us.*
*Yours faithfully.*




The undersigned Subscriber is subscribing in the Fund in its capacity as Fund Processing Agent for, and only for the account of its Clients Units acquired or sold by the undersigned Subscriber by virtue of this subscription order shall be so acquired or sold by the undersigned Subscriber in its capacity as Fund processing agent of its clients. According to its mandate and until further notice, the Subscriber has full and exclusive power to sign and instruct the Fund on behalf of its Clients and shall receive any notification or communication in relation to the Fund. The Subscriber is neither the legal nor economical owner of the Fund's shares/units and shall not incur any personal responsibilities in relation to such shares/units.