CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# Exhibit 3

## SWIFT Message to JP Morgan

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

```
2021/01/15 14:36:35 Printed from enReporting 3.2


-    _____   _
-    --------------------- Instance Type and Transmission --------------   -
     Notification (Transmission) of Original sent to SWIFT (ACK)
     Network Delivery Status      : Network Ack
     Priority/Delivery            : Normal
     Message Input Reference      : 201231BSUILULLAXXX4060023642
-    --------------------------- Message Header -----------------------   -
     Swift Input    : FIN 299 Free Format Message
     Sender         : BSUILULLXXX
                      CACEIS BANK, LUXEMBOURG BRANCH
                      2520 LUXEMBOURG
                      LUXEMBOURG
                      LUXEMBOURG LU
     Receiver       : CHASUS33XXX
                      JPMORGAN CHASE BANK, N.A.
                      NEW YORK,NY 10179
                      NEW YORK,NY
                      UNITED STATES OF AMERICA US
-    --------------------------- Message Text --------------------------   -
     F20: Transaction Reference Number
          SWFLR 024078433
     F21: Related Reference
          SWFLR 024078433
     F79: Narrative
          Dear all  we paid today 2,500,421.63 USD by
          error. Could you please kick back the funds ?
          Thanks and regards
          [REDACTED]
          fdi-fe-controlcashatcaceis.com
-    --------------------------- Message Trailer -----------------------   -
     {CHK:40DEDB58A0FE}
```

PrintSave to File