CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# Exhibit 4

**Sample Communications to Virgil Sigma, Theorem, et al.**

PrintSave to File

---

2021/01/15 14:36:52 Printed from enReporting 3.2

```
-       ---------------------  Instance Type and Transmission --------------   -   -
-       Copy sent to SWIFT
        Priority/Delivery        : Normal
        Message Input Reference    : 210108BSUILULLAXXX4076111385
-       -------------------------  Message Header -----------------------   -
        Swift Input  : FIN 299 Free Format Message
        Sender       : BSUILULLXXX
                       CACEIS BANK, LUXEMBOURG BRANCH
                       2520 LUXEMBOURG
                       LUXEMBOURG
                       LUXEMBOURG LU
        Receiver     : PCBBUS66XXX
                       PACIFIC COAST BANKERS BANK
                       WALNUT CREEK,CA 94596
                       WALNUT CREEK,CA
                       UNITED STATES OF AMERICA US
-       -------------------------  Message Text ------------------------   -
        F20: Transaction Reference Number
             SWFLR 024078433
        F21: Related Reference
             SWFLR 024078433
        F79: Narrative
             dear all on 31/12/2020 we paid by error
             2,500,421.63 USD with ref SWFLR 024078433. Could
             you please urgently kick back urgently this
             amount
             ?
             Thanks
             ███████████  ██████████com
-       -------------------------  Message Trailer -----------------------   -
```

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | ████████████ |
| **Sent:** | Monday, February 8, 2021 10:26 AM |
| **To:** | ██████████; ██████████; ██████████; ███████████; Investorrelations@theoremfundservices.com; Finance@theoremfundservices.com; Info@theoremfundservices.com; Sales@theoremfundservices.com |
| **Cc:** | ████████████████ |
| **Subject:** | RE: 9 th request  URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE  / please answer   S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD |

Dear all

I tried to call you to + 1 5615701123, and i leaved message, please call me back or answer to my e-mail.

Best regards.

████████████

Caceis Bank, Luxembourg Branch
**CACEIS**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 5981

████████████████

---

**From:** ████████████
**Sent:** lundi 8 février 2021 14:59
**To:** ██████████; ██████████; ██████████; ██████████; ██████████; 'Investorrelations@theoremfundservices.com' ; 'Finance@theoremfundservices.com' ; 'Info@theoremfundservices.com' ; 'Sales@theoremfundservices.com'
**Cc:** ██████████; ██████████; ██████████;
**Subject:** RE: 9 th request URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear all,

Unless my mistaken, we didn't received the answer from you, can you please urgently on my request ?

Best regards.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

██████████████

Caceis Bank, Luxembourg Branch
**CACEIS**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 5981
██████████████████████

---

**From:** ████████████████
**Sent:** lundi 8 février 2021 11:35
**To:** ████████ < ██████████ caceis.com>; ████████████████ <
'████████████ < ████ < ████████ █ ████████████ <
████████████ < ████████
'Investorrelations@theoremfundservices.com' <Investorrelations@theoremfundservices.com>;
'Finance@theoremfundservices.com' <Finance@theoremfundservices.com>;
'Info@theoremfundservices.com' <Info@theoremfundservices.com>; 'Sales@theoremfundservices.com'
<Sales@theoremfundservices.com>
**Cc:** ████████████████ < ████████
< ████████████████ < ████████
**Subject:** RE: 9 th request URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST
WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN
ON FUNDS 2,500,421.63 USD

Dear all,

It has been more than a month that we are trying to contact you, and it is becoming very urgent, you
must return the cash of 2,500,421.63 USD , can you please do the necessary quickly, and if you are not
affected by this request the forward to the right service.

Thank you in advance for your help

Best regards.

██████████████

Caceis Bank, Luxembourg Branch
**CACEIS**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 5981
██████████████████████

---

**From:** ████████████████ < ████████████████████**On Behalf Of** ██████████████
**Sent:** lundi 8 février 2021 11:18
**To:** ' ████████████████ < ████████████ ████████████████

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



███████████████████
█
**Cc:** ███████
█ ███████ [caceis.com](caceis.com)>

**Subject:** RE: 9 th request URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear All,

Could you advise us URGENTLY ?

Regards.

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335  -  Fax +352 4767 7111
**fdi-fe-client@caceis.com**

---

**From:** ███████ **On Behalf Of** ███████
**Sent:** vendredi 5 février 2021 10:24
**To:** '███████████████████
█
**Cc:** ███████
█ ███████ [caceis.com](caceis.com)>; ███████

**Subject:** 9 th request URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear All,
Could you please advise us URGENTLY ?
Regards.

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335  -  Fax +352 4767 7111
**fdi-fe-client@caceis.com**

---

**From:** ███████ **On Behalf Of** ███████
**Sent:** mercredi 3 février 2021 11:32
**To:** ███████████████████

**Cc:** ███████████████     <
< ███████████████████████████████

**Subject:** 8request URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD


Dear All,

Could you please send us an answer URGENTLY regarding our below request ?

We are waiting for return of funds for a large amount 2,500,421.63 USD

Regards.



████████████

██████████████

Fund Execution Client Services

## Caceis Bank, Luxembourg Branch

5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2335- Fax  +352 4767 7111
████████████████████

*- Please consider the environment before printing this email -*

**From:** ████████████  ████████████████ On Behalf Of ██████████████
**Sent:** mardi 2 février 2021 08:46
**To:** ██████████████     <        |          |          ████
< ████████████████████████████████████████
**Cc:** █████████     <          ████
< █████████████████████████          < ████████████
< █████████          <                    < [caceis.com](caceis.com)>
**Subject:** 7th request URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD


Dear All,
Could you please send us an answer URGENTLY regarding our below request ?
Regards.

████████████████

## Caceis Bank, Luxembourg Branch

5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2335  -  Fax  +352 4767 7111
fdi-fe-client@caceis.com

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

**From:** ████████ <███████████████████ **On Behalf Of** ██████████
**Sent:** mardi 26 janvier 2021 09:09
**To:** '██████████ <████ | ██████████
<███████████████ | ████████████████████
**Cc:** ██████ <██████
<████████████ caceis.com>
**Subject:** RE: URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

To include  ██████████████

Regards.


██████████████

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2335   -   Fax  +352 4767 7111
**fdi-fe-client@caceis.com**


**From:** ████████ **On Behalf Of** █████████
**Sent:** mardi 26 janvier 2021 08:47
**To:** '██████ <█████████████
**Cc:** ██████████ <████████████████████
<████████ caceis.com>; ████████████████████
**Subject:** RE: URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear All,
We need urgently a feedback from your side.
Regards.


