CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# Exhibit 5

**February 10, 2021 Letters to Virgil Sigma, Silverbank, and Kaplan, Hecker & Fink**

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | ███████████ |
| **Sent:** | Wednesday, February 10, 2021 11:22 AM |
| **To:** | ████████@kaplanhecker.com |
| **Cc:** | |
| **Subject:** | Formal request for repayment |
| **Attachments:** | 20210210 - Letter from CACEIS to VIRGIL et al.pdf |

Dear ███████,

Please find attached hereto a pdf copy of a formal request for repayment from CACEIS Bank, Luxembourg Branch.

Best regards,

████████████████████████████

Legal Department Luxembourg
CACEIS Bank, Luxembourg Branch
**CACEIS**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2731
████████████@caceis.com
www.caceis.com - Disclaimer

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# Attachment

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# CACEIS
## INVESTOR SERVICES

**VIRGIL SIGMA FUND, LP**
44 Montgomery Street 3rd FL
San Francisco, CA 94104
██@virgilcap.com
██@virgilcap.com
████@virgilcap.com

**SILVER GATE Bank**
4250 Executive Square, suite 300
La Jolla, CA 92037
cashmanagement@silvergate.com
Fax: +1 858-457-1613

Copy to
**KAPLAN HECKER & FINK LLP**
350 Fifth Avenue, suite 7110
New York, New York 10118

To the attention of ████████████
████████@kaplanhecker.com

Luxembourg, 10 February 2021

*Registered letter with acknowledgment of receipt*
*Copy sent by e-mail and/or fax*

**Subject matter: formal request for repayment**

Dear Madam, dear Sir,

We, CACEIS Bank, Luxembourg Branch ("**CACEIS**"), are acting as depositary bank and registrar and transfer agent of the Luxembourg fund **Client A** (the "**Fund**").

The Fund is holding shares in Virgil Sigma Fund, LP. On 31 December 2020, upon instruction of the Fund, CACEIS issued a redemption order that has not yet been executed.

On that same day, CACEIS mistakenly wired an amount of 2,500,421.63 USD to the bank account 5090007013 of Virgil Sigma Fund, LP, opened in the books of Silvergate Bank.

We hereby request that you confirm receipt of this erroneous payment (Swift references are copied below).

```
20:SWFLR 024078433
:23B:CRED
:32A:201231USD2500421,63
:33B:USD2500421,63
:50F:/LU450070043724542USD
1/CACEIS BL / TIERS TECHNIQUE
2/5 ALL E SCHEFFER
3/LU/LUXEMBOURG
:53A:/796706786
BSUILULLXXX
:56A:PCBBUS66XXX
:57A:SIVGUS21XXX
:59:/5090007013
VIRGIL SIGMA FUND LP
:71A:OUR
```

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

For the avoidance of doubt, we confirm and reiterate that, to the best of our knowledge, neither CACEIS, nor the Fund owes that amount (nor any other amount) to Virgil Sigma Fund, LP, or to Silvergate Bank, who may not legally keep this amount.

Therefore, assuming that you received our erroneous payment, we hereby request the full repayment of the amount of 2,500,421.63 USD within the next eight (8) business days on the following Bank account CHASUS33XXX aba 021000021 account number 796706786 in favour of CBL BSUILULLXXX.

All rights reserved.

Yours faithfully,



CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

**From:** ████████████
**Sent:** Wednesday, February 10, 2021 11:22 AM
**To:** ████@virgilcap.com; ████@virgilcap.com; ████@virgilcap.com
**Cc:** ████████████
**Subject:** Formal request for repayment
**Attachments:** 20210210 - Letter from CACEIS to VIRGIL et al.pdf

Dear Madam, Dear Sir,

Please find attached hereto a pdf copy of a formal request for repayment from CACEIS Bank, Luxembourg Branch.

Best regards,

████████████████████████████████

Legal Department Luxembourg
CACEIS Bank, Luxembourg Branch
**CACEIS**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2731
████████@caceis.com
www.caceis.com - Disclaimer

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# Attachment



CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

**VIRGIL SIGMA FUND, LP**
44 Montgomery Street 3rd FL
San Francisco, CA 94104
■@virgilcap.com
■@virgilcap.com
■@virgilcap.com

**SILVER GATE Bank**
4250 Executive Square, suite 300
La Jolla, CA 92037
cashmanagement@silvergate.com
Fax: +1 858-457-1613

Copy to
**KAPLAN HECKER & FINK LLP**
350 Fifth Avenue, suite 7110
New York, New York 10118

To the attention of ■■■■■■■■■■
■■■■■■■@kaplanhecker.com

Luxembourg, 10 February 2021

*Registered letter with acknowledgment of receipt*
*Copy sent by e-mail and/or fax*

**Subject matter: formal request for repayment**

Dear Madam, dear Sir,

We, CACEIS Bank, Luxembourg Branch ("**CACEIS**"), are acting as depositary bank and registrar and transfer agent of the Luxembourg fund **Client A** (the "**Fund**").

The Fund is holding shares in Virgil Sigma Fund, LP. On 31 December 2020, upon instruction of the Fund, CACEIS issued a redemption order that has not yet been executed.

