UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>          Defendants. | Case No.: 20-cv-10849 (LGS) |

**[PROPOSED] ORDER GRANTING RECEIVER PERMISSION TO RETURN FUNDS TO CACEIS BANK LUXEMBOURG BRANCH**

**WHEREAS** this matter has come before the Court upon motion of the Receiver, Robert A. Musiala, Jr. (the "Receiver"), for permission to return $2,500,421.63 (the "Funds") to Caceis Bank Luxembourg Branch ("CBLB") (less the cost of fees expended by the Receiver's forensic and legal teams in investigating and resolving this matter) (the "Motion");

**WHEREAS** neither Plaintiff nor Defendant opposes the relief requested in the Motion;

**WHEREAS** the Court finds that based on the record in these proceedings and the consent of Plaintiff and Defendant, the Receiver's return of the Funds to CBLB is warranted;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED; and

2. The Receiver is authorized to return the Funds to CBLB (less the cost of fees expended by the Receiver's forensic and legal teams in investigating and resolving this matter), as provided in the Motion.

Dated:  July ___, 2021

                                                           _____
                                                           LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE