

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

San Francisco
Regional Office

August 18, 2021

**FILED BY ECF**

The Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  Re: *SEC v. Qin, et al.*, 20-CV-10849(LGS): Status Letter

Dear Judge Schofield,

  Counsel for the Plaintiff Securities and Exchange Commission, hereby moves the Court for an adjournment of the Status Conference, currently set for September 9, 2021, until September 23, 2021, or at such other time as the Court may prefer. If granted, this would be the third adjournment of this conference.

  As mentioned in the August Status Letter from the SEC updating the Court regarding the related criminal case, *United States v. Stefan Qin*, No. 21-CR-75 (VEC) (S.D.N.Y.) ("the criminal case"), Mr. Qin's sentencing was recently moved and is now scheduled for September 15, 2021. The current status conference date had previously been scheduled, at the parties' request, to occur approximately three weeks after Mr. Qin's sentencing in the criminal case. We are now asking that the Court move the date again, so that it falls after the sentencing. The parties have each confirmed their availability on September 23, 2021.

             Respectfully submitted,

              */s/ Susan F. LaMarca*

Cc: Stefan Qin (via Sean Hecker, Esq., by email)
   Robert A. Musiala, Jr., Receiver (by email)