# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Teresa M. Goody Guillén
direct dial: 202.861.1630
tgoodyguillen@bakerlaw.com

August 26, 2021

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States Securities and Exchange Commission v. Qin, et al.*; No. 20-cv-10849 (LGS)

Dear Judge Schofield:

      We are counsel to Robert A. Musiala Jr., Esq., Court-appointed Receiver in the above-referenced matter.  We write pursuant to Your Honor's Order directing the Receiver to file under seal the invoices detailing the work of the Receiver and BakerHostetler, Ankura, and Nelsons, in connection with the Receiver's Certified Initial Fee Application, *see* ECF No. 66, so that the Court may ascertain the specific tasks performed and number of hours billed.  *See* ECF No. 78.  Consistent with the Court's Order, the Receiver is filing the invoices under seal and redacted versions of the invoices on the public docket.[1]  Plaintiff U.S. Securities and Exchange Commission reviewed and approved the invoices prior to the filing of the Receiver's Certified Initial Fee Application.

      The Receiver's Certified Initial Fee Application was prepared and submitted in accordance with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission (the "Billing Instructions").[2]  Pursuant to the Billing Instructions, each time entry contains a task code corresponding to certain legal and financial

---

[1] *See* Exs. A–C.
[2] The Billing Instructions are available at https://www.sec.gov/oiea/Article/billinginstructions.pdf.

The Honorable Lorna G. Schofield
August 26, 2021
Page 2

activities, which is displayed on the publicly filed versions of the invoices. The description of these activities is set forth in the Billing Instructions.[3]

Respectfully submitted,

Teresa M. Goody Guillén

Attachments

cc:     All Counsel of Record (*via ECF*)
        Stefan Qin (*via email*)

---

[3] *See* Billing Instructions at 6–7.