# Exhibit C

# NELSONS

31 The Strand | P.O. Box 30069 | Grand Cayman | KY1-1201 | CAYMAN ISLANDS
T: (345) 949-9710 | F: (345) 945-2188 | W: www.nelsonslegal.com

Robert Musiala Jr, SEC Receiver of Virgil Funds                                Mar 31, 2021

c/o Baker Hostetler

|  |  | File #: | 8247-44 |
|---|---|---|---|
| **FEE NOTE** |  | Inv #: | 24227 |

**RE:   Re:Virgil Funds**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-17-21 | ███████████████████ | 0.50 | $337.50 | JH |
|  | ███████████████████ | 0.20 | $135.00 | JH |
| Feb-18-21 | ███████████████████ | 0.40 | $270.00 | JH |
|  | ███████████████████ | 0.40 | $240.00 | AC |
| Feb-19-21 | ███████████████████ | 0.50 | $337.50 | JH |
| Feb-22-21 | ███████████████████ | 0.20 | $135.00 | JH |
|  | ███████████████████ | 0.70 | $472.50 | JH |
|  | ███████████████████ | 0.10 | $67.50 | CF |
| Feb-23-21 | ███████████████████ | 0.40 | $240.00 | AC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Feb-27-21 | ■ | 0.30 | $202.50 | JH |
| Mar-01-21 | ■ | 0.10 | $67.50 | JH |
| | ■ | 0.10 | $67.50 | JH |
| | ■ | 0.10 | $67.50 | JH |
| Mar-03-21 | ■ | 1.50 | $1,012.50 | JH |
| | ■ | 0.20 | $135.00 | JH |
| | ■ | 0.20 | $135.00 | JH |
| Mar-04-21 | ■ | 0.20 | $135.00 | JH |
| | ■ | 0.10 | $60.00 | AC |
| Mar-18-21 | ■ | 0.20 | $135.00 | JH |
| Mar-23-21 | ■ | 0.20 | $135.00 | JH |
| Mar-24-21 | ■ | 1.30 | $877.50 | JH |
| | ■ | 0.30 | $180.00 | AC |
| | ■ | 0.30 | $202.50 | CF |
| Mar-25-21 | ■ | 0.30 | $202.50 | JH |

|              |                              | Hours | Amount      |    |
|--------------|------------------------------|-------|-------------|----|
|              | ███████████████              | 0.10  | $67.50      | JH |
| Mar-29-21    | ███████████████              | 0.30  | $202.50     | JH |

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| John Harris     (JH) @   US$675.00   p/h | | 7.6 | US$5,130.00 |
| Alice Carver    (AC) @   US$600.00   p/h | | 1.2 | US$720.00 |
| Colm Flanagan (CF) @    US$675.00   p/h | | 0.4 | US$270.00 |
| Totals | | 9.2 | US$6,120.00 |

**DISBURSEMENTS**

| | |
|---|---|
| Copying/Printing/Telephone | $244.80 |
| Totals | US$244.80 |

**Total Fees & Disbursements*              US$6,364.80**



**NELSONS**

PAYMENT INSTRUCTIONS

Please make all payments to:  NELSONS ATTORNEYS AT LAW LTD

WIRE TRANSFER INSTRUCTIONS:

PLEASE  ALWAYS  QUOTE REFERENCE AND ACCOUNT NUMBER

Correspondent bank:
The Bank of New York Mellon, NY
SWIFT BIC Code: IRVTUS3N
Beneficiary Bank:
Butterfield Bank (Cayman) Limited, Grand Cayman
SWIFT BIC Code:  BNTBKYKY

For final credit:Nelsons Attorneys at Law Ltd
Account: 8401748180033
Butterfield Bank (Cayman) Limited

**\*If Paying In Cayman Islands Dollars - Total:**          CI$5,346.43