# BakerHostetler

Baker & Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

August 27, 2021

Teresa M. Goody Guillén
direct dial: 202.861.1630
tgoodyguillen@bakerlaw.com

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States Securities and Exchange Commission v. Qin, et al.*; No. 20-cv-10849 (LGS)

Dear Judge Schofield:

We are counsel to Robert A. Musiala Jr., Esq., Court-appointed Receiver in the above-referenced matter. We write to respectfully request that the Court remove docket number 80 in its entirety, which has been temporarily placed under seal, as it contained an incorrect version of the filing. The correct documents have been re-filed and are available at docket number 82.

We thank the Court in advance for its attention to the instant request.

Respectfully submitted,

Teresa M. Goody Guillén

cc:   All Counsel of Record (*via ECF*)
      Stefan Qin (*via email*)