UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,                    20 Civ. 10849 (LGS)

       -against-

                                                          ORDER

STEFAN QIN et al.,

                  Defendants.
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference is scheduled for September 23, 2021 at 11:00 a.m.

WHEREAS, the parties were required to file a joint letter and proposed case management plan at least one week before the conference per the Individual Rules.

WHEREAS, the parties failed to file the joint letter and proposed case management plan. It is hereby

**ORDERED** that the parties shall file the joint letter and proposed case management plan by **September 20, 2021**. If the parties believe the conference should be adjourned or cancelled, they shall file a joint letter requesting adjournment or cancellation by **September 20, 2021**.

Dated: September 17, 2021
New York, New York

                                                   LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE