# **Exhibit C**

# NELSONS

31The Strand | P.O. Box 30069 | Grand Cayman | KY1-1201 | CAYMAN ISLANDS
T: (345) 949-9710 | F: (345) 945-2188 | W: www.nelsonslegal.com

Robert Musiala Jr, SEC Receiver of Virgil Funds                              Aug 24, 2021

|              |             | File #: | 8247-44 |
|--------------|-------------|---------|---------|
| **FEE NOTE** |             | Inv #:  | 24449   |

**RE:**   **Re:Virgil Funds**

| DATE      | DESCRIPTION | HOURS | AMOUNT       | LAWYER |
|-----------|-------------|-------|--------------|--------|
| Apr-13-21 | [redacted]  | 0.30  | $202.50      | JH     |
| Apr-16-21 | [redacted]  | 0.20  | $120.00      | AC     |
| Apr-19-21 | [redacted]  | 0.20  | $135.00      | JH     |
|           | [redacted]  | 0.20  | $120.00      | AC     |
| May-12-21 | [redacted]  | 0.30  | $202.50      | JH     |
| May-26-21 | [redacted]  | 0.20  | $135.00      | JH     |
| May-27-21 | [redacted]  | 0.40  | $270.00      | JH     |
| Jun-14-21 | [redacted]  | 0.20  | $135.00      | JH     |

|    |   |              |     |     |              |
|----|---|--------------|-----|-----|--------------|
| JH | @ | US$675.00    | p/h | 1.6 | US$1,080.00  |
| AC | @ | US$600.00    | p/h | 0.4 | US$240.00    |

|  |  |  |
|---|---|---|
| Totals | 2.0 | US$1,320.00 |

**Total Fees & Disbursements\***  US$1,320.00

*Nelsons* (signature)

**NELSONS**

PAYMENT INSTRUCTIONS

Please make all payments to:  NELSONS ATTORNEYS AT LAW LTD

WIRE TRANSFER INSTRUCTIONS:

PLEASE  ALWAYS  QUOTE REFERENCE AND ACCOUNT NUMBER

Correspondent bank:
The Bank of New York Mellon, NY
SWIFT BIC Code: IRVTUS3N
Beneficiary Bank:
Butterfield Bank (Cayman) Limited, Grand Cayman
SWIFT BIC Code:  BNTBKYKY

For final credit: Nelsons Attorneys at Law Ltd
Account: 8401748180033
Butterfield Bank (Cayman) Limited

**\*If Paying In Cayman Islands Dollars - Total:**     CI$1,108.80