

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

San Francisco
Regional Office

October 19, 2021

**FILED BY ECF**

The Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:  *SEC v. Qin, et al.*, 20-CV-10849(LGS): Status Letter re Settlement

Dear Judge Schofield,

    Counsel for the Plaintiff Securities and Exchange Commission hereby submits this Status Letter, to update the Court regarding its efforts at settlement with defendant Stefan Qin. Counsel for the SEC expects to provide by early next week to the defendant terms of settlement that SEC counsel would recommend the Commission, and if approved, the Court, authorize.  Counsel for the SEC will provide the defendant with all terms which, if approved, would resolve the case against him entirely.

    Accordingly, the SEC expects to be able to report to the Court whether the parties have reached an agreement in principle, subject to Commission and Court approval, in the November 12, 2021 Status Conference Letter.

                                                  Respectfully submitted,

                                                 /s/ *Susan F. LaMarca*
                                                 Susan F. LaMarca
                                                 Counsel for Plaintiff Securities and
                                                 Exchange Commission

Cc:  Stefan Qin (via Sean Hecker, Esq., by email)