UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Case No.: 20-cv-10849 (LGS) |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Receiver's Fourth Status Report was served upon the following via email on November 1, 2021:

Shawn G. Crowley
Louis W. Fisher
Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
scrowley@kaplanhecker.com
lfisher@kaplanhecker.com
shecker@kaplanhecker.com

*Counsel for Defendant Stefan Qin*

Dated: November 1, 2021          /s/ *Bari R. Nadworny*
New York, New York               Bari R. Nadworny
                                 BAKER & HOSTETLER LLP
                                 45 Rockefeller Plaza
                                 New York, NY 10111-0100
                                 Tel.: (212) 589-4200
                                 Facsimile: (212) 589-4201
                                 bnadworny@bakerlaw.com

                                 *Attorneys for Receiver Robert A. Musiala, Jr.*