**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>　　　　　　　Defendants. | Case No.: 20-cv-10849 (LGS) |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Letter Motion Requesting an Extension of Time to File Quarterly Fee Applications was served upon the following via email on November 9, 2021:

Shawn G. Crowley
Louis W. Fisher
Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
scrowley@kaplanhecker.com
lfisher@kaplanhecker.com
shecker@kaplanhecker.com

*Counsel for Defendant Stefan Qin*

Dated: November 9, 2021     /s/ *Bari R. Nadworny*
        New York, New York     Bari R. Nadworny
    BAKER & HOSTETLER LLP
    45 Rockefeller Plaza
    New York, NY 10111-0100
    Tel.: (212) 589-4200
    Facsimile: (212) 589-4201
    bnadworny@bakerlaw.com

*Attorneys for Receiver Robert A. Musiala, Jr.*