UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                        Plaintiff,          20 Civ. 10849 (LGS)

        -against-

                                        ORDER

STEFAN QIN et al.,

                      Defendants.
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pretrial conference is scheduled for November 18, 2021, at 11:00 a.m.

      WHEREAS, pro se Plaintiff did not join the letter and case management plan and scheduling order submitted by Plaintiff and the Receiver.  It is hereby

      **ORDERED** that by **November 15, 2021,** Plaintiff shall file a letter advising the Court whether pro se Plaintiff has received a copy of the Court's Order scheduling the November 18, 2021, conference (Dkt. No. 90), and if not, transmit a copy of the Order.

      The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: November 12, 2021
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE