

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

San Francisco
Regional Office

November 15, 2021

**FILED BY ECF**

The Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

   Re: *SEC v. Qin, et al.*, 20-CV-10849(LGS): re Order re Service

Dear Judge Schofield,

   On behalf of the Plaintiff Securities and Exchange Commission, I write to respond to the Court's Order entered November 12, 2021 (ECF No. 104), requesting confirmation from the SEC that pro se defendant, Stefan Qin, has received notice of the date of the November 18, 2021 hearing. The SEC has provided him with this information. The SEC originally informed Mr. Qin in September, by emailing his counsel in the related, criminal case (*United States v. Stefan Qin*, No. 21-CR-75 (VEC) (S.D.N.Y.)) and asking that they provide the Court's order to him. We received confirmation from Mr. Qin's criminal counsel that they would do so. In addition, today counsel for the SEC provided the same counsel with a copy of the November 12, 2021 Order and informed them that we would be preparing this letter to the Court today (which we shall also provide to Mr. Qin through his criminal counsel).

    Respectfully submitted,

    */s/ Susan F. LaMarca*
    Susan F. LaMarca
    Counsel for Plaintiff Securities and
    Exchange Commission

Cc: Stefan Qin (via Sean Hecker, Esq., by email)