# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

December 6, 2021

John J. Carney
direct dial: 212.589.4255
jcarney@bakerlaw.com

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States Securities and Exchange Commission v. Qin, et al.*; No. 20-cv-10849 (LGS)

Dear Judge Schofield:

      We are counsel to Robert A. Musiala Jr., Esq., Court-appointed Receiver in the above-referenced matter. We write pursuant to Your Honor's direction during the Initial Case Management Conference on November 18, 2021 to respectfully submit a Proposed Order Granting Receiver Permission to File Reports to the Court Under Seal.

Respectfully submitted,

*/s/ John J. Carney*

John J. Carney

Attachment