

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

San Francisco
Regional Office

By **February 15, 2022**, Plaintiff shall file a letter regarding the status of settlement.

December 15, 2021

SO ORDERED.

**FILED BY ECF**

Dated: December 16, 2021
New York, New York

The Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

*/s/ Lorna G. Schofield*
**Lorna G. Schofield**
**United States District Judge**

Re:  *SEC v. Qin, et al.*, 20-CV-10849(LGS): re Offer of Settlement

Dear Judge Schofield,

In accordance with the parties' discussion with the Court on November 20, 2021, and the Court's Order and Case Management Plan of the same date (ECF No. 106), counsel for the Plaintiff Securities and Exchange Commission writes to inform the Court that defendant Stefan Qin has provided to us a signed offer to settle this case, which we will recommend the Commission accept.

The offer requires, first, consideration and approval by the Commission, and second, consideration and approval by the Court. We anticipate that the first step may take 60 days; if obtaining the Commission's consideration proves to take longer, we will notify the Court by no later than February 15, 2022.

Respectfully submitted,

 /s/ *Susan F. LaMarca*
Susan F. LaMarca
Counsel for Plaintiff Securities and
Exchange Commission

Cc:  Stefan Qin (via Sean Hecker, Esq., by email)