# **Exhibit C**

# NELSONS

31 The Strand | P.O. Box 30069 | Grand Cayman | KY1-1201 | CAYMAN ISLANDS
T: (345) 949-9710 | F: (345) 945-2188 | W: www.nelsonslegal.com

Robert Musiala Jr, SEC Receiver of Virgil Funds                                            Nov 30, 2021

|  |  | File #: | 8247-44 |
|---|---|---|---|
| **FEE NOTE** |  | Inv #: | Sample |

**RE:**   Re:Virgil Funds

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jul-16-21 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | .20 | $135.00 | JH |

| | JH | @ | US$675.00 | p/h | 0.2 | US$135.00 |
|---|---|---|---|---|---|---|
| | | | | Totals | 0.2 | US$135.00 |

**Total Fees & Disbursements***                                                           **US$135.00**

*Nelsons signature*

**NELSONS**

PAYMENT INSTRUCTIONS

Please make all payments to:  NELSONS ATTORNEYS AT LAW LTD

WIRE TRANSFER INSTRUCTIONS:

PLEASE  ALWAYS  QUOTE REFERENCE AND ACCOUNT NUMBER

Correspondent bank:
The Bank of New York Mellon, NY
SWIFT BIC Code: IRVTUS3N
Beneficiary Bank:
Butterfield Bank (Cayman) Limited, Grand Cayman
SWIFT BIC Code:  BNTBKYKY

For final credit Nelsons Attorneys at Law Ltd
Account: 8401748180033

Butterfield Bank (Cayman) Limited

***If Paying In Cayman Islands Dollars - Total:**　　　　　　**CI$113.40**