UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Case No.: 20-cv-10849 (LGS) |

### [PROPOSED] ORDER AUTHORIZING RECEIVER TO RETAIN THE LAW OFFICE OF DENNIS COHEN

**WHEREAS** this matter has come before this Court upon motion of the Receiver, Robert A. Musiala, Jr. (the "Receiver"), for authorization to retain the Law Office of Dennis O. Cohen, PLLC (the "Law Office of Dennis Cohen") (the "Motion");

**WHEREAS** Plaintiff consents to the relief requested in the Motion;

**WHEREAS** the Court finds that based on the record in these proceedings and the consent of Plaintiff, the Receiver's retention of the Law Office of Dennis Cohen is necessary and essential to enable the Receiver to execute faithfully his duties herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED; and

2

2. The Receiver is authorized to retain the Law Office of Dennis Cohen as provided in the Motion.

Dated:  February ___, 2022

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE