

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
44 MONTGOMERY STREET, SUITE 2800
SAN FRANCISCO, CA 94104

SAN FRANCISCO
REGIONAL OFFICE

By **February 28, 2022**, Plaintiff shall file a letter regarding the status of settlement.

February 15, 2021

**SO ORDERED.**

Dated: February 16, 2022
New York, New York

**FILED BY ECF**

The Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:  *SEC v. Qin, et al.*, 20-CV-10849(LGS): Second Status Letter re Offer of Settlement

Dear Judge Schofield,

In the status letter submitted by Plaintiff Securities and Exchange Commission on December 15, 2021, we informed the Court that defendant Stefan Qin has provided to us a signed offer to settle this case that counsel would recommend the Commission accept, and we estimated that consideration by the Commission would take approximately 60 days. (*See* Order re further status letter due Feb. 15, 2022, ECF No. 112.) The process has taken longer than our estimate, but we now expect the process to be completed in the next two weeks. If for any reason the Commission's consideration takes longer, we will notify the Court by no later than February 28, 2022.

Respectfully submitted,

 /s/ *Susan F. LaMarca*
Susan F. LaMarca
Counsel for Plaintiff Securities and
Exchange Commission

Cc:  Stefan Qin (via Sean Hecker, Esq., by email)