**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No.: 20-cv-10849 (LGS) |
| vs. | |
| STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC, | |
| Defendants. | |

### NOTICE OF RECEIVER'S MOTION FOR AN ORDER APPROVING THE RETENTION OF CIPHERTRACE AND ELLIPTIC

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Bari R. Nadworny with all exhibits annexed thereto, and upon all the prior pleadings and proceedings herein, Robert A. Musiala, Jr., the Court-appointed Receiver in the above-captioned case (the "Receiver"), by and through his counsel, moves this Court, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an order granting the Receiver's motion for approval to retain CipherTrace, Inc. and Elliptic Inc., two blockchain analytics vendors, together with such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that this Motion is made with the consent of Plaintiff.  The Receiver respectfully requests that this Motion be decided on an expedited basis.

Dated: February 17, 2022
New York, New York

**BAKER & HOSTETLER LLP**

*/s/ Teresa Goody Guillén*
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, D.C. 20036
Tel.: (202) 861-1500
Facsimile: (202) 861-1783
Teresa Goody Guillén
tgoodyguillen@bakerlaw.com

45 Rockefeller Plaza
New York, NY 10111
Tel.: (212) 589-4200
Facsimile: (212) 589-4201
Marco Molina
mmolina@bakerlaw.com
Bari R. Nadworny
bnadworny@bakerlaw.com

*Attorneys for Receiver Robert A. Musiala, Jr.*