UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>         vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>                    Defendants. | Case No.: 20-cv-10849 (LGS) |

**DECLARATION OF BARI R. NADWORNY IN SUPPORT OF
RECEIVER'S MOTION FOR AN ORDER APPROVING THE RETENTION OF
<u>CIPHERTRACE & ELLIPTIC</u>**

I, Bari R. Nadworny, declare the following:

1. I am an associate of the law firm of Baker & Hostetler LLP, counsel to Receiver Robert A. Musiala, Jr. in the above-captioned matter. I submit this Declaration in further support of the Receiver's Motion for an Order Authorizing the Retention of CipherTrace, Inc. and Elliptic Inc.

2. Attached hereto as Exhibit A is a true and correct copy of the credentials and qualifications of CipherTrace, Inc.

3. Attached hereto as Exhibit B is a true and correct copy of the credentials and qualifications of Elliptic Inc.

2

Dated: February 17, 2022                          Respectfully submitted,
       New York, New York

                                                BAKER & HOSTETLER LLP

                                                By: */s/ Bari R. Nadworny*
                                                    Bari R. Nadworny
                                                    45 Rockefeller Plaza
                                                    New York, New York 10111
                                                    Telephone: (212) 589-4200
                                                    Facsimile: (212) 589-4201
                                                    bnadworny@bakerlaw.com