# EXHIBIT A

# Cryptocurrency
# Compliance

Anti-Money Laundering, Financial Investigations, and Fraud Detection



**Banks and Card Issuers**

Mitigate Virtual Currency Risks



**Exchanges and Custody Providers**

KYT AML Compliance



**Government**

Enforce Regulation Compliance & Investigate Financial Crime



As Part of Ongoing Commitment to Compliance, Binance Deploys CipherTrace Traveler

Read More



# CipherTrace Traveler™

## The World's First Commercial TRISA Compatible Solution

Enabling Virtual Asset Service Providers (VASPS) to securely send and receive transaction information to comply with global Travel Rule regulations

COMPLY NOW



# Cryptocurrency Intelligence Solutions

CipherTrace delivers cryptocurrency AML compliance solutions for some of the largest banks, exchanges, and other financial institutions in the world because of its best-in-class data attribution, analytics, proprietary clustering algorithms, and coverage of 2,000+ cryptocurrency entities—more than any other blockchain analytics company.



# Everything Financial Institutions Need to Know About Cryptocurrency

## Definitions, Obligations, and Best Practices

READ THE REPORT

# Featured Solutions



## Cryptocurrency Compliance

**For Banks, Card Issuers and Payment Processors**

Protection from money laundering risks, illicit money service businesses and virtual currency payment risks.

LEARN MORE



## Anti-Money Laundering

**For Exchanges, Funds, Trading Desks and Custody Providers**

KYT: Know Your Transaction automates Crypto AML compliance for virtual asset service providers.

LEARN MORE



## Financial Investigations

**For Law Enforcement, Researchers and FIs**

Powerful blockchain forensic tools enable investigations of criminal activity, fraud, and sanctions evasion. Visually trace the movement of funds.

LEARN MORE





## Compliance Monitoring

*For Government Agencies, Regulators and Auditors*

Monitor crypto businesses for AML compliance, evaluates KYC effectiveness and audits performance.

LEARN MORE



## Certified Examiner Training

*For Researchers, Investigators, and Auditors*

CipherTrace's Certified Examiner training provides hands-on instruction in blockchain and cryptocurrency tracing.

LEARN MORE



## Bitcoin ATM Compliance

*For Bitcoin ATMs (BATMs) and other Cryptocurrency Kiosks*

Automates Cryptocurrency AML compliance with simple web interface to minimize legal and financial risk.

LEARN MORE



# Geographic Risk Report

The virtual asset industry's first comprehensive global KYC assessment

READ THE REPORT



## CipherTrace in the News









CipherTrace and BAE Systems Applied Intelligence Partner for Cryptocurrency Intelligence Solutions

As Part of Ongoing Commitment to Compliance, Binance Deploys CipherTrace Traveler

CipherTrace CEO on tracking crime in crypto

How the FBI Got Colonial Pipeline's Ransom Money Back

As Ransomware Hackers Sit On Millions In Extorted Money, America's Military Is Urged To Hack Back

How to Negotiate with Ransomware Hackers

+ MORE NEWS

# Trusted by Industry Leaders

 

 

 

