# EXHIBIT B



Elliptic Inc.
1st Ave #23346
New York, NY 10128

January 31, 2021

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111

To whom it may concern,

RE:  Montgomery Technologies LLC in Receivership

In response to your request for qualifications and credentials, we are pleased to provide you with a partial list of existing customers:

Government agencies:

-    IRS Criminal Investigations Division
-    IRS Office of Fraud Enforcement
-    OFAC
-    FinCEN
-    The FBI
-    The US Secret Service
-    Interpol

Financial institutions and payment processing companies:

-    Fidelity
-    PayPal
-    Square
-    Santander

Cyrpto-native firms:

-    Coinbase
-    Huobi
-    Kraken
-    Binance

Kindly let us know if you need any additional information.

Very respectfully,

Clifford Koutsky
Blockchain Analytics Executive - Public Sector

Elliptic Inc Is A Subsidiary Of Elliptic Enterprises Ltd, Registered In England & Wales (8458210). Elliptic Inc., 1732 1st Ave #23346, New York, Ny 10128, Usa. Elliptic Enterprises Limited, Office 7, 25-27 Ludgate Hill, London, Ec4m 7jn, Uk