UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Case No.: 20-cv-10849 (LGS) |

### [PROPOSED] ORDER AUTHORIZING RECEIVER TO RETAIN CIPHERTRACE & ELLIPTIC

**WHEREAS** this matter has come before this Court upon motion of the Receiver, Robert A. Musiala, Jr. (the "Receiver"), for authorization to retain CipherTrace, Inc. and Elliptic Inc. (collectively, the "Blockchain Analytics Vendors") (the "Motion");

**WHEREAS** Plaintiff consents to the relief requested in the Motion;

**WHEREAS** the Court finds that based on the record in these proceedings and the consent of Plaintiff, the Receiver's retention of the Blockchain Analytics Vendors is necessary and essential to enable the Receiver to execute faithfully his duties herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. The Receiver is authorized to retain the Blockchain Analytics Vendors as provided in the Motion; and

3. The Receiver is authorized to pay for the Initial Services, as defined in the Motion, upon receipt of the Blockchain Analytics Vendors' invoices, and without submitting the Blockchain Analytics Vendors' invoices for the Initial Services to the Court for additional approval as part of the Receiver's quarterly fee application.

Dated: _____ \_\_\_\_\_, 2022

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE