**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Case No.: 20-cv-10849 (LGS) |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Notice of Receiver's Motion for an Order Approving the Retention of CipherTrace and Elliptic, Memorandum of Law in Support of Receiver's Motion for an Order Approving the Retention of CipherTrace and Elliptic, Declaration of Bari R. Nadworny in Support of Receiver's Motion for an Order Approving the Retention of CipherTrace and Elliptic with Exhibits A-B, and Proposed Order Authorizing Receiver to Retain CipherTrace and Elliptic were served upon the following via email on February 17, 2022:

Shawn G. Crowley
Louis W. Fisher
Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
scrowley@kaplanhecker.com
lfisher@kaplanhecker.com

shecker@kaplanhecker.com

*Counsel for Stefan Qin*

Dated: February 17, 2022  /s/ *Bari R. Nadworny*
       New York, New York  Bari R. Nadworny
                                             BAKER & HOSTETLER LLP
                                             45 Rockefeller Plaza
                                             New York, NY 10111-0100
                                             Tel.: (212) 589-4200
                                             Facsimile: (212) 589-4201
                                             bnadworny@bakerlaw.com

                                             *Attorneys for Receiver Robert A. Musiala, Jr.*