

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

SAN FRANCISCO
REGIONAL OFFICE

February 24, 2022

**FILED BY ECF**

The Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *SEC v. Qin, et al.*, 20-CV-10849(LGS): Letter re Settlement with Defendant Qin

Dear Judge Schofield,

  Attached for the Court's consideration and approval is a Proposed Final Judgment, and a Consent of Stefan Qin to the Final Judgment, which represents the settlement between Plaintiff Securities and Exchange Commission and Mr. Qin. If approved and entered by the Court, the Final Judgment will resolve the SEC's case as to him.

  As the parties have previously described to the Court, the SEC's case will remain open with respect to the entities under receivership so that the Receiver may complete his work in marshalling assets and eventually distributing them to investors.

            Respectfully submitted,

             /s/ *Susan F. LaMarca*
            Susan F. LaMarca
            Counsel for Plaintiff Securities and
            Exchange Commission

Cc:   Stefan Qin (via Sean Hecker, Esq., by email)