# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

March 24, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States Securities and Exchange Commission v. Qin, et al.*; No. 20-cv-10849 (LGS)

Dear Judge Schofield:

We are counsel to Robert A. Musiala Jr., Esq., Court-appointed Receiver in the above-referenced matter.  We write to seek clarification regarding the Order entered by the Court on March 14, 2022 ("March 14 Order") granting the Receiver's request for an extension of time and modification of the schedule for the Court-ordered status letters the Receiver was required to file every 60 days beginning on January 17, 2022 ("Status Letters").  *See* ECF No. 145.[1]  The Court's March 14 Order stated that the "Receiver shall file a quarterly status report fifteen (15) days after the close of every quarter" and that the "Receiver is relieved of its obligation to file status reports every sixty (60) days and need not file any additional letter thirty (30) days after the close of every quarter."  *Id.*

As background, pursuant to the Order Appointing Receiver ¶ 46, *see* ECF No. 31, the Court ordered the Receiver to file a quarterly status report 30 days after the close of every quarter ("Status Reports").  Later, pursuant to the Court's Civil Case Management Plan and Scheduling Order ¶ 12(b), the Court ordered the Receiver to file Status Letters every 60 days.  *See* ECF No. 106 ("The Receiver shall file a status letter by January 17, 2022, and every 60 days thereafter, updating the Court on the status of the matter.")[2]  The Court granted the Receiver permission to file the Status Letters under seal.  *See* ECF No. 110.

---

[1] Documents referenced herein by ECF No. are in connection with the above-captioned matter.
[2] The Receiver filed his first Status Letter on January 18, 2022.  *See* ECF No. 116.

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

The Honorable Lorna G. Schofield
March 24, 2022
Page 2

We write to seek clarification whether the Court's March 14 Order (a) shortens the time period for filing the Status Reports from 30 days after the close of every quarter to 15 days after the close of every quarter, and (b) relieves the Receiver of his obligation to file Status Letters entirely; or alternatively, (x) requires the Receiver to continue to file the Status Reports 30 days after the close of every quarter, and (y) relieves the Receiver of his obligation to file Status Letters entirely.

We thank Your Honor for consideration of this request for clarification.

Respectfully submitted,

*/s/ Teresa Goody Guillén*

Teresa M. Goody Guillén
Partner

The Receiver shall file quarterly status reports within fifteen (15) days after the close of every quarter, and is not required to file status letters every sixty days.

SO ORDERED.

Dated: March 25, 2022
         New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE