# Exhibit B



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 01/14/2022 | CI-049071 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 02/13/2022 |

| FEIN NO.: | 47-2435218 |
|---|---|

| Bill To: |
|---|
| Robert A. Musiala Jr.<br>Baker Hostetler, LLP<br>One North Wacker Drive<br>Suite 4500<br>Chicago, IL 60606<br>United States of America |

| Project Information: | |
|---|---|
| Project Name: | P-003174 Baker Hostetler / Virgil Receivership |
| Project Number: | P-003174 |
| PO Number: | |

Professional Services rendered, see attached.

| | | |
|---|---:|---:|
| **Net Amount:** | | 256,214.52 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 256,214.52 |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

| Remittance Information: |
|---|

**Electronic Payment Info**

| Wire Instructions | ACH Instructions |
|---|---|
| Account Name: Ankura Consulting Group LLC<br>Account Number: 226005697768<br>Bank of America<br>222 Broadway<br>New York, NY 10038<br>United States<br>ABA# 026009593<br>SWIFT: BOFAUS3N | Account Name: Ankura Consulting Group LLC<br>Account Number: 226005697768<br>Bank of America<br>1455 Market Street<br>San Francisco, CA 94109<br>United States<br>ABA# 054001204<br>SWIFT: BOFAUS3N |

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

**ankura**

|  |  |
|---|---|
| Project #: | P-003174 |
| Invoice Date: | 1/14/2022 |
| Invoice Number: | CI-049071 |
| Professional Services Through: | 12/31/2021 |

### *Invoice Summary*

| | | |
|---|---|---:|
| **Professional Services** | $ | 254,082.50 |
| **Expenses** | $ | 206.49 |
| **Supplier Invoice** | $ | 1,925.53 |
| **Current Invoice Total:** | $ | 256,214.52 |

**Ankura Consulting**
**Summary by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Anthony Milazzo | Senior Managing Director | $ 575.00 | 103.9 | $ 59,742.50 |
| Robert Capper | Senior Managing Director | $ 575.00 | 1 | $ 575.00 |
| Ryan Rubin | Senior Managing Director | $ 575.00 | 58 | $ 33,350.00 |
| David Cross | Managing Director | $475.00 | 0.4 | $ 190.00 |
| Andrew Sotak | Senior Director | $ 400.00 | 218.4 | $ 87,360.00 |
| Lars Schou | Senior Director | $ 400.00 | 0.2 | $ 80.00 |
| Richard Chung | Senior Director | $ 400.00 | 10.6 | $ 4,240.00 |
| Stacy Brown | Senior Director | $ 400.00 | 15.5 | $ 6,200.00 |
| Allie Rivera | Director | $ 350.00 | 103.4 | $ 36,190.00 |
| Anthony Seamarks | Senior Associate | $ 275.00 | 12 | $ 3,300.00 |
| Ezra Cohen | Senior Associate | $ 275.00 | 47.3 | $ 13,007.50 |
| Kevin Tian | Senior Associate | $ 275.00 | 8.4 | $ 2,310.00 |
| Franklin Tait | Associate | $225.00 | 33.5 | $ 7,537.50 |
| **Total** | | | **612.6** | **$ 254,082.50** |

**Ankura Consulting**

**Fees by Team**

**Forensic Accounting**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Anthony Milazzo | Senior Managing Director | $ 575.00 | 99.7 | $ 57,327.50 |
| Robert Capper | Senior Managing Director | $ 575.00 | 1 | $ 575.00 |
| Ryan Rubin | Senior Managing Director | $ 575.00 | 54 | $ 31,050.00 |
| Andrew Sotak | Senior Director | $ 400.00 | 218.1 | $ 87,240.00 |
| Stacy Brown | Senior Director | $ 400.00 | 15.5 | $ 6,200.00 |
| Allie Rivera | Director | $ 350.00 | 103.4 | $ 36,190.00 |
| Anthony Seamarks | Senior Associate | $ 275.00 | 12 | $ 3,300.00 |
| Ezra Cohen | Senior Associate | $ 275.00 | 47.3 | $ 13,007.50 |
| **Total** | | | **551.0** | **$ 234,890.00** |

**Data Analysis**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| David Cross | Managing Director | $475.00 | 0.4 | $ 190.00 |
| Lars Schou | Senior Director | $ 400.00 | 0.2 | $ 80.00 |
| Richard Chung | Senior Director | $ 400.00 | 10.6 | $ 4,240.00 |
| Kevin Tian | Senior Associate | $ 275.00 | 8.4 | $ 2,310.00 |
| Franklin Tait | Associate | $225.00 | 33.5 | $ 7,537.50 |
| **Total** | | | **53.1** | **$ 14,357.50** |

**Status Reports**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Anthony Milazzo | Senior Managing Director | $ 575.00 | 4.2 | $2,415.00 |
| Ryan Rubin | Senior Managing Director | $ 575.00 | 4 | $2,300.00 |
| Andrew Sotak | Senior Director | $ 400.00 | 0.3 | $120.00 |
| **Total** | | | **8.5** | **$4,835.00** |

