# Exhibit C

# NELSONS

31 The Strand | P.O. Box 30069 | Grand Cayman | KY1-1201 | CAYMAN ISLANDS
T: (345) 949-9710 | F: (345) 945-2188 | W: www.nelsonslegal.com

Robert Musiala Jr, SEC Receiver of Virgil Funds     Mar 03, 2022

|   |   | File #: | 8247-44 |
|---|---|---|---|
| **FEE NOTE** |   | Inv #: | 24957 |

**RE:**   **Re:Virgil Funds**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-01-21 | ███ | 0.10 | $67.50 | JH |
| Oct-21-21 | ███ | 0.20 | $135.00 | JH |
| Oct-27-21 | ███ | 0.20 | $135.00 | JH |
| Nov-05-21 | ███ | 0.75 | $506.25 | CF |
| Nov-16-21 | ███ | 0.20 | $135.00 | CF |
| Nov-23-21 | ███ | 0.20 | $135.00 | JH |
|   | ███ | 0.10 | $67.50 | JH |
| Dec-08-21 | ███ | 0.10 | $67.50 | JH |
|   | JH @ US$675.00 p/h | 0.9 | US$607.50 |   |
|   | CF @ US$675.00 p/h | 1.0 | US$641.25 |   |

|  |  |  |
|---|---|---|
| Totals | 1.9 | US$1,248.75 |

**DISBURSEMENTS**

| | |
|---|---|
| Copying/Printing/Telephone | $49.95 |
| Totals | US$49.95 |

| | |
|---|---|
| **Total Fees & Disbursements*** | **US$1,298.70** |

*Nelsons* (signature)

**NELSONS**

PAYMENT INSTRUCTIONS

Please make all payments to:  NELSONS ATTORNEYS AT LAW LTD

WIRE TRANSFER INSTRUCTIONS:

PLEASE  ALWAYS  QUOTE REFERENCE AND ACCOUNT NUMBER

Correspondent bank:
The Bank of New York Mellon, NY
SWIFT BIC Code: IRVTUS3N
Beneficiary Bank:
Butterfield Bank (Cayman) Limited, Grand Cayman
SWIFT BIC Code:  BNTBKYKY

For final credit: Nelsons Attorneys at Law Ltd
Account: 8401748180033
Butterfield Bank (Cayman) Limited

**\*If Paying In Cayman Islands Dollars - Total:**　　　　　　CI$1,090.91