# **Exhibit D**



# INVOICE

Robert A. Musiala Jr., as Receiver of Montgomery Technologies LLC in Receivership
45 Rockefeller Plz
NEW YORK NY 10111

**Invoice Date**
Feb 28, 2022

**Invoice Number**
INV-A1062

**EIN**
xxx-xx-6159

Elliptic Inc
1732 1st Ave #23346
New York, NY 10128
finance@elliptic.co
(917)310-1653

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| | | | Subtotal | ▮ |
| | | TOTAL NEW YORK SALES TAX | ▮ | |
| | | | TOTAL USD | ▮ |

Due Date: Feb 28, 2022
Bank: Silicon Valley Bank
3003 Tasman Drive, Santa Clara, CA 95054, USA

ROUTING & TRANSIT #: 121140399
ACCOUNT #: 3301526835
SWIFT CODE: SVBKUS6S



[View and pay online now](#)