# Exhibit E

CipherTrace Inc.
140 Victory Lane
Los Gatos, CA  95030 US
9194753736



# INVOICE

**BILL TO**
Baker Hostetler
Attn: Robert Musiala
11601 Wilshire Blvd #1400
Los Angeles, CA  90025

**INVOICE #** 1446
**DATE** 03/02/2022
**DUE DATE** 04/01/2022
**TERMS** Net 30

**P.O. NUMBER**
Quote#20210408

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/02/2022 | SUB-Seat License | Inspector Module: CTIM-0001 - Unit ▇▇▇▇▇▇ | ▇ | ▇▇▇ | ▇▇▇ |
| 03/02/2022 | SUB-Seat License | Inspector Module: CTIM-0002 - User Access ▇▇▇▇▇▇ | ▇ | ▇▇▇ | ▇▇▇ |
| 03/02/2022 | SUB-Seat License | Inspector Module: CTIM-0003 - User Access ▇▇▇▇▇▇ | ▇ | ▇▇▇ | ▇▇▇ |
| 03/02/2022 | PS-Consulting | Consulting: Tier 1 Investigation: SEC vs. Qin ▇▇▇▇▇▇ | ▇ | ▇▇▇ | ▇▇▇ |
| 03/02/2022 | PS-Training | Training: CTCE Online ▇▇▇▇ License Period:* ▇▇▇▇▇▇ | ▇ | ▇▇▇ | ▇▇▇ |

*Estimated license period at time of approval

Payment Instructions:

First Republic Bank, 1215 El Camino Real, Menlo Park, CA  94025
Account: 800-0332-7509; ABA: 321081669; Swift: FRBBUS6S

To pay using cryptocurrency, please contact cryptopayments@ciphertrace.com to request a Bitpay invoice

If you have any questions about this invoice, please contact Joshua Moss, +1 919-475-3736, joshua.moss@ciphertrace.com

PMT Reference: SEC v. Qin                                    BALANCE DUE

"Orders & Usage subject to CipherTrace Terms & Conditions which can be found at: www.ciphertrace.com/terms"

Payment Instructions:

First Republic Bank, 1215 El Camino Real, Menlo Park, CA  94025
Account: 800-0332-7509; ABA: 321081669; Swift: FRBBUS6S

To pay using cryptocurrency, please contact cryptopayments@ciphertrace.com to request a Bitpay invoice

If you have any questions about this invoice, please contact Joshua Moss, +1 919-475-3736, joshua.moss@ciphertrace.com