**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>  vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>     Defendants. | Case No.: 20-cv-10849 (LGS) |

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of Receiver's Certified Fourth Fee Application with Exhibits A–E (redacted) was served upon the following via email on March 30, 2022:

Shawn G. Crowley
Louis W. Fisher
Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
scrowley@kaplanhecker.com
lfisher@kaplanhecker.com
shecker@kaplanhecker.com

*Counsel for Defendant Stefan Qin*

|  |  |
|---|---|
| Dated: March 30, 2022<br>New York, New York | /s/ *Bari R. Nadworny*<br>Bari R. Nadworny<br>BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, NY 10111-0100<br>Tel.: (212) 589-4200<br>Facsimile: (212) 589-4201<br>bnadworny@bakerlaw.com<br><br>*Attorneys for Receiver Robert A. Musiala, Jr.* |