**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Case No.: 20-cv-10849 (LGS) |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Receiver's Sixth Status Report was served upon the following via email on April 15, 2022:

Shawn G. Crowley
Louis W. Fisher
Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
scrowley@kaplanhecker.com
lfisher@kaplanhecker.com
shecker@kaplanhecker.com

*Counsel for Defendant Stefan Qin*

Dated: April 15, 2022  /s/ *Bari R. Nadworny*
       New York, New York  Bari R. Nadworny
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111-0100
Tel.: (212) 589-4200
Facsimile: (212) 589-4201
bnadworny@bakerlaw.com

*Attorneys for Receiver Robert A. Musiala, Jr.*