# **<u>Exhibit B</u>**



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|------|----------------|
| 04/14/2022 | CI-055469 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 30 | 05/14/2022 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

| Bill To: |
|----------|
| Robert A. Musiala Jr.
Baker Hostetler, LLP
One North Wacker Drive
Suite 4500
Chicago, IL 60606
United States of America |

| Project Information: |
|----------------------|

| Project Name: | P-003174 Baker Hostetler / Virgil Receivership |
|---------------|-------------------------------------------------|
| Project Number: | P-003174 |
| PO Number: | |

| Professional Services rendered for the period ending March 31, 2022, see attached. |
|------------------------------------------------------------------------------------|

| *Net Amount:* | | 322,227.59 |
|---------------|---|-----------|
| *Tax:* | | |
| *Total Invoice Amount:* | **USD** | **322,227.59** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

| Remittance Information: |
|-------------------------|

**Electronic Payment Info**

Wire Instructions
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

ankura

| | |
|---|---|
| **Project #:** | **P-003174** |
| **Invoice Date:** | **4/14/2022** |
| **Invoice Number:** | **CI-055469** |
| **Professional Services Through:** | **3/31/2022** |

**_Invoice Summary_**

| | | |
|---|---|---|
| **Professional Services** | **$** | **320,082.50** |
| **Expenses** | **$** | **612.80** |
| **Miscellaneous Expenses** | **$** | **140.00** |
| **Supplier Invoice** | **$** | **1,392.29** |
| **Current Invoice Total:** | **$** | **322,227.59** |

**Ankura Consulting**
**Summary by Professional**

| Professional | Title | Rate | | Hours | Fees | |
|---|---|---|---|---|---|---|
| Anthony Milazzo | Senior Managing Director | $ | 575.00 | 78.2 | $ | 44,965.00 |
| Brad Lohmeyer | Senior Managing Director | $ | 575.00 | 3.6 | $ | 2,070.00 |
| Robert Capper | Senior Managing Director | $ | 575.00 | 1.0 | $ | 575.00 |
| Ryan Rubin | Senior Managing Director | $ | 575.00 | 75.8 | $ | 43,585.00 |
| David Cross | Managing Director | $ | 475.00 | 1.0 | $ | 475.00 |
| Amardeep Thandi | Senior Director | $ | 400.00 | 38.0 | $ | 15,200.00 |
| Andrew Sotak | Senior Director | $ | 400.00 | 172.8 | $ | 69,120.00 |
| Lars Schou | Senior Director | $ | 400.00 | 14.1 | $ | 5,640.00 |
| Richard Chung | Senior Director | $ | 400.00 | 16.1 | $ | 6,440.00 |
| Than Chen | Senior Director | $ | 400.00 | 1.3 | $ | 520.00 |
| Allie Rivera | Director | $ | 350.00 | 187.0 | $ | 65,450.00 |
| Adam Horsman | Senior Associate | $ | 275.00 | 71.5 | $ | 19,662.50 |
| Anthony Seamarks | Senior Associate | $ | 275.00 | 40.5 | $ | 11,137.50 |
| Benjamin Guinard | Senior Associate | $ | 275.00 | 11.0 | $ | 3,025.00 |
| Ezra Cohen | Senior Associate | $ | 275.00 | 23.8 | $ | 6,545.00 |
| Gideon Oberholzer | Senior Associate | $ | 275.00 | 2.1 | $ | 577.50 |
| Kevin Tian | Senior Associate | $ | 275.00 | 25.8 | $ | 7,095.00 |
| Franklin Tait | Associate | $ | 225.00 | 58.5 | $ | 13,162.50 |
| Levi Hedges | Associate | $ | 225.00 | 21.5 | $ | 4,837.50 |
| **Total** | | | | **843.6** | **$** | **320,082.50** |

**Ankura Consulting**
**Fees by Team**

**Forensic Accounting**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Anthony Milazzo | Senior Managing Director | $ 575.00 | 67.9 | $ 39,042.50 |
| Robert Capper | Senior Managing Director | $ 575.00 | 1.0 | $ 575.00 |
| Ryan Rubin | Senior Managing Director | $ 575.00 | 75.8 | $ 43,585.00 |
| Andrew Sotak | Senior Director | $ 400.00 | 163.6 | $ 65,440.00 |
| Amardeep Thandi | Senior Director | $ 400.00 | 38.0 | $ 15,200.00 |
| Allie Rivera | Director | $ 350.00 | 187.0 | $ 65,450.00 |
| Anthony Seamarks | Senior Associate | $ 275.00 | 40.5 | $ 11,137.50 |
| Adam Horsman | Senior Associate | $ 275.00 | 71.5 | $ 19,662.50 |
| Gideon Oberholzer | Senior Associate | $ 275.00 | 2.1 | $ 577.50 |
| Ezra Cohen | Senior Associate | $ 275.00 | 23.8 | $ 6,545.00 |
| **Total** | | | **671.2** | **$ 267,215.00** |

**Data Analysis**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Brad Lohmeyer | Senior Managing Director | $ 575.00 | 3.6 | $ 2,070.00 |
| David Cross | Managing Director | $475.00 | 1.0 | $ 475.00 |
| Lars Schou | Senior Director | $ 400.00 | 14.1 | $ 5,640.00 |
| Richard Chung | Senior Director | $ 400.00 | 16.1 | $ 6,440.00 |
| Than Chen | Senior Director | $ 400.00 | 1.3 | $ 520.00 |
| Benjamin Guinard | Senior Associate | $ 275.00 | 11.0 | $ 3,025.00 |
| Kevin Tian | Senior Associate | $ 275.00 | 25.8 | $ 7,095.00 |
| Franklin Tait | Associate | $225.00 | 58.5 | $ 13,162.50 |
| Levi Hedges | Associate | $225.00 | 21.5 | $ 4,837.50 |
| **Total** | | | **152.9** | **$ 43,265.00** |

**Status Reports**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Anthony Milazzo | Senior Managing Director | $ 575.00 | 10.3 | $5,922.50 |
| Andrew Sotak | Senior Director | $ 400.00 | 9.2 | $3,680.00 |
| **Total** | | | **19.5** | **$9,602.50** |

