# Exhibit C

Law Office of Dennis O. Cohen, PLLC
157 13th Street
Brooklyn, NY 11215
(646) 859-8855
dennis@denniscohenlaw.com

## SUPERSEDING CONSOLIDATED INVOICE (REDACTED)   APRIL 22, 2022

### ROBERT J. MUSIALA, JR. AS COURT-APPOINTED RECEIVER

**BILL TO**
Robert J. Musiala, Jr.
BakerHostetler
One North Wacker Drive
Suite 4500
Chicago, IL 60606
rmusiala@bakerlaw.com

**INSTRUCTIONS**
Payment by wire to:
CITIBANK, N.A.
ABA Number: 021 000 089
SWIFT Code: CITI US 33
Account Number: 67 952 00 678

Payment by check to:
Law Office of Dennis O. Cohen, PLLC
157 13th Street
Brooklyn, NY 11215
Federal Tax ID: 83-2632313

| DESCRIPTION | TIME | NOTES | RATE AND TOTAL |
|---|---|---|---|
| For legal services rendered pursuant to engagement letter dated February 15, 2022, including: | | Non-final invoice. | DC Rate: $625/hr |
| Dennis O. Cohen (Activity Category *Asset Analysis and Recovery*): | | | |
| 2/11/2022  [REDACTED] | 1.2 | | |
| 2/15/2022  [REDACTED] | 0.8 | | |
| 2/17/2022  [REDACTED] | 4.1 | | |





| Date | Value |
|---|---|
| 2/18/2022 | 1.5 |
| 2/21/2022 | 1.3 |
| 2/22/2022 | 1.0 |
| 2/23/2022 | 2.0 |

THANK YOU FOR YOUR BUSINESS

| Date | | Value |
|---|---|---|
| 2/24/22 | ████ | 0.1 |
| | ████ | |
| 2/25/2022 | ████ | 2.0 |
| | ████ | |
| 3/4/2022 | ████ | 0.2 |
| 3/4/2022 | ████ | 0.8 |
| 3/9/2022 | ████ | 0.1 |
| 3/19/2022 | ████ | 0.1 |
| 3/21/2022 | ████ | 1.8 |
| 3/22/2022 | ████ | 0.2 |
| 3/23/2022 | ████ | 0.1 |
| 3/24/2022 | ████ | 0.2 |

THANK YOU FOR YOUR BUSINESS



| | | |
|---|---|---|
| 3/28/2022 | | 1.5 |
| | Total DC | 19.0 |
| | Fees Subtotal | $11,875.00 |
| | Total | $11,875.00 |

Please pay per agreement: $11,875.00

THANK YOU FOR YOUR BUSINESS