UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>            Defendants. | Case No.: 20-cv-10849 (LGS) |

### NOTICE OF RECEIVER'S MOTION TO SET BAR DATE FOR CLAIMS AGAINST THE RECEIVERSHIP ESTATE AND TO APPROVE CLAIM FORM AND NOTICE PROCEDURES

**PLEASE TAKE NOTICE** that Robert A. Musiala, Jr., the Court-appointed Receiver in the above-captioned case ("Receiver"), by and through his counsel, will move this Court, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, for the entry of an order granting the Receiver's Motion to set a bar date for claims against the Receivership Estate and to approve claim form and notice procedures attached hereto as Exhibits A and B, together with such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must: (i) be made in writing; (ii) conform to the Federal Rules of Civil Procedure, the Local Rules for the

Southern District of New York, and other applicable rules and guidelines; and (iii) be filed so as to be received by the Court no later than 21 days from the date of this Motion.

**PLEASE TAKE FURTHER NOTICE** that this Motion is made with the consent of Plaintiff.

Dated: July 8, 2022
New York, New York

**BAKER & HOSTETLER LLP**

*/s/ Marco Molina*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Tel.: (212) 589-4200
Facsimile: (212) 589-4201
Marco Molina
mmolina@bakerlaw.com

*Attorneys for Receiver Robert A. Musiala, Jr.*