# Exhibit B

**EXHIBIT B**
**PROPOSED PUBLICATION NOTICE**

# The Court Appointed Receiver in *Securities and Exchange Commission v. Stefan Qin, et al.* Announces Notice of Bar Date to Submit Claims

*Securities and Exchange Commission v. Stefan Qin et al.*
*Civil Action No. 20-cv-10849 (LGS) (S.D.N.Y.)*

NEW YORK, [Insert Publication Date] – The following notice has been issued by Robert A. Musiala, Jr., the receiver in the above-captioned case.

### NOTICE OF CLAIMS PROCEDURE AND CLAIMS BAR DATE

THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY. FAILURE TO TIMELY SUBMIT A CLAIM PURSUANT TO THE DIRECTIONS BELOW MAY RESULT IN YOUR CLAIM OR INTEREST BEING BARRED FROM A DISTRIBUTION.

**To Potential Claimants**:

On January 21, 2021, the above-captioned Court entered an Order appointing Robert A. Musiala, Jr. ("Receiver") as Receiver for Virgil Technologies LLC, Montgomery Technologies LLC, Virgil Quantitative Research, LLC (fka Decibel18 LLC), Virgil Capital LLC, VQR Partners LLC, and the assets of Virgil Sigma Fund LP and VQR Multistrategy Fund LP (together with all Recoverable Assets, as that term is defined in the Order Appointing Receiver, the "Receivership Estate").

On [Insert Date], the Court entered an Order ("Bar Date Order") setting a date after which claims and/or interests (collectively "Claims") filed against the Receivership Estate may be deemed untimely.

The purpose of this publication is to alert those persons or entities who may potentially hold a Claim against the Receivership Estate that **11:59 p.m. prevailing Eastern Time on [INSERT DATE] has been set as the deadline ("Bar Date") to file all Claims against the Receivership Estate**.

### Eligible Claimants

You may be eligible to submit a Claim if you (i) were employed by the Receivership Estate, (ii) paid any monies to the Receivership Estate for investment purposes, (iii) provided services and/or goods to the Receivership Estate, or (iv) have an equity interest in the Receivership Estate.

### How To Submit A Claim

Information and instructions on how to obtain a Claim Form and timely submit a Claim may be found on the Receiver's website: https://www.bakerlaw.com/qin-receivership.

### Deadline for Submitting A Claim

Notice is hereby given that all potential claimants and interest holders seeking a recovery from the Receivership Estate should file their Claim Form (and accompanying documentation)

electronically through the Receiver's secure online Claims Portal (available at https://www.bakerlaw.com/qin-receivership) so that it is actually submitted to the Receiver **no later than 11:59 p.m. prevailing Eastern Time on [INSERT DATE]. Claims submitted electronically or postmarked after the Bar Date will not be timely and may not be considered by the Receiver in his discretion.**

Should you have any questions, please contact the Receiver at qin-receivership@bakerlaw.com.