UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Case No.: 20-cv-10849 (LGS) |

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of Receiver's Notice of Motion for an Order to Set Bar Date, the Receiver's Memorandum of Law in Support of the Motion to Set Bar Date for Claims Against The Receivership Estate and To Approve Claim Form and Notice Procedures and the Proposed Order Granting Receiver's Motion to Set Bar Date for Claims Against the Receivership Estate and To Approve Claim Form and Notice Procedures was served upon the following via email on July 8, 2022:

Shawn G. Crowley
Louis W. Fisher
Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
scrowley@kaplanhecker.com
lfisher@kaplanhecker.com
shecker@kaplanhecker.com

*Counsel for Defendant Stefan Qin*

| | |
|---|---|
| Dated: July 8, 2022<br>New York, New York | /s/ *Marco Molina*<br>Marco Molina<br>BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, NY 10111-0100<br>Tel.: (212) 589-4200<br>Facsimile: (212) 589-4201<br>mmolina@bakerlaw.com<br><br>*Attorneys for Receiver Robert A. Musiala, Jr.* |