**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>            Defendants. | Case No.: 20-cv-10849 (LGS) |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Receiver's Seventh Status Report was served upon the following via email on July 14, 2022:

Shawn G. Crowley
Louis W. Fisher
Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
scrowley@kaplanhecker.com
lfisher@kaplanhecker.com
shecker@kaplanhecker.com

*Counsel for Defendant Stefan Qin*

| | |
|---|---|
| Dated:  July 14, 2022<br>  Washington, D.C. | Respectfully submitted,<br><br>*/s/ Teresa Goody Guillén*<br>BAKER & HOSTETLER LLP<br>1050 Connecticut Avenue, NW<br>Suite 1100<br>Washington, D.C. 20036<br>Tel.: (202) 861-1500<br>Facsimile: (202) 861-1783<br>Teresa Goody Guillén<br>tgoodyguillen@bakerlaw.com |