**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>      Defendants. | Case No.: 20-cv-10849 (LGS)<br><br>**PROPOSED ORDER GRANTING WITHDRAWAL OF APPEARANCE OF BARI R. NADWORNY** |

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration of Bari R. Nadworny, of Baker & Hostetler LLP, Bari R. Nadworny is hereby withdrawn as counsel for Receiver Robert A. Musiala, Jr.

**SO ORDERED.**

_____
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>      Defendants. | Case No.: 20-cv-10849 (LGS)<br><br>**DECLARATION OF BARI R. NADWORNY** |

I, Bari R. Nadworny, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an associate with the law firm of Baker & Hostetler LLP, attorneys for Receiver Robert A. Musiala, Jr. I am admitted to practice in this Court and respectfully submit this Declaration in support of the Proposed Order Granting Withdrawal of Appearance of Bari R. Nadworny.

2. Due to my departure from the firm, I will no longer be able to represent Receiver Robert A. Musiala, Jr. in this matter.

3. Receiver Robert A. Musiala, Jr. has been informed of my withdrawal as counsel and he does not oppose the withdrawal.

4. Marco Molina, John J. Carney, and Teresa Goody Guillén, Partners at Baker & Hostetler LLP, have appeared in this action (ECF Nos. 32, 53, 86) and will continue to represent Receiver Robert A. Musiala, Jr. in this action. I am no longer representing Receiver Robert A. Musiala, Jr. in this action.

5. I am not asserting a retaining or charging lien in this action.

Respectfully submitted,

_____
BAKER & HOSTETLER LLP
Bari R. Nadworny