UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Case No.: 20-cv-10849 (LGS) |

## CERTIFICATE OF SERVICE

I certify that true and correct copies of Proposed Order Granting Withdrawal of Appearance of Bari R. Nadworny and Declaration of Bari R. Nadworny were served upon the following via email on September 6, 2022:

Shawn G. Crowley
Louis W. Fisher
Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
scrowley@kaplanhecker.com
lfisher@kaplanhecker.com
shecker@kaplanhecker.com

*Counsel for Defendant Stefan Qin*

| | |
|---|---|
| Dated: September 6, 2022<br>New York, New York | /s/ *Teresa Goody Guillén*<br>Teresa Goody Guillén<br>BAKER & HOSTETLER LLP<br>1050 Connecticut Avenue, NW<br>Suite 1100<br>Washington, D.C. 20036<br>Tel.: (202) 861-1500<br>Facsimile: (202) 861-1783<br>tgoodyguillen@bakerlaw.com<br><br>*Attorneys for Receiver Robert A. Musiala, Jr.* |