UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Case No.: 20-cv-10849 (LGS) |

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the Court-appointed Receiver, Robert A. Musiala, Jr.  All notices given or required to be given in this case and all papers filed in this case to be served upon the undersigned counsel.

Dated:  September 7, 2022
         New York, New York

**BAKER & HOSTETLER LLP**

/s/ *Lauren P. Lyster*
Lauren P. Lyster
45 Rockefeller Plaza
New York, NY 10111-0100
Tel.: (212) 589-4200
Fax: (212) 589-4201
llyster@bakerlaw.com

*Attorneys for Receiver Robert A. Musiala, Jr.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>                Defendants. | Case No.: 20-cv-10849 (LGS) |

## CERTIFICATE OF SERVICE

I certify that true and correct copies of Notice of Appearance of Lauren P. Lyster and was served upon the following via email on September 7, 2022:

Shawn G. Crowley
Louis W. Fisher
Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
scrowley@kaplanhecker.com
lfisher@kaplanhecker.com
shecker@kaplanhecker.com

*Counsel for Defendant Stefan Qin*

2

Dated: September 7, 2022 /s/ *Lauren P. Lyster*
       New York, New York     Lauren P. Lyster
                                            45 Rockefeller Plaza
                                            New York, NY 10111-0100
                                            Tel.: (212) 589-4200
                                            Fax: (212) 589-4201
                                            llyster@bakerlaw.com

                                            *Attorneys for Receiver Robert A. Musiala, Jr.*