# Exhibit B



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
| --- | --- |
| 07/15/2022 | CI-061727 |

| Payment Terms | Due Date |
| --- | --- |
| Net 30 | 08/14/2022 |

| FEIN NO.: | 47-2435218 |
| --- | --- |

**Bill To:**

Robert A. Musiala Jr.
Baker Hostetler, LLP
One North Wacker Drive
Suite 4500
Chicago, IL 60606
United States of America

**Project Information:**

| | |
| --- | --- |
| Project Name: | P-003174 Baker Hostetler / Virgil Receivership |
| Project Number: | P-003174 |
| PO Number: | |

Professional Services rendered, see attached.

| | | |
| --- | --- | --- |
| ***Net Amount:*** | | **370,877.00** |
| ***Tax:*** | | |
| ***Total Invoice Amount:*** | **USD** | **370,877.00** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

**Remittance Information:**

**Electronic Payment Info**

Wire Instructions
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

ankura

| | |
|---|---|
| **Project #:** | **P-003174** |
| **Invoice Date:** | **7/15/2022** |
| **Invoice Number:** | **CI-061727** |
| **Professional Services Through:** | **6/30/2022** |

***Invoice Summary***

| | | |
|---|---|---|
| **Professional Services** | **$** | **367,227.50** |
| **Supplier Invoice** | **$** | **3,649.50** |
| **Current Invoice Total:** | **$** | **370,877.00** |

**Ankura Consulting**
**Summary by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Anthony Milazzo | Senior Managing Director | $ 575.00 | 141.8 | $ 81,535.00 |
| Mark King | Senior Managing Director | $ 575.00 | 13.7 | $ 7,877.50 |
| Robert Capper | Senior Managing Director | $ 575.00 | 2.5 | $ 1,437.50 |
| Ryan Rubin | Senior Managing Director | $ 575.00 | 53.0 | $ 30,475.00 |
| Todd Cryblskey | Senior Managing Director | $ 575.00 | 2.4 | $ 1,380.00 |
| Brian Chiasson | Managing Director | $ 475.00 | 6.3 | $ 2,992.50 |
| David Cross | Managing Director | $ 475.00 | 1.0 | $ 475.00 |
| Dean Fiala | Managing Director | $ 475.00 | 10.0 | $ 4,750.00 |
| John Hays | Managing Director | $ 475.00 | 31.3 | $ 14,867.50 |
| Adam Swissman | Senior Director | $ 400.00 | 3.8 | $ 1,520.00 |
| Allie Rivera | Senior Director | $ 400.00 | 174.5 | $ 69,800.00 |
| Andrew Sotak | Senior Director | $ 400.00 | 207.6 | $ 83,040.00 |
| Jimmy Bosse | Senior Director | $ 400.00 | 32.2 | $ 12,880.00 |
| Lars Schou | Senior Director | $ 400.00 | 10.3 | $ 4,120.00 |
| Garrett Keefe | Director | $ 350.00 | 7.0 | $ 2,450.00 |
| Benjamin Guinard | Director | $ 350.00 | 15.8 | $ 5,530.00 |
| Adam Horsman | Senior Associate | $ 275.00 | 31.0 | $ 8,525.00 |
| Ezra Cohen | Senior Associate | $ 275.00 | 33.8 | $ 9,295.00 |
| Kevin Tian | Senior Associate | $ 275.00 | 11.7 | $ 3,217.50 |
| Kobina Nketsia-Tabiri | Senior Associate | $ 275.00 | 0.9 | $ 247.50 |
| Franklin Tait | Associate | $ 225.00 | 68.5 | $ 15,412.50 |
| Levi Hedges | Associate | $ 225.00 | 24.0 | $ 5,400.00 |
| **Total** | | | **883.1** | **$ 367,227.50** |

**Ankura Consulting**
**Fees by Team**

**Forensic Accounting**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Anthony Milazzo | Senior Managing Director | $ 575.00 | 134.1 | $ 77,107.50 |
| Robert Capper | Senior Managing Director | $ 575.00 | 2.5 | $ 1,437.50 |
| Ryan Rubin | Senior Managing Director | $ 575.00 | 53.0 | $ 30,475.00 |
| David Cross | Managing Director | $475.00 | 1.0 | $ 475.00 |
| Andrew Sotak | Senior Director | $ 400.00 | 201.1 | $ 80,440.00 |
| Allie Rivera | Senior Director | $ 400.00 | 174.5 | $ 69,800.00 |
| Benjamin Guinard | Director | $ 350.00 | 15.8 | $ 5,530.00 |
| Adam Horsman | Senior Associate | $ 275.00 | 31.0 | $ 8,525.00 |
| Ezra Cohen | Senior Associate | $ 275.00 | 33.8 | $ 9,295.00 |
| Franklin Tait | Associate | $225.00 | 68.5 | $ 15,412.50 |
| Levi Hedges | Associate | $225.00 | 24.0 | $ 5,400.00 |
| **Total** | | | **739.3** | **$ 303,897.50** |

**Data Analysis**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Lars Schou | Senior Director | $ 400.00 | 10.3 | $ 4,120.00 |
| Kevin Tian | Senior Associate | $ 275.00 | 11.7 | $ 3,217.50 |
| **Total** | | | **22.0** | **$ 7,337.50** |

**Claims Administration and Objections**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Mark King | Senior Managing Director | $ 575.00 | 13.7 | $ 7,877.50 |
| Todd Cryblskey | Senior Managing Director | $ 575.00 | 2.4 | $ 1,380.00 |
| Brian Chiasson | Managing Director | $ 475.00 | 6.3 | $ 2,992.50 |
| Dean Fiala | Managing Director | $ 475.00 | 10.0 | $ 4,750.00 |
| John Hays | Managing Director | $ 475.00 | 31.3 | $ 14,867.50 |
| Adam Swissman | Senior Director | $ 400.00 | 3.8 | $ 1,520.00 |
| Jimmy Bosse | Senior Director | $ 400.00 | 32.2 | $ 12,880.00 |
| Garrett Keefe | Director | $ 350.00 | 7.0 | $ 2,450.00 |
| Kobina Nketsia-Tabiri | Senior Associate | $ 275.00 | 0.9 | $ 247.50 |
| **Total** | | | **107.6** | **$ 48,965.00** |

**Status Reports**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Anthony Milazzo | Senior Managing Director | $ 575.00 | 7.7 | $ 4,427.50 |
| Andrew Sotak | Senior Director | $ 400.00 | 6.5 | $ 2,600.00 |
| **Total** | | | **14.2** | **$7,027.50** |

| | | | | |
|---|---|---|---|---|
| **Total Team Fees** | | | **883.1** | **$367,227.50** |

