# Exhibit C

Law Office of Dennis O. Cohen, PLLC
157 13th Street
Brooklyn, NY 11215
(646) 859-8855
dennis@denniscohenlaw.com

# SUPERSEDING CONSOLIDATED INVOICE

JULY 19, 2022

## ROBERT J. MUSIALA, JR. AS COURT-APPOINTED RECEIVER

| BILL TO | INSTRUCTIONS | |
|---|---|---|
| Robert J. Musiala, Jr.<br>BakerHostetler<br>One North Wacker Drive<br>Suite 4500<br>Chicago, IL 60606<br>rmusiala@bakerlaw.com | Payment by wire to:<br>CITIBANK, N.A.<br>ABA Number: 021 000 089<br>SWIFT Code: CITI US 33<br>Account Number: 67 952 00 678 | Payment by check to:<br>Law Office of Dennis O. Cohen, PLLC<br>157 13th Street<br>Brooklyn, NY 11215<br>Federal Tax ID: 83-2632313 |

| DESCRIPTION | TIME | NOTES | RATE AND TOTAL |
|---|---|---|---|
| For legal services rendered pursuant to engagement letter dated February 15, 2022, including: | | Non-final invoice. | DC Rate: $625/hr |
| Dennis O. Cohen (Activity Category *Asset Analysis and Recovery*): | | | |
| 4/4/2022 ■■■ | 0.3 | | |
| 4/5/2022 ■■■ | 0.2 | | |
| 4/7/2022 ■■■ | 0.1 | | |
| 4/11/22 ■■■ | 0.2 | | |
| 4/18/2022 ■■■ | 0.1 | | |
| 4/19/2022 ■■■ | 1.2 | | |



| Date | | | |
|---|---|---|---|
| 4/22/2022 | ███ | 0.1 | |
| 4/25/2022 | ███ | 0.1 | |
| 4/26/2022 | ███ | 0.6 | |
| 4/28/2022 | ███ | 1.5 | |
| 4/29/2022 | ███ | 0.1 | |
| 5/2/2022 | ███ | 1.5 | |
| 5/10/2022 | ███ | 0.1 | |
| 5/11/2022 | ███ | 0.5 | |
| 5/17/2022 | ███ | 0.2 | |
| 5/18/2022 | ███ | 0.8 | |

THANK YOU FOR YOUR BUSINESS



| Date | Value |
|---|---|
| 5/19/2022 | 0.4 |
| 5/23/2022 | 1.0 |
| 5/24/2022 | 0.4 |
| 6/2/2022 | 1.5 |
| 6/7/2022 | 0.8 |
| 6/13/2022 | 0.2 |
| 6/14/2022 | 0.9 |
| 6/15/2022 | 0.8 |

THANK YOU FOR YOUR BUSINESS



| Date | | Amount |
|---|---|---|
| 6/17/2022 | | 0.2 |
| 6/23/2022 | | 1.2 |
| 6/27/2022 | | 0.2 |
| | Total DC | 15.2 |
| | Fees Subtotal | $9,500.00 |
| Cost: ▉ 6/14/2022 | | $675.00 |
| Cost: ▉ 6/14/2022 | | $275.00 |
| | Total | $10,450.00 |
| | Please pay per agreement: | $10,450.00 |

THANK YOU FOR YOUR BUSINESS