# Exhibit D



# INVOICE

Invoice # 224
Date: 03/06/2022
Due On: 03/07/2022

**Attorneys-at-Law**

31 The Strand, 46 Canal Point Drive
PO Box 30069, Grand Cayman KY1-1201
Cayman Islands
Phone: (345) 949-9710

Robert Musiala Jr, SEC Receiver of Virgil Funds

## 5080-00001

## Re:Virgil Funds

| Type | Date | Notes | Quantity | Rate | Attorney | Total |
|---|---|---|---|---|---|---|
| Service | 04/01/2022 | ██████████ | 0.40 | $675.00 | SB | $270.00 |
| Service | 05/01/2022 | ██████████ | 0.50 | $675.00 | SB | $337.50 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Steven Barrie | 0.9 | $675.00 | $607.50 |
| | | **Subtotal** | **$607.50** |
| | | **Total** | **$607.50** |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 224 | 03/07/2022 | $607.50 | $0.00 | $607.50 |
| | | | **Outstanding Balance** | **$607.50** |
| | | | **Total Amount Outstanding** | **607.50** |

THIS INVOICE IS IN US DOLLARS

Please make all amounts payable to Nelsons Attorneys at Law Ltd

## Remittance Advice

| Checking Information | |
|---|---|
| **Remit checks to:** | Nelsons Attorneys at Law Ltd |

| Wire Transfer Information | |
|---|---|
| **Bank Name/Address:** | Correspondent Bank:<br>The Bank of New York Mellon, NY<br>SWIFT BIC Code: IRVTUS3N<br><br>Beneficiary Bank:<br>Butterfield Bank (Cayman) Ltd, Grand Cayman<br>SWIFT BIC Code: BNTBKYKY<br><br>For final credit:<br>Nelsons Attorneys at Law Ltd<br>Account: 8401748180011<br>Butterfield Bank (Cayman) Limited |

Please include the invoice number 224 as an additional reference so we may accurately identify and apply your payment. Please provide adequate payment to cover the wire fees charged by your financial institution.