# Exhibit C

Law Office of Dennis O. Cohen, PLLC
157 13th Street
Brooklyn, NY 11215
(646) 859-8855
dennis@denniscohenlaw.com

## INVOICE – ROBERT J. MUSIALA, JR. AS COURT-APPOINTED RECEIVER

**OCTOBER 18, 2022**

### BILL TO
Robert J. Musiala, Jr.
BakerHostetler
One North Wacker Drive
Suite 4500
Chicago, IL 60606
rmusiala@bakerlaw.com

### INSTRUCTIONS
Payment by wire to:
CITIBANK, N.A.
ABA Number: 021 000 089
SWIFT Code: CITI US 33
Account Number: 67 952 00 678

Payment by check to:
Law Office of Dennis O. Cohen, PLLC
157 13th Street
Brooklyn, NY 11215
Federal Tax ID: 83-2632313

| DESCRIPTION | TIME | NOTES | RATE AND TOTAL |
|---|---|---|---|
| For legal services rendered pursuant to engagement letter dated February 15, 2022, including: | | Non-final invoice. | DC Rate: $625/hr |
| Dennis O. Cohen (Activity Category *Asset Analysis and Recovery*): | | | |
| 7/19/2022 | 1.0 | | |
| 8/2/2022 | 2.0 | | |





| Date | Value |
|---|---|
| 8/8/2022 | 0.1 |
| 8/9/2022 | 0.1 |
| 8/13/2022 | 0.1 |
| 8/22/2022 | 0.1 |
| 8/29/2022 | 0.1 |
| 9/2/22 | 0.1 |
| 9/6/2022 | 0.1 |
| 9/8/2022 | 0.7 |
| 9/15/2022 | 0.2 |
| 9/22/2022 | 0.1 |
| 9/26/2022 | 0.1 |
| 9/27/2022 | 0.1 |
| 9/28/2022 | 0.1 |
| 9/30/2022 | 1.2 |
| Total DC | 6.2 |

THANK YOU FOR YOUR BUSINESS

|   |   |
|---|---|
| Fees Subtotal | $3,875.00 |
| Total | $3,875.00 |
| Please pay per agreement: | $3,875.00 |

THANK YOU FOR YOUR BUSINESS