# Exhibit D



4123 Lankershim Boulevard
North Hollywood, CA 91602

Robert A. Musiala, Jr.
Montgomery Technologies LLC in Receivership
BakerHostetler
One North Wacker Drive Suite 4500
Chicago, IL  60606-2841

Invoice:  557338

Client ID:  3005350

Date:  09/23/2022
Due Date:  09/23/2022

For professional services rendered as follows:

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|

**General Consulting Services**

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/08/2022 | [redacted] | JMD | 1.50 | 900.00 |
| 08/09/2022 | [redacted] | JMD | 0.70 | 420.00 |
| 08/25/2022 | [redacted] | JMD | 0.70 | 420.00 |
| 08/29/2022 | [redacted] | JMD | 1.20 | 720.00 |

**Notices**

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/08/2022 | [redacted] | ER | 1.50 | 330.00 |
| 09/13/2022 | [redacted] | ER | 0.50 | 110.00 |

**Qualified Settlement Fund Services**

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/13/2022 | [redacted] | JAC | 2.50 | 600.00 |
| [redacted] | [redacted] | JGM | 0.40 | 114.00 |

**Total for Services**  $3,614.00

**Invoice Total**  $3,614.00

O. 818.769.2010  /  F. 818.769.3100  /  FED EIN 95-2036255

MILLERKAPLAN.COM