```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
UNITED STATES SECURITIES AND                                  :
EXCHANGE COMMISSION,                                          :
                                      Plaintiff,              :     20 Civ. 10849 (LGS)
                                                              :
                      -against-                               :          ORDER
                                                              :
STEFAN QIN, et al.,                                           :
                                      Defendants.             :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 5, 2022, the Sixth Fee Application submitted by Court-appointed Receiver Robert A. Musiala, Jr., Esq. (the "Receiver") of Baker & Hostetler LLP ("BakerHostetler"), was granted in part. In light of the missing information in the status report and fee application, the Court held back 10% of the payment requested until the requisite information was provided. The Receiver was authorized to make payments in the following amounts: $625,132.50 (BakerHostetler); $333,789.30 (Ankura); $9,405.00 (Law Office of Dennis O. Cohen, PLLC) and $546.75 (Nelsons Attorneys-at-Law, Ltd).

WHEREAS, on January 12, 2023, the Receiver submitted a status letter and accompanying asset recovery memorandum to provide the Court with additional information. The supplemental materials provided in substantial part the information requested by the Order dated December 5, 2022. It is hereby

**ORDERED** that the remaining 10% of the Sixth Fee Application is **GRANTED**. The Receiver is authorized to make payments for the following amounts: $69,459.17 (BakerHostetler); $37,087.70 (Ankura); $1,045.00 (Law Office of Dennis O. Cohen, PLLC) and $60.75 (Nelsons Attorneys-at-Law, Ltd).

Dated: January 18, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**