UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES SECURITIES AND :
EXCHANGE COMMISSION, :
                              Plaintiff, :    20 Civ. 10849 (LGS)
:
          -against- :    ORDER
:
STEFAN QIN, et al., :
                          Defendants. :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 20, 2023, the Court received from Steve Reich the attached email requesting information regarding the expenses incurred by the Receiver drawn from the recovery fund, and an estimated schedule for the completion of administering the receivership. It is hereby

**ORDERED** that, by **February 2, 2023**, Receiver shall send to Mr. Reich the Orders that are publicly available on the docket approving payments to the Receiver, as well a copy of this Order. To the extent Receiver has any additional information as to the estimated schedule for the completion of administering the receivership, beyond what has been provided in the status reports, Receiver shall provide such information to Mr. Reich and file it on the docket.

Dated: January 26, 2023
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**

**Schofield NYSD Chambers**

| | |
|---|---|
| **From:** | Steve Reich <reich1@gmail.com> |
| **Sent:** | Friday, January 20, 2023 9:25 AM |
| **To:** | Schofield NYSD Chambers |
| **Subject:** | Case No. 20 Civ. 10849 (LGS) |

**CAUTION - EXTERNAL:**

Dear Judge Schofield,

I am sending this letter to you because you were the judge that appointed the receivership in January of 2021. I am one of the individual investors who was defrauded in the Qin case. I apologize if you are not the proper person for me to contact but I have been unable to get details from the receiver itself around the following questions.

While I understand this process takes time, over a period of over two years, the receiver has issued 9 status reports. While I am not surprised that no details have been presented in terms of actual numbers for recovery, I am surprised that there are no specifics in terms of expenses being drawn from the recovery fund and the lack of any estimated timeline for providing estimates or actions on behalf of the defrauded investors.

While there may be reasons for not providing specific recovery details as this process is still in flight, I do believe expenses are a number that should not be kept opaque. In addition, there is no clarity as to whether there are any limits on expenses during this process. As one of the claimants, is it possible to request that the receiver be instructed to provide expenses incurred to this point and an estimated schedule for completion of this process (given these two numbers tend to be significantly correlated).

I once again apologize if I should not be sending this question to you. I am not an attorney and did not consult with one prior to writing this. If there is a more appropriate route for me to follow, please let me know.

Thank you and best regards,
Steve


--
Steve Reich
(m) 908-265-2831
email: reich1@gmail.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.