# Exhibit C

Law Office of Dennis O. Cohen, PLLC
157 13th Street
Brooklyn, NY 11215
(646) 859-8855
dennis@denniscohenlaw.com

## INVOICE – ROBERT J. MUSIALA, JR. AS COURT-APPOINTED RECEIVER

JANUARY 25, 2023

### BILL TO
Robert J. Musiala, Jr.
BakerHostetler
One North Wacker Drive
Suite 4500
Chicago, IL 60606
rmusiala@bakerlaw.com

### INSTRUCTIONS
Payment by wire to:
CITIBANK, N.A.
ABA Number: 021 000 089
SWIFT Code: CITI US 33
Account Number: 67 952 00 678

Payment by check to:
Law Office of Dennis O. Cohen, PLLC
157 13th Street
Brooklyn, NY 11215
Federal Tax ID: 83-2632313

| DESCRIPTION | TIME | NOTES | RATE AND TOTAL |
|---|---|---|---|
| For legal services rendered pursuant to engagement letter dated February 15, 2022, including: | | Non-final invoice. | DC Rate: $625/hr |

Dennis O. Cohen (Activity Category *Asset Analysis and Recovery*):



| Date | Time |
|---|---|
| 10/3/2022 | 0.2 |
| 10/5/2022 | 0.2 |
| 10/7/2022 | 0.3 |
| 10/10/2022 | 0.1 |
| 10/11/2022 | 0.3 |
| 10/12/2022 | 1.1 |

2



| Date | Value |
|---|---|
| 10/13/2022 | 0.6 |
| 10/18/2022 | 1.0 |
| 10/19/2022 | 0.5 |
| 11/1/2022 | 0.5 |
| 11/9/2022 | 0.8 |
| 11/12/2022 | 0.1 |
| 11/18/2022 | 0.1 |
| 11/19/2022 | 0.1 |
| 11/28/2022 | 0.1 |
| 11/29/2022 | 1.2 |

THANK YOU FOR YOUR BUSINESS



| Date | | Hours |
|---|---|---|
| 12/5/2022 | [redacted] | 0.6 |
| 12/13/2022 | [redacted] | 0.2 |
| 12/19/2022 | [redacted] | 1.1 |
| 12/20/2022 | [redacted] | 0.1 |

|  |  |
|---|---|
| Total DC | 9.2 |
| Fees Subtotal | $5,750.00 |
| Total | $5,750.00 |

Please pay per agreement: $5,750.00

THANK YOU FOR YOUR BUSINESS