# Exhibit E



4123 Lankershim Boulevard
North Hollywood, CA 91602

Robert A. Musiala, Jr.
Montgomery Technologies LLC in Receivership
BakerHostetler
One North Wacker Drive Suite 4500
Chicago, IL  60606-2841

**Invoice: 562132**

| | | |
|---|---|---|
| Client ID: 3005350 | Date: | 01/23/2023 |
| | Due Date: | 01/23/2023 |

For professional services rendered as follows:

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| **General Consulting Services** | | | | |
| 10/27/2022 | [redacted] | JMD | 1.50 | 900.00 |
| | | Subtotal | | 900.00 |
| **Qualified Settlement Fund Services** | | | | |
| 10/06/2022 | [redacted] | JGM | 4.80 | 1,368.00 |
| 10/07/2022 | [redacted] | JGM | 6.20 | 1,767.00 |
| 10/13/2022 | [redacted] | NAS | 2.00 | 900.00 |
| 10/13/2022 | [redacted] | JGM | 5.60 | 1,596.00 |
| 10/14/2022 | [redacted] | NAS | 1.50 | 675.00 |
| 10/14/2022 | [redacted] | JGM | 6.30 | 1,795.50 |
| 10/15/2022 | [redacted] | JGM | 5.10 | 1,453.50 |
| 10/15/2022 | [redacted] | NAS | 4.00 | 1,800.00 |
| 10/16/2022 | [redacted] | JGM | 4.10 | 1,168.50 |

O. 818.769.2010  /  F. 818.769.3100  /  FED EIN [redacted]

MILLERKAPLAN.COM

**Miller Kaplan Arase LLP**  Page 2 of 2

| Date | | | | | | Staff | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/17/2022 | ▆▆▆▆▆ | | | | | NAS | 4.00 | 1,800.00 |
| 10/17/2022 | ▆▆▆▆▆ | | | | | JGM | 4.80 | 1,368.00 |
| 12/16/2022 | ▆▆▆▆▆ | | | | | JGM | 0.20 | 66.00 |

|  |  |
|---|---|
| Subtotal | 15,757.50 |
| Total for Services | 16,657.50 |
| **Discount** | **$3,331.50** |
| **Invoice Total** | **$13,326.00** |

| 01/23/2023 | 12/31/2022 | 11/30/2022 | 10/31/2022 | 09/30/2022+ | Total |
|---|---|---|---|---|---|
| 13,326.00 | 0.00 | 0.00 | 0.00 | 2,891.20 | **$16,217.20** |