**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

               Plaintiff,

    vs.

STEFAN QIN, VIRGIL TECHNOLOGIES
LLC, MONTGOMERY TECHNOLOGIES
LLC, VIRGIL QUANTITATIVE
RESEARCH, LLC, VIRGIL CAPITAL LLC,
and VQR PARTNERS LLC,

               Defendants.

Case No.: 20-cv-10849 (LGS)

---

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of Receiver's Certified Eighth Fee Application with Exhibits A–E (redacted) was served upon the following via email on March 31, 2023:

Shawn G. Crowley
Louis W. Fisher
Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
scrowley@kaplanhecker.com
lfisher@kaplanhecker.com
shecker@kaplanhecker.com

*Counsel for Defendant Stefan Qin*

|  |  |
|---|---|
| Dated: March 31, 2023<br>New York, New York | /s/ *Lauren P. Lyster*<br>Lauren P. Lyster<br>BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, NY 10111-0100<br>Tel.: (212) 589-4200<br>Facsimile: (212) 589-4201<br>llyster@bakerlaw.com<br><br>*Attorneys for Receiver Robert A. Musiala, Jr.* |