# Exhibit A

**SEC v. Qin et al. Receivership**
**Statement of Receivership Assets**

|  | As of April 10, 2023 |
|---|---:|
| Cash and cash equivalents | $ 34,287,961 |
| Crypto assets | 109,202 |
| **Total receivership assets** | **$ 34,397,163** |