# Exhibit B

**SEC v. Qin et al. Receivership**
**Statement of Net Recoveries**

|  | For the Period January 1, 2023 to April 10, 2023 | | From Inception to April 10, 2023 | |
|---|---|---|---|---|
| **Recoveries:** | | | | |
| Cash proceeds from crypto and fiat assets frozen by SEC | $ | - | $ | 29,968,823 |
| Cash recoveries and income | | 197,648 | | 10,079,143 |
| Cash proceeds from liquidations of crypto assets recovered | | 1,657,605 | | 3,373,260 |
| Crypto assets recovered or purchased not yet liquidated | | 446 | | 109,202 |
| **Total recoveries** | **$** | **1,855,698** | **$** | **43,530,428** |
| **Expenses:** | | | | |
| Court approved professional fees and expenses | $ | 1,091,098 | $ | 9,100,196 |
| Cash paid for other operating expenses | | 6,422 | | 33,069 |
| **Total expenses** | **$** | **1,097,519** | **$** | **9,133,265** |
| **Net recoveries** | **$** | **758,179** | **$** | **34,397,163** |