# Exhibit C

Law Office of Dennis O. Cohen, PLLC

157 13th Street

Brooklyn, NY 11215

**(646) 859-8855**

dennis@denniscohenlaw.com

| INVOICE — ROBERT J. MUSIALA, JR. AS COURT-APPOINTED RECEIVER | APRIL 28, 2023 |
|---|---|

| BILL TO | INSTRUCTIONS | |
|---|---|---|
| Robert J. Musiala, Jr.<br>BakerHostetler<br>One North Wacker Drive<br>Suite 4500<br>Chicago, IL 60606<br>rmusiala@bakerlaw.com | Payment by wire to:<br>CITIBANK, N.A.<br>ABA Number: 021 000 089<br>SWIFT Code: CITI US 33<br>Account Number: 67 952 00 678 | Payment by check to:<br>Law Office of Dennis O. Cohen, PLLC<br>157 13th Street<br>Brooklyn, NY 11215<br>Federal Tax ID: 83-2632313 |

| DESCRIPTION | | TIME | NOTES | RATE AND TOTAL |
|---|---|---|---|---|
| For legal services rendered pursuant to engagement letter dated February 15, 2022, including: | | | Non-final invoice. | DC Rate: $625/hr |
| Dennis O. Cohen (Activity Category *Asset Analysis and Recovery*): | | | | |
| 2/6/2023 | ▇▇▇▇▇▇▇▇▇▇ | 0.2 | | |
| 2/10/2023 | ▇▇▇▇▇▇▇▇▇▇ | 0.1 | | |
| 2/15/2023 | ▇▇▇▇▇▇▇▇▇▇ | 0.2 | | |
| 3/21/2023 | ▇▇▇▇▇▇▇▇▇▇ | 0.1 | | |
| | Total DC | 0.6 | | |
| | Fees Subtotal | $375.00 | | |
| | Total | $375.00 | | |
| | | | Please pay per agreement: | **$375.00** |