# **Exhibit E**



4123 Lankershim Boulevard
North Hollywood, CA 91602

Robert A. Musiala, Jr.
Montgomery Technologies LLC in Receivership
BakerHostetler
One North Wacker Drive Suite 4500
Chicago, IL  60606-2841

**Invoice: 567128**

| | |
|---|---|
| Client ID:  3005350 | Date: 05/23/2023 |
| | Due Date: 05/23/2023 |

For professional services rendered as follows:

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|

**Information Return Reporting Services**

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/25/2023 | [redacted] | CV | 0.20 | 13.29 |
| 01/26/2023 | [redacted] | JAC | 1.10 | 140.96 |
| 01/30/2023 | [redacted] | CV | 0.50 | 33.22 |
| 01/31/2023 | [redacted] | QAD | 0.20 | 38.92 |
| 01/31/2023 | [redacted] | CV | 1.00 | 66.45 |
| 01/31/2023 | [redacted] | DT | 0.10 | 5.93 |
| 02/14/2023 | [redacted] | CV | 0.25 | 16.61 |
| 02/21/2023 | [redacted] | ER | 0.10 | 11.87 |
| 02/22/2023 | [redacted] | JAC | 0.70 | 89.70 |
| 02/22/2023 | [redacted] | DT | 0.10 | 5.93 |
| 02/22/2023 | [redacted] | ER | 0.25 | 29.66 |
| | | Subtotal | | 452.54 |

**Qualified Settlement Fund Services**

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/03/2023 | [redacted] | CV | 0.50 | 70.00 |

**Miller Kaplan Arase LLP**                                                                                          Page 2 of 2

| Date | | | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/24/2023 | ▇▇▇ | ▇▇▇▇▇▇▇▇▇ | GMO | 1.80 | 441.00 |
| 02/28/2023 | ▇▇▇ | ▇▇▇▇▇ | ER | 0.30 | 75.00 |
| 03/04/2023 | ▇▇ | ▇▇▇▇▇ | YM | 0.25 | 22.50 |
| 03/06/2023 | ▇ | ▇▇▇▇▇▇▇ | DT | 0.25 | 31.25 |
| 03/14/2023 | ▇▇ | ▇▇▇▇▇ | JGM | 0.90 | 297.00 |
| 03/20/2023 | ▇▇ | ▇▇▇▇▇▇ | GMO | 1.80 | 441.00 |

|  |  |
|---|---|
| Subtotal | 1,377.75 |
| **Total for Services** | 1,830.29 |

**Charges**

| Date | | | Amount | Amount |
|---|---|---|---|---|
| 01/31/2023 | ▇▇▇ | | 23.73 | 23.73 |
| 02/22/2023 | ▇▇▇▇ | | 23.73 | 23.73 |

|  |  |
|---|---|
| Subtotal | 47.46 |
| **Total for Charges** | 47.46 |
| Billed Time & Charges | $1,877.75 |
| Discount | (375.55) |
| **Invoice Total** | **$1,502.20** |

| 05/23/2023 | 04/30/2023 | 03/31/2023 | 02/28/2023 | 01/31/2023+ | Total |
|---|---|---|---|---|---|
| 1,502.20 | 0.00 | 0.00 | 0.00 | 13,326.00 | **$14,828.20** |