**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>    Defendants. | Case No.: 20-cv-10849 (LGS) |

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of Receiver's Certified Ninth Fee Application with Exhibits A–E (redacted) was served upon the following via email on June 29, 2023:

Shawn G. Crowley
Louis W. Fisher
Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
scrowley@kaplanhecker.com
lfisher@kaplanhecker.com
shecker@kaplanhecker.com

*Counsel for Defendant Stefan Qin*

Dated: June 29, 2023  /s/ *Lauren P. Lyster*
      New York, New York  Lauren P. Lyster
                                                 BAKER & HOSTETLER LLP
                                                 45 Rockefeller Plaza
                                                 New York, NY 10111-0100
                                                 Tel.: (212) 589-4200
                                                 Facsimile: (212) 589-4201
                                                 llyster@bakerlaw.com

                                                 *Attorneys for Receiver Robert A. Musiala, Jr.*