UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Case No. 20-cv-10849 (LGS) |

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF GARY M. KAPLAN

I am a member in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated:  June 29, 2023

Respectfully submitted,

_____
Gary M. Kaplan (CA State Bar No. 155530)
Firm Name:  Farella Braun + Martel LLP
Address:  One Bush Street, Suite 900
City/State/Zip: San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: gkaplan@fbm.com

*Attorneys for Third Parties*
*Nasir Adaya and Phuong Nguyen*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California           )

County of San Francisco       )

Subscribed and sworn to (or affirmed) before me on this 29th day of June, 20 23, by Gary M. Kaplan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

PHYLLIS J. HERGERT
Notary Public - California
San Francisco County
Commission # 2447330
My Comm. Expires May 18, 2027

Signature Phyllis J. Hergert