UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>　　　　Defendants. | Case No. 20-cv-10849 (LGS) |

## ORDER FOR ADMISSION PRO HAC VICE OF GARY M. KAPLAN

Applicant Gary M. Kaplan has requested admission Pro Hac Vice to appear for all purposes as counsel for third parties Nasir Adaya and Phuong Nguyen in the above-entitled action. Applicant has declared that he is a member in good standing of the bar of the state of California, and that his contact information is as follows:

　　Applicant's Name:  Gary M. Kaplan (CA State Bar No. 155530)
　　Firm Name:  Farella Braun + Martel LLP
　　Address:  One Bush Street, Suite 900
　　City/State/Zip:  San Francisco, California 94104
　　Telephone: (415) 954-4400
　　Facsimile: (415) 954-4480
　　Email:  gkaplan@fbm.com

　　The motion of Gary M. Kaplan, for admission to practice Pro Hac Vice in the above-captioned action is granted.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2023　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Lorna G. Schofield

41410\16239455.1