UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC<br><br>　　　　　　　　Defendants. | Case No.: 1:20-cv-10849-LGS |

## NOTICE OF APPEARANCE FOR THIRD PARTIES
## NASIR ADAYA AND PHUONG NGUYEN

**PLEASE TAKE NOTICE** that Farella Braun + Martel LLP, attorneys for third parties Nasir Adaya and Phuong Nguyen ("Third Parties"), hereby files this Notice of Appearance, and requests that any notice directed to Third Parties be sent to the following address (by email or other electronic means if possible)

Gary Kaplan. Esq.
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Email: gkaplan@fbm.com
Facsimile:  (415) 954-4480

DATED:   July 6, 2023                                               FARELLA BRAUN + MARTEL LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Gary M. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gary M. Kaplan

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Third Parties*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Nasir Adaya and Phuong Nguyen*

41410\16234594.2

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Case No. 20-CV-10849 (LGS) |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the **Notice of Appearance of Gary M. Kaplan** was served upon the following via email on July 6, 2023:

Teresa Goody Guillen
John Joseph Carney
Lauren P. Lyster
Marco Molina
BAKER & HOSTETLER LLP
tgoodyguillen@bakerlaw.com
jcarney@bakerlaw.com
llyster@bakerlaw.com
mmolina@bakerlaw.com

*Counsel for Receiver Robert A. Musiala, Jr.*

Case 1:20-cv-10849-JGLC   Document 213   Filed 07/06/23   Page 3 of 3

Dated: July 6, 2023

By:     /s/ Gary M. Kaplan
       Gary M. Kaplan

Gary M. Kaplan (admitted *Pro Hac Vice*)
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: gkaplan@fbm.com

Attorneys for Third Parties
Nasir Adaya and Phuong Nguyen

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

2