**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>   vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>       Defendants. | Case No. 20-CV-10849 (LGS) |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the **Third Parties Nasir Adaya and Phuong Nguyen's Letter to Court in Response to Receiver June 15, 2023 Letter and Court's June 22, 2023 Order** was served upon the following via email on June 27, 2023:

    Marco Molina
    Lauren Bass
    BAKER & HOSTETLER LLP
    mmolina@bakerlaw.com
    lbass@bakerlaw.com

*Counsel for Receiver Robert A. Musiala, Jr.*

Dated: July 6, 2023

                                            By:    /s/ Gary M. Kaplan
                                                  Gary M. Kaplan

                                          Gary M. Kaplan (admitted *Pro Hac Vice*)
                                          FARELLA BRAUN + MARTEL LLP
                                          One Bush Street, Suite 900
                                          San Francisco, CA 94104
                                          Telephone: (415) 954-4400
                                          Facsimile: (415) 954-4480
                                          Email: gkaplan@fbm.com

                                          Attorneys for Third Parties
                                          Nasir Adaya and Phuong Nguyen