**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Case No. 20-CV-10849 (LGS) |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the **Third Parties Nasir Adaya and Phuong Nguyen's Letter to Court in Response to Receiver's Letter Seeking to File Oversized Declaration** was served upon the following via email on July 5, 2023:

Teresa Goody Guillen
John Joseph Carney
Lauren P. Lyster
Marco Molina
BAKER & HOSTETLER LLP
tgoodyguillen@bakerlaw.com
jcarney@bakerlaw.com
llyster@bakerlaw.com
mmolina@bakerlaw.com

*Counsel for Receiver Robert A. Musiala, Jr.*

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

1 | Dated:  July 6, 2023

2 | By: _____/s/ Gary M. Kaplan_____
3 | Gary M. Kaplan

4 | Gary M. Kaplan (admitted *Pro Hac Vice*)
   | FARELLA BRAUN + MARTEL LLP
5 | One Bush Street, Suite 900
   | San Francisco, CA 94104
6 | Telephone: (415) 954-4400
   | Facsimile: (415) 954-4480
7 | Email:  gkaplan@fbm.com

8 |
   | Attorneys for Third Parties
9 | Nasir Adaya and Phuong Nguyen

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28