UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Civil Action No. 20-CV-10849 (LGS) |

## MOTION FOR ADMISSION PRO HAC VICE OF AVIVA J. GILBERT

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Aviva J. Gilbert, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for third parties Nasir Adaya and Phuong Nguyen in the above-captioned action. Opposing counsel (for Court-appointed Receiver Robert A. Musiala, Jr.) consents to such admission.

Dated: July 3, 2023

Respectfully submitted,

*/s/ Aviva J. Gilbert*

Aviva J. Gilbert (CA State Bar No. 300091)
Applicant's Name: Aviva J. Gilbert
Firm Name: Farella Braun + Martel LLP
Address: One Bush Street, Suite 900
City/State/Zip: San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: agilbert@fbm.com

*Attorneys for Third-Parties Nasir Adaya and Phuong Nguyen*

41410\16238963.1