UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Civil Action No. 20-CV-10849 (LGS) |

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF AVIVA J. GILBERT

I am a member in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: July 3, 2023                    Respectfully submitted,

*[signature]*

Aviva J. Gilbert (CA State Bar No. 300091)
Applicant's Name: Aviva J. Gilbert
Firm Name: Farella Braun + Martel LLP
Address: One Bush Street, Suite 900
City/State/Zip: San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: agilbert@fbm.com

*Attorneys for Third-Parties*
*Nasir Adaya and Phuong Nguyen*

41410\16239105.1

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
COUNTY OF SAN FRANCISCO )

On July 3, 2023 before me, Sharon M. Villalobos, Notary Public, personally appeared Aviva J. Gilbert, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SHARON M. VILLALOBOS
Notary Public - California
San Francisco County
Commission # 2420553
My Comm. Expires Oct 11, 2026

Signature: Sharon M Villalobos   (seal)

04404\4784082.1