UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Civil Action No. 20-CV-10849 (LGS) |

## ORDER FOR ADMISSION PRO HAC VICE OF AVIVA J. GILBERT

Applicant Aviva J. Gilbert has requested admission Pro Hac Vice to appear for all purposes as counsel for third parties Nasir Adaya and Phuong Nguyen in the above-entitled action. Applicant has declared that she is a member in good standing of the bar of the state of California, and that her contact information is as follows:

Applicant's Name: Aviva J. Gilbert (CA State Bar No. 300091)
Firm Name: Farella Braun + Martel LLP
Address: One Bush Street, Suite 900
City/State/Zip: San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: agilbert@fbm.com

The motion of Aviva J. Gilbert, for admission to practice Pro Hac Vice in the above-captioned action is granted.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2023        _____
                                                              Honorable Lorna G. Schofield

41410\16239290.1