**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No.: 20-cv-10849 (LGS) |
| vs. | |
| STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Receiver's Letter to the Court in response to letters sent on behalf of Nasir Adaya and Phuong Nguyen (ECF Nos. 214, 216) was served upon the following via email on July 14, 2023:

Shawn G. Crowley
Louis W. Fisher
Sean Hecker
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
scrowley@kaplanhecker.com
lfisher@kaplanhecker.com
shecker@kaplanhecker.com

*Counsel for Defendant Stefan Qin*

Dated: July 14, 2023
      New York, New York

/s/ *Lauren P. Lyster*

Lauren P. Lyster
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111-0100
Tel.: (212) 589-4200
Facsimile: (212) 589-4201
mmolina@bakerlaw.com

*Attorneys for Receiver Robert A. Musiala, Jr.*