# Exhibit A

**SEC v. Qin et al. Receivership**
**Statement of Receivership Assets**

|  |  | As of June 30, 2023 |
|---|---|---|
| Cash and cash equivalents | $ | 34,502,751 |
| Crypto assets |  | 109,058 |
| **Total receivership assets** | **$** | **34,611,809** |