# Exhibit B

**SEC v. Qin et al. Receivership**
**Statement of Net Recoveries**

|  | For the Period April 11, 2023 to June 30, 2023 | From Inception to June 30, 2023 |
|---|---:|---:|
| **Recoveries:** | | |
| Cash proceeds from crypto and fiat assets frozen by SEC | $ - | $ 29,968,833 |
| Cash recoveries and income | 215,472 | 10,294,615 |
| Cash proceeds from liquidations of crypto assets recovered | - | 3,373,260 |
| Crypto assets recovered or purchased not yet liquidated | (145) | 109,058 |
| **Total recoveries** | **$ 215,327** | **$ 43,745,764** |
| **Expenses:** | | |
| Court approved professional fees and expenses | $ - | $ 9,100,196 |
| Cash paid for other operating expenses | 741 | 33,760 |
| **Total expenses** | **$ 741** | **$ 9,133,956** |
| **Net recoveries** | **$ 214,586** | **$ 34,611,809** |