UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC<br><br>Defendants. | Case No.: 1:20-cv-10849-LGS |

## NOTICE OF APPEARANCE FOR THIRD PARTIES
## NASIR ADAYA AND PHUONG NGUYEN

**PLEASE TAKE NOTICE** that Farella Braun + Martel LLP, attorneys for third parties Nasir Adaya and Phuong Nguyen ("Third Parties"), hereby files this Notice of Appearance, and requests that any notice directed to Third Parties be sent to the following address (by email or other electronic means if possible).

Aviva J.B. Gilbert, Esq.
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Email: agilbert@fbm.com
Facsimile:  (415) 954-4480

DATED: July 31, 2023

FARELLA BRAUN + MARTEL LLP

By: /s/ Aviva J.B. Gilbert
    Aviva J.B. Gilbert

*Attorneys for Third Parties*
*Nasir Adaya and Phuong Nguyen*

41410\16301498.1