# Exhibit 01



**Basic Information**

| User ID | Email | Registration time | Name | User ID number | User authentication type | User authentication time |
|---|---|---|---|---|---|---|
| ▮8310 | derivativetrading01@gmail.com | 2021-01-06 07:56:03 | null NGUYEN XUÂN UYÊN | ▮5924 | Personal | 2021-01-06 08:12:41 |