# Exhibit 06

Conversation started
  Private 10/20/2020, 10:20 PM
Participants
  Nasir Adaya

# Conversation

- Nasir Adaya (UGGS65E13)NA

Hi Xiao
10/20/2020, 10:20 PM
So there is a new token that will start trading tonight.
10/20/2020, 10:20 PM
And I need for us to start collecting the historical data from Binance.
10/20/2020, 10:20 PM
Do you think you can configure influxDB to take 5s snapshots of the following pairs: INJ/BTC, INJ/USDT. And these every 30s: INJ/BNB, INJ/BUSD
10/20/2020, 10:22 PM
The trading will start at 4 AM UTC time, but can you write the script so that it starts trying to collect it in case the token starts trading late
10/20/2020, 10:22 PM
Super important for us to get this data btw
10/20/2020, 10:22 PM

Conversation started
    Private 10/21/2020, 12:14 AM
Participants
    Nasir Adaya and Xiao Ren

Conversation

- Xiao Ren (UJ1FZFL4R) XR

Okay. Yes. I think it should be easy to add the pairs. So getting trades and orderbook data for all pairs? And they are all spot tickers?
10/21/2020, 12:14 AM

- Nasir Adaya (UGGS65E13) NA

Correct.
10/21/2020, 12:17 AM
Tradea and orderbooks.
10/21/2020, 12:17 AM
All spot
10/21/2020, 12:17 AM

- Xiao Ren (UJ1FZFL4R) XR

OK. Got it.
10/21/2020, 12:17 AM

- Nasir Adaya (UGGS65E13) NA

Trades*
10/21/2020, 12:30 AM
Thank you.
10/21/2020, 12:30 AM

- Xiao Ren (UJ1FZFL4R) XR

Yep. No problem.
10/21/2020, 12:31 AM

- Nasir Adaya (UGGS65E13) NA

Ok in about 1hr 9 min it starts
10/21/2020, 2:52 AM

- Xiao Ren (UJ1FZFL4R) XR

Yes. I have already modified scripts so it will start collecting when api is available.
10/21/2020, 3:01 AM

- Nasir Adaya (UGGS65E13) NA

ok nice.
10/21/2020, 3:01 AM

- Xiao Ren (UJ1FZFL4R) XR

Just checked the data, we are collecting for INJ pairs.
10/21/2020, 4:11 AM

- Nasir Adaya (UGGS65E13) NA

Thank you.
10/21/2020, 4:14 AM
Appreciate it.
10/21/2020, 4:14 AM

- Xiao Ren (UJ1FZFL4R) XR

Yep. No problem!
10/21/2020, 4:15 AM
 1