# Exhibit 07

N A
Previous messages
19 October 2020

NA

01:51
N A
market doesn't seem spooked
01:52
https://ftx.com/trade/OKB-PERP
01:52
when it comes back, probably a lot of short covering

R

01:52
Rohan
true

NA

01:52
N A
-1.44% / day is pretty expensive to short OKB

R

02:02
Rohan
true

NA

02:31
N A
https://debank.com/ranking/locked_value
02:31
DODO -17% TVL after the new token economics
02:31
new emissions*

NA

03:28
N A
wow FARM is very strong
03:28
235 USD/FARM

R

03:37
Rohan
wow nice
03:37
glad we didn't sell

NA

03:58
N A
Yes. Let's sync tmrw about the futures eth hedging btw
03:58
it hadn't been tested yet, right?

R

11:12
Rohan
nope, still working on it
11:12
sounds good

NA

12:09

so >5%

R

16:19
Rohan
wow

NA

16:20
N A
10m MC is still sort of nothing
16:20
can pump more

R

16:20
Rohan
yeah agreed

NA

16:51
N A
stonks way down
16:51
but crypto strong
16:51
SoV
16:52
I guess just -1% now, so not too bad actually.
16:57
Also how is the INJ script btw
16:57
Should we test out

R

16:58
Rohan
In reply to this message
not done yet, should have a test version ready by tonight

NA

16:58
N A
Ok let's prioritize this actually
16:58
IEO is actually 20th so tomorrow
16:58
eric just updated me

R

16:59
Rohan
ah wow okay will focus on taht
17:00
also i think amc2 pnl is off bc of the AST stuff
17:00
will fix soon

NA

17:00
N A
Yeah nw INJ is more important now

R

17:00
Rohan
kk

NA

Rohan
ok will follow
23:36
In reply to this message
im still a bit confused about this can i call you real quick to clarify?

NA

23:36
N A
yes
23:48
Oct 21 04:00 UTC is the new IEO time btw
23:48
in almost exactly 24 hours

R

23:50
Rohan
ok sounds good
20 October 2020

R

03:15
Rohan
USDT_percent of INJ tokens: [.25, .5, .5, 1]
USDT_limit orders: [.01, .05, .10, 0.25] (percent above best bid)
03:15
could you explain the parameters here again?
03:15
just USDT_percent actually

NA

03:20
N A
Yes .25% of our injective supply is placed at 1% above the best bid. .5% is placed at 5% above the best bid. And so forth.
03:22
Maybe it's better to keep it consistent units. So first array is [.0025, .005, .005, .01]

R

03:28
Rohan
okay makes sense

R

04:20
Rohan
okay have code ready
04:20
can do a test run tmrw afternoon

NA

04:20
N A
okay nice let's test tmrw with real capital

R

04:20
Rohan
yeah

NA

04:20
N A
In reply to this message

17:16
doing limit orders next

NA

17:16
N A
perfect

R

17:16
Rohan
should be ready for you to test soon

NA

17:16
N A
sg
17:17
IEO is at 4 AM UTC, so in 6 hr 44 min
17:17
we should be good on time.

R

17:17
Rohan
yup midnight est

R

17:43
Rohan
do you have access to vpfa4@virgilqr.com btw?
17:43
i think its ready for you to test
17:44
only thing that isnt finished is the dashboard to show current balance/vwap

NA

17:44
N A
let me check
17:44
In reply to this message
this is a test acct right
17:44
I have it on lastpass

R

17:44
Rohan
yes

NA

17:44
N A
you want to log in tho right?
17:51
We made a new sub account btw just for INJ. trading1b@virgilqr.com
17:52
I believe Antonio has the api key on the vault

R

17:52
Rohan
ok nice
17:52
can we get login/2fa access to it as well? in case something goes wrong with script
17:52
/also to monitor script

R

21:56
Rohan
good, just need to put script up on a server now

NA

21:57
N A
Ok cool.
21:57
2 hours til start

R

22:22
Rohan
yup yup
22:31
btw do we have any funds on trading1b i can do a final test with?
22:32
also do you know which number subaccount this is?

NA

22:32
N A
how much do you think you'd need

R

22:33
Rohan
just liek 1k

NA

22:33
N A
User ID:
████5275
22:33
trading1b@virgikr.com

R

22:33
Rohan
is this a fund account?
22:33
i meant like
22:33
\VPFA_BINANCE_MF_SUB_3_KEY

NA

22:33
N A
yes it is a fund subaccount

R

22:33
Rohan
im trying to figure out which api key to use

NA

22:33
N A
maybe it's easier if I generate a new one
22:34
I sent .5 INJ to the subaccount btw

R

22:34

Pandit_Baker_2543

Rohan
ah nice

NA

22:34
N A
so if you query the balane it should show .5 INJ

R

22:34
Rohan
okay i can use that to check
22:34
also i have a breaker
22:34
on the biggest market order the script is allowed to do
22:34
just incase something goes wrong
22:34
what should i set it to?

NA

22:35
N A
Maybe let's set it to 10k USD to be safe

R

22:35
Rohan
it has to be in INJ terms

NA

22:36
N A
Let's have it be 16666 INJ tokens

R

22:36
Rohan
ok sounds good
22:36
```
balance = binance.fetchBalance()[token]['total']
KeyError: 'INJ'
```

NA

22:36
N A
I don't think they enabled yet.
22:36
Let me send some ETH.

R

22:36
Rohan
okay ty

NA

22:37
N A
(they haven't enabled INJ)
22:40
ok I sent 1k USD worth of ETH, should show up in maybe a few minutes

R

22:40
Rohan
ok great

NA

22:48
inj_positions_dev

R

22:48
Rohan
vpfa_configs_test
22:48
and then strategy name inj_test
22:48
doing it test so that we dont accidently mess up amc2 prod

NA

22:48
N A

R

22:48
Rohan
yes

NA

22:48
N A
ok makes sense

R

22:49
Rohan
ok ill turn TWAP and dynamic_orders to false
22:49
and start script

NA

22:50
N A
is there an option for the script to do nothing btw

R

22:50
Rohan
yeah if both are false

NA

22:50
N A
ok got it.
22:51
cool I see them both false
22:51
we are gonna test with ETH right?

R

22:54
Rohan
yup
22:54
its live
22:54
feel free to test
22:54

su zhu galaxy brain
23:10

[image]

R

23:10
Rohan
yuppp

NA

23:10
N A
IEO price is 40c
23:10
ALPHA (previous IEO coin) had a candle up 7x when it first started trading
23:10
which is insane
23:11
ALPHA IEO price = .02 / token

R

23:11
Rohan
wow
23:11
yeah need those limit orders

NA

23:11
N A
TWAP worked
23:11
so I think we are good.
23:11
I am gonna set both to false and then xfer rest of INJ

R

23:11
Rohan
ok nice
23:12
should i set it to INJ now?

NA

23:12
N A
yes

R

23:13
Rohan
ok script is on n ready to go

NA

23:15
N A
cool just sent 500,000 INJ to the account

R