# Exhibit 08

# Direct message Antonio and Nasir Adaya - 2020-10-19 (UTC)

Conversation started
    Private 10/19/2020, 8:58 PM
 Participants
    Nasir Adaya

Conversation

- Nasir Adaya (UGGS65E13)NA

    @Antonio are you able to share the subaccount details for the new binance accounts
    10/19/2020, 8:58 PM
    And pls also send me the API keys
    10/19/2020, 8:58 PM
    Let me know once it's been added to LastPass so we can be ready. @Antonio
    10/19/2020, 11:34 PM

Conversation started
    Private 10/20/2020, 2:22 AM
 Participants
    Antonio and Nasir Adaya

Conversation

- Nasir Adaya (UGGS65E13)NA

    @Antonio What is our Binance fee tier level?
    10/20/2020, 2:22 AM
    @Antonio What is the UID for the subaccount?
    10/20/2020, 2:27 AM
    Setting things up for the MMing. Let me know when you're online. @Antonio
    10/20/2020, 2:27 AM
    @Antonio This is pretty urgent.
    10/20/2020, 2:04 PM
    The IEO is soon.
    10/20/2020, 2:04 PM
    So I need the credentials.
    10/20/2020, 2:04 PM
    @Antonio
    10/20/2020, 2:15 PM

- Antonio (UG8GA6NGK)A

    Hey Nas
    10/20/2020, 2:26 PM
    Still need to discuss funding with Stef
    10/20/2020, 2:27 PM
    If it's fund sourced then it substantially changes revenue and ownership dynamics
    10/20/2020, 2:27 PM
    Spoke to legal about it as well briefly yesterday
    10/20/2020, 2:28 PM
    So need to structure it right...
    10/20/2020, 2:28 PM
    I take it Stef reflected that the fund would "fund" this?
    10/20/2020, 2:29 PM

- Nasir Adaya (UGGS65E13)NA

    He said he knew where you could source the capital and would talk with you. He agreed that we wouldn't use fund capital initially.
    10/20/2020, 2:30 PM

- Antonio (UG8GA6NGK)A

    Ok
    10/20/2020, 2:30 PM
    Let me ping him
    10/20/2020, 2:30 PM

- Nasir Adaya (UGGS65E13)NA

    He didn't give details about where the capital would be sourced though. Just said he'd chat with you.
    10/20/2020, 2:30 PM

- Antonio (UG8GA6NGK)A

    ya, we discussed a number of things earlier this morn…missed this one
    10/20/2020, 2:33 PM
    ok, just pinged him
    10/20/2020, 2:33 PM
    in the meantime
    10/20/2020, 2:33 PM
    I'll add credentials to lp and aws
    10/20/2020, 2:33 PM

- Nasir Adaya (UGGS65E13)NA

ty
10/20/2020, 2:33 PM
IEO is in around ~12 hours, so want to test out everything. Thanks Antonio.
10/20/2020, 2:34 PM
Was it shared with me now?
10/20/2020, 7:14 PM
Also we are going to need you to move the tokens from master to that account in a few hours. @Antonio
10/20/2020, 7:14 PM
• Antonio (UG8GA6NGK)A

Hey Nas
10/20/2020, 9:23 PM
ya that was set up on lp
10/20/2020, 9:23 PM
• Nasir Adaya (UGGS65E13)NA

Hi Antonio.
10/20/2020, 9:23 PM
Ok great.
10/20/2020, 9:23 PM
Also 2fa?
10/20/2020, 9:23 PM
I'm going to want to log into subaccount as well.
10/20/2020, 9:23 PM
• Antonio (UG8GA6NGK)A

got it?
10/20/2020, 9:26 PM
• Nasir Adaya (UGGS65E13)NA

Got it.
10/20/2020, 9:27 PM
Can you forward me emails from trading1b@virgilqr.com
10/20/2020, 9:37 PM
Need to get the email code.
10/20/2020, 9:37 PM
So let's set to auto forward.
10/20/2020, 9:37 PM
• Antonio (UG8GA6NGK)A

you're on there
10/20/2020, 9:45 PM
oh wait
10/20/2020, 9:45 PM
maybe getting blocked
10/20/2020, 9:45 PM
one sec
10/20/2020, 9:45 PM
• Nasir Adaya (UGGS65E13)NA

Yeah getting blocked.
10/20/2020, 9:45 PM
• Antonio (UG8GA6NGK)A

yup
10/20/2020, 9:46 PM
unblocked
10/20/2020, 9:46 PM
• Nasir Adaya (UGGS65E13)NA

Also please forward vpfa4@virgilqr.com emails as well (test account for Binance) - we were testing the script there earlier.
10/20/2020, 9:46 PM
• Antonio (UG8GA6NGK)A

unblocked vpfa4

- Nasir Adaya (UGGS65E13)NA

ty
10/20/2020, 9:58 PM