# Exhibit 09

Conversation started
    Private 10/23/2020, 2:12 AM
Participants
    Richard Z and Warren Pfeffer

Conversation

- Richard Z (U01AZBK0BPD)RZ

Hey Warren, can we add this to the tracked folders: https://t.me/INJtrading
10/23/2020, 2:12 AM
INJ Army Trading
Unofficial chat for Injective Protocol trading, prices and more. Legit Group: t.me/joininjective Disclaimer (because every YouTube influencer tells me I'm supposed to write this apparently): Not investment or financial advice
Is there any way for me to add these by myself?
10/23/2020, 2:14 AM
I know there's a config file somewhere
10/23/2020, 2:14 AM

- Warren Pfeffer (UNESGE199)WP

I will add it . Currently the server needs to restart when a new cog is added. I need to make a modification to the program to enable dynamic reconfiguration but it's not a trivial change
10/23/2020, 2:21 AM

- Richard Z (U01AZBK0BPD)RZ

Okay sounds good. I think Nasir wants ASAP, so is it possible to add it now?
10/23/2020, 2:22 AM

- Warren Pfeffer (UNESGE199)WP

Working on it
10/23/2020, 2:22 AM
Ok it's restarting now
10/23/2020, 2:25 AM

- Richard Z (U01AZBK0BPD)RZ

Great thanks. Also, do you have time tomorrow to hop on a call? I want to call about what best practices are for file storage and data loss for the Discord scraper that we talked about a while ago
10/23/2020, 2:25 AM

- Warren Pfeffer (UNESGE199)WP

Sure I will send you an invite
10/23/2020, 2:26 AM

- Richard Z (U01AZBK0BPD)RZ

Great thanks
10/23/2020, 2:28 AM