# Exhibit 10

Conversation started
  Private 11/10/2020, 7:40 AM

Participants
  Raymond Li and Xiao Ren

Conversation

- Raymond Li (UNB8E57T6) RL

Hey Xiao! Can you send me the INJ/USDT order book data? Nasir wants me to analyze it
11/10/2020, 7:40 AM

- Xiao Ren (UJ1FZFL4R) XR

Ok. Will do.
11/10/2020, 3:27 PM
Hi Raymond, have shared data with you via google doc.
11/10/2020, 7:28 PM