# Exhibit 11

**Short Message Report**

| Conversations: 1 | Participants: 9 |
|---|---|
| Total Messages: 1036 | Date Range: 11/19/2019 - 12/22/2020 |

**Outline of Conversations**

 **NODISPLAY** • 1036 messages between 11/19/2019 - 12/22/2020 • Antonio Hallak • Jeremy(不单独咨询) • LUNA • NA • Ren • Stefan Qin (秦世得) • Stefan Qin (秦世得) • UNSPECIFIED_PARTICIPANT • Vince • 露娜@Binance

Hi Luna.

**N**   **NA**    8/12/2020, 12:09 PM
Hi Luna.

**U**   **UNSPECIFIED_PARTICIPANT**    8/12/2020, 12:09 PM
We need to withdraw COMP (Compound) token from our master account. We have a weird limit that needs to be lifted.

**N**   **NA**    8/12/2020, 12:09 PM
We need to withdraw COMP (Compound) token from our master account. We have a weird limit that needs to be lifted.

**N**   **NA**    8/12/2020, 12:09 PM
@I am LUNA @Luna

**U**   **UNSPECIFIED_PARTICIPANT**    8/12/2020, 12:09 PM
@I am LUNA @Luna

**N**   **NA**    8/12/2020, 12:09 PM
Can you help us sort through this?

**U**   **UNSPECIFIED_PARTICIPANT**    8/12/2020, 12:09 PM
Can you help us sort through this?

**N**   **NA**    8/12/2020, 12:14 PM
Is it an issue with the cold wallet?

**U**   **UNSPECIFIED_PARTICIPANT**    8/12/2020, 12:14 PM
Is it an issue with the cold wallet?

**L**   **LUNA**    8/12/2020, 12:15 PM
How much do you need to withdraw?

**U**   **UNSPECIFIED_PARTICIPANT**    8/12/2020, 12:15 PM
How much do you need to withdraw?

**N**   **NA**    8/12/2020, 12:15 PM
all of it.

**U**   **UNSPECIFIED_PARTICIPANT**    8/12/2020, 12:15 PM
all of it.

**L**   **LUNA**    8/12/2020, 12:15 PM
Maybe hit the limit

**U**   **UNSPECIFIED_PARTICIPANT**    8/12/2020, 12:15 PM
Maybe hit the limit

**U**   **UNSPECIFIED_PARTICIPANT**    8/12/2020, 12:16 PM
What is the limit?

**N**   **NA**    8/12/2020, 12:16 PM
What is the limit?

**U**   **UNSPECIFIED_PARTICIPANT**    8/12/2020, 12:16 PM
We weren't aware of a limit.

N   **NA**                                                           8/12/2020, 12:16 PM
We weren't aware of a limit.

U   **UNSPECIFIED_PARTICIPANT**                                      8/12/2020, 12:16 PM
100BTC

L   **LUNA**                                                         8/12/2020, 12:16 PM
100BTC

U   **UNSPECIFIED_PARTICIPANT**                                      8/12/2020, 12:16 PM
Trying to withdraw 667.16 COMP

N   **NA**                                                           8/12/2020, 12:16 PM
Trying to withdraw 667.16 COMP

N   **NA**                                                           8/12/2020, 12:16 PM
Can you increase our limit?

U   **UNSPECIFIED_PARTICIPANT**                                      8/12/2020, 12:16 PM
Can you increase our limit?

U   **UNSPECIFIED_PARTICIPANT**                                      8/12/2020, 12:17 PM
It should not hit the limit

L   **LUNA**                                                         8/12/2020, 12:17 PM
It should not hit the limit

N   **NA**                                                           8/12/2020, 12:17 PM
Maybe the limit was from other positions?

U   **UNSPECIFIED_PARTICIPANT**                                      8/12/2020, 12:17 PM
Maybe the limit was from other positions?

N   **NA**                                                           8/12/2020, 12:17 PM
We were doing a lot of xfers.

U   **UNSPECIFIED_PARTICIPANT**                                      8/12/2020, 12:17 PM
We were doing a lot of xfers.

U   **UNSPECIFIED_PARTICIPANT**                                      8/12/2020, 12:17 PM
Do you have the screenshot when you got the issue?

L   **LUNA**                                                         8/12/2020, 12:17 PM
Do you have the screenshot when you got the issue?

N   **NA**                                                           8/12/2020, 12:17 PM
So we need temporary limit increase to 200 BTC/day

U   **UNSPECIFIED_PARTICIPANT**                                      8/12/2020, 12:17 PM
So we need temporary limit increase to 200 BTC/day

N   **NA**                                                           8/12/2020, 12:18 PM

*Attachment: 243.pic_thum (6 KB)*

| N | **NA** | 8/12/2020, 12:18 PM |
|---|---|---|
| | we are limited to how much we can withdaw. | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:18 PM |
|---|---|---|
| | we are limited to how much we can withdaw. | |

| N | **NA** | 8/12/2020, 12:18 PM |
|---|---|---|
| | we have 667.16 COMP but it only lets us withdraw 2 | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:18 PM |
|---|---|---|
| | we have 667.16 COMP but it only lets us withdraw 2 | |

| N | **NA** | 8/12/2020, 12:18 PM |
|---|---|---|
| | I think it's because we hit 100 BTC with other coins | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:18 PM |
|---|---|---|
| | I think it's because we hit 100 BTC with other coins | |

| N | **NA** | 8/12/2020, 12:18 PM |
|---|---|---|
| | so if you make the limit 200 BTC for today we should be fine | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:18 PM |
|---|---|---|
| | so if you make the limit 200 BTC for today we should be fine | |

| L | **LUNA** | 8/12/2020, 12:18 PM |
|---|---|---|
| | Ok I see | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:18 PM |
|---|---|---|
| | Ok I see | |

| N | **NA** | 8/12/2020, 12:18 PM |
|---|---|---|
| | Let me kmow when the limit is increased. | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:18 PM |
|---|---|---|
| | Let me kmow when the limit is increased. | |

| L | **LUNA** | 8/12/2020, 12:18 PM |
|---|---|---|
| | What account is it? | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:18 PM |
|---|---|---|
| | What account is it? | |

| N | **NA** | 8/12/2020, 12:19 PM |
|---|---|---|
| | @Antonio Hallak What is the acct ID again? | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:19 PM |
|---|---|---|
| | @Antonio Hallak What is the acct ID again? | |

| AH | **Antonio Hallak** | 8/12/2020, 12:19 PM |
|---|---|---|
| | ms.trading1@virgilqr.com | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:19 PM |
|---|---|---|
| | ms.trading1@virgilqr.com | |

| | | |
|---|---|---|
| L | **LUNA** | 8/12/2020, 12:19 PM |
| | Why are you withdrawing so much coin? | |
| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:19 PM |
| | Why are you withdrawing so much coin? | |
| AH | **Antonio Hallak** | 8/12/2020, 12:19 PM |
| | because we are traders | |
| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:19 PM |
| | because we are traders | |
| N | **NA** | 8/12/2020, 12:20 PM |
| | rebalancing strategy. | |
| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:20 PM |
| | rebalancing strategy. | |
| L | **LUNA** | 8/12/2020, 12:20 PM |
| | How long do you need the limit | |
| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:20 PM |
| | How long do you need the limit | |
| L | **LUNA** | 8/12/2020, 12:20 PM |
| | 24h? | |
| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:20 PM |
| | 24h? | |
| L | **LUNA** | 8/12/2020, 12:20 PM |
| | Or 1 month | |
| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:20 PM |
| | Or 1 month | |
| N | **NA** | 8/12/2020, 12:20 PM |
| | ideally 1 month or longer. | |
| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:20 PM |
| | ideally 1 month or longer. | |
| L | **LUNA** | 8/12/2020, 12:20 PM |
| | Ok get it | |
| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:20 PM |
| | Ok get it | |
| L | **LUNA** | 8/12/2020, 12:20 PM |
| U | **UNSPECIFIED_PARTICIPANT** | 8/12/2020, 12:20 PM |
| | Lol😂 | |

