# Exhibit 02

Deposit History

| User ID | Currency | Amount | BUSD | Deposit Address | Source Address | TXID | Create Time | Status | CounterParty ID |
|---|---|---|---|---|---|---|---|---|---|
| 3517 | BTC | 99.99800000 | 5718257.63256000 | byNa | Qkws quNw HkYW oZ. | ba512 | 2019-03-29 01:41:56 | 成功 | |
| 3517 | BTC | 99.99800000 | 5718257.63256000 | byNa | tn48 quNw HkYW Z. | 9a02 | 2019-03-28 20:00:25 | 成功 | |
| 3517 | REP | 15.00000000 | 348.24885480 | e184 | 9d04 | 0dac | 2019-03-01 02:50:34 | 成功 | |
| 3517 | BTC | 5.00000000 | 285918.60000000 | byNa | JHzT | c162 | 2018-10-07 01:57:29 | 成功 | |
| 3517 | BTC | 30.00000000 | 1715511.60000000 | byNa | yHNH | d62c | 2018-10-07 01:49:07 | 成功 | |
| 3517 | ETH | 927.73767700 | 3871328.72022299 | e184 | 0c13 | f37c | 2018-10-07 01:42:49 | 成功 | |
| 3517 | BTC | 1.00000000 | 57183.72000000 | byNa | LmER | 608a | 2018-10-07 01:32:19 | 成功 | |
| 3517 | ETH | 100.00000000 | 417287.00000000 | e184 | 0c13 | e335 | 2018-10-07 01:26:17 | 成功 | |
| 3517 | ETH | 464.72900000 | 1939253.70223000 | e184 | 03de | 6516 | 2018-06-20 00:57:24 | 成功 | |
| 3517 | ETH | 0.01000000 | 41.72870000 | e184 | 03de | aafc | 2018-06-20 00:37:18 | 成功 | |