# Exhibit 03

https://finance.yahoo.com/quote/BCH-USD/history?period1=1553990400&period2=1559174400&filter=history&frequency=1d&includeAdjustedClose=true

| Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | … |

## Bitcoin Cash USD (BCH-USD)
CCC - CoinMarketCap. Currency in USD

Follow    Visitors trend 2W ↓  10W ↑  9M ↑     Quote Lookup

**264.62** −3.47 (−1.29%)
As of 10:34PM UTC. Market open.

Summary  Chart  Conversations  **Historical Data**  Profile

Time Period: Apr 24, 2019 - Apr 26, 2019 ⌄     Show: Historical Prices ⌄
Frequency: Daily ⌄                                                    Apply

Currency in USD                                                    ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Apr 27, 2019 | 264.09 | 266.59 | 261.06 | 263.94 | 263.94 | 910,703,481 |
| Apr 26, 2019 | 267.19 | 274.98 | 257.49 | 263.88 | 263.88 | 1,345,116,972 |
| Apr 25, 2019 | 279.21 | 284.03 | 266.19 | 266.85 | 266.85 | 1,229,338,671 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **LTC-USD**<br>Litecoin USD | 95.85 | −1.64 | −1.68% |
| **ETC-USD**<br>Ethereum Classic USD | 18.60 | −0.31 | −1.63% |
| **EOS-USD**<br>EOS USD | 0.724645 | +0.010306 | +1.44% |
| **XLM-USD**<br>Stellar USD | 0.098809 | −0.000032 | −0.03% |
| **DASH-U...**<br>Dash USD | 33.46 | +0.03 | +0.09% |

**Company Profile** ›

Sector(s):
Industry:
Full Time Employees:

More about Bitcoin Cash USD

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.

https://finance.yahoo.com/quote/BCH-USD/history?period1=1585422800&period2=1585785600&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true

| Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | ... |

## Bitcoin Cash USD (BCH-USD)
CCC - CoinMarketCap. Currency in USD

Follow   Visitors trend  2W ↓  10W ↑  9M ↑                    Quote Lookup

**264.66**  -3.41 (-1.27%)
As of 10:36PM UTC. Market open.

Summary | Chart | Conversations | **Historical Data** | Profile

Time Period: Mar 30, 2020 - Apr 01, 2020 ▾    Show: Historical Prices ▾
Frequency: Daily ▾                                                       Apply

Currency in USD                                                    ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Apr 02, 2020 | 223.89 | 242.66 | 223.22 | 232.65 | 232.65 | 4,225,298,020 |
| Apr 01, 2020 | 219.26 | 224.02 | 213.35 | 224.02 | 224.02 | 3,197,608,308 |
| Mar 31, 2020 | 221.21 | 223.58 | 217.47 | 219.63 | 219.63 | 2,933,494,164 |

*Close price adjusted for splits.   **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **LTC-USD**<br>Litecoin USD | 95.86 | -1.63 | -1.67% |
| **ETC-USD**<br>Ethereum Classic USD | 18.61 | -0.30 | -1.61% |
| **EOS-USD**<br>EOS USD | 0.724854 | +0.010484 | +1.47% |
| **XLM-USD**<br>Stellar USD | 0.098860 | +0.000125 | +0.13% |
| **DASH-U...**<br>Dash USD | 33.46 | +0.03 | +0.10% |

**Company Profile** ›

Sector(s):
Industry:
Full Time Employees:

More about Bitcoin Cash USD

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.

| Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | ... |

### Bitcoin USD (BTC-USD)
CCC - CoinMarketCap. Currency in USD

Follow    Visitors trend  2W ↓  10W ↑  9M ↑

Quote Lookup

**30,123.66** -60.37 (-0.20%)
As of 10:21PM UTC. Market open.

Summary | Chart | Conversations | **Historical Data** | Profile

Time Period: May 09, 2019 - May 11, 2019 ⌄      Show: Historical Prices ⌄
Frequency: Daily ⌄

Apply

Currency in USD

↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| May 12, 2019 | 7,203.51 | 7,503.87 | 6,815.77 | 6,972.37 | 6,972.37 | 27,773,333,680 |
| May 11, 2019 | 6,379.67 | 7,333.00 | 6,375.70 | 7,204.77 | 7,204.77 | 28,867,562,329 |
| May 10, 2019 | 6,175.82 | 6,434.62 | 6,161.52 | 6,378.85 | 6,378.85 | 19,419,875,368 |

*Close price adjusted for splits.   **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| ETH-USD<br>Ethereum USD | 1,861.75 | +4.28 | +0.23% |
| TSLA<br>Tesla, Inc. | 274.43 | -2.11 | -0.76% |
| DOGE-U...<br>Dogecoin USD | 0.0655 | -0.0001 | -0.1101% |
| NFLX<br>Netflix, Inc. | 438.10 | -0.74 | -0.17% |
| META<br>Meta Platforms, Inc. | 290.53 | -1.46 | -0.50% |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap
🐦 f in
© 2023 Yahoo. All rights reserved.

Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | ...

## Bitcoin USD (BTC-USD)
CCC - CoinMarketCap. Currency in USD    Follow    Visitors trend 2W ↓ 10W ↑ 9M ↑

**30,152.70** -35.27 (-0.12%)
As of 09:54PM UTC. Market open.

Summary | Chart | Conversations | **Historical Data** | Profile

Time Period: Jul 09, 2022 - Jul 09, 2023 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄    Apply

