# Exhibit 04

**CommonwealthBank**

Commonwealth Bank of Australia
ABN 48 123 123 124 AFSL and
Australian credit licence 234945

# Your Statement

| | |
|---|---|
| **Statement 8** | **(Page 1 of 2)** |

| | |
|---|---|
| **Account Number** | **2114** |

| | |
|---|---|
| **Statement Period** | **3 Jan 2018 - 2 Feb 2018** |

| | |
|---|---|
| **Closing Balance** | **$4,452,542.15 CR** |

| | |
|---|---|
| **Enquiries** | **13 1998** |
| | **(24 hours a day, 7 days a week)** |

019

**STFAN QIN**

**GIRALANG ACT 2617**



# Business Transaction Account

If this account has an attached overdraft limit or facility which is secured over your primary place of residence or over a residential Investment property you should ensure that the property is insured in accordance with the terms and conditions of the mortgage. If you have any queries about your insurance cover you should contact your insurer. Information on property insurance can also be found on www.moneysmart.gov.au

**Name:** VIRGIL CAPITAL PTY LTD

**Note:** Have you checked your statement today? It's easy to find out more information about each of your transactions by logging on to the CommBank App or NetBank. Should you have any questions on fees or see an error please contact us on the details above. Cheque proceeds are available when cleared.

| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 03 Jan | **2018 OPENING BALANCE** | | | **$980,101.59 CR** |
| 04 Jan | **Transfer from VIVIEN CHAN NetBank** David lu top up 1 | | 15,000.00 | **$995,101.59 CR** |
| 04 Jan | **Transfer to CBA A/c CommBank app** | 2,000.00 | | **$993,101.59 CR** |
| 04 Jan | **Transfer to CBA A/c CommBank app** | 3,000.00 | | **$990,101.59 CR** |
| 05 Jan | **Transfer from VIVIEN CHAN CommBank app** david lu top up 2 | | 10,000 00 | **$1,000,101 59 CR** |
| 05 Jan | **Transfer to CBA A/c CommBank app** Value Date: 06/01/2018 | 1,000.00 | | **$999,101.59 CR** |
| 09 Jan | **Transfer to CBA A/c CommBank app** | 2,000.00 | | **$997,101.59 CR** |
| 13 Jan | **BILL BUDDY NetBank BPAY 91488** 5824 | 50,000.00 | | **$947,101.59 CR** |
| 16 Jan | **MR GUO YUE** REF 998 Fee AUD 10.0000 USD 250000.00000 Rate:0.8079 | | 309,434.24 | **$1,256,535.83 CR** |
| 18 Jan | **Transfer to other Bank NetBank** 2034 | 100,000.00 | | **$1,156,535.83 CR** |
| 19 Jan | **DE CUBE LTD** DE CUBE LTD KENNETH REF 2496 Fee AUD 10.0000 USD 1499990.00000 Rate:0.8029 | | 1,868,205.22 | **$3,024,741.05 CR** |
| 22 Jan | **Transfer to other Bank NetBank** 6553 | 100,000.00 | | **$2,924,741.05 CR** |
| 23 Jan | **MAXIM SHISHLYANNIKOV** wiring for capital investments REF 9675 Fee AUD 10.0000 | | 1,234,557.90 | **$4,159,298.95 CR** |

**Statement 8**      **(Page 2 of 2)**

**Account Number** ████ ██ 2114



| Date | Transaction | Debit | Credit | Balance |
|------|-------------|------:|-------:|--------:|
| 25 Jan | WONG RUTH KUO-YENG<br>RACHEL MOURAD DBSIBNCB<br>REF ████5398 Fee AUD 10.00000<br>USD 66990.00000 Rate:0.8437 | | 79,390.26 | $4,238,689.21 CR |
| 30 Jan | Transfer to other Bank NetBank<br>9████4937 | 100,000.00 | | $4,138,689.21 CR |
| 30 Jan | Direct Credit ██8483 T K QIN<br>Qin | | 60,000.00 | $4,198,689.21 CR |
| 01 Feb | Transfer to other Bank NetBank<br>████4854 | 100,000.00 | | $4,098,689.21 CR |
| 01 Feb | Account Fee | 10.00 | | $4,098,679.21 CR |
| 02 Feb | DAVIS, MARK P<br>BENEFICIARY ADDRESS 7 ALPHARD PLAC<br>REF ████4896<br>USD 200000.00000 Rate:0.8153 | | 245,308.48 | $4,343,987.69 CR |
| 02 Feb | YA TUNG<br>/CCT/JD4Q5NDX00KP REF - KEVIN W.<br>REF ████4931 Fee AUD 10.00000<br>USD 25000.00000 Rate:0.8359 | | 29,897.88 | $4,373,885.57 CR |
| 02 Feb | KEVIN W TUNG CUST<br>/CCT/JD4Q30UW00PV REF - KEVIN W.<br>REF ████4933 Fee AUD 10.00000<br>USD 25000.00000 Rate:0.8359 | | 29,897.88 | $4,403,783.45 CR |
| 02 Feb | EFINIA LLC<br>REF ████2562<br>CHF1 INTERPLAY LLC FUNDING | | 48,758.70 | $4,452,542.15 CR |
| 02 Feb | 2018 CLOSING BALANCE | | | $4,452,542.15 CR |

| Opening balance | - | Total debits | + | Total credits | = | Closing balance |
|---|---|---|---|---|---|---|
| $980,101.59 CR | | $458,010.00 | | $3,930,450.56 | | $4,452,542.15 CR |

## Transaction Summary for 1st January 2018 to 31st January 2018

| Transaction Type | Performed | Free | Chargeable | Unit Price | Fee Charged |
|------------------|----------:|-----:|-----------:|-----------:|------------:|
| Staff assisted withdrawals | 0 | 0 | 0 | $2.50 | $0.00 |
| Cheques written | 0 | 0 | 0 | $1.50 | $0.00 |
| Cheque deposit | 0 | 0 | 0 | $1.50 | $0.00 |
| Over the counter deposit | 0 | 0 | 0 | $2.50 | $0.00 |
| Quick deposits | 0 | 0 | 0 | $0.20 | $0.00 |
| Cheq deposit in quick deposit box | 0 | 0 | 0 | $1.50 | $0.00 |
| Total | 0 | 0 | 0 | | $0.00 |
| Account Fee | | | | $10.00 | $10.00 |
| Paper Statement Fee | | | | $2 50 | $0 00 |

5723.18601.1.2 ZZ258R3 0303SL.R3.S961.D033.OV06.00.24

 **Commonwealth**Bank

Commonwealth Bank of Australia
ABN 48 123 123 124 AFSL and
Australian credit licence 234945

# Your Statement

| | |
|---|---|
| **Statement 9** | **(Page 1 of 3)** |

| **Account Number** | 2114 |
|---|---|

| **Statement Period** | **3 Feb 2018 - 2 Mar 2018** |
|---|---|

| **Closing Balance** | **$11,833,436.22 CR** |
|---|---|

| **Enquiries** | **Please contact your Private Banker** |
|---|---|

ˡᵢ|||ᵢₗₗᵢᵢ||ᵢ|||ₗₗᵢₗ||ₗₗᵢₗₗₗₗₗ||ₗₗₗₗᵢ   **019**

**STFAN QIN**

**GIRALANG ACT 2617**

# Business Transaction Account

If this account has an attached overdraft limit or facility which is secured over your primary place of residence or over a residential Investment property you should ensure that the property is insured in accordance with the terms and conditions of the mortgage. If you have any queries about your insurance cover you should contact your insurer. Information on property insurance can also be found on www.moneysmart.gov.au

**Name:**   **VIRGIL CAPITAL PTY LTD**

**Note:**   Have you checked your statement today? It's easy to find out more information about each of your transactions by logging on to the CommBank App or NetBank. Should you have any questions on fees or see an error please contact us on the details above. Cheque proceeds are available when cleared.

| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 03 Feb | **2018 OPENING BALANCE** | | | $4,452,542.15 CR |
| 04 Feb | **Transfer to xx8375 NetBank** | 100,000.00 | | $4,352,542.15 CR |
| 05 Feb | **JULIAN L CHERNYK** /CCT/JD6FALT000L9 REF ____8768 Fee AUD 10.00000 USD 80000.00000 Rate:0.8284 | | 96,561.70 | $4,449,103.85 CR |
| 05 Feb | **1/REISMAN YUVAL** REF ____8977 | | 122,280.74 | $4,571,384.59 CR |
| 05 Feb | **GREAT LUCK MONEY EXCHANGE COMPANY YAXI ZHU** REF ____0488 Fee AUD 10.00000 USD 857330.00000 Rate:0.7961 | | 1,076,902 45 | $5,648,287 04 CR |
| 07 Feb | **ONEPIP (HONG KONG) LIMITED -** REF ____2569 Fee AUD 7.50000 | | 179,992 50 | $5,828,279 54 CR |
| 07 Feb | **DE CUBE LTD** DE CUBE FEB 2018 REF ____3039 Fee AUD 10.00000 USD 2999965.00000 Rate:0.7929 | | 3,783,525.12 | $9,611,804.66 CR |
| 07 Feb | **SVB PRIVATE BANK** DAVID L ZHAO 1000077510 200 HANNA REF ____4954 Fee AUD 10.00000 USD 299980.00000 Rate:0.7929 | | 378,322.70 | $9,990,127.36 CR |
| 07 Feb | **LIU YUECEN** REF ____8628 YAXI ZHU | | 188,978.00 | $10,179,105.36 CR |
| 07 Feb | **Transfer to xx8375 NetBank** | 100,000.00 | | $10,079,105.36 CR |
| 08 Feb | **MR GUO YUE** REF ____7273 Fee AUD 10.00000 USD 50000.00000 Rate:0.8168 | | 61,204.50 | $10,140,309.86 CR |

