# Exhibit 06



CHASE PRIVATE CLIENT
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 29, 2018 through October 31, 2018
Account Number: [redacted]7059

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00139993 DRE 802 210 30518 NNNNNNNNNNN 1 000000000 69 0000
STEFAN HE QIN
[redacted]
SAN FRANCISCO CA 94105-2390



## CHECKING SUMMARY

Chase Private Client Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$146,310.63** |
| Deposits and Additions | 3,000,008.51 |
| ATM & Debit Card Withdrawals | -22,733.37 |
| Electronic Withdrawals | -2,810,000.00 |
| **Ending Balance** | **$313,585.77** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $8.51 |
| Interest Paid Year-to-Date | $20.54 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$146,310.63** |
| 10/01 | Card Purchase 09/27 Cathaypacair16023696734 Hong Kong Card 7512 Hk Dollar 38355.00 X 0.1279950 (Exchg Rte) | -4,909.25 | 141,401.38 |
| 10/01 | Card Purchase 09/28 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -21.96 | 141,379.42 |
| 10/01 | Card Purchase 09/28 Pita Land Spadina Toronto On Card 7512 CA Dollar 24.26 X 0.7749382 (Exchg Rte) | -18.80 | 141,360.62 |
| 10/01 | Card Purchase 09/29 Pita Land Spadina Toronto On Card 7512 CA Dollar 18.06 X 0.7751938 (Exchg Rte) | -14.00 | 141,346.62 |
| 10/02 | Chips Credit Via: The Bank of New York Mellon/0001 B/O: Virgil Capital Pty Ltd [redacted] Giralang Act 2617 Au Ref: Nbnf=Stefan He Qin San Francisco, CA 941052390/Ac-[redacted]3030 Org=/06[redacted] [redacted] Giralang Act 2617 Au Ogb=Commonwealth Bank O F Australia Sydney 2000 Australia O Bi=Vgexp Bbi=/Oc Ssn:[redacted] Trn: [redacted]75Fc | **3,000,000.00** | 3,141,346.62 |
| 10/02 | Card Purchase 09/30 Green Grotto (Bay 832) Toronto On Card 7512 CA Dollar 12.95 X 0.7822394 (Exchg Rte) | -10.13 | 3,141,336.49 |
| 10/02 | Card Purchase 10/01 Digitalocean.Com Digitalocean. NY Card 7512 | -17.60 | 3,141,318.89 |

