# Exhibit 07

SettlementTransfersQinToGalois

| time(Epoch) | amount | asset_tag | sending_account | receiving_account | transaction_id |
|---|---|---|---|---|---|
| 1.52715E+12 | $999,985.00 | USD | StefanQinBankAccount | SilvergateBank | █████████9679 |