# Exhibit 08



3 PHILLIP STREET
#11-02 ROYAL GROUP BUILDING
SG 048693

**STEFAN HE QIN**

7 ALPHARD PL, GIRALANG ACT 2617 AUSTRALIA

## Account Statement
### From 01-Jan-2018 to 01-Mar-2021

**Position Summary**

| Instrument | Quantity Balance | Sec / Ccy |
|---|---|---|
| CASH | (0.0353) | USD |
| CRYPTO | - | BTC |
| CRYPTO | - | ETH |
| CRYPTO | - | USDT |

*Please check this Account Statement carefully.*
*Unless we receive notification of any discrepancy or inaccuracy within 14 days from receipt of this Account Statement, this document shall be conclusive and binding.*

Printed on :   2021-03-02 12:35 PM                                                                                   Page :      1/8



3 PHILLIP STREET
#11-02 ROYAL GROUP BUILDING
SG 048693

**STEFAN HE QIN**

7 ALPHARD PL, GIRALANG ACT 2617 AUSTRALIA

## Account Statement
### From 01-Jan-2018 to 01-Mar-2021

### Transaction Details

| Txn Date | Txn Ref | Txn Description | Txn Code | Qty/Amt Ccy | Settle Amount |
|---|---|---|---|---:|---|
| **CASH (USD)** | | | | | |
| 31-Dec-2017 | | **Brought Forward Balance** | | | |
| 25-Sep-2018 | T00001995 | PAYMENT FOR PURCHASE OF 466.20 ETH | BUYCSH | (100,000.00) | |
| 28-Sep-2018 | C00009784 | CASH DEPOSIT OF 250000 USD | DEPCSH | 250,000.00 | |
| 06-Oct-2018 | T00000124 | PAYMENT FOR PURCHASE OF 500.00 ETH | BUYCSH | (111,150.00) | |
| 06-Oct-2018 | T00001991 | PAYMENT FOR PURCHASE OF 300.00 ETH | BUYCSH | (67,332.7552) | |
| 06-Oct-2018 | T00001992 | PAYMENT FOR PURCHASE OF 300.00 ETH | BUYCSH | (67,332.7552) | |
| 06-Oct-2018 | T00001993 | PAYMENT FOR PURCHASE OF 500.00 ETH | BUYCSH | (112,221.2587) | |
| 06-Oct-2018 | C00009821 | QCP EXECUTION FEES | WDRCSH | (1,071.258544) | |
| 06-Oct-2018 | T00001994 | PAYMENT FOR PURCHASE OF 500.00 ETH | BUYCSH | (112,221.2587) | |
| 06-Oct-2018 | T00001986 | PAYMENT FOR PURCHASE OF 20.021 BTC | BUYCSH | (131,680.7198) | |
| 06-Oct-2018 | T00001987 | PAYMENT FOR PURCHASE OF 20.00 BTC | BUYCSH | (131,542.6001) | |
| 06-Oct-2018 | T00001988 | PAYMENT FOR PURCHASE OF 36.00 BTC | BUYCSH | (236,776.6801) | |
| 06-Oct-2018 | T00001989 | PAYMENT FOR PURCHASE OF 100.00 ETH | BUYCSH | (22,444.25173) | |
| 06-Oct-2018 | T00008755 | PAYMENT FOR PURCHASE OF 27.7419 ETH | BUYCSH | (6,226.461946) | |
| 09-Oct-2018 | C00009786 | CASH DEPOSIT OF 2610000 USD | DEPCSH | 2,610,000.00 | |
| 11-Oct-2018 | T00001984 | PAYMENT FOR PURCHASE OF 890.00 ETH | BUYCSH | (199,561.0912) | |
| 11-Oct-2018 | T00001985 | PAYMENT FOR PURCHASE OF 35.00 BTC | BUYCSH | (229,690.7444) | |
