# Exhibit 09

transactions

| Email | Ccy | Amount | Fee | Type | State | Received Date | Processed Date | Coin Txn ID | Coin Address |
|---|---|---|---|---|---|---|---|---|---|
| stefan@virgilcap.com | USD | 44,766.00 | 0 | WITHDRAWAL | PROCESSED | 10/24/2019 9 39 | 10/24/2019 9 39 | | |
| stefan@virgilcap.com | USD | 44,766.00 | 0 | DEPOSIT | PROCESSED | 10/24/2019 9 36 | 10/24/2019 9 36 | | |
| stefan@virgilcap.com | BTC | 6 | 0 | WITHDRAWAL | PROCESSED | 10/24/2019 9 35 | 10/24/2019 9 35 | | |
| stefan@virgilcap.com | BTC | 6 | 0 | DEPOSIT | PROCESSED | 10/24/2019 9 09 | 10/24/2019 9 19 | ███████b8be | ███████g3W |
| stefan@virgilcap.com | USD | 1,698,450.00 | 0 | WITHDRAWAL | PROCESSED | 4/26/2019 13 36 | 4/26/2019 13 36 | | |
| stefan@virgilcap.com | USD | 501,450.00 | 0 | DEPOSIT | PROCESSED | 4/25/2019 4 56 | 4/25/2019 4 56 | | |
| stefan@virgilcap.com | BTC | 100 | 0.002 | WITHDRAWAL | PROCESSED | 3/29/2019 9 19 | 3/29/2019 9 19 | ███████aS12 | ███████byNa |
| stefan@virgilcap.com | BTC | 100 | 0.002 | WITHDRAWAL | PROCESSED | 3/29/2019 3 55 | 3/29/2019 3 55 | ███████9a02 | ███████byNa |
| stefan@virgilcap.com | BTC | 200 | 0 | DEPOSIT | PROCESSED | 3/29/2019 3 42 | 3/29/2019 3 42 | | |
| stefan@virgilcap.com | USD | 803,000.00 | 0 | WITHDRAWAL | PROCESSED | 3/29/2019 3 42 | 3/29/2019 3 42 | | |
| stefan@virgilcap.com | USD | 2,000,000.00 | 0 | DEPOSIT | PROCESSED | 3/12/2019 8 57 | 3/12/2019 8 57 | | |