# Exhibit 10

**Messages in chronological order** (times are shown in GMT -04:00)

### 💬 Stefan <> Galois Trading

**SM** — **System Message** — 5/13/2018, 2:16 PM
14157698850@s.whatsapp.net created the group "Stefan <> Galois Trading"

**SM** — **System Message** — 5/13/2018, 2:16 PM
14157698850@s.whatsapp.net added 16282287548@s.whatsapp.net

**SM** — **System Message** — 5/13/2018, 2:16 PM
Messages to this group are now secured with end-to-end encryption. Tap for more info.

**#** — **14157698850@s.whatsapp.net** — 5/13/2018, 2:16 PM
Hey Stefan, you're fully on boarded

**#** — **14157698850@s.whatsapp.net** — 5/13/2018, 2:16 PM
You can ask for quotes here

**SQ** — **Stefan Qin** — 5/14/2018, 2:13 AM
Great thanks

**#** — **14157698850@s.whatsapp.net** — 5/14/2018, 10:26 AM
Hey Stefan, did you still want to buy $1mm ETH?

**SQ** — **Stefan Qin** — 5/14/2018, 12:37 PM
Yes

**#** — **14157698850@s.whatsapp.net** — 5/14/2018, 12:40 PM
Great we can pull you a quote now if you're ready

**SQ** — **Stefan Qin** — 5/14/2018, 12:41 PM
I shall ping you when I arrive in the US

**SQ** — **Stefan Qin** — 5/14/2018, 12:41 PM
In a couple of days

**SQ** — **Stefan Qin** — 5/14/2018, 12:41 PM
Am in transit

**SQ** — **Stefan Qin** — 5/14/2018, 12:41 PM
Hope that's fine

**#** — **14157698850@s.whatsapp.net** — 5/14/2018, 12:41 PM
Ok no worries any time is fine for us 🙂

**SQ** — **Stefan Qin** — 5/14/2018, 12:41 PM
👍

**#** — **14157698850@s.whatsapp.net** — 5/14/2018, 12:41 PM
Have a good flight

**SQ** — **Stefan Qin** — 5/18/2018, 4:22 AM
Hey guys 🙂 ready to do some trading

| | | | |
|---|---|---|---|
| SQ | **Stefan Qin**<br>Ah - just had a call come in - give me 45min? Sorry for the delays guys | | 5/18/2018, 2:28 PM |
| SQ | **Stefan Qin**<br>I will ping you immediately once ready | | 5/18/2018, 2:29 PM |
| Y | **Yuriy**<br>ok off those quotes then | | 5/18/2018, 2:29 PM |
| Y | **Yuriy**<br>will requote when you are back | | 5/18/2018, 2:29 PM |
| # | **14157698850@s.whatsapp.net**<br>hey Stefan, you back yet? | | 5/18/2018, 3:28 PM |
| # | **14157698850@s.whatsapp.net**<br>Yuriy stepped off but I can take the trade | | 5/18/2018, 3:28 PM |
| SQ | **Stefan Qin**<br>Ok, thank you Yi | | 5/18/2018, 3:54 PM |
| SQ | **Stefan Qin**<br>Give me around 10 | | 5/18/2018, 3:54 PM |
| SQ | **Stefan Qin**<br>Hey Yi | | 5/18/2018, 4:12 PM |
| SQ | **Stefan Qin**<br>Are you ready? | | 5/18/2018, 4:12 PM |
| SQ | **Stefan Qin**<br>Let's call | | 5/18/2018, 4:12 PM |
| Y | **Yuriy**<br>welcome back | | 5/18/2018, 4:13 PM |
| Y | **Yuriy**<br>let me know when you are ready for the quote | | 5/18/2018, 4:15 PM |
| SQ | **Stefan Qin**<br>Now is good! | | 5/18/2018, 4:15 PM |
| SQ | **Stefan Qin**<br>Can we call? | | 5/18/2018, 4:15 PM |
| Y | **Yuriy**<br> ure | | 5/18/2018, 4:15 PM |
| Y | **Yuriy**<br>$8292.7 for $500k of BTC<br>$696.5 for $500k of ETH | | 5/18/2018, 4:18 PM |
| Y | **Yuriy**<br>done on 500k BTC $8290 | | 5/18/2018, 4:21 PM |
| SQ | **Stefan Qin**<br>Done | | 5/18/2018, 4:21 PM |

