# Exhibit 11

| TradeNumber | Date | Counterparty | Our Side | Pair | Base Amount | Price | Quote Amount | Sending Account | Receiving Account | Sending TXID | Receiving TXID | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 468 | 2018-05-18 13 24 03 | Qin | Sell | ETHUSD | 719.4244604 | 694.989575 | 499,992.50 | GDAX | Silvergate | …3a99 | …9679 | Wire was $15 short. Trade 469 & 470 are netted for settlement. |
| 469 | 2018-05-18 13 24 03 | Qin | Sell | BTCUSD | 60.31 | 8289.948618 | 499,992.50 | | Silvergate | …e13d; …fb53; …27c2 | …9679 | Stefan sent 12.155 BTC ($100k equiv) with …a20c for collateral to receive $250k worth of ETH early. Wire shows as Virgil Capital Pty because of the FX conversion from AUD to USD. Forgot to include extra 0.0005 BTC so adjusted the overall BTC delivery to 60.3131 from 60.3136. Wire was $15 short. Trade 469 & 470 are netted for settlement. |