██████████████

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2335   -   Fax  +352 4767 7111
**fdi-fe-client@caceis.com**


**From:** ████████ <███████████████████ **On Behalf Of** ██████████
**Sent:** mardi 19 janvier 2021 12:17
**To:** '██████ <████████████████████
**Cc:** ██████████ <████████████████

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

< ███████████████████████████  < █████████████████ caceis.com>; ████

**Subject:** URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 5th REQUEST WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear All,
As per below exchange, the payment below was sent to you by mistake on our side, with value date December 31st, 2020.
Could you please check **urgently** on your side and confirm the cash back request URGENTLY ?
Thanks and regards.

███████████████

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335  -  Fax +352 4767 7111
**fdi-fe-client@caceis.com**

20:SWFLR 024078433
:23B:CRED
:32A:201231USD2500421,63
:33B:USD2500421,63
:50F:/LU450070043724542USD
1/CACEIS BL / TIERS TECHNIQUE
2/5 ALL E SCHEFFER
3/LU/LUXEMBOURG
:53A:/796706786
BSUILULLXXX
:56A:PCBBUS66XXX
:57A:SIVGUS21XXX
:59:/5090007013
VIRGIL SIGMA FUND LP
:71A:OUR

**From:** █████████████ **On Behalf Of** ███████████
**Sent:** vendredi 8 janvier 2021 09:40
**To:** ███████████████ < ██████████████
**Cc:** ████████████ < ████████████████████
< ████████████████████████████ <

**Subject:** TO ESCALATE 3rd sending / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear all

Could you please urgently answer to the below ? It is Urgent

Thanks

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Fund Execution Client Services

## Caceis Bank, Luxembourg Branch

5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2335- Fax  +352 4767 7111

*- Please consider the environment before printing this email -*

---

**From:** ███████████  **On Behalf Of** ██████████
**Sent:** jeudi 7 janvier 2021 08:21
**To:** '██████████     <
**Cc:** ███████████████     <
<███████████████████     <
**Subject:** 3rd sending / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear all

Could you please urgently answer to the below ? It is Urgent

Thanks

Fund Execution Client Services

## Caceis Bank, Luxembourg Branch

5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2335- Fax  +352 4767 7111

*- Please consider the environment before printing this email -*

---

**From:** ███████████  **On Behalf Of** ██████████
**Sent:** mercredi 6 janvier 2021 07:54
**To:** '██████████     <
**Cc:** ███████████     <
<███████████████     
**Subject:** RE: S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear all

Could you please urgently answer to the below ?

7

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Thanks

██████████

████████████████

Fund Execution Client Services

## Caceis Bank, Luxembourg Branch

5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335- Fax +352 4767 7111

████████████████████████

*- Please consider the environment before printing this email -*

---

**From:** ████████████ **On Behalf Of** ██████████
**Sent:** lundi 4 janvier 2021 13:34
**To:** ██████████
**Cc:** ████████████< ████████████████████████
**Subject:** S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear all

On 31/12/2020 we paid you by error below amount :

:20:SWFLR 024078433
:23B:CRED
:32A:201231USD2500421,63
:33B:USD2500421,63
:50F:/LU450070043724542USD
1/CACEIS BL / TIERS TECHNIQUE
2/5 ALL E SCHEFFER
3/LU/LUXEMBOURG
:53A:/796706786
BSUILULLXXX
:56A:PCBBUS66XXX
:57A:SIVGUS21XXX
:59:/5090007013
VIRGIL SIGMA FUND LP
:71A:OUR

Could you please urgently kick back these funds?

Thanks and regards

██████████

████████████████

Fund Execution Client Services



8

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335- Fax  +352 4767 7111

*- Please consider the environment before printing this email -*

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | ████████████ on behalf of ████████████ |
| **Sent:** | Tuesday, February 9, 2021 4:35 AM |
| **To:** | operations@pcbb.com; BCAppointments@silvergate.com |
| **Cc:** | ████████████████████████ |
| **Subject:** | cash back request URGENT //// CACEIS / S7U URGENT WAITING FOR RETURN OF FUNDS 2,500,421.63 USD |
| **Attachments:** | RE: 9 th request  URGENT FEEDBACK REQUIERED --------------: TO ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE  / please answer   S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD |

Dear Silvergatebank team and PCBB,

We have send the below payment in your favor by mistake, we ask the cash back since this date (by swift /emails....)
Could you please urgently investigated on your side and send back this payment ?

Thanks and Regards.

20:SWFLR 024078433
:23B:CRED
:32A:201231USD2500421,63
:33B:USD2500421,63
:50F:/LU450070043724542USD
1/CACEIS BL / TIERS TECHNIQUE
2/5 ALL E SCHEFFER
3/LU/LUXEMBOURG
:53A:/796706786
BSUILULLXXX
:56A:PCBBUS66XXX
:57A:SIVGUS21XXX
:59:/5090007013
VIRGIL SIGMA FUND LP
:71A:OUR

████████████████████

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335  -  Fax +352 4767 7111
fdi-fe-client@caceis.com

---

**From:** ████████████
**Sent:** vendredi 5 février 2021 13:09

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

**To:** ██████████████████ ;
**Cc:** ██████████████ ;  ██████████████ ;
**Subject:** RE: CACEIS / S7U URGENT WAITING FOR RETURN OF FUNDS 2,500,421.63 USD

Hi

I hope you are well

I am sorry but despite our numerous chasers, we did not get a reply.

The below swift message was sent to you:

quote
:20:JPM201231-004042
:21:SWFLR 024078433
:79:ATTENTION INVESTIGATIONS
PLEASE REFER TO YOUR MESSAGE
DATED 12/31/2020
REFERENCE SWFLR 024078433
REGARDING OUR DEBIT TO YOUR ACCOUNT DDA/796706786
DATED 12/31/2020 IN THE AMOUNT OF 2,500,421.63/USD
UNDER OUR TRANSACTION REFERENCE NUMBER
3856755366FS .
PLEASE BE ADVISED THAT WE HAVE TRIED TO CONTACT
RECEIVINGBANK ON SEVERAL OCCASSIONS REQUESTING
RETURN OF FUNDS. AS OF TODAY WE HAVE NOT RECEIVED
ANY RESPONSE. WE KINDLY RECOMMEND THAT YOU CONTACT
THEM DIRECTLY IF MATTER REMAINS OUTSTANDING. IN
THE EVENT THEY SUBSEQUENTLY CONTACT US, WE WILL
ADVISE YOU ACCORDINGLY.
UETR REF 8FAC2E06-0480-490D-81C6-F4F3F2F2C6F8
REGARDS,
USD WIRE INVESTIGATIONS OUR REFERENCE
JPM201231-004042
JPMORGAN
Unquote

We will carry chasing, but I would be grateful if you could reach out to the bene as well and add some pressure.