On that same day, CACEIS mistakenly wired an amount of 2,500,421.63 USD to the bank account 5090007013 of Virgil Sigma Fund, LP, opened in the books of Silvergate Bank.

We hereby request that you confirm receipt of this erroneous payment (Swift references are copied below).

```
20:SWFLR 024078433
:23B:CRED
:32A:201231USD2500421,63
:33B:USD2500421,63
:50F:/LU450070043724542USD
1/CACEIS BL / TIERS TECHNIQUE
2/5 ALL E SCHEFFER
3/LU/LUXEMBOURG
:53A:/796706786
BSUILULLXXX
:56A:PCBBUS66XXX
:57A:SIVGUS21XXX
:59:/5090007013
VIRGIL SIGMA FUND LP
:71A:OUR
```

**CACEIS Bank, Luxembourg Branch**

5, Allée Scheffer L-2520 – Adresse Postale : BP 1104 L-1011 Luxembourg
Tél. +352 47 67 9 – Fax +352 47 67 68 69
R.C.S. Luxembourg : 209310 – TVA : LU 28850859
www.caceis.com

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

For the avoidance of doubt, we confirm and reiterate that, to the best of our knowledge, neither CACEIS, nor the Fund owes that amount (nor any other amount) to Virgil Sigma Fund, LP, or to Silvergate Bank, who may not legally keep this amount.

Therefore, assuming that you received our erroneous payment, we hereby request the full repayment of the amount of 2,500,421.63 USD within the next eight (8) business days on the following Bank account CHASUS33XXX aba 021000021 account number 796706786 in favour of CBL BSUILULLXXX.

All rights reserved.

Yours faithfully,



CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | ███████████ |
| **Sent:** | Wednesday, February 10, 2021 11:22 AM |
| **To:** | cashmanagement@silvergate.com |
| **Cc:** | ███████████ |
| **Subject:** | Formal request for repayment |
| **Attachments:** | 20210210 - Letter from CACEIS to VIRGIL et al.pdf |

Dear Madam, Dear Sir,

Please find attached hereto a pdf copy of a formal request for repayment from CACEIS Bank, Luxembourg Branch.

Best regards,

███████████
███████████████████████

Legal Department Luxembourg
CACEIS Bank, Luxembourg Branch
**CACEIS**
5 Allée Scheffer L-2520 Luxembourg
Tél.  +352 4767 2731
████████@caceis.com
www.caceis.com - Disclaimer

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# Attachment

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



**VIRGIL SIGMA FUND, LP**
44 Montgomery Street 3rd FL
San Francisco, CA 94104
███@virgilcap.com
███@virgilcap.com
███@virgilcap.com

**SILVER GATE Bank**
4250 Executive Square, suite 300
La Jolla, CA 92037
cashmanagement@silvergate.com
Fax: +1 858-457-1613

Copy to
**KAPLAN HECKER & FINK LLP**
350 Fifth Avenue, suite 7110
New York, New York 10118

To the attention of ███████████
███████@kaplanhecker.com

Luxembourg, 10 February 2021

*Registered letter with acknowledgment of receipt*
*Copy sent by e-mail and/or fax*

**Subject matter: formal request for repayment**

Dear Madam, dear Sir,

We, CACEIS Bank, Luxembourg Branch ("**CACEIS**"), are acting as depositary bank and registrar and transfer agent of the Luxembourg fund **Client A** (the "**Fund**").

The Fund is holding shares in Virgil Sigma Fund, LP. On 31 December 2020, upon instruction of the Fund, CACEIS issued a redemption order that has not yet been executed.

On that same day, CACEIS mistakenly wired an amount of 2,500,421.63 USD to the bank account 5090007013 of Virgil Sigma Fund, LP, opened in the books of Silvergate Bank.

We hereby request that you confirm receipt of this erroneous payment (Swift references are copied below).

        20:SWFLR 024078433
        :23B:CRED
        :32A:201231USD2500421,63
        :33B:USD2500421,63
        :50F:/LU450070043724542USD
        1/CACEIS BL / TIERS TECHNIQUE
        2/5 ALL E SCHEFFER
        3/LU/LUXEMBOURG
        :53A:/796706786
        BSUILULLXXX
        :56A:PCBBUS66XXX
        :57A:SIVGUS21XXX
        :59:/5090007013
        VIRGIL SIGMA FUND LP
        :71A:OUR

**CACEIS Bank, Luxembourg Branch**

5, Allée Scheffer L–2520 – Adresse Postale : BP 1104 L–1011 Luxembourg
Tél. +352 47 67 9 – Fax +352 47 67 68 69
R.C.S. Luxembourg : 209310 – TVA : LU 28850859
www.caceis.com

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

For the avoidance of doubt, we confirm and reiterate that, to the best of our knowledge, neither CACEIS, nor the Fund owes that amount (nor any other amount) to Virgil Sigma Fund, LP, or to Silvergate Bank, who may not legally keep this amount.

Therefore, assuming that you received our erroneous payment, we hereby request the full repayment of the amount of 2,500,421.63 USD within the next eight (8) business days on the following Bank account CHASUS33XXX aba 021000021 account number 796706786 in favour of CBL BSUILULLXXX.

All rights reserved.

Yours faithfully,