| **Total Team Fees** | | | **612.6** | **$254,082.50** |
|---|---|---|---|---|

4

**Ankura Consulting**
**Time Detail by Team - Forensic Accounting**

| Name | Business Title | Date | Hours to Bill | Rate | Fees | Entry Narrative |
|---|---|---|---|---|---|---|
| Andrew Sotak | Senior Director | 10/1/2021 | 3.0 | 400.00 | 1,200.00 | |
| Andrew Sotak | Senior Director | 10/1/2021 | 2.0 | 400.00 | 800.00 | |
| Andrew Sotak | Senior Director | 10/1/2021 | 1.0 | 400.00 | 400.00 | |
| Andrew Sotak | Senior Director | 10/1/2021 | 2.0 | 400.00 | 800.00 | |
| Anthony Milazzo | Senior Managing Director | 10/1/2021 | 0.5 | 575.00 | 287.50 | |
| Ezra Cohen | Senior Associate | 10/1/2021 | 4.0 | 275.00 | 1,100.00 | |
| Andrew Sotak | Senior Director | 10/4/2021 | 1.0 | 400.00 | 400.00 | |
| Andrew Sotak | Senior Director | 10/4/2021 | 2.6 | 400.00 | 1,040.00 | |
| Andrew Sotak | Senior Director | 10/4/2021 | 1.0 | 400.00 | 400.00 | |
| Anthony Milazzo | Senior Managing Director | 10/4/2021 | 1.0 | 575.00 | 575.00 | |
| Anthony Milazzo | Senior Managing Director | 10/4/2021 | 0.3 | 575.00 | 172.50 | |
| Anthony Milazzo | Senior Managing Director | 10/4/2021 | 0.5 | 575.00 | 287.50 | |
| Anthony Seamarks | Senior Associate | 10/4/2021 | 1.5 | 275.00 | 412.50 | |
| Ezra Cohen | Senior Associate | 10/4/2021 | 3.0 | 275.00 | 825.00 | |
| Ezra Cohen | Senior Associate | 10/4/2021 | 2.0 | 275.00 | 550.00 | |
| Ryan Rubin | Senior Managing Director | 10/4/2021 | 1.0 | 575.00 | 575.00 | |
| Andrew Sotak | Senior Director | 10/5/2021 | 1.5 | 400.00 | 600.00 | |
| Andrew Sotak | Senior Director | 10/5/2021 | 2.0 | 400.00 | 800.00 | |
| Anthony Milazzo | Senior Managing Director | 10/5/2021 | 1.0 | 575.00 | 575.00 | |
| Anthony Milazzo | Senior Managing Director | 10/5/2021 | 0.5 | 575.00 | 287.50 | |
| Ryan Rubin | Senior Managing Director | 10/5/2021 | 1.0 | 575.00 | 575.00 | |
| Stacy Brown | Senior Director | 10/5/2021 | 2.4 | 400.00 | 960.00 | |
| Andrew Sotak | Senior Director | 10/6/2021 | 0.5 | 400.00 | 200.00 | |
| Andrew Sotak | Senior Director | 10/6/2021 | 2.0 | 400.00 | 800.00 | |
| Anthony Seamarks | Senior Associate | 10/6/2021 | 3.0 | 275.00 | 825.00 | |
| Anthony Seamarks | Senior Associate | 10/6/2021 | 1.5 | 275.00 | 412.50 | |
| Ezra Cohen | Senior Associate | 10/6/2021 | 0.5 | 275.00 | 137.50 | |
| Stacy Brown | Senior Director | 10/6/2021 | 1.5 | 400.00 | 600.00 | |
| Andrew Sotak | Senior Director | 10/7/2021 | 3.5 | 400.00 | 1,400.00 | |
| Andrew Sotak | Senior Director | 10/7/2021 | 1.5 | 400.00 | 600.00 | |
| Andrew Sotak | Senior Director | 10/7/2021 | 1.0 | 400.00 | 400.00 | |
| Anthony Seamarks | Senior Associate | 10/7/2021 | 3.0 | 275.00 | 825.00 | |
| Stacy Brown | Senior Director | 10/7/2021 | 3.4 | 400.00 | 1,360.00 | |
| Andrew Sotak | Senior Director | 10/8/2021 | 0.5 | 400.00 | 200.00 | |
| Anthony Milazzo | Senior Managing Director | 10/8/2021 | 1.3 | 575.00 | 747.50 | |
| Andrew Sotak | Senior Director | 10/11/2021 | 1.0 | 400.00 | 400.00 | |
| Andrew Sotak | Senior Director | 10/11/2021 | 1.0 | 400.00 | 400.00 | |
| Anthony Milazzo | Senior Managing Director | 10/11/2021 | 1.0 | 575.00 | 575.00 | |
| Anthony Milazzo | Senior Managing Director | 10/11/2021 | 0.3 | 575.00 | 172.50 | |
| Anthony Seamarks | Senior Associate | 10/11/2021 | 0.5 | 275.00 | 137.50 | |
| Ryan Rubin | Senior Managing Director | 10/11/2021 | 1.0 | 575.00 | 575.00 | |
| Andrew Sotak | Senior Director | 10/12/2021 | 3.0 | 400.00 | 1,200.00 | |
| Andrew Sotak | Senior Director | 10/12/2021 | 1.5 | 400.00 | 600.00 | |
| Andrew Sotak | Senior Director | 10/13/2021 | 0.5 | 400.00 | 200.00 | |
| Andrew Sotak | Senior Director | 10/13/2021 | 0.5 | 400.00 | 200.00 | |
| Andrew Sotak | Senior Director | 10/13/2021 | 0.5 | 400.00 | 200.00 | |
| Andrew Sotak | Senior Director | 10/13/2021 | 1.5 | 400.00 | 600.00 | |
| Ezra Cohen | Senior Associate | 10/13/2021 | 1.2 | 275.00 | 330.00 | |
| Andrew Sotak | Senior Director | 10/14/2021 | 1.5 | 400.00 | 600.00 | |
| Andrew Sotak | Senior Director | 10/14/2021 | 1.0 | 400.00 | 400.00 | |
| Anthony Milazzo | Senior Managing Director | 10/14/2021 | 2.0 | 575.00 | 1,150.00 | |
| Ezra Cohen | Senior Associate | 10/14/2021 | 2.0 | 275.00 | 550.00 | |
| Ezra Cohen | Senior Associate | 10/14/2021 | 3.0 | 275.00 | 825.00 | |
| Andrew Sotak | Senior Director | 10/15/2021 | 1.0 | 400.00 | 400.00 | |
| Anthony Milazzo | Senior Managing Director | 10/15/2021 | 0.6 | 575.00 | 345.00 | |
| Ezra Cohen | Senior Associate | 10/15/2021 | 3.0 | 275.00 | 825.00 | |
| Ezra Cohen | Senior Associate | 10/15/2021 | 3.0 | 275.00 | 825.00 | |
| Andrew Sotak | Senior Director | 10/18/2021 | 2.5 | 400.00 | 1,000.00 | |
| Anthony Milazzo | Senior Managing Director | 10/18/2021 | 0.6 | 575.00 | 345.00 | |
| Anthony Milazzo | Senior Managing Director | 10/18/2021 | 0.2 | 575.00 | 115.00 | |