| **Total Team Fees** | | | **843.6** | **$320,082.50** |

Ankura Consulting
Time Detail by Team - Forensic Accounting

| Name | Business Title | Date | Hours to Bill | Rate | Fees | Entry Narrative |
|---|---|---|---|---|---|---|
| Allie Rivera | Director | 1/4/2022 | 2.1 | 350.00 | 735.00 | |
| Allie Rivera | Director | 1/4/2022 | 3.2 | 350.00 | 1,120.00 | |
| Allie Rivera | Director | 1/4/2022 | 2.5 | 350.00 | 875.00 | |
| Andrew Sotak | Senior Director | 1/4/2022 | 1.0 | 400.00 | 400.00 | |
| Anthony Milazzo | Senior Managing Director | 1/4/2022 | 1.0 | 575.00 | 575.00 | |
| Anthony Milazzo | Senior Managing Director | 1/4/2022 | 0.2 | 575.00 | 115.00 | |
| Anthony Milazzo | Senior Managing Director | 1/4/2022 | 1.1 | 575.00 | 632.50 | |
| Anthony Milazzo | Senior Managing Director | 1/4/2022 | 1.5 | 575.00 | 862.50 | |
| Ryan Rubin | Senior Managing Director | 1/4/2022 | 1.0 | 575.00 | 575.00 | |
| Allie Rivera | Director | 1/5/2022 | 4.0 | 350.00 | 1,400.00 | |
| Allie Rivera | Director | 1/5/2022 | 4.0 | 350.00 | 1,400.00 | |
| Andrew Sotak | Senior Director | 1/5/2022 | 0.7 | 400.00 | 280.00 | |
| Andrew Sotak | Senior Director | 1/5/2022 | 2.0 | 400.00 | 800.00 | |
| Andrew Sotak | Senior Director | 1/5/2022 | 1.0 | 400.00 | 400.00 | |
| Anthony Milazzo | Senior Managing Director | 1/5/2022 | 1.6 | 575.00 | 920.00 | |
| Anthony Milazzo | Senior Managing Director | 1/5/2022 | 1.5 | 575.00 | 862.50 | |
| Ryan Rubin | Senior Managing Director | 1/5/2022 | 1.0 | 575.00 | 575.00 | |
| Allie Rivera | Director | 1/6/2022 | 3.5 | 350.00 | 1,225.00 | |
| Allie Rivera | Director | 1/6/2022 | 2.5 | 350.00 | 875.00 | |
| Allie Rivera | Director | 1/7/2022 | 4.0 | 350.00 | 1,400.00 | |
| Allie Rivera | Director | 1/7/2022 | 2.7 | 350.00 | 945.00 | |
| Anthony Milazzo | Senior Managing Director | 1/7/2022 | 2.8 | 575.00 | 1,610.00 | |
| Ryan Rubin | Senior Managing Director | 1/7/2022 | 1.0 | 575.00 | 575.00 | |
| Allie Rivera | Director | 1/10/2022 | 4.0 | 350.00 | 1,400.00 | |
| Allie Rivera | Director | 1/10/2022 | 4.0 | 350.00 | 1,400.00 | |
| Andrew Sotak | Senior Director | 1/10/2022 | 1.5 | 400.00 | 600.00 | |
| Anthony Milazzo | Senior Managing Director | 1/10/2022 | 0.8 | 575.00 | 460.00 | |
| Anthony Milazzo | Senior Managing Director | 1/10/2022 | 0.4 | 575.00 | 230.00 | |
| Anthony Milazzo | Senior Managing Director | 1/10/2022 | 2.4 | 575.00 | 1,380.00 | |
| Ryan Rubin | Senior Managing Director | 1/10/2022 | 1.5 | 575.00 | 862.50 | |
| Allie Rivera | Director | 1/11/2022 | 4.0 | 350.00 | 1,400.00 | |
| Allie Rivera | Director | 1/11/2022 | 4.0 | 350.00 | 1,400.00 | |
| Andrew Sotak | Senior Director | 1/11/2022 | 0.3 | 400.00 | 120.00 | |
| Anthony Seamarks | Senior Associate | 1/11/2022 | 3.0 | 275.00 | 825.00 | |
| Anthony Seamarks | Senior Associate | 1/11/2022 | 3.0 | 275.00 | 825.00 | |
| Ryan Rubin | Senior Managing Director | 1/11/2022 | 1.0 | 575.00 | 575.00 | |
| Ryan Rubin | Senior Managing Director | 1/11/2022 | 1.0 | 575.00 | 575.00 | |
| Adam Horsman | Senior Associate | 1/11/2022 | 2.5 | 275.00 | 687.50 | |
| Adam Horsman | Senior Associate | 1/11/2022 | 2.5 | 275.00 | 687.50 | |
| Allie Rivera | Director | 1/12/2022 | 4.0 | 350.00 | 1,400.00 | |
| Allie Rivera | Director | 1/12/2022 | 4.0 | 350.00 | 1,400.00 | |
| Anthony Milazzo | Senior Managing Director | 1/12/2022 | 1.3 | 575.00 | 747.50 | |
| Anthony Milazzo | Senior Managing Director | 1/12/2022 | 0.4 | 575.00 | 230.00 | |
| Anthony Seamarks | Senior Associate | 1/12/2022 | 3.0 | 275.00 | 825.00 | |
| Anthony Seamarks | Senior Associate | 1/12/2022 | 3.5 | 275.00 | 962.50 | |
| Ryan Rubin | Senior Managing Director | 1/12/2022 | 1.0 | 575.00 | 575.00 | |
| Adam Horsman | Senior Associate | 1/12/2022 | 2.5 | 275.00 | 687.50 | |
| Adam Horsman | Senior Associate | 1/12/2022 | 3.0 | 275.00 | 825.00 | |
| Allie Rivera | Director | 1/13/2022 | 2.1 | 350.00 | 735.00 | |
| Allie Rivera | Director | 1/13/2022 | 2.3 | 350.00 | 805.00 | |
| Allie Rivera | Director | 1/13/2022 | 3.0 | 350.00 | 1,050.00 | |