**Ankura Consulting**
**Time Detail by Team - Forensic Accounting**

| Name | Business Title | Date | Hours to Bill | Rate | Fees | Entry Narrative |
|---|---|---|---|---|---|---|
| Andrew Sotak | Senior Director | 4/1/2022 | 1.0 | 400.00 | 400.00 | |
| Anthony Milazzo | Senior Managing Director | 4/1/2022 | 0.7 | 575.00 | 402.50 | |
| Anthony Milazzo | Senior Managing Director | 4/1/2022 | 1.0 | 575.00 | 575.00 | |
| Ryan Rubin | Senior Managing Director | 4/1/2022 | 1.5 | 575.00 | 862.50 | |
| Allie Rivera | Senior Director | 4/4/2022 | 4.0 | 400.00 | 1,600.00 | |
| Andrew Sotak | Senior Director | 4/4/2022 | 0.1 | 400.00 | 40.00 | |
| Andrew Sotak | Senior Director | 4/4/2022 | 1.4 | 400.00 | 560.00 | |
| Andrew Sotak | Senior Director | 4/4/2022 | 4.0 | 400.00 | 1,600.00 | |
| Andrew Sotak | Senior Director | 4/4/2022 | 4.0 | 400.00 | 1,600.00 | |
| Andrew Sotak | Senior Director | 4/4/2022 | 1.5 | 400.00 | 600.00 | |
| Anthony Milazzo | Senior Managing Director | 4/4/2022 | 1.4 | 575.00 | 805.00 | |
| Anthony Milazzo | Senior Managing Director | 4/4/2022 | 0.9 | 575.00 | 517.50 | |
| Anthony Milazzo | Senior Managing Director | 4/4/2022 | 0.3 | 575.00 | 172.50 | |
| Anthony Milazzo | Senior Managing Director | 4/4/2022 | 1.8 | 575.00 | 1,035.00 | |
| Franklin Tait | Associate | 4/4/2022 | 4.0 | 225.00 | 900.00 | |
| Allie Rivera | Senior Director | 4/5/2022 | 4.0 | 400.00 | 1,600.00 | |
| Allie Rivera | Senior Director | 4/5/2022 | 3.4 | 400.00 | 1,360.00 | |
| Andrew Sotak | Senior Director | 4/5/2022 | 0.5 | 400.00 | 200.00 | |
| Andrew Sotak | Senior Director | 4/5/2022 | 2.0 | 400.00 | 800.00 | |
| Anthony Milazzo | Senior Managing Director | 4/5/2022 | 0.6 | 575.00 | 345.00 | |
| Anthony Milazzo | Senior Managing Director | 4/5/2022 | 1.1 | 575.00 | 632.50 | |
| Allie Rivera | Senior Director | 4/6/2022 | 3.0 | 400.00 | 1,200.00 | |
| Allie Rivera | Senior Director | 4/6/2022 | 2.8 | 400.00 | 1,120.00 | |
| Andrew Sotak | Senior Director | 4/6/2022 | 1.8 | 400.00 | 720.00 | |
| Andrew Sotak | Senior Director | 4/6/2022 | 3.5 | 400.00 | 1,400.00 | |
| Anthony Milazzo | Senior Managing Director | 4/6/2022 | 0.5 | 575.00 | 287.50 | |
| Anthony Milazzo | Senior Managing Director | 4/6/2022 | 0.8 | 575.00 | 460.00 | |
| Anthony Milazzo | Senior Managing Director | 4/6/2022 | 2.8 | 575.00 | 1,610.00 | |
| Allie Rivera | Senior Director | 4/7/2022 | 4.0 | 400.00 | 1,600.00 | |
| Allie Rivera | Senior Director | 4/7/2022 | 3.3 | 400.00 | 1,320.00 | |
| Andrew Sotak | Senior Director | 4/7/2022 | 4.5 | 400.00 | 1,800.00 | |
| Andrew Sotak | Senior Director | 4/7/2022 | 3.0 | 400.00 | 1,200.00 | |
| Anthony Milazzo | Senior Managing Director | 4/7/2022 | 0.5 | 575.00 | 287.50 | |
| Anthony Milazzo | Senior Managing Director | 4/7/2022 | 0.5 | 575.00 | 287.50 | |
| Ezra Cohen | Senior Associate | 4/7/2022 | 0.4 | 275.00 | 110.00 | |
| Ryan Rubin | Senior Managing Director | 4/7/2022 | 1.0 | 575.00 | 575.00 | |
| Franklin Tait | Associate | 4/7/2022 | 4.5 | 225.00 | 1,012.50 | |
| Allie Rivera | Senior Director | 4/8/2022 | 4.0 | 400.00 | 1,600.00 | |
| Allie Rivera | Senior Director | 4/8/2022 | 4.0 | 400.00 | 1,600.00 | |
| Andrew Sotak | Senior Director | 4/8/2022 | 1.5 | 400.00 | 600.00 | |
| Andrew Sotak | Senior Director | 4/8/2022 | 1.5 | 400.00 | 600.00 | |
| Andrew Sotak | Senior Director | 4/8/2022 | 2.5 | 400.00 | 1,000.00 | |
| Andrew Sotak | Senior Director | 4/8/2022 | 0.5 | 400.00 | 200.00 | |
| Anthony Milazzo | Senior Managing Director | 4/8/2022 | 3.5 | 575.00 | 2,012.50 | |
| Anthony Milazzo | Senior Managing Director | 4/8/2022 | 4.5 | 575.00 | 2,587.50 | |
| Ezra Cohen | Senior Associate | 4/8/2022 | 0.5 | 275.00 | 137.50 | |
| Ryan Rubin | Senior Managing Director | 4/8/2022 | 1.5 | 575.00 | 862.50 | |
| Allie Rivera | Senior Director | 4/11/2022 | 3.0 | 400.00 | 1,200.00 | |
| Allie Rivera | Senior Director | 4/11/2022 | 0.3 | 400.00 | 120.00 | |
| Allie Rivera | Senior Director | 4/11/2022 | 4.4 | 400.00 | 1,760.00 | |
| Allie Rivera | Senior Director | 4/11/2022 | 0.5 | 400.00 | 200.00 | |
| Andrew Sotak | Senior Director | 4/11/2022 | 1.5 | 400.00 | 600.00 | |
| Andrew Sotak | Senior Director | 4/11/2022 | 0.5 | 400.00 | 200.00 | |
| Andrew Sotak | Senior Director | 4/11/2022 | 1.5 | 400.00 | 600.00 | |
| Andrew Sotak | Senior Director | 4/11/2022 | 0.9 | 400.00 | 360.00 | |
| Anthony Milazzo | Senior Managing Director | 4/11/2022 | 1.5 | 575.00 | 862.50 | |
| Anthony Milazzo | Senior Managing Director | 4/11/2022 | 0.5 | 575.00 | 287.50 | |
| Anthony Milazzo | Senior Managing Director | 4/11/2022 | 0.9 | 575.00 | 517.50 | |
| Anthony Milazzo | Senior Managing Director | 4/11/2022 | 0.8 | 575.00 | 460.00 | |
| Anthony Milazzo | Senior Managing Director | 4/11/2022 | 0.4 | 575.00 | 230.00 | |
| Ezra Cohen | Senior Associate | 4/11/2022 | 1.5 | 275.00 | 412.50 | |
| Ryan Rubin | Senior Managing Director | 4/11/2022 | 2.0 | 575.00 | 1,150.00 | |
| Allie Rivera | Senior Director | 4/12/2022 | 3.0 | 400.00 | 1,200.00 | |
| Allie Rivera | Senior Director | 4/12/2022 | 2.5 | 400.00 | 1,000.00 | |
| Allie Rivera | Senior Director | 4/12/2022 | 1.0 | 400.00 | 400.00 | |
| Ezra Cohen | Senior Associate | 4/12/2022 | 1.2 | 275.00 | 330.00 | |
| Ryan Rubin | Senior Managing Director | 4/12/2022 | 5.0 | 575.00 | 2,875.00 | |