**AH**     **Antonio Hallak**                                                    8/12/2020, 12:21 PM
🙂

**U**     **UNSPECIFIED_PARTICIPANT**                                           8/12/2020, 12:21 PM
🙂

**AH**     **Antonio Hallak**                                                    8/12/2020, 12:23 PM
@I am LUNA are you able to find the account w/the email address we provided?

**U**     **UNSPECIFIED_PARTICIPANT**                                           8/12/2020, 12:23 PM
@I am LUNA are you able to find the account w/the email address we provided?

**L**     **LUNA**                                                              8/12/2020, 12:24 PM
Yes?

**U**     **UNSPECIFIED_PARTICIPANT**                                           8/12/2020, 12:24 PM
Yes?

**N**     **NA**                                                                8/12/2020, 12:26 PM
ok perfect.

**U**     **UNSPECIFIED_PARTICIPANT**                                           8/12/2020, 12:26 PM
ok perfect.

**N**     **NA**                                                                8/12/2020, 12:37 PM
@Luna So it's updated now?

**U**     **UNSPECIFIED_PARTICIPANT**                                           8/12/2020, 12:37 PM
@Luna So it's updated now?

**L**     **LUNA**                                                              8/12/2020, 12:38 PM
It needs approval from several departments and I'm trying to find the colleagues. It's a bit late😂

**U**     **UNSPECIFIED_PARTICIPANT**                                           8/12/2020, 12:38 PM
It needs approval from several departments and I'm trying to find the colleagues. It's a bit late😂

**N**     **NA**                                                                8/12/2020, 12:42 PM
@I am LUNA super important so appreciate if you can help us out.

**U**     **UNSPECIFIED_PARTICIPANT**                                           8/12/2020, 12:42 PM
@I am LUNA super important so appreciate if you can help us out.

**L**     **LUNA**                                                              8/12/2020, 12:45 PM
Yes I'm asking

**U**     **UNSPECIFIED_PARTICIPANT**                                           8/12/2020, 12:45 PM
Yes I'm asking

**N**     **NA**                                                                8/12/2020, 1:21 PM
thank you.

**U**     **UNSPECIFIED_PARTICIPANT**                                           8/12/2020, 1:21 PM
thank you.

**N**    **NA**          8/12/2020, 1:21 PM
let us know.

**U**    **UNSPECIFIED_PARTICIPANT**          8/12/2020, 1:21 PM
let us know.

**N**    **NA**          8/12/2020, 3:34 PM
any luck?

**U**    **UNSPECIFIED_PARTICIPANT**          8/12/2020, 3:34 PM
any luck?

**L**    **LUNA**          8/12/2020, 6:48 PM
Sorry..still no response w

**U**    **UNSPECIFIED_PARTICIPANT**          8/12/2020, 6:48 PM
Sorry..still no response w

**L**    **LUNA**          8/12/2020, 6:48 PM
Will be done in the morning

**U**    **UNSPECIFIED_PARTICIPANT**          8/12/2020, 6:48 PM
Will be done in the morning

**L**    **LUNA**          8/12/2020, 8:26 PM
@NA 200 already

**U**    **UNSPECIFIED_PARTICIPANT**          8/12/2020, 8:26 PM
@NA 200 already

**AH**    **Antonio Hallak**          8/12/2020, 8:29 PM
thank you @I am LUNA

**U**    **UNSPECIFIED_PARTICIPANT**          8/12/2020, 8:29 PM
thank you @I am LUNA

**L**    **LUNA**          8/12/2020, 8:29 PM
No problem!

**U**    **UNSPECIFIED_PARTICIPANT**          8/12/2020, 8:29 PM
No problem!

**N**    **NA**          8/13/2020, 6:23 PM
okay can you increase it more?

**U**    **UNSPECIFIED_PARTICIPANT**          8/13/2020, 6:23 PM
okay can you increase it more?

**N**    **NA**          8/13/2020, 6:23 PM
to 1000 btc

**U**    **UNSPECIFIED_PARTICIPANT**          8/13/2020, 6:23 PM
to 1000 btc

N **NA**                                                    8/13/2020, 6:23 PM
@Luna @I am LUNA

U **UNSPECIFIED_PARTICIPANT**                              8/13/2020, 6:23 PM
@Luna @I am LUNA

L **LUNA**                                                  8/13/2020, 6:25 PM
Oh ok

U **UNSPECIFIED_PARTICIPANT**                              8/13/2020, 6:25 PM
Oh ok

U **UNSPECIFIED_PARTICIPANT**                              8/13/2020, 6:25 PM
For long term ?

L **LUNA**                                                  8/13/2020, 6:25 PM
For long term ?

N **NA**                                                    8/13/2020, 6:54 PM
yes

U **UNSPECIFIED_PARTICIPANT**                              8/13/2020, 6:54 PM
yes

N **NA**                                                    8/13/2020, 6:55 PM
long term

U **UNSPECIFIED_PARTICIPANT**                              8/13/2020, 6:55 PM
long term

AH **Antonio Hallak**                                       8/13/2020, 6:55 PM
Hi @I am LUNA

U **UNSPECIFIED_PARTICIPANT**                              8/13/2020, 6:55 PM
Hi @I am LUNA

AH **Antonio Hallak**                                       8/13/2020, 6:56 PM
we have a withdrawal

U **UNSPECIFIED_PARTICIPANT**                              8/13/2020, 6:56 PM
we have a withdrawal

AH **Antonio Hallak**                                       8/13/2020, 6:56 PM
that we submitted

U **UNSPECIFIED_PARTICIPANT**                              8/13/2020, 6:56 PM
that we submitted

AH **Antonio Hallak**                                       8/13/2020, 6:56 PM
but it says that it is being reviewed and awaiting approval