Currency in USD    ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Mar 30, 2019 | 4,092.14 | 4,296.81 | 4,053.91 | 4,106.66 | 4,106.66 | 9,732,688,060 |
| Mar 29, 2019 | 4,068.30 | 4,113.50 | 4,034.10 | 4,098.37 | 4,098.37 | 10,918,665,557 |
| Mar 28, 2019 | 4,087.58 | 4,094.90 | 4,040.27 | 4,069.11 | 4,069.11 | 9,353,915,899 |
| Mar 27, 2019 | 3,984.24 | 4,087.07 | 3,977.81 | 4,087.07 | 4,087.07 | 10,897,131,934 |
| Mar 26, 2019 | 3,969.23 | 3,985.08 | 3,944.75 | 3,985.08 | 3,985.08 | 10,707,678,815 |
| Mar 25, 2019 | 4,024.11 | 4,038.84 | 3,934.03 | 3,963.07 | 3,963.07 | 10,359,818,883 |
| Mar 24, 2019 | 4,035.16 | 4,040.70 | 4,006.19 | 4,022.17 | 4,022.17 | 9,144,851,065 |
| Mar 23, 2019 | 4,022.71 | 4,049.88 | 4,015.96 | 4,035.83 | 4,035.83 | 9,578,850,549 |
| Mar 22, 2019 | 4,028.51 | 4,053.91 | 4,021.54 | 4,023.97 | 4,023.97 | 9,252,935,969 |
| Mar 21, 2019 | 4,083.95 | 4,097.36 | 4,005.15 | 4,029.33 | 4,029.33 | 10,831,212,662 |
| Mar 20, 2019 | 4,070.79 | 4,089.46 | 4,031.11 | 4,087.48 | 4,087.48 | 10,175,916,388 |
| Mar 19, 2019 | 4,032.69 | 4,082.22 | 4,023.81 | 4,071.19 | 4,071.19 | 9,344,919,956 |
| Mar 18, 2019 | 4,029.97 | 4,071.56 | 4,009.12 | 4,032.51 | 4,032.51 | 9,646,954,186 |
| Mar 17, 2019 | 4,047.72 | 4,054.12 | 4,006.41 | 4,025.23 | 4,025.23 | 8,221,625,400 |
| Mar 16, 2019 | 3,963.90 | 4,077.04 | 3,961.66 | 4,048.73 | 4,048.73 | 9,856,166,973 |
| Mar 15, 2019 | 3,926.66 | 3,968.54 | 3,914.02 | 3,960.91 | 3,960.91 | 9,394,210,605 |
| Mar 14, 2019 | 3,905.58 | 3,946.50 | 3,901.30 | 3,924.37 | 3,924.37 | 10,480,789,570 |
| Mar 13, 2019 | 3,913.05 | 3,926.60 | 3,891.90 | 3,906.72 | 3,906.72 | 9,469,184,841 |
| Mar 12, 2019 | 3,903.76 | 3,926.89 | 3,863.56 | 3,909.16 | 3,909.16 | 9,809,887,079 |
| Mar 11, 2019 | 3,953.74 | 3,966.38 | 3,889.24 | 3,905.23 | 3,905.23 | 10,125,901,903 |
| Mar 10, 2019 | 3,966.17 | 3,966.17 | 3,924.38 | 3,951.60 | 3,951.60 | 9,713,267,607 |
| Mar 09, 2019 | 3,894.55 | 3,987.24 | 3,892.39 | 3,963.31 | 3,963.31 | 10,796,103,518 |
| Mar 08, 2019 | 3,913.23 | 3,950.43 | 3,875.23 | 3,901.13 | 3,901.13 | 10,638,638,944 |
| Mar 07, 2019 | 3,903.38 | 3,939.37 | 3,894.11 | 3,911.48 | 3,911.48 | 9,584,165,519 |
| Mar 06, 2019 | 3,897.08 | 3,919.51 | 3,871.46 | 3,903.94 | 3,903.94 | 9,175,291,529 |
| Mar 05, 2019 | 3,759.83 | 3,903.92 | 3,745.18 | 3,896.38 | 3,896.38 | 10,174,126,415 |
| Mar 04, 2019 | 3,845.09 | 3,867.38 | 3,733.75 | 3,761.56 | 3,761.56 | 9,029,175,788 |
| Mar 03, 2019 | 3,862.27 | 3,875.48 | 3,836.91 | 3,847.18 | 3,847.18 | 7,253,558,152 |
| Mar 02, 2019 | 3,855.32 | 3,874.61 | 3,832.13 | 3,864.42 | 3,864.42 | 7,578,786,076 |
| Mar 01, 2019 | 3,853.76 | 3,907.80 | 3,851.69 | 3,859.58 | 3,859.58 | 7,661,247,975 |
| Feb 28, 2019 | 3,848.26 | 3,906.06 | 3,845.82 | 3,854.79 | 3,854.79 | 8,399,767,798 |
| Feb 27, 2019 | 3,857.48 | 3,888.80 | 3,787.06 | 3,851.05 | 3,851.05 | 8,301,309,684 |
| Feb 26, 2019 | 3,878.70 | 3,891.58 | 3,837.99 | 3,854.36 | 3,854.36 | 7,931,218,996 |
| Feb 25, 2019 | 3,807.00 | 3,913.71 | 3,807.00 | 3,882.70 | 3,882.70 | 9,318,796,067 |
| Feb 24, 2019 | 4,145.46 | 4,210.64 | 3,793.71 | 3,810.43 | 3,810.43 | 10,794,227,451 |
| Feb 23, 2019 | 3,998.92 | 4,166.29 | 3,968.73 | 4,142.53 | 4,142.53 | 8,922,258,316 |
| Feb 22, 2019 | 3,952.41 | 4,006.54 | 3,950.82 | 4,005.53 | 4,005.53 | 7,826,525,254 |

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| ETH-USD<br>Ethereum USD | 1,865.53 | +11.39 | +0.61% |
| TSLA<br>Tesla, Inc. | 274.43 | -2.11 | -0.76% |
| DOGE-U...<br>Dogecoin USD | 0.0656 | 0.0000 | +0.0309% |
| NFLX<br>Netflix, Inc. | 438.10 | -0.74 | -0.17% |
| META<br>Meta Platforms, Inc. | 290.53 | -1.46 | -0.50% |

Quote Lookup

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard ▷
About Our Ads  Sitemap
🐦 f in
© 2023 Yahoo. All rights reserved.

Case 1:20-cv-10849-JGLC   Document 234-3   Filed 08/04/23   Page 6 of 16

Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | ...

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Feb 21, 2019 | 4,000.26 | 4,010.01 | 3,940.11 | 3,954.12 | 3,954.12 | 7,775,128,102 |
| Feb 20, 2019 | 3,946.69 | 4,000.49 | 3,926.25 | 3,999.82 | 3,999.82 | 8,693,373,948 |
| Feb 19, 2019 | 3,911.66 | 4,010.88 | 3,908.15 | 3,947.09 | 3,947.09 | 9,933,626,655 |
| Feb 18, 2019 | 3,671.37 | 3,936.67 | 3,669.98 | 3,915.71 | 3,915.71 | 9,908,216,640 |
| Feb 17, 2019 | 3,633.36 | 3,680.54 | 3,619.18 | 3,673.84 | 3,673.84 | 7,039,512,503 |
| Feb 16, 2019 | 3,615.27 | 3,652.84 | 3,615.27 | 3,629.79 | 3,629.79 | 5,934,744,052 |
| Feb 15, 2019 | 3,617.37 | 3,647.80 | 3,608.21 | 3,620.81 | 3,620.81 | 6,091,952,231 |
| Feb 14, 2019 | 3,631.17 | 3,646.26 | 3,607.70 | 3,616.88 | 3,616.88 | 6,271,044,418 |
| Feb 13, 2019 | 3,653.60 | 3,669.75 | 3,617.25 | 3,632.07 | 3,632.07 | 6,438,903,823 |
| Feb 12, 2019 | 3,642.75 | 3,668.59 | 3,618.56 | 3,653.53 | 3,653.53 | 6,480,384,532 |
| Feb 11, 2019 | 3,695.61 | 3,695.61 | 3,642.29 | 3,648.43 | 3,648.43 | 6,277,056,434 |
| Feb 10, 2019 | 3,673.20 | 3,695.04 | 3,640.98 | 3,690.19 | 3,690.19 | 6,282,256,903 |
| Feb 09, 2019 | 3,671.59 | 3,679.94 | 3,646.56 | 3,671.20 | 3,671.20 | 6,158,833,645 |
| Feb 08, 2019 | 3,401.38 | 3,695.61 | 3,391.02 | 3,666.78 | 3,666.78 | 7,735,623,101 |
| Feb 07, 2019 | 3,414.93 | 3,427.95 | 3,394.22 | 3,399.47 | 3,399.47 | 5,004,962,683 |
| Feb 06, 2019 | 3,469.09 | 3,469.09 | 3,398.57 | 3,413.77 | 3,413.77 | 5,482,196,038 |
| Feb 05, 2019 | 3,454.95 | 3,478.15 | 3,451.94 | 3,466.36 | 3,466.36 | 5,227,549,545 |
| Feb 04, 2019 | 3,467.21 | 3,476.22 | 3,442.59 | 3,459.15 | 3,459.15 | 5,332,718,886 |
| Feb 03, 2019 | 3,516.14 | 3,521.39 | 3,447.92 | 3,464.01 | 3,464.01 | 5,043,937,584 |
| Feb 02, 2019 | 3,484.63 | 3,523.29 | 3,467.57 | 3,521.06 | 3,521.06 | 5,071,623,601 |
| Feb 01, 2019 | 3,460.55 | 3,501.95 | 3,431.59 | 3,487.95 | 3,487.95 | 5,422,926,707 |
| Jan 31, 2019 | 3,485.41 | 3,504.80 | 3,447.92 | 3,457.79 | 3,457.79 | 5,831,198,271 |
| Jan 30, 2019 | 3,443.90 | 3,495.17 | 3,429.39 | 3,486.18 | 3,486.18 | 5,955,112,627 |
| Jan 29, 2019 | 3,468.87 | 3,476.07 | 3,400.82 | 3,448.12 | 3,448.12 | 5,897,159,493 |
| Jan 28, 2019 | 3,584.28 | 3,586.75 | 3,439.23 | 3,470.45 | 3,470.45 | 6,908,930,483 |
| Jan 27, 2019 | 3,604.69 | 3,612.67 | 3,567.25 | 3,583.97 | 3,583.97 | 5,570,752,966 |
| Jan 26, 2019 | 3,599.72 | 3,654.93 | 3,593.35 | 3,602.46 | 3,602.46 | 5,098,183,235 |
| Jan 25, 2019 | 3,607.39 | 3,612.93 | 3,575.60 | 3,599.77 | 3,599.77 | 5,265,847,539 |
| Jan 24, 2019 | 3,584.50 | 3,616.09 | 3,569.09 | 3,600.87 | 3,600.87 | 5,262,869,046 |
| Jan 23, 2019 | 3,605.56 | 3,623.07 | 3,565.31 | 3,585.12 | 3,585.12 | 5,433,755,649 |
| Jan 22, 2019 | 3,575.08 | 3,620.75 | 3,539.72 | 3,604.58 | 3,604.58 | 5,313,623,556 |
| Jan 21, 2019 | 3,600.37 | 3,608.84 | 3,558.54 | 3,576.03 | 3,576.03 | 5,004,347,059 |
| Jan 20, 2019 | 3,725.45 | 3,743.39 | 3,583.02 | 3,601.01 | 3,601.01 | 5,582,489,560 |
| Jan 19, 2019 | 3,652.38 | 3,758.53 | 3,652.38 | 3,728.57 | 3,728.57 | 5,955,691,380 |
| Jan 18, 2019 | 3,677.99 | 3,682.52 | 3,637.08 | 3,657.84 | 3,657.84 | 5,002,961,727 |
| Jan 17, 2019 | 3,651.87 | 3,680.14 | 3,621.96 | 3,678.56 | 3,678.56 | 5,464,420,383 |
| Jan 16, 2019 | 3,631.51 | 3,685.78 | 3,624.67 | 3,655.01 | 3,655.01 | 5,394,457,145 |
| Jan 15, 2019 | 3,704.22 | 3,720.15 | 3,619.95 | 3,630.68 | 3,630.68 | 5,537,192,302 |
| Jan 14, 2019 | 3,557.31 | 3,727.84 | 3,552.29 | 3,706.05 | 3,706.05 | 5,651,384,490 |
| Jan 13, 2019 | 3,658.87 | 3,674.76 | 3,544.93 | 3,552.95 | 3,552.95 | 4,681,302,466 |
| Jan 12, 2019 | 3,686.97 | 3,698.98 | 3,653.81 | 3,661.30 | 3,661.30 | 4,778,170,883 |
| Jan 11, 2019 | 3,674.02 | 3,713.88 | 3,653.07 | 3,687.37 | 3,687.37 | 5,538,712,865 |
| Jan 10, 2019 | 4,034.41 | 4,064.07 | 3,659.17 | 3,678.92 | 3,678.92 | 6,874,143,796 |
| Jan 09, 2019 | 4,031.55 | 4,068.40 | 4,022.66 | 4,035.30 | 4,035.30 | 5,115,905,225 |
| Jan 08, 2019 | 4,028.47 | 4,109.02 | 3,996.96 | 4,030.85 | 4,030.85 | 5,306,593,305 |
| Jan 07, 2019 | 4,078.58 | 4,092.61 | 4,020.89 | 4,025.25 | 4,025.25 | 5,228,625,637 |
| Jan 06, 2019 | 3,836.52 | 4,093.30 | 3,826.51 | 4,076.63 | 4,076.63 | 5,597,027,440 |
| Jan 05, 2019 | 3,851.97 | 3,904.90 | 3,836.90 | 3,845.19 | 3,845.19 | 5,137,609,824 |
| Jan 04, 2019 | 3,832.04 | 3,865.93 | 3,783.85 | 3,857.72 | 3,857.72 | 4,847,965,467 |