\*#\* 5467.13858.1.2 ZZ258R3 0303 SL.R3.S961.D061.OV06.00.24

| | |
|---|---|
| **Statement 9** | **(Page 2 of 3)** |
| **Account Number** | ███ ██ 2114 |



| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 08 Feb | **MR GUO YUE**<br>REF ████████ 7275 Fee AUD 10.00000<br>USD 150000.00000 Rate:0.8168 | | 183,633.49 | $10,323,943.35 CR |
| 09 Feb | **JULIAN L CHERNYK**<br>/CCT/JDEREDS500KP<br>REF ████ 5069 Fee AUD 10.00000<br>USD 20000.00000 Rate:0.8145 | | 24,544.94 | $10,348,488.29 CR |
| 09 Feb | **Direct Credit** ██ 9592 Virgil Capital P<br>█████ 4181Refund | | 100,000 00 | $10,448,488 29 CR |
| 09 Feb | **Direct Credit** ██ 9592 Virgil Capital P<br>█████ 8026Refund | | 100,000 00 | $10,548,488 29 CR |
| 14 Feb | **DAVID A SCHWARTZ**<br>INVESTMENT INTO FOREX FUND RFB NONE<br>REF ████████ 6885<br>USD 100000.00000 Rate:0.8127 | | 123,046.63 | $10,671,534.92 CR |
| 14 Feb | **GREENFIELD MICHAEL DAVID**<br>/RFB/20180212EBG01488<br>REF ███████ 3963 Fee AUD 11.00000<br>USD 193000.00000 Rate:0.8213 | | 234,982.30 | $10,906,517.22 CR |
| 15 Feb | **Transfer to xx8375 CommBank app** | 10,000.00 | | $10,896,517.22 CR |
| 15 Feb | **Tran fer to CBA A/c CommBank app** | 15,000 00 | | $10,881,517 22 CR |
| 15 Feb | **1/MR OU MME ORDONNEAU YVES<br>ORDONNEAU YVES OU MARDUERITE /30/01**<br>REF ████████ 3004 Fee AUD 10.00000<br>EUR 200000.00000 Rate:0.6394 | | 312,783.24 | $11,194,300.46 CR |
| 16 Feb | **VIJAY MANI 71 PERALTA AVE SAN FRANC<br>SCH REF**█████ 7510)<br>REF ████████ 5697<br>USD 100015.00000 Rate:0.8235 | | 121,451.12 | $11,315,751.58 CR |
| 19 Feb | **VIJAY K MANI**<br>/CCT/JDQFYTOM00PV FBO VIJAY MANI<br>REF ████ 7603 Fee AUD 10.00000<br>USD 150000.00000 Rate:0.8264 | | 181,500.16 | $11,497,251.74 CR |
| 23 Feb | **Direct Credit** ██ 9592 Rachel Mourad<br>Rachels account | | 12,526.36 | $11,509,778.10 CR |
| 23 Feb | **Direct Credit** ██ 9592 Rachel Mourad<br>MOURAD RACHEL | | 12,714.91 | $11,522,493.01 CR |
| 27 Feb | **Direct Credit** ██ 6600 MICHELLE KHOO<br>RE Rachel Mourad | | 12,219.94 | $11,534,712.95 CR |
| 27 Feb | **Direct Credit** ██ 9592 Rachel Mourad<br>Rache | | 10,750.09 | $11,545,463.04 CR |
| 28 Feb | **FRANCIS I'I KNISKERN WHITE 3711 DIA**<br>REF ████████ 9936<br>062 903 ACCOUNT 10942114 FRANCIS I | | 159,778.05 | $11,705,241.09 CR |
| 01 Mar | **Account Fee** | 10.00 | | $11,705,231.09 CR |

| Date | Transaction | | | | Debit | Credit | Balance |
|------|-------------|--|--|--|-------|--------|---------|
| 01 Mar | LIM POH CHEE OR CHEN CHEE YANG 1956 | | | | | | |
| | REF      3005 | | | | | | |
| | REF-CHEE YANG CHEN | | | | | 128,205.13 | $11,833,436.22 CR |
| 02 Mar 2018 | CLOSING BALANCE | | | | | | $11,833,436.22 CR |

| | Opening balance | - | Total debits | + | Total credits | = | Closing balance |
|--|-----------------|---|--------------|---|---------------|---|-----------------|
| | $4,452,542.15 CR | | $225,010.00 | | $7,605,904.07 | | $11,833,436.22 CR |

## Transaction Summary for 1st February 2018 to 28th February 2018

| Transaction Type | Performed | Free | Chargeable | Unit Price | Fee Charged |
|------------------|-----------|------|------------|------------|-------------|
| Staff assisted withdrawals | 0 | 0 | 0 | $2.50 | $0.00 |
| Cheques written | 0 | 0 | 0 | $1.50 | $0.00 |
| Cheque deposit | 0 | 0 | 0 | $1.50 | $0.00 |
| Over the counter deposit | 0 | 0 | 0 | $2.50 | $0.00 |
| Quick deposits | 0 | 0 | 0 | $0.20 | $0.00 |
| Cheq deposit in quick deposit box | 0 | 0 | 0 | $1.50 | $0.00 |
| Total | 0 | 0 | 0 | | $0.00 |
| Account Fee | | | | $10.00 | $10.00 |
| Paper Statement Fee | | | | $2.50 | $0.00 |



## Introducing the New Payments Platform for Australian Businesses

- A faster, easier way to send and receive real time payments between participating banks

- Transactions completed in less than 60 seconds

- More information included with payments, with up to 280 characters, making reconciliation easier

For more information, visit **www.commbank.com.au/npp**



**Commonwealth**Bank

Commonwealth Bank of Australia
ABN 48 123 123 124  AFSL and
Australian credit licence 234945

# Your Statement

| | |
|---|---|
| **Statement 10** | **(Page 1 of 2)** |
| **Account Number** | **2114** |
| **Statement Period** | **3 Mar 2018 - 2 Apr 2018** |
| **Closing Balance** | **$12,373,029.26 CR** |
| **Enquiries** | **Please contact your Private Banker** |

**019**

**STFAN QIN**

**GIRALANG ACT 2617**



# Business Transaction Account

If this account has an attached overdraft limit or facility which is secured over your primary place of residence or over a residential Investment property you should ensure that the property is insured in accordance with the terms and conditions of the mortgage. If you have any queries about your insurance cover you should contact your insurer. Information on property insurance can also be found on www.moneysmart.gov.au

**Name:**   **VIRGIL CAPITAL PTY LTD**

**Note:**   Have you checked your statement today? It's easy to find out more information about each of your transactions by logging on to the CommBank App or NetBank. Should you have any questions on fees or see an error please contact us on the details above. Cheque proceeds are available when cleared.

| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| **03 Mar 2018 OPENING BALANCE** | | | | $11,833,436.22 CR |
| **05 Mar** HERBERT KEITH SIOJO 1029 SKYLINE DR<br>REFERENCE HERBERT SIOJO<br>REF 9957<br>USD 100014.75000 Rate:0.802 | | | 124,706.67 | $11,958,142.89 CR |
| **05 Mar** Direct Credit 9592 Rachel Mourad<br>MOURAD RACHEL | | | 12,592.66 | $11,970,735.55 CR |
| **06 Mar** RONALD FUNG<br>/CCT/JECH0HM300KP HERBERT SIOJO<br>REF 3915 Fee AUD 10.00000<br>USD 15000.00000 Rate:0.8093 | | | 18,524.54 | $11,989,260.09 CR |
| **07 Mar** LYDDA CAPITAL LTD<br>/RFB/REF 10942114 YELLOW RIVER<br>REF 4311<br>USD 100000.00000 Rate:0.8202 | | | 121,921.48 | $12,111,181.57 CR |
| **07 Mar** LYDDA CAPITAL LTD<br>/RFB/REF 10942114 YELLOW RIVER<br>REF 4612<br>USD 100000.00000 Rate:0.8202 | | | 121,921 48 | $12,233,103 05 CR |
| **08 Mar** Transfer to xx8375 CommBank app<br>Accom | 10,000.00 | | | $12,223,103 05 CR |
| **09 Mar** Direct Credit 8028 J L CHERNYK<br>From 00014724 | | | 39,000.00 | $12,262,103.05 CR |
| **10 Mar** Transfer to CBA A/c CommBank app<br>Savings | 1,000.00 | | | $12,261,103.05 CR |
| **19 Mar** Direct Credit 1500 VIRGIL CAPITAL P Co<br>AccredProof | 1,000,000.00 | | | $11,261,103 05 CR |