CHASE PRIVATE CLIENT

September 29, 2018 through October 31, 2018
Account Number: [redacted]7059

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 10/09 | Card Purchase 10/09 Wework 855-593-9675 NY Card 7512 | -1.47 | 3,133,894.29 |
| 10/09 | Card Purchase 10/09 Uber *Trip Uxkpu 800-592-8996 CA Card 7512 | -10.87 | 3,133,883.42 |
| 10/09 | 10/09 Domestic Wire Transfer Via: Silvergate Lajolla/[redacted] A/C: Qcp Capital Pte Ltd Ref: Ref: Stefan He Qin Imad: [redacted] 4324 Trn: [redacted] 81Es | -2,610,000.00 | 523,883.42 |
| 10/09 | Recurring Card Purchase 10/05 Apl*Itunes.Com/Bill 800-275-2273 CA Card 7512 | -0.99 | 523,882.43 |
| 10/10 | Card Purchase 10/09 Scampi Nyc New York NY Card 7512 | -191.14 | 523,691.29 |
| 10/10 | Card Purchase 10/09 Uber *Trip 4Qoah 800-592-8996 CA Card 7512 | -25.58 | 523,665.71 |
| 10/10 | Card Purchase 10/09 Uber *Trip Uyavg 800-592-8996 CA Card 7512 | -19.11 | 523,646.60 |
| 10/10 | Card Purchase 10/10 Amazon Web Services Aws.Amazon.CO WA Card 7512 | -7.14 | 523,639.46 |
| 10/10 | Card Purchase 10/10 Uber *Trip Rhepo 800-592-8996 CA Card 7512 | -10.52 | 523,628.94 |
| 10/11 | Card Purchase 10/10 Uber *Trip 4W7Uq 800-592-8996 CA Card 7512 | -15.05 | 523,613.89 |
| 10/11 | Card Purchase 10/10 The Hummus CO - Ave New York NY Card 7512 | -11.49 | 523,602.40 |
| 10/11 | Card Purchase 10/11 Uber *Trip Usdig 800-592-8996 CA Card 7512 | -17.13 | 523,585.27 |
| 10/11 | Card Purchase 10/10 Sq *Brilliantsmile? New York NY Card 7512 | -3,014.00 | 520,571.27 |
| 10/11 | Card Purchase 10/11 Uber *Trip Qcgjv 800-592-8996 CA Card 7512 | -15.12 | 520,556.15 |
| 10/11 | Card Purchase 10/11 Uber *Trip 64Ln4 800-592-8996 CA Card 7512 | -12.84 | 520,543.31 |
| 10/11 | Card Purchase 10/11 Uber *Trip D3Zdw 800-592-8996 CA Card 7512 | -5.00 | 520,538.31 |
| 10/12 | Card Purchase 10/10 China Blue New York NY Card 7512 | -69.71 | 520,468.60 |
| 10/12 | Card Purchase 10/11 Uber *Trip Vh25G 800-592-8996 CA Card 7512 | -14.67 | 520,453.93 |
| 10/12 | Card Purchase 10/11 Uber *Trip Rcsff 800-592-8996 CA Card 7512 | -37.63 | 520,416.30 |
| 10/12 | Card Purchase 10/12 Uber *Trip Up7Zx 800-592-8996 CA Card 7512 | -11.49 | 520,404.81 |
| 10/15 | Card Purchase 10/12 Ludlow Hotel New York NY Card 7512 | -3,648.89 | 516,755.92 |
| 10/15 | Card Purchase 10/12 Uber *Trip 4Qegj 800-592-8996 CA Card 7512 | -26.10 | 516,729.82 |
| 10/15 | Card Purchase 10/12 Uber *Trip Cyuj7 800-592-8996 CA Card 7512 | -14.79 | 516,715.03 |
| 10/15 | Card Purchase 10/12 Pizza Paradise New York NY Card 7512 | -9.00 | 516,706.03 |
| 10/15 | Card Purchase 10/12 Ludlow Hotel New York NY Card 7512 | -90.13 | 516,615.90 |
| 10/15 | Card Purchase 10/13 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -1.98 | 516,613.92 |
| 10/15 | Card Purchase 10/12 Century Limousine Saint-Laurent Qc Card 7512 CA Dollar 69.60 X 0.7693966 (Exchg Rte) | -53.55 | 516,560.37 |
| 10/15 | Card Purchase 10/13 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -34.99 | 516,525.38 |
| 10/15 | Card Purchase 10/13 Ludlow Hotel New York NY Card 7512 | -25.05 | 516,500.33 |
| 10/15 | Card Purchase 10/13 Ritz-Carlton Montreal Montreal Qc Card 7512 CA Dollar 125.55 X 0.7693349 (Exchg Rte) | -96.59 | 516,403.74 |
| 10/18 | Card Purchase 10/18 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -1.98 | 516,401.76 |
| 10/18 | 10/18 Online Transfer To Chk ...8620 Transaction#: 7587626341 | -200,000.00 | 316,401.76 |
| 10/22 | Card Purchase 10/21 Dominos Pizza 10696 Montreal Qc Card 7512 CA Dollar 33.07 X 0.7677653 (Exchg Rte) | -25.39 | 316,376.37 |
| 10/24 | Card Purchase 10/21 Nyks Bistro Pub Montreal Qc Card 7512 CA Dollar 23.92 X 0.7650502 (Exchg Rte) | -18.30 | 316,358.07 |