| 11-Oct-2018 | T00001983 | PAYMENT FOR PURCHASE OF 41.1894 BTC | BUYCSH | (270,309.2556) | |
| 11-Oct-2018 | T00008533 | PAYMENT FOR PURCHASE OF 75.724 BTC | BUYCSH | (500,000.00) | |
| 11-Oct-2018 | C00009787 | CASH DEPOSIT OF 240000 USD | DEPCSH | 240,000.00 | |
| 11-Oct-2018 | T00001982 | PAYMENT FOR PURCHASE OF 1,339.89 ETH | BUYCSH | (300,438.9088) | |
| 14-Oct-2018 | T00001981 | PAYMENT FOR PURCHASE OF 7.9365 BTC | BUYCSH | (50,000.00) | |
| 18-Oct-2018 | T00001979 | PAYMENT FOR PURCHASE OF 242.00 ETH | BUYCSH | (49,541.38816) | |
| 18-Oct-2018 | T00001980 | PAYMENT FOR PURCHASE OF 8.00 ETH | BUYCSH | (1,637.73184) | |
| 26-Nov-2018 | T00001978 | PAYMENT FOR PURCHASE OF 10.00 BTC | BUYCSH | (37,113.1086) | |
| 26-Nov-2018 | T00001970 | PAYMENT FOR PURCHASE OF 31.03 BTC | BUYCSH | (115,161.976) | |
| 26-Nov-2018 | T00001971 | PAYMENT FOR PURCHASE OF 140.00 BTC | BUYCSH | (519,583.5204) | |
| 26-Nov-2018 | T00008534 | PAYMENT FOR PURCHASE OF 1.00 BTC | BUYCSH | (3,711.31086) | |
| 26-Nov-2018 | C00009792 | CASH DEPOSIT OF 5000000 USD | DEPCSH | 5,000,000.00 | |
| 26-Nov-2018 | T00001972 | PAYMENT FOR PURCHASE OF 350.00 BTC | BUYCSH | (1,298,958.801) | |
| 26-Nov-2018 | T00001973 | PAYMENT FOR PURCHASE OF 100.00 BTC | BUYCSH | (371,131.086) | |
| 26-Nov-2018 | T00001974 | PAYMENT FOR PURCHASE OF 50.00 BTC | BUYCSH | (185,565.543) | |
| 26-Nov-2018 | T00001975 | PAYMENT FOR PURCHASE OF 29.8723 BTC | BUYCSH | (110,865.3914) | |
| 26-Nov-2018 | T00001976 | PAYMENT FOR PURCHASE OF 315.884 BTC | BUYCSH | (1,172,343.72) | |
| 26-Nov-2018 | T00001977 | PAYMENT FOR PURCHASE OF 50.00 BTC | BUYCSH | (185,565.543) | |
| 18-Dec-2018 | T00001967 | PAYMENT FOR PURCHASE OF 9.00 BTC | BUYCSH | (32,296.65072) | |
| 18-Dec-2018 | T00001968 | PAYMENT FOR PURCHASE OF 200.00 BTC | BUYCSH | (717,703.3493) | |
| 19-Dec-2018 | C00009796 | CASH DEPOSIT OF 4000000 USD | DEPCSH | 4,000,000.00 | |
| 20-Dec-2018 | T00008537 | PAYMENT FOR PURCHASE OF 737.50 BTC | BUYCSH | (3,000,000.00) | |
| 29-Dec-2018 | T00001965 | PAYMENT FOR PURCHASE OF 370.37 ETH | BUYCSH | (50,000.00) | |
| 31-Jan-2019 | T00001963 | PAYMENT FOR PURCHASE OF 60.00 BTC | BUYCSH | (208,683.0619) | |
| 31-Jan-2019 | T00001964 | PAYMENT FOR PURCHASE OF 225.00 BTC | BUYCSH | (782,561.4821) | |
| 31-Jan-2019 | T00008527 | PAYMENT FOR PURCHASE OF 31.26908 BTC | BUYCSH | (108,755.46) | |
| 09-Mar-2019 | T00008536 | PAYMENT FOR PURCHASE OF 218.0233 ETH | BUYCSH | (30,000.00) | |
| 12-Mar-2019 | C00009827 | CASH DEPOSIT OF 3000000 USD | DEPCSH | 3,000,000.00 | |