| | | |
|---|---|---|
| Y | **Yuriy**<br>done on $500k ETH @ 695$ | 5/18/2018, 4:21 PM |
| SQ | **Stefan Qin**<br>Done | 5/18/2018, 4:21 PM |
| SQ | **Stefan Qin**<br>Stefan@virgilcap.com | 5/18/2018, 4:21 PM |
| Y | **Yuriy**<br>Sell | 5/18/2018, 4:25 PM |
| Y | **Yuriy**<br>ignore last | 5/18/2018, 4:25 PM |
| SQ | **Stefan Qin**<br>Have you sent the email? | 5/18/2018, 4:26 PM |
| Y | **Yuriy**<br>working on it | 5/18/2018, 4:26 PM |
| Y | **Yuriy**<br>5 mins eta | 5/18/2018, 4:26 PM |
| SQ | **Stefan Qin**<br>Hey - can you guys confirm my eth and btc address? | 5/18/2018, 4:34 PM |
| Y | **Yuriy**<br>yes, will do in a few | 5/18/2018, 4:36 PM |
| Y | **Yuriy**<br>you should have BTC trade confirm now and the collateral BTC address to send | 5/18/2018, 4:36 PM |
| Y | **Yuriy**<br>ETH confirm ju t  ent | 5/18/2018, 4:38 PM |
| SQ | **Stefan Qin**<br>Thank you 🙂 | 5/18/2018, 4:38 PM |
| SQ | **Stefan Qin**<br>I mean | 5/18/2018, 4:43 PM |
| SQ | **Stefan Qin**<br>Can you confirm the btc and eth addresses I have on file? | 5/18/2018, 4:43 PM |
| SQ | **Stefan Qin**<br>So we make sure that you're sending to the right addresses | 5/18/2018, 4 43 PM |
| Y | **Yuriy**<br>yes, will put them in chat in a min | 5/18/2018, 4:43 PM |
| SQ | **Stefan Qin**<br>Ok | 5/18/2018, 4:44 PM |
| Y | **Yuriy** | 5/18/2018, 4:46 PM |

|   |   |   |
|---|---|---|
|   | ok for ETH I have <br> ███████████████████████64E9 |   |
| Y | **Yuriy** <br> BTC I have <br> ███████████████████████F2af | 5/18/2018, 4:46 PM |
| SQ | **Stefan Qin** <br> Hm eth address id like to change if possible | 5/18/2018, 4:47 PM |
| # | **14157698850@s.whatsapp.net** <br> sure | 5/18/2018, 4:47 PM |
| # | **14157698850@s.whatsapp.net** <br> no problem | 5/18/2018, 4:47 PM |
| SQ | **Stefan Qin** <br> I'll email you? | 5/18/2018, 4:48 PM |
| # | **14157698850@s.whatsapp.net** <br> yeah and double confirm in chat please | 5/18/2018, 4:48 PM |
| SQ | **Stefan Qin** <br> Ok | 5/18/2018, 4:49 PM |
| SQ | **Stefan Qin** <br> ███████████████████████0c13 | 5/18/2018, 4:51 PM |
| SQ | **Stefan Qin** <br> for ETH address | 5/18/2018, 4:51 PM |
| # | **14157698850@s.whatsapp.net** <br> ███████████████████████0c13 | 5/18/2018, 4:51 PM |
| # | **14157698850@s what  app net** <br> yup, confirmed | 5/18/2018, 4 51 PM |
| # | **14157698850@s.whatsapp.net** <br> thanks | 5/18/2018, 4:51 PM |
| SQ | **Stefan Qin** <br> thanks 🙂 | 5/18/2018, 4:52 PM |
| # | **14157698850@s.whatsapp.net** <br> k, send over the BTC collateral and we can send over the ETH | 5/18/2018, 4:56 PM |
| SQ | **Stefan Qin** <br> will send screenshot first | 5/18/2018, 4:56 PM |
| SQ | **Stefan Qin** <br> i will send you the screenshot over email | 5/18/2018, 5:01 PM |
| SQ | **Stefan Qin** <br> it is an attachment | 5/18/2018, 5:01 PM |

| | | |
|---|---|---|
| SQ | **Stefan Qin**<br>I'll send you guys the collateral now | 5/18/2018, 5:01 PM |
| SQ | **Stefan Qin**<br>i am sending through 5.9 BTC - is that fine? | 5/18/2018, 5:02 PM |
| SQ | **Stefan Qin**<br>wait | 5/18/2018, 5:03 PM |
| SQ | **Stefan Qin**<br>sorry, math wrong | 5/18/2018, 5:03 PM |
| SQ | **Stefan Qin**<br>sending through 12 BTC - ok? | 5/18/2018, 5:04 PM |
| Y | **Yuriy**<br>yeah, there are some decimals there too, i put on confirm email | 5/18/2018, 5:04 PM |
| Y | **Yuriy**<br>but let us know TX ID when you send | 5/18/2018, 5:04 PM |
| SQ | **Stefan Qin**<br>ok | 5/18/2018, 5:04 PM |
| SQ | **Stefan Qin**<br>did you receive wire screenshot? | 5/18/2018, 5:06 PM |
| SQ | **Stefan Qin**<br>i withdrew from bitstamp hot wallet, waiting to be processed | 5/18/2018, 5:06 PM |
| SQ | **Stefan Qin**<br>for the collateral | 5/18/2018, 5:06 PM |
| Y | **Yuriy**<br>yes received wire screenshot thank you | 5/18/2018, 5:08 PM |
| SQ | **Stefan Qin**<br>i sent the bitcoin to you guys | 5/18/2018, 5:09 PM |
| SQ | **Stefan Qin**<br>12.155 | 5/18/2018, 5:09 PM |
| SQ | **Stefan Qin**<br>for some reason i can't get the tx id | 5/18/2018, 5:09 PM |
| SQ | **Stefan Qin**<br>but check the addre     on block explorer | 5/18/2018, 5:09 PM |
| SQ | **Stefan Qin**<br>█████████████████████████████████████5SHq | 5/18/2018, 5:09 PM |