We are doing our utmost to get the funds back

Kind regards

██████████████ | Associate | Wholesale Payments  |  JP Morgan Chase Bank National Association London Branch |  Chaseside - Hampshire Building, Floor 01, Bournemouth, BH7 7DA, United Kingdom | T: +44 1202 320208 |  ██████████████████

**Alternate Contact:** ██████████████ | T: +33 140 15 42 08 |  ██████████████████████

We are always looking for ways to improve your overall experience with J.P. Morgan and would like to ask you to rate your experience with us. Please use the following link: *@BetterTogether*

2

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

**Looking to track an electronic payment status? Get it faster by visiting :**
**https://www.jpmorgan.com/PaymentTracker**

Upcoming OOO:
10th February 2021

---

**From:** ██████████ [mailto:██████████████ **On Behalf Of** ████████████
**Sent:** 05 February 2021 09:25
**To:** ████████ (CIB TS, GBR) < ████████████████
**Cc:** ████████ < ████████████████████ <fdi-fe-controlcash@caceis.com>; ████████ <
████████████ <
**Subject:** RE: CACEIS / S7U URGENT WAITING FOR RETURN OF FUNDS 2,500,421.63 USD

Dear ██████

We need a feedback regarding this cash back request.

Thanks and regards.

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335  -  Fax +352 4767 7111
fdi-fe-client@caceis.com

---

**From:** ████████████ **On Behalf Of** ████████████
**Sent:** mercredi 3 février 2021 11:30
**To:** ████████ <
**Cc:** ████████ < ████████████████
<
**Subject:** RE: CACEIS / S7U URGENT WAITING FOR RETURN OF FUNDS 2,500,421.63 USD

Dear ██████

Do you have any update please for the below ?

Thanks

Fund Execution Client Services

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg

3

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Tél. +352 4767 2335- Fax +352 4767 7111

*- Please consider the environment before printing this email -*

---

**From:** ████████ < ████████
**Sent:** jeudi 28 janvier 2021 17:30
**To:** ████████ < ████████        caceis.com>
**Cc:** ████████ < ████████
████████ <
**Subject:** RE: CACEIS / S7U URGENT WAITING FOR RETURN OF FUNDS 2,500,421.63 USD

Hi ████

I hope you are well.
Another chaser was sent yesterday:

DR ORG TRN JPM201231-004042
AMOUNT 2500421.63
IMA 1231B1QGC03C006027
SERVICE TO ABA/121042484 121042484
PACIFIC COAST BANKERS' BANK
NORTH CALIFORNIA BLVD. 1676
SUITE 300
WALNUT CREEK 94104
DATE DEC 31 2020 FIN 01
MESSAGE TEXT 3RD REQST NO REPLY TO OUR MESSAGES DD 210119 AND 210122
ATTN INV
RE OUR FED IMAD 1231B1QGC03C006027 DD
12/31/2020 FOR 2,500,421.63/USD. AS PER REM REQ PLS
RETURN FUNDS QUOTING OUR REF. PLS TAKE CARE TO AVOID
DUPLICATION
UETR ...(1/2) OF MSG. TO BE CONTD.
REGARDS,
JPMORGAN OUR REF
JPM201231-004042
GLBL SOL CNTR
(866) 223-0359

We will keep chasing. If you would like to reach out as well and add some pressure, please kindly go ahead.
I will let you know as soon as I have an update

Warm regards

████████ | Associate | Wholesale Payments | JP Morgan Chase Bank National Association London Branch | Chaseside - Hampshire Building, Floor 01, Bournemouth, BH7 7DA, United Kingdom | T: +44 1202 320208 | ████████

**Alternate Contact:** ████████ | T: +33 140 15 42 08 | ████████

We are always looking for ways to improve your overall experience with J.P. Morgan and would like to ask you to rate your experience with us. Please use the following link: *@BetterTogether*

**Looking to track an electronic payment status?  Get it faster by visiting :**
**https://www.jpmorgan.com/PaymentTracker**

Upcoming OOO:

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

3rd and 10th February 2021

---

**From:** ███████████ [mailto ████████████ **On Behalf Of** ████████████
**Sent:** 28 January 2021 13:24
**To:** ███████ (CIB TS, GBR) < ███████████████████
**Cc:** ███████ < ███████████████████
< ███████████████

**Subject:** RE: CACEIS / S7U URGENT WAITING FOR RETURN OF FUNDS 2,500,421.63 USD

Dear ██████

Do you have any update please for the below ?( please see attached swift we received from JP MORGAN on 27/01/21)

Thanks


███████████


██████████████


Fund Execution Client Services

## Caceis Bank, Luxembourg Branch

5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335- Fax +352 4767 7111
████████████████████

*- Please consider the environment before printing this email -*

---

**From:** ███████████ < ███████████████
**Sent:** lundi 25 janvier 2021 17:59
**To:** ██████ < ████████████████ caceis.com>
**Cc:** ██████ < ███████████████████
< ████████████████

**Subject:** RE: CACEIS / S7U URGENT WAITING FOR RETURN OF FUNDS 2,500,421.63 USD

Hi

I hope you had a nice weekend.

We sent several chaser to PACIFIC COAST BANKERS' BANK, please see below copy of one of our messages:

DR ORG TRN JPM201231-004042
AMOUNT 2500421.63
IMA 1231B1QGC03C006027
SERVICE TO ABA/121042484 121042484
PACIFIC COAST BANKERS' BANK
NORTH CALIFORNIA BLVD. 1676
SUITE 300
WALNUT CREEK 94104
DATE DEC 31 2020 FIN 01
MESSAGE TEXT

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

2ND REQST NO REPLY TO OUR MESSAGES DD 210119
ATTN INV
RE OUR FED IMAD 1231B1QGC03C006027 DD
12/31/2020 FOR 2,500,421.63/USD. AS PER REM REQ PLS
RETURN FUNDS QUOTING OUR REF. PLS TAKE CARE TO AVOID
DUPLICATION
UETR REF
8FAC2E06-0480-490D-81C6-F4F3F2F2C6F8 .