| Andrew Sotak | Senior Director | 10/19/2021 | 1.0 | 400.00 | 400.00 | |
| Anthony Milazzo | Senior Managing Director | 10/19/2021 | 0.5 | 575.00 | 287.50 | |
| Anthony Milazzo | Senior Managing Director | 10/19/2021 | 1.5 | 575.00 | 862.50 | |
| Allie Rivera | Director | 10/20/2021 | 0.3 | 350.00 | 105.00 | |
| Andrew Sotak | Senior Director | 10/20/2021 | 2.0 | 400.00 | 800.00 | |
| Anthony Milazzo | Senior Managing Director | 10/20/2021 | 2.3 | 575.00 | 1,322.50 | |
| Stacy Brown | Senior Director | 10/20/2021 | 0.5 | 400.00 | 200.00 | |
| Andrew Sotak | Senior Director | 10/21/2021 | 2.5 | 400.00 | 1,000.00 | |
| Anthony Milazzo | Senior Managing Director | 10/22/2021 | 1.1 | 575.00 | 632.50 | |
| Andrew Sotak | Senior Director | 10/25/2021 | 3.5 | 400.00 | 1,400.00 | |
| Andrew Sotak | Senior Director | 10/25/2021 | 3.5 | 400.00 | 1,400.00 | |
| Andrew Sotak | Senior Director | 10/25/2021 | 2.0 | 400.00 | 800.00 | |
| Andrew Sotak | Senior Director | 10/25/2021 | 1.0 | 400.00 | 400.00 | |
| Anthony Milazzo | Senior Managing Director | 10/25/2021 | 0.5 | 575.00 | 287.50 | |
| Anthony Milazzo | Senior Managing Director | 10/25/2021 | 0.9 | 575.00 | 517.50 | |
| Anthony Milazzo | Senior Managing Director | 10/25/2021 | 0.2 | 575.00 | 115.00 | |
| Anthony Milazzo | Senior Managing Director | 10/25/2021 | 1.8 | 575.00 | 1,035.00 | |
| Anthony Seamarks | Senior Associate | 10/25/2021 | 1.5 | 275.00 | 412.50 | |
| Ryan Rubin | Senior Managing Director | 10/25/2021 | 1.5 | 575.00 | 862.50 | |
| Andrew Sotak | Senior Director | 10/26/2021 | 4.0 | 400.00 | 1,600.00 | |
| Andrew Sotak | Senior Director | 10/26/2021 | 2.5 | 400.00 | 1,000.00 | |
| Andrew Sotak | Senior Director | 10/26/2021 | 2.5 | 400.00 | 1,000.00 | |
| Anthony Seamarks | Senior Associate | 10/27/2021 | 1.0 | 275.00 | 275.00 | |
| Ryan Rubin | Senior Managing Director | 10/27/2021 | 2.0 | 575.00 | 1,150.00 | |
| Andrew Sotak | Senior Director | 10/28/2021 | 3.0 | 400.00 | 1,200.00 | |
| Anthony Milazzo | Senior Managing Director | 10/28/2021 | 0.4 | 575.00 | 230.00 | |
| Anthony Milazzo | Senior Managing Director | 10/28/2021 | 0.8 | 575.00 | 460.00 | |
| Andrew Sotak | Senior Director | 10/29/2021 | 1.0 | 400.00 | 400.00 | |
| Allie Rivera | Director | 11/1/2021 | 3.0 | 350.00 | 1,050.00 | |
| Allie Rivera | Director | 11/1/2021 | 1.3 | 350.00 | 455.00 | |
| Allie Rivera | Director | 11/1/2021 | 0.2 | 350.00 | 70.00 | |
| Andrew Sotak | Senior Director | 11/1/2021 | 1.2 | 400.00 | 480.00 | |
| Anthony Milazzo | Senior Managing Director | 11/1/2021 | 0.8 | 575.00 | 460.00 | |
| Anthony Milazzo | Senior Managing Director | 11/1/2021 | 0.5 | 575.00 | 287.50 | |
| Ryan Rubin | Senior Managing Director | 11/1/2021 | 1.5 | 575.00 | 862.50 | |
| Stacy Brown | Senior Director | 11/1/2021 | 1.0 | 400.00 | 400.00 | |
| Stacy Brown | Senior Director | 11/1/2021 | 0.2 | 400.00 | 80.00 | |
| Allie Rivera | Director | 11/2/2021 | 3.7 | 350.00 | 1,295.00 | |
| Allie Rivera | Director | 11/2/2021 | 2.5 | 350.00 | 875.00 | |
| Allie Rivera | Director | 11/2/2021 | 1.3 | 350.00 | 455.00 | |
| Anthony Milazzo | Senior Managing Director | 11/2/2021 | 0.4 | 575.00 | 230.00 | |
| Anthony Milazzo | Senior Managing Director | 11/2/2021 | 0.4 | 575.00 | 230.00 | |
| Allie Rivera | Director | 11/3/2021 | 2.7 | 350.00 | 945.00 | |
| Anthony Milazzo | Senior Managing Director | 11/3/2021 | 0.4 | 575.00 | 230.00 | |
| Ryan Rubin | Senior Managing Director | 11/3/2021 | 1.0 | 575.00 | 575.00 | |
| Ryan Rubin | Senior Managing Director | 11/4/2021 | 1.0 | 575.00 | 575.00 | |
| Anthony Milazzo | Senior Managing Director | 11/5/2021 | 2.1 | 575.00 | 1,207.50 | |
| Ryan Rubin | Senior Managing Director | 11/5/2021 | 1.0 | 575.00 | 575.00 | |
| Ryan Rubin | Senior Managing Director | 11/5/2021 | 1.0 | 575.00 | 575.00 | |
| Allie Rivera | Director | 11/8/2021 | 1.3 | 350.00 | 455.00 | |
| Allie Rivera | Director | 11/8/2021 | 0.7 | 350.00 | 245.00 | |
| Andrew Sotak | Senior Director | 11/8/2021 | 4.0 | 400.00 | 1,600.00 | |
| Andrew Sotak | Senior Director | 11/8/2021 | 1.7 | 400.00 | 680.00 | |
| Andrew Sotak | Senior Director | 11/8/2021 | 0.5 | 400.00 | 200.00 | |
| Andrew Sotak | Senior Director | 11/8/2021 | 1.4 | 400.00 | 560.00 | |
| Anthony Milazzo | Senior Managing Director | 11/8/2021 | 1.4 | 575.00 | 805.00 | |
| Anthony Milazzo | Senior Managing Director | 11/8/2021 | 0.3 | 575.00 | 172.50 | |
| Anthony Milazzo | Senior Managing Director | 11/8/2021 | 0.5 | 575.00 | 287.50 | |
| Anthony Milazzo | Senior Managing Director | 11/8/2021 | 0.6 | 575.00 | 345.00 | |
| Anthony Milazzo | Senior Managing Director | 11/8/2021 | 0.6 | 575.00 | 345.00 | |
| Anthony Milazzo | Senior Managing Director | 11/8/2021 | 1.6 | 575.00 | 920.00 | |
| Ryan Rubin | Senior Managing Director | 11/8/2021 | 2.0 | 575.00 | 1,150.00 | |