| Andrew Sotak | Senior Director | 1/13/2022 | 0.8 | 400.00 | 320.00 | |
| Andrew Sotak | Senior Director | 1/13/2022 | 1.5 | 400.00 | 600.00 | |
| Andrew Sotak | Senior Director | 1/13/2022 | 1.0 | 400.00 | 400.00 | |
| Anthony Milazzo | Senior Managing Director | 1/13/2022 | 0.8 | 575.00 | 460.00 | |
| Anthony Milazzo | Senior Managing Director | 1/13/2022 | 0.5 | 575.00 | 287.50 | |
| Anthony Seamarks | Senior Associate | 1/13/2022 | 3.0 | 275.00 | 825.00 | |
| Anthony Seamarks | Senior Associate | 1/13/2022 | 3.5 | 275.00 | 962.50 | |
| Adam Horsman | Senior Associate | 1/13/2022 | 3.0 | 275.00 | 825.00 | |
| Adam Horsman | Senior Associate | 1/13/2022 | 3.5 | 275.00 | 962.50 | |
| Allie Rivera | Director | 1/14/2022 | 3.5 | 350.00 | 1,225.00 | |
| Allie Rivera | Director | 1/14/2022 | 1.7 | 350.00 | 595.00 | |
| Andrew Sotak | Senior Director | 1/14/2022 | 0.7 | 400.00 | 280.00 | |
| Andrew Sotak | Senior Director | 1/14/2022 | 2.0 | 400.00 | 800.00 | |
| Anthony Milazzo | Senior Managing Director | 1/14/2022 | 0.9 | 575.00 | 517.50 | |
| Anthony Seamarks | Senior Associate | 1/14/2022 | 2.5 | 275.00 | 687.50 | |
| Anthony Seamarks | Senior Associate | 1/14/2022 | 3.0 | 275.00 | 825.00 | |
| Adam Horsman | Senior Associate | 1/14/2022 | 3.5 | 275.00 | 962.50 | |
| Ryan Rubin | Senior Managing Director | 1/17/2022 | 1.0 | 575.00 | 575.00 | |
| Adam Horsman | Senior Associate | 1/17/2022 | 3.0 | 275.00 | 825.00 | |
| Adam Horsman | Senior Associate | 1/17/2022 | 3.0 | 275.00 | 825.00 | |
| Allie Rivera | Director | 1/18/2022 | 3.0 | 350.00 | 1,050.00 | |
| Allie Rivera | Director | 1/18/2022 | 2.6 | 350.00 | 910.00 | |
| Allie Rivera | Director | 1/18/2022 | 0.6 | 350.00 | 210.00 | |
| Allie Rivera | Director | 1/18/2022 | 1.0 | 350.00 | 350.00 | |
| Andrew Sotak | Senior Director | 1/18/2022 | 1.4 | 400.00 | 520.00 | |
| Andrew Sotak | Senior Director | 1/18/2022 | 0.4 | 400.00 | 200.00 | |
| Andrew Sotak | Senior Director | 1/18/2022 | 1.0 | 400.00 | 400.00 | |
| Andrew Sotak | Senior Director | 1/18/2022 | 0.5 | 400.00 | 200.00 | |
| Anthony Milazzo | Senior Managing Director | 1/18/2022 | 1.4 | 575.00 | 805.00 | |
| Anthony Milazzo | Senior Managing Director | 1/18/2022 | 0.6 | 575.00 | 345.00 | |
| Anthony Milazzo | Senior Managing Director | 1/18/2022 | 0.8 | 575.00 | 460.00 | |
| Ryan Rubin | Senior Managing Director | 1/18/2022 | 1.0 | 575.00 | 575.00 | |
| Adam Horsman | Senior Associate | 1/18/2022 | 4.0 | 275.00 | 1,100.00 | |
| Allie Rivera | Director | 1/19/2022 | 4.0 | 350.00 | 1,400.00 | |
| Allie Rivera | Director | 1/19/2022 | 3.8 | 350.00 | 1,330.00 | |
| Andrew Sotak | Senior Director | 1/19/2022 | 0.3 | 400.00 | 120.00 | |
| Andrew Sotak | Senior Director | 1/19/2022 | 1.0 | 400.00 | 400.00 | |
| Anthony Milazzo | Senior Managing Director | 1/19/2022 | 0.4 | 575.00 | 230.00 | |
| Anthony Milazzo | Senior Managing Director | 1/19/2022 | 0.5 | 575.00 | 287.50 | |
| Anthony Milazzo | Senior Managing Director | 1/19/2022 | 0.4 | 575.00 | 230.00 | |
| Ezra Cohen | Senior Associate | 1/19/2022 | 0.3 | 275.00 | 82.50 | |
| Ryan Rubin | Senior Managing Director | 1/19/2022 | 1.0 | 575.00 | 575.00 | |
| Allie Rivera | Director | 1/20/2022 | 4.0 | 350.00 | 1,400.00 | |
| Allie Rivera | Director | 1/20/2022 | 4.0 | 350.00 | 1,400.00 | |
| Anthony Milazzo | Senior Managing Director | 1/20/2022 | 1.5 | 575.00 | 862.50 | |
| Ezra Cohen | Senior Associate | 1/20/2022 | 0.6 | 275.00 | 165.00 | |
| Ryan Rubin | Senior Managing Director | 1/20/2022 | 1.0 | 575.00 | 575.00 | |
| Adam Horsman | Senior Associate | 1/20/2022 | 2.0 | 275.00 | 550.00 | |
| Allie Rivera | Director | 1/21/2022 | 4.0 | 350.00 | 1,400.00 | |
| Allie Rivera | Director | 1/21/2022 | 4.0 | 350.00 | 1,400.00 | |
| Ryan Rubin | Senior Managing Director | 1/21/2022 | 1.0 | 575.00 | 575.00 | |
| Adam Horsman | Senior Associate | 1/21/2022 | 2.5 | 275.00 | 687.50 | |
| Adam Horsman | Senior Associate | 1/21/2022 | 2.5 | 275.00 | 687.50 | |
| Andrew Sotak | Senior Director | 1/23/2022 | 1.5 | 400.00 | 600.00 | |