| Franklin Tait | Associate | 4/12/2022 | 4.0 | 225.00 | 900.00 | |
| Adam Horsman | Senior Associate | 4/13/2022 | 3.0 | 275.00 | 825.00 | |
| Ryan Rubin | Senior Managing Director | 4/13/2022 | 3.5 | 575.00 | 2,012.50 | |
| Franklin Tait | Associate | 4/13/2022 | 4.0 | 225.00 | 900.00 | |
| Adam Horsman | Senior Associate | 4/14/2022 | 1.0 | 275.00 | 275.00 | |
| Allie Rivera | Senior Director | 4/14/2022 | 3.8 | 400.00 | 1,520.00 | |
| Allie Rivera | Senior Director | 4/14/2022 | 3.2 | 400.00 | 1,280.00 | |
| Anthony Milazzo | Senior Managing Director | 4/14/2022 | 1.0 | 575.00 | 575.00 | |
| Ryan Rubin | Senior Managing Director | 4/14/2022 | 2.0 | 575.00 | 1,150.00 | |
| Allie Rivera | Senior Director | 4/15/2022 | 4.0 | 400.00 | 1,600.00 | |
| Anthony Milazzo | Senior Managing Director | 4/15/2022 | 1.5 | 575.00 | 862.50 | |
| Allie Rivera | Senior Director | 4/18/2022 | 4.8 | 400.00 | 1,920.00 | |
| Allie Rivera | Senior Director | 4/18/2022 | 0.2 | 400.00 | 80.00 | |
| Anthony Milazzo | Senior Managing Director | 4/18/2022 | 0.9 | 575.00 | 517.50 | |
| Allie Rivera | Senior Director | 4/19/2022 | 0.5 | 400.00 | 200.00 | |
| Allie Rivera | Senior Director | 4/19/2022 | 4.0 | 400.00 | 1,600.00 | |
| Allie Rivera | Senior Director | 4/19/2022 | 3.5 | 400.00 | 1,400.00 | |
| Andrew Sotak | Senior Director | 4/19/2022 | 1.5 | 400.00 | 600.00 | |
| Anthony Milazzo | Senior Managing Director | 4/19/2022 | 0.5 | 575.00 | 287.50 | |
| Anthony Milazzo | Senior Managing Director | 4/19/2022 | 1.2 | 575.00 | 690.00 | |
| Franklin Tait | Associate | 4/19/2022 | 6.0 | 225.00 | 1,350.00 | |
| Allie Rivera | Senior Director | 4/20/2022 | 0.3 | 400.00 | 120.00 | |
| Allie Rivera | Senior Director | 4/20/2022 | 4.0 | 400.00 | 1,600.00 | |
| Allie Rivera | Senior Director | 4/20/2022 | 3.7 | 400.00 | 1,480.00 | |
| Andrew Sotak | Senior Director | 4/20/2022 | 4.0 | 400.00 | 1,600.00 | |
| Andrew Sotak | Senior Director | 4/20/2022 | 1.0 | 400.00 | 400.00 | |
| Andrew Sotak | Senior Director | 4/20/2022 | 2.5 | 400.00 | 1,000.00 | |
| Andrew Sotak | Senior Director | 4/20/2022 | 3.5 | 400.00 | 1,400.00 | |
| Andrew Sotak | Senior Director | 4/20/2022 | 1.0 | 400.00 | 400.00 | |
| Anthony Milazzo | Senior Managing Director | 4/20/2022 | 1.3 | 575.00 | 747.50 | |
| Anthony Milazzo | Senior Managing Director | 4/20/2022 | 0.4 | 575.00 | 230.00 | |
| Anthony Milazzo | Senior Managing Director | 4/20/2022 | 0.4 | 575.00 | 230.00 | |
| Allie Rivera | Senior Director | 4/21/2022 | 0.5 | 400.00 | 200.00 | |
| Allie Rivera | Senior Director | 4/21/2022 | 4.0 | 400.00 | 1,600.00 | |
| Allie Rivera | Senior Director | 4/21/2022 | 3.0 | 400.00 | 1,200.00 | |
| Andrew Sotak | Senior Director | 4/21/2022 | 6.0 | 400.00 | 2,400.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Andrew Sotak | Senior Director | 4/21/2022 | 1.0 | 400.00 | 400.00 |
| Anthony Milazzo | Senior Managing Director | 4/21/2022 | 0.5 | 575.00 | 287.50 |
| Ryan Rubin | Senior Managing Director | 4/21/2022 | 1.0 | 575.00 | 575.00 |
| Andrew Sotak | Senior Director | 4/22/2022 | 4.0 | 400.00 | 1,600.00 |
| Andrew Sotak | Senior Director | 4/22/2022 | 1.0 | 400.00 | 400.00 |
| Anthony Milazzo | Senior Managing Director | 4/22/2022 | 1.0 | 575.00 | 575.00 |
| Ryan Rubin | Senior Managing Director | 4/22/2022 | 1.0 | 575.00 | 575.00 |
| Franklin Tait | Associate | 4/22/2022 | 4.0 | 225.00 | 900.00 |
| Andrew Sotak | Senior Director | 4/24/2022 | 4.0 | 400.00 | 1,600.00 |
| Anthony Milazzo | Senior Managing Director | 4/25/2022 | 0.7 | 575.00 | 402.50 |
| Anthony Milazzo | Senior Managing Director | 4/25/2022 | 0.3 | 575.00 | 172.50 |
| Anthony Milazzo | Senior Managing Director | 4/25/2022 | 3.5 | 575.00 | 2,012.50 |
| Ryan Rubin | Senior Managing Director | 4/25/2022 | 1.0 | 575.00 | 575.00 |
| Franklin Tait | Associate | 4/25/2022 | 1.0 | 225.00 | 225.00 |
| Allie Rivera | Senior Director | 4/26/2022 | 4.0 | 400.00 | 1,600.00 |
| Anthony Milazzo | Senior Managing Director | 4/26/2022 | 2.8 | 575.00 | 1,610.00 |
| Anthony Milazzo | Senior Managing Director | 4/26/2022 | 2.5 | 575.00 | 1,437.50 |
| Anthony Milazzo | Senior Managing Director | 4/26/2022 | 0.5 | 575.00 | 287.50 |
| Allie Rivera | Senior Director | 4/27/2022 | 4.7 | 400.00 | 1,880.00 |
| Allie Rivera | Senior Director | 4/27/2022 | 0.6 | 400.00 | 240.00 |
| Allie Rivera | Senior Director | 4/27/2022 | 2.4 | 400.00 | 960.00 |
| Anthony Milazzo | Senior Managing Director | 4/27/2022 | 1.0 | 575.00 | 575.00 |
| Anthony Milazzo | Senior Managing Director | 4/27/2022 | 2.0 | 575.00 | 1,150.00 |
| Allie Rivera | Senior Director | 4/28/2022 | 3.5 | 400.00 | 1,400.00 |
| Allie Rivera | Senior Director | 4/28/2022 | 2.0 | 400.00 | 800.00 |
| Allie Rivera | Senior Director | 4/29/2022 | 2.8 | 400.00 | 1,120.00 |
| Allie Rivera | Senior Director | 4/29/2022 | 1.4 | 400.00 | 560.00 |
| Anthony Milazzo | Senior Managing Director | 4/29/2022 | 2.5 | 575.00 | 1,437.50 |
| Anthony Milazzo | Senior Managing Director | 4/29/2022 | 0.9 | 575.00 | 517.50 |
| Anthony Milazzo | Senior Managing Director | 4/29/2022 | 0.5 | 575.00 | 287.50 |
| Ryan Rubin | Senior Managing Director | 4/29/2022 | 1.5 | 575.00 | 862.50 |
| Allie Rivera | Senior Director | 5/2/2022 | 1.8 | 400.00 | 720.00 |
| Allie Rivera | Senior Director | 5/2/2022 | 1.3 | 400.00 | 520.00 |
| Allie Rivera | Senior Director | 5/2/2022 | 0.4 | 400.00 | 160.00 |