U **UNSPECIFIED_PARTICIPANT**                              8/13/2020, 6:56 PM
but it says that it is being reviewed and awaiting approval

| AH | **Antonio Hallak** | 8/13/2020, 6:56 PM |
| --- | --- | --- |
| | how long does that usually take | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/13/2020, 6:56 PM |
| --- | --- | --- |
| | how long does that usually take | |

| AH | **Antonio Hallak** | 8/13/2020, 6:56 PM |
| --- | --- | --- |
| | is it automated, or does it actually require a human to click, read details and click approve? | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/13/2020, 6:56 PM |
| --- | --- | --- |
| | is it automated, or does it actually require a human to click, read details and click approve? | |

| L | **LUNA** | 8/13/2020, 7:08 PM |
| --- | --- | --- |
| | Yeah we have internal approval process first | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/13/2020, 7:08 PM |
| --- | --- | --- |
| | Yeah we have internal approval process first | |

| N | **NA** | 8/13/2020, 7:09 PM |
| --- | --- | --- |
| | how long does that take | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/13/2020, 7:09 PM |
| --- | --- | --- |
| | how long does that take | |

| N | **NA** | 8/13/2020, 7:09 PM |
| --- | --- | --- |
| | can we speed up | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/13/2020, 7:09 PM |
| --- | --- | --- |
| | can we speed up | |

| L | **LUNA** | 8/13/2020, 7:09 PM |
| --- | --- | --- |
| | Normally it won't take long but if you are in rush let me know | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/13/2020, 7:09 PM |
| --- | --- | --- |
| | Normally it won't take long but if you are in rush let me know | |

| N | **NA** | 8/13/2020, 7:09 PM |
| --- | --- | --- |
| | in a rush. | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/13/2020, 7:09 PM |
| --- | --- | --- |
| | in a rush. | |

| L | **LUNA** | 8/13/2020, 7:09 PM |
| --- | --- | --- |
| | Ok | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/13/2020, 7:09 PM |
| --- | --- | --- |
| | Ok | |

| U | **UNSPECIFIED_PARTICIPANT** | 8/13/2020, 7:10 PM |
| --- | --- | --- |
| | ms.trading1@virgilqr.com | |

| L | **LUNA** | 8/13/2020, 7:10 PM |
| --- | --- | --- |
| | ms.trading1@virgilqr.com | |

L **LUNA**                                                                    8/13/2020, 7:10 PM
Right? Just withdraw?

U **UNSPECIFIED_PARTICIPANT**                                                 8/13/2020, 7:10 PM
Right? Just withdraw?

N **NA**                                                                      8/13/2020, 7:10 PM
ye

U **UNSPECIFIED_PARTICIPANT**                                                 8/13/2020, 7:10 PM
ye

N **NA**                                                                      8/13/2020, 7:10 PM
yes

U **UNSPECIFIED_PARTICIPANT**                                                 8/13/2020, 7:10 PM
yes

L **LUNA**                                                                    8/13/2020, 7:11 PM
Ok checking on it

U **UNSPECIFIED_PARTICIPANT**                                                 8/13/2020, 7:11 PM
Ok checking on it

L **LUNA**                                                                    8/13/2020, 8:44 PM
1000btc is done

U **UNSPECIFIED_PARTICIPANT**                                                 8/13/2020, 8:44 PM
1000btc is done

R **Ren**                                                                     8/13/2020, 8:44 PM
Thanks Luna for your hard work

U **UNSPECIFIED_PARTICIPANT**                                                 8/13/2020, 8:44 PM
Thanks Luna for your hard work

L **LUNA**                                                                    8/13/2020, 8:45 PM
Approval is passed too

U **UNSPECIFIED_PARTICIPANT**                                                 8/13/2020, 8:45 PM
Approval is passed too

L **LUNA**                                                                    8/13/2020, 8:45 PM
No problem. Thanks!

U **UNSPECIFIED_PARTICIPANT**                                                 8/13/2020, 8:45 PM
No problem. Thanks!

N **NA**                                                                      8/14/2020, 1:02 AM
Ty Luna

U **UNSPECIFIED_PARTICIPANT**                                                 8/14/2020, 1:02 AM
Ty Luna

L **LUNA**                                                                8/14/2020, 1:38 AM

AH **Antonio Hallak**                                                     9/3/2020, 8:37 AM
hi @I am LUNA and Binance team

U **UNSPECIFIED_PARTICIPANT**                                             9/3/2020, 8:37 AM
hi @I am LUNA and Binance team

AH **Antonio Hallak**                                                     9/3/2020, 8:37 AM
can we have our withdrawal limit increased

U **UNSPECIFIED_PARTICIPANT**                                             9/3/2020, 8:37 AM
can we have our withdrawal limit increased

AH **Antonio Hallak**                                                     9/3/2020, 8:37 AM
we have hit a withdrawal limit on our Binance account

U **UNSPECIFIED_PARTICIPANT**                                             9/3/2020, 8:37 AM
we have hit a withdrawal limit on our Binance account

AH **Antonio Hallak**                                                     9/3/2020, 8:37 AM
"Amount exceeds your 24hr withdrawal limit"

U **UNSPECIFIED_PARTICIPANT**                                             9/3/2020, 8:37 AM
"Amount exceeds your 24hr withdrawal limit"

N **NA**                                                                  9/3/2020, 8:55 AM
@Luna Thought we increased limit to 1000 BTC?

U **UNSPECIFIED_PARTICIPANT**                                             9/3/2020, 8:55 AM
@Luna Thought we increased limit to 1000 BTC?

R **Ren**                                                                 9/3/2020, 8:56 AM
@I am LUNA @露娜🦌小鹿同学

U **UNSPECIFIED_PARTICIPANT**                                             9/3/2020, 8:56 AM
@I am LUNA @露娜🦌小鹿同学

L **LUNA**                                                                9/3/2020, 9:04 AM
Hi @Antonio Hallak @NA

U **UNSPECIFIED_PARTICIPANT**                                             9/3/2020, 9:04 AM
Hi @Antonio Hallak @NA

L **LUNA**                                                                9/3/2020, 9:04 AM
Okay. How long do you need for the limit increase?

U **UNSPECIFIED_PARTICIPANT**                                             9/3/2020, 9:04 AM
Okay. How long do you need for the limit increase?

U **UNSPECIFIED_PARTICIPANT**                                             9/3/2020, 9:07 AM
what is the longest period that you are able to provide for this increase?

| AH | **Antonio Hallak** | 9/3/2020, 9:07 AM |
|----|----|----|
| | what is the longest period that you are able to provide for this increase? | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:19 AM |
|----|----|----|
| | How about 2 months? @Antonio Hallak | |

| L | **LUNA** | 9/3/2020, 9:19 AM |
|----|----|----|
| | How about 2 months? @Antonio Hallak | |

| AH | **Antonio Hallak** | 9/3/2020, 9:20 AM |
|----|----|----|
| | sure | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:20 AM |
|----|----|----|
| | sure | |

| AH | **Antonio Hallak** | 9/3/2020, 9:20 AM |
|----|----|----|
| | thank you | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:20 AM |
|----|----|----|
| | thank you | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:21 AM |
|----|----|----|
| | please let me know as soon as you get a confirmation from your team that the limit increase is effective | |

| AH | **Antonio Hallak** | 9/3/2020, 9:21 AM |
|----|----|----|
| | please let me know as soon as you get a confirmation from your team that the limit increase is effective | |

| L | **LUNA** | 9/3/2020, 9:24 AM |
|----|----|----|
| | Okay | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:24 AM |
|----|----|----|
| | Okay | |

| L | **LUNA** | 9/3/2020, 9:25 AM |
|----|----|----|
| | ms.trading1@virgilqr.com @Antonio Hallak please confirm the account is right | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:25 AM |
|----|----|----|
| | ms.trading1@virgilqr.com @Antonio Hallak please confirm the account is right | |

| AH | **Antonio Hallak** | 9/3/2020, 9:25 AM |
|----|----|----|
| | yes | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:25 AM |
|----|----|----|
| | yes | |

| L | **LUNA** | 9/3/2020, 9:26 AM |
|----|----|----|
| | Thank you! | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:26 AM |
|----|----|----|
| | Thank you! | |

| L | **LUNA** | 9/3/2020, 9:30 AM |
|----|----|----|
| | @Antonio Hallak Hi I just checked that your withdrawal limit is 1000 already. Do you need to increase to 2000BTC? | |

U **UNSPECIFIED_PARTICIPANT**                                           9/3/2020, 9:30 AM
@Antonio Hallak Hi I just checked that your withdrawal limit is 1000 already. Do you need to increase to 2000BTC?