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| ETH-USD Ethereum USD | 1,865.53 | +11.39 | +0.61% |
| TSLA Tesla, Inc. | 274.43 | -2.11 | -0.76% |
| DOGE-U... Dogecoin USD | 0.0656 | 0.0000 | +0.0309% |
| NFLX Netflix, Inc. | 438.10 | -0.74 | -0.17% |
| META Meta Platforms, Inc. | 290.53 | -1.46 | -0.50% |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jan 03, 2019 | 3,931.05 | 3,935.69 | 3,826.22 | 3,836.74 | 3,836.74 | 4,530,215,219 |
| Jan 02, 2019 | 3,849.22 | 3,947.98 | 3,817.41 | 3,943.41 | 3,943.41 | 5,244,856,836 |
| Jan 01, 2019 | 3,746.71 | 3,850.91 | 3,707.23 | 3,843.52 | 3,843.52 | 4,324,200,990 |
| Dec 31, 2018 | 3,866.84 | 3,868.74 | 3,725.87 | 3,742.70 | 3,742.70 | 4,661,840,806 |
| Dec 30, 2018 | 3,822.38 | 3,901.91 | 3,797.22 | 3,865.95 | 3,865.95 | 4,770,578,575 |
| Dec 29, 2018 | 3,932.49 | 3,963.76 | 3,820.41 | 3,820.41 | 3,820.41 | 4,991,655,917 |
| Dec 28, 2018 | 3,653.13 | 3,956.14 | 3,642.63 | 3,923.92 | 3,923.92 | 5,631,554,348 |
| Dec 27, 2018 | 3,854.69 | 3,874.42 | 3,645.45 | 3,654.83 | 3,654.83 | 5,130,222,366 |
| Dec 26, 2018 | 3,819.67 | 3,893.36 | 3,769.86 | 3,857.30 | 3,857.30 | 5,326,547,918 |
| Dec 25, 2018 | 4,081.03 | 4,089.56 | 3,760.02 | 3,815.49 | 3,815.49 | 6,158,207,293 |
| Dec 24, 2018 | 4,000.33 | 4,271.79 | 4,000.33 | 4,078.60 | 4,078.60 | 7,240,968,501 |
| Dec 23, 2018 | 4,020.99 | 4,085.72 | 3,976.41 | 3,998.98 | 3,998.98 | 6,151,275,490 |
| Dec 22, 2018 | 3,898.08 | 4,014.18 | 3,855.74 | 4,014.18 | 4,014.18 | 5,605,823,233 |
| Dec 21, 2018 | 4,133.70 | 4,198.43 | 3,850.95 | 3,896.54 | 3,896.54 | 7,206,015,706 |
| Dec 20, 2018 | 3,742.20 | 4,191.23 | 3,728.97 | 4,134.44 | 4,134.44 | 8,927,129,279 |
| Dec 19, 2018 | 3,706.82 | 3,949.32 | 3,687.23 | 3,745.95 | 3,745.95 | 6,810,689,119 |
| Dec 18, 2018 | 3,544.76 | 3,701.35 | 3,487.17 | 3,696.06 | 3,696.06 | 5,911,325,473 |
| Dec 17, 2018 | 3,253.12 | 3,597.92 | 3,253.12 | 3,545.86 | 3,545.86 | 5,409,247,918 |
| Dec 16, 2018 | 3,236.27 | 3,305.75 | 3,233.82 | 3,252.84 | 3,252.84 | 3,744,248,994 |
| Dec 15, 2018 | 3,244.00 | 3,275.38 | 3,191.30 | 3,236.76 | 3,236.76 | 3,551,763,561 |
| Dec 14, 2018 | 3,311.75 | 3,329.56 | 3,206.54 | 3,242.48 | 3,242.48 | 4,372,763,663 |
| Dec 13, 2018 | 3,487.88 | 3,489.74 | 3,298.13 | 3,313.68 | 3,313.68 | 4,343,372,456 |
| Dec 12, 2018 | 3,421.46 | 3,534.23 | 3,413.48 | 3,486.95 | 3,486.95 | 4,139,364,829 |
| Dec 11, 2018 | 3,497.55 | 3,513.19 | 3,392.25 | 3,424.59 | 3,424.59 | 4,696,765,188 |
| Dec 10, 2018 | 3,612.05 | 3,647.33 | 3,470.14 | 3,502.66 | 3,502.66 | 5,020,968,740 |
| Dec 09, 2018 | 3,473.23 | 3,685.31 | 3,469.09 | 3,614.23 | 3,614.23 | 4,947,372,847 |
| Dec 08, 2018 | 3,421.91 | 3,506.04 | 3,350.65 | 3,476.11 | 3,476.11 | 5,305,024,497 |
| Dec 07, 2018 | 3,512.59 | 3,512.59 | 3,280.23 | 3,419.94 | 3,419.94 | 6,835,615,448 |
| Dec 06, 2018 | 3,754.07 | 3,874.97 | 3,521.10 | 3,521.10 | 3,521.10 | 5,878,333,109 |
| Dec 05, 2018 | 3,958.89 | 3,969.54 | 3,753.99 | 3,753.99 | 3,753.99 | 5,302,481,574 |
| Dec 04, 2018 | 3,886.29 | 4,075.63 | 3,832.75 | 3,956.89 | 3,956.89 | 5,028,069,239 |
| Dec 03, 2018 | 4,147.32 | 4,155.98 | 3,840.45 | 3,894.13 | 3,894.13 | 5,089,570,994 |
| Dec 02, 2018 | 4,200.73 | 4,301.52 | 4,110.98 | 4,139.88 | 4,139.88 | 5,262,697,895 |
| Dec 01, 2018 | 4,024.46 | 4,309.38 | 3,969.71 | 4,214.67 | 4,214.67 | 5,375,314,093 |
| Nov 30, 2018 | 4,289.09 | 4,322.98 | 3,942.82 | 4,017.27 | 4,017.27 | 6,048,016,717 |
| Nov 29, 2018 | 4,269.00 | 4,413.02 | 4,145.77 | 4,278.85 | 4,278.85 | 6,503,347,767 |
| Nov 28, 2018 | 3,822.47 | 4,385.90 | 3,822.47 | 4,257.42 | 4,257.42 | 7,280,280,000 |
| Nov 27, 2018 | 3,765.95 | 3,862.96 | 3,661.01 | 3,820.72 | 3,820.72 | 5,998,720,000 |
| Nov 26, 2018 | 4,015.07 | 4,107.14 | 3,643.92 | 3,779.13 | 3,779.13 | 6,476,900,000 |
| Nov 25, 2018 | 3,880.78 | 4,120.87 | 3,585.06 | 4,009.97 | 4,009.97 | 6,825,640,000 |
| Nov 24, 2018 | 4,347.69 | 4,413.09 | 3,795.16 | 3,880.76 | 3,880.76 | 4,679,500,000 |
| Nov 23, 2018 | 4,360.70 | 4,396.42 | 4,195.68 | 4,347.11 | 4,347.11 | 4,871,490,000 |
| Nov 22, 2018 | 4,611.57 | 4,629.64 | 4,365.64 | 4,365.94 | 4,365.94 | 4,569,370,000 |
| Nov 21, 2018 | 4,465.54 | 4,675.73 | 4,343.98 | 4,602.17 | 4,602.17 | 6,120,120,000 |
| Nov 20, 2018 | 4,863.93 | 4,951.61 | 4,272.11 | 4,451.87 | 4,451.87 | 8,428,290,000 |
| Nov 19, 2018 | 5,620.78 | 5,620.78 | 4,842.91 | 4,871.49 | 4,871.49 | 7,039,560,000 |
| Nov 18, 2018 | 5,559.74 | 5,653.61 | 5,559.74 | 5,623.54 | 5,623.54 | 4,159,680,000 |
| Nov 17, 2018 | 5,578.58 | 5,578.58 | 5,519.56 | 5,554.33 | 5,554.33 | 4,303,150,000 |
| Nov 16, 2018 | 5,645.32 | 5,657.02 | 5,498.94 | 5,575.55 | 5,575.55 | 5,279,320,000 |