**Statement 10**　　(Page 2 of 2)

**Account Number**　██ ██ 2114



| Date | Transaction | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| 21 Mar | CHF1 INTERPLAY LLC<br>REF ████████9028<br>CHF1 INTERPLAY LLC FUNDING INVESTME | | 247,844.50 | $11,508,947.55 CR |
| 21 Mar | Direct Credit ██9592 Rachel Mourad<br>R Mourad | | 12,883.62 | $11,521,831.17 CR |
| 22 Mar | Direct Credit ██9592 Rachel Mourad<br>R mourad | | 12,878.66 | $11,534,709.83 CR |
| 26 Mar | NAMNAR CAPITAL INVESTMENTS LLC<br>NAMNAR CAPITAL INVESTMENTS LLC<br>REF ████████7906 Fee AUD 10.00000<br>USD 449970.00000 Rate:0.7762 | | 579,698 84 | $12,114,408 67 CR |
| 28 Mar | Direct Credit ██9592 Rachel Mourad<br>R Mourad | | 3,866.34 | $12,118,275.01 CR |
| 29 Mar | MR JIONGZHE CUI FLAT G 20/F LASCAR<br>REF ████████2840<br>YUECEN LIU | | 650,000 00 | $12,768,275 01 CR |
| 29 Mar | HONGKONG RUIYI CO., LIMITED<br>REF ████████4092 | | 604,764.25 | $13,373,039.26 CR |
| 29 Mar | Direct Credit ██1500 VIRGIL CAPITAL P Co<br>FI | 1,000,000.00 | | $12,373,039.26 CR |
| 01 Apr | Account Fee | | 10.00 | $12,373,029.26 CR |
| 02 Apr | 2018 CLOSING BALANCE | | | $12,373,029.26 CR |

| Opening balance | - | Total debits | + | Total credits | = | Closing balance |
|-----------------|---|--------------|---|---------------|---|-----------------|
| $11,833,436.22 CR | | $2,011,010.00 | | $2,550,603.04 | | $12,373,029.26 CR |

## Transaction Summary for 1st March 2018 to 31st March 2018

| Tran action Type | Performed | Free | Chargeable | Unit Price | Fee Charged |
|------------------|-----------|------|------------|------------|-------------|
| Staff assisted withdrawals | 0 | 0 | 0 | $2.50 | $0.00 |
| Cheques written | 0 | 0 | 0 | $1.50 | $0.00 |
| Cheque deposit | 0 | 0 | 0 | $1.50 | $0.00 |
| Over the counter deposit | 0 | 0 | 0 | $2.50 | $0.00 |
| Quick deposits | 0 | 0 | 0 | $0.20 | $0.00 |
| Cheq deposit in quick deposit box | 0 | 0 | 0 | $1.50 | $0.00 |
| Total | 0 | 0 | 0 | | $0.00 |
| Account Fee | | | | $10.00 | $10.00 |
| Paper Statement Fee | | | | $2.50 | $0.00 |



**Commonwealth**Bank

Commonwealth Bank of Australia
ABN 48 123 123 124 AFSL and
Australian credit licence 234945



# Your Statement

| | |
|---|---|
| Statement/Tax invoice 11 | (Page 1 of 2) |

019

**STFAN QIN**

**GIRALANG ACT 2617**

| | |
|---|---|
| Total amount of taxable Bank services including GST | $1.10 |
| Total GST paid on taxable Bank services | $0.10 |
| Account Number | 2114 |
| Statement Period | 3 Apr 2018 - 2 May 2018 |
| Closing Balance | $14,169,855.30 CR |
| Enquirie | Please contact your Private Banker |

# Business Transaction Account



If thi account ha an attached overdraft limit or facility which i ecured over your primary place of re idence or over a residential Investment property you should ensure that the property is insured in accordance with the terms and conditions of the mortgage. If you have any queries about your insurance cover you should contact your insurer. Information on property insurance can also be found on www.moneysmart.gov.au

**Name:**  VIRGIL CAPITAL PTY LTD

**Note:**  Have you checked your statement today? It's easy to find out more information about each of your tran action  by logging on to the CommBank App or NetBank  Should you have any que tion  on fees or see an error please contact us on the details above. Cheque proceeds are available when cleared

**GST:**  All transactions marked with a (T) are GST inclusive. This means that the GST has been paid on these transactions and no additional payment is necessary.

| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 03 Apr | 2018 OPENING BALANCE | | | $12,373,029.26 CR |
| 03 Apr | HONGKONG RUIYI CO., LIMITED<br>REF 0278<br>YAXI ZHU | | 685,408.07 | $13,058,437.33 CR |
| 03 Apr | IANGELS DIGITAL LP<br>/WVE/<br>REF 6829 Fee AUD 10.00000<br>USD 950000.00000 Rate:0.766 | | 1,240,198.88 | $14,298,636.21 CR |
| 03 Apr | MR YIP CHEONG WAH AND<br>LONG YUET MING BNY CUST RRN -<br>REF 0336 Fee AUD 10.00000<br>USD 249975.00000 Rate:0.7699 | | 324,675.02 | $14,623,311.23 CR |
| 03 Apr | MR GUO YUE<br>REF 0286 Fee AUD 10.00000<br>USD 199975.00000 Rate:0.8056 | | 248,221.13 | $14,871,532.36 CR |
| 11 Apr | WSS INTERSYSTEM CLEARING ACCOUNT<br>REF 4857 PMS 0997<br>max wd FX CURRENCY SETTLEMENT DDA | 214,452.82 | | $14,657,079.54 CR |
| 16 Apr | COMMBIZ FEES<br>TRANS FEES- 5879 | 13.20 | | $14,657,066.34 CR |
| 16 Apr | (T) COMMBIZ FEES<br>TRANS FEES- 5879 | 1.10 | | $14,657,065.24 CR |

*#* 5793.20546.1.1 ZZ258R3 0303 SL.R3.S961.D122.OV06.00.24

**Statement 11**                                     **(Page 2 of 2)**

**Account Number**            2114



| Date | Transaction | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| 18 Apr | WSS INTERSYSTEM CLEARING ACCOUNT<br>REF         0269 PMS         8468<br>COMMBIZ FX CURRENCY SETTLEMENT DDA | 451,305.03 | | $14,205,760.21 CR |
| 26 Apr | WSS INTERSYSTEM CLEARING ACCOUNT<br>REF         5596 PMS         0883<br>COMMBIZ FX CURRENCY SETTLEMENT DDA | 37,580.14 | | $14,168,180.07 CR |
| 26 Apr | WSS INTERSYSTEM CLEARING ACCOUNT<br>REF         5648 PMS         0873<br>COMMBIZ FX CURRENCY SETTLEMENT DDA | 413,023.18 | | $13,755,156.89 CR |
| 26 Apr | TAPAS CAPITAL. LLC<br>REF         5439<br>TAPAS CAPITAL, LLC TAPAS CAPITAL, L | | 128,909 11 | $13,884,066 00 CR |
| 01 May | Account Fee | 10.00 | | $13,884,056.00 CR |
| 01 May | CHF1 INTERPLAY LLC<br>REF         0243<br>CHF1 INTERPLAY LLC FUNDING INVESTME | | 285,799.30 | $14,169,855.30 CR |
| 02 May | 2018 CLOSING BALANCE | | | $14,169,855 30 CR |

| Opening balance | - | Total debits | + | Total credits | = | Closing balance |
|-----------------|---|--------------|---|---------------|---|-----------------|
| $12,373,029.26 CR | | $1,116,385.47 | | $2,913,211.51 | | $14,169,855.30 CR |

## Transaction Summary for 1st April 2018 to 30th April 2018

| Transaction Type | Performed | Free | Chargeable | Unit Price | Fee Charged |
|------------------|-----------|------|------------|------------|-------------|
| Staff a  i ted withdrawal | 0 | 0 | 0 | $2 50 | $0 00 |
| Cheques written | 0 | 0 | 0 | $1.50 | $0.00 |
| Cheque deposit | 0 | 0 | 0 | $1.50 | $0.00 |
| Over the counter deposit | 0 | 0 | 0 | $2.50 | $0.00 |
| Quick deposits | 0 | 0 | 0 | $0.20 | $0.00 |
| Cheq deposit in quick deposit box | 0 | 0 | 0 | $1.50 | $0.00 |
| Total | 0 | 0 | 0 | | $0.00 |
| Account Fee | | | | $10.00 | $10.00 |
| Paper Statement Fee | | | | $2.50 | $0.00 |

**Commonwealth**Bank

Commonwealth Bank of Australia
ABN 48 123 123 124  AFSL and
Australian credit licence 234945