CHASE PRIVATE CLIENT

November 01, 2018 through November 30, 2018
Account Number: 7059



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 11/13 | Card Purchase 11/05 Wholels 514-3953100 Qc Card 7512 CA Dollar 2610.61 X 0.7611899 (Exchg Rte) | -1,987.17 | 1,239,344.15 |
| 11/13 | Card Purchase 11/10 Lyft *Ride Fri 8Pm Lyft.Com CA Card 7512 | -20.55 | 1,239,323.60 |
| 11/13 | Card Purchase 11/11 Uber Trip Y5Gup Help Help.Uber.Com Card 7512 CA Dollar 56.00 X 0.7612500 (Exchg Rte) | -42.63 | 1,239,280.97 |
| 11/13 | Card Purchase 11/10 Pearson Taxi And Limo Milton On Card 7512 CA Dollar 74.10 X 0.7611336 (Exchg Rte) | -56.40 | 1,239,224.57 |
| 11/13 | Card Purchase 11/11 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -1.98 | 1,239,222.59 |
| 11/13 | Card Purchase 11/11 Lyft *Ride Sat 3Pm Lyft.Com CA Card 7512 | -19.87 | 1,239,202.72 |
| 11/13 | Card Purchase 11/12 Lyft *Ride Sun 1Am Lyft.Com CA Card 7512 | -33.24 | 1,239,169.48 |
| 11/13 | Card Purchase 11/12 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -49.99 | 1,239,119.49 |
| 11/13 | Card Purchase 11/12 Delta Air 00623473326 Vancouver Qc Card 7512 CA Dollar 1009.76 X 0.7587645 (Exchg Rte) | -766.17 | 1,238,353.32 |
| 11/13 | Recurring Card Purchase 11/13 Apl*Itunes.Com/Bill 800-275-2273 CA Card 7512 | -34.99 | 1,238,318.33 |
| 11/14 | Card Purchase 11/13 Katebi Taxi 3238 Etobicoke On Card 7512 CA Dollar 50.00 X 0.7568000 (Exchg Rte) | -37.84 | 1,238,280.49 |
| 11/15 | Recurring Card Purchase 11/14 Nytdigitalsubscriptio 800-698-4637 NY Card 7512 | -7.98 | 1,238,272.51 |
| 11/16 | Check # 127 | -297.50 | 1,237,975.01 |
| 11/19 | ATM Surcharge Refund 11/17 TD Bank Toronto On Card 7512 | **2.29** | 1,237,977.30 |
| 11/19 | Card Purchase 11/17 Shikumen Fine Cuisine Toronto On Card 7512 CA Dollar 86.51 X 0.7619928 (Exchg Rte) | -65.92 | 1,237,911.38 |
| 11/19 | Card Purchase 11/17 Cn Tower Ticketing Toronto On Card 7512 CA Dollar 119.78 X 0.7619803 (Exchg Rte) | -91.27 | 1,237,820.11 |
| 11/19 | Card Purchase 11/17 Cn Tower Food Beverag Toronto On Card 7512 CA Dollar 13.37 X 0.7621541 (Exchg Rte) | -10.19 | 1,237,809.92 |
| 11/19 | Card Purchase 11/17 Ripleys Aquarium Toronto On Card 7512 CA Dollar 79.10 X 0.7619469 (Exchg Rte) | -60.27 | 1,237,749.65 |
| 11/19 | Non-Chase ATM Withdraw 11/17 TD Bank Toronto On Card 7512 CA Dollar 1000.00 X 0.7619442 (Exchg Rte) | -764.23 | 1,236,985.42 |
| 11/19 | Card Purchase 11/17 Verity Toronto On Card 7512 CA Dollar 405.89 X 0.7619552 (Exchg Rte) | -309.27 | 1,236,676.15 |
| 11/19 | Card Purchase 11/18 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -0.99 | 1,236,675.16 |
| 11/20 | 11/20 Online Transfer To Chk ...8620 Transaction#: 7681677466 | -100,000.00 | 1,136,675.16 |
| 11/20 | 11/20 Online Transfer To Chk ...8620 Transaction#: 7681709859 | -200,000.00 | 936,675.16 |
| 11/21 | Chips Credit Via: The Bank of New York Mellon/0001 B/O: Virgil Capital Pty Ltd Giralang Act 2617 Au Ref: Nbnf=Stefan He Qin San Francisco, CA 941052390/Ac- 3030 Org=/06 Giralang Act 2617 Au Ogb=Commonwealth Bank O F Australia Sydney 2000 Australia O Bi=Virgil OTC BB Ssn: Trn: 25Fc | **8,000,000.00** | 8,936,675.16 |