*Please check this Account Statement carefully.*
*Unless we receive notification of any discrepancy or inaccuracy within 14 days from receipt of this Account Statement, this document shall be conclusive and binding.*
Printed on :   2021-03-02 12:35 PM                                                                                                                             Page :        2/8



3 PHILLIP STREET
#11-02 ROYAL GROUP BUILDING
SG 048693

**STEFAN HE QIN**

7 ALPHARD PL, GIRALANG ACT 2617 AUSTRALIA

## Account Statement
### From 01-Jan-2018 to 01-Mar-2021

**Transaction Details**

| Txn Date | Txn Ref | Txn Description | Txn Code | Qty/Amt | Ccy | Settle Amount |
|---|---|---|---|---:|---|---|
| 30-Mar-2019 | T00001958 | PAYMENT FOR PURCHASE OF 100.00 BTC | BUYCSH | (409,922.29) | | |
| 30-Mar-2019 | T00001959 | PAYMENT FOR PURCHASE OF 100.00 BTC | BUYCSH | (409,270.625) | | |
| 30-Mar-2019 | T00002001 | PAYMENT FOR PURCHASE OF 50.00 BTC | BUYCSH | (204,635.3125) | | |
| 30-Mar-2019 | T00002002 | PAYMENT FOR PURCHASE OF 50.00 BTC | BUYCSH | (204,635.3125) | | |
| 25-Apr-2019 | T00001957 | PROCEEDS OF SALE OF 100.00 BTC | SELLCSH | 541,542.75 | | |
| 25-Apr-2019 | C00009857 | PROCEEDS FROM ICO INVESTMENT POOL | DEPCSH | 222,968.02 | | |
| 30-Apr-2019 | T00001954 | PROCEEDS OF SALE OF 50.00 BTC | SELLCSH | 256,108.125 | | |
| 30-Apr-2019 | T00001955 | PROCEEDS OF SALE OF 50.00 BTC | SELLCSH | 256,108.125 | | |
| 30-Apr-2019 | T00001956 | PROCEEDS OF SALE OF 50.00 BTC | SELLCSH | 256,108.125 | | |
| 30-Apr-2019 | T00001998 | PROCEEDS OF SALE OF 100.00 BTC | SELLCSH | 512,216.25 | | |
| 30-Apr-2019 | T00001999 | PROCEEDS OF SALE OF 50.00 BTC | SELLCSH | 256,108.13 | | |
| 30-Apr-2019 | T00002000 | PROCEEDS OF SALE OF 100.00 BTC | SELLCSH | 512,216.25 | | |
| 30-Apr-2019 | T00002005 | PROCEEDS OF SALE OF 50.00 BTC | SELLCSH | 256,108.125 | | |
| 30-Apr-2019 | T00002006 | PROCEEDS OF SALE OF 50.00 BTC | SELLCSH | 256,108.125 | | |
| 01-May-2019 | C00009830 | CASH WITHDRAWAL OF 5565949.4 USD | WDRCSH | (5,565,949.40) | | |
| 15-May-2019 | T00001997 | PROCEEDS OF SALE OF 500,000.00 USDT | SELLCSH | 498,250.00 | | |
| 16-May-2019 | T00001969 | PROCEEDS OF SALE OF 60.00 BTC | SELLCSH | 479,539.51 | | |
| 16-May-2019 | T00001990 | PROCEEDS OF SALE OF 20.00 BTC | SELLCSH | 159,416.02 | | |
| 16-May-2019 | T00001996 | PROCEEDS OF SALE OF 20.00 BTC | SELLCSH | 159,416.02 | | |
| 16-May-2019 | T00002003 | PROCEEDS OF SALE OF 40.00 BTC | SELLCSH | 319,693.004 | | |
| 16-May-2019 | T00002004 | PROCEEDS OF SALE OF 60.00 BTC | SELLCSH | 478,248.06 | | |
| 16-May-2019 | C00009855 | CASH WITHDRAWAL OF 2094562.61 USD | WDRCSH | (2,094,562.61) | | |
| 21-May-2019 | T00001953 | PROCEEDS OF SALE OF 20.00 BTC | SELLCSH | 160,058.85 | | |
| 21-May-2019 | C00009859 | CASH WITHDRAWAL OF 160058.85 USD | WDRCSH | (160,058.85) | | |
| 09-Jun-2019 | T00002595 | SELL 200.00 ETH | SELLCSH | 48,630.12 | | |
| 10-Jun-2019 | C00009831 | CASH WITHDRAWAL OF 48630.12 USD | WDRCSH | (48,630.12) | | |
| 25-Dec-2019 | C00009861 | CASH DEPOSIT OF 100000 USD | DEPCSH | 100,000.00 | | |
| 25-Dec-2019 | C00009862 | CASH DEPOSIT OF 250 USD | DEPCSH | 250.00 | | |
| 25-Dec-2019 | T00010762 | PAYMENT FOR PURCHASE OF 13.70747685 BTC | BUYCSH | (100,250.00) | | |
| 14-Apr-2020 | T00015033 | PROCEEDS OF SALE OF 149,000.00 USDT | SELLCSH | 148,776.50 | | |
| 14-Apr-2020 | T00015034 | PROCEEDS OF SALE OF 1.00 BTC | SELLCSH | 6,740.00 | | |
| 14-Apr-2020 | C00003329 | CASH WITHDRAWAL | WDRCSH | (155,516.50) | | |
| 19-Apr-2020 | T00015206 | PROCEEDS OF SALE OF 5.00 BTC | SELLCSH | 36,050.00 | | |
| 19-Apr-2020 | T00015206 | CASH WITHDRAWAL OF 36,050.00 USD | WDRCSH | (36,050.00) | | |
| 25-Apr-2020 | T00015473 | PROCEEDS OF SALE OF 150,000.00 USDT | SELLCSH | 149,625.00 | | |
| 25-Apr-2020 | T00015473 | CASH WITHDRAWAL OF 149,625.00 USD | WDRCSH | (149,625.00) | | |
| 28-Apr-2020 | T00015588 | PROCEEDS OF SALE OF 100,000.00 USDT | SELLCSH | 99,750.00 | | |
| 28-Apr-2020 | T00015588 | CASH WITHDRAWAL OF 99,750.00 USD | WDRCSH | (99,750.00) | | |
| 20-May-2020 | T00016798 | PROCEEDS OF SALE OF 7.90 BTC | SELLCSH | 76,867.00 | | |
| 20-May-2020 | T00016798 | CASH WITHDRAWAL OF 76,867.00 USD | WDRCSH | (76,867.00) | | |
| 22-May-2020 | T00016868 | PROCEEDS OF SALE OF 199,000.00 USDT | SELLCSH | 190,045.00 | | |
| 22-May-2020 | T00016972 | PROCEEDS OF SALE OF 45.00 BTC | SELLCSH | 410,400.00 | | |
| 22-May-2020 | T00016972 | CASH WITHDRAWAL OF 410,400.00 USD | WDRCSH | (410,400.00) | | |
| 22-May-2020 | C00009824 | CASH WITHDRAWAL OF 190045 USD | WDRCSH | (190,045.00) | | |
| 23-May-2020 | T00016973 | PROCEEDS OF SALE OF 59,999.00 USDT | SELLCSH | 58,799.02 | | |
| 23-May-2020 | T00016973 | CASH WITHDRAWAL OF 58,799.02 USD | WDRCSH | (58,799.02) | | |
| 05-Jun-2020 | T00017896 | PROCEEDS OF SALE OF 4.40 BTC | SELLCSH | 42,834.00 | | |

*Please check this Account Statement carefully.*
*Unless we receive notification of any discrepancy or inaccuracy within 14 days from receipt of this Account Statement, this document shall be conclusive and binding.*
Printed on :   2021-03-02 12:35 PM    Page :    3/8