File **"dbf49677-af88-4f4a-a684-6a184ecf57d8"** *is missing.*
*Attachment: c13bffe1-103e-4144-b900-64a676c16c89*

| | | | |
|---|---|---|---|
| Y | **Yuriy** <br> ok, sometimes it takes a little bit to generate the TX ID | | 5/18/2018, 5:10 PM |
| Y | **Yuriy** <br> no worries | | 5/18/2018, 5:10 PM |
| SQ | **Stefan Qin** <br> yeah, i'm not sure what happened there | | 5/18/2018, 5:10 PM |
| SQ | **Stefan Qin** <br> anyway - let me know if you need anything from my end | | 5/18/2018, 5:10 PM |
| SQ | **Stefan Qin** <br> thank you for the smooth process 🙂 super happy | | 5/18/2018, 5:10 PM |
| SQ | **Stefan Qin** <br> wire should hit in the next business day | | 5/18/2018, 5:10 PM |
| SQ | **Stefan Qin** <br> if you can ping me once it hits | | 5/18/2018, 5:10 PM |
| Y | **Yuriy** <br> sure thing Stefan, appreciate you getting on the phone as well, made things easier | | 5/18/2018, 5:10 PM |
| SQ | **Stefan Qin** <br> 👍 | | 5/18/2018, 5:11 PM |
| SQ | **Stefan Qin** <br> let me know when you send the ETH | | 5/18/2018, 5:13 PM |
| Y | **Yuriy** <br> yep will do | | 5/18/2018, 5:13 PM |
| SQ | **Stefan Qin** <br> thank you 🙂 | | 5/18/2018, 5:15 PM |
| Y | **Yuriy** <br> ok should have a TX ID for ETH shortly | | 5/18/2018, 5:25 PM |
| Y | **Yuriy** <br> see your BTC coming in now | | 5/18/2018, 5:25 PM |
| SQ | **Stefan Qin** <br> thank you! | | 5/18/2018, 5:25 PM |
| SQ | **Stefan Qin** <br> 🙂 | | 5/18/2018, 5:25 PM |
| # | **14157698850@s.whatsapp.net** <br> hey Stefan, just confirming that the ETH address you gave us | | 5/18/2018, 5:25 PM |
| SQ | **Stefan Qin** <br> ok | | 5/18/2018, 5:25 PM |

| | | |
|---|---|---|
| # | **14157698850@s.whatsapp.net**<br>is a 'regular' address and not a contract address | 5/18/2018, 5:25 PM |
| # | **14157698850@s.whatsapp.net**<br>right? | 5/18/2018, 5:25 PM |
| SQ | **Stefan Qin**<br>it's a MEW address yeah | 5/18/2018, 5:26 PM |
| # | **14157698850@s.whatsapp.net**<br>k, initiating soon | 5/18/2018, 5:31 PM |
| SQ | **Stefan Qin**<br>hey guys | 5/18/2018, 5:40 PM |
| SQ | **Stefan Qin**<br>any update here? | 5/18/2018, 5:40 PM |
| # | **14157698850@s.whatsapp.net**<br>[redacted] 3a99 | 5/18/2018, 5:41 PM |
| # | **14157698850@s.whatsapp.net**<br>good? | 5/18/2018, 5:43 PM |
| SQ | **Stefan Qin**<br>awesome - thanks guys! | 5/18/2018, 7:01 PM |
| Y | **Yuriy**<br>no problem sir | 5/18/2018, 7:02 PM |
| SQ | **Stefan Qin**<br>Hey guys - lmk when the wire arrives | 5/21/2018, 11:12 AM |
| # | **14157698850@s.whatsapp.net**<br>Yep will do | 5/21/2018, 11:34 AM |
| # | **14157698850@s.whatsapp.net**<br>Hey Stefan, just wanted to check, did you use our international wire instructions? | 5/22/2018, 1:52 PM |
| # | **14157698850@s.whatsapp.net**<br>International:<br>Intermediary Bank Name:Pacific Coast Bankers' Bank<br>Intermediary Bank Address:Walnut Creek, CA 94596<br>Intermediary Bank SWIFT Code:PCBBUS66<br>Intermediary Bank ABA Number [redacted] 2484<br><br>Receiving Bank Name:Silvergate Bank<br>Receiving Bank Address: 4250 Executive Square, Suite 300, La Jolla, CA 92037<br>Receiving Bank Routing Number [redacted] 6803<br><br>Beneficiary Name: Galois Capital Alpha Fund LP<br>Beneficiary Address:1 Daniel Burnham Court #524, San Francisco, CA 94109<br>Beneficiary Account Number: [redacted] 1776 | 5/22/2018, 2:21 PM |
| SQ | **Stefan Qin**<br>Hey guys | 5/22/2018, 5:01 PM |
| SQ | **Stefan Qin**<br>I just resent it | 5/22/2018, 5:01 PM |