REGARDS,
JPMORGAN OUR REF
JPM201231-004042
GLBL SOL CNTR
(866) 223-0359

I will send another message to them and will keep you informed.

Kind regards

███████████ | Associate | Wholesale Payments  |  JP Morgan Chase Bank National Association London Branch |  Chaseside - Hampshire Building, Floor 01, Bournemouth, BH7 7DA, United Kingdom | T: +44 1202 320208 | ████████████████

**Alternate Contact:** ████████████ | T: +33 140 15 42 08 | ████████████████████

We are always looking for ways to improve your overall experience with J.P. Morgan and would like to ask you to rate your experience with us. Please use the following link: *@BetterTogether*

**Looking to track an electronic payment status?  Get it faster by visiting : https://www.jpmorgan.com/PaymentTracker**

Upcoming OOO:
3rd and 10th February 2021

---

**From:** █████████████     ███████████████ **On Behalf Of** ████████████
**Sent:** 25 January 2021 08:54
**To:** █████████(CIB TS, GBR) < ████████████████████
**Cc:** ████████████████ <
< ██████████████████
**Subject:** FW: CACEIS / S7U URGENT WAITING FOR RETURN OF FUNDS 2,500,421.63 USD

Dear ████████

Did you have any update regarding this refund ? ( please see attached )

Thanks

████████████

████████████████

Fund Execution Client Services

6

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

## Caceis Bank, Luxembourg Branch

5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335- Fax  +352 4767 7111

███████████████████

*- Please consider the environment before printing this email -*

---

**From:** ████████████ **On Behalf Of** ████████████
**Sent:** mercredi 20 janvier 2021 08:45
**To:** ████████ <
**Cc:** ████████████ <
<
**Subject:** RE: CACEIS / S7U URGENT WAITING FOR RETURN OF FUNDS 2,500,421.63 USD

Dear █████

We received attached swift from CHASUS33 , they are contacting receiving bank for refund

Thanks

███████████

████████████████

Fund Execution Client Services

## Caceis Bank, Luxembourg Branch

5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335- Fax  +352 4767 7111

███████████████████

*- Please consider the environment before printing this email -*

---



**From:** ████████████ < ████████████████
**Sent:** mardi 19 janvier 2021 17:54
**To:** ████████ <                            caceis.com>
**Cc:** ████████ <
<
**Subject:** RE: CACEIS / S7U URGENT WAITING FOR RETURN OF FUNDS 2,500,421.63 USD

Hi █████

Your MT299 to recall the funds was not actioned because the value date of the payment was not
mentioned in the message.
To avoid any mistake, our investigations teams always require the full details:
VALUE DATE, EXACT DOLLAR AMOUNT, REMITTER'S NAME,
BENEFICIARY NAME, AND ALL PERTINENT REFERENCE
INFORMATION.

If you could resend a MT299m that would be great please.
Our investigations team only action from an authenticated swift message, not from an email.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Many thanks for your understanding

███████████ | Associate | Wholesale Payments | JP Morgan Chase Bank National Association London Branch | Chaseside - Hampshire Building, Floor 01, Bournemouth, BH7 7DA, United Kingdom | T: +44 1202 320208 | ███████████████████

**Alternate Contact:** ███████████ | T: +33 140 15 42 08 | ███████████████████

We are always looking for ways to improve your overall experience with J.P. Morgan and would like to ask you to rate your experience with us. Please use the following link: *@BetterTogether*

**Looking to track an electronic payment status?  Get it faster by visiting :**
**https://www.jpmorgan.com/PaymentTracker**

Upcoming OOO:
20th January 2021

---

**From:** ███████████ [mailto:███████████████ **On Behalf Of** ███████████
**Sent:** 19 January 2021 09:44
**To:** ███████████ (CIB TS, GBR) < ███████████████
**Cc:** ███████████ < ███████████████████ <fdi-fe-controlcash@caceis.com>; ███████████████████ < ███████████
**Subject:** RE: CACEIS / S7U URGENT WAITING FOR RETURN OF FUNDS 2,500,421.63 USD

Dear ███████
The only swift details of our first payment is the below one, already provide into our first request.
Is it possible for you to reply to this request with the details ?
Regards.

███████████████████

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2335   -   Fax +352 4767 7111
**fdi-fe-client@caceis.com**

:20:SWFLR 024078433
:23B:CRED
:32A:201231USD2500421,63
:33B:USD2500421,63
:50F:/LU450070043724542USD
1/CACEIS BL / TIERS TECHNIQUE
2/5 ALL E SCHEFFER
3/LU/LUXEMBOURG
:53A:/796706786
BSUILULLXXX
:56A:PCBBUS66XXX
:57A:SIVGUS21XXX
:59:/5090007013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

VIRGIL SIGMA FUND LP
:71A:OUR

**From:** ████████████ < ████████████████████
**Sent:** lundi 18 janvier 2021 18:11
**To:** '████████████ @caceis.com' < ████████████ @caceis.com>
**Cc:** ████████████ <
< ████████████████████████ caceis.com>
**Subject:** FW: CACEIS / S7U URGENT WAITING FOR RETURN OF FUNDS 2,500,421.63 USD
**Importance:** High

Hi ████████

I hope you had a nice weekend.
I am sorry, but our investigation team cannot action your request. They would need full details of the
payment please.

Please see below the swift they sent to you:

quote
:20:JPM201231-004042
:21:SWFLR 024078433
:79:ATTENTION INVESTIGATIONS
PLEASE REFER TO YOUR MESSAGE DATED 12/31/2020 AND
REFERENCE SWFLR 024078433
PLEASE BE ADVISED WE ARE UNABLE TO INVESTIGATE
YOUR INQUIRY WITH THE INFORMATION PROVIDED.
WE SUGGEST YOU FORWARD COMPLETE DETAILS INCLUDING
==VALUE DATE, EXACT DOLLAR AMOUNT, REMITTER'S NAME,==
==BENEFICIARY NAME, AND ALL PERTINENT REFERENCE==
==INFORMATION.==
WE CLOSE OUR FILES.
REGARDS,
USD WIRE INVESTIGATIONS OUR REFERENCE
JPM201231-004042
JPMORGAN
GLOBAL SOLUTIONS CENTER (866) 223-0359
Unquote

I have our transaction reference as well: TRN 3856755366FS
If you add that info as well, that should hopefully speed things up.