5

| Name | Title | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Allie Rivera | Director | 11/9/2021 | 0.7 | 350.00 | 245.00 |
| Andrew Sotak | Senior Director | 11/9/2021 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 11/9/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 11/9/2021 | 3.0 | 400.00 | 1,200.00 |
| Anthony Milazzo | Senior Managing Director | 11/9/2021 | 1.1 | 575.00 | 632.50 |
| Anthony Milazzo | Senior Managing Director | 11/9/2021 | 1.8 | 575.00 | 1,035.00 |
| Ryan Rubin | Senior Managing Director | 11/9/2021 | 1.0 | 575.00 | 575.00 |
| Ryan Rubin | Senior Managing Director | 11/9/2021 | 2.0 | 575.00 | 1,150.00 |
| Stacy Brown | Senior Director | 11/9/2021 | 1.0 | 400.00 | 400.00 |
| Stacy Brown | Senior Director | 11/9/2021 | 3.0 | 400.00 | 1,200.00 |
| Stacy Brown | Senior Director | 11/9/2021 | 1.5 | 400.00 | 600.00 |
| Allie Rivera | Director | 11/10/2021 | 1.3 | 350.00 | 455.00 |
| Andrew Sotak | Senior Director | 11/10/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 11/10/2021 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 11/10/2021 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 11/10/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 11/10/2021 | 1.3 | 400.00 | 520.00 |
| Andrew Sotak | Senior Director | 11/10/2021 | 2.0 | 400.00 | 800.00 |
| Anthony Milazzo | Senior Managing Director | 11/10/2021 | 1.0 | 575.00 | 575.00 |
| Anthony Milazzo | Senior Managing Director | 11/10/2021 | 2.5 | 575.00 | 1,437.50 |
| Anthony Milazzo | Senior Managing Director | 11/10/2021 | 1.6 | 575.00 | 920.00 |
| Stacy Brown | Senior Director | 11/10/2021 | 1.0 | 400.00 | 400.00 |
| Allie Rivera | Director | 11/11/2021 | 0.6 | 350.00 | 210.00 |
| Allie Rivera | Director | 11/11/2021 | 1.5 | 350.00 | 525.00 |
| Andrew Sotak | Senior Director | 11/11/2021 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 11/11/2021 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 11/11/2021 | 1.5 | 400.00 | 600.00 |
| Anthony Milazzo | Senior Managing Director | 11/11/2021 | 1.5 | 575.00 | 862.50 |
| Ryan Rubin | Senior Managing Director | 11/11/2021 | 1.0 | 575.00 | 575.00 |
| Andrew Sotak | Senior Director | 11/12/2021 | 4.0 | 400.00 | 1,600.00 |
| Andrew Sotak | Senior Director | 11/15/2021 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 11/15/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 11/15/2021 | 3.0 | 400.00 | 1,200.00 |
| Andrew Sotak | Senior Director | 11/15/2021 | 2.5 | 400.00 | 1,000.00 |
| Anthony Milazzo | Senior Managing Director | 11/15/2021 | 1.4 | 575.00 | 805.00 |
| Anthony Milazzo | Senior Managing Director | 11/15/2021 | 0.3 | 575.00 | 172.50 |
| Anthony Milazzo | Senior Managing Director | 11/15/2021 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 11/15/2021 | 1.9 | 575.00 | 1,092.50 |
| Ryan Rubin | Senior Managing Director | 11/15/2021 | 4.0 | 575.00 | 2,300.00 |
| Andrew Sotak | Senior Director | 11/16/2021 | 3.0 | 400.00 | 1,200.00 |
| Andrew Sotak | Senior Director | 11/16/2021 | 4.0 | 400.00 | 1,600.00 |
| Andrew Sotak | Senior Director | 11/16/2021 | 2.5 | 400.00 | 1,000.00 |
| Anthony Milazzo | Senior Managing Director | 11/16/2021 | 1.0 | 575.00 | 575.00 |
| Anthony Milazzo | Senior Managing Director | 11/16/2021 | 0.4 | 575.00 | 230.00 |
| Anthony Milazzo | Senior Managing Director | 11/16/2021 | 3.3 | 575.00 | 1,897.50 |
| Ryan Rubin | Senior Managing Director | 11/16/2021 | 1.0 | 575.00 | 575.00 |
| Andrew Sotak | Senior Director | 11/17/2021 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 11/17/2021 | 0.7 | 400.00 | 280.00 |
| Andrew Sotak | Senior Director | 11/17/2021 | 0.7 | 400.00 | 280.00 |
| Andrew Sotak | Senior Director | 11/17/2021 | 1.6 | 400.00 | 640.00 |
| Andrew Sotak | Senior Director | 11/17/2021 | 2.5 | 400.00 | 1,000.00 |
| Anthony Milazzo | Senior Managing Director | 11/17/2021 | 1.1 | 575.00 | 632.50 |
| Anthony Milazzo | Senior Managing Director | 11/17/2021 | 3.0 | 575.00 | 1,725.00 |
| Anthony Milazzo | Senior Managing Director | 11/17/2021 | 1.8 | 575.00 | 1,035.00 |
| Anthony Milazzo | Senior Managing Director | 11/17/2021 | 0.7 | 575.00 | 402.50 |
| Andrew Sotak | Senior Director | 11/18/2021 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 11/18/2021 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 11/18/2021 | 3.5 | 400.00 | 1,400.00 |
| Anthony Milazzo | Senior Managing Director | 11/18/2021 | 3.8 | 575.00 | 2,185.00 |
| Ryan Rubin | Senior Managing Director | 11/18/2021 | 2.0 | 575.00 | 1,150.00 |
| Andrew Sotak | Senior Director | 11/19/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 11/19/2021 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 11/19/2021 | 1.0 | 400.00 | 400.00 |