| Name | Title | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Andrew Sotak | Senior Director | 1/23/2022 | 0.5 | 400.00 | 200.00 |
| Allie Rivera | Director | 1/24/2022 | 2.8 | 350.00 | 980.00 |
| Allie Rivera | Director | 1/24/2022 | 3.2 | 350.00 | 1,120.00 |
| Andrew Sotak | Senior Director | 1/24/2022 | 1.5 | 400.00 | 600.00 |
| Anthony Milazzo | Senior Managing Director | 1/24/2022 | 1.5 | 575.00 | 862.50 |
| Anthony Milazzo | Senior Managing Director | 1/24/2022 | 0.3 | 575.00 | 172.50 |
| Anthony Milazzo | Senior Managing Director | 1/24/2022 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 1/24/2022 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 1/24/2022 | 0.7 | 575.00 | 402.50 |
| Anthony Milazzo | Senior Managing Director | 1/24/2022 | 0.2 | 575.00 | 115.00 |
| Ezra Cohen | Senior Associate | 1/24/2022 | 0.2 | 275.00 | 55.00 |
| Ryan Rubin | Senior Managing Director | 1/24/2022 | 2.0 | 575.00 | 1,150.00 |
| Adam Horsman | Senior Associate | 1/24/2022 | 2.5 | 275.00 | 687.50 |
| Andrew Sotak | Senior Director | 1/25/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 1/25/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 1/25/2022 | 0.8 | 400.00 | 320.00 |
| Andrew Sotak | Senior Director | 1/25/2022 | 0.2 | 400.00 | 80.00 |
| Adam Horsman | Senior Associate | 1/25/2022 | 2.5 | 275.00 | 687.50 |
| Adam Horsman | Senior Associate | 1/25/2022 | 2.5 | 275.00 | 687.50 |
| Allie Rivera | Director | 1/26/2022 | 3.3 | 350.00 | 1,155.00 |
| Andrew Sotak | Senior Director | 1/26/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 1/26/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 1/26/2022 | 0.6 | 400.00 | 240.00 |
| Ezra Cohen | Senior Associate | 1/26/2022 | 0.4 | 275.00 | 110.00 |
| Ryan Rubin | Senior Managing Director | 1/26/2022 | 2.0 | 575.00 | 1,150.00 |
| Adam Horsman | Senior Associate | 1/26/2022 | 3.5 | 275.00 | 962.50 |
| Allie Rivera | Director | 1/27/2022 | 4.0 | 350.00 | 1,400.00 |
| Allie Rivera | Director | 1/27/2022 | 3.9 | 350.00 | 1,365.00 |
| Andrew Sotak | Senior Director | 1/27/2022 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 1/27/2022 | 0.2 | 400.00 | 80.00 |
| Anthony Milazzo | Senior Managing Director | 1/27/2022 | 0.4 | 575.00 | 230.00 |
| Ryan Rubin | Senior Managing Director | 1/27/2022 | 2.0 | 575.00 | 1,150.00 |
| Ryan Rubin | Senior Managing Director | 1/28/2022 | 3.0 | 575.00 | 1,725.00 |
| Allie Rivera | Director | 1/31/2022 | 1.1 | 350.00 | 385.00 |
| Allie Rivera | Director | 1/31/2022 | 4.0 | 350.00 | 1,400.00 |
| Allie Rivera | Director | 1/31/2022 | 1.7 | 350.00 | 595.00 |
| Andrew Sotak | Senior Director | 1/31/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 1/31/2022 | 0.3 | 400.00 | 120.00 |
| Andrew Sotak | Senior Director | 1/31/2022 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 1/31/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 1/31/2022 | 2.0 | 400.00 | 800.00 |
| Anthony Milazzo | Senior Managing Director | 1/31/2022 | 1.5 | 575.00 | 862.50 |
| Anthony Milazzo | Senior Managing Director | 1/31/2022 | 0.3 | 575.00 | 172.50 |
| Anthony Milazzo | Senior Managing Director | 1/31/2022 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 1/31/2022 | 0.4 | 575.00 | 230.00 |
| Ryan Rubin | Senior Managing Director | 1/31/2022 | 1.0 | 575.00 | 575.00 |
| Ryan Rubin | Senior Managing Director | 1/31/2022 | 1.5 | 575.00 | 862.50 |
| Allie Rivera | Director | 2/1/2022 | 4.0 | 350.00 | 1,400.00 |
| Allie Rivera | Director | 2/1/2022 | 4.0 | 350.00 | 1,400.00 |
| Andrew Sotak | Senior Director | 2/1/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 2/1/2022 | 1.0 | 400.00 | 400.00 |
| Anthony Milazzo | Senior Managing Director | 2/1/2022 | 0.8 | 575.00 | 460.00 |
| Anthony Seamarks | Senior Associate | 2/1/2022 | 3.0 | 275.00 | 825.00 |
| Anthony Seamarks | Senior Associate | 2/1/2022 | 3.5 | 275.00 | 962.50 |
| Adam Horsman | Senior Associate | 2/1/2022 | 2.5 | 275.00 | 687.50 |
| Adam Horsman | Senior Associate | 2/1/2022 | 2.5 | 275.00 | 687.50 |
| Allie Rivera | Director | 2/2/2022 | 3.0 | 350.00 | 1,050.00 |
| Allie Rivera | Director | 2/2/2022 | 3.3 | 350.00 | 1,155.00 |
| Andrew Sotak | Senior Director | 2/2/2022 | 0.6 | 400.00 | 240.00 |
| Andrew Sotak | Senior Director | 2/2/2022 | 0.3 | 400.00 | 120.00 |
| Anthony Milazzo | Senior Managing Director | 2/2/2022 | 0.6 | 575.00 | 345.00 |
| Anthony Milazzo | Senior Managing Director | 2/2/2022 | 0.5 | 575.00 | 287.50 |
| Anthony Seamarks | Senior Associate | 2/2/2022 | 4.0 | 275.00 | 1,100.00 |
| Ryan Rubin | Senior Managing Director | 2/2/2022 | 1.0 | 575.00 | 575.00 |
| Adam Horsman | Senior Associate | 2/2/2022 | 2.5 | 275.00 | 687.50 |
| Adam Horsman | Senior Associate | 2/2/2022 | 2.5 | 275.00 | 687.50 |
| Anthony Seamarks | Senior Associate | 2/3/2022 | 3.0 | 275.00 | 825.00 |
| Adam Horsman | Senior Associate | 2/3/2022 | 2.0 | 275.00 | 550.00 |
| Andrew Sotak | Senior Director | 2/4/2022 | 1.5 | 400.00 | 600.00 |
| Ryan Rubin | Senior Managing Director | 2/4/2022 | 1.0 | 575.00 | 575.00 |
| Andrew Sotak | Senior Director | 2/7/2022 | 1.4 | 400.00 | 560.00 |
| Andrew Sotak | Senior Director | 2/7/2022 | 3.7 | 400.00 | 1,480.00 |
| Andrew Sotak | Senior Director | 2/7/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 2/7/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 2/7/2022 | 1.0 | 400.00 | 400.00 |
| Anthony Milazzo | Senior Managing Director | 2/7/2022 | 1.4 | 575.00 | 805.00 |
| Anthony Milazzo | Senior Managing Director | 2/7/2022 | 0.5 | 575.00 | 287.50 |
| Ryan Rubin | Senior Managing Director | 2/7/2022 | 2.0 | 575.00 | 1,150.00 |
| Amardeep Thandi | Senior Director | 2/7/2022 | 1.5 | 400.00 | 600.00 |
| Gideon Oberholzer | Senior Associate | 2/7/2022 | 0.5 | 275.00 | 137.50 |
| Andrew Sotak | Senior Director | 2/8/2022 | 0.6 | 400.00 | 240.00 |
| Andrew Sotak | Senior Director | 2/8/2022 | 0.3 | 400.00 | 120.00 |
| Andrew Sotak | Senior Director | 2/8/2022 | 1.0 | 400.00 | 400.00 |
| Anthony Seamarks | Senior Associate | 2/8/2022 | 1.5 | 275.00 | 412.50 |
| Ryan Rubin | Senior Managing Director | 2/8/2022 | 1.0 | 575.00 | 575.00 |
| Adam Horsman | Senior Associate | 2/8/2022 | 2.0 | 275.00 | 550.00 |
| Amardeep Thandi | Senior Director | 2/8/2022 | 2.0 | 400.00 | 800.00 |
| Gideon Oberholzer | Senior Associate | 2/8/2022 | 1.0 | 275.00 | 275.00 |
| Andrew Sotak | Senior Director | 2/9/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 2/9/2022 | 0.4 | 400.00 | 160.00 |
| Andrew Sotak | Senior Director | 2/9/2022 | 1.0 | 400.00 | 400.00 |
| Anthony Milazzo | Senior Managing Director | 2/9/2022 | 1.8 | 575.00 | 1,035.00 |
| Adam Horsman | Senior Associate | 2/9/2022 | 1.0 | 275.00 | 275.00 |
| Adam Horsman | Senior Associate | 2/9/2022 | 1.0 | 275.00 | 275.00 |
| Amardeep Thandi | Senior Director | 2/9/2022 | 2.5 | 400.00 | 1,000.00 |
| Gideon Oberholzer | Senior Associate | 2/9/2022 | 0.5 | 275.00 | 137.50 |
| Andrew Sotak | Senior Director | 2/10/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 2/10/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 2/10/2022 | 0.4 | 400.00 | 160.00 |
| Anthony Milazzo | Senior Managing Director | 2/10/2022 | 0.7 | 575.00 | 402.50 |
| Anthony Milazzo | Senior Managing Director | 2/10/2022 | 2.3 | 575.00 | 1,322.50 |
| Ryan Rubin | Senior Managing Director | 2/10/2022 | 1.0 | 575.00 | 575.00 |