| Andrew Sotak | Senior Director | 5/2/2022 | 1.0 | 400.00 | 400.00 |
| Anthony Milazzo | Senior Managing Director | 5/2/2022 | 0.9 | 575.00 | 517.50 |
| Anthony Milazzo | Senior Managing Director | 5/2/2022 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 5/2/2022 | 1.8 | 575.00 | 1,035.00 |
| Anthony Milazzo | Senior Managing Director | 5/2/2022 | 2.4 | 575.00 | 1,380.00 |
| Andrew Sotak | Senior Director | 5/3/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 5/3/2022 | 0.7 | 400.00 | 280.00 |
| Andrew Sotak | Senior Director | 5/3/2022 | 1.5 | 400.00 | 600.00 |
| Anthony Milazzo | Senior Managing Director | 5/3/2022 | 1.6 | 575.00 | 920.00 |
| Anthony Milazzo | Senior Managing Director | 5/3/2022 | 1.5 | 575.00 | 862.50 |
| Ezra Cohen | Senior Associate | 5/3/2022 | 0.4 | 275.00 | 110.00 |
| Robert Capper | Senior Managing Director | 5/3/2022 | 2.5 | 575.00 | 1,437.50 |
| Ryan Rubin | Senior Managing Director | 5/3/2022 | 1.0 | 575.00 | 575.00 |
| Allie Rivera | Senior Director | 5/4/2022 | 3.9 | 400.00 | 1,560.00 |
| Allie Rivera | Senior Director | 5/4/2022 | 1.5 | 400.00 | 600.00 |
| Allie Rivera | Senior Director | 5/4/2022 | 1.1 | 400.00 | 440.00 |
| Allie Rivera | Senior Director | 5/4/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 5/4/2022 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 5/4/2022 | 1.0 | 400.00 | 400.00 |
| Anthony Milazzo | Senior Managing Director | 5/4/2022 | 1.0 | 575.00 | 575.00 |
| Anthony Milazzo | Senior Managing Director | 5/4/2022 | 1.3 | 575.00 | 747.50 |
| Anthony Milazzo | Senior Managing Director | 5/4/2022 | 0.4 | 575.00 | 230.00 |
| Anthony Milazzo | Senior Managing Director | 5/4/2022 | 0.7 | 575.00 | 402.50 |
| Allie Rivera | Senior Director | 5/5/2022 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 5/5/2022 | 5.0 | 400.00 | 2,000.00 |
| Anthony Milazzo | Senior Managing Director | 5/5/2022 | 2.5 | 575.00 | 1,437.50 |
| Allie Rivera | Senior Director | 5/6/2022 | 3.5 | 400.00 | 1,400.00 |
| Andrew Sotak | Senior Director | 5/6/2022 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 5/6/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 5/6/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 5/6/2022 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 5/6/2022 | 1.0 | 400.00 | 400.00 |
| Anthony Milazzo | Senior Managing Director | 5/6/2022 | 0.9 | 575.00 | 517.50 |
| Allie Rivera | Senior Director | 5/9/2022 | 3.5 | 400.00 | 1,400.00 |
| Andrew Sotak | Senior Director | 5/9/2022 | 0.9 | 400.00 | 360.00 |
| Andrew Sotak | Senior Director | 5/9/2022 | 0.4 | 400.00 | 160.00 |
| Andrew Sotak | Senior Director | 5/9/2022 | 0.5 | 400.00 | 200.00 |
| Anthony Milazzo | Senior Managing Director | 5/9/2022 | 0.9 | 575.00 | 517.50 |
| Anthony Milazzo | Senior Managing Director | 5/9/2022 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 5/9/2022 | 1.7 | 575.00 | 977.50 |
| Anthony Milazzo | Senior Managing Director | 5/9/2022 | 1.5 | 575.00 | 862.50 |
| Ryan Rubin | Senior Managing Director | 5/9/2022 | 1.0 | 575.00 | 575.00 |
| Adam Horsman | Senior Associate | 5/10/2022 | 0.5 | 275.00 | 137.50 |
| Allie Rivera | Senior Director | 5/10/2022 | 3.2 | 400.00 | 1,280.00 |
| Andrew Sotak | Senior Director | 5/10/2022 | 1.5 | 400.00 | 600.00 |
| Anthony Milazzo | Senior Managing Director | 5/10/2022 | 1.0 | 575.00 | 575.00 |
| Ezra Cohen | Senior Associate | 5/10/2022 | 0.2 | 275.00 | 55.00 |
| Andrew Sotak | Senior Director | 5/11/2022 | 0.7 | 400.00 | 280.00 |
| Andrew Sotak | Senior Director | 5/11/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 5/11/2022 | 0.7 | 400.00 | 280.00 |
| Andrew Sotak | Senior Director | 5/11/2022 | 1.5 | 400.00 | 600.00 |
| Anthony Milazzo | Senior Managing Director | 5/11/2022 | 0.8 | 575.00 | 460.00 |
| Ezra Cohen | Senior Associate | 5/11/2022 | 1.7 | 275.00 | 467.50 |
| Allie Rivera | Senior Director | 5/12/2022 | 4.0 | 400.00 | 1,600.00 |
| Andrew Sotak | Senior Director | 5/12/2022 | 0.5 | 400.00 | 200.00 |
| Allie Rivera | Senior Director | 5/13/2022 | 3.8 | 400.00 | 1,520.00 |
| Andrew Sotak | Senior Director | 5/13/2022 | 1.2 | 400.00 | 480.00 |
| Andrew Sotak | Senior Director | 5/13/2022 | 2.5 | 400.00 | 1,000.00 |
| Anthony Milazzo | Senior Managing Director | 5/13/2022 | 3.0 | 575.00 | 1,725.00 |
| Ezra Cohen | Senior Associate | 5/13/2022 | 3.8 | 275.00 | 1,045.00 |
| Ryan Rubin | Senior Managing Director | 5/13/2022 | 1.0 | 575.00 | 575.00 |
| Franklin Tait | Associate | 5/13/2022 | 1.0 | 225.00 | 225.00 |
| Allie Rivera | Senior Director | 5/16/2022 | 3.5 | 400.00 | 1,400.00 |
| Andrew Sotak | Senior Director | 5/16/2022 | 0.9 | 400.00 | 360.00 |
| Andrew Sotak | Senior Director | 5/16/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 5/16/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 5/16/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 5/16/2022 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 5/16/2022 | 0.7 | 400.00 | 280.00 |
| Anthony Milazzo | Senior Managing Director | 5/16/2022 | 0.9 | 575.00 | 517.50 |
| Anthony Milazzo | Senior Managing Director | 5/16/2022 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 5/16/2022 | 0.4 | 575.00 | 230.00 |
| Anthony Milazzo | Senior Managing Director | 5/16/2022 | 3.0 | 575.00 | 1,725.00 |
| Ezra Cohen | Senior Associate | 5/16/2022 | 2.3 | 275.00 | 632.50 |