R **Ren**                                                               9/3/2020, 9:31 AM
Yes please

U **UNSPECIFIED_PARTICIPANT**                                           9/3/2020, 9:31 AM
Yes please

AH **Antonio Hallak**                                                   9/3/2020, 9:31 AM
oh, then why are we getting the withdrawal limit error

U **UNSPECIFIED_PARTICIPANT**                                           9/3/2020, 9:31 AM
oh, then why are we getting the withdrawal limit error

L **LUNA**                                                              9/3/2020, 9:31 AM
Hold on

U **UNSPECIFIED_PARTICIPANT**                                           9/3/2020, 9:31 AM
Hold on

L **LUNA**                                                              9/3/2020, 9:31 AM
We just checked that you still remain 1000 limit

U **UNSPECIFIED_PARTICIPANT**                                           9/3/2020, 9:31 AM
We just checked that you still remain 1000 limit

L **LUNA**                                                              9/3/2020, 9:32 AM
How much did you withdraw today?

U **UNSPECIFIED_PARTICIPANT**                                           9/3/2020, 9:32 AM
How much did you withdraw today?

AH **Antonio Hallak**                                                   9/3/2020, 9:33 AM
less than 200 btc

U **UNSPECIFIED_PARTICIPANT**                                           9/3/2020, 9:33 AM
less than 200 btc

U **UNSPECIFIED_PARTICIPANT**                                           9/3/2020, 9:34 AM
does the asset matter? we are withdrawing usdt

AH **Antonio Hallak**                                                   9/3/2020, 9:34 AM
does the asset matter? we are withdrawing usdt

U **UNSPECIFIED_PARTICIPANT**                                           9/3/2020, 9:34 AM
Actually not. I'm checking with our CS team. Please wait a bit

L **LUNA**                                                              9/3/2020, 9:34 AM
Actually not. I'm checking with our CS team. Please wait a bit

L **LUNA**                                                              9/3/2020, 9:36 AM
Can you double check that if you could withdraw now?

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:36 AM |
|---|---|---|
| | Can you double check that if you could withdraw now? | |

| AH | **Antonio Hallak** | 9/3/2020, 9:36 AM |
|---|---|---|
| | ok hold on | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:36 AM |
|---|---|---|
| | ok hold on | |

| AH | **Antonio Hallak** | 9/3/2020, 9:37 AM |
|---|---|---|
| | ya it is fine now | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:37 AM |
|---|---|---|
| | ya it is fine now | |

| AH | **Antonio Hallak** | 9/3/2020, 9:37 AM |
|---|---|---|
| | what was the issue? | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:37 AM |
|---|---|---|
| | what was the issue? | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:39 AM |
|---|---|---|
| | Might be information delay | |

| L | **LUNA** | 9/3/2020, 9:39 AM |
|---|---|---|
| | Might be information delay | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:39 AM |
|---|---|---|
| | Sorry about that! | |

| L | **LUNA** | 9/3/2020, 9:39 AM |
|---|---|---|
| | Sorry about that! | |

| L | **LUNA** | 9/3/2020, 9:39 AM |
|---|---|---|
| | So I'll keep the limit as 1000 BTC | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:39 AM |
|---|---|---|
| | So I'll keep the limit as 1000 BTC | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:40 AM |
|---|---|---|
| | Calculation error of BTC value | |

| L | **LUNA** | 9/3/2020, 9:40 AM |
|---|---|---|
| | Calculation error of BTC value | |

| AH | **Antonio Hallak** | 9/3/2020, 9:41 AM |
|---|---|---|
| | ok | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:41 AM |
|---|---|---|
| | ok | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/3/2020, 9:41 AM |
|---|---|---|
| | thanks | |

**AH**  **Antonio Hallak**                                                     9/3/2020, 9:41 AM
thanks

**L**  **LUNA**                                                                9/3/2020, 9:41 AM
You are welcome!

**U**  **UNSPECIFIED_PARTICIPANT**                                             9/3/2020, 9:41 AM
You are welcome!

**L**  **LUNA**                                                                9/11/2020, 5:16 AM
Updates to Binance Futures Trading Rules
https://www.binance.com/en/support/articles/ec329e65642b4556bf343d0cb81c5363

**U**  **UNSPECIFIED_PARTICIPANT**                                             9/11/2020, 5:16 AM
Updates to Binance Futures Trading Rules
https://www.binance.com/en/support/articles/ec329e65642b4556bf343d0cb81c5363

**U**  **UNSPECIFIED_PARTICIPANT**                                             9/14/2020, 11:44 AM
Just want to make sure - our withdrawal limit is still 1000 BTC right? Let's keep it that way.

**N**  **NA**                                                                  9/14/2020, 11:44 AM
Just want to make sure - our withdrawal limit is still 1000 BTC right? Let's keep it that way.

**露**  **露娜@Binance**                                                        9/14/2020, 12:03 PM
Yes  @NA

**U**  **UNSPECIFIED_PARTICIPANT**                                             9/14/2020, 12:03 PM
Yes  @NA

**N**  **NA**                                                                  9/14/2020, 12:07 PM
Ok.

**U**  **UNSPECIFIED_PARTICIPANT**                                             9/14/2020, 12:07 PM
Ok.

**N**  **NA**                                                                  9/14/2020, 12:58 PM
@Luna Can you check our account? Our deposit isn't being shown. Taking a long time to confirm.

**U**  **UNSPECIFIED_PARTICIPANT**                                             9/14/2020, 12:58 PM
@Luna Can you check our account? Our deposit isn't being shown. Taking a long time to confirm.

**N**  **NA**                                                                  9/14/2020, 1:08 PM
Also what are the thresholds for manual review of deposits etc? @I am LUNA

**U**  **UNSPECIFIED_PARTICIPANT**                                             9/14/2020, 1:08 PM
Also what are the thresholds for manual review of deposits etc? @I am LUNA

**U**  **UNSPECIFIED_PARTICIPANT**                                             9/14/2020, 2:33 PM
Deposit is a bit delay today sorry...

**L**  **LUNA**                                                                9/14/2020, 2:33 PM
Deposit is a bit delay today sorry...

**N**  **NA**                                                                  9/14/2020, 2:33 PM
What are the thresholds for manual review of deposits?

**U**  **UNSPECIFIED_PARTICIPANT**                                             9/14/2020, 2:33 PM

What are the thresholds for manual review of deposits?

N  **NA**                                                            9/14/2020, 2:33 PM
   Right now this is interfering with our trading, so hopefully we can speed  up the deposit.

U  **UNSPECIFIED_PARTICIPANT**                                      9/14/2020, 2:33 PM
   Right now this is interfering with our trading, so hopefully we can speed  up the deposit.