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| ETH-USD<br>Ethereum USD | 1,865.53 | +11.39 | +0.61% |
| TSLA<br>Tesla, Inc. | 274.43 | -2.11 | -0.76% |
| DOGE-U...<br>Dogecoin USD | 0.0656 | 0.0000 | +0.0309% |
| NFLX<br>Netflix, Inc. | 438.10 | -0.74 | -0.17% |
| META<br>Meta Platforms, Inc. | 290.53 | -1.46 | -0.50% |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

Case 1:20-cv-10849-JGLC   Document 234-3   Filed 08/04/23   Page 8 of 16

Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | ...

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 15, 2018 | 5,736.15 | 5,774.82 | 5,358.38 | 5,648.03 | 5,648.03 | 7,032,140,000 |
| Nov 14, 2018 | 6,351.24 | 6,371.55 | 5,544.09 | 5,738.35 | 5,738.35 | 7,398,940,000 |
| Nov 13, 2018 | 6,373.19 | 6,395.27 | 6,342.67 | 6,359.49 | 6,359.49 | 4,503,800,000 |
| Nov 12, 2018 | 6,411.76 | 6,434.21 | 6,360.47 | 6,371.27 | 6,371.27 | 4,295,770,000 |
| Nov 11, 2018 | 6,413.63 | 6,423.25 | 6,350.17 | 6,411.27 | 6,411.27 | 3,939,060,000 |
| Nov 10, 2018 | 6,386.13 | 6,437.28 | 6,385.31 | 6,409.22 | 6,409.22 | 3,705,320,000 |
| Nov 09, 2018 | 6,442.60 | 6,456.46 | 6,373.37 | 6,385.62 | 6,385.62 | 4,346,820,000 |
| Nov 08, 2018 | 6,522.27 | 6,536.92 | 6,438.53 | 6,453.72 | 6,453.72 | 4,665,260,000 |
| Nov 07, 2018 | 6,468.50 | 6,552.16 | 6,468.31 | 6,530.14 | 6,530.14 | 4,941,260,000 |
| Nov 06, 2018 | 6,433.38 | 6,463.55 | 6,408.16 | 6,461.01 | 6,461.01 | 4,700,040,000 |
| Nov 05, 2018 | 6,363.62 | 6,480.59 | 6,363.62 | 6,419.66 | 6,419.66 | 4,174,800,000 |
| Nov 04, 2018 | 6,365.47 | 6,388.63 | 6,294.57 | 6,376.13 | 6,376.13 | 4,390,020,000 |
| Nov 03, 2018 | 6,387.24 | 6,400.07 | 6,342.37 | 6,361.26 | 6,361.26 | 3,658,640,000 |
| Nov 02, 2018 | 6,378.92 | 6,396.86 | 6,327.38 | 6,388.44 | 6,388.44 | 4,234,870,000 |
| Nov 01, 2018 | 6,318.14 | 6,547.14 | 6,311.83 | 6,377.78 | 6,377.78 | 3,789,400,000 |
| Oct 31, 2018 | 6,336.99 | 6,349.16 | 6,316.88 | 6,317.61 | 6,317.61 | 4,191,240,000 |
| Oct 30, 2018 | 6,337.04 | 6,364.99 | 6,310.14 | 6,334.27 | 6,334.27 | 3,781,100,000 |
| Oct 29, 2018 | 6,492.35 | 6,503.60 | 6,306.99 | 6,332.63 | 6,332.63 | 4,199,910,000 |
| Oct 28, 2018 | 6,482.66 | 6,502.28 | 6,447.91 | 6,486.39 | 6,486.39 | 3,445,190,000 |
| Oct 27, 2018 | 6,480.84 | 6,507.41 | 6,453.53 | 6,480.38 | 6,480.38 | 3,393,250,000 |
| Oct 26, 2018 | 6,468.44 | 6,498.29 | 6,449.61 | 6,474.75 | 6,474.75 | 3,306,050,000 |
| Oct 25, 2018 | 6,484.65 | 6,504.65 | 6,447.03 | 6,476.29 | 6,476.29 | 3,230,550,000 |
| Oct 24, 2018 | 6,478.89 | 6,521.99 | 6,468.86 | 6,495.84 | 6,495.84 | 3,424,670,000 |
| Oct 23, 2018 | 6,472.36 | 6,506.01 | 6,451.27 | 6,475.74 | 6,475.74 | 3,716,150,000 |
| Oct 22, 2018 | 6,486.05 | 6,543.80 | 6,462.98 | 6,487.16 | 6,487.16 | 3,672,860,000 |
| Oct 21, 2018 | 6,490.09 | 6,556.38 | 6,476.00 | 6,482.35 | 6,482.35 | 3,253,610,000 |
| Oct 20, 2018 | 6,460.92 | 6,497.72 | 6,449.00 | 6,489.19 | 6,489.19 | 3,379,130,000 |
| Oct 19, 2018 | 6,478.07 | 6,493.68 | 6,445.31 | 6,465.41 | 6,465.41 | 3,578,870,000 |
| Oct 18, 2018 | 6,542.33 | 6,567.54 | 6,450.04 | 6,476.71 | 6,476.71 | 3,924,080,000 |
| Oct 17, 2018 | 6,590.52 | 6,601.21 | 6,517.45 | 6,544.43 | 6,544.43 | 4,088,420,000 |
| Oct 16, 2018 | 6,601.41 | 6,673.59 | 6,571.37 | 6,596.11 | 6,596.11 | 4,074,800,000 |
| Oct 15, 2018 | 6,292.64 | 6,965.06 | 6,258.68 | 6,596.54 | 6,596.54 | 7,370,770,000 |
| Oct 14, 2018 | 6,288.49 | 6,363.21 | 6,280.15 | 6,290.93 | 6,290.93 | 3,085,320,000 |
| Oct 13, 2018 | 6,278.08 | 6,308.51 | 6,259.81 | 6,285.99 | 6,285.99 | 3,064,030,000 |
| Oct 12, 2018 | 6,239.25 | 6,328.50 | 6,236.47 | 6,274.58 | 6,274.58 | 3,783,500,000 |
| Oct 11, 2018 | 6,586.74 | 6,586.74 | 6,243.74 | 6,256.24 | 6,256.24 | 5,181,640,000 |
| Oct 10, 2018 | 6,640.29 | 6,640.29 | 6,538.96 | 6,585.53 | 6,585.53 | 3,787,650,000 |
| Oct 09, 2018 | 6,653.08 | 6,661.41 | 6,606.94 | 6,642.64 | 6,642.64 | 3,580,810,000 |
| Oct 08, 2018 | 6,600.19 | 6,675.06 | 6,576.04 | 6,652.23 | 6,652.23 | 3,979,460,000 |
| Oct 07, 2018 | 6,590.68 | 6,641.49 | 6,557.04 | 6,602.95 | 6,602.95 | 3,306,630,000 |
| Oct 06, 2018 | 6,622.45 | 6,628.54 | 6,577.80 | 6,588.31 | 6,588.31 | 3,259,740,000 |
| Oct 05, 2018 | 6,574.15 | 6,623.62 | 6,557.41 | 6,622.48 | 6,622.48 | 3,671,500,000 |