# Your Statement

| | |
|---|---|
| **Statement 12** | **(Page 1 of 2)** |

| **Account Number** | **2114** |
|---|---|

| **Statement Period** | **3 May 2018 - 2 Jun 2018** |
|---|---|

| **Closing Balance** | **$13,561,272.43 CR** |
|---|---|

| **Enquiries** | **Please contact your Private Banker** |
|---|---|



**019**

**STFAN QIN**

**GIRALANG ACT 2617**



# Business Transaction Account

If this account has an attached overdraft limit or facility which is secured over your primary place of residence or over a residential Investment property you should ensure that the property is insured in accordance with the terms and conditions of the mortgage. If you have any queries about your insurance cover you should contact your insurer. Information on property insurance can also be found on www.moneysmart.gov.au

**Name:**    **VIRGIL CAPITAL PTY LTD**

**Note:**    Have you checked your statement today? It's easy to find out more information about each of your transactions by logging on to the CommBank App or NetBank. Should you have any questions on fees or see an error please contact us on the details above. Cheque proceeds are available when cleared.

| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 03 May | 2018 OPENING BALANCE | | | $14,169,855.30 CR |
| 04 May | CHF1 INTERPLAY LLC<br>REF 8835<br>CHF1 INTERPLAY LLC FUNDING INVESTME | | 45,368.00 | $14,215,223.30 CR |
| 10 May | Transfer To COMMBIZ TRANSFER<br>inv | 2,000,000.00 | | $12,215,223.30 CR |
| 14 May | VIRGIL CAPITAL PTY LTD<br>REF 6804<br>COMMBIZ FX CURRENCY SETTLEMENT DDA | | 197,699.71 | $12,412,923.01 CR |
| 15 May | COMMBIZ FEES<br>TRANS FEES- 5879 | 66.40 | | $12,412,856.61 CR |
| 18 May | VIRGIL CAPITAL PTY LTD<br>REF 2372<br>COMMBIZ FX CURRENCY SETTLEMENT DDA | | 35,316.76 | $12,448,173.37 CR |
| 29 May | CHF1 INTERPLAY LLC<br>REF 5307<br>CHF1 INTERPLAY LLC FUNDING INVESTME | | 116,035.00 | $12,564,208.37 CR |
| 01 Jun | Account Fee | 10.00 | | $12,564,198.37 CR |
| 01 Jun | MR ZHENG YILEI<br>REF 3456<br>YUECEN LIU | | 403,020.00 | $12,967,218.37 CR |
| 01 Jun | MR JIONGZHE CUI FLAT G 20/F LASCAR<br>REF 0701<br>, FROM YUECEN LIU | | 165,500.00 | $13,132,718.37 CR |
| 01 Jun | MR JIONGZHE CUI FLAT G 20/F LASCAR<br>REF 1115<br>YUECEN LIU | | 165,500.00 | $13,298,218.37 CR |

*#* 14935.35842.1.2 ZZ258R3 0303 SI.R3.S961.D155.OV06.00.25

**Statement 12** (Page 2 of 2)

**Account Number** ███ ██ 2114



| Date | Transaction | | Debit | Credit | Balance |
|------|-------------|---|-------|--------|---------|
| 01 Jun | VIRGIL CAPITAL PTY LTD | | | | |
| | REF ████████9071 | | | | |
| | COMMBIZ FX CURRENCY SETTLEMENT DDA | | | 263,054.06 | $13,561,272.43 |
| 02 Jun 2018 CLOSING BALANCE | | | | | $13,561,272 43 CR |

| | Opening balance | - | Total debits | + | Total credits | = | Closing balance |
|---|-----------------|---|--------------|---|---------------|---|-----------------|
| | $14,169,855.30 CR | | $2,000,076.40 | | $1,391,493.53 | | $13,561,272.43 CR |

## Transaction Summary for 1st May 2018 to 31st May 2018

| Transaction Type | Performed | Free | Chargeable | Unit Price | Fee Charged |
|------------------|-----------|------|------------|------------|-------------|
| Staff a  i ted withdrawal | 0 | 0 | 0 | $2 50 | $0 00 |
| Cheques written | 0 | 0 | 0 | $1.50 | $0.00 |
| Cheque deposit | 0 | 0 | 0 | $1.50 | $0.00 |
| Over the counter deposit | 0 | 0 | 0 | $2.50 | $0.00 |
| Quick deposits | 0 | 0 | 0 | $0.20 | $0.00 |
| Cheq deposit in quick deposit box | 0 | 0 | 0 | $1.50 | $0.00 |
| Total | 0 | 0 | 0 | | $0.00 |
| Account Fee | | | | $10.00 | $10.00 |
| Paper Statement Fee | | | | $2.50 | $0.00 |



**Commonwealth Bank of Australia**
ABN 48 123 123 124 AFSL and
Australian credit licence 234945

# Your Statement

| | |
|---|---|
| Statement/Tax invoice 13 | (Page 1 of 2) |

| | |
|---|---|
| Total amount of taxable Bank services including GST | $2.50 |
| Total GST paid on taxable Bank services | $0.23 |
| Account Number | ████ ████ 2114 |
| Statement Period | 3 Jun 2018 - 2 Jul 2018 |
| Closing Balance | $18,475,949.92 CR |
| Enquirie | Please contact your Private Banker |

**019**

**STFAN QIN**
████████
**GIRALANG ACT 2617**



# Business Transaction Account

If thi account ha an attached overdraft limit or facility which i ecured over your primary place of re idence or over a residential Investment property you should ensure that the property is insured in accordance with the terms and conditions of the mortgage. If you have any queries about your insurance cover you should contact your insurer. Information on property insurance can also be found on www.moneysmart.gov.au

**Name:** VIRGIL CAPITAL PTY LTD

**Note:** Have you checked your statement today? It's easy to find out more information about each of your tran action by logging on to the CommBank App or NetBank Should you have any que tion on fees or see an error please contact us on the details above. Cheque proceeds are available when cleared

**GST:** All transactions marked with a (T) are GST inclusive. This means that the GST has been paid on these transactions and no additional payment is necessary.



| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 03 Jun 2018 | OPENING BALANCE | | | $13,561,272.43 CR |
| 03 Jun | Transfer to other Bank NetBank vc wd | 39,636.00 | | $13,521,636.43 CR |
| 05 Jun | Return No account or incorrect account n David Jie Lu vc wd Value Date: 04/06/2018 | | 39,636.00 | $13,561,272.43 CR |
| 05 Jun | (T) DE Reject Return Fee | 2.50 | | $13,561,269.93 CR |
| 07 Jun | VIRGIL CAPITAL PTY LTD REF ████████4707 COMMBIZ FX CURRENCY SETTLEMENT DDA | | 2,597,739.97 | $16,159,009.90 CR |
| 07 Jun | VIRGIL CAPITAL PTY LTD REF 2████████4706 COMMBIZ FX CURRENCY SETTLEMENT DDA | | 649,434.99 | $16,808,444.89 CR |
| 10 Jun | Transfer to CBA A/c NetBank vc wd | 39,636.00 | | $16,768,808.89 CR |
| 14 Jun | Transfer To COMMBIZ TRANSFER prop | 1,000,000.00 | | $15,768,808.89 CR |
| 15 Jun | COMMBIZ FEES TRANS FEES-██5879 | 60.00 | | $15,768,748.89 CR |

"#" 10516.26075.1.2 ZZ258R3 0303 SI.R3.S961.D183.OV06.00.25

**Statement 13**          **(Page 2 of 2)**

**Account Number** ████ ██ 2114

| Date | Transaction | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| 25 Jun | **CHF1 INTERPLAY LLC**<br>**REF** ████ 7474<br>**CHF1 INTERPLAY LLC FUNDING** | | 276,397.63 | $16,045,146.52 CR |
| 26 Jun | **Cash Dep Branch Ashfield**<br>**STELLA TSE** | | 205,000.00 | $16,250,146.52 CR |
| 29 Jun | **VIRGIL CAPITAL PTY LTD**<br>**REF** ████ 1616<br>**COMMBIZ FX CURRENCY SETTLEMENT DDA** | | 745,776.94 | $16,995,923.46 CR |
| 01 Jul | **Account Fee** | 10.00 | | $16,995,913.46 CR |
| 02 Jul | **VIRGIL CAPITAL PTY LTD**<br>**REF** ████ 3571<br>**COMMBIZ FX CURRENCY SETTLEMENT DDA** | | 134,503.63 | $17,130,417.09 CR |
| 02 Jul | **VIRGIL CAPITAL PTY LTD**<br>**REF** ████ 8864<br>**COMMBIZ FX CURRENCY SETTLEMENT DDA** | | 1,345,532.83 | $18,475,949.92 CR |
| 02 Jul | **2018 CLOSING BALANCE** | | | $18,475,949 92 CR |

| | Opening balance | - | Total debits | + | Total credits | = | Closing balance |
|--|-----------------|---|--------------|---|---------------|---|-----------------|
| | $13,561,272.43 CR | | $1,079,344.50 | | $5,994,021.99 | | $18,475,949.92 CR |