CHASE PRIVATE CLIENT

November 01, 2018 through November 30, 2018
Account Number: [redacted]7059

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 11/21 | Card Purchase 11/20 Uber Trip Mzf6W Help Help.Uber.Com Card 7512 CA Dollar 43.63 X 0.7602567 (Exchg Rte) | -33.17 | 8,936,641.99 |
| 11/21 | Card Purchase 11/20 Uber *Trip-2lpdf 800-592-8996 CA Card 7512 | -13.56 | 8,936,628.43 |
| 11/21 | Card Purchase 11/21 Aerofleet Services Mississauga On Card 7512 CA Dollar 70.80 X 0.7603107 (Exchg Rte) | -53.83 | 8,936,574.60 |
| 11/23 | Card Purchase 11/18 Four Seasons Hotel Tor Toronto On Card 7512 CA Dollar 17125.24 X 0.7562399 (Exchg Rte) | -12,950.79 | 8,923,623.81 |
| 11/23 | Card Purchase 11/20 Tao Downtown New York NY Card 7512 | -363.21 | 8,923,260.60 |
| 11/23 | Card Purchase 11/22 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -100.98 | 8,923,159.62 |
| 11/23 | Card Purchase 11/22 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -99.99 | 8,923,059.63 |
| 11/23 | Card Purchase 11/22 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -17.98 | 8,923,041.65 |
| 11/23 | Recurring Card Purchase 11/22 New York Times Digita 800-698-4637 NY Card 7512 | -8.00 | 8,923,033.65 |
| 11/26 | Card Purchase 11/25 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -349.99 | 8,922,683.66 |
| 11/26 | 11/26 Domestic Wire Transfer Via: Silvergate Lajolla/322286803 A/C: Qcp Capital Pte Ltd Ref: Ref: Stefan He Qin Imad: [redacted]946 Trn: [redacted]30Es | -5,000,000.00 | 3,922,683.66 |
| 11/28 | 11/28 Domestic Wire Transfer Via: Compass Bank/062001186 A/C: Montgomery Technologies LLC Ref: Top Up Imad: [redacted]1787 Trn: [redacted]31Es | -600,000.00 | 3,322,683.66 |
| 11/28 | Recurring Card Purchase 11/28 Apl*Itunes.Com/Bill 800-275-2273 CA Card 7512 | -10.97 | 3,322,672.69 |
| 11/30 | Card Purchase 11/28 Diamond Taxi Cab Dispat Toronto On Card 7512 CA Dollar 16.25 X 0.7544615 (Exchg Rte) | -12.26 | 3,322,660.43 |
| 11/30 | Interest Payment | **23.64** | 3,322,684.07 |
| | **Ending Balance** | | **$3,322,684.07** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC




JPMorgan Chase Bank, N.A. Member FDIC

CHASE PRIVATE CLIENT

December 01, 2018 through December 31, 2018
Account Number: 7059



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 12/12 | Check # 129 | -167.00 | 3,000,351.73 |
| 12/13 | Card Purchase 12/12 Scampi Nyc New York NY Card 7512 | -50.28 | 3,000,301.45 |
| 12/13 | Card Purchase 12/12 Uber *Trip 5Znyp 800-592-8996 CA Card 7512 | -11.87 | 3,000,289.58 |
| 12/13 | Card Purchase 12/13 Uber *Trip 2Xksx 800-592-8996 CA Card 7512 | -12.04 | 3,000,277.54 |
| 12/13 | 12/13 Domestic Wire Transfer A/C: Monad Technologies Inc. San Francisco, CA 941071809 Ref: Stefan He Qin Trn: 46Es | -400,000.00 | 2,600,277.54 |
| 12/13 | 12/13 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Jianxin Ren Jamesburg NJ 08831 US Ref: Forcny Imad: 2004 Trn: 47Es | -50,000.00 | 2,550,277.54 |
| 12/13 | Recurring Card Purchase 12/13 Apl*Itunes.Com/Bill 800-275-2273 CA Card 7512 | -35.98 | 2,550,241.56 |
| 12/14 | Card Purchase 12/12 Mcdonald's F2702 New York NY Card 7512 | -20.34 | 2,550,221.22 |
| 12/14 | Card Purchase 12/13 Uber *Trip Nmqm 800-592-8996 CA Card 7512 | -12.31 | 2,550,208.91 |
| 12/14 | Card Purchase 12/13 Sq *Caviar Gosq.Com CA Card 7512 | -26.73 | 2,550,182.18 |
| 12/14 | Card Purchase 12/13 Sq *Champion Pizza 5 Av New York NY Card 7512 | -19.98 | 2,550,162.20 |
| 12/14 | Card Purchase 12/14 Wework 855-593-9675 NY Card 7512 | -1.91 | 2,550,160.29 |
| 12/14 | Card Purchase 12/14 Uber *Trip 800-592-8996 CA Card 7512 | -10.12 | 2,550,150.17 |
| 12/17 | Card Purchase 12/15 Wework 855-593-9675 NY Card 7512 | -1.09 | 2,550,149.08 |
| 12/17 | Card Purchase 12/14 The Hummus CO - Ave New York NY Card 7512 | -21.01 | 2,550,128.07 |
| 12/17 | Card Purchase 12/14 Zio New York NY Card 7512 | -170.65 | 2,549,957.42 |
| 12/17 | Card Purchase 12/15 Uber *Trip 800-592-8996 CA Card 7512 | -14.28 | 2,549,943.14 |
| 12/17 | Card Purchase 12/16 Adoro Lei New York NY Card 7512 | -58.99 | 2,549,884.15 |
| 12/17 | Card Purchase 12/16 Uber *Trip 800-592-8996 CA Card 7512 | -9.26 | 2,549,874.89 |
| 12/17 | Card Purchase 12/17 Tst* China Blue New York NY Card 7512 | -64.44 | 2,549,810.45 |
| 12/17 | Card Purchase 12/17 Uber *Trip 800-592-8996 CA Card 7512 | -9.35 | 2,549,801.10 |
| 12/17 | 12/17 Online Transfer To Chk ...8620 Transaction#: 7763859639 | -400,000.00 | 2,149,801.10 |
| 12/18 | Chips Credit Via: The Bank of New York Mellon/0001 B/O: Virgil Capital Pty Ltd Giralang Act 2617 Au Ref: Nbnf=Stefan He Qin San Francisco, CA 941052390/Ac- 3030 Org=/06 Giralang Act 2617 Au Ogb=Commonwealth Bank O F Australia Sydney 2000 Australia O Bi=Vg Otcwd Bbi= Ssn: Trn: 52Fc | **5,000,000.00** | 7,149,801.10 |
| 12/18 | Card Purchase 12/17 Uber *Trip 800-592-8996 CA Card 7512 | -10.30 | 7,149,790.80 |
| 12/18 | Card Purchase 12/18 Uber *Trip 800-592-8996 CA Card 7512 | -14.06 | 7,149,776.74 |
| 12/18 | Card Purchase 12/18 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -9.96 | 7,149,766.78 |
| 12/19 | Card Purchase Return 12/18 Sq *Caviar Gosq.Com CA Card 7512 | **7.55** | 7,149,774.33 |
| 12/19 | Card Purchase 12/18 Scampi Nyc New York NY Card 7512 | -53.55 | 7,149,720.78 |
| 12/19 | Card Purchase 12/18 Sq *Caviar Gosq.Com CA Card 7512 | -34.21 | 7,149,686.57 |
| 12/19 | Card Purchase 12/18 Air China 9992G9 San Francisco CA Card 7512 | -7,402.43 | 7,142,284.14 |
| 12/19 | Card Purchase 12/19 Uber *Eats 800-592-8996 CA Card 7512 | -24.55 | 7,142,259.59 |
| 12/19 | Card Purchase 12/19 Uber *Trip 800-592-8996 CA Card 7512 | -9.20 | 7,142,250.39 |
| 12/19 | 12/19 Domestic Wire Transfer Via: Silvergate Lajolla/322286803 A/C: Qcp Capital Pte Ltd Ref: Ref Stefan Qin Imad: 1533 Trn: 52Es | -4,000,000.00 | 3,142,250.39 |
| 12/19 | 12/19 Online Domestic Wire Transfer A/C: Black Door Experiences, LLC New York, NY 100102028 Ref: Stefan He Qin Oscars Trn: 51Es | -175,000.00 | 2,967,250.39 |
| 12/20 | Card Purchase 12/20 Uber *Trip 800-592-8996 CA Card 7512 | -13.88 | 2,967,236.51 |
| 12/21 | Card Purchase 12/20 Uber *Trip 800-592-8996 CA Card 7512 | -5.00 | 2,967,231.51 |
| 12/21 | Card Purchase 12/20 Uber *Trip 800-592-8996 CA Card 7512 | -10.00 | 2,967,221.51 |
| 12/21 | Card Purchase 12/20 Uber *Trip 800-592-8996 CA Card 7512 | -14.25 | 2,967,207.26 |