3 PHILLIP STREET
#11-02 ROYAL GROUP BUILDING
SG 048693

**STEFAN HE QIN**

7 ALPHARD PL, GIRALANG ACT 2617 AUSTRALIA

## Account Statement
### From 01-Jan-2018 to 01-Mar-2021

### Transaction Details

| Txn Date | Txn Ref | Txn Description | Txn Code | Qty/Amt | Ccy | Settle Amount |
|---|---|---|---|---|---|---|
| 05-Jun-2020 | C00004662 | CASH WITHDRAWAL | WDRCSH | (42,834.00) | | |
| 11-Jun-2020 | C00004817 | CASH WITHDRAWAL | WDRCSH | (41,502.98) | | |
| 11-Jun-2020 | C00009856 | PROCEEDS FROM ICO INVESTMENT POOL | DEPCSH | 41,502.98 | | |
| 28-Jul-2020 | T00020710 | PAYMENT FOR PURCHASE OF 9.2541 BTC | BUYCSH | (100,000.00) | | |
| 28-Jul-2020 | C00006047 | CASH DEPOSIT | DEPCSH | 100,000.00 | | |
| 31-Jul-2020 | T00020928 | PROCEEDS OF SALE OF 5.80 BTC | SELLCSH | 64,380.00 | | |
| 31-Jul-2020 | C00006127 | CASH WITHDRAWAL | WDRCSH | (64,380.00) | | |
| 12-Aug-2020 | T00021461 | PROCEEDS OF SALE OF 450,000.00 USDT | SELLCSH | 448,650.00 | | |
| 12-Aug-2020 | T00021461 | CASH WITHDRAWAL OF 448,650.00 USD | WDRCSH | (448,650.00) | | |
| 14-Aug-2020 | T00021592 | PROCEEDS OF SALE OF 19.00 ETH | SELLCSH | 7,972.40 | | |
| 14-Aug-2020 | C00006310 | CASH WITHDRAWAL | WDRCSH | (7,972.40) | | |
| 20-Aug-2020 | T00022074 | PROCEEDS OF SALE OF 275,000.00 USDT | SELLCSH | 274,175.00 | | |
| 20-Aug-2020 | T00022074 | CASH WITHDRAWAL OF 274,175.00 USD | WDRCSH | (274,175.00) | | |
| 26-Aug-2020 | T00022329 | PROCEEDS OF SALE OF 48.00 ETH | SELLCSH | 18,300.42 | | |
| 26-Aug-2020 | T00022329 | CASH WITHDRAWAL OF 18,300.42 USD | WDRCSH | (18,300.42) | | |
| 27-Aug-2020 | T00022357 | PROCEEDS OF SALE OF 100,000.00 USDT | SELLCSH | 99,800.00 | | |
| 27-Aug-2020 | T00022357 | CASH WITHDRAWAL OF 99,800.00 USD | WDRCSH | (99,800.00) | | |
| 09-Oct-2020 | T00024804 | PROCEEDS OF SALE OF 76,000.00 USDT | SELLCSH | 75,772.00 | | |
| 09-Oct-2020 | T00024804 | CASH WITHDRAWAL OF 75,772.00 USD | WDRCSH | (75,772.00) | | |
| 15-Oct-2020 | T00024973 | PROCEEDS OF SALE OF 150,000.00 USDT | SELLCSH | 149,550.00 | | |
| 15-Oct-2020 | T00024973 | CASH WITHDRAWAL OF 149,550.00 USD | WDRCSH | (149,550.00) | | |
| 18-Nov-2020 | T00026993 | PROCEEDS OF SALE OF 89,000.00 USDT | SELLCSH | 88,866.50 | | |
| 18-Nov-2020 | T00026993 | CASH WITHDRAWAL OF 88,866.50 USD | WDRCSH | (88,866.50) | | |
| | | **Current Balance** | | (0.0353) | | |

**CRYPTO (BTC)**

| Txn Date | Txn Ref | Txn Description | Txn Code | Qty/Amt | Ccy | Settle Amount |
|---|---|---|---|---|---|---|
| 31-Dec-2017 | | **Brought Forward Balance** | | | | |
| 06-Oct-2018 | P00023969 | QCP EXECUTION FEES | WDRSEC | (0.0727) | | |
| 06-Oct-2018 | T00001986 | PURCHASE OF 20.021 BTC | BUYSEC | 20.021 | | (131,680.71979) |
| 06-Oct-2018 | T00001987 | PURCHASE OF 20.00 BTC | BUYSEC | 20.00 | | (131,542.6001) |
| 06-Oct-2018 | T00001988 | PURCHASE OF 36.00 BTC | BUYSEC | 36.00 | | (236,776.680108) |
| 09-Oct-2018 | P00023941 | SECURITY WITHDRAWAL OF 75.94830000000000 BTC | WDRSEC | (75.9483) | | |
| 11-Oct-2018 | P00023931 | SECURITY WITHDRAWAL OF 76.18940000000000 BTC | WDRSEC | (76.1894) | | |
| 11-Oct-2018 | T00001985 | PURCHASE OF 35.00 BTC | BUYSEC | 35.00 | | (229,690.744395) |
| 11-Oct-2018 | T00001983 | PURCHASE OF 41.1894 BTC | BUYSEC | 41.1894 | | (270,309.255593) |
| 11-Oct-2018 | T00008533 | PURCHASE OF 75.724 BTC | BUYSEC | 75.724 | USD | (500,000.00) |
| 11-Oct-2018 | T00008533 | SECURITY WITHDRAWAL OF 75.724 BTC | WDRSEC | (75.724) | | |
| 14-Oct-2018 | T00001981 | PURCHASE OF 7.9365 BTC | BUYSEC | 7.9365 | | (50,000.00) |
| 15-Oct-2018 | P00023942 | SECURITY WITHDRAWAL OF 7.93650000000000 BTC | WDRSEC | (7.9365) | | |
| 26-Nov-2018 | T00001977 | PURCHASE OF 50.00 BTC | BUYSEC | 50.00 | | (185,565.543) |
| 26-Nov-2018 | T00001970 | PURCHASE OF 31.03 BTC | BUYSEC | 31.03 | | (115,161.975986) |
| 26-Nov-2018 | T00001971 | PURCHASE OF 140.00 BTC | BUYSEC | 140.00 | | (519,583.5204) |
| 26-Nov-2018 | T00008534 | PURCHASE OF 1.00 BTC | BUYSEC | 1.00 | USD | (3,711.31086) |
| 26-Nov-2018 | T00001978 | PURCHASE OF 10.00 BTC | BUYSEC | 10.00 | | (37,113.1086) |
| 26-Nov-2018 | T00001972 | PURCHASE OF 350.00 BTC | BUYSEC | 350.00 | | (1,298,958.801) |
| 26-Nov-2018 | T00001973 | PURCHASE OF 100.00 BTC | BUYSEC | 100.00 | | (371,131.086) |