Please do not hesitate to send me a copy of your swift reply, and I will follow up with the internal teams

Kind regards



████████████ | Associate | Wholesale Payments  |  JP Morgan Chase Bank National Association London
Branch |  Chaseside - Hampshire Building, Floor 01, Bournemouth, BH7 7DA, United Kingdom | T: +44 1202
320208 | ████████████████

**Alternate Contact:** ████████████████ | T: +33 140 15 42 08 | ████████████████

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

We are always looking for ways to improve your overall experience with J.P. Morgan and would like to ask you to rate your experience with us. Please use the following link: *@BetterTogether*

**Looking to track an electronic payment status?  Get it faster by visiting :**
**https://www.jpmorgan.com/PaymentTracker**

Upcoming OOO:
20th January 2021

**From:** ███████████        ████████████████████ On Behalf Of ████████████
**Sent:** 15 January 2021 13:47
**To:** ███████████ (CIB TS, GBR) < ██████████████████████
**Cc:** ██████████████ <  █████████████████████████
< ████████████████████████████████████   █  ███████████ caceis.com>
**Subject:** RE: S7U URGENT WAITING FOR RETURN OF FUNDS 2,500,421.63 USD

Dear ███████
Please find below copies of the MT299 in relation to this pending cash back payment.
Could you please trace this request on your side ?
Thanks and regards.


```
2021/01/15 14:36:35 Printed from enReporting 3.2

-      --------------------  Instance Type and Transmission --------------  -  _
       Notification (Transmission) of Original sent to SWIFT (ACK)
       Network Delivery Status       : Network Ack
       Priority/Delivery             : Normal
       Message Input Reference       : 201231BSUILULLAXXX4060023642
-      --------------------------- Message Header -----------------------  -
       Swift Input    : FIN 299 Free Format Message
       Sender         : BSUILULLXXX
                        CACEIS BANK, LUXEMBOURG BRANCH
                        2520 LUXEMBOURG
                        LUXEMBOURG
                        LUXEMBOURG LU
       Receiver       : CHASUS33XXX
                        JPMORGAN CHASE BANK, N.A.
                        NEW YORK,NY 10179
                        NEW YORK,NY
                        UNITED STATES OF AMERICA US
-      --------------------------- Message Text -------------------------  -
       F20: Transaction Reference Number
            SWFLR 024078433
       F21: Related Reference
            SWFLR 024078433
       F79: Narrative
            Dear all  we paid today 2,500,421.63 USD by
            error. Could you please kick back the funds ?
            Thanks and regards
            █████████████████
-      --------------------------- Message Trailer ----------------------  -
       {CHK:40DEDB58A0FE}
```

10

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

PrintSave to File

```
2021/01/15 14:36:52 Printed from enReporting 3.2

-       --------------------- Instance Type and Transmission -------------- -  -
        Copy sent to SWIFT
        Priority/Delivery              : Normal
        Message Input Reference        : 210108BSUILULLAXXX4076111385
-       -------------------------- Message Header ------------------------- -
        Swift Input    : FIN 299 Free Format Message
        Sender         : BSUILULLXXX
                         CACEIS BANK, LUXEMBOURG BRANCH
                         2520 LUXEMBOURG
                         LUXEMBOURG
                         LUXEMBOURG LU
        Receiver       : PCBBUS66XXX
                         PACIFIC COAST BANKERS BANK
                         WALNUT CREEK,CA 94596
                         WALNUT CREEK,CA
                         UNITED STATES OF AMERICA US
-       -------------------------- Message Text --------------------------- -
        F20: Transaction Reference Number
             SWFLR 024078433
        F21: Related Reference
             SWFLR 024078433
        F79: Narrative
             dear all on 31/12/2020 we paid by error
             2,500,421.63 USD with ref SWFLR 024078433. Could
             you please urgently kick back urgently this
             amount
             ?
             Thanks
             ███████████████████████████
-       -------------------------- Message Trailer ------------------------ -
```

███████████████████

**Caceis Bank, Luxembourg Branch**

5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335  -  Fax +352 4767 7111
fdi-fe-client@caceis.com

---

**From:** ██████████████ < ███████████████████████
**Sent:** jeudi 14 janvier 2021 10:30
**To:** ██████████████ <                        caceis.com>
**Cc:** ██████████████ < ████████████████████████████
< ████████████████████████████████████ <
**Subject:** RE: S7U URGENT WAITING FOR RETURN OF FUNDS 2,500,421.63 USD

Hi

Please do not worry, I am investigating straight away and will come back to you shortly with more information.

Kind regards

█████████████ | Associate | Wholesale Payments  |  JP Morgan Chase Bank National Association London Branch | <u>Chaseside - Hampshire Building</u>, Floor 01, Bournemouth, BH7 7DA, United Kingdom | T: +44 1202 320208 | ██████████████████████

**Alternate Contact:** ███████████████ | T: +33 140 15 42 08 | ████████████████████

We are always looking for ways to improve your overall experience with J.P. Morgan and would like to ask you to rate your experience with us. Please use the following link: *@BetterTogether*

**Looking to track an electronic payment status?  Get it faster by visiting :**
**https://www.jpmorgan.com/PaymentTracker**

Upcoming OOO:
13th, 20th and 27th January 2021
2nd Apr. – 11th Apr. 2021

---

**From:** ████████████████ [mailto ██████████████ **On Behalf Of** ██████████████████
**Sent:** 14 January 2021 09:08
**To:** ████████████(CIB TS, GBR) < ██████████████████████
**Cc:** ██████████████████████ < █████████████████████████
< █████████████████████████████████ < ██████████████████
**Subject:** S7U URGENT WAITING FOR RETURN OF FUNDS 2,500,421.63 USD

Dear ██████

We paid by error below amount on 31/12/2020:

:20:SWFLR 024078433
:23B:CRED
:32A:201231USD2500421,63
:33B:USD2500421,63
:50F:/LU450070043724542USD
1/CACEIS BL / TIERS TECHNIQUE
2/5 ALL E SCHEFFER
3/LU/LUXEMBOURG
:53A:/796706786
BSUILULLXXX
:56A:PCBBUS66XXX
:57A:SIVGUS21XXX
:59:/5090007013
VIRGIL SIGMA FUND LP
:71A:OUR

To ask for a return of funds We sent a MT299 to CHASUS33 on 31/12/2020 and a MT299 to PCBBUS66XXX on 08/01 without any feedback

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Could you please check on your side if you can locate this amount we are waiting for ?