| Anthony Milazzo | Senior Managing Director | 11/19/2021 | 3.8 | 575.00 | 2,185.00 |
| Anthony Milazzo | Senior Managing Director | 11/19/2021 | 0.6 | 575.00 | 345.00 |
| Anthony Milazzo | Senior Managing Director | 11/19/2021 | 0.4 | 575.00 | 230.00 |
| Ryan Rubin | Senior Managing Director | 11/19/2021 | 1.5 | 575.00 | 862.50 |
| Ryan Rubin | Senior Managing Director | 11/19/2021 | 3.0 | 575.00 | 1,725.00 |
| Allie Rivera | Director | 11/22/2021 | 3.5 | 350.00 | 1,225.00 |
| Andrew Sotak | Senior Director | 11/22/2021 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 11/22/2021 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 11/22/2021 | 1.4 | 400.00 | 560.00 |
| Andrew Sotak | Senior Director | 11/22/2021 | 1.0 | 400.00 | 400.00 |
| Anthony Milazzo | Senior Managing Director | 11/22/2021 | 1.4 | 575.00 | 805.00 |
| Anthony Milazzo | Senior Managing Director | 11/22/2021 | 0.2 | 575.00 | 115.00 |
| Anthony Milazzo | Senior Managing Director | 11/22/2021 | 1.3 | 575.00 | 747.50 |
| Anthony Milazzo | Senior Managing Director | 11/22/2021 | 0.4 | 575.00 | 230.00 |
| Ryan Rubin | Senior Managing Director | 11/22/2021 | 2.5 | 575.00 | 1,437.50 |
| Ryan Rubin | Senior Managing Director | 11/22/2021 | 1.0 | 575.00 | 575.00 |
| Allie Rivera | Director | 11/23/2021 | 3.8 | 350.00 | 1,330.00 |
| Andrew Sotak | Senior Director | 11/23/2021 | 0.6 | 400.00 | 240.00 |
| Andrew Sotak | Senior Director | 11/23/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 11/23/2021 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 11/23/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 11/23/2021 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 11/23/2021 | 1.7 | 400.00 | 680.00 |
| Andrew Sotak | Senior Director | 11/23/2021 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 11/23/2021 | 1.7 | 400.00 | 680.00 |
| Anthony Milazzo | Senior Managing Director | 11/23/2021 | 0.6 | 575.00 | 345.00 |
| Ryan Rubin | Senior Managing Director | 11/23/2021 | 1.0 | 575.00 | 575.00 |
| Ryan Rubin | Senior Managing Director | 11/23/2021 | 1.5 | 575.00 | 862.50 |
| Allie Rivera | Director | 11/24/2021 | 3.0 | 350.00 | 1,050.00 |
| Allie Rivera | Director | 11/24/2021 | 2.0 | 350.00 | 700.00 |
| Andrew Sotak | Senior Director | 11/24/2021 | 1.5 | 400.00 | 600.00 |
| Ryan Rubin | Senior Managing Director | 11/24/2021 | 1.5 | 575.00 | 862.50 |
| Ryan Rubin | Senior Managing Director | 11/26/2021 | 3.0 | 575.00 | 1,725.00 |
| Allie Rivera | Director | 11/29/2021 | 3.7 | 350.00 | 1,295.00 |
| Andrew Sotak | Senior Director | 11/29/2021 | 1.4 | 400.00 | 560.00 |
| Andrew Sotak | Senior Director | 11/29/2021 | 0.3 | 400.00 | 120.00 |
| Andrew Sotak | Senior Director | 11/29/2021 | 1.3 | 400.00 | 520.00 |
| Andrew Sotak | Senior Director | 11/29/2021 | 2.0 | 400.00 | 800.00 |
| Anthony Milazzo | Senior Managing Director | 11/29/2021 | 1.4 | 575.00 | 805.00 |
| Anthony Milazzo | Senior Managing Director | 11/29/2021 | 0.4 | 575.00 | 230.00 |
| Anthony Milazzo | Senior Managing Director | 11/29/2021 | 0.8 | 575.00 | 460.00 |
| Allie Rivera | Director | 11/30/2021 | 3.8 | 350.00 | 1,330.00 |
| Allie Rivera | Director | 11/30/2021 | 3.7 | 350.00 | 1,295.00 |
| Allie Rivera | Director | 12/1/2021 | 4.0 | 350.00 | 1,400.00 |
| Allie Rivera | Director | 12/1/2021 | 4.0 | 350.00 | 1,400.00 |
| Andrew Sotak | Senior Director | 12/1/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 12/1/2021 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 12/1/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 12/1/2021 | 0.7 | 400.00 | 280.00 |
| Andrew Sotak | Senior Director | 12/1/2021 | 0.5 | 400.00 | 200.00 |
| Anthony Milazzo | Senior Managing Director | 12/1/2021 | 1.5 | 575.00 | 862.50 |
| Anthony Milazzo | Senior Managing Director | 12/1/2021 | 1.0 | 575.00 | 575.00 |
| Anthony Milazzo | Senior Managing Director | 12/1/2021 | 0.8 | 575.00 | 460.00 |
| Ryan Rubin | Senior Managing Director | 12/1/2021 | 1.0 | 575.00 | 575.00 |
| Allie Rivera | Director | 12/2/2021 | 3.0 | 350.00 | 1,050.00 |
| Allie Rivera | Director | 12/2/2021 | 1.2 | 350.00 | 420.00 |
| Allie Rivera | Director | 12/2/2021 | 3.6 | 350.00 | 1,260.00 |
| Andrew Sotak | Senior Director | 12/2/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 12/2/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 12/2/2021 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 12/2/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 12/2/2021 | 1.0 | 400.00 | 400.00 |
| Anthony Milazzo | Senior Managing Director | 12/2/2021 | 0.8 | 575.00 | 460.00 |