| Name | Title | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Adam Horsman | Senior Associate | 2/10/2022 | 3.0 | 275.00 | 825.00 |
| Adam Horsman | Senior Associate | 2/10/2022 | 1.0 | 275.00 | 275.00 |
| Amardeep Thandi | Senior Director | 2/10/2022 | 3.0 | 400.00 | 1,200.00 |
| Andrew Sotak | Senior Director | 2/11/2022 | 2.3 | 400.00 | 920.00 |
| Anthony Milazzo | Senior Managing Director | 2/11/2022 | 2.7 | 575.00 | 1,552.50 |
| Anthony Milazzo | Senior Managing Director | 2/11/2022 | 0.6 | 575.00 | 345.00 |
| Anthony Milazzo | Senior Managing Director | 2/11/2022 | 0.3 | 575.00 | 172.50 |
| Anthony Seamarks | Senior Associate | 2/11/2022 | 1.0 | 275.00 | 275.00 |
| Amardeep Thandi | Senior Director | 2/11/2022 | 3.0 | 400.00 | 1,200.00 |
| Allie Rivera | Director | 2/14/2022 | 1.2 | 350.00 | 420.00 |
| Allie Rivera | Director | 2/14/2022 | 0.2 | 350.00 | 70.00 |
| Andrew Sotak | Senior Director | 2/14/2022 | 0.7 | 400.00 | 280.00 |
| Anthony Milazzo | Senior Managing Director | 2/14/2022 | 0.7 | 575.00 | 402.50 |
| Anthony Milazzo | Senior Managing Director | 2/14/2022 | 1.7 | 575.00 | 977.50 |
| Adam Horsman | Senior Associate | 2/14/2022 | 2.0 | 275.00 | 550.00 |
| Amardeep Thandi | Senior Director | 2/14/2022 | 2.0 | 400.00 | 800.00 |
| Amardeep Thandi | Senior Director | 2/15/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 2/16/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 2/16/2022 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 2/16/2022 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 2/16/2022 | 3.5 | 400.00 | 1,400.00 |
| Andrew Sotak | Senior Director | 2/16/2022 | 1.5 | 400.00 | 600.00 |
| Amardeep Thandi | Senior Director | 2/16/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 2/17/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 2/17/2022 | 0.8 | 400.00 | 320.00 |
| Andrew Sotak | Senior Director | 2/17/2022 | 1.5 | 400.00 | 600.00 |
| Amardeep Thandi | Senior Director | 2/17/2022 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 2/18/2022 | 0.8 | 400.00 | 320.00 |
| Andrew Sotak | Senior Director | 2/18/2022 | 1.5 | 400.00 | 600.00 |
| Ezra Cohen | Senior Associate | 2/18/2022 | 1.0 | 275.00 | 275.00 |
| Amardeep Thandi | Senior Director | 2/18/2022 | 3.0 | 400.00 | 1,200.00 |
| Ryan Rubin | Senior Managing Director | 2/21/2022 | 1.0 | 575.00 | 575.00 |
| Amardeep Thandi | Senior Director | 2/21/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 2/22/2022 | 0.4 | 400.00 | 160.00 |
| Andrew Sotak | Senior Director | 2/22/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 2/22/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 2/22/2022 | 2.2 | 400.00 | 880.00 |
| Andrew Sotak | Senior Director | 2/22/2022 | 3.0 | 400.00 | 1,200.00 |
| Anthony Milazzo | Senior Managing Director | 2/22/2022 | 1.7 | 575.00 | 977.50 |
| Ryan Rubin | Senior Managing Director | 2/22/2022 | 1.0 | 575.00 | 575.00 |
| Amardeep Thandi | Senior Director | 2/22/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 2/23/2022 | 1.5 | 400.00 | 600.00 |
| Ezra Cohen | Senior Associate | 2/23/2022 | 0.4 | 275.00 | 110.00 |
| Amardeep Thandi | Senior Director | 2/23/2022 | 2.0 | 400.00 | 800.00 |
| Allie Rivera | Director | 2/24/2022 | 3.9 | 350.00 | 1,365.00 |
| Allie Rivera | Director | 2/24/2022 | 1.4 | 350.00 | 490.00 |
| Andrew Sotak | Senior Director | 2/24/2022 | 1.5 | 400.00 | 600.00 |
| Anthony Milazzo | Senior Managing Director | 2/24/2022 | 1.8 | 575.00 | 1,035.00 |
| Anthony Milazzo | Senior Managing Director | 2/24/2022 | 0.4 | 575.00 | 230.00 |
| Ezra Cohen | Senior Associate | 2/24/2022 | 3.5 | 275.00 | 962.50 |
| Ryan Rubin | Senior Managing Director | 2/24/2022 | 2.0 | 575.00 | 1,150.00 |
| Amardeep Thandi | Senior Director | 2/24/2022 | 1.5 | 400.00 | 600.00 |
| Allie Rivera | Director | 2/25/2022 | 1.1 | 350.00 | 385.00 |
| Andrew Sotak | Senior Director | 2/25/2022 | 4.0 | 400.00 | 1,600.00 |
| Andrew Sotak | Senior Director | 2/25/2022 | 1.0 | 400.00 | 400.00 |
| Anthony Milazzo | Senior Managing Director | 2/25/2022 | 1.1 | 575.00 | 632.50 |
| Ezra Cohen | Senior Associate | 2/25/2022 | 0.6 | 275.00 | 165.00 |
| Ryan Rubin | Senior Managing Director | 2/25/2022 | 1.0 | 575.00 | 575.00 |
| Amardeep Thandi | Senior Director | 2/26/2022 | 2.0 | 400.00 | 800.00 |
| Amardeep Thandi | Senior Director | 2/26/2022 | 1.0 | 400.00 | 400.00 |
| Allie Rivera | Director | 2/28/2022 | 0.7 | 350.00 | 245.00 |
| Andrew Sotak | Senior Director | 2/28/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 2/28/2022 | 0.3 | 400.00 | 120.00 |
| Andrew Sotak | Senior Director | 2/28/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 2/28/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 2/28/2022 | 3.0 | 400.00 | 1,200.00 |
| Anthony Milazzo | Senior Managing Director | 2/28/2022 | 1.5 | 575.00 | 862.50 |
| Anthony Milazzo | Senior Managing Director | 2/28/2022 | 0.8 | 575.00 | 460.00 |
| Anthony Milazzo | Senior Managing Director | 2/28/2022 | 0.5 | 575.00 | 287.50 |
| Ryan Rubin | Senior Managing Director | 2/28/2022 | 2.0 | 575.00 | 1,150.00 |
| Amardeep Thandi | Senior Director | 2/28/2022 | 2.0 | 400.00 | 800.00 |
| Gideon Oberholzer | Senior Associate | 2/28/2022 | 0.1 | 275.00 | 27.50 |
| Andrew Sotak | Senior Director | 3/1/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 3/1/2022 | 0.3 | 400.00 | 120.00 |
| Andrew Sotak | Senior Director | 3/1/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 3/1/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 3/1/2022 | 1.0 | 400.00 | 400.00 |
| Ryan Rubin | Senior Managing Director | 3/1/2022 | 3.0 | 575.00 | 1,725.00 |
| Anthony Milazzo | Senior Managing Director | 3/2/2022 | 0.4 | 575.00 | 230.00 |
| Ryan Rubin | Senior Managing Director | 3/2/2022 | 2.0 | 575.00 | 1,150.00 |
| Ryan Rubin | Senior Managing Director | 3/3/2022 | 3.0 | 575.00 | 1,725.00 |
| Andrew Sotak | Senior Director | 3/4/2022 | 0.3 | 400.00 | 120.00 |
| Ryan Rubin | Senior Managing Director | 3/4/2022 | 2.8 | 575.00 | 1,610.00 |
| Allie Rivera | Director | 3/7/2022 | 4.0 | 350.00 | 1,400.00 |
| Andrew Sotak | Senior Director | 3/7/2022 | 1.2 | 400.00 | 480.00 |
| Andrew Sotak | Senior Director | 3/7/2022 | 0.7 | 400.00 | 280.00 |
| Andrew Sotak | Senior Director | 3/7/2022 | 0.4 | 400.00 | 160.00 |
| Andrew Sotak | Senior Director | 3/7/2022 | 0.3 | 400.00 | 120.00 |
| Anthony Milazzo | Senior Managing Director | 3/7/2022 | 1.2 | 575.00 | 690.00 |
| Anthony Milazzo | Senior Managing Director | 3/7/2022 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 3/7/2022 | 0.3 | 575.00 | 172.50 |
| Ezra Cohen | Senior Associate | 3/7/2022 | 4.1 | 275.00 | 1,127.50 |
| Ryan Rubin | Senior Managing Director | 3/7/2022 | 1.0 | 575.00 | 575.00 |
| Amardeep Thandi | Senior Director | 3/7/2022 | 4.0 | 400.00 | 1,600.00 |
| Andrew Sotak | Senior Director | 3/8/2022 | 1.0 | 400.00 | 400.00 |
| Ezra Cohen | Senior Associate | 3/8/2022 | 2.4 | 275.00 | 660.00 |
| Ryan Rubin | Senior Managing Director | 3/8/2022 | 2.0 | 575.00 | 1,150.00 |
| Ryan Rubin | Senior Managing Director | 3/8/2022 | 1.5 | 575.00 | 862.50 |
| Adam Horsman | Senior Associate | 3/8/2022 | 1.0 | 275.00 | 275.00 |
| Amardeep Thandi | Senior Director | 3/8/2022 | 2.0 | 400.00 | 800.00 |
| Allie Rivera | Director | 3/9/2022 | 4.0 | 350.00 | 1,400.00 |
| Andrew Sotak | Senior Director | 3/9/2022 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 3/9/2022 | 1.5 | 400.00 | 600.00 |
| Anthony Milazzo | Senior Managing Director | 3/9/2022 | 0.4 | 575.00 | 230.00 |
| Anthony Milazzo | Senior Managing Director | 3/9/2022 | 0.3 | 575.00 | 172.50 |