| | | | | | |
|---|---|---|---|---|---|
| Ryan Rubin | Senior Managing Director | 5/16/2022 | 1.0 | 575.00 | 575.00 |
| Franklin Tait | Associate | 5/16/2022 | 2.0 | 225.00 | 450.00 |
| Adam Horsman | Senior Associate | 5/17/2022 | 0.5 | 275.00 | 137.50 |
| Adam Horsman | Senior Associate | 5/17/2022 | 0.5 | 275.00 | 137.50 |
| Allie Rivera | Senior Director | 5/17/2022 | 3.8 | 400.00 | 1,520.00 |
| Anthony Milazzo | Senior Managing Director | 5/17/2022 | 1.3 | 575.00 | 747.50 |
| Ezra Cohen | Senior Associate | 5/17/2022 | 2.4 | 275.00 | 660.00 |
| Ryan Rubin | Senior Managing Director | 5/17/2022 | 1.0 | 575.00 | 575.00 |
| Franklin Tait | Associate | 5/17/2022 | 6.0 | 225.00 | 1,350.00 |
| Allie Rivera | Senior Director | 5/18/2022 | 3.0 | 400.00 | 1,200.00 |
| Anthony Milazzo | Senior Managing Director | 5/18/2022 | 3.8 | 575.00 | 2,185.00 |
| Ezra Cohen | Senior Associate | 5/18/2022 | 0.5 | 275.00 | 137.50 |
| Allie Rivera | Senior Director | 5/19/2022 | 3.7 | 400.00 | 1,480.00 |
| Andrew Sotak | Senior Director | 5/19/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 5/19/2022 | 3.0 | 400.00 | 1,200.00 |
| Andrew Sotak | Senior Director | 5/19/2022 | 1.0 | 400.00 | 400.00 |
| Anthony Milazzo | Senior Managing Director | 5/19/2022 | 3.5 | 575.00 | 2,012.50 |
| Ezra Cohen | Senior Associate | 5/19/2022 | 2.6 | 275.00 | 715.00 |
| Franklin Tait | Associate | 5/19/2022 | 3.0 | 225.00 | 675.00 |
| Allie Rivera | Senior Director | 5/20/2022 | 4.0 | 400.00 | 1,600.00 |
| Andrew Sotak | Senior Director | 5/20/2022 | 0.5 | 400.00 | 200.00 |
| Ezra Cohen | Senior Associate | 5/20/2022 | 0.9 | 275.00 | 247.50 |
| Ryan Rubin | Senior Managing Director | 5/20/2022 | 3.0 | 575.00 | 1,725.00 |
| Franklin Tait | Associate | 5/20/2022 | 6.0 | 225.00 | 1,350.00 |
| Allie Rivera | Senior Director | 5/23/2022 | 0.5 | 400.00 | 200.00 |
| Allie Rivera | Senior Director | 5/23/2022 | 0.7 | 400.00 | 280.00 |
| Allie Rivera | Senior Director | 5/23/2022 | 1.0 | 400.00 | 400.00 |
| Allie Rivera | Senior Director | 5/23/2022 | 3.5 | 400.00 | 1,400.00 |
| Andrew Sotak | Senior Director | 5/23/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 5/23/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 5/23/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 5/23/2022 | 0.7 | 400.00 | 280.00 |
| Andrew Sotak | Senior Director | 5/23/2022 | 0.6 | 400.00 | 240.00 |
| Anthony Milazzo | Senior Managing Director | 5/23/2022 | 1.0 | 575.00 | 575.00 |
| Anthony Milazzo | Senior Managing Director | 5/23/2022 | 0.5 | 575.00 | 287.50 |
| Ryan Rubin | Senior Managing Director | 5/23/2022 | 1.5 | 575.00 | 862.50 |
| Franklin Tait | Associate | 5/23/2022 | 1.0 | 225.00 | 225.00 |
| Allie Rivera | Senior Director | 5/24/2022 | 2.8 | 400.00 | 1,120.00 |
| Andrew Sotak | Senior Director | 5/24/2022 | 0.4 | 400.00 | 160.00 |
| Andrew Sotak | Senior Director | 5/24/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 5/24/2022 | 2.5 | 400.00 | 1,000.00 |
| Anthony Milazzo | Senior Managing Director | 5/24/2022 | 1.6 | 575.00 | 920.00 |
| Ezra Cohen | Senior Associate | 5/24/2022 | 2.4 | 275.00 | 660.00 |
| Ryan Rubin | Senior Managing Director | 5/24/2022 | 1.5 | 575.00 | 862.50 |
| Andrew Sotak | Senior Director | 5/25/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 5/25/2022 | 3.0 | 400.00 | 1,200.00 |
| Anthony Milazzo | Senior Managing Director | 5/25/2022 | 1.3 | 575.00 | 747.50 |
| Ezra Cohen | Senior Associate | 5/25/2022 | 1.9 | 275.00 | 522.50 |
| Ryan Rubin | Senior Managing Director | 5/25/2022 | 0.5 | 575.00 | 287.50 |
| Franklin Tait | Associate | 5/25/2022 | 4.0 | 225.00 | 900.00 |
| Ryan Rubin | Senior Managing Director | 5/26/2022 | 1.0 | 575.00 | 575.00 |
| Ezra Cohen | Senior Associate | 5/27/2022 | 0.3 | 275.00 | 82.50 |
| Ezra Cohen | Senior Associate | 5/30/2022 | 0.6 | 275.00 | 165.00 |
| Andrew Sotak | Senior Director | 5/31/2022 | 1.3 | 400.00 | 520.00 |
| Andrew Sotak | Senior Director | 5/31/2022 | 0.7 | 400.00 | 280.00 |
| Andrew Sotak | Senior Director | 5/31/2022 | 0.3 | 400.00 | 120.00 |
| Andrew Sotak | Senior Director | 5/31/2022 | 3.0 | 400.00 | 1,200.00 |
| Anthony Milazzo | Senior Managing Director | 5/31/2022 | 1.3 | 575.00 | 747.50 |
| Anthony Milazzo | Senior Managing Director | 5/31/2022 | 0.8 | 575.00 | 460.00 |
| Ezra Cohen | Senior Associate | 5/31/2022 | 3.1 | 275.00 | 852.50 |
| Ryan Rubin | Senior Managing Director | 5/31/2022 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 6/1/2022 | 1.4 | 575.00 | 805.00 |
| Anthony Milazzo | Senior Managing Director | 6/1/2022 | 0.4 | 575.00 | 230.00 |
| Anthony Milazzo | Senior Managing Director | 6/1/2022 | 0.4 | 575.00 | 230.00 |
| Ezra Cohen | Senior Associate | 6/1/2022 | 0.9 | 275.00 | 247.50 |
| Ryan Rubin | Senior Managing Director | 6/1/2022 | 1.0 | 575.00 | 575.00 |
| Allie Rivera | Senior Director | 6/2/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 6/2/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 6/2/2022 | 2.0 | 400.00 | 800.00 |
| Anthony Milazzo | Senior Managing Director | 6/2/2022 | 1.1 | 575.00 | 632.50 |
| Anthony Milazzo | Senior Managing Director | 6/2/2022 | 0.3 | 575.00 | 172.50 |
| Andrew Sotak | Senior Director | 6/3/2022 | 3.0 | 400.00 | 1,200.00 |
| Andrew Sotak | Senior Director | 6/3/2022 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 6/6/2022 | 1.2 | 400.00 | 480.00 |
| Andrew Sotak | Senior Director | 6/6/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 6/6/2022 | 0.2 | 400.00 | 80.00 |
| Anthony Milazzo | Senior Managing Director | 6/6/2022 | 1.2 | 575.00 | 690.00 |
| Anthony Milazzo | Senior Managing Director | 6/6/2022 | 0.5 | 575.00 | 287.50 |
| Ryan Rubin | Senior Managing Director | 6/6/2022 | 1.0 | 575.00 | 575.00 |
| Adam Horsman | Senior Associate | 6/7/2022 | 4.0 | 275.00 | 1,100.00 |
| Anthony Milazzo | Senior Managing Director | 6/7/2022 | 0.9 | 575.00 | 517.50 |
| Anthony Milazzo | Senior Managing Director | 6/7/2022 | 0.3 | 575.00 | 172.50 |
| Ezra Cohen | Senior Associate | 6/7/2022 | 0.9 | 275.00 | 247.50 |
| Ryan Rubin | Senior Managing Director | 6/7/2022 | 1.0 | 575.00 | 575.00 |
| Anthony Milazzo | Senior Managing Director | 6/8/2022 | 2.1 | 575.00 | 1,207.50 |
| Ezra Cohen | Senior Associate | 6/8/2022 | 1.5 | 275.00 | 412.50 |
| Adam Horsman | Senior Associate | 6/9/2022 | 5.0 | 275.00 | 1,375.00 |
| Andrew Sotak | Senior Director | 6/9/2022 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 6/9/2022 | 0.5 | 400.00 | 200.00 |
| Anthony Milazzo | Senior Managing Director | 6/9/2022 | 2.1 | 575.00 | 1,207.50 |
| Ezra Cohen | Senior Associate | 6/9/2022 | 1.1 | 275.00 | 302.50 |
| Ryan Rubin | Senior Managing Director | 6/9/2022 | 1.0 | 575.00 | 575.00 |
| Ryan Rubin | Senior Managing Director | 6/9/2022 | 1.0 | 575.00 | 575.00 |
| David Cross | Managing Director | 6/9/2022 | 1.0 | 475.00 | 475.00 |
| Levi Hedges | Associate | 6/9/2022 | 4.0 | 225.00 | 900.00 |
| Adam Horsman | Senior Associate | 6/10/2022 | 4.0 | 275.00 | 1,100.00 |
| Adam Horsman | Senior Associate | 6/10/2022 | 2.0 | 275.00 | 550.00 |
| Allie Rivera | Senior Director | 6/10/2022 | 3.0 | 400.00 | 1,200.00 |
| Andrew Sotak | Senior Director | 6/10/2022 | 5.0 | 400.00 | 2,000.00 |
| Ezra Cohen | Senior Associate | 6/10/2022 | 0.2 | 275.00 | 55.00 |
| Ryan Rubin | Senior Managing Director | 6/10/2022 | 1.0 | 575.00 | 575.00 |
| Franklin Tait | Associate | 6/10/2022 | 6.0 | 225.00 | 1,350.00 |
| Levi Hedges | Associate | 6/10/2022 | 5.0 | 225.00 | 1,125.00 |
| Andrew Sotak | Senior Director | 6/11/2022 | 3.0 | 400.00 | 1,200.00 |