U  **UNSPECIFIED_PARTICIPANT**                                      9/14/2020, 2:34 PM
   Yes if we thought it's risky or large amount

L  **LUNA**                                                          9/14/2020, 2:34 PM

U  **UNSPECIFIED_PARTICIPANT**                                      9/14/2020, 2:34 PM
   What is the threshold though?

N  **NA**                                                            9/14/2020, 2:34 PM
   What is the threshold though?

U  **UNSPECIFIED_PARTICIPANT**                                      9/14/2020, 2:34 PM
   Not sure

L  **LUNA**                                                          9/14/2020, 2:34 PM
   Not sure

N  **NA**                                                            9/14/2020, 2:34 PM
   3m USDT?

U  **UNSPECIFIED_PARTICIPANT**                                      9/14/2020, 2:34 PM
   3m USDT?

N  **NA**                                                            9/14/2020, 2:34 PM
   Ok please let us know.

U  **UNSPECIFIED_PARTICIPANT**                                      9/14/2020, 2:34 PM
   Ok please let us know.

U  **UNSPECIFIED_PARTICIPANT**                                      9/14/2020, 2:34 PM
   No certain amount

L  **LUNA**                                                          9/14/2020, 2:34 PM
   No certain amount

L  **LUNA**                                                          9/14/2020, 2:34 PM
   Ok

U  **UNSPECIFIED_PARTICIPANT**                                      9/14/2020, 2:34 PM
   Ok

U  **UNSPECIFIED_PARTICIPANT**                                      9/14/2020, 2:35 PM
   Which account is it now

L  **LUNA**                                                          9/14/2020, 2:35 PM
   Which account is it now

L   **LUNA**                                                              9/14/2020, 2:35 PM

U   **UNSPECIFIED_PARTICIPANT**                                           9/14/2020, 2:35 PM
I'll let my colleague know

U   **UNSPECIFIED_PARTICIPANT**                                           9/14/2020, 2:35 PM
@Antonio Hallak

N   **NA**                                                               9/14/2020, 2:35 PM
@Antonio Hallak

L   **LUNA**                                                              9/14/2020, 2:42 PM
ms.trading1@virgilqr.com ?

U   **UNSPECIFIED_PARTICIPANT**                                           9/14/2020, 2:42 PM
ms.trading1@virgilqr.com ?

N   **NA**                                                               9/14/2020, 2:42 PM
Correct.

U   **UNSPECIFIED_PARTICIPANT**                                           9/14/2020, 2:42 PM
Correct.

AH   **Antonio Hallak**                                                  9/14/2020, 2:43 PM
We got it

U   **UNSPECIFIED_PARTICIPANT**                                           9/14/2020, 2:43 PM
We got it

U   **UNSPECIFIED_PARTICIPANT**                                           9/14/2020, 2:43 PM
Took quite a while

AH   **Antonio Hallak**                                                  9/14/2020, 2:43 PM
Took quite a while

N   **NA**                                                               9/14/2020, 2:43 PM
Ok nice.

U   **UNSPECIFIED_PARTICIPANT**                                           9/14/2020, 2:43 PM
Ok nice.

L   **LUNA**                                                              9/14/2020, 2:45 PM
Thx!

U   **UNSPECIFIED_PARTICIPANT**                                           9/14/2020, 2:45 PM
Thx!

U   **UNSPECIFIED_PARTICIPANT**                                           9/14/2020, 2:45 PM
Sorry for the delay

L   **LUNA**                                                              9/14/2020, 2:45 PM
Sorry for the delay

L  **LUNA**                                                    9/14/2020, 2:45 PM
Crazy bake night

U  **UNSPECIFIED_PARTICIPANT**                                 9/14/2020, 2:45 PM
Crazy bake night

N  **NA**                                                      9/14/2020, 4:41 PM
lots of demand to use bakeryswap?

U  **UNSPECIFIED_PARTICIPANT**                                 9/14/2020, 4:41 PM
lots of demand to use bakeryswap?

N  **NA**                                                      9/14/2020, 4:45 PM
We will be doing a lot of transfers today. Can you make sure that there are no more manual approvals, etc? @Luna

U  **UNSPECIFIED_PARTICIPANT**                                 9/14/2020, 4:45 PM
We will be doing a lot of transfers today. Can you make sure that there are no more manual approvals, etc? @Luna

N  **NA**                                                      9/14/2020, 6:44 PM
@I am LUNA

U  **UNSPECIFIED_PARTICIPANT**                                 9/14/2020, 6:44 PM
@I am LUNA

N  **NA**                                                      9/14/2020, 7:21 PM
Our withdrawal is still pending. Can you speed it up?

U  **UNSPECIFIED_PARTICIPANT**                                 9/14/2020, 7:21 PM
Our withdrawal is still pending. Can you speed it up?

N  **NA**                                                      9/14/2020, 7:22 PM
We will be trading heavily and would be good to not have to go through so many manual approvals. Thank you!

U  **UNSPECIFIED_PARTICIPANT**                                 9/14/2020, 7:22 PM
We will be trading heavily and would be good to not have to go through so many manual approvals. Thank you!

U  **UNSPECIFIED_PARTICIPANT**                                 9/14/2020, 8:13 PM
Ok but I'm not sure if we can control this. I'm letting clear team know.

L  **LUNA**                                                    9/14/2020, 8:13 PM
Ok but I'm not sure if we can control this. I'm letting clear team know.

U  **UNSPECIFIED_PARTICIPANT**                                 9/14/2020, 8:24 PM
Ok. This is severely interfering with our trading strategies.

N  **NA**                                                      9/14/2020, 8:24 PM
Ok. This is severely interfering with our trading strategies.

N  **NA**                                                      9/14/2020, 8:24 PM
If our funds get frozen for manual approval. etc

U  **UNSPECIFIED_PARTICIPANT**                                 9/14/2020, 8:24 PM
If our funds get frozen for manual approval. etc

L **LUNA**                                                        9/14/2020, 8:26 PM
I understand. I'm discussing with the team. Get back to you later. And I'll pay attention to our chat group also

U **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 8:26 PM
I understand. I'm discussing with the team. Get back to you later. And I'll pay attention to our chat group also

U **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 8:28 PM
Ok thank you!

N **NA**                                                         9/14/2020, 8:28 PM
Ok thank you!

U **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 9:24 PM
@Luna @I am LUNA What do you think is an estimated time when this would be resolved?

N **NA**                                                         9/14/2020, 9:24 PM
@Luna @I am LUNA What do you think is an estimated time when this would be resolved?

L **LUNA**                                                        9/14/2020, 9:25 PM
We need more information about this. How much would you normally deposit and withdraw at a single time?

U **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 9:25 PM
We need more information about this. How much would you normally deposit and withdraw at a single time?

N **NA**                                                         9/14/2020, 9:25 PM
We may withdraw / deposit 5-20m at a single time. We are trading so we need lots of flexibility.

U **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 9:25 PM
We may withdraw / deposit 5-20m at a single time. We are trading so we need lots of flexibility.

U **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 9:25 PM
Right now we are losing money because our money is stuck.

N **NA**                                                         9/14/2020, 9:25 PM
Right now we are losing money because our money is stuck.