*Close price adjusted for splits.   **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| ETH-USD Ethereum USD | 1,865.53 | +11.39 | +0.61% |
| TSLA Tesla, Inc. | 274.43 | -2.11 | -0.76% |
| DOGE-U... Dogecoin USD | 0.0656 | 0.0000 | +0.0309% |
| NFLX Netflix, Inc. | 438.10 | -0.74 | -0.17% |
| META Meta Platforms, Inc. | 290.53 | -1.46 | -0.50% |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

https://finance.yahoo.com/quote/ETC-USD/history?period1=1556064000&period2=1556323200&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true

| Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | ... |

## Ethereum Classic USD (ETC-USD)
CCC - CoinMarketCap. Currency in USD

Follow  Visitors trend 2W↑ 10W↑ 9M↑   Quote Lookup

**18.59**  -0.32 (-1.70%)
As of 10:31PM UTC. Market open.

Summary | Chart | Conversations | **Historical Data** | Profile

Time Period: Apr 24, 2019 - Apr 26, 2019 ⌄   Show: Historical Prices ⌄
Frequency: Daily ⌄                                                    Apply

Currency in USD                                                 ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Apr 27, 2019 | 5.44 | 5.56 | 5.43 | 5.50 | 5.50 | 381,560,781 |
| Apr 26, 2019 | 5.40 | 5.49 | 5.30 | 5.44 | 5.44 | 425,208,370 |
| Apr 25, 2019 | 5.60 | 5.72 | 5.30 | 5.40 | 5.40 | 401,668,998 |

*Close price adjusted for splits.   **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **BCH-USD**<br>Bitcoin Cash USD | 264.30 | -3.79 | -1.42% |
| **LTC-USD**<br>Litecoin USD | 95.81 | -1.76 | -1.80% |
| **EOS-USD**<br>EOS USD | 0.724254 | +0.009792 | +1.37% |
| **XLM-USD**<br>Stellar USD | 0.098813 | -0.000031 | -0.03% |
| **BNB-USD**<br>BNB USD | 233.99 | -1.75 | -0.74% |

**Company Profile** ›

Sector(s):
Industry:
Full Time Employees:

More about Ethereum Classic USD

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.

https://finance.yahoo.com/quote/ETH-USD/history?period1=1529280000&period2=1538870400&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true

Case 1:20-cv-10849-JGLC   Document 234-3   Filed 08/04/23   Page 10 of 16

Finance Home  Watchlists  My Portfolio  Markets  News  Videos  Yahoo Finance Plus  Screeners  ...

## Ethereum USD (ETH-USD)
CCC - CoinMarketCap. Currency in USD

Follow  Visitors trend 2W↓ 10W↑ 9M↑

**1,861.15** +3.75 (+0.20%)
As of 10:24PM UTC. Market open.

Summary | Chart | Conversations | **Historical Data** | Profile

Time Period: Jun 17, 2018 - Oct 06, 2018 ∨    Show: Historical Prices ∨    Frequency: Daily ∨    Apply