## Transaction Summary for 1st June 2018 to 30th June 2018

| Transaction Type | Performed | Free | Chargeable | Unit Price | Fee Charged |
|------------------|-----------|------|------------|------------|-------------|
| Staff a   i ted withdrawal | 0 | 0 | 0 | $2 50 | $0 00 |
| Cheques written | 0 | 0 | 0 | $1.50 | $0.00 |
| Cheque deposit | 0 | 0 | 0 | $1.50 | $0.00 |
| Over the counter deposit | 1 | 1 | 0 | $2.50 | $0.00 |
| Quick deposits | 0 | 0 | 0 | $0.20 | $0.00 |
| Cheq deposit in quick deposit box | 0 | 0 | 0 | $1.50 | $0.00 |
| Total | 1 | 1 | 0 | | $0.00 |
| Account Fee | | | | $10.00 | $10.00 |
| Paper Statement Fee | | | | $2.50 | $0.00 |

# Commonwealth Bank

Commonwealth Bank of Australia
ABN 48 123 123 124 AFSL and
Australian credit licence 234945

# Your Statement

**Statement 14**       **(Page 1 of 2)**

| Account Number | ██████ 2114 |
|---|---|
| Statement Period | **3 Jul 2018 - 2 Aug 2018** |
| Closing Balance | **$20,587,127.74 CR** |
| Enquiries | **Please contact your Private Banker** |

⑤||||₁₁||⁵|·||||₁||₁|·|₁₁···||₁|₁|·      **019**

**STFAN QIN**
████████████
**GIRALANG ACT 2617**



# Business Transaction Account

**If this account has an attached overdraft limit or facility which is secured over your primary place of residence or over a residential Investment property you should ensure that the property is insured in accordance with the terms and conditions of the mortgage. If you have any queries about your insurance cover you should contact your insurer. Information on property insurance can also be found on www.moneysmart.gov.au**

**Name:**    **VIRGIL CAPITAL PTY LTD**

**Note:**    **Have you checked your statement today? It's easy to find out more information about each of your transactions by logging on to the CommBank App or NetBank. Should you have any questions on fees or see an error please contact us on the details above. Cheque proceeds are available when cleared.**

| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 03 Jul | 2018 OPENING BALANCE | | | $18,475,949.92 CR |
| 06 Jul | VIRGIL CAPITAL PTY LTD REF ███████ 6779 COMMBIZ FX CURRENCY SETTLEMENT DDA | | 1,346,982.76 | $19,822,932.68 CR |
| 13 Jul | VIRGIL CAPITAL PTY LTD REF ███████ 5597 COMMBIZ FX CURRENCY SETTLEMENT DDA | | 362,221 63 | $20,185,154 31 CR |
| 16 Jul | COMMBIZ FEES TRANS FEES-███ 5879 | 63.20 | | $20,185,091.11 CR |
| 26 Jul | VIRGIL CAPITAL PTY LTD REF ██████ 3371 COMMBIZ FX CURRENCY SETTLEMENT DDA | | 133,337.78 | $20,318,428.89 CR |
| 01 Aug | Account Fee | 10.00 | | $20,318,418.89 CR |
| 02 Aug | VIRGIL CAPITAL PTY LTD REF ██████ 7878 COMMBIZ FX CURRENCY SETTLEMENT DDA | | 268,708.85 | $20,587,127.74 CR |
| 02 Aug | 2018 CLOSING BALANCE | | | $20,587,127 74 CR |

| Opening balance | - | Total debits | + | Total credits | = | Closing balance |
|---|---|---|---|---|---|---|
| $18,475,949.92 CR | | $73.20 | | $2,111,251.02 | | $20,587,127.74 CR |

**#**   6785.22021.1.1 ZZ258R3 0303 SL.R3.S961.D214.OV06.00.25



**Commonwealth**Bank

Commonwealth Bank of Australia
ABN 48 123 123 124  AFSL and
Australian credit licence 234945

# Your Statement

| | |
|---|---|
| **Statement 15** | **(Page 1 of 2)** |
| **Account Number** | ████ ████ **2114** |
| **Statement Period** | **3 Aug 2018 - 2 Sep 2018** |
| **Closing Balance** | **$20,942,113.83 CR** |
| **Enquiries** | **Please contact your Private Banker** |

ıldıllınıllıllınıllıllınılılı        **019**

**STFAN QIN**
████████
**GIRALANG ACT 2617**



# Business Transaction Account

**If this account has an attached overdraft limit or facility which is secured over your primary place of residence or over a residential Investment property you should ensure that the property is insured in accordance with the terms and conditions of the mortgage. If you have any queries about your insurance cover you should contact your insurer. Information on property insurance can also be found on www.moneysmart.gov.au**

**Name:    VIRGIL CAPITAL PTY LTD**

**Note:    Have you checked your statement today? It's easy to find out more information about each of your transactions by logging on to the CommBank App or NetBank. Should you have any questions on fees or see an error please contact us on the details above. Cheque proceeds are available when cleared.**

| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 03 Aug | 2018 OPENING BALANCE | | | $20,587,127.74 CR |
| 15 Aug | COMMBIZ FEES<br>TRANS FEES-██5879 | 264.00 | | $20,586,863.74 CR |
| 21 Aug | VIRGIL CAPITAL PTY LTD<br>REF ████████4314<br>COMMBIZ FX CURRENCY SETTLEMENT DDA | | 136,128.51 | $20,722,992.25 CR |
| 29 Aug | VIRGIL CAPITAL PTY LTD<br>REF ████████3930<br>COMMBIZ FX CURRENCY SETTLEMENT DDA | | 135,318.00 | $20,858,310.25 CR |
| 29 Aug | VIRGIL CAPITAL PTY LTD<br>REF ████████4548<br>COMMBIZ FX CURRENCY SETTLEMENT DDA | | 33,813.58 | $20,892,123.83 CR |
| 30 Aug | Transfer from VIVIEN CHAN NetBank<br>David lu cont | | 20,000 00 | $20,912,123 83 CR |
| 30 Aug | Transfer from VIVIEN CHAN NetBank<br>David lu cont | | 30,000.00 | $20,942,123.83 CR |
| 01 Sep | Account Fee | 10.00 | | $20,942,113.83 CR |
| 02 Sep | 2018 CLOSING BALANCE | | | $20,942,113.83 CR |

| Opening balance | - | Total debits | + | Total credits | = | Closing balance |
|---|---|---|---|---|---|---|
| $20,587,127.74 CR | | $274.00 | | $355,260.09 | | $20,942,113.83 CR |

*#* 15115.33443.1.1 ZZ258R3 0303 SL.R3.S961.D246.OV06.00.25



**Commonwealth Bank**
Commonwealth Bank of Australia
ABN 48 123 123 124 AFSL and
Australian credit licence 234945

# Your Statement

| | |
|---|---|
| **Statement 16** | **(Page 1 of 2)** |

| **Account Number** | ████████ 2114 |
|---|---|

| **Statement Period** | **3 Sep 2018 - 2 Oct 2018** |
|---|---|

| **Closing Balance** | **$19,603,193.19 CR** |
|---|---|

| **Enquiries** | **Please contact your Private Banker** |
|---|---|

019

**STFAN QIN**
████████
**GIRALANG ACT 2617**



# Business Transaction Account

If this account has an attached overdraft limit or facility which is secured over your primary place of residence or over a residential Investment property you should ensure that the property is insured in accordance with the terms and conditions of the mortgage. If you have any queries about your insurance cover you should contact your insurer. Information on property insurance can also be found on www.moneysmart.gov.au

**Name:**   VIRGIL CAPITAL PTY LTD

**Note:**   Have you checked your statement today? It's easy to find out more information about each of your transactions by logging on to the CommBank App or NetBank. Should you have any questions on fees or see an error please contact us on the details above. Cheque proceeds are available when cleared.

| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 03 Sep | 2018 OPENING BALANCE | | | $20,942,113.83 CR |
| 04 Sep | VIRGIL CAPITAL PTY LTD<br>REF████████4443<br>COMMBIZ FX CURRENCY SETTLEMENT DDA | | 2,413,086.05 | $23,355,199.88 CR |
| 04 Sep | VIRGIL CAPITAL PTY LTD<br>REF████████8939<br>COMMBIZ FX CURRENCY SETTLEMENT DDA | | 482,226 51 | $23,837,426 39 CR |
| 04 Sep | VIRGIL CAPITAL PTY LTD<br>REF████████9640<br>COMMBIZ FX CURRENCY SETTLEMENT DDA | | 172,206.15 | $24,009,632.54 CR |
| 05 Sep | VIRGIL CAPITAL PTY LTD<br>REF████████1312<br>COMMBIZ FX CURRENCY SETTLEMENT DDA | | 249,480.25 | $24,259,112.79 CR |
| 06 Sep | VIRGIL CAPITAL PTY LTD<br>REF████████4706<br>COMMBIZ FX CURRENCY SETTLEMENT DDA | | 166,389.35 | $24,425,502.14 CR |
| 10 Sep | VIRGIL CAPITAL PTY LTD<br>REF████████5477 | | 137,741 05 | $24,563,243 19 CR |
| 16 Sep | Transfer from DAVID LU NetBank<br>David Capital Acc | | 50,000 00 | $24,613,243 19 CR |
| 17 Sep | Transfer to CBA A/c NetBank<br>virgil refund | 50,000.00 | | $24,563,243.19 CR |
| 17 Sep | COMMBIZ FEES<br>TRANS FEES-█5879 | 40.00 | | $24,563,203.19 CR |
| 25 Sep | MS RUTH KUO-YENG WONG<br>REF████████5534<br>RACHEL MOURAD | | 40,000.00 | $24,603,203.19 CR |
| 26 Sep | Transfer To COMMBIZ TRANSFER<br>wd | 2,000,000.00 | | $22,603,203.19 CR |