CHASE PRIVATE CLIENT

February 01, 2019 through February 28, 2019
Account Number: [redacted]7059



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 02/04 | Card Purchase 02/03 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -49.99 | 1,358,770.91 |
| 02/04 | Recurring Card Purchase 02/01 Digitalocean.Com Digitalocean. NY Card 7512 | -16.00 | 1,358,754.91 |
| 02/06 | Recurring Card Purchase 02/05 Apl*Itunes.Com/Bill 800-275-2273 CA Card 7512 | -0.99 | 1,358,753.92 |
| 02/07 | Card Purchase 02/06 Google *Domains G.CO/Helppay# CA Card 7512 | -12.00 | 1,358,741.92 |
| 02/11 | Card Purchase 02/11 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -21.76 | 1,358,720.16 |
| 02/11 | Recurring Card Purchase 02/09 Lzc* Registered Agent 866-6980052 CA Card 7512 | -299.00 | 1,358,421.16 |
| 02/12 | Card Purchase 02/11 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -21.76 | 1,358,399.40 |
| 02/13 | Wire Reversal B/O: The Evil Geniuses Inc. Which Will Seattle, WA 981182304 Org: DDA/900058889 The Evil Geniuses Inc. Which Will Ref:/Bnf/Our Ref Jpm[redacted]5300 Rtn Dtd01/31/2019 Trn[redacted]30Esfor A.M.T300000.00 As Return Funds To Se ND Eras Per Bnf Request Trn: [redacted]43Hh | **300,000.00** | 1,658,399.40 |
| 02/14 | Check # 104 | -1,460.51 | 1,656,938.89 |
| 02/15 | Card Purchase 02/15 Uberbv Amsterdam On Card 7512 CA Dollar 42.92 X 0.7560578 (Exchg Rte) | -32.45 | 1,656,906.44 |
| 02/19 | Card Purchase 02/17 Apl*Itunes.Com/Bill 866-712-7753 CA Card 7512 | -34.99 | 1,656,871.45 |
| 02/19 | Card Purchase 02/17 Uberbv Amsterdam On Card 7512 CA Dollar 8.98 X 0.7550111 (Exchg Rte) | -6.78 | 1,656,864.67 |
| 02/19 | Card Purchase 02/17 52 Barber Studio Toronto On Card 7512 CA Dollar 42.38 X 0.7553091 (Exchg Rte) | -32.01 | 1,656,832.66 |
| 02/19 | Card Purchase 02/17 Hunters Landing Toronto On Card 7512 CA Dollar 43.39 X 0.7552431 (Exchg Rte) | -32.77 | 1,656,799.89 |
| 02/19 | Card Purchase 02/18 Uberbv Amsterdam On Card 7512 CA Dollar 8.81 X 0.7548241 (Exchg Rte) | -6.65 | 1,656,793.24 |
| 02/19 | Check # 106 | -2,709.00 | 1,654,084.24 |
| 02/19 | Check # 107 | -1,107.98 | 1,652,976.26 |
| 02/19 | Check # 105 | -65.98 | 1,652,910.28 |
| 02/20 | Card Purchase 02/19 Amazon.CA Prime Memb Amazon.CA/Pri BC Card 7512 CA Dollar 7.99 X 0.7571965 (Exchg Rte) | -6.05 | 1,652,904.23 |
| 02/20 | Check # 108 | -828.30 | 1,652,075.93 |
| 02/20 | Recurring Card Purchase 02/20 New York Times Digita 800-698-4637 NY Card 7512 | -16.00 | 1,652,059.93 |
| 02/21 | Check # 109 | -6,234.01 | 1,645,825.92 |
| 02/22 | Chips Credit Via: The Bank of New York Mellon/0001 B/O: Virgil Capital Pty Ltd Giralang Act 2617 Australia Ref: Nbnf=Stefan He Qin New York, NY 100118444/Ac[redacted]3030 Org=/[redacted]3690 Giralang Act 2617 Australia Og B=Commonwealth Bank of Australia Sv Dn Sydney Australia 2000 Bbi=/Ocmt/USD0,00/Exch/0,00/Bnf/ Ssn: [redacted] Trn: [redacted]53Fc | **4,999,994.00** | 6,645,819.92 |
| 02/22 | Card Purchase 02/21 Uberbv Amsterdam On Card 7512 CA Dollar 37.74 X 0.7599364 (Exchg Rte) | -28.68 | 6,645,791.24 |