*Please check this Account Statement carefully.*
*Unless we receive notification of any discrepancy or inaccuracy within 14 days from receipt of this Account Statement, this document shall be conclusive and binding.*
Printed on :  2021-03-02 12:35 PM    Page :    4/8



3 PHILLIP STREET
#11-02 ROYAL GROUP BUILDING
SG 048693

**STEFAN HE QIN**

7 ALPHARD PL, GIRALANG ACT 2617 AUSTRALIA

## Account Statement
### From 01-Jan-2018 to 01-Mar-2021

**Transaction Details**

| Txn Date | Txn Ref | Txn Description | Txn Code | Qty/Amt | Ccy | Settle Amount |
|---|---|---|---|---:|---|---:|
| 26-Nov-2018 | T00001974 | PURCHASE OF 50.00 BTC | BUYSEC | 50.00 | | (185,565.543) |
| 26-Nov-2018 | T00001975 | PURCHASE OF 29.8723 BTC | BUYSEC | 29.8723 | | (110,865.391403) |
| 26-Nov-2018 | T00001976 | PURCHASE OF 315.884 BTC | BUYSEC | 315.884 | | (1,172,343.720016) |
| 27-Nov-2018 | P00023938 | SECURITY WITHDRAWAL OF 500.00000000000000 BTC | WDRSEC | (500.00) | | |
| 27-Nov-2018 | P00023939 | SECURITY WITHDRAWAL OF 577.78630000000000 BTC | WDRSEC | (577.7863) | | |
| 18-Dec-2018 | T00001967 | PURCHASE OF 9.00 BTC | BUYSEC | 9.00 | | (32,296.650723) |
| 18-Dec-2018 | T00001968 | PURCHASE OF 200.00 BTC | BUYSEC | 200.00 | | (717,703.3494) |
| 19-Dec-2018 | P00023928 | SECURITY WITHDRAWAL OF 9.00000000000000 BTC | WDRSEC | (9.00) | | |
| 19-Dec-2018 | P00023929 | SECURITY WITHDRAWAL OF 200.00000000000000 BTC | WDRSEC | (200.00) | | |
| 20-Dec-2018 | T00008537 | PURCHASE OF 737.50 BTC | BUYSEC | 737.50 | USD | (3,000,000.00) |
| 21-Dec-2018 | P00023933 | SECURITY WITHDRAWAL OF 0.50000000000000 BTC | WDRSEC | (0.50) | | |
| 21-Dec-2018 | P00023935 | SECURITY WITHDRAWAL OF 400.00000000000000 BTC | WDRSEC | (400.00) | | |
| 21-Dec-2018 | P00023936 | SECURITY WITHDRAWAL OF 237.00000000000000 BTC | WDRSEC | (237.00) | | |
| 21-Dec-2018 | P00023937 | SECURITY WITHDRAWAL OF 100.00000000000000 BTC | WDRSEC | (100.00) | | |
| 31-Jan-2019 | P00024032 | SECURITY WITHDRAWAL OF 60.00000000000000 BTC | WDRSEC | (60.00) | | |
| 31-Jan-2019 | P00024034 | SECURITY WITHDRAWAL OF 225.00000000000000 BTC | WDRSEC | (225.00) | | |
| 31-Jan-2019 | T00001964 | PURCHASE OF 225.00 BTC | BUYSEC | 225.00 | | (782,561.4822) |
| 31-Jan-2019 | T00001963 | PURCHASE OF 60.00 BTC | BUYSEC | 60.00 | | (208,683.06192) |
| 31-Jan-2019 | T00008527 | PURCHASE OF 31.26908 BTC | BUYSEC | 31.26908 | USD | (108,755.46) |
| 31-Jan-2019 | T00008527 | SECURITY WITHDRAWAL OF 31.26908 BTC | WDRSEC | (31.26908) | | |
| 30-Mar-2019 | T00002001 | PURCHASE OF 50.00 BTC | BUYSEC | 50.00 | | (204,635.50) |
| 30-Mar-2019 | T00002002 | PURCHASE OF 50.00 BTC | BUYSEC | 50.00 | | (204,635.3125) |
| 30-Mar-2019 | T00001958 | PURCHASE OF 100.00 BTC | BUYSEC | 100.00 | | (409,922.29) |
| 30-Mar-2019 | T00001959 | PURCHASE OF 100.00 BTC | BUYSEC | 100.00 | | (409,270.625) |
| 30-Mar-2019 | P00023975 | SECURITY WITHDRAWAL OF 200.00000000000000 BTC | WDRSEC | (200.00) | | |
| 30-Mar-2019 | P00023976 | SECURITY WITHDRAWAL OF 100.00000000000000 BTC | WDRSEC | (100.00) | | |
| 25-Apr-2019 | P00023977 | SECURITY DEPOSIT OF 100.00000000000000 BTC | DEPSEC | 100.00 | USD | |
| 25-Apr-2019 | T00001957 | SALE OF 100.00 BTC | SELLSEC | (100.00) | | 541,542.75 |
| 30-Apr-2019 | T00002000 | SALE OF 100.00 BTC | SELLSEC | (100.00) | | 512,216.25 |
| 30-Apr-2019 | T00001954 | SALE OF 50.00 BTC | SELLSEC | (50.00) | | 256,108.125 |
| 30-Apr-2019 | T00001955 | SALE OF 50.00 BTC | SELLSEC | (50.00) | | 256,108.125 |
| 30-Apr-2019 | T00001956 | SALE OF 50.00 BTC | SELLSEC | (50.00) | | 256,108.125 |
| 30-Apr-2019 | T00001998 | SALE OF 100.00 BTC | SELLSEC | (100.00) | | 512,216.00 |
| 30-Apr-2019 | T00001999 | SALE OF 50.00 BTC | SELLSEC | (50.00) | | 256,108.00 |
| 30-Apr-2019 | T00002005 | SALE OF 50.00 BTC | SELLSEC | (50.00) | | 256,108.125 |
| 30-Apr-2019 | T00002006 | SALE OF 50.00 BTC | SELLSEC | (50.00) | | 256,108.125 |
| 30-Apr-2019 | P00023978 | SECURITY DEPOSIT OF 500.00000000000000 BTC | DEPSEC | 500.00 | USD | |
| 16-May-2019 | P00023979 | SECURITY DEPOSIT OF 100.00000000000000 BTC | DEPSEC | 100.00 | USD | |