Thanks and regards,

██████████

██████████████████

Fund Execution Client Services

## Caceis Bank, Luxembourg Branch
5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335- Fax +352 4767 7111
████████████████████████

*- Please consider the environment before printing this email -*

---

This email and any attachments are confidential and may contain confidential and/or privileged information
intended solely for the addressees.
Any use of this email and/or its attachments not in accord with its purpose, or any dissemination or disclosure,
either whole or partial, is prohibited, unless formally and specifically authorised. If you receive this email in error,
please delete it and any attachments and immediately notify the sender by return email.
CACEIS will not be liable for the information in the email or attachments if anything is altered, changed or falsified.

Ce message et toutes les pieces jointes sont confidentiels et etablis a l'intention exclusive de leurs destinataires,
ils peuvent contenir des informations privilegiees et/ou confidentielles. Toute utilisation de ce message et/ou
des pieces jointes non conforme a sa destination, toute diffusion ou toute publication, totale ou! partiell e, est interdite,
a moins d'une autorisation formelle et specifique.
Si vous recevez ce message par erreur, merci de le detruire ainsi que ses pieces jointes et d'en avertir immediatement l'expediteur.
CACEIS decline toute responsabilite au titre de ce message s'il a ete altere, deforme ou falsifie.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer
including on confidential, privileged or legal entity information, malicious content and
monitoring of electronic messages. If you are not the intended recipient, please delete this
message and notify the sender immediately. Any unauthorized use is strictly prohibited.

---

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

This email and any attachments are confidential and may contain confidential and/or privileged information
intended solely for the addressees.
Any use of this email and/or its attachments not in accord with its purpose, or any dissemination or disclosure,
either whole or partial, is prohibited, unless formally and specifically authorised. If you receive this email in error,
please delete it and any attachments and immediately notify the sender by return email.
CACEIS will not be liable for the information in the email or attachments if anything is altered, changed or falsified.

Ce message et toutes les pieces jointes sont confidentiels et etablis a l'intention exclusive de leurs destinataires,
ils peuvent contenir des informations privilegiees et/ou confidentielles. Toute utilisation de ce message et/ou
des pieces jointes non conforme a sa destination, toute diffusion ou toute publication, totale ou partiell e, est interdite,
a moins d'une autorisation formelle et specifique.
Si vous recevez ce message par erreur, merci de le detruire ainsi que ses pieces jointes et d'en avertir immediatement l'expediteur.
CACEIS decline toute responsabilite au titre de ce message s'il a ete altere, deforme ou falsifie.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer
including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

---

This email and any attachments are confidential and may contain confidential and/or privileged information
intended solely for the addressees.
Any use of this email and/or its attachments not in accord with its purpose, or any dissemination or disclosure,
either whole or partial, is prohibited, unless formally and specifically authorised. If you receive this email in error,
please delete it and any attachments and immediately notify the sender by return email.
CACEIS will not be liable for the information in the email or attachments if anything is altered, changed or falsified.

Ce message et toutes les pieces jointes sont confidentiels et etablis a l'intention exclusive de leurs destinataires,
ils peuvent contenir des informations privilegiees et/ou confidentielles. Toute utilisation de ce message et/ou
des pieces jointes non conforme a sa destination, toute diffusion ou toute publication, totale ou partiell e, est interdite,
a moins d'une autorisation formelle et specifique.
Si vous recevez ce message par erreur, merci de le detruire ainsi que ses pieces jointes et d'en avertir immediatement l'expediteur.
CACEIS decline toute responsabilite au titre de ce message s'il a ete altere, deforme ou falsifie.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

---

This email and any attachments are confidential and may contain confidential and/or privileged information
intended solely for the addressees.
Any use of this email and/or its attachments not in accord with its purpose, or any dissemination or disclosure,
either whole or partial, is prohibited, unless formally and specifically authorised. If you receive this email in error,
please delete it and any attachments and immediately notify the sender by return email.
CACEIS will not be liable for the information in the email or attachments if anything is altered, changed or falsified.

Ce message et toutes les pieces jointes sont confidentiels et etablis a l'intention exclusive de leurs destinataires,
ils peuvent contenir des informations privilegiees et/ou confidentielles. Toute utilisation de ce message et/ou
des pieces jointes non conforme a sa destination, toute diffusion ou toute publication, totale ou partiell e, est interdite,
a moins d'une autorisation formelle et specifique.
Si vous recevez ce message par erreur, merci de le detruire ainsi que ses pieces jointes et d'en avertir immediatement l'expediteur.
CACEIS decline toute responsabilite au titre de ce message s'il a ete altere, deforme ou falsifie.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

---

This email and any attachments are confidential and may contain confidential and/or privileged information
intended solely for the addressees.
Any use of this email and/or its attachments not in accord with its purpose, or any dissemination or disclosure,
either whole or partial, is prohibited, unless formally and specifically authorised. If you receive this email in error,
please delete it and any attachments and immediately notify the sender by return email.
CACEIS will not be liable for the information in the email or attachments if anything is altered, changed or falsified.

Ce message et toutes les pieces jointes sont confidentiels et etablis a l'intention exclusive de leurs destinataires,

ils peuvent contenir des informations privilegiees et/ou confidentielles. Toute utilisation de ce message et/ou
des pieces jointes non conforme a sa destination, toute diffusion ou toute publication, totale ou partiell e, est interdite,
a moins d'une autorisation formelle et specifique.
Si vous recevez ce message par erreur, merci de le detruire ainsi que ses pieces jointes et d'en avertir immediatement l'expediteur.
CACEIS decline toute responsabilite au titre de ce message s'il a ete altere, deforme ou falsifie.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer
including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

---

This email and any attachments are confidential and may contain confidential and/or privileged information
intended solely for the addressees.
Any use of this email and/or its attachments not in accord with its purpose, or any dissemination or disclosure,
either whole or partial, is prohibited, unless formally and specifically authorised. If you receive this email in error,
please delete it and any attachments and immediately notify the sender by return email.
CACEIS will not be liable for the information in the email or attachments if anything is altered, changed or falsified.