| Name | Title | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Anthony Milazzo | Senior Managing Director | 12/2/2021 | 0.6 | 575.00 | 345.00 |
| Anthony Milazzo | Senior Managing Director | 12/2/2021 | 0.9 | 575.00 | 517.50 |
| Andrew Sotak | Senior Director | 12/3/2021 | 0.3 | 400.00 | 120.00 |
| Andrew Sotak | Senior Director | 12/3/2021 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 12/3/2021 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 12/3/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 12/3/2021 | 1.3 | 400.00 | 520.00 |
| Anthony Milazzo | Senior Managing Director | 12/3/2021 | 0.4 | 575.00 | 230.00 |
| Anthony Milazzo | Senior Managing Director | 12/3/2021 | 0.5 | 575.00 | 287.50 |
| Ryan Rubin | Senior Managing Director | 12/3/2021 | 1.0 | 575.00 | 575.00 |
| Ryan Rubin | Senior Managing Director | 12/3/2021 | 2.0 | 575.00 | 1,150.00 |
| Andrew Sotak | Senior Director | 12/6/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 12/6/2021 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 12/6/2021 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 12/6/2021 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 12/6/2021 | 0.7 | 400.00 | 280.00 |
| Andrew Sotak | Senior Director | 12/6/2021 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 12/6/2021 | 2.0 | 400.00 | 800.00 |
| Anthony Milazzo | Senior Managing Director | 12/6/2021 | 1.0 | 575.00 | 575.00 |
| Anthony Milazzo | Senior Managing Director | 12/6/2021 | 0.3 | 575.00 | 172.50 |
| Anthony Milazzo | Senior Managing Director | 12/6/2021 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 12/6/2021 | 0.8 | 575.00 | 460.00 |
| Anthony Milazzo | Senior Managing Director | 12/6/2021 | 0.4 | 575.00 | 230.00 |
| Ezra Cohen | Senior Associate | 12/6/2021 | 3.2 | 275.00 | 880.00 |
| Ryan Rubin | Senior Managing Director | 12/6/2021 | 1.5 | 575.00 | 862.50 |
| Ryan Rubin | Senior Managing Director | 12/6/2021 | 1.0 | 575.00 | 575.00 |
| Allie Rivera | Director | 12/7/2021 | 4.0 | 350.00 | 1,400.00 |
| Allie Rivera | Director | 12/7/2021 | 4.0 | 350.00 | 1,400.00 |
| Andrew Sotak | Senior Director | 12/7/2021 | 2.4 | 400.00 | 960.00 |
| Anthony Milazzo | Senior Managing Director | 12/7/2021 | 2.4 | 575.00 | 1,380.00 |
| Anthony Milazzo | Senior Managing Director | 12/7/2021 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 12/7/2021 | 1.3 | 575.00 | 747.50 |
| Ezra Cohen | Senior Associate | 12/7/2021 | 1.7 | 275.00 | 467.50 |
| Robert Capper | Senior Managing Director | 12/7/2021 | 1.0 | 575.00 | 575.00 |
| Ryan Rubin | Senior Managing Director | 12/7/2021 | 1.0 | 575.00 | 575.00 |
| Ryan Rubin | Senior Managing Director | 12/7/2021 | 1.5 | 575.00 | 862.50 |
| Allie Rivera | Director | 12/8/2021 | 4.0 | 350.00 | 1,400.00 |
| Allie Rivera | Director | 12/8/2021 | 4.0 | 350.00 | 1,400.00 |
| Andrew Sotak | Senior Director | 12/8/2021 | 0.7 | 400.00 | 280.00 |
| Anthony Milazzo | Senior Managing Director | 12/8/2021 | 0.8 | 575.00 | 460.00 |
| Ezra Cohen | Senior Associate | 12/8/2021 | 2.3 | 275.00 | 632.50 |
| Ryan Rubin | Senior Managing Director | 12/8/2021 | 2.0 | 575.00 | 1,150.00 |
| Allie Rivera | Director | 12/9/2021 | 3.0 | 350.00 | 1,050.00 |
| Allie Rivera | Director | 12/9/2021 | 1.5 | 350.00 | 525.00 |
| Allie Rivera | Director | 12/9/2021 | 3.5 | 350.00 | 1,225.00 |
| Andrew Sotak | Senior Director | 12/9/2021 | 0.5 | 400.00 | 200.00 |
| Anthony Milazzo | Senior Managing Director | 12/9/2021 | 0.8 | 575.00 | 460.00 |
| Ezra Cohen | Senior Associate | 12/9/2021 | 1.3 | 275.00 | 357.50 |
| Ryan Rubin | Senior Managing Director | 12/9/2021 | 0.5 | 575.00 | 287.50 |