| Ryan Rubin | Senior Managing Director | 3/9/2022 | 1.0 | 575.00 | 575.00 |
|---|---|---|---|---|---|
| Ryan Rubin | Senior Managing Director | 3/9/2022 | 2.0 | 575.00 | 1,150.00 |
| Allie Rivera | Director | 3/10/2022 | 3.0 | 350.00 | 1,050.00 |
| Andrew Sotak | Senior Director | 3/10/2022 | 0.5 | 400.00 | 200.00 |
| Anthony Milazzo | Senior Managing Director | 3/10/2022 | 0.3 | 575.00 | 172.50 |
| Ezra Cohen | Senior Associate | 3/10/2022 | 1.8 | 275.00 | 495.00 |
| Ryan Rubin | Senior Managing Director | 3/10/2022 | 2.0 | 575.00 | 1,150.00 |
| Allie Rivera | Director | 3/14/2022 | 4.0 | 350.00 | 1,400.00 |
| Allie Rivera | Director | 3/14/2022 | 3.7 | 350.00 | 1,295.00 |
| Andrew Sotak | Senior Director | 3/14/2022 | 1.2 | 400.00 | 480.00 |
| Andrew Sotak | Senior Director | 3/14/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 3/14/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 3/14/2022 | 0.5 | 400.00 | 200.00 |
| Anthony Milazzo | Senior Managing Director | 3/14/2022 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 3/14/2022 | 1.2 | 575.00 | 690.00 |
| Anthony Milazzo | Senior Managing Director | 3/14/2022 | 0.3 | 575.00 | 172.50 |
| Ryan Rubin | Senior Managing Director | 3/14/2022 | 1.5 | 575.00 | 862.50 |
| Andrew Sotak | Senior Director | 3/15/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 3/15/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 3/15/2022 | 0.5 | 400.00 | 200.00 |
| Robert Capper | Senior Managing Director | 3/15/2022 | 1.0 | 575.00 | 575.00 |
| Ryan Rubin | Senior Managing Director | 3/15/2022 | 2.0 | 575.00 | 1,150.00 |
| Allie Rivera | Director | 3/16/2022 | 1.3 | 350.00 | 455.00 |
| Andrew Sotak | Senior Director | 3/16/2022 | 4.0 | 400.00 | 1,600.00 |
| Andrew Sotak | Senior Director | 3/16/2022 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 3/16/2022 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 3/16/2022 | 0.5 | 400.00 | 200.00 |
| Anthony Milazzo | Senior Managing Director | 3/16/2022 | 0.3 | 575.00 | 172.50 |
| Anthony Milazzo | Senior Managing Director | 3/16/2022 | 0.4 | 575.00 | 230.00 |
| Ezra Cohen | Senior Associate | 3/16/2022 | 3.0 | 275.00 | 825.00 |
| Ryan Rubin | Senior Managing Director | 3/16/2022 | 1.5 | 575.00 | 862.50 |
| Ryan Rubin | Senior Managing Director | 3/16/2022 | 2.0 | 575.00 | 1,150.00 |
| Allie Rivera | Director | 3/17/2022 | 3.2 | 350.00 | 1,120.00 |
| Allie Rivera | Director | 3/17/2022 | 4.4 | 350.00 | 1,540.00 |
| Andrew Sotak | Senior Director | 3/17/2022 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 3/17/2022 | 2.0 | 400.00 | 800.00 |
| Anthony Milazzo | Senior Managing Director | 3/17/2022 | 0.4 | 575.00 | 230.00 |
| Ryan Rubin | Senior Managing Director | 3/17/2022 | 2.0 | 575.00 | 1,150.00 |
| Andrew Sotak | Senior Director | 3/18/2022 | 2.5 | 400.00 | 1,000.00 |
| Ryan Rubin | Senior Managing Director | 3/18/2022 | 1.0 | 575.00 | 575.00 |
| Andrew Sotak | Senior Director | 3/21/2022 | 1.1 | 400.00 | 440.00 |
| Andrew Sotak | Senior Director | 3/21/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 3/21/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 3/21/2022 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 3/21/2022 | 1.5 | 400.00 | 600.00 |
| Anthony Milazzo | Senior Managing Director | 3/21/2022 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 3/21/2022 | 1.2 | 575.00 | 690.00 |
| Ryan Rubin | Senior Managing Director | 3/21/2022 | 1.5 | 575.00 | 862.50 |
| Andrew Sotak | Senior Director | 3/22/2022 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 3/22/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 3/22/2022 | 0.3 | 400.00 | 120.00 |
| Ezra Cohen | Senior Associate | 3/22/2022 | 0.4 | 275.00 | 110.00 |
| Allie Rivera | Director | 3/23/2022 | 4.0 | 350.00 | 1,400.00 |
| Allie Rivera | Director | 3/23/2022 | 3.4 | 350.00 | 1,190.00 |
| Andrew Sotak | Senior Director | 3/23/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 3/23/2022 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 3/23/2022 | 0.5 | 400.00 | 200.00 |
| Anthony Milazzo | Senior Managing Director | 3/23/2022 | 2.1 | 575.00 | 1,207.50 |
| Anthony Milazzo | Senior Managing Director | 3/23/2022 | 0.3 | 575.00 | 172.50 |
| Anthony Milazzo | Senior Managing Director | 3/23/2022 | 0.8 | 575.00 | 460.00 |
| Andrew Sotak | Senior Director | 3/24/2022 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 3/24/2022 | 2.0 | 400.00 | 800.00 |
| Ryan Rubin | Senior Managing Director | 3/24/2022 | 1.0 | 575.00 | 575.00 |
| Andrew Sotak | Senior Director | 3/25/2022 | 4.0 | 400.00 | 1,600.00 |
| Andrew Sotak | Senior Director | 3/25/2022 | 3.5 | 400.00 | 1,400.00 |
| Andrew Sotak | Senior Director | 3/28/2022 | 1.4 | 400.00 | 560.00 |
| Andrew Sotak | Senior Director | 3/28/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 3/28/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 3/28/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 3/28/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 3/28/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 3/28/2022 | 0.8 | 400.00 | 320.00 |
| Anthony Milazzo | Senior Managing Director | 3/28/2022 | 1.4 | 575.00 | 805.00 |
| Anthony Milazzo | Senior Managing Director | 3/28/2022 | 0.8 | 575.00 | 460.00 |
| Ezra Cohen | Senior Associate | 3/28/2022 | 2.1 | 275.00 | 577.50 |
| Ryan Rubin | Senior Managing Director | 3/28/2022 | 2.0 | 575.00 | 1,150.00 |
| Andrew Sotak | Senior Director | 3/29/2022 | 1.0 | 400.00 | 400.00 |
| Ezra Cohen | Senior Associate | 3/29/2022 | 1.6 | 275.00 | 440.00 |
| Allie Rivera | Director | 3/30/2022 | 1.1 | 350.00 | 385.00 |
| Andrew Sotak | Senior Director | 3/30/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 3/30/2022 | 1.7 | 400.00 | 680.00 |
| Ezra Cohen | Senior Associate | 3/30/2022 | 0.3 | 275.00 | 82.50 |
| Ryan Rubin | Senior Managing Director | 3/30/2022 | 1.5 | 575.00 | 862.50 |
| Allie Rivera | Director | 3/31/2022 | 4.0 | 350.00 | 1,400.00 |
| Allie Rivera | Director | 3/31/2022 | 4.0 | 350.00 | 1,400.00 |
| Andrew Sotak | Senior Director | 3/31/2022 | 2.0 | 400.00 | 800.00 |
| Anthony Milazzo | Senior Managing Director | 3/31/2022 | 2.3 | 575.00 | 1,322.50 |
| Ezra Cohen | Senior Associate | 3/31/2022 | 1.1 | 275.00 | 302.50 |
| Ryan Rubin | Senior Managing Director | 3/31/2022 | 2.5 | 575.00 | 1,437.50 |
| | | **TOTAL** | **671.2** | | **$ 267,215.00** |