| Adam Horsman | Senior Associate | 6/13/2022 | 3.0 | 275.00 | 825.00 |
| Andrew Sotak | Senior Director | 6/13/2022 | 1.3 | 400.00 | 520.00 |
| Andrew Sotak | Senior Director | 6/13/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 6/13/2022 | 0.3 | 400.00 | 120.00 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew Sotak | Senior Director | 6/13/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 6/13/2022 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 6/13/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 6/13/2022 | 3.5 | 400.00 | 1,400.00 |
| Anthony Milazzo | Senior Managing Director | 6/13/2022 | 1.3 | 575.00 | 747.50 |
| Anthony Milazzo | Senior Managing Director | 6/13/2022 | 1.0 | 575.00 | 575.00 |
| Anthony Milazzo | Senior Managing Director | 6/13/2022 | 0.7 | 575.00 | 402.50 |
| Anthony Milazzo | Senior Managing Director | 6/13/2022 | 0.7 | 575.00 | 402.50 |
| Anthony Milazzo | Senior Managing Director | 6/13/2022 | 0.9 | 575.00 | 517.50 |
| Anthony Milazzo | Senior Managing Director | 6/13/2022 | 0.7 | 575.00 | 402.50 |
| Ryan Rubin | Senior Managing Director | 6/13/2022 | 1.0 | 575.00 | 575.00 |
| Franklin Tait | Associate | 6/13/2022 | 4.0 | 225.00 | 900.00 |
| Levi Hedges | Associate | 6/13/2022 | 4.0 | 225.00 | 900.00 |
| Adam Horsman | Senior Associate | 6/14/2022 | 2.0 | 275.00 | 550.00 |
| Adam Horsman | Senior Associate | 6/14/2022 | 1.0 | 275.00 | 275.00 |
| Allie Rivera | Senior Director | 6/14/2022 | 0.5 | 400.00 | 200.00 |
| Allie Rivera | Senior Director | 6/14/2022 | 0.1 | 400.00 | 40.00 |
| Andrew Sotak | Senior Director | 6/14/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 6/14/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 6/14/2022 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 6/14/2022 | 0.5 | 400.00 | 200.00 |
| Anthony Milazzo | Senior Managing Director | 6/14/2022 | 1.8 | 575.00 | 1,035.00 |
| Anthony Milazzo | Senior Managing Director | 6/14/2022 | 0.3 | 575.00 | 172.50 |
| Ezra Cohen | Senior Associate | 6/14/2022 | 0.8 | 275.00 | 220.00 |
| Ryan Rubin | Senior Managing Director | 6/14/2022 | 1.0 | 575.00 | 575.00 |
| Franklin Tait | Associate | 6/14/2022 | 3.0 | 225.00 | 675.00 |
| Levi Hedges | Associate | 6/14/2022 | 3.0 | 225.00 | 675.00 |
| Adam Horsman | Senior Associate | 6/15/2022 | 2.5 | 275.00 | 687.50 |
| Andrew Sotak | Senior Director | 6/15/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 6/15/2022 | 1.3 | 400.00 | 520.00 |
| Andrew Sotak | Senior Director | 6/15/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 6/15/2022 | 3.0 | 400.00 | 1,200.00 |
| Anthony Milazzo | Senior Managing Director | 6/15/2022 | 1.1 | 575.00 | 632.50 |
| Anthony Milazzo | Senior Managing Director | 6/15/2022 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 6/15/2022 | 0.3 | 575.00 | 172.50 |
| Ezra Cohen | Senior Associate | 6/15/2022 | 0.1 | 275.00 | 27.50 |
| Franklin Tait | Associate | 6/15/2022 | 2.0 | 225.00 | 450.00 |
| Allie Rivera | Senior Director | 6/16/2022 | 0.1 | 400.00 | 40.00 |
| Anthony Milazzo | Senior Managing Director | 6/16/2022 | 1.5 | 575.00 | 862.50 |
| Anthony Milazzo | Senior Managing Director | 6/16/2022 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 6/16/2022 | 0.7 | 575.00 | 402.50 |
| Ezra Cohen | Senior Associate | 6/16/2022 | 0.8 | 275.00 | 220.00 |
| Levi Hedges | Associate | 6/16/2022 | 4.0 | 225.00 | 900.00 |
| Anthony Milazzo | Senior Managing Director | 6/17/2022 | 1.3 | 575.00 | 747.50 |
| Anthony Milazzo | Senior Managing Director | 6/17/2022 | 0.3 | 575.00 | 172.50 |
| Ryan Rubin | Senior Managing Director | 6/17/2022 | 5.0 | 575.00 | 2,875.00 |
| Levi Hedges | Associate | 6/17/2022 | 4.0 | 225.00 | 900.00 |
| Adam Horsman | Senior Associate | 6/20/2022 | 1.0 | 275.00 | 275.00 |
| Andrew Sotak | Senior Director | 6/20/2022 | 0.9 | 400.00 | 360.00 |
| Andrew Sotak | Senior Director | 6/20/2022 | 0.4 | 400.00 | 160.00 |
| Anthony Milazzo | Senior Managing Director | 6/20/2022 | 0.9 | 575.00 | 517.50 |
| Ryan Rubin | Senior Managing Director | 6/20/2022 | 1.0 | 575.00 | 575.00 |
| Franklin Tait | Associate | 6/20/2022 | 3.0 | 225.00 | 675.00 |
| Adam Horsman | Senior Associate | 6/21/2022 | 1.0 | 275.00 | 275.00 |
| Anthony Milazzo | Senior Managing Director | 6/21/2022 | 2.4 | 575.00 | 1,380.00 |
| Anthony Milazzo | Senior Managing Director | 6/21/2022 | 0.4 | 575.00 | 230.00 |
| Ezra Cohen | Senior Associate | 6/21/2022 | 0.6 | 275.00 | 165.00 |
| Ryan Rubin | Senior Managing Director | 6/21/2022 | 1.0 | 575.00 | 575.00 |
| Benjamin Guinard | Director | 6/21/2022 | 1.7 | 350.00 | 595.00 |
| Andrew Sotak | Senior Director | 6/22/2022 | 3.0 | 400.00 | 1,200.00 |
| Andrew Sotak | Senior Director | 6/22/2022 | 3.0 | 400.00 | 1,200.00 |
| Anthony Milazzo | Senior Managing Director | 6/22/2022 | 0.9 | 575.00 | 517.50 |
| Benjamin Guinard | Director | 6/22/2022 | 3.1 | 350.00 | 1,085.00 |
| Allie Rivera | Senior Director | 6/23/2022 | 0.2 | 400.00 | 80.00 |
| Allie Rivera | Senior Director | 6/23/2022 | 2.5 | 400.00 | 1,000.00 |
| Andrew Sotak | Senior Director | 6/23/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 6/23/2022 | 1.6 | 400.00 | 640.00 |
| Andrew Sotak | Senior Director | 6/23/2022 | 2.0 | 400.00 | 800.00 |
| Anthony Milazzo | Senior Managing Director | 6/23/2022 | 1.3 | 575.00 | 747.50 |
| Anthony Milazzo | Senior Managing Director | 6/23/2022 | 2.1 | 575.00 | 1,207.50 |
| Anthony Milazzo | Senior Managing Director | 6/23/2022 | 0.5 | 575.00 | 287.50 |
| Ezra Cohen | Senior Associate | 6/23/2022 | 0.2 | 275.00 | 55.00 |
| Ryan Rubin | Senior Managing Director | 6/23/2022 | 1.0 | 575.00 | 575.00 |
| Benjamin Guinard | Director | 6/23/2022 | 2.3 | 350.00 | 805.00 |
| Andrew Sotak | Senior Director | 6/24/2022 | 4.0 | 400.00 | 1,600.00 |
| Andrew Sotak | Senior Director | 6/24/2022 | 2.0 | 400.00 | 800.00 |
| Andrew Sotak | Senior Director | 6/24/2022 | 1.0 | 400.00 | 400.00 |
| Andrew Sotak | Senior Director | 6/24/2022 | 0.5 | 400.00 | 200.00 |
| Anthony Milazzo | Senior Managing Director | 6/24/2022 | 1.1 | 575.00 | 632.50 |
| Anthony Milazzo | Senior Managing Director | 6/24/2022 | 0.5 | 575.00 | 287.50 |
| Anthony Milazzo | Senior Managing Director | 6/24/2022 | 0.8 | 575.00 | 460.00 |
| Anthony Milazzo | Senior Managing Director | 6/24/2022 | 0.5 | 575.00 | 287.50 |
| Ryan Rubin | Senior Managing Director | 6/24/2022 | 1.0 | 575.00 | 575.00 |
| Benjamin Guinard | Director | 6/24/2022 | 4.1 | 350.00 | 1,435.00 |
| Andrew Sotak | Senior Director | 6/27/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 6/27/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 6/27/2022 | 3.0 | 400.00 | 1,200.00 |
| Andrew Sotak | Senior Director | 6/27/2022 | 1.5 | 400.00 | 600.00 |
| Anthony Milazzo | Senior Managing Director | 6/27/2022 | 0.8 | 575.00 | 460.00 |
| Anthony Milazzo | Senior Managing Director | 6/27/2022 | 1.0 | 575.00 | 575.00 |
| Ryan Rubin | Senior Managing Director | 6/27/2022 | 1.0 | 575.00 | 575.00 |
| Allie Rivera | Senior Director | 6/28/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 6/28/2022 | 3.0 | 400.00 | 1,200.00 |
| Anthony Milazzo | Senior Managing Director | 6/28/2022 | 0.9 | 575.00 | 517.50 |
| Ryan Rubin | Senior Managing Director | 6/28/2022 | 1.0 | 575.00 | 575.00 |
| Benjamin Guinard | Director | 6/28/2022 | 4.6 | 350.00 | 1,610.00 |
| Andrew Sotak | Senior Director | 6/29/2022 | 1.5 | 400.00 | 600.00 |
| Andrew Sotak | Senior Director | 6/30/2022 | 0.5 | 400.00 | 200.00 |
| Andrew Sotak | Senior Director | 6/30/2022 | 0.5 | 400.00 | 200.00 |
| | | **TOTAL** | **739.3** | | **$ 303,897.50** |