N **NA**                                                         9/14/2020, 9:25 PM
Which we find unacceptable.

U **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 9:25 PM
Which we find unacceptable.

N **NA**                                                         9/14/2020, 9:26 PM
We need you to whitelist us for deposits/withdrawals up to 2000 BTC.

U **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 9:26 PM
We need you to whitelist us for deposits/withdrawals up to 2000 BTC.

L **LUNA**                                                        9/14/2020, 9:26 PM
Did you use whitelist already?

U **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 9:26 PM
Did you use whitelist already?

N   **NA**                                                                                      9/14/2020, 9:26 PM

Yes but we need to make sure that our transactions don't go through to manual review.

U   **UNSPECIFIED_PARTICIPANT**                                                                 9/14/2020, 9:26 PM

Yes but we need to make sure that our transactions don't go through to manual review.

N   **NA**                                                                                      9/14/2020, 9:26 PM

Our recent deposits / withdrawals have take too long.

U   **UNSPECIFIED_PARTICIPANT**                                                                 9/14/2020, 9:26 PM

Our recent deposits / withdrawals have take too long.

N   **NA**                                                                                      9/14/2020, 9:27 PM

And this is affecting our trading operation and rebalancing of strategies.

U   **UNSPECIFIED_PARTICIPANT**                                                                 9/14/2020, 9:27 PM

And this is affecting our trading operation and rebalancing of strategies.

N   **NA**                                                                                      9/14/2020, 9:28 PM

Do all transactions over 5m go through manual review? Or how does your system work? We need transparency on this since it is affecting our trading.

U   **UNSPECIFIED_PARTICIPANT**                                                                 9/14/2020, 9:28 PM

Do all transactions over 5m go through manual review? Or how does your system work? We need transparency on this since it is affecting our trading.

L   **LUNA**                                                                                    9/14/2020, 9:29 PM

No one can actually turn off the trigger for manual processes as it's very complicated. But we can try to prevent it and we suggest you whitelist the wallet address and do not change IP or equipment often.

U   **UNSPECIFIED_PARTICIPANT**                                                                 9/14/2020, 9:29 PM

No one can actually turn off the trigger for manual processes as it's very complicated. But we can try to prevent it and we suggest you whitelist the wallet address and do not change IP or equipment often.

L   **LUNA**                                                                                    9/14/2020, 9:29 PM

U   **UNSPECIFIED_PARTICIPANT**                                                                 9/14/2020, 9:29 PM

I'm still working on this

N   **NA**                                                                                      9/14/2020, 9:32 PM

Ok thank you Luna. We appreciate your cooperation, just want to get speedy result so we can continue to trade. Hopefully you can flag us as a trustworthy client so we don't run into this issue again. We are likely to keep doing large withdrawals/deposits in the future. Please raise our withdrawal limit to 2000 BTC as well. We are likely to surpass this 1000 BTC daily amount in a few hours, as we are going to keep rebalancing our trading.

U   **UNSPECIFIED_PARTICIPANT**                                                                 9/14/2020, 9:32 PM

Ok thank you Luna. We appreciate your cooperation, just want to get speedy result so we can continue to trade. Hopefully you can flag us as a trustworthy client so we don't run into this issue again. We are likely to keep doing large withdrawals/deposits in the future. Please raise our withdrawal limit to 2000 BTC as well. We are likely to surpass this 1000 BTC daily amount in a few hours, as we are going to keep rebalancing our trading.

L   **LUNA**                                                                                    9/14/2020, 9:38 PM

Yes I'm applying for limit already and it will be increased to 2000 BTC for three months.

U   **UNSPECIFIED_PARTICIPANT**                                                                 9/14/2020, 9:38 PM

Yes I'm applying for limit already and it will be increased to 2000 BTC for three months.

**N**  **NA**                                                           9/14/2020, 9:39 PM

Ok thank you. We are going to make more large withdrawals/deposits in the next few hours, so please make sure they don't get stuck. We were waiting 8hours+ for our transactions to process today, which is affecting our trading.

**U**  **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 9:39 PM

Ok thank you. We are going to make more large withdrawals/deposits in the next few hours, so please make sure they don't get stuck. We were waiting 8hours+ for our transactions to process today, which is affecting our trading.

**L**  **LUNA**                                                        9/14/2020, 9:45 PM

Only next few hours?

**U**  **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 9:45 PM

Only next few hours?

**N**  **NA**                                                          9/14/2020, 9:46 PM

To be safe let's say for the rest of the month.

**U**  **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 9:46 PM

To be safe let's say for the rest of the month.

**R**  **Ren**                                                         9/14/2020, 9:46 PM

Two three months probably

**U**  **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 9:46 PM

Two three months probably

**N**  **NA**                                                          9/14/2020, 9:47 PM

yes.

**U**  **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 9:47 PM

yes.

**N**  **NA**                                                          9/14/2020, 9:48 PM

Forever is better but especially for next several months we will be very active in large withdrawals/deposits as we rebalance our strategies.

**U**  **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 9:48 PM

Forever is better but especially for next several months we will be very active in large withdrawals/deposits as we rebalance our strategies.

**L**  **LUNA**                                                        9/14/2020, 9:49 PM

Your withdrawal limit is 2000btc/day now. And I'm applying for 800btc withdrawal whitelist in a single time

**U**  **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 9:49 PM

Your withdrawal limit is 2000btc/day now. And I'm applying for 800btc withdrawal whitelist in a single time

**L**  **LUNA**                                                        9/14/2020, 9:50 PM

Which means if you withdraw less than 800 btc you will not go into manual process.

**U**  **UNSPECIFIED_PARTICIPANT**                                     9/14/2020, 9:50 PM

Which means if you withdraw less than 800 btc you will not go into manual process.

**N**  **NA**                                                          9/14/2020, 9:51 PM

Ok thank you. This is good information to know. Did our current transaction get approved by the way?

U   **UNSPECIFIED_PARTICIPANT**                                    9/14/2020, 9:51 PM
Ok thank you. This is good information to know. Did our current transaction get approved by the way?

N   **NA**                                                        9/14/2020, 9:51 PM
We have a transaction pending to withdraw.

U   **UNSPECIFIED_PARTICIPANT**                                    9/14/2020, 9:51 PM
We have a transaction pending to withdraw.

L   **LUNA**                                                      9/14/2020, 9:52 PM
I'm pushing for it

U   **UNSPECIFIED_PARTICIPANT**                                    9/14/2020, 9:52 PM
I'm pushing for it

N   **NA**                                                        9/14/2020, 10:03 PM
thank you.

U   **UNSPECIFIED_PARTICIPANT**                                    9/14/2020, 10:03 PM
thank you.

L   **LUNA**                                                      9/14/2020, 10:05 PM
800btc whitelist is done

U   **UNSPECIFIED_PARTICIPANT**                                    9/14/2020, 10:05 PM
800btc whitelist is done

AH  **Antonio Hallak**                                            9/14/2020, 10:05 PM
Thank @I am LUNA

U   **UNSPECIFIED_PARTICIPANT**                                    9/14/2020, 10:05 PM
Thank @I am LUNA

AH  **Antonio Hallak**                                            9/14/2020, 10:05 PM
we see the transactions completed now

U   **UNSPECIFIED_PARTICIPANT**                                    9/14/2020, 10:05 PM
we see the transactions completed now

L   **LUNA**                                                      9/14/2020, 10:05 PM
Great

U   **UNSPECIFIED_PARTICIPANT**                                    9/14/2020, 10:05 PM
Great

AH  **Antonio Hallak**                                            9/14/2020, 10:05 PM
your help in whitelisting for the 800btc will be very helpful for future transactions

U   **UNSPECIFIED_PARTICIPANT**                                    9/14/2020, 10:05 PM
your help in whitelisting for the 800btc will be very helpful for future transactions

AH  **Antonio Hallak**                                            9/14/2020, 10:05 PM
much appreciated...