Currency in USD

↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Oct 07, 2018 | 225.43 | 226.37 | 223.00 | 226.12 | 226.12 | 1,470,480,000 |
| Oct 06, 2018 | 227.55 | 227.93 | 224.25 | 225.12 | 225.12 | 1,505,070,000 |
| Oct 05, 2018 | 222.27 | 228.32 | 220.96 | 227.60 | 227.60 | 1,547,330,000 |
| Oct 04, 2018 | 220.45 | 226.15 | 220.09 | 222.22 | 222.22 | 1,479,500,000 |
| Oct 03, 2018 | 226.41 | 226.46 | 213.97 | 220.49 | 220.49 | 1,683,930,000 |
| Oct 02, 2018 | 231.10 | 231.17 | 225.84 | 227.18 | 227.18 | 1,542,080,000 |
| Oct 01, 2018 | 233.22 | 234.15 | 226.95 | 230.77 | 230.77 | 1,597,500,000 |
| Sep 30, 2018 | 231.33 | 236.99 | 228.45 | 232.85 | 232.85 | 1,765,560,000 |
| Sep 29, 2018 | 221.71 | 234.01 | 216.08 | 231.63 | 231.63 | 2,208,720,000 |
| Sep 28, 2018 | 229.04 | 231.75 | 218.67 | 222.40 | 222.40 | 2,018,120,000 |
| Sep 27, 2018 | 215.44 | 230.61 | 212.65 | 228.49 | 228.49 | 2,030,320,000 |
| Sep 26, 2018 | 218.65 | 221.44 | 209.11 | 215.85 | 215.85 | 1,756,100,000 |
| Sep 25, 2018 | 228.33 | 228.33 | 206.49 | 218.51 | 218.51 | 2,120,360,000 |
| Sep 24, 2018 | 244.84 | 245.11 | 227.49 | 228.73 | 228.73 | 1,748,740,000 |
| Sep 23, 2018 | 240.99 | 247.46 | 237.86 | 244.33 | 244.33 | 1,693,470,000 |
| Sep 22, 2018 | 247.34 | 251.20 | 233.81 | 240.48 | 240.48 | 1,921,820,000 |
| Sep 21, 2018 | 225.25 | 248.39 | 221.57 | 246.58 | 246.58 | 2,836,200,000 |
| Sep 20, 2018 | 210.29 | 224.82 | 207.79 | 224.59 | 224.59 | 1,782,070,000 |
| Sep 19, 2018 | 209.47 | 213.87 | 201.66 | 209.97 | 209.97 | 1,733,330,000 |
| Sep 18, 2018 | 197.10 | 213.36 | 195.93 | 209.98 | 209.98 | 1,800,640,000 |
| Sep 17, 2018 | 221.58 | 224.26 | 195.31 | 197.88 | 197.88 | 2,019,910,000 |
| Sep 16, 2018 | 222.80 | 222.80 | 211.12 | 220.59 | 220.59 | 1,502,260,000 |
| Sep 15, 2018 | 209.81 | 226.60 | 209.61 | 223.07 | 223.07 | 1,670,490,000 |
| Sep 14, 2018 | 212.67 | 222.79 | 204.87 | 211.75 | 211.75 | 2,232,190,000 |
| Sep 13, 2018 | 183.68 | 214.00 | 183.68 | 211.35 | 211.35 | 2,330,720,000 |
| Sep 12, 2018 | 185.42 | 185.59 | 170.26 | 183.33 | 183.33 | 1,874,850,000 |
| Sep 11, 2018 | 198.18 | 198.51 | 180.60 | 185.07 | 185.07 | 1,568,900,000 |
| Sep 10, 2018 | 197.85 | 201.88 | 189.58 | 197.08 | 197.08 | 1,502,960,000 |
| Sep 09, 2018 | 198.38 | 207.67 | 188.31 | 196.92 | 196.92 | 1,585,980,000 |
| Sep 08, 2018 | 217.91 | 220.37 | 193.26 | 197.95 | 197.95 | 1,517,200,000 |
| Sep 07, 2018 | 229.54 | 233.90 | 217.07 | 217.20 | 217.20 | 1,678,260,000 |
| Sep 06, 2018 | 231.65 | 231.76 | 218.12 | 230.21 | 230.21 | 2,097,310,000 |
| Sep 05, 2018 | 286.05 | 288.16 | 232.33 | 232.33 | 232.33 | 2,390,390,000 |
| Sep 04, 2018 | 289.30 | 291.58 | 284.26 | 285.72 | 285.72 | 1,554,870,000 |
| Sep 03, 2018 | 295.18 | 295.59 | 287.43 | 289.26 | 289.26 | 1,394,490,000 |
| Sep 02, 2018 | 295.45 | 298.69 | 290.93 | 294.37 | 294.37 | 1,321,050,000 |
| Sep 01, 2018 | 283.50 | 301.14 | 283.50 | 295.34 | 295.34 | 1,546,630,000 |

**People Also Watch**  Quote Lookup

| | | | |
|---|---|---|---|
| **BTC-USD** Bitcoin USD | 30,118.33 | -66.32 | -0.22% |
| **DOGE-U...** Dogecoin USD | 0.065493 | -0.000095 | -0.15% |
| **ADA-USD** Cardano USD | 0.284089 | -0.004352 | -1.51% |
| **XRP-USD** XRP USD | 0.468711 | -0.000686 | -0.1462% |
| **LTC-USD** Litecoin USD | 95.80 | -1.82 | -1.87% |

**Company Profile >**

Sector(s):
Industry:
Full Time Employees:

More about Ethereum USD

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.

Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | ...

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Aug 31, 2018 | 284.12 | 284.55 | 278.51 | 283.00 | 283.00 | 1,411,910,000 |
| Aug 30, 2018 | 289.75 | 291.24 | 275.21 | 284.11 | 284.11 | 1,513,100,000 |
| Aug 29, 2018 | 296.16 | 297.07 | 287.29 | 289.31 | 289.31 | 1,474,460,000 |
| Aug 28, 2018 | 286.65 | 297.40 | 283.57 | 296.50 | 296.50 | 1,513,350,000 |
| Aug 27, 2018 | 275.35 | 285.60 | 273.65 | 285.60 | 285.60 | 1,406,790,000 |
| Aug 26, 2018 | 279.52 | 279.52 | 272.44 | 275.20 | 275.20 | 1,206,650,000 |
| Aug 25, 2018 | 283.28 | 283.52 | 278.47 | 279.65 | 279.65 | 1,208,360,000 |
| Aug 24, 2018 | 278.11 | 283.30 | 273.86 | 282.97 | 282.97 | 1,450,170,000 |
| Aug 23, 2018 | 271.75 | 279.55 | 271.09 | 277.10 | 277.10 | 1,271,160,000 |
| Aug 22, 2018 | 281.97 | 297.49 | 265.00 | 271.34 | 271.34 | 1,507,660,000 |
| Aug 21, 2018 | 273.33 | 285.97 | 273.33 | 281.94 | 281.94 | 1,164,120,000 |
| Aug 20, 2018 | 301.38 | 304.37 | 273.51 | 274.32 | 274.32 | 1,413,790,000 |
| Aug 19, 2018 | 295.67 | 307.10 | 291.33 | 300.83 | 300.83 | 1,447,910,000 |
| Aug 18, 2018 | 316.79 | 320.45 | 286.55 | 295.81 | 295.81 | 1,764,020,000 |
| Aug 17, 2018 | 287.68 | 316.17 | 287.35 | 315.73 | 315.73 | 1,995,460,000 |
| Aug 16, 2018 | 282.74 | 298.48 | 280.93 | 288.05 | 288.05 | 1,552,970,000 |
| Aug 15, 2018 | 280.39 | 303.59 | 280.12 | 282.36 | 282.36 | 1,878,150,000 |
| Aug 14, 2018 | 286.36 | 286.36 | 254.65 | 278.93 | 278.93 | 2,137,850,000 |
| Aug 13, 2018 | 320.21 | 323.55 | 284.93 | 286.49 | 286.49 | 1,751,190,000 |
| Aug 12, 2018 | 320.82 | 328.59 | 318.60 | 319.57 | 319.57 | 1,625,420,000 |
| Aug 11, 2018 | 334.26 | 334.26 | 308.49 | 322.11 | 322.11 | 1,790,370,000 |
| Aug 10, 2018 | 365.78 | 367.05 | 329.59 | 334.18 | 334.18 | 1,699,400,000 |
| Aug 09, 2018 | 356.97 | 370.95 | 353.61 | 365.59 | 365.59 | 1,616,610,000 |
| Aug 08, 2018 | 379.89 | 380.67 | 353.73 | 356.61 | 356.61 | 2,016,080,000 |
| Aug 07, 2018 | 406.80 | 411.40 | 376.08 | 380.21 | 380.21 | 1,828,350,000 |
| Aug 06, 2018 | 410.57 | 414.54 | 403.32 | 406.66 | 406.66 | 1,384,880,000 |
| Aug 05, 2018 | 407.35 | 413.72 | 402.43 | 410.52 | 410.52 | 1,396,820,000 |
| Aug 04, 2018 | 418.24 | 420.19 | 403.78 | 407.25 | 407.25 | 1,466,540,000 |
| Aug 03, 2018 | 412.57 | 420.55 | 399.91 | 418.26 | 418.26 | 1,722,340,000 |
| Aug 02, 2018 | 420.81 | 425.03 | 410.31 | 412.62 | 412.62 | 1,569,300,000 |
| Aug 01, 2018 | 433.87 | 435.46 | 410.46 | 420.75 | 420.75 | 1,888,060,000 |
| Jul 31, 2018 | 457.24 | 457.24 | 430.44 | 433.87 | 433.87 | 1,820,680,000 |
| Jul 30, 2018 | 466.83 | 467.95 | 448.64 | 457.08 | 457.08 | 2,141,590,000 |
| Jul 29, 2018 | 466.92 | 470.36 | 462.71 | 466.67 | 466.67 | 1,631,910,016 |
| Jul 28, 2018 | 469.68 | 471.59 | 462.99 | 466.90 | 466.90 | 1,531,890,048 |
| Jul 27, 2018 | 464.01 | 473.22 | 458.29 | 469.67 | 469.67 | 1,734,259,968 |
| Jul 26, 2018 | 472.33 | 483.70 | 461.42 | 464.04 | 464.04 | 1,621,560,064 |
| Jul 25, 2018 | 479.91 | 482.87 | 466.47 | 472.49 | 472.49 | 1,930,780,032 |
| Jul 24, 2018 | 451.14 | 481.14 | 450.57 | 479.37 | 479.37 | 2,287,520,000 |
| Jul 23, 2018 | 459.44 | 469.77 | 449.73 | 450.85 | 450.85 | 1,596,999,936 |
| Jul 22, 2018 | 462.44 | 470.90 | 458.12 | 459.66 | 459.66 | 1,338,589,952 |
| Jul 21, 2018 | 450.68 | 468.08 | 445.78 | 462.44 | 462.44 | 1,504,310,016 |
| Jul 20, 2018 | 469.31 | 469.31 | 443.69 | 450.70 | 450.70 | 1,821,350,016 |
| Jul 19, 2018 | 480.63 | 483.24 | 465.14 | 469.62 | 469.62 | 2,068,739,968 |
| Jul 18, 2018 | 500.84 | 513.43 | 474.36 | 480.51 | 480.51 | 2,371,559,936 |
| Jul 17, 2018 | 480.08 | 508.78 | 468.92 | 501.00 | 501.00 | 2,288,100,096 |
| Jul 16, 2018 | 450.42 | 480.66 | 446.80 | 480.66 | 480.66 | 1,858,680,064 |
| Jul 15, 2018 | 435.88 | 454.00 | 433.92 | 449.85 | 449.85 | 1,350,160,000 |
| Jul 14, 2018 | 434.51 | 439.43 | 431.47 | 436.09 | 436.09 | 1,235,820,032 |