*#* 7691.23237.1.2 ZZ258R3 0303 SL.R3.S961.D275.OV06.00.25

**Statement 16**                        **(Page 2 of 2)**

**Account Number** ███████ ██ 2114



| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 01 Oct | Account Fee | 10.00 | | $22,603,193.19 CR |
| 02 Oct | Tran fer To COMMBIZ TRANSFER vg wd | 3,000,000.00 | | $19,603,193.19 CR |
| 02 Oct | 2018 CLOSING BALANCE | | | $19,603,193.19 CR |

| Opening balance | - | Total debits | + | Total credits | = | Closing balance |
|---|---|---|---|---|---|---|
| $20,942,113.83 CR | | $5,050,050.00 | | $3,711,129.36 | | $19,603,193.19 CR |

## Transaction Summary for 1st September 2018 to 30th September 2018

| Tran action Type | Performed | Free | Chargeable | Unit Price | Fee Charged |
|---|---|---|---|---|---|
| Staff assisted withdrawals | 0 | 0 | 0 | $2.50 | $0.00 |
| Cheques written | 0 | 0 | 0 | $1.50 | $0.00 |
| Cheque deposit | 0 | 0 | 0 | $1.50 | $0.00 |
| Over the counter deposit | 0 | 0 | 0 | $2.50 | $0.00 |
| Quick deposits | 0 | 0 | 0 | $0.20 | $0.00 |
| Cheq deposit in quick deposit box | 0 | 0 | 0 | $1.50 | $0.00 |
| Total | 0 | 0 | 0 | | $0.00 |
| Account Fee | | | | $10.00 | $10.00 |
| Paper Statement Fee | | | | $2.50 | $0.00 |



**Commonwealth Bank**

Commonwealth Bank of Australia
ABN 48 123 123 124  AFSL and
Australian credit licence 234945

# Your Statement

| | |
|---|---|
| **Statement 17** | **(Page 1 of 2)** |
| **Account Number** | **2114** |
| **Statement Period** | **3 Oct 2018 - 2 Nov 2018** |
| **Closing Balance** | **$15,636,322.92 CR** |
| **Enquiries** | **Please contact your Private Banker** |

019

**STFAN QIN**

**GIRALANG ACT 2617**



# Business Transaction Account

If this account has an attached overdraft limit or facility which is secured over your primary place of residence or over a residential Investment property you should ensure that the property is insured in accordance with the terms and conditions of the mortgage. If you have any queries about your insurance cover you should contact your insurer. Information on property insurance can also be found on www.moneysmart.gov.au

**Name:**  **VIRGIL CAPITAL PTY LTD**

**Note:**  Have you checked your statement today? It's easy to find out more information about each of your transactions by logging on to the CommBank App or NetBank. Should you have any questions on fees or see an error please contact us on the details above. Cheque proceeds are available when cleared.

| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 03 Oct | 2018 OPENING BALANCE | | | $19,603,193.19 CR |
| 03 Oct | Transfer To COMMBIZ TRANSFER vg wd | 3,000,000.00 | | $16,603,193.19 CR |
| 03 Oct | VIRGIL CAPITAL PTY LTD REF 5771 COMMBIZ FX CURRENCY SETTLEMENT DDA | | 172,962.50 | $16,776,155.69 CR |
| 03 Oct | VIRGIL CAPITAL PTY LTD REF 5772 COMMBIZ FX CURRENCY SETTLEMENT DDA | | 173,034.33 | $16,949,190.02 CR |
| 07 Oct | Transfer To COMMBIZ TRANSFER vg wd | 2,000,000.00 | | $14,949,190.02 CR |
| 09 Oct | VIRGIL CAPITAL PTY LTD REF 4624 COMMBIZ FX CURRENCY SETTLEMENT DDA | | 365,682.14 | $15,314,872.16 CR |
| 15 Oct | COMMBIZ FEES TRANS FEES- 5879 | 60.00 | | $15,314,812.16 CR |
| 23 Oct | VIRGIL CAPITAL PTY LTD REF 2237 COMMBIZ FX CURRENCY SETTLEMENT DDA | | 211,054.04 | $15,525,866.20 CR |
| 01 Nov | Account Fee | 10 00 | | $15,525,856 20 CR |
| 02 Nov | VIRGIL CAPITAL PTY LTD REF 4698 COMMBIZ FX CURRENCY SETTLEMENT DDA | | 110,466.72 | $15,636,322.92 CR |
| 02 Nov | 2018 CLOSING BALANCE | | | $15,636,322.92 CR |

| Opening balance | - | Total debits | + | Total credits | = | Closing balance |
|---|---|---|---|---|---|---|
| $19,603,193.19 CR | | $5,000,070.00 | | $1,033,199.73 | | $15,636,322.92 CR |

*#* 7847.26449.1.2 ZZ258R3 0303 SL.R3.S961.D306.OV06.00.25



**Commonwealth**Bank
Commonwealth Bank of Australia
ABN 48 123 123 124 AFSL and
Australian credit licence 234945

# Your Statement

| | |
|---|---|
| **Statement 18** | **(Page 1 of 1)** |
| **Account Number** | ████ ████ **2114** |
| **Statement Period** | **3 Nov 2018 - 2 Dec 2018** |
| **Closing Balance** | **$15,773,755.95 CR** |
| **Enquiries** | **Please contact your Private Banker** |

019

**STFAN QIN**
████████████
**GIRALANG ACT 2617**



# Business Transaction Account

If this account has an attached overdraft limit or facility which is secured over your primary place of residence or over a residential Investment property you should ensure that the property is insured in accordance with the terms and conditions of the mortgage. If you have any queries about your insurance cover you should contact your insurer. Information on property insurance can also be found on www.moneysmart.gov.au

**Name:**   **VIRGIL CAPITAL PTY LTD**

**Note:**   Have you checked your statement today? It's easy to find out more information about each of your transactions by logging on to the CommBank App or NetBank. Should you have any questions on fees or see an error please contact us on the details above. Cheque proceeds are available when cleared.

| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 03 Nov 2018 | OPENING BALANCE | | | $15,636,322.92 CR |
| 15 Nov | VIRGIL CAPITAL PTY LTD<br>REF ████████ 2775<br>COMMBIZ FX CURRENCY SETTLEMENT DDA | | 137,931.03 | $15,774,253.95 CR |
| 15 Nov | COMMBIZ FEES<br>TRANS FEES ██ 5879 | 488.00 | | $15,773,765.95 CR |
| 01 Dec | Account Fee | 10.00 | | $15,773,755.95 CR |
| 02 Dec 2018 | CLOSING BALANCE | | | $15,773,755.95 CR |

| Opening balance | - | Total debits | + | Total credits | = | Closing balance |
|---|---|---|---|---|---|---|
| $15,636,322.92 CR | | $498.00 | | $137,931.03 | | $15,773,755.95 CR |

## Transaction Summary for 1st November 2018 to 30th November 2018

| Tran action Type | Performed | Free | Chargeable | Unit Price | Fee Charged |
|---|---|---|---|---|---|
| Staff assisted withdrawals | 0 | 0 | 0 | $2.50 | $0.00 |
| Cheques written | 0 | 0 | 0 | $1.50 | $0.00 |
| Cheque deposit | 0 | 0 | 0 | $1.50 | $0.00 |
| Over the counter deposit | 0 | 0 | 0 | $2.50 | $0.00 |
| Quick deposits | 0 | 0 | 0 | $0.20 | $0.00 |
| Cheq deposit in quick deposit box | 0 | 0 | 0 | $1.50 | $0.00 |
| Total | 0 | 0 | 0 | | $0.00 |
| Account Fee | | | | $10.00 | $10.00 |
| Paper Statement Fee | | | | $2.50 | $0.00 |


**CommonwealthBank**
Commonwealth Bank of Australia
ABN 48 123 123 124 AFSL and
Australian credit licence 234945

# Your Statement

| | |
|---|---|
| **Statement 19** | **(Page 1 of 1)** |
| **Account Number** | **2114** |
| **Statement Period** | **3 Dec 2018 - 2 Jan 2019** |
| **Closing Balance** | **$16,045,637.18 CR** |
| **Enquiries** | **Please contact your Private Banker** |