CHASE PRIVATE CLIENT

March 01, 2019 through March 29, 2019
Account Number: 7059



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 03/11 | Card Purchase 03/08 Uber *Trip Rvemx Help.Uber.Com Card 7512 Au Dollar 10.00 X 0.7050000 (Exchg Rte) | -7.05 | 6,537,368.59 |
| 03/11 | Card Purchase 03/09 Uber Trip Mx6X4 Help.Ub Sydney Card 7512 Au Dollar 30.62 X 0.7054213 (Exchg Rte) | -21.60 | 6,537,346.99 |
| 03/11 | Card Purchase 03/09 Uber *Trip 2S4Yv Help.Uber.Com Card 7512 Au Dollar 28.12 X 0.7055477 (Exchg Rte) | -19.84 | 6,537,327.15 |
| 03/11 | Card Purchase 03/09 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -41.35 | 6,537,285.80 |
| 03/11 | Card Purchase 03/10 Poly Surry Hills Surry Hills Card 7512 Au Dollar 91.00 X 0.7053846 (Exchg Rte) | -64.19 | 6,537,221.61 |
| 03/11 | Card Purchase 03/10 Apl*Itunes.Com/Bill 866-712-7753 CA Card 7512 | -79.98 | 6,537,141.63 |
| 03/11 | Card Purchase 03/11 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -19.99 | 6,537,121.64 |
| 03/11 | Card Purchase 03/11 Apl*Itunes.Com/Bill 866-712-7753 CA Card 7512 | -22.95 | 6,537,098.69 |
| 03/11 | Card Purchase 03/11 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -48.83 | 6,537,049.86 |
| 03/11 | 03/11 Domestic Wire Transfer Via: Silvergate Lajolla/322286803 A/C: Qcp Capital Pte Ltd Ref: Ref.: Stefan He Qin Imad: 9144 Trn: 70Es | -3,000,000.00 | 3,537,049.86 |
| 03/11 | 03/11 Domestic Wire Transfer Via: Silvergate Lajolla/322286803 A/C: Qs Limited Ref: Ref: Stefan He Qin Imad: 4810 Trn: 70Es | -2,000,000.00 | 1,537,049.86 |
| 03/12 | Card Purchase 03/09 Din Tai Fung Sydney Card 7512 Au Dollar 122.80 X 0.7078990 (Exchg Rte) | -86.93 | 1,536,962.93 |
| 03/12 | Card Purchase 03/11 Paramount Coffee Pro Surry Hills Card 7512 Au Dollar 38.85 X 0.7078507 (Exchg Rte) | -27.50 | 1,536,935.43 |
| 03/12 | Card Purchase 03/11 Uber Eats Help.Uber.Com Sydney Card 7512 Au Dollar 19.50 X 0.7076923 (Exchg Rte) | -13.80 | 1,536,921.63 |
| 03/12 | Card Purchase 03/11 Paypal *Twitch 402-935-7733 CA Card 7512 | -2,109.83 | 1,534,811.80 |
| 03/12 | Card Purchase 03/11 Paypal *Twitch 402-935-7733 CA Card 7512 | -2,109.83 | 1,532,701.97 |
| 03/13 | Card Purchase 03/11 Easypoint Easypoint Easypoint.ME CA Card 7512 | -1,867.00 | 1,530,834.97 |
| 03/13 | Card Purchase 03/12 Uber *Eats Help.Uber.Com Card 7512 Au Dollar 19.50 X 0.7092308 (Exchg Rte) | -13.83 | 1,530,821.14 |
| 03/13 | Card Purchase 03/13 Uber *Eats Help.Uber.Com Card 7512 Au Dollar 35.80 X 0.7094972 (Exchg Rte) | -25.40 | 1,530,795.74 |
| 03/13 | Check # 111 | -2,709.00 | 1,528,086.74 |
| 03/13 | Recurring Card Purchase 03/13 Apl*Itunes.Com/Bill 866-712-7753 CA Card 7512 | -46.94 | 1,528,039.80 |
| 03/14 | Card Purchase 03/14 Name-Cheap.Com Www.Namecheap AZ Card 7512 | -193.56 | 1,527,846.24 |
| 03/14 | Recurring Card Purchase 03/13 Asana.Com Httpswww.Asan CA Card 7512 | -408.29 | 1,527,437.95 |
| 03/15 | Card Purchase 03/13 Screencast-O-Matic.Com 206-9059308 WA Card 7512 | -48.00 | 1,527,389.95 |
| 03/15 | Card Purchase 03/14 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7512 | -20.99 | 1,527,368.96 |