*Please check this Account Statement carefully.*
*Unless we receive notification of any discrepancy or inaccuracy within 14 days from receipt of this Account Statement, this document shall be conclusive and binding.*

Printed on :   2021-03-02 12:35 PM                                                                                                                                                               Page :      5/8



3 PHILLIP STREET  
#11-02 ROYAL GROUP BUILDING  
SG 048693

**STEFAN HE QIN**  
7 ALPHARD PL, GIRALANG ACT 2617 AUSTRALIA

## Account Statement
### From 01-Jan-2018 to 01-Mar-2021

**Transaction Details**

| Txn Date | Txn Ref | Txn Description | Txn Code | Qty/Amt | Ccy | Settle Amount |
|---|---|---|---|---:|---|---:|
| 16-May-2019 | P00023980 | SECURITY DEPOSIT OF 100.00000000000000 BTC | DEPSEC | 100.00 | USD | |
| 16-May-2019 | T00002003 | SALE OF 40.00 BTC | SELLSEC | (40.00) | | 319,693.004 |
| 16-May-2019 | T00002004 | SALE OF 60.00 BTC | SELLSEC | (60.00) | | 478,248.06 |
| 16-May-2019 | T00001969 | SALE OF 60.00 BTC | SELLSEC | (60.00) | | 479,539.51002 |
| 16-May-2019 | T00001990 | SALE OF 20.00 BTC | SELLSEC | (20.00) | | 159,416.00 |
| 16-May-2019 | T00001996 | SALE OF 20.00 BTC | SELLSEC | (20.00) | | 159,416.00 |
| 21-May-2019 | T00001953 | SALE OF 20.00 BTC | SELLSEC | (20.00) | | 160,058.85 |
| 21-May-2019 | P00023981 | SECURITY DEPOSIT OF 20.00000000000000 BTC | DEPSEC | 20.00 | USD | |
| 25-Dec-2019 | T00010762 | PURCHASE OF 13.70747685 BTC | BUYSEC | 13.707477 | USD | (100,250.00) |
| 25-Dec-2019 | T00010762 | SECURITY WITHDRAWAL OF 13.70747685 BTC | WDRSEC | (13.707477) | | |
| 14-Apr-2020 | T00015034 | SALE OF 1.00 BTC | SELLSEC | (1.00) | USD | 6,740.00 |
| 14-Apr-2020 | T00015034 | SECURITY DEPOSIT OF 1.00 BTC | DEPSEC | 1.00 | | |
| 19-Apr-2020 | T00015206 | SALE OF 5.00 BTC | SELLSEC | (5.00) | USD | 36,050.00 |
| 19-Apr-2020 | T00015206 | SECURITY DEPOSIT OF 5.00 BTC | DEPSEC | 5.00 | | |
| 20-May-2020 | T00016798 | SALE OF 7.90 BTC | SELLSEC | (7.90) | USD | 76,867.00 |
| 20-May-2020 | T00016798 | SECURITY DEPOSIT OF 7.90 BTC | DEPSEC | 7.90 | | |
| 22-May-2020 | T00016972 | SALE OF 45.00 BTC | SELLSEC | (45.00) | USD | 410,400.00 |
| 22-May-2020 | T00016972 | SECURITY DEPOSIT OF 45.00 BTC | DEPSEC | 45.00 | | |
| 05-Jun-2020 | T00017896 | SALE OF 4.40 BTC | SELLSEC | (4.40) | USD | 42,834.00 |
| 05-Jun-2020 | T00017896 | SECURITY DEPOSIT OF 4.40 BTC | DEPSEC | 4.40 | | |
| 28-Jul-2020 | T00020710 | PURCHASE OF 9.2541 BTC | BUYSEC | 9.2541 | USD | (100,000.00) |
| 29-Jul-2020 | P00010200 | BTC WITHDRAWAL | WDRSEC | (9.2541) | | |
| 31-Jul-2020 | T00020928 | SALE OF 5.80 BTC | SELLSEC | (5.80) | USD | 64,380.00 |
| 31-Jul-2020 | P00010300 | SECURITY DEPOSIT | DEPSEC | 5.80 | USD | |
| | | **Current Balance** | | | | - |