Ce message et toutes les pieces jointes sont confidentiels et etablis a l'intention exclusive de leurs destinataires,
ils peuvent contenir des informations privilegiees et/ou confidentielles. Toute utilisation de ce message et/ou
des pieces jointes non conforme a sa destination, toute diffusion ou toute publication, totale ou partiell e, est interdite,
a moins d'une autorisation formelle et specifique.
Si vous recevez ce message par erreur, merci de le detruire ainsi que ses pieces jointes et d'en avertir immediatement l'expediteur.
CACEIS decline toute responsabilite au titre de ce message s'il a ete altere, deforme ou falsifie.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer
including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# Attachment

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | ██████████████ |
| **Sent:** | Monday, February 8, 2021 10:26 AM |
| **To:** | ██████████████ ; ██████████████ ; ██████████████ ; |
| | '██████████████' ; '██████████████' ; |
| | Investorrelations@theoremfundservices.com; |
| | Finance@theoremfundservices.com; Info@theoremfundservices.com; |
| | Sales@theoremfundservices.com |
| **Cc:** | ██████████████ |
| | ██████ |
| **Subject:** | RE: 9 th request  URGENT FEEDBACK REQUIERED ---------------: TO |
| | ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE  / |
| | please answer   S7U URGENT PAYMENT ERROR/ NEED RETURN ON |
| | FUNDS 2,500,421.63 USD |

Dear all

I tried to call you to + 1 5615701123, and i leaved message, please call me back or answer to my e-mail.

Best regards.

██████████████

Caceis Bank, Luxembourg Branch
**CACEIS**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 5981

██████████████

---

**From:** ██████████████
**Sent:** lundi 8 février 2021 14:59
**To:** ██████████████ ; '██████████████' ; ██████████████ ; '██████████████'
'██████████████' ; 'Investorrelations@theoremfundservices.com' ;
'Finance@theoremfundservices.com' ; 'Info@theoremfundservices.com' ;
'Sales@theoremfundservices.com'
**Cc:** ██████████████ ; ██████████████ ; ██████████████
**Subject:** RE: 9 th request URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST
WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN
ON FUNDS 2,500,421.63 USD

Dear all,

Unless my mistaken, we didn't received the answer from you, can you please urgently on my request ?

Best regards.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



Caceis Bank, Luxembourg Branch
**CACEIS**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 5981

**From:** ████████████████
**Sent:** lundi 8 février 2021 11:35
**To:** ████████████ < ████████[caceis.com](caceis.com)>; ; ████████████████ <
'███████████████ < ████████ | ████████████ |
< ███████████████ | ████████████ |
'Investorrelations@theoremfundservices.com' <[Investorrelations@theoremfundservices.com](mailto:Investorrelations@theoremfundservices.com)>;
'Finance@theoremfundservices.com' <[Finance@theoremfundservices.com](mailto:Finance@theoremfundservices.com)>;
'Info@theoremfundservices.com' <[Info@theoremfundservices.com](mailto:Info@theoremfundservices.com)>; 'Sales@theoremfundservices.com'
<[Sales@theoremfundservices.com](mailto:Sales@theoremfundservices.com)>
**Cc:** ████████████████ < ████████
< ███████████████ | ████████████ |
**Subject:** RE: 9 th request URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST
WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN
ON FUNDS 2,500,421.63 USD

Dear all,

It has been more than a month that we are trying to contact you, and it is becoming very urgent, you
must return the cash of 2,500,421.63 USD , can you please do the necessary quickly, and if you are not
affected by this request the forward to the right service.

Thank you in advance for your help

Best regards.

Caceis Bank, Luxembourg Branch
**CACEIS**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 5981

**From:** ████████████████ < ████████████████ **On Behalf Of** ████████████████
**Sent:** lundi 8 février 2021 11:18
**To:** '████████████ < ████████████ ████████████████



< ████████████   ████████████   ████████████   ████████████
<
Cc:  ████████████   ████████████████████
< ████████████████   ████████████   ████████████ [caceis.com](caceis.com)>

**Subject:** RE: 9 th request URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear All,

Could you advise us URGENTLY ?

Regards.

████████████████

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2335  -  Fax  +352 4767 7111
**fdi-fe-client@caceis.com**

---

**From:** ████████████ **On Behalf Of** ████████████
**Sent:** vendredi 5 février 2021 10:24
**To:** ' ████████████   ████████████
< ████████████   ████████████   ████████████
<
**Cc:** ████████████
< ████████████████   ████████████ [caceis.com](caceis.com)>;  ████████
████████████████████   ████████████

**Subject:** 9 th request URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear All,
Could you please advise us URGENTLY ?
Regards.

████████████████

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2335  -  Fax  +352 4767 7111
**fdi-fe-client@caceis.com**

---

**From:** ████████████ **On Behalf Of** ████████████
**Sent:** mercredi 3 février 2021 11:32
**To:** ████████████████████████████████████

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

**Cc:** ████████████████ <
< ███████████████████████████████████

**Subject:** 8request URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear All,

Could you please send us an answer URGENTLY regarding our below request ?

We are waiting for return of funds for a large amount 2,500,421.63 USD

Regards.


████████████

████████████████████

Fund Execution Client Services

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2335- Fax  +352 4767 7111
████████████████████

*- Please consider the environment before printing this email -*

**From:** ████████████  ████████████████ **On Behalf Of** ████████████
**Sent:** mardi 2 février 2021 08:46
**To:** ██████████████ < ██
< ███████ | ████████ | ████████ < ████████████████████
**Cc:** ███████████ < ██
< ████████ < ████████████████
< ████████████ < ████████  [caceis.com](caceis.com)>
**Subject:** 7th request URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD


Dear All,
Could you please send us an answer URGENTLY regarding our below request ?
Regards.


██████████████

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2335  -  Fax  +352 4767 7111
fdi-fe-client@caceis.com

4

**From:** ▮▮▮▮▮▮ < ▮▮▮▮▮▮▮▮▮▮ **On Behalf Of** ▮▮▮▮▮▮
**Sent:** mardi 26 janvier 2021 09:09
**To:** '▮▮▮▮▮▮ <
< ▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮ <
< ▮▮▮▮▮▮▮▮▮ caceis.com>
**Subject:** RE: URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

To include ▮▮▮▮▮▮

Regards.


**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335  -  Fax +352 4767 7111
fdi-fe-client@caceis.com


**From:** ▮▮▮▮▮▮ **On Behalf Of** ▮▮▮▮▮▮
**Sent:** mardi 26 janvier 2021 08:47
**To:** '▮▮▮▮▮▮ <
**Cc:** ▮▮▮▮▮▮ <
< ▮▮▮▮▮▮ caceis.com>; ▮▮▮▮▮▮
**Subject:** RE: URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 6th REQUEST WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear All,
We need urgently a feedback from your side.
Regards.