| Allie Rivera | Director | 12/10/2021 | 4.0 | 350.00 | 1,400.00 |
| Allie Rivera | Director | 12/10/2021 | 4.0 | 350.00 | 1,400.00 |
| Andrew Sotak | Senior Director | 12/10/2021 | 3.0 | 400.00 | 1,200.00 |
| Andrew Sotak | Senior Director | 12/10/2021 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 12/10/2021 | 1.5 | 400.00 | 600.00 |
| Anthony Milazzo | Senior Managing Director | 12/10/2021 | 0.9 | 575.00 | 517.50 |
| Anthony Milazzo | Senior Managing Director | 12/10/2021 | 1.3 | 575.00 | 747.50 |
| Ezra Cohen | Senior Associate | 12/10/2021 | 1.1 | 275.00 | 302.50 |
| Ezra Cohen | Senior Associate | 12/10/2021 | 1.3 | 275.00 | 357.50 |
| Ryan Rubin | Senior Managing Director | 12/10/2021 | 0.5 | 575.00 | 287.50 |
| Andrew Sotak | Senior Director | 12/11/2021 | 3.0 | 400.00 | 1,200.00 |
| Anthony Milazzo | Senior Managing Director | 12/13/2021 | 1.3 | 575.00 | 747.50 |
| Anthony Milazzo | Senior Managing Director | 12/13/2021 | 0.2 | 575.00 | 115.00 |
| Anthony Milazzo | Senior Managing Director | 12/13/2021 | 2.1 | 575.00 | 1,207.50 |
| Ezra Cohen | Senior Associate | 12/13/2021 | 3.0 | 275.00 | 825.00 |
| Ezra Cohen | Senior Associate | 12/13/2021 | 3.0 | 275.00 | 825.00 |
| Ryan Rubin | Senior Managing Director | 12/13/2021 | 2.0 | 575.00 | 1,150.00 |
| Anthony Milazzo | Senior Managing Director | 12/14/2021 | 2.5 | 575.00 | 1,437.50 |
| Ezra Cohen | Senior Associate | 12/14/2021 | 1.7 | 275.00 | 467.50 |
| Anthony Milazzo | Senior Managing Director | 12/15/2021 | 1.0 | 575.00 | 575.00 |
| Anthony Milazzo | Senior Managing Director | 12/15/2021 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 12/15/2021 | 1.0 | 575.00 | 575.00 |
| Anthony Milazzo | Senior Managing Director | 12/15/2021 | 1.0 | 575.00 | 575.00 |
| Ezra Cohen | Senior Associate | 12/15/2021 | 4.0 | 275.00 | 1,100.00 |
| Ezra Cohen | Senior Associate | 12/15/2021 | 1.3 | 275.00 | 357.50 |
| Anthony Milazzo | Senior Managing Director | 12/16/2021 | 0.4 | 575.00 | 230.00 |
| Anthony Milazzo | Senior Managing Director | 12/16/2021 | 0.8 | 575.00 | 460.00 |
| Ezra Cohen | Senior Associate | 12/16/2021 | 1.2 | 275.00 | 330.00 |
| Ezra Cohen | Senior Associate | 12/17/2021 | 0.5 | 275.00 | 137.50 |
| Andrew Sotak | Senior Director | 12/20/2021 | 3.2 | 400.00 | 1,280.00 |
| Andrew Sotak | Senior Director | 12/20/2021 | 1.2 | 400.00 | 480.00 |
| Anthony Milazzo | Senior Managing Director | 12/20/2021 | 0.3 | 575.00 | 172.50 |
| Anthony Milazzo | Senior Managing Director | 12/20/2021 | 1.2 | 575.00 | 690.00 |
| Anthony Milazzo | Senior Managing Director | 12/21/2021 | 0.5 | 575.00 | 287.50 |
| Andrew Sotak | Senior Director | 12/22/2021 | 0.2 | 400.00 | 80.00 |
| Andrew Sotak | Senior Director | 12/23/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 12/24/2021 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 12/24/2021 | 0.3 | 400.00 | 120.00 |
| Andrew Sotak | Senior Director | 12/24/2021 | 3.0 | 400.00 | 1,200.00 |
| Andrew Sotak | Senior Director | 12/27/2021 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 12/28/2021 | 0.7 | 400.00 | 280.00 |
| Andrew Sotak | Senior Director | 12/28/2021 | 3.5 | 400.00 | 1,400.00 |
| Allie Rivera | Director | 12/29/2021 | 3.0 | 350.00 | 1,050.00 |
| Allie Rivera | Director | 12/29/2021 | 1.7 | 350.00 | 595.00 |
| Andrew Sotak | Senior Director | 12/29/2021 | 4.0 | 400.00 | 1,600.00 |
| Andrew Sotak | Senior Director | 12/29/2021 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 12/29/2021 | 0.3 | 400.00 | 120.00 |
| Allie Rivera | Director | 12/30/2021 | 4.0 | 350.00 | 1,400.00 |
| Allie Rivera | Director | 12/30/2021 | 2.3 | 350.00 | 805.00 |
| | | **Total** | **551.0** | | **$ 234,890.00** |