**Ankura Consulting**
**Time Detail by Team - Data Analysis**

| Name | Business Title | Date | Hours to Bill | Rate | Fees | Entry Narrative |
|---|---|---|---|---|---|---|
| Lars Schou | Senior Director | 1/6/2022 | 0.2 | 400.00 | 80.00 | |
| Kevin Tian | Senior Associate | 1/7/2022 | 0.8 | 275.00 | 220.00 | |
| Kevin Tian | Senior Associate | 1/11/2022 | 0.3 | 275.00 | 82.50 | |
| Franklin Tait | Associate | 1/11/2022 | 3.0 | 225.00 | 675.00 | |
| Franklin Tait | Associate | 1/11/2022 | 3.0 | 225.00 | 675.00 | |
| Franklin Tait | Associate | 1/12/2022 | 2.5 | 225.00 | 562.50 | |
| Franklin Tait | Associate | 1/12/2022 | 3.0 | 225.00 | 675.00 | |
| Franklin Tait | Associate | 1/13/2022 | 3.0 | 225.00 | 675.00 | |
| Franklin Tait | Associate | 1/13/2022 | 3.5 | 225.00 | 787.50 | |
| Franklin Tait | Associate | 1/14/2022 | 2.5 | 225.00 | 562.50 | |
| Franklin Tait | Associate | 1/14/2022 | 3.0 | 225.00 | 675.00 | |
| Franklin Tait | Associate | 1/17/2022 | 3.0 | 225.00 | 675.00 | |
| Franklin Tait | Associate | 1/18/2022 | 4.0 | 225.00 | 900.00 | |
| Franklin Tait | Associate | 1/20/2022 | 2.0 | 225.00 | 450.00 | |
| Kevin Tian | Senior Associate | 1/25/2022 | 0.5 | 275.00 | 137.50 | |
| Franklin Tait | Associate | 1/25/2022 | 4.0 | 225.00 | 900.00 | |
| Benjamin Guinard | Senior Associate | 2/8/2022 | 2.6 | 275.00 | 715.00 | |
| Benjamin Guinard | Senior Associate | 2/9/2022 | 1.7 | 275.00 | 467.50 | |
| Kevin Tian | Senior Associate | 2/10/2022 | 2.1 | 275.00 | 577.50 | |
| Richard Chung | Senior Director | 2/10/2022 | 0.8 | 400.00 | 320.00 | |
| Benjamin Guinard | Senior Associate | 2/10/2022 | 0.4 | 275.00 | 110.00 | |
| Franklin Tait | Associate | 2/11/2022 | 2.5 | 225.00 | 562.50 | |
| Kevin Tian | Senior Associate | 2/11/2022 | 2.6 | 275.00 | 715.00 | |
| Lars Schou | Senior Director | 2/11/2022 | 0.6 | 400.00 | 240.00 | |
| Richard Chung | Senior Director | 2/11/2022 | 2.6 | 400.00 | 1,040.00 | |
| Franklin Tait | Associate | 2/11/2022 | 2.5 | 225.00 | 562.50 | |
| Kevin Tian | Senior Associate | 2/14/2022 | 1.9 | 275.00 | 522.50 | |
| Richard Chung | Senior Director | 2/14/2022 | 1.3 | 400.00 | 520.00 | |
| Kevin Tian | Senior Associate | 2/15/2022 | 0.9 | 275.00 | 247.50 | |
| Richard Chung | Senior Director | 2/15/2022 | 0.5 | 400.00 | 200.00 | |
| Kevin Tian | Senior Associate | 2/16/2022 | 1.4 | 275.00 | 385.00 | |
| Richard Chung | Senior Director | 2/16/2022 | 0.7 | 400.00 | 280.00 | |
| Lars Schou | Senior Director | 2/17/2022 | 0.7 | 400.00 | 280.00 | |
| Richard Chung | Senior Director | 2/17/2022 | 0.8 | 400.00 | 320.00 | |
| Lars Schou | Senior Director | 2/18/2022 | 0.3 | 400.00 | 120.00 | |
| Richard Chung | Senior Director | 2/18/2022 | 0.7 | 400.00 | 280.00 | |
| Kevin Tian | Senior Associate | 2/22/2022 | 0.4 | 275.00 | 110.00 | |
| Lars Schou | Senior Director | 2/22/2022 | 2.3 | 400.00 | 920.00 | |
| David Cross | Managing Director | 2/22/2022 | 1.0 | 475.00 | 475.00 | |
| Kevin Tian | Senior Associate | 2/23/2022 | 1.6 | 275.00 | 440.00 | |
| Lars Schou | Senior Director | 2/23/2022 | 2.1 | 400.00 | 840.00 | |
| Richard Chung | Senior Director | 2/23/2022 | 1.2 | 400.00 | 480.00 | |
| Brad Lohmeyer | Senior Managing Director | 2/23/2022 | 1.3 | 575.00 | 747.50 | |
| Kevin Tian | Senior Associate | 2/24/2022 | 1.3 | 275.00 | 357.50 | |
| Lars Schou | Senior Director | 2/24/2022 | 1.6 | 400.00 | 640.00 | |
| Richard Chung | Senior Director | 2/24/2022 | 3.5 | 400.00 | 1,400.00 | |
| Richard Chung | Senior Director | 2/24/2022 | 4.0 | 400.00 | 1,600.00 | |
| Than Chen | Senior Director | 2/24/2022 | 0.5 | 400.00 | 200.00 | |
| Brad Lohmeyer | Senior Managing Director | 2/24/2022 | 1.1 | 575.00 | 632.50 | |
| Kevin Tian | Senior Associate | 2/25/2022 | 1.6 | 275.00 | 440.00 | |
| Brad Lohmeyer | Senior Managing Director | 2/25/2022 | 0.4 | 575.00 | 230.00 | |
| Kevin Tian | Senior Associate | 2/28/2022 | 1.7 | 275.00 | 467.50 | |
| Benjamin Guinard | Senior Associate | 2/28/2022 | 0.7 | 275.00 | 192.50 | |
| Kevin Tian | Senior Associate | 3/1/2022 | 1.5 | 275.00 | 412.50 | |
| Lars Schou | Senior Director | 3/1/2022 | 1.1 | 400.00 | 440.00 | |
| Than Chen | Senior Director | 3/1/2022 | 0.8 | 400.00 | 320.00 | |
| Brad Lohmeyer | Senior Managing Director | 3/1/2022 | 0.8 | 575.00 | 460.00 | |
| Kevin Tian | Senior Associate | 3/2/2022 | 0.6 | 275.00 | 165.00 | |
| Lars Schou | Senior Director | 3/2/2022 | 2.2 | 400.00 | 880.00 | |
| Kevin Tian | Senior Associate | 3/3/2022 | 1.1 | 275.00 | 302.50 | |
| Lars Schou | Senior Director | 3/3/2022 | 1.1 | 400.00 | 440.00 | |
| Levi Hedges | Associate | 3/3/2022 | 1.0 | 225.00 | 225.00 | |
| Kevin Tian | Senior Associate | 3/4/2022 | 0.5 | 275.00 | 137.50 | |
| Lars Schou | Senior Director | 3/4/2022 | 0.4 | 400.00 | 160.00 | |
| Levi Hedges | Associate | 3/4/2022 | 2.0 | 225.00 | 450.00 | |
| Kevin Tian | Senior Associate | 3/7/2022 | 2.4 | 275.00 | 660.00 | |
| Lars Schou | Senior Director | 3/7/2022 | 0.6 | 400.00 | 240.00 | |
| Levi Hedges | Associate | 3/7/2022 | 4.0 | 225.00 | 900.00 | |
| Benjamin Guinard | Senior Associate | 3/7/2022 | 2.7 | 275.00 | 742.50 | |
| Kevin Tian | Senior Associate | 3/8/2022 | 1.1 | 275.00 | 302.50 | |
| Kevin Tian | Senior Associate | 3/8/2022 | 1.5 | 275.00 | 412.50 | |
| Levi Hedges | Associate | 3/8/2022 | 4.0 | 225.00 | 900.00 | |
| Benjamin Guinard | Senior Associate | 3/9/2022 | 1.8 | 275.00 | 495.00 | |
| Kevin Tian | Senior Associate | 3/9/2022 | 1.1 | 275.00 | 302.50 | |
| Levi Hedges | Associate | 3/9/2022 | 2.5 | 225.00 | 562.50 | |
| Levi Hedges | Associate | 3/10/2022 | 3.0 | 225.00 | 675.00 | |
| Levi Hedges | Associate | 3/11/2022 | 2.5 | 225.00 | 562.50 | |
| Levi Hedges | Associate | 3/11/2022 | 2.5 | 225.00 | 562.50 | |
| Lars Schou | Senior Director | 3/16/2022 | 0.9 | 400.00 | 360.00 | |
| Franklin Tait | Associate | 3/17/2022 | 3.0 | 225.00 | 675.00 | |
| Franklin Tait | Associate | 3/18/2022 | 1.0 | 225.00 | 225.00 | |
| Franklin Tait | Associate | 3/22/2022 | 4.0 | 225.00 | 900.00 | |
| Franklin Tait | Associate | 3/24/2022 | 2.0 | 225.00 | 450.00 | |
| Franklin Tait | Associate | 3/28/2022 | 3.0 | 225.00 | 675.00 | |
| Franklin Tait | Associate | 3/28/2022 | 1.0 | 225.00 | 225.00 | |
| Franklin Tait | Associate | 3/29/2022 | 2.0 | 225.00 | 450.00 | |
| Franklin Tait | Associate | 3/30/2022 | 1.0 | 225.00 | 225.00 | |
| | | **TOTAL** | **152.9** | | **$ 43,265.00** | |