**Ankura Consulting**
**Time Detail by Team - Data Analysis**

| Name | Business Title | Date | Hours to Bill | Rate | Fees | Entry Narrative |
|---|---|---|---|---|---|---|
| Lars Schou | Senior Director | 4/4/2022 | 1.2 | 400.00 | 480.00 | |
| Kevin Tian | Senior Associate | 4/4/2022 | 1.1 | 275.00 | 302.50 | |
| Lars Schou | Senior Director | 4/5/2022 | 1.8 | 400.00 | 720.00 | |
| Kevin Tian | Senior Associate | 4/5/2022 | 1.6 | 275.00 | 440.00 | |
| Kevin Tian | Senior Associate | 4/8/2022 | 0.4 | 275.00 | 110.00 | |
| Kevin Tian | Senior Associate | 4/11/2022 | 2.6 | 275.00 | 715.00 | |
| Kevin Tian | Senior Associate | 4/12/2022 | 1.1 | 275.00 | 302.50 | |
| Kevin Tian | Senior Associate | 5/2/2022 | 0.9 | 275.00 | 247.50 | |
| Kevin Tian | Senior Associate | 5/3/2022 | 0.2 | 275.00 | 55.00 | |
| Lars Schou | Senior Director | 5/4/2022 | 0.3 | 400.00 | 120.00 | |
| Kevin Tian | Senior Associate | 5/4/2022 | 0.5 | 275.00 | 137.50 | |
| Kevin Tian | Senior Associate | 5/23/2022 | 1.4 | 275.00 | 385.00 | |
| Lars Schou | Senior Director | 5/23/2022 | 1.4 | 400.00 | 560.00 | |
| Lars Schou | Senior Director | 6/2/2022 | 0.4 | 400.00 | 160.00 | |
| Lars Schou | Senior Director | 6/3/2022 | 0.4 | 400.00 | 160.00 | |
| Lars Schou | Senior Director | 6/8/2022 | 0.8 | 400.00 | 320.00 | |
| Lars Schou | Senior Director | 6/9/2022 | 1.2 | 400.00 | 480.00 | |
| Lars Schou | Senior Director | 6/10/2022 | 1.4 | 400.00 | 560.00 | |
| Kevin Tian | Senior Associate | 6/13/2022 | 0.4 | 275.00 | 110.00 | |
| Lars Schou | Senior Director | 6/14/2022 | 0.3 | 400.00 | 120.00 | |
| Lars Schou | Senior Director | 6/15/2022 | 0.4 | 400.00 | 160.00 | |
| Lars Schou | Senior Director | 6/16/2022 | 0.4 | 400.00 | 160.00 | |
| Lars Schou | Senior Director | 6/17/2022 | 0.3 | 400.00 | 120.00 | |
| Kevin Tian | Senior Associate | 6/21/2022 | 0.3 | 275.00 | 82.50 | |
| Kevin Tian | Senior Associate | 6/22/2022 | 0.4 | 275.00 | 110.00 | |
| Kevin Tian | Senior Associate | 6/24/2022 | 0.6 | 275.00 | 165.00 | |
| Kevin Tian | Senior Associate | 6/27/2022 | 0.2 | 275.00 | 55.00 | |
| | | **TOTAL** | **22.0** | | **$ 7,337.50** | |