**U**    **UNSPECIFIED_PARTICIPANT**         9/14/2020, 10:05 PM

much appreciated...

**L**    **LUNA**         9/14/2020, 10:06 PM

This is my job. Glad to be helpful! Let me know if it works

**U**    **UNSPECIFIED_PARTICIPANT**         9/14/2020, 10:06 PM

This is my job. Glad to be helpful! Let me know if it works

**N**    **NA**         9/14/2020, 10:10 PM

Thank you Luna!

**U**    **UNSPECIFIED_PARTICIPANT**         9/14/2020, 10:10 PM

Thank you Luna!

**露**    **露娜@Binance**         9/14/2020, 10:49 PM

My pleasure 🙂

**U**    **UNSPECIFIED_PARTICIPANT**         9/14/2020, 10:49 PM

My pleasure 🙂

**N**    **NA**         9/16/2020, 2:01 PM

Hi we are waiting on a transaction again. @Luna @I am LUNA I thought this was addressed so the transactions wouldn't go through manual review anymore? You said we could do transfers up to 800 BTC at once...

**U**    **UNSPECIFIED_PARTICIPANT**         9/16/2020, 2:01 PM

Hi we are waiting on a transaction again. @Luna @I am LUNA I thought this was addressed so the transactions wouldn't go through manual review anymore? You said we could do transfers up to 800 BTC at once...

**L**    **LUNA**         9/16/2020, 7:49 PM

@NA yes it should be

**U**    **UNSPECIFIED_PARTICIPANT**         9/16/2020, 7:49 PM

@NA yes it should be

**L**    **LUNA**         9/16/2020, 7:50 PM

How is it going now?

**U**    **UNSPECIFIED_PARTICIPANT**         9/16/2020, 7:50 PM

How is it going now?

**L**    **LUNA**         9/16/2020, 7:51 PM

Do you have the txid I'll need to check with the clearing team.

**U**    **UNSPECIFIED_PARTICIPANT**         9/16/2020, 7:51 PM

Do you have the txid I'll need to check with the clearing team.

**N**    **NA**         9/16/2020, 7:55 PM

Ok it eventually went through.

**U**    **UNSPECIFIED_PARTICIPANT**         9/16/2020, 7:55 PM

Ok it eventually went through.

**U**    **UNSPECIFIED_PARTICIPANT**         9/16/2020, 7:55 PM

Ty

**N**    **NA**         9/16/2020, 7:55 PM

Ty

**U**    **UNSPECIFIED_PARTICIPANT**      9/16/2020, 8:25 PM
@NA how long did the transaction take?

**L**    **LUNA**      9/16/2020, 8:25 PM
@NA how long did the transaction take?

**L**    **LUNA**      9/16/2020, 8:25 PM
I need to confirm that if the whitelist was working

**U**    **UNSPECIFIED_PARTICIPANT**      9/16/2020, 8:25 PM
I need to confirm that if the whitelist was working

**N**    **NA**      9/16/2020, 10:07 PM
I think it took around 20-30m. A lot of confirmations before credited to the account. @Antonio Hallak

**U**    **UNSPECIFIED_PARTICIPANT**      9/16/2020, 10:07 PM
I think it took around 20-30m. A lot of confirmations before credited to the account. @Antonio Hallak

**L**    **LUNA**      9/16/2020, 10:13 PM
Deposit or withdraw?

**U**    **UNSPECIFIED_PARTICIPANT**      9/16/2020, 10:13 PM
Deposit or withdraw?

**L**    **LUNA**      9/16/2020, 10:15 PM
A lot of chains are very busy recently and it may take time

**U**    **UNSPECIFIED_PARTICIPANT**      9/16/2020, 10:15 PM
A lot of chains are very busy recently and it may take time

**N**    **NA**      9/16/2020, 10:16 PM
I believe it took a while for the deposit but @Antonio Hallak can add more detail.

**U**    **UNSPECIFIED_PARTICIPANT**      9/16/2020, 10:16 PM
I believe it took a while for the deposit but @Antonio Hallak can add more detail.

**U**    **UNSPECIFIED_PARTICIPANT**      9/16/2020, 10:16 PM
Yes, gas fees skyrocketed just now because of Uniswap token distribution.

**N**    **NA**      9/16/2020, 10:16 PM
Yes, gas fees skyrocketed just now because of Uniswap token distribution.

**L**    **LUNA**      9/16/2020, 10:46 PM
We just checked that our recent transaction took 10-15mins and it's normal process timing and our whitelist is working.

**U**    **UNSPECIFIED_PARTICIPANT**      9/16/2020, 10:46 PM
We just checked that our recent transaction took 10-15mins and it's normal process timing and our whitelist is working.

**N**    **NA**      9/16/2020, 10:49 PM
Ok ty Luna.

**U**    **UNSPECIFIED_PARTICIPANT**      9/16/2020, 10:49 PM
Ok ty Luna.

U       **UNSPECIFIED_PARTICIPANT**                                    9/17/2020, 12:28 AM
        Np;)

L       **LUNA**                                                        9/17/2020, 12:28 AM
        Np;)

AH      **Antonio Hallak**                                              9/22/2020, 3:03 PM
        hi @I am LUNA

U       **UNSPECIFIED_PARTICIPANT**                                     9/22/2020, 3:03 PM
        hi @I am LUNA

AH      **Antonio Hallak**                                              9/22/2020, 3:03 PM
        let me know when you're online, have a question...

U       **UNSPECIFIED_PARTICIPANT**                                     9/22/2020, 3:03 PM
        let me know when you're online, have a question...

AH      **Antonio Hallak**                                              9/22/2020, 3:03 PM
        thx

U       **UNSPECIFIED_PARTICIPANT**                                     9/22/2020, 3:03 PM
        thx

L       **LUNA**                                                        9/22/2020, 8:24 PM
        @Antonio Hallak yes?

U       **UNSPECIFIED_PARTICIPANT**                                     9/22/2020, 8:24 PM
        @Antonio Hallak yes?

U       **UNSPECIFIED_PARTICIPANT**                                     9/23/2020, 4:10 AM
        hi @I am LUNA

AH      **Antonio Hallak**                                              9/23/2020, 4:10 AM
        hi @I am LUNA

AH      **Antonio Hallak**                                              9/23/2020, 4:10 AM
        does the generate statements function work on the Binance site?

U       **UNSPECIFIED_PARTICIPANT**                                     9/23/2020, 4:10 AM
        does the generate statements function work on the Binance site?

AH      **Antonio Hallak**                                              9/23/2020, 4:11 AM
        we tried it and it's been "generating" for a couple of days

U       **UNSPECIFIED_PARTICIPANT**                                     9/23/2020, 4:11 AM
        we tried it and it's been "generating" for a couple of days

露      **露娜@Binance**                                                 9/23/2020, 4:13 AM
        Sorry what statement ?