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| BTC-USD<br>Bitcoin USD | 30,118.33 | -66.32 | -0.22% |
| DOGE-U...<br>Dogecoin USD | 0.065493 | -0.000095 | -0.15% |
| ADA-USD<br>Cardano USD | 0.284089 | -0.004352 | -1.51% |
| XRP-USD<br>XRP USD | 0.468711 | -0.000686 | -0.1462% |
| LTC-USD<br>Litecoin USD | 95.80 | -1.82 | -1.87% |

**Company Profile >**

Sector(s):
Industry:
Full Time Employees:

More about Ethereum USD

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

Case 1:20-cv-10849-JGLC   Document 234-3   Filed 08/04/23   Page 12 of 16

Finance Home   Watchlists   My Portfolio   Markets   News   Videos   Yahoo Finance Plus   Screeners   ...

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jul 13, 2018 | 430.74 | 442.36 | 430.74 | 434.03 | 434.03 | 1,489,670,016 |
| Jul 12, 2018 | 446.50 | 446.50 | 422.81 | 430.07 | 430.07 | 1,495,440,000 |
| Jul 11, 2018 | 434.52 | 447.32 | 429.51 | 446.52 | 446.52 | 1,422,470,016 |
| Jul 10, 2018 | 476.16 | 478.32 | 433.96 | 434.42 | 434.42 | 1,789,069,952 |
| Jul 09, 2018 | 488.88 | 490.85 | 475.17 | 476.68 | 476.68 | 1,533,799,936 |
| Jul 08, 2018 | 492.07 | 503.20 | 488.42 | 489.12 | 489.12 | 1,344,560,000 |
| Jul 07, 2018 | 474.06 | 491.66 | 466.84 | 491.66 | 491.66 | 1,358,360,064 |
| Jul 06, 2018 | 474.36 | 479.65 | 457.61 | 474.01 | 474.01 | 1,627,609,984 |
| Jul 05, 2018 | 467.29 | 483.23 | 464.63 | 474.41 | 474.41 | 1,828,610,048 |
| Jul 04, 2018 | 464.15 | 481.44 | 455.18 | 467.32 | 467.32 | 1,549,769,984 |
| Jul 03, 2018 | 475.39 | 483.85 | 462.58 | 464.20 | 464.20 | 1,683,939,968 |
| Jul 02, 2018 | 453.82 | 479.13 | 447.11 | 475.35 | 475.35 | 1,625,789,952 |
| Jul 01, 2018 | 455.24 | 457.14 | 446.39 | 453.92 | 453.92 | 1,511,730,048 |
| Jun 30, 2018 | 436.21 | 458.80 | 436.21 | 455.18 | 455.18 | 1,475,939,968 |
| Jun 29, 2018 | 422.59 | 441.79 | 407.95 | 436.01 | 436.01 | 1,564,499,968 |
| Jun 28, 2018 | 442.29 | 443.62 | 419.68 | 422.36 | 422.36 | 1,360,790,016 |
| Jun 27, 2018 | 432.24 | 444.24 | 424.84 | 442.36 | 442.36 | 1,368,940,032 |
| Jun 26, 2018 | 460.73 | 461.21 | 432.77 | 432.77 | 432.77 | 1,356,560,000 |
| Jun 25, 2018 | 455.94 | 470.34 | 448.90 | 460.31 | 460.31 | 4,007,950,080 |
| Jun 24, 2018 | 474.77 | 475.36 | 426.47 | 457.67 | 457.67 | 2,490,579,968 |
| Jun 23, 2018 | 466.27 | 479.13 | 462.39 | 474.52 | 474.52 | 1,651,379,968 |
| Jun 22, 2018 | 527.19 | 527.19 | 456.88 | 465.82 | 465.82 | 2,226,030,080 |
| Jun 21, 2018 | 536.45 | 543.72 | 524.26 | 527.37 | 527.37 | 1,462,070,016 |
| Jun 20, 2018 | 538.51 | 541.02 | 519.37 | 536.27 | 536.27 | 1,596,290,048 |
| Jun 19, 2018 | 519.02 | 542.35 | 516.31 | 537.96 | 537.96 | 1,726,569,984 |
| Jun 18, 2018 | 499.38 | 521.80 | 494.07 | 518.89 | 518.89 | 1,513,869,952 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| BTC-USD Bitcoin USD | 30,118.33 | -66.32 | -0.22% |
| DOGE-U... Dogecoin USD | 0.065493 | -0.000095 | -0.15% |
| ADA-USD Cardano USD | 0.284089 | -0.004352 | -1.51% |
| XRP-USD XRP USD | 0.468711 | -0.000686 | -0.1462% |
| LTC-USD Litecoin USD | 95.80 | -1.82 | -1.87% |

**Company Profile >**

Sector(s):
Industry:
Full Time Employees:

More about Ethereum USD

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

| Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | ... |

## Injective USD (INJ-USD)
CCC - CoinMarketCap. Currency in USD

Follow | Visitors trend 2W ↓ 10W ↑ 9M ↑

Quote Lookup

**8.2101** +0.2687 (+3.38%)
As of 10:29PM UTC. Market open.

Summary | Chart | Conversations | **Historical Data** | Profile

Time Period: Dec 20, 2020 - Jan 14, 2021 ⌄     Show: Historical Prices ⌄     Frequency: Daily ⌄     Apply

Currency in USD

↓ Download

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| RNDR-... Render Token USD | 1.9230 | -0.0076 | -0.39% |
| LDO-USD Lido DAO USD | 1.9262 | -0.0119 | -0.61% |
| LPT-USD Livepeer USD | 4.2954 | -0.0098 | -0.23% |
| GALA-U... Gala USD | 0.024101 | +0.000152 | +0.64% |
| API3-USD API3 USD | 1.0213 | -0.0036 | -0.35% |