**019**

**STFAN QIN**

**GIRALANG ACT 2617**



# Business Transaction Account

If this account has an attached overdraft limit or facility which is secured over your primary place of residence or over a residential Investment property you should ensure that the property is insured in accordance with the terms and conditions of the mortgage. If you have any queries about your insurance cover you should contact your insurer. Information on property insurance can also be found on www.moneysmart.gov.au

**Name:** **VIRGIL CAPITAL PTY LTD**

**Note:** Have you checked your statement today? It's easy to find out more information about each of your transactions by logging on to the CommBank App or NetBank. Should you have any questions on fees or see an error please contact us on the details above. Cheque proceeds are available when cleared.

| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 03 Dec 2018 | OPENING BALANCE | | | $15,773,755.95 CR |
| 03 Dec | VIRGIL CAPITAL PTY LTD REF        8049 COMMBIZ | | 272,071.83 | $16,045,827.78 CR |
| 17 Dec | COMMBIZ FEES TRANS FEES-    5879 | 180.60 | | $16,045,647.18 CR |
| 01 Jan | Account Fee | 10.00 | | $16,045,637.18 CR |
| 02 Jan 2019 | CLOSING BALANCE | | | $16,045,637.18 CR |

| Opening balance | - | Total debits | + | Total credits | = | Closing balance |
|---|---|---|---|---|---|---|
| $15,773,755.95 CR | | $190.60 | | $272,071.83 | | $16,045,637.18 CR |

## Transaction Summary for 1st December 2018 to 31st December 2018

| Tran action Type | Performed | Free | Chargeable | Unit Price | Fee Charged |
|---|---|---|---|---|---|
| Staff assisted withdrawals | 0 | 0 | 0 | $2.50 | $0.00 |
| Cheques written | 0 | 0 | 0 | $1.50 | $0.00 |
| Cheque deposit | 0 | 0 | 0 | $1.50 | $0.00 |
| Over the counter deposit | 0 | 0 | 0 | $2.50 | $0.00 |
| Quick deposits | 0 | 0 | 0 | $0.20 | $0.00 |
| Cheq deposit in quick deposit box | 0 | 0 | 0 | $1.50 | $0.00 |
| Total | 0 | 0 | 0 | | $0.00 |
| Account Fee | | | | $10.00 | $10.00 |
| Paper Statement Fee | | | | $2.50 | $0.00 |

**Commonwealth**Bank

Commonwealth Bank of Australia
ABN 48 123 123 124 AFSL and
Australian credit licence 234945

# Your Statement

| | |
|---|---|
| **Statement 20** | **(Page 1 of 1)** |

| **Account Number** | 2114 |
|---|---|

| **Statement Period** | **3 Jan 2019 - 2 Feb 2019** |
|---|---|
| **Closing Balance** | **$11,045,352.98 CR** |
| **Enquiries** | **Please contact your Private Banker** |

019

**STFAN QIN**

**GIRALANG ACT 2617**



# Business Transaction Account

If this account has an attached overdraft limit or facility which is secured over your primary place of residence or over a residential Investment property you should ensure that the property is insured in accordance with the terms and conditions of the mortgage. If you have any queries about your insurance cover you should contact your insurer. Information on property insurance can also be found on www.moneysmart.gov.au

**Name:** **VIRGIL CAPITAL PTY LTD**

**Note:** Have you checked your statement today? It's easy to find out more information about each of your transactions by logging on to the CommBank App or NetBank. Should you have any questions on fees or see an error please contact us on the details above. Cheque proceeds are available when cleared.

| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 03 Jan 2019 | OPENING BALANCE | | | $16,045,637.18 CR |
| 15 Jan | COMMBIZ FEES | | | |
| | TRANS FEES-▨5879 | | 274.20 | $16,045,362.98 CR |
| 25 Jan | Transfer Out Branch 48MartinPl Syd | 5,000,000.00 | | $11,045,362.98 CR |
| 01 Feb | Account Fee | | 10 00 | $11,045,352 98 CR |
| 02 Feb 2019 | CLOSING BALANCE | | | $11,045,352.98 CR |

| | Opening balance | - | Total debits | + | Total credits | = | Closing balance |
|---|---|---|---|---|---|---|---|
| | $16,045,637 18 CR | | $5,000,284 20 | | Nil | | $11,045,352 98 CR |

## Transaction Summary for 1st January 2019 to 31st January 2019

| Transaction Type | Performed | Free | Chargeable | Unit Price | Fee Charged |
|---|---|---|---|---|---|
| Staff assisted withdrawals | 1 | 1 | 0 | $2.50 | $0.00 |
| Cheques written | 0 | 0 | 0 | $1.50 | $0.00 |
| Cheque deposit | 0 | 0 | 0 | $1.50 | $0.00 |
| Over the counter depo it | 0 | 0 | 0 | $2 50 | $0 00 |
| Quick deposits | 0 | 0 | 0 | $0.20 | $0.00 |
| Cheq depo it in quick depo it box | 0 | 0 | 0 | $1 50 | $0 00 |
| Total | 1 | 1 | 0 | | $0.00 |
| Account Fee | | | | $10.00 | $10.00 |
| Paper Statement Fee | | | | $2.50 | $0.00 |

**#*** 7573.16410.1.1 ZZ258R3 0303 SL.R3.S962.D035.OV06.00.25

**Commonwealth**Bank
Commonwealth Bank of Australia
ABN 48 123 123 124 AFSL and
Australian credit licence 234945

# Your Statement

| | |
|---|---|
| **Statement 21** | **(Page 1 of 1)** |
| **Account Number** | ███████ **2114** |
| **Statement Period** | **3 Feb 2019 - 2 Mar 2019** |
| **Closing Balance** | **$3,968,102.34 CR** |
| **Enquiries** | **Please contact your Private Banker** |

019

STFAN QIN

GIRALANG ACT 2617



## Business Transaction Account

**If this account has an attached overdraft limit or facility which is secured over your primary place of residence or over a residential Investment property you should ensure that the property is insured in accordance with the terms and conditions of the mortgage. If you have any queries about your insurance cover you should contact your insurer. Information on property insurance can also be found on www.moneysmart.gov.au**

**Name:** **VIRGIL CAPITAL PTY LTD**

**Note:** **Have you checked your statement today? It's easy to find out more information about each of your transactions by logging on to the CommBank App or NetBank. Should you have any questions on fees or see an error please contact us on the details above. Cheque proceeds are available when cleared.**

| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| 03 Feb 2019 | OPENING BALANCE | | | $11,045,352.98 CR |
| 15 Feb | COMMBIZ FEES TRANS FEES-███5879 | | 99.80 | $11,045,253.18 CR |
| 22 Feb | WSS INTERSYSTEM CLEARING ACCOUNT REF ███████7985 PMS ████████0771 COMMBIZ | 7,077,140.84 | | $3,968,112.34 CR |
| 01 Mar | Account Fee | | 10.00 | $3,968,102.34 CR |
| 02 Mar 2019 | CLOSING BALANCE | | | $3,968,102.34 CR |

| | Opening balance | - | Total debits | + | Total credits | = | Closing balance |
|---|---|---|---|---|---|---|---|
| | $11,045,352.98 CR | | $7,077,250.64 | | Nil | | $3,968,102.34 CR |

### Transaction Summary for 1st February 2019 to 28th February 2019

| Transaction Type | Performed | Free | Chargeable | Unit Price | Fee Charged |
|---|---|---|---|---|---|
| Staff assisted withdrawals | 0 | 0 | 0 | $2.50 | $0.00 |
| Cheques written | 0 | 0 | 0 | $1.50 | $0.00 |
| Cheque depo it | 0 | 0 | 0 | $1 50 | $0 00 |
| Over the counter deposit | 0 | 0 | 0 | $2.50 | $0.00 |
| Quick deposits | 0 | 0 | 0 | $0.20 | $0.00 |
| Cheq deposit in quick deposit box | 0 | 0 | 0 | $1.50 | $0.00 |
| Total | 0 | 0 | 0 | | $0.00 |
| Account Fee | | | | $10.00 | $10.00 |
| Paper Statement Fee | | | | $2.50 | $0.00 |

"#" 214.214.1.1 ZZ2S8R3 0303 SL.R3.S962.D063.OV06.00.25

# Commonwealth Bank

Commonwealth Bank of Australia
ABN 48 123 123 124  AFSL and
Australian credit licence 234945

# Your Statement

| | |
|---|---|
| Statement 4 | (Page 1 of 3) |
| **Account Number** | ▇▇▇ ▇ 0146 |
| **Statement Period** | 1 Oct 2018 - 31 Dec 2018 |
| **Closing Balance** | 24,149,629.34 CR |
| **Enquiries** | Please contact your Private Banker |

019

**THE DIRECTORS**
▇▇▇▇▇▇▇▇
GIRALANG ACT 2617



## USD Business Foreign Currency A/c

Did you know that by choosing online statements you can keep up to seven years of your financial statements all in one place? You can access, print and save them 24/7 and receive an e-mail whenever your next statement is ready to view. To find out more visit commbank.com.au/onlinestatements. You agree to check our website (or your NetBank or CommBiz service) regularly for updates to interest rates and fees.