*Please check this Account Statement carefully.*
*Unless we receive notification of any discrepancy or inaccuracy within 14 days from receipt of this Account Statement, this document shall be conclusive and binding.*
Printed on : 2021-03-02 12:35 PM                                                                                                                                Page : 6/8



3 PHILLIP STREET
#11-02 ROYAL GROUP BUILDING
SG 048693

**STEFAN HE QIN**

7 ALPHARD PL, GIRALANG ACT 2617 AUSTRALIA

## Account Statement
### From 01-Jan-2018 to 01-Mar-2021

**Transaction Details**

| Txn Date | Txn Ref | Txn Description | Txn Code | Qty/Amt | Ccy | Settle Amount |
|---|---|---|---|---|---|---|
| **CRYPTO (ETH)** | | | | | | |
| 31-Dec-2017 | | **Brought Forward Balance** | | | | |
| 25-Sep-2018 | T00001995 | PURCHASE OF 466.20 ETH | BUYSEC | 466.20 | | (100,000.00) |
| 26-Sep-2018 | P00023907 | SECURITY WITHDRAWAL OF 466.20000000000000 ETH | WDRSEC | (466.20) | | |
| 06-Oct-2018 | T00008755 | PURCHASE OF 27.7419 ETH | BUYSEC | 27.7419 | USD | (6,226.461946) |
| 06-Oct-2018 | T00001991 | PURCHASE OF 300.00 ETH | BUYSEC | 300.00 | | (67,332.75519) |
| 06-Oct-2018 | T00001992 | PURCHASE OF 300.00 ETH | BUYSEC | 300.00 | | (67,332.75519) |
| 06-Oct-2018 | T00001993 | PURCHASE OF 500.00 ETH | BUYSEC | 500.00 | | (112,221.2587) |
| 06-Oct-2018 | T00001994 | PURCHASE OF 500.00 ETH | BUYSEC | 500.00 | | (112,221.2587) |
| 06-Oct-2018 | T00001989 | PURCHASE OF 100.00 ETH | BUYSEC | 100.00 | | (22,444.25173) |
| 06-Oct-2018 | T00000124 | PURCHASE | BUYSEC | 500.00 | USD | |
| 07-Oct-2018 | P00023940 | SECURITY WITHDRAWAL OF 2227.74190000000000 ETH | WDRSEC | (2,227.7419) | | |
| 11-Oct-2018 | T00001982 | PURCHASE OF 1,339.89 ETH | BUYSEC | 1,339.89 | USD | (300,438.9088) |
| 11-Oct-2018 | P00023963 | SECURITY WITHDRAWAL OF 2229.89000000000000 ETH | WDRSEC | (2,229.89) | | |
| 11-Oct-2018 | T00001984 | PURCHASE OF 890.00 ETH | BUYSEC | 890.00 | | (199,561.091228) |
| 18-Oct-2018 | T00001979 | PURCHASE OF 242.00 ETH | BUYSEC | 242.00 | | (49,541.38816) |
| 18-Oct-2018 | T00001980 | PURCHASE OF 8.00 ETH | BUYSEC | 8.00 | | (1,637.73184) |
| 18-Oct-2018 | P00023926 | SECURITY WITHDRAWAL OF 250.00000000000000 ETH | WDRSEC | (250.00) | | |
| 29-Dec-2018 | P00023927 | SECURITY WITHDRAWAL OF 370.37000000000000 ETH | WDRSEC | (370.37) | | |
| 29-Dec-2018 | T00001965 | PURCHASE OF 370.37 ETH | BUYSEC | 370.37 | | (50,000.00) |
| 09-Mar-2019 | T00008536 | PURCHASE OF 218.0233 ETH | BUYSEC | 218.0233 | USD | (30,000.00) |
| 09-Mar-2019 | T00008536 | SECURITY WITHDRAWAL OF 218.0233 ETH | WDRSEC | (218.0233) | | |
| 08-Jun-2019 | P00024309 | SECURITY DEPOSIT OF 200.00000000000000 ETH | DEPSEC | 200.00 | USD | |
| 09-Jun-2019 | T00002595 | SELL 200.00 ETH | SELLSEC | (200.00) | | 48,630.12 |
| 14-Aug-2020 | T00021592 | SALE OF 19.00 ETH | SELLSEC | (19.00) | USD | 7,972.40 |
| 14-Aug-2020 | P00012588 | SECURITY DEPOSIT | DEPSEC | 19.00 | USD | |
| 26-Aug-2020 | T00022329 | SECURITY DEPOSIT OF 48.00 ETH | DEPSEC | 48.00 | | |
| 26-Aug-2020 | T00022329 | SALE OF 48.00 ETH | SELLSEC | (48.00) | USD | 18,300.42 |
| | | **Current Balance** | | | | - |