**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335  -  Fax +352 4767 7111
fdi-fe-client@caceis.com


**From:** ▮▮▮▮▮▮ < ▮▮▮▮▮▮▮▮▮▮ **On Behalf Of** ▮▮▮▮▮▮
**Sent:** mardi 19 janvier 2021 12:17
**To:** '▮▮▮▮▮▮ <
**Cc:** ▮▮▮▮▮▮ <

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

█████████████████████ ◄ ███████████████ ► ; ███████
████

**Subject:** URGENT FEEDBACK REQUIERED ---------------: TO ESCALATE 5th REQUEST WITHOUT ANSWER FORM YOUR SIDE / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD


Dear All,
As per below exchange, the payment below was sent to you by mistake on our side, with value date December 31st, 2020.
Could you please check **urgently** on your side and confirm the cash back request URGENTLY ?
Thanks and regards.


████████████

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2335   -   Fax +352 4767 7111
**fdi-fe-client@caceis.com**

20:SWFLR 024078433
:23B:CRED
:32A:201231USD2500421,63
:33B:USD2500421,63
:50F:/LU450070043724542USD
1/CACEIS BL / TIERS TECHNIQUE
2/5 ALL E SCHEFFER
3/LU/LUXEMBOURG
:53A:/796706786
BSUILULLXXX
:56A:PCBBUS66XXX
:57A:SIVGUS21XXX
:59:/5090007013
VIRGIL SIGMA FUND LP
:71A:OUR


**From:** ████████████ **On Behalf Of** ████████████
**Sent:** vendredi 8 janvier 2021 09:40
**To:** ████████████ ◄
**Cc:** █████████████ ◄
◄ ███████████████████████████ ◄

**Subject:** TO ESCALATE 3rd sending / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD


Dear all

Could you please urgently answer to the below ? It is Urgent

Thanks

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Fund Execution Client Services

## Caceis Bank, Luxembourg Branch

5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2335- Fax  +352 4767 7111

*- Please consider the environment before printing this email -*

---

**From:** ██████████ **On Behalf Of** ██████████
**Sent:** jeudi 7 janvier 2021 08:21
**To:** '██████████ <
**Cc:** ██████████ <
<
**Subject:** 3rd sending / please answer S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear all

Could you please urgently answer to the below ? It is Urgent

Thanks

Fund Execution Client Services

## Caceis Bank, Luxembourg Branch

5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2335- Fax  +352 4767 7111

*- Please consider the environment before printing this email -*

---

**From:** ██████████ **On Behalf Of** ██████████
**Sent:** mercredi 6 janvier 2021 07:54
**To:** '██████████ <
**Cc:** ██████████ <
<
**Subject:** RE: S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear all

Could you please urgently answer to the below ?

7

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Thanks

███████████

█████████████████

Fund Execution Client Services

## Caceis Bank, Luxembourg Branch

5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335- Fax +352 4767 7111
███████████████████

*- Please consider the environment before printing this email -*

---

**From:** ████████████ **On Behalf Of** ██████████████
**Sent:** lundi 4 janvier 2021 13:34
**To:** █████████████
**Cc:** █████████████< ██████████████████████████
**Subject:** S7U URGENT PAYMENT ERROR/ NEED RETURN ON FUNDS 2,500,421.63 USD

Dear all

On 31/12/2020 we paid you by error below amount :

:20:SWFLR 024078433
:23B:CRED
:32A:201231USD2500421,63
:33B:USD2500421,63
:50F:/LU450070043724542USD
1/CACEIS BL / TIERS TECHNIQUE
2/5 ALL E SCHEFFER
3/LU/LUXEMBOURG
:53A:/796706786
BSUILULLXXX
:56A:PCBBUS66XXX
:57A:SIVGUS21XXX
:59:/5090007013
VIRGIL SIGMA FUND LP
:71A:OUR

Could you please urgently kick back these funds?

Thanks and regards

███████████

█████████████████

Fund Execution Client Services



8

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

**Caceis Bank, Luxembourg Branch**
5 Allée Scheffer L-2520 Luxembourg
Tél. +352 4767 2335- Fax +352 4767 7111

*- Please consider the environment before printing this email -*

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

*PrintSave to File*

_____

2021/01/15 14:36:52 Printed from enReporting 3.2

```
-    --------------------- Instance Type and Transmission --------------   -   -
     Copy sent to SWIFT
     Priority/Delivery          : Normal
     Message Input Reference    : 210108BSUILULLAXXX4076111385
-    -------------------------- Message Header -----------------------   -
     Swift Input    : FIN 299 Free Format Message
     Sender         : BSUILULLXXX
                      CACEIS BANK, LUXEMBOURG BRANCH
                      2520 LUXEMBOURG
                      LUXEMBOURG
                      LUXEMBOURG LU
     Receiver       : PCBBUS66XXX
                      PACIFIC COAST BANKERS BANK
                      WALNUT CREEK,CA 94596
                      WALNUT CREEK,CA
                      UNITED STATES OF AMERICA US
-    -------------------------- Message Text ------------------------   -
     F20: Transaction Reference Number
          SWFLR 024078433
     F21: Related Reference
          SWFLR 024078433
     F79: Narrative
          dear all on 31/12/2020 we paid by error
          2,500,421.63 USD with ref SWFLR 024078433. Could
          you please urgently kick back urgently this
          amount
          ?
          Thanks
          ██████████████████████████
-    -------------------------- Message Trailer ----------------------   -
```

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

PrintSave to File

___

2021/01/15 14:36:52 Printed from enReporting 3.2

```
-    -------------------- Instance Type and Transmission -------------    -   -
     Copy sent to SWIFT
     Priority/Delivery        : Normal
     Message Input Reference  : 210108BSUILULLAXXX4076111385
-    -------------------------- Message Header ------------------------    -
     Swift Input   : FIN 299 Free Format Message
     Sender        : BSUILULLXXX
                     CACEIS BANK, LUXEMBOURG BRANCH
                     2520 LUXEMBOURG
                     LUXEMBOURG
                     LUXEMBOURG LU
     Receiver      : PCBBUS66XXX
                     PACIFIC COAST BANKERS BANK
                     WALNUT CREEK,CA 94596
                     WALNUT CREEK,CA
                     UNITED STATES OF AMERICA US
-    -------------------------- Message Text --------------------------    -
     F20: Transaction Reference Number
          SWFLR 024078433
     F21: Related Reference
          SWFLR 024078433
     F79: Narrative
          dear all on 31/12/2020 we paid by error
          2,500,421.63 USD with ref SWFLR 024078433. Could
          you please urgently kick back urgently this
          amount
          ?
          Thanks
          ████████████████████████
-    -------------------------- Message Trailer -----------------------    -
```