7

**Ankura Consulting**
Time Detail by Team - Data Analysis

| Name | Business Title | Date | Hours to Bill | Rate | Fees | Entry Narrative |
|---|---|---|---|---|---|---|
| Kevin Tian | Senior Associate | 10/8/2021 | 0.5 | 275.00 | 137.50 | |
| Richard Chung | Senior Director | 10/11/2021 | 0.6 | 400.00 | 240.00 | |
| Kevin Tian | Senior Associate | 10/12/2021 | 1.1 | 275.00 | 302.50 | |
| Kevin Tian | Senior Associate | 10/13/2021 | 0.3 | 275.00 | 82.50 | |
| Richard Chung | Senior Director | 10/13/2021 | 0.6 | 400.00 | 240.00 | |
| Kevin Tian | Senior Associate | 10/18/2021 | 1.4 | 275.00 | 385.00 | |
| Richard Chung | Senior Director | 10/18/2021 | 2.1 | 400.00 | 840.00 | |
| David Cross | Managing Director | 10/25/2021 | 0.2 | 475.00 | 95.00 | |
| David Cross | Managing Director | 10/25/2021 | 0.2 | 475.00 | 95.00 | |
| Franklin Tait | Associate | 10/25/2021 | 1.5 | 225.00 | 337.50 | |
| Kevin Tian | Senior Associate | 10/25/2021 | 0.6 | 275.00 | 165.00 | |
| Kevin Tian | Senior Associate | 10/25/2021 | 0.2 | 275.00 | 55.00 | |
| Kevin Tian | Senior Associate | 10/25/2021 | 0.9 | 275.00 | 247.50 | |
| Kevin Tian | Senior Associate | 10/25/2021 | 0.5 | 275.00 | 137.50 | |
| Richard Chung | Senior Director | 10/25/2021 | 0.7 | 400.00 | 280.00 | |
| Richard Chung | Senior Director | 10/25/2021 | 0.2 | 400.00 | 80.00 | |
| Richard Chung | Senior Director | 10/25/2021 | 0.9 | 400.00 | 360.00 | |
| Richard Chung | Senior Director | 10/25/2021 | 0.8 | 400.00 | 320.00 | |
| Franklin Tait | Associate | 10/26/2021 | 2.0 | 225.00 | 450.00 | |
| Kevin Tian | Senior Associate | 10/26/2021 | 1.2 | 275.00 | 330.00 | |
| Richard Chung | Senior Director | 10/26/2021 | 1.5 | 400.00 | 600.00 | |
| Richard Chung | Senior Director | 10/27/2021 | 0.6 | 400.00 | 240.00 | |
| Franklin Tait | Associate | 10/28/2021 | 2.0 | 225.00 | 450.00 | |
| Franklin Tait | Associate | 10/29/2021 | 3.0 | 225.00 | 675.00 | |
| Richard Chung | Senior Director | 10/29/2021 | 0.4 | 400.00 | 160.00 | |
| Franklin Tait | Associate | 11/1/2021 | 3.0 | 225.00 | 675.00 | |
| Franklin Tait | Associate | 11/2/2021 | 3.0 | 225.00 | 675.00 | |
| Franklin Tait | Associate | 11/3/2021 | 2.0 | 225.00 | 450.00 | |
| Richard Chung | Senior Director | 11/4/2021 | 0.5 | 400.00 | 200.00 | |
| Kevin Tian | Senior Associate | 11/5/2021 | 0.5 | 275.00 | 137.50 | |
| Richard Chung | Senior Director | 11/5/2021 | 0.5 | 400.00 | 200.00 | |
| Franklin Tait | Associate | 11/12/2021 | 4.0 | 225.00 | 900.00 | |
| Franklin Tait | Associate | 11/16/2021 | 3.0 | 225.00 | 675.00 | |
| Franklin Tait | Associate | 11/17/2021 | 3.0 | 225.00 | 675.00 | |
| Franklin Tait | Associate | 11/17/2021 | 2.0 | 225.00 | 450.00 | |
| Franklin Tait | Associate | 11/30/2021 | 2.0 | 225.00 | 450.00 | |
| Franklin Tait | Associate | 11/30/2021 | 3.0 | 225.00 | 675.00 | |
| Lars Schou | Senior Director | 12/9/2021 | 0.2 | 400.00 | 80.00 | |
| Kevin Tian | Senior Associate | 12/13/2021 | 1.2 | 275.00 | 330.00 | |
| Richard Chung | Senior Director | 12/13/2021 | 1.2 | 400.00 | 480.00 | |
| | | **Total** | **53.1** | | **$ 14,357.50** | |

**Ankura Consulting**
**Time Detail by Team - Status Reports**

| Name | Business Title | Date | Hours to Bill | Rate | Fees | Entry Narrative |
|---|---|---|---|---|---|---|
| Ryan Rubin | Senior Managing Director | 12/15/2021 | 2.0 | 575.00 | 1,150.00 | |
| Anthony Milazzo | Senior Managing Director | 12/17/2021 | 2.3 | 575.00 | 1,322.50 | |
| Ryan Rubin | Senior Managing Director | 12/17/2021 | 2.0 | 575.00 | 1,150.00 | |
| Andrew Sotak | Senior Director | 12/19/2021 | 0.3 | 400.00 | 120.00 | |
| Anthony Milazzo | Senior Managing Director | 12/20/2021 | 0.4 | 575.00 | 230.00 | |
| Anthony Milazzo | Senior Managing Director | 12/20/2021 | 1.5 | 575.00 | 862.50 | |
| | | Total | 8.5 | | $ 4,835.00 | |

# ankura

|  |  | Project #: | P-003174 |
|--|--|--|--|
|  |  | Invoice Date: | 1/14/2022 |
|  |  | Invoice Number: | CI-049071 |
|  |  | Professional Services Through: | 12/31/2021 |

*Expense Detail by Date*

| Date | Name | Category | Expense Description | | Amount |
|---|---|---|---|---|---|
| 10/6/2021 | Ezra Cohen | Printing and reproductions | | $ | 6.49 |
| 10/31/2021 | Richard Chung | Computer Supplies | | $ | 200.00 |
| **Total** | | | | **$** | **206.49** |

10

**ankura**

|  |  |
|---|---|
| Project #: | P-003174 |
| Invoice Date: | 1/14/2022 |
| Invoice Number: | CI-049071 |
| Professional Services Through: | 12/31/2021 |

*Expenses - Supplier Invoice*

| Date | Resource Provider | Item Description | Amount |
|---|---|---|---|
| 9/30/2021 | Complete Discovery Source Inc. | | $ 665.00 |
| 10/31/2021 | Complete Discovery Source Inc. | | $ 570.00 |
| 10/31/2021 | LexisNexis Risk Solutions | | $ 120.53 |
| 11/30/2021 | Complete Discovery Source Inc. | | $ 570.00 |
| **Total** | | | **$ 1,925.53** |