**Ankura Consulting**
**Time Detail by Team - Status Reports**

| Name | Business Title | Date | Hours to Bill | Rate | Fees | Entry Narrative |
|------|----------------|------|--------------:|-----:|-----:|-----------------|
| Andrew Sotak | Senior Director | 3/14/2022 | 2.0 | 400.00 | 800.00 | |
| Anthony Milazzo | Senior Managing | 3/17/2022 | 2.5 | 575.00 | 1,437.50 | |
| Andrew Sotak | Senior Director | 3/18/2022 | 0.5 | 400.00 | 200.00 | |
| Anthony Milazzo | Senior Managing | 3/18/2022 | 1.1 | 575.00 | 632.50 | |
| Andrew Sotak | Senior Director | 3/23/2022 | 1.5 | 400.00 | 600.00 | |
| Andrew Sotak | Senior Director | 3/29/2022 | 1.5 | 400.00 | 600.00 | |
| Andrew Sotak | Senior Director | 3/29/2022 | 1.0 | 400.00 | 400.00 | |
| Anthony Milazzo | Senior Managing | 3/29/2022 | 2.5 | 575.00 | 1,437.50 | |
| Andrew Sotak | Senior Director | 3/30/2022 | 2.7 | 400.00 | 1,080.00 | |
| Anthony Milazzo | Senior Managing | 3/30/2022 | 1.5 | 575.00 | 862.50 | |
| Anthony Milazzo | Senior Managing | 3/30/2022 | 2.7 | 575.00 | 1,552.50 | |
| | | **TOTAL** | **19.5** | | **$ 9,602.50** | |

**ankura**

| | |
|---|---|
| Project #: | P-003174 |
| Invoice Date: | 4/14/2022 |
| Invoice Number: | CI-055469 |
| Professional Services Through: | 3/31/2022 |

*Expense Detail by Date*

| Date | Name | Category | Expense Description | Amount |
|---|---|---|---|---|
| 12/9/2021 | Ezra Cohen | Printing and reproductions | | $ 2.22 |
| 12/15/2021 | Ezra Cohen | Printing and reproductions | | $ 97.83 |
| 12/15/2021 | Ezra Cohen | Printing and reproductions | | $ 3.89 |
| 12/15/2021 | Ezra Cohen | Printing and reproductions | | $ 24.46 |
| 12/15/2021 | Ezra Cohen | Printing and reproductions | | $ 3.89 |
| 12/15/2021 | Ezra Cohen | Printing and reproductions | | $ 1.04 |
| 12/15/2021 | Ezra Cohen | Printing and reproductions | | $ 5.85 |
| 12/15/2021 | Ezra Cohen | Printing and reproductions | | $ 5.85 |
| 1/21/2022 | Ryan Rubin | Licenses, permits and registration fees | | $ 41.87 |
| 2/24/2022 | Ezra Cohen | Printing and reproductions | | $ 146.36 |
| 2/24/2022 | Ezra Cohen | Printing and reproductions | | $ 109.77 |
| 2/24/2022 | Ezra Cohen | Printing and reproductions | | $ 109.77 |
| 2/24/2022 | Ezra Cohen | Printing and reproductions | | $ 20.00 |
| 2/24/2022 | Ezra Cohen | Printing and reproductions | | $ 20.00 |
| 3/9/2022 | Andrew Sotak | Printing and reproductions | | $ 20.00 |
| **Total** | | | | **$ 612.80** |

ankura

| | |
|---|---|
| Project #: | **P-003174** |
| Invoice Date: | **4/14/2022** |
| Invoice Number: | **CI-055469** |
| Professional Services Through: | **3/31/2022** |

*Miscellaneous Expenses*

| Comment | | Amount |
|---|---|---|
| █████████████████████████████████████████ | $ | 140.00 |
| **Total** | **$** | **140.00** |



Case 1:20-cv-10849-JGLC   Document 155-2   Filed 06/29/22   Page 14 of 14

|  | Project #: | P-003174 |
|--|------------|----------|
|  | Invoice Date: | 4/14/2022 |
|  | Invoice Number: | CI-055469 |
|  | Professional Services Through: | 3/31/2022 |

***Expenses - Supplier Invoice***

| Date | Resource Provider | Item Description | Amount |
|------|-------------------|------------------|--------|
| 12/31/2021 | Complete Discovery Source Inc. | ███████████ | $    570.00 |

13