**Ankura Consulting**
**Time Detail by Team - Claims Administration and Objections**

| Name | Business Title | Date | Hours to Bill | Rate | Fees | Entry Narrative |
|---|---|---|---|---|---|---|
| Mark King | Senior Managing Director | 6/8/2022 | 0.5 | 575.00 | 287.50 | |
| John Hays | Managing Director | 6/8/2022 | 0.7 | 475.00 | 332.50 | |
| John Hays | Managing Director | 6/8/2022 | 2.3 | 475.00 | 1,092.50 | |
| John Hays | Managing Director | 6/9/2022 | 0.6 | 475.00 | 285.00 | |
| John Hays | Managing Director | 6/9/2022 | 0.6 | 475.00 | 285.00 | |
| John Hays | Managing Director | 6/10/2022 | 2.1 | 475.00 | 997.50 | |
| Mark King | Senior Managing Director | 6/13/2022 | 1.1 | 575.00 | 632.50 | |
| Mark King | Senior Managing Director | 6/13/2022 | 1.2 | 575.00 | 690.00 | |
| John Hays | Managing Director | 6/13/2022 | 1.1 | 475.00 | 522.50 | |
| John Hays | Managing Director | 6/13/2022 | 1.2 | 475.00 | 570.00 | |
| John Hays | Managing Director | 6/13/2022 | 3.5 | 475.00 | 1,662.50 | |
| Dean Fiala | Managing Director | 6/13/2022 | 1.1 | 475.00 | 522.50 | |
| Dean Fiala | Managing Director | 6/13/2022 | 0.6 | 475.00 | 285.00 | |
| Mark King | Senior Managing Director | 6/14/2022 | 1.5 | 575.00 | 862.50 | |
| John Hays | Managing Director | 6/14/2022 | 1.9 | 475.00 | 902.50 | |
| John Hays | Managing Director | 6/14/2022 | 0.6 | 475.00 | 285.00 | |
| John Hays | Managing Director | 6/14/2022 | 0.5 | 475.00 | 237.50 | |
| Dean Fiala | Managing Director | 6/14/2022 | 0.6 | 475.00 | 285.00 | |
| Mark King | Senior Managing Director | 6/15/2022 | 0.2 | 575.00 | 115.00 | |
| Mark King | Senior Managing Director | 6/16/2022 | 0.5 | 575.00 | 287.50 | |
| Mark King | Senior Managing Director | 6/16/2022 | 1.4 | 575.00 | 805.00 | |
| John Hays | Managing Director | 6/16/2022 | 1.8 | 475.00 | 855.00 | |
| John Hays | Managing Director | 6/16/2022 | 1.8 | 475.00 | 855.00 | |
| John Hays | Managing Director | 6/16/2022 | 0.2 | 475.00 | 95.00 | |
| Jimmy Bosse | Senior Director | 6/17/2022 | 1.1 | 400.00 | 440.00 | |
| Mark King | Senior Managing Director | 6/17/2022 | 1.1 | 575.00 | 632.50 | |
| Garrett Keefe | Director | 6/17/2022 | 1.0 | 350.00 | 350.00 | |
| Adam Swissman | Senior Director | 6/17/2022 | 1.1 | 400.00 | 440.00 | |
| John Hays | Managing Director | 6/17/2022 | 0.6 | 475.00 | 285.00 | |
| John Hays | Managing Director | 6/17/2022 | 1.4 | 475.00 | 665.00 | |
| Dean Fiala | Managing Director | 6/17/2022 | 1.1 | 475.00 | 522.50 | |
| Adam Swissman | Senior Director | 6/21/2022 | 0.8 | 400.00 | 320.00 | |
| Adam Swissman | Senior Director | 6/21/2022 | 0.3 | 400.00 | 120.00 | |
| Dean Fiala | Managing Director | 6/21/2022 | 0.8 | 475.00 | 380.00 | |
| Dean Fiala | Managing Director | 6/21/2022 | 2.1 | 475.00 | 997.50 | |
| Garrett Keefe | Director | 6/21/2022 | 0.8 | 350.00 | 280.00 | |
| Jimmy Bosse | Senior Director | 6/21/2022 | 0.8 | 400.00 | 320.00 | |
| John Hays | Managing Director | 6/21/2022 | 2.6 | 475.00 | 1,235.00 | |
| John Hays | Managing Director | 6/21/2022 | 2.1 | 475.00 | 997.50 | |
| John Hays | Managing Director | 6/21/2022 | 0.7 | 475.00 | 332.50 | |
| Kobina Nketsia-Tabiri | Senior Associate | 6/21/2022 | 0.3 | 275.00 | 82.50 | |
| Mark King | Senior Managing Director | 6/21/2022 | 0.2 | 575.00 | 115.00 | |
| Mark King | Senior Managing Director | 6/21/2022 | 0.4 | 575.00 | 230.00 | |
| Mark King | Senior Managing Director | 6/21/2022 | 2.6 | 575.00 | 1,495.00 | |
| Adam Swissman | Senior Director | 6/22/2022 | 0.3 | 400.00 | 120.00 | |
| Dean Fiala | Managing Director | 6/22/2022 | 3.1 | 475.00 | 1,472.50 | |
| Dean Fiala | Managing Director | 6/22/2022 | 0.6 | 475.00 | 285.00 | |
| Jimmy Bosse | Senior Director | 6/22/2022 | 2.0 | 400.00 | 800.00 | |
| Jimmy Bosse | Senior Director | 6/22/2022 | 2.0 | 400.00 | 800.00 | |
| Jimmy Bosse | Senior Director | 6/22/2022 | 2.0 | 400.00 | 800.00 | |
| John Hays | Managing Director | 6/22/2022 | 0.3 | 475.00 | 142.50 | |
| Kobina Nketsia-Tabiri | Senior Associate | 6/22/2022 | 0.6 | 275.00 | 165.00 | |
| Jimmy Bosse | Senior Director | 6/23/2022 | 2.0 | 400.00 | 800.00 | |
| Jimmy Bosse | Senior Director | 6/23/2022 | 2.0 | 400.00 | 800.00 | |
| Jimmy Bosse | Senior Director | 6/23/2022 | 2.0 | 400.00 | 800.00 | |
| Jimmy Bosse | Senior Director | 6/24/2022 | 2.0 | 400.00 | 800.00 | |
| Jimmy Bosse | Senior Director | 6/24/2022 | 2.0 | 400.00 | 800.00 | |
| Jimmy Bosse | Senior Director | 6/24/2022 | 2.0 | 400.00 | 800.00 | |
| Jimmy Bosse | Senior Director | 6/24/2022 | 2.0 | 400.00 | 800.00 | |
| John Hays | Managing Director | 6/24/2022 | 0.3 | 475.00 | 142.50 | |
| John Hays | Managing Director | 6/24/2022 | 0.8 | 475.00 | 380.00 | |
| Mark King | Senior Managing Director | 6/24/2022 | 0.5 | 575.00 | 287.50 | |
| Jimmy Bosse | Senior Director | 6/27/2022 | 2.0 | 400.00 | 800.00 | |
| John Hays | Managing Director | 6/27/2022 | 0.5 | 475.00 | 237.50 | |
| John Hays | Managing Director | 6/27/2022 | 0.6 | 475.00 | 285.00 | |
| Mark King | Senior Managing Director | 6/27/2022 | 0.2 | 575.00 | 115.00 | |
| Mark King | Senior Managing Director | 6/27/2022 | 0.5 | 575.00 | 287.50 | |
| Adam Swissman | Senior Director | 6/28/2022 | 0.4 | 400.00 | 160.00 | |
| Jimmy Bosse | Senior Director | 6/28/2022 | 1.0 | 400.00 | 400.00 | |
| John Hays | Managing Director | 6/28/2022 | 0.6 | 475.00 | 285.00 | |
| Brian Chiasson | Managing Director | 6/28/2022 | 0.6 | 475.00 | 285.00 | |
| Brian Chiasson | Managing Director | 6/28/2022 | 0.3 | 475.00 | 142.50 | |
| Brian Chiasson | Managing Director | 6/28/2022 | 1.2 | 475.00 | 570.00 | |
| Adam Swissman | Senior Director | 6/29/2022 | 0.4 | 400.00 | 160.00 | |
| Jimmy Bosse | Senior Director | 6/29/2022 | 1.0 | 400.00 | 400.00 | |
| John Hays | Managing Director | 6/29/2022 | 0.4 | 475.00 | 190.00 | |
| Mark King | Senior Managing Director | 6/29/2022 | 0.4 | 575.00 | 230.00 | |
| Mark King | Senior Managing Director | 6/29/2022 | 1.2 | 575.00 | 690.00 | |
| Todd Cryblskey | Senior Managing Director | 6/29/2022 | 2.4 | 575.00 | 1,380.00 | |
| Brian Chiasson | Managing Director | 6/29/2022 | 0.4 | 475.00 | 190.00 | |
| Brian Chiasson | Managing Director | 6/29/2022 | 1.1 | 475.00 | 522.50 | |
| Brian Chiasson | Managing Director | 6/29/2022 | 0.3 | 475.00 | 142.50 | |
| Brian Chiasson | Managing Director | 6/29/2022 | 0.4 | 475.00 | 190.00 | |
| Brian Chiasson | Managing Director | 6/29/2022 | 0.3 | 475.00 | 142.50 | |
| Adam Swissman | Senior Director | 6/30/2022 | 0.3 | 400.00 | 120.00 | |
| Adam Swissman | Senior Director | 6/30/2022 | 0.2 | 400.00 | 80.00 | |
| Garrett Keefe | Director | 6/30/2022 | 0.5 | 350.00 | 175.00 | |
| Garrett Keefe | Director | 6/30/2022 | 0.8 | 350.00 | 280.00 | |
| Garrett Keefe | Director | 6/30/2022 | 1.8 | 350.00 | 630.00 | |
| Garrett Keefe | Director | 6/30/2022 | 0.9 | 350.00 | 315.00 | |
| Garrett Keefe | Director | 6/30/2022 | 1.2 | 350.00 | 420.00 | |
| Jimmy Bosse | Senior Director | 6/30/2022 | 3.3 | 400.00 | 1,320.00 | |
| Jimmy Bosse | Senior Director | 6/30/2022 | 2.0 | 400.00 | 800.00 | |
| Jimmy Bosse | Senior Director | 6/30/2022 | 1.0 | 400.00 | 400.00 | |
| John Hays | Managing Director | 6/30/2022 | 0.3 | 475.00 | 142.50 | |
| John Hays | Managing Director | 6/30/2022 | 0.3 | 475.00 | 142.50 | |
| John Hays | Managing Director | 6/30/2022 | 0.2 | 475.00 | 95.00 | |
| John Hays | Managing Director | 6/30/2022 | 0.3 | 475.00 | 142.50 | |
| John Hays | Managing Director | 6/30/2022 | 0.4 | 475.00 | 190.00 | |
| Brian Chiasson | Managing Director | 6/30/2022 | 0.8 | 475.00 | 380.00 | |
| Brian Chiasson | Managing Director | 6/30/2022 | 0.2 | 475.00 | 95.00 | |
| Brian Chiasson | Managing Director | 6/30/2022 | 0.7 | 475.00 | 332.50 | |
| Mark King | Senior Managing Director | 6/30/2022 | 0.2 | 575.00 | 115.00 | |
| | | **TOTAL** | **107.6** | | **$ 48,965.00** | |

**Ankura Consulting**
**Time Detail by Team - Status Reports**

| Name | Business Title | Date | Hours to Bil | Rate | Fees | Entry Narrative |
|---|---|---|---|---|---|---|
| Andrew Sotak | Senior Director | 6/28/2022 | 3.0 | 400.00 | 1,200.00 | |
| Anthony Milazzo | Senior Managing Director | 6/28/2022 | 2.3 | 575.00 | 1,322.50 | |
| Anthony Milazzo | Senior Managing Director | 6/28/2022 | 1.1 | 575.00 | 632.50 | |
| Andrew Sotak | Senior Director | 6/29/2022 | 1.7 | 400.00 | 680.00 | |
| Anthony Milazzo | Senior Managing Director | 6/29/2022 | 0.5 | 575.00 | 287.50 | |
| Anthony Milazzo | Senior Managing Director | 6/29/2022 | 1.3 | 575.00 | 747.50 | |
| Andrew Sotak | Senior Director | 6/30/2022 | 1.8 | 400.00 | 720.00 | |
| Anthony Milazzo | Senior Managing Director | 6/30/2022 | 0.7 | 575.00 | 402.50 | |
| Anthony Milazzo | Senior Managing Director | 6/30/2022 | 1.8 | 575.00 | 1,035.00 | |
| | | **TOTAL** | **14.2** | | **$ 7,027.50** | |

ankura

| | |
|---|---|
| **Project #:** | **P-003174** |
| **Invoice Date:** | **7/15/2022** |
| **Invoice Number:** | **CI-061727** |
| **Professional Services Through:** | **6/30/2022** |

***Expenses - Supplier Invoice***

| Date | Resource Provider | Item Description | Amount |
|---|---|---|---|
| 3/31/2022 | LexisNexis Risk Solutions FL Inc dba LexisNexis Risk Solutions | [redacted] | $ 204.50 |
| 4/18/2022 | Lyriant Advisory (Hong Kong) Limited | | $ 500.00 |
| 3/31/2022 | Complete Discovery Source Inc. | | $ 760.00 |
| 1/31/2022 | Complete Discovery Source Inc. | | $ 475.00 |
| 2/28/2022 | Complete Discovery Source Inc. | | $ 760.00 |
| 4/30/2022 | Complete Discovery Source Inc. | | $ 475.00 |
| 5/31/2022 | Complete Discovery Source Inc. | | $ 475.00 |
| **Total** | | | **$ 3,649.50** |