U       **UNSPECIFIED_PARTICIPANT**                                     9/23/2020, 4:13 AM
        Sorry what statement?

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 4:15 AM |
|---|---|---|
| | option on the Binance site to "Generate all statements" | |

| AH | **Antonio Hallak** | 9/23/2020, 4:15 AM |
|---|---|---|
| | option on the Binance site to "Generate all statements" | |

| L | **LUNA** | 9/23/2020, 4:17 AM |
|---|---|---|
| | Do you have the screenshot of error information? Or the "generating" | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 4:17 AM |
|---|---|---|
| | Do you have the screenshot of error information? Or the "generating" | |

| AH | **Antonio Hallak** | 9/23/2020, 4:18 AM |
|---|---|---|

*Attachment: 444.pic_thum (8 KB)*

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 4:19 AM |
|---|---|---|
| | ms.trading1@virgilqr.com spot account statement? | |

| L | **LUNA** | 9/23/2020, 4:19 AM |
|---|---|---|
| | ms.trading1@virgilqr.com spot account statement? | |

| AH | **Antonio Hallak** | 9/23/2020, 4:19 AM |
|---|---|---|
| | yes | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 4:19 AM |
|---|---|---|
| | yes | |

| L | **LUNA** | 9/23/2020, 4:19 AM |
|---|---|---|
| | Okay. Let me check with the tech team. Sorry for the inconvenience | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 4:19 AM |
|---|---|---|
| | Okay. Let me check with the tech team. Sorry for the inconvenience | |

| L | **LUNA** | 9/23/2020, 4:23 AM |
|---|---|---|
| | I just applied VIP4 for your account so that you can have lower trading fees. | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 4:23 AM |
|---|---|---|
| | I just applied VIP4 for your account so that you can have lower trading fees. | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 4:26 AM |
|---|---|---|
| | great.  Thx @I am LUNA | |

| AH | **Antonio Hallak** | 9/23/2020, 4:26 AM |
|---|---|---|
| | great.  Thx @I am LUNA | |

| AH | **Antonio Hallak** | 9/23/2020, 5:55 AM |
|---|---|---|
| | @I am LUNA, did you get any response from tech? | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 5:55 AM |
|---|---|---|
| | @I am LUNA, did you get any response from tech? | |

| L | **LUNA** | 9/23/2020, 5:56 AM |
|---|---|---|
| | Not yet. I'm chasing on it | |

U **UNSPECIFIED_PARTICIPANT**                                                        9/23/2020, 5:56 AM

Not yet. I'm chasing on it

U **UNSPECIFIED_PARTICIPANT**                                                        9/23/2020, 8:13 PM

@Antonio Hallak Hi our tech checked but cannot find any issue and I tested myself it's working. Could you please try to download a short-term statement (3-month), and see if it worked.

L **LUNA**                                                                          9/23/2020, 8:13 PM

@Antonio Hallak Hi our tech checked but cannot find any issue and I tested myself it's working. Could you please try to download a short-term statement (3-month), and see if it worked.

U **UNSPECIFIED_PARTICIPANT**                                                        9/23/2020, 8:15 PM

Or I can apply the statement for you from data team if you need the whole year thing and it may take some time. Please just let me know what kind of data you need.

L **LUNA**                                                                          9/23/2020, 8:15 PM

Or I can apply the statement for you from data team if you need the whole year thing and it may take some time. Please just let me know what kind of data you need.

AH **Antonio Hallak**                                                               9/23/2020, 8:24 PM

hi @I am LUNA , if you see the date range, that is what I need to compare against our internal statements...

U **UNSPECIFIED_PARTICIPANT**                                                        9/23/2020, 8:24 PM

hi @I am LUNA , if you see the date range, that is what I need to compare against our internal statements...

AH **Antonio Hallak**                                                               9/23/2020, 8:24 PM

I will rerun now to see if it works...

U **UNSPECIFIED_PARTICIPANT**                                                        9/23/2020, 8:24 PM

I will rerun now to see if it works...

L **LUNA**                                                                          9/23/2020, 8:28 PM

Okay.

U **UNSPECIFIED_PARTICIPANT**                                                        9/23/2020, 8:28 PM

Okay.

L **LUNA**                                                                          9/23/2020, 8:28 PM

Thanks

U **UNSPECIFIED_PARTICIPANT**                                                        9/23/2020, 8:28 PM

Thanks

AH **Antonio Hallak**                                                               9/23/2020, 8:38 PM

@I am LUNA, we just resubmitted...

U **UNSPECIFIED_PARTICIPANT**                                                        9/23/2020, 8:38 PM

@I am LUNA, we just resubmitted...

AH **Antonio Hallak**                                                               9/23/2020, 8:38 PM

do you have the means to track the report generation?

U **UNSPECIFIED_PARTICIPANT**                                                        9/23/2020, 8:38 PM

do you have the means to track the report generation?

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 8:53 PM |
|---|---|---|
| | Not really | |

| L | **LUNA** | 9/23/2020, 8:53 PM |
|---|---|---|
| | Not really | |

| L | **LUNA** | 9/23/2020, 8:53 PM |
|---|---|---|
| | What date term did you submit? | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 8:53 PM |
|---|---|---|
| | What date term did you submit? | |

| AH | **Antonio Hallak** | 9/23/2020, 9:15 PM |
|---|---|---|
| | exact same as one I sent you above | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 9:15 PM |
|---|---|---|
| | exact same as one I sent you above | |

| L | **LUNA** | 9/23/2020, 9:18 PM |
|---|---|---|
| | 1 year data would be hard to download and we suggest to try shorter term... | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 9:18 PM |
|---|---|---|
| | 1 year data would be hard to download and we suggest to try shorter term... | |

| AH | **Antonio Hallak** | 9/23/2020, 9:18 PM |
|---|---|---|
| | ok @I am LUNA | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 9:18 PM |
|---|---|---|
| | ok @I am LUNA | |

| L | **LUNA** | 9/23/2020, 11:19 PM |
|---|---|---|
| | Did you receive one email with the subject 【email_statementsexport_success】 at about 9:42 AM in this morning? Please check on it. | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 11:19 PM |
|---|---|---|
| | Did you receive one email with the subject 【email_statementsexport_success】 at about 9:42 AM in this morning? Please check on it. | |

| L | **LUNA** | 9/23/2020, 11:20 PM |
|---|---|---|
| | 9:42am UTC+8 | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 11:20 PM |
|---|---|---|
| | 9:42am UTC+8 | |

| AH | **Antonio Hallak** | 9/23/2020, 11:30 PM |
|---|---|---|
| | @I am LUNA , yes, already received and reviewed!  Thank you | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 11:30 PM |
|---|---|---|
| | @I am LUNA , yes, already received and reviewed!  Thank you | |

| L | **LUNA** | 9/23/2020, 11:32 PM |
|---|---|---|
| | Awesome! | |

| U | **UNSPECIFIED_PARTICIPANT** | 9/23/2020, 11:32 PM |
|---|---|---|
| | Awesome! | |

| L | **LUNA** | 9/23/2020, 11:33 PM |
|---|---|---|