**Company Profile** >

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jan 15, 2021 | 6.7415 | 6.7415 | 5.2693 | 6.3537 | 6.3537 | 35,148,365 |
| Jan 14, 2021 | 5.4760 | 6.8936 | 5.4760 | 6.7333 | 6.7333 | 46,685,121 |
| Jan 13, 2021 | 4.8809 | 5.7391 | 4.8809 | 5.4751 | 5.4751 | 58,063,297 |
| Jan 12, 2021 | 4.4154 | 5.0023 | 4.3046 | 4.9176 | 4.9176 | 21,871,168 |
| Jan 11, 2021 | 4.4122 | 4.4131 | 3.7710 | 4.4131 | 4.4131 | 22,589,647 |
| Jan 10, 2021 | 4.7662 | 4.8903 | 4.3186 | 4.4183 | 4.4183 | 13,366,041 |
| Jan 09, 2021 | 4.6693 | 4.8703 | 4.4855 | 4.7680 | 4.7680 | 11,115,847 |
| Jan 08, 2021 | 4.6530 | 4.9297 | 4.4374 | 4.6698 | 4.6698 | 20,040,504 |
| Jan 07, 2021 | 4.6180 | 4.8005 | 4.1704 | 4.6537 | 4.6537 | 24,073,326 |
| Jan 06, 2021 | 4.5886 | 4.8690 | 4.4099 | 4.6234 | 4.6234 | 20,633,216 |
| Jan 05, 2021 | 4.3487 | 4.8542 | 4.2934 | 4.5930 | 4.5930 | 20,423,917 |
| Jan 04, 2021 | 4.4254 | 4.7349 | 3.9563 | 4.3505 | 4.3505 | 21,153,165 |
| Jan 03, 2021 | 3.6025 | 4.5135 | 3.5429 | 4.4231 | 4.4231 | 26,169,663 |
| Jan 02, 2021 | 4.0791 | 4.1017 | 3.5512 | 3.5989 | 3.5989 | 17,014,977 |
| Jan 01, 2021 | 4.0653 | 4.1982 | 3.9445 | 4.0694 | 4.0694 | 10,472,821 |
| Dec 31, 2020 | 3.8716 | 4.3349 | 3.8716 | 4.0728 | 4.0728 | 13,968,935 |
| Dec 30, 2020 | 4.3120 | 4.5902 | 3.8544 | 3.8723 | 3.8723 | 19,030,513 |
| Dec 29, 2020 | 4.7519 | 4.7519 | 4.2416 | 4.3077 | 4.3077 | 22,657,338 |
| Dec 28, 2020 | 4.7893 | 5.0423 | 4.4781 | 4.7521 | 4.7521 | 30,553,411 |
| Dec 27, 2020 | 4.2520 | 4.9351 | 4.2133 | 4.7907 | 4.7907 | 35,510,014 |
| Dec 26, 2020 | 4.0817 | 4.7092 | 3.8533 | 4.2539 | 4.2539 | 34,546,522 |
| Dec 25, 2020 | 4.5889 | 4.8325 | 4.0067 | 4.0808 | 4.0808 | 23,256,866 |
| Dec 24, 2020 | 3.9333 | 5.0453 | 3.7882 | 4.5909 | 4.5909 | 49,380,023 |
| Dec 23, 2020 | 4.5063 | 5.2613 | 3.6208 | 3.9219 | 3.9219 | 95,775,380 |
| Dec 22, 2020 | 3.3645 | 4.7004 | 3.3250 | 4.5059 | 4.5059 | 79,443,830 |
| Dec 21, 2020 | 2.9868 | 3.8948 | 2.7078 | 3.3729 | 3.3729 | 35,600,254 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Sector(s):
Industry:
Full Time Employees:

More about Injective USD

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

https://finance.yahoo.com/quote/USDC-USD/history?period1=1592524800&period2=1592784000&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true

Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | ...

# USD Coin USD (USDC-USD)
CCC - CoinMarketCap. Currency in USD

Follow | Visitors trend 2W↑ 10W↑ 9M↑

Quote Lookup

## 1.0000 -0.0002 (-0.0162%)
As of 10:29PM UTC. Market open.

Summary | Chart | Conversations | **Historical Data** | Profile

Time Period: Jun 19, 2020 - Jun 21, 2020 ▼   Show: Historical Prices ▼

Frequency: Daily ▼

Apply

Currency in USD

⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jun 22, 2020 | 1.0021 | 1.0030 | 0.9897 | 0.9962 | 0.9962 | 312,776,437 |
| Jun 21, 2020 | 0.9985 | 1.0052 | 0.9958 | 1.0022 | 1.0022 | 264,643,094 |
| Jun 20, 2020 | 0.9985 | 1.0064 | 0.9916 | 0.9992 | 0.9992 | 264,040,919 |

*Close price adjusted for splits.  **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| USDT-U... Tether USD | 1.0001 | -0.0001 | -0.0131% |
| HEX-USD HEX USD | 0.008125 | -0.000329 | -3.89% |
| DAI-USD Dai USD | 0.9994 | -0.0007 | -0.0747% |
| BUSD-U... Binance USD USD | 1.0000 | -0.0003 | -0.03% |
| WBTC-... Wrapped Bitcoin USD | 27,920.66 | -446.34 | -1.57% |

**Company Profile** ›

Sector(s):
Industry:
Full Time Employees:

More about USD Coin USD

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.

https://finance.yahoo.com/quote/USDT-USD/history?period1=1566518400&period2=1566864000&frequency=1d&filter=history&frequency=1d&includeAdjustedClose=true

| Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | ... |

# Tether USD (USDT-USD)
CCC - CoinMarketCap. Currency in USD

Follow  |  Visitors trend  2W ↑  10W ↑  9M ↑

Quote Lookup

**1.0002** -0.0001 (-0.0110%)
As of 10:27PM UTC. Market open.

Summary | Chart | Conversations | **Historical Data** | Profile

Time Period: Aug 24, 2019 - Aug 26, 2019 ⌄     Show: Historical Prices ⌄
Frequency: Daily ⌄                                                                Apply

Currency in USD                                                                  ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Aug 27, 2019 | 1.0013 | 1.0049 | 0.9947 | 0.9991 | 0.9991 | 15,741,344,309 |
| Aug 26, 2019 | 0.9985 | 1.0080 | 0.9905 | 1.0013 | 1.0013 | 20,439,272,588 |
| Aug 25, 2019 | 1.0023 | 1.0127 | 0.9977 | 0.9996 | 0.9996 | 15,701,077,262 |

*Close price adjusted for splits.  **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| USDC-U... USD Coin USD | 1.0001 | -0.0001 | -0.0054% |
| BNB-USD BNB USD | 234.00 | -1.80 | -0.76% |
| HEX-USD HEX USD | 0.008122 | -0.000324 | -3.84% |
| BUSD-U... Binance USD USD | 1.0000 | -0.0002 | -0.0190% |
| TRX-USD TRON USD | 0.077606 | -0.002093 | -2.63% |

Company Profile ›

Sector(s):
Industry:
Full Time Employees:

More about Tether USD

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.

https://finance.yahoo.com/quote/USDT-USD/history?period1=1609459200&period2=1609718400&filter=history&frequency=1d&includeAdjustedClose=true

Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | ...

# Tether USD (USDT-USD)
CCC - CoinMarketCap. Currency in USD

Follow | Visitors trend 2W ↑ 10W ↑ 9M ↑ | Quote Lookup

**1.0002** -0.0001 (-0.0110%)
As of 10:27PM UTC. Market open.

Summary | Chart | Conversations | **Historical Data** | Profile

Time Period: Jan 01, 2021 - Jan 03, 2021 ⌄   Show: Historical Prices ⌄
Frequency: Daily ⌄                                                    Apply

Currency in USD                                                       ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jan 04, 2021 | 1.0005 | 1.0030 | 0.9994 | 1.0001 | 1.0001 | 125,906,387,011 |
| Jan 03, 2021 | 1.0004 | 1.0019 | 0.9992 | 1.0005 | 1.0005 | 120,425,679,796 |
| Jan 02, 2021 | 1.0019 | 1.0020 | 0.9995 | 1.0006 | 1.0006 | 87,333,964,442 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| USDC-U... USD Coin USD | 1.0001 | -0.0001 | -0.0054% |
| BNB-USD BNB USD | 233.97 | -1.79 | -0.76% |
| HEX-USD HEX USD | 0.0081 | -0.0003 | -3.8392% |
| BUSD-U... Binance USD USD | 1.0000 | -0.0002 | -0.0190% |
| TRX-USD TRON USD | 0.077613 | -0.002087 | -2.62% |

**Company Profile** ›

Sector(s):
Industry:
Full Time Employees:

More about Tether USD

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.