Commonwealth Bank SWIFT/BIC code - CTBAAU2S. In order to receive money from overseas, you may be asked to provide details of which banks the Commonwealth Bank maintains accounts with. To find out more visit commbank.com.au/correspondentbanks

**Name:** VIRGIL CAPITAL PTY LTD

**Note:** Please check that the entries listed on this statement are correct. For further information on your account including; details of features, fees, any errors or complaints, please contact us on the details above. Proceeds of cheques are not available until cleared.

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01 Oct 2018 | OPENING BALANCE | | 19,033,730.07 CR |
| 01 Oct | PENSCO TRUST COMPANY LLC<br>REF JODY GORTON<br>REF ▇▇▇▇▇ 8632 Fee AUD 10.00000 | 1,999,992.41 CR | 21,033,722.48 CR |
| 01 Oct | ODIN88 CRYPTO MASTER FUND (CAYMAN)<br>ODIN88 CRYPTO MASTER FUND (CAYMAN)<br>REF ▇▇▇▇▇ 8773 Fee AUD 10.00000 | 2,599,992.41 CR | 23,633,714.89 CR |
| 01 Oct | JULIAN L CHERNYK<br>/CCT/JMNTF1VK00PV VIRGIL CAPITAL<br>REF ▇▇▇▇▇ 6019 Fee AUD 10.00000 | 29,992.42 CR | 23,663,707.31 CR |
| 02 Oct | IMT ▇▇▇▇ 7059 Stefan Chase 2 CommBiz<br>REF ▇▇▇▇ 0047 | 3,000,000.00 DR | 20,663,707.31 CR |
| 02 Oct | VIRGIL SIGMA FUND LP<br>QINGEJIFU 600K PT 2 AND ODIN88<br>REF ▇▇▇▇▇ 5221 Fee AUD 10.00000 | 3,109,932.41 CR | 23,773,639.72 CR |
| 02 Oct | IMT ▇ ▇▇▇▇ 4140 Zhu Yaxi CommBiz<br>REF ▇▇▇ 0990 | 2,500,000.00 DR | 21,273,639.72 CR |
| 03 Oct | HU TENGHE<br>HU TENG HE<br>REF ▇▇▇▇ 8394 Fee AUD 10.00000 | 399,987.45 CR | 21,673,627.17 CR |
| 04 Oct | DE CUBE LTD<br>DE CUBE OCT 1M<br>REF ▇▇▇▇ 3975 Fee AUD 10.00000 | 999,987.54 CR | 22,673,614.71 CR |
| 04 Oct | MIRA CAYMAN LTD.<br>REF ▇▇▇▇ 4043<br>/ACC/MIRA CAYMAN LTD MARK GORTON/// | 8,000,000.00 CR | 30,673,614.71 CR |

| Account Number | ██████ ██ 0146 |
|---|---|



| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04 Oct | SUREFIRE DIGITAL ARBITRAGE LP<br>REF████████8692<br>/ACC/INVESTMENT INTO SPV4 VIRGIL CA | 4,189,970.00 CR | 34,863,584.71 CR |
| 05 Oct | VIRGIL SIGMA FUND LP<br>JUSTIN MOORE 1M BNY CUST RRN - O/B<br>REF████5545 Fee AUD 10.00000 | 999,962.57 CR | 35,863,547.28 CR |
| 10 Oct | IMT████0352 Maxim Shishlyannikov Comm<br>REF████0963 | 60,000.00 DR | 35,803,547.28 CR |
| 19 Oct | IMT████2492 Loh Zheng Rong CommBiz<br>REF████9482 | 45,000.00 DR | 35,758,547.28 CR |
| 19 Oct | IMT████6702 Ideas in Action LLC CommB<br>REF████0717 | 100,000.00 DR | 35,658,547.28 CR |
| 19 Oct | IMT████8282 MB Smollan CommBiz<br>REF████2673 | 27,712.22 DR | 35,630,835.06 CR |
| 19 Oct | IMT████2003 Dr J Broomberg CommBiz<br>REF████5729 | 380,000.00 DR | 35,250,835.06 CR |
| 19 Oct | IMT████2001 David Smollan CommBiz<br>REF████4731 | 27,712.22 DR | 35,223,122.84 CR |
| 23 Oct | IMT████████0060 EGFE Israel<br>REF████2598 | 332,094.91 DR | 34,891,027.93 CR |
| 23 Oct | WSS INTERSYSTEM CLEARING ACCOUNT<br>REF████5781 PMS████32AA | 1,000,000.00 DR | 33,891,027.93 CR |
| 25 Oct | IMT████████0000 Theodoor Giliss<br>REF████0256 | 27,712.22 DR | 33,863,315.71 CR |
| 26 Oct | VIRGIL SIGMA FUND LP<br>100K IBERICO 280,050 CHAN KWOK WING<br>REF████5827 Fee AUD 10.00000 | 380,012.56 CR | 34,243,328.27 CR |
| 01 Nov | VIRGIL SIGMA FUND LP<br>QING GEJIFU 100K BNY CUST RRN - O/B<br>REF████8588 Fee AUD 10.00000 | 99,962.56 CR | 34,343,290.83 CR |
| 02 Nov | VIRGIL SIGMA FUND LP<br>SIMPLE RULES COMPANY 1M BNY CUST<br>REF████8192 Fee AUD 10.00000 | 999,962.43 CR | 35,343,253.26 CR |
| 07 Nov | IMT████8606 Khattarwong LLP<br>REF████7841 | 11,102 00 CR | 35,332,151 26 CR |
| 07 Nov | Transfer Fee | 4.56 DR | 35,332,146.70 CR |
| 07 Nov | Transfer from xx8375 NetBank | 11,102.00 CR | 35,343,248.70 CR |
| 08 Nov | REFUND IMT████0256 REFER<br>REF████2118<br>STEFANQIN1@GMAIL.COM | 27,712.22 CR | 35,370,960.92 CR |
| 13 Nov | IMT████1073 CV Virgil LLC CommBiz<br>REF████7391 | 21,212.80 DR | 35,349,748.12 CR |
| 13 Nov | IMT████████0000 Theodoor Giliss<br>REF████3470 | 27,712.22 DR | 35,322,035.90 CR |



| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 21 Nov | IMT ████ 7059 Stefan Chase 2 CommBiz<br>REF ████ 9635 | 8,000,000.00 DR | 27,322,035.90 CR |
| 26 Nov | VIRGIL CAPITAL PTY LTD<br>REF ████ 3907 | 1,000,975.25 CR | 28,323,011.15 CR |
| 27 Nov | WSS INTERSYSTEM CLEARING ACCOUNT<br>REF ████ 9041 PMS ████ 44AA | 1,001,014.45 DR | 27,321,996.70 CR |
| 28 Nov | ODIN88 CRYPTO MASTER FUND (CAYMAN)<br>ODIN88 CRYPTO MASTER FUND (CAYMAN)<br>REF ████ 7458 Fee AUD 10.00000 | 749,992.42 CR | 28,071,989.12 CR |
| 30 Nov | VIRGIL SIGMA FUND LP<br>IBERICO 100K<br>REF ████ 1227 Fee AUD 10.00000 | 99,962.32 CR | 28,171,951.44 CR |
| 05 Dec | VIRGIL SIGMA FUND LP<br>ODIN88 CLASS B 674,525.00<br>REF ████ 6303 Fee AUD 10.00000 | 674,482.31 CR | 28,846,433.75 CR |
| 07 Dec | IMT 40028982250 Vincent Paul Ordonneau C<br>REF ████ 6905 | 50,000.00 DR | 28,796,433.75 CR |
| 13 Dec | IMT 510280522833 Yiftach Bar CommBiz<br>REF ████ 5316 | 30,000.00 DR | 28,766,433.75 CR |
| 18 Dec | IMT ████ 7059 Stefan Chase 2 CommBiz<br>REF ████ 1460 | 5,000,000.00 DR | 23,766,433.75 CR |
| 18 Dec | IMT ████ 8833 Long Yuet Ming CommBiz<br>REF ████ 2490 | 273,756.14 DR | 23,492,677.61 CR |
| 20 Dec | IMT ████ 4076 Maxim Shi hlyannikov and<br>REF ████ 6962 | 195,000.00 DR | 23,297,677.61 CR |
| 21 Dec | IMT ████ 7355 Qiumeng Mao CommBiz<br>REF ████ 280<br>AUD 200400.80000 Rate: 1.3360053440 | 150,000.00 DR | 23,147,677.61 CR |
| 27 Dec | VIRGIL CAPITAL PTY LTD<br>REF ████ 5566 | 1,001,951.73 CR | 24,149,629.34 CR |
| 31 Dec | 2018 CLOSING BALANCE | | 24,149,629.34 CR |

| Opening balance | - | Total debits | + | Total credits | = | Closing balance |
|---|---|---|---|---|---|---|
| 19,033,730.07 CR | | 22,260,033.74 | | 27,375,933.01 | | 24,149,629.34 CR |