*Please check this Account Statement carefully.*
*Unless we receive notification of any discrepancy or inaccuracy within 14 days from receipt of this Account Statement, this document shall be conclusive and binding.*
Printed on : 2021-03-02 12:35 PM                                                                                                                                                  Page :       7/8



3 PHILLIP STREET
#11-02 ROYAL GROUP BUILDING
SG 048693

**STEFAN HE QIN**

7 ALPHARD PL, GIRALANG ACT 2617 AUSTRALIA

## Account Statement
### From 01-Jan-2018 to 01-Mar-2021

**Transaction Details**

| Txn Date | Txn Ref | Txn Description | Txn Code | Qty/Amt | Ccy | Settle Amount |
|---|---|---|---|---|---|---|
| **CRYPTO (USDT)** | | | | | | |
| 31-Dec-2017 | | **Brought Forward Balance** | | | | |
| 15-May-2019 | T00001997 | SALE OF 500,000.00 USDT | SELLSEC | (500,000.00) | | 498,250.00 |
| 08-Jul-2019 | P00001571 | SECURITY DEPOSIT | DEPSEC | 500,000.00 | | |
| 14-Apr-2020 | T00015033 | SALE OF 149,000.00 USDT | SELLSEC | (149,000.00) | USD | 148,776.50 |
| 14-Apr-2020 | T00015033 | SECURITY DEPOSIT OF 149,000.00 USDT | DEPSEC | 149,000.00 | | |
| 25-Apr-2020 | T00015473 | SALE OF 150,000.00 USDT | SELLSEC | (150,000.00) | USD | 149,625.00 |
| 25-Apr-2020 | T00015473 | SECURITY DEPOSIT OF 150,000.00 USDT | DEPSEC | 150,000.00 | | |
| 28-Apr-2020 | T00015588 | SALE OF 100,000.00 USDT | SELLSEC | (100,000.00) | USD | 99,750.00 |
| 28-Apr-2020 | T00015588 | SECURITY DEPOSIT OF 100,000.00 USDT | DEPSEC | 100,000.00 | | |
| 22-May-2020 | T00016868 | SALE OF 199,000.00 USDT | SELLSEC | (199,000.00) | USD | 190,045.00 |
| 22-May-2020 | P00018749 | SECURITY DEPOSIT OF 199,000.00 USDT | DEPSEC | 199,000.00 | USD | |
| 23-May-2020 | T00016973 | SALE OF 59,999.00 USDT | SELLSEC | (59,999.00) | USD | 58,799.02 |
| 23-May-2020 | T00016973 | SECURITY DEPOSIT OF 59,999.00 USDT | DEPSEC | 59,999.00 | | |
| 12-Aug-2020 | T00021461 | SECURITY DEPOSIT OF 450,000.00 USDT | DEPSEC | 450,000.00 | | |
| 12-Aug-2020 | T00021461 | SALE OF 450,000.00 USDT | SELLSEC | (450,000.00) | USD | 448,650.00 |
| 20-Aug-2020 | T00022074 | SALE OF 275,000.00 USDT | SELLSEC | (275,000.00) | USD | 274,175.00 |
| 20-Aug-2020 | T00022074 | SECURITY DEPOSIT OF 275,000.00 USDT | DEPSEC | 275,000.00 | | |
| 27-Aug-2020 | T00022357 | SALE OF 100,000.00 USDT | SELLSEC | (100,000.00) | USD | 99,800.00 |
| 27-Aug-2020 | T00022357 | SECURITY DEPOSIT OF 100,000.00 USDT | DEPSEC | 100,000.00 | | |
| 09-Oct-2020 | T00024804 | SALE OF 76,000.00 USDT | SELLSEC | (76,000.00) | USD | 75,772.00 |
| 09-Oct-2020 | T00024804 | SECURITY DEPOSIT OF 76,000.00 USDT | DEPSEC | 76,000.00 | | |
| 15-Oct-2020 | T00024973 | SALE OF 150,000.00 USDT | SELLSEC | (150,000.00) | USD | 149,550.00 |
| 15-Oct-2020 | T00024973 | SECURITY DEPOSIT OF 150,000.00 USDT | DEPSEC | 150,000.00 | | |
| 18-Nov-2020 | T00026993 | SALE OF 89,000.00 USDT | SELLSEC | (89,000.00) | USD | 88,866.50 |
| 18-Nov-2020 | T00026993 | SECURITY DEPOSIT OF 89,000.00 USDT | DEPSEC | 89,000.00 | | |
| | | **Current Balance** | | | | - |

*Please check this Account Statement carefully.*
*Unless we receive notification of any discrepancy or inaccuracy within 14 days from receipt of this Account Statement, this document shall be conclusive and binding.*
Printed on : 2021-03-02 12:35 PM                                                                 Page :      8/8