# Exhibit 12

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   **Stefan Q<>QCP trade**

SM   **System Message**                                                      12/20/2017, 6:28 AM
6597849282@s.whatsapp.net added 16282287548@s.whatsapp.net

SM   **Sy  tem Me   age**                                                      12/20/2017, 6 28 AM
6597849282@s.whatsapp.net created the group "Traders"

SM   **System Message**                                                      12/20/2017, 6:28 AM
Messages to this group are now secured with end-to-end encryption. Tap for more info.

Z    **zr**                                                                  12/20/2017, 6:28 AM
Hey guys

SM   **System Message**                                                      12/20/2017, 6:29 AM
6598360553@s.whatsapp.net added 6590253255@s.whatsapp.net

DS   **Darius Sit**                                                          12/20/2017, 6:30 AM
Guys this is jay. Jay this is Stefan he runs Virgil.

#    **6590253255@s.whatsapp.net**                                           12/20/2017, 6:30 AM
Hi Stefan good to be connected!

SM   **System Message**                                                      12/20/2017, 6:36 AM
6597849282@s.whatsapp.net added 6596736880@s.whatsapp.net

Z    **zr**                                                                  12/20/2017, 6:36 AM
Guys adding Zac

SQ   **Stefan Qin**                                                          12/20/2017, 6:48 AM
Thanks for the connection! Great to meet you all.

SQ   **Stefan Qin**                                                          12/20/2017, 6:48 AM
Let's grab a proper meal sometime. What you guys are doing is really interesting

SM   **System Message**                                                      12/20/2017, 11:37 AM
6598360553@s.whatsapp.net changed the subject to "QCP <> Stefan"

DS   **Darius Sit**                                                          12/20/2017, 6:24 PM
QCP 2017 Year-End Newsletter.pdf

     *Attachment: ce4b6313-ac71-45c9-b48f-333e3b189b34.pdf (261 KB)*

DS   **Darius Sit**                                                          12/20/2017, 6:25 PM
This was our fund update from last week

DS   **Darius Sit**                                                          1/3/2018, 12:04 PM
QuantCircle Partners New Year update 2018

HNY everyone. We start the year with a strong outperformance as we were levered about 1.2x into this run up.
A shout out to our Research team for standout returns from our Alt allocation (especially in some key movers outside of the top cap coins).
From first dollar, we are up 650%. Please feel free to ping us for your individual returns.

# | 6590253255@s.whatsapp.net | 9/26/2018, 9:21 AM
do you need a test?

# | 6590253255@s.whatsapp.net | 9/26/2018, 9:21 AM
or happy to take the whole lot

SQ | Stefan Qin | 9/26/2018, 9:21 AM
happy to take the whole lot

SQ | Stefan Qin | 9/26/2018, 9:21 AM
just send me the etherscan when you've sent

# | 6590253255@s.whatsapp.net | 9/26/2018, 9:21 AM
understood

# | 6590253255@s.whatsapp.net | 9/26/2018, 9:23 AM
████████████████████████████████████████████████ f09e

*File **"f9084f3c acd4 4c56 97f6 e4e0c16b679a"** is missing*
*Attachment: c1468594-c1bd-47da-9702-a8f9d717f99b*

# | 6590253255@s.whatsapp.net | 9/26/2018, 9:23 AM
466.2 ETH sent

SQ | Stefan Qin | 9/26/2018, 9 37 AM
Thanks guys, received!

SQ | Stefan Qin | 9/26/2018, 9:37 AM
Very efficient

SQ | Stefan Qin | 9/26/2018, 9:37 AM
Let me know when the funds hit

# | 6590253255@s.whatsapp.net | 9/26/2018, 9:37 AM
understood will do

# | 6590253255@s.whatsapp.net | 9/27/2018, 1:20 PM
I can confirm receipt of USD$250,000

# | 6590253255@s.whatsapp.net | 9/27/2018, 1:20 PM
thank you

# | 6590253255@s.whatsapp.net | 9/28/2018, 5:36 AM
For good order, you have USD $150,000 on deposit with QCP

SQ | Stefan Qin | 9/29/2018, 3:47 PM
Got it - thanks!

SQ | Stefan Qin | 10/6/2018, 12:45 PM
Hey guys - id like to buy 500k USD eth and 500k USD btc

SQ | Stefan Qin | 10/6/2018, 12:46 PM
Could you quote me?

**TK** | **Timothy Kan** | 10/6/2018, 12:46 PM
Moment

**SQ** | **Stefan Qin** | 10/6/2018, 12:46 PM
Thanks Tim

**DS** | **Darius Sit** | 10/6/2018, 12:47 PM
sure

**DS** | **Darius Sit** | 10/6/2018, 12:47 PM
stefan i suggest an at-best order for this.

**DS** | **Darius Sit** | 10/6/2018, 12:48 PM
give us abit of time and we'll execute at the best price in the market for u

**DS** | **Darius Sit** | 10/6/2018, 12:48 PM
we only do this for partners and the fills are better

**DS** | **Darius Sit** | 10/6/2018, 12:48 PM
2. *At-best order* where we will take some time and discretion to trade at the best possible price. Our algo and manual traders will source for hidden liquidity to ensure minimal market impact. We will pass the EXACT traded price in the market to you. No spread for this but subject to an execution fee of 0.5%.
*_May also be done as a limit order or stop-loss order with a target or trigger price._

**DS** | **Darius Sit** | 10/6/2018, 12:49 PM
let me know if that works and i'll get on it immediately

**DS** | **Darius Sit** | 10/6/2018, 12:50 PM
@16282287548

**SQ** | **Stefan Qin** | 10/6/2018, 12:51 PM
Hey Darius - thanks for the heads up. Actually was just heading into a lunch, didn't expect a response so fast haha. Could I get back to you in about 40min?

**SQ** | **Stefan Qin** | 10/6/2018, 12:51 PM
And at best order - ok

**SQ** | **Stefan Qin** | 10/6/2018, 12:51 PM
Let's do it

**SQ** | **Stefan Qin** | 10/6/2018, 12:52 PM
Just let me know how the process works

**DS** | **Darius Sit** | 10/6/2018, 12:52 PM
shall i start  executing now?

**DS** | **Darius Sit** | 10/6/2018, 12:52 PM
we'll just take some time to get the best prices for u

**SQ** | **Stefan Qin** | 10/6/2018, 12:52 PM
Yes - before you do that, let me wire funds to you guys

**SQ** | **Stefan Qin** | 10/6/2018, 12:52 PM
can you quote me though?

**DS**    **Darius Sit**    10/6/2018, 12:53 PM

happy to start executing for u and u can wire later

**DS**    **Darius Sit**    10/6/2018, 12:53 PM

ok so u rather not do the at-best you prefer a risk price quote

**DS**    **Darius Sit**    10/6/2018, 12:54 PM

We offer 2 types of trade Execution:

1. *Risk price* where we will show you an all-in price to trade. The price is subject to a spread over spot. The spread accounts for the potential slippage from executing the trade (typically 0%-0.75%). No additional commission or fees.

2. *At-best order* where we will take some time and discretion to trade at the best possible price. Our algo and manual traders will source for hidden liquidity to ensure minimal market impact. We will pass the EXACT traded price in the market to you. No spread for this but subject to an execution fee of 0.5%.
*_May also be done as a limit order or stop-loss order with a target or trigger price._

**DS**    **Darius Sit**    10/6/2018, 12:54 PM

happy to quote you a price but i think its a win-win here for an at best order

**DS**    **Darius Sit**    10/6/2018, 12:54 PM

given the size and weekend liquidity

**DS**    **Darius Sit**    10/6/2018, 12:55 PM

it's one or the other. happy to get on a call to explain @16282287548

**SQ**    **Stefan Qin**    10/6/2018, 12:55 PM

Ok, got you. But how will I know what market price you're using?

**DS**    **Darius Sit**    10/6/2018, 12:55 PM

it will be close to spot

**DS**    **Darius Sit**    10/6/2018, 12:56 PM

we have most liquidity sources

**DS**    **Darius Sit**    10/6/2018, 12:56 PM

btc is around 6563 now and eth is around 224.3 indicative only

**DS**    **Darius Sit**    10/6/2018, 12:57 PM

will probably get something close

**DS**    **Darius Sit**    10/6/2018, 12:57 PM

will get the execution in motion if you're ok with it

**DS**    **Darius Sit**    10/6/2018, 12:59 PM

@16282287548

**SQ**    **Stefan Qin**    10/6/2018, 12:59 PM

Hey Darius - sounds good!

**DS**    **Darius Sit**    10/6/2018, 1:00 PM

ok

**SQ**    **Stefan Qin**    10/6/2018, 1 00 PM

That's 500k USD/ETH and 500K USD/BTC

**DS**  **Darius Sit**                                                                                    10/6/2018, 1:00 PM

so to confirm buying 500k USD worth of ETH and 500k USD worth of BTC

**SQ**  **Stefan Qin**                                                                                   10/6/2018, 1:00 PM

Yes - correct

**SQ**  **Stefan Qin**                                                                                   10/6/2018, 1:00 PM

could you send me bank account details once more?

**DS**  **Darius Sit**                                                                                    10/6/2018, 1:00 PM

in motion

**DS**  **Darius Sit**                                                                                    10/6/2018, 1:00 PM

ok

**SQ**  **Stefan Qin**                                                                                   10/6/2018, 1:00 PM

What's the ETA?

**DS**  **Darius Sit**                                                                                    10/6/2018, 1:02 PM

20-30 mins

**SQ**  **Stefan Qin**                                                                                   10/6/2018, 1:02 PM

Great 🙂

**DS**  **Darius Sit**                                                                                    10/6/2018, 1:48 PM

almost done now

**DS**  **Darius Sit**                                                                                    10/6/2018, 1:56 PM

all done now

**DS**  **Darius Sit**                                                                                    10/6/2018, 1:58 PM

filled
BTC @ 6550.506
ETH @ 223.3203

**DS**  **Darius Sit**                                                                                    10/6/2018, 2:01 PM

for 500k each
due to you (after execution fee):
2227.7419 ETH
75.9483 BTC

**DS**  **Darius Sit**                                                                                    10/6/2018, 2:01 PM

@16282287548

**DS**  **Darius Sit**                                                                                    10/6/2018, 2:08 PM

will send those over once we've received payment sir

**SQ**  **Stefan Qin**                                                                                   10/6/2018, 2 08 PM

Thanks Darius! Sorry, give me about 5 minutes - just wrapping up a lunch

**DS**  **Darius Sit**                                                                                    10/6/2018, 2:09 PM

Bank Name : MALAYAN BANKING BERHAD

Account Name : QCP CAPITAL PTE LTD

Company Address :
3 Phillip Street #13-04
Royal Group Building
Singapore 048693

SWIFT Code / BIC: MBBESGSG

Bank Addre
MAYBANK TOWER
2 BATTERY ROAD
Singapore 049907

USD Account : ███████6817

| DS | **Darius Sit** | 10/6/2018, 2:09 PM |
|---|---|---|

np

| SQ | **Stefan Qin** | 10/6/2018, 2:09 PM |
|---|---|---|

Great

| SQ | **Stefan Qin** | 10/6/2018, 2:09 PM |
|---|---|---|

I'll put a mill on deposit with you guys later, so will send over 2mm ok?

| SQ | **Stefan Qin** | 10/6/2018, 2:09 PM |
|---|---|---|

Give me a sec

| DS | **Darius Sit** | 10/6/2018, 2:09 PM |
|---|---|---|

sure

| SQ | **Stefan Qin** | 10/6/2018, 2:23 PM |
|---|---|---|

Darius - I'll send 1.85mm over to you guys now 😊 So combined with the 150k I have on hand with you guys thats 2mm

| # | **6590253255@s.whatsapp.net** | 10/6/2018, 2:24 PM |
|---|---|---|

that works

| SQ | **Stefan Qin** | 10/6/2018, 2:24 PM |
|---|---|---|

Would it be possible to send the btc/eth to me now? Since it's a weekend the money might not arrive till monday

| SQ | **Stefan Qin** | 10/6/2018, 2:24 PM |
|---|---|---|

I'll send you to screenshot and everything before you wire

| SQ | **Stefan Qin** | 10/6/2018, 2:24 PM |
|---|---|---|

*before i wire

| SQ | **Stefan Qin** | 10/6/2018, 2:25 PM |
|---|---|---|

just don't want exposure risk for 2 days

| DS | **Darius Sit** | 10/6/2018, 2:25 PM |
|---|---|---|

sending from a US bank?

| SQ | **Stefan Qin** | 10/6/2018, 2:26 PM |
|---|---|---|

Yes, that's correct

| SQ | **Stefan Qin** | 10/6/2018, 2:26 PM |
|---|---|---|

Chase bank acc

| DS | **Darius Sit** | 10/6/2018, 2:26 PM |
|---|---|---|

 o the money only get  relea ed tue  day a  ia night   ince monday i   a bank hol

| SQ | **Stefan Qin** | 10/6/2018, 2:26 PM |
|---|---|---|

Ah, I see

**DS**   **Darius Sit**                                                                    10/6/2018, 2:27 PM

we usually only send the coin when we receive the money
for u we can make an exception
can we send u half the coin now and half when we receive?

**SQ**   **Stefan Qin**                                                                   10/6/2018, 2:27 PM

I would prefer if we did the whole thing

**SQ**   **Stefan Qin**                                                                   10/6/2018, 2:28 PM

Just don't want exposure risk

**SQ**   **Stefan Qin**                                                                   10/6/2018, 2:28 PM

Planning on investing it immediately

**SQ**   **Stefan Qin**                                                                   10/6/2018, 2:28 PM

Wait can we do a quick call? I have an idea

**DS**   **Darius Sit**                                                                    10/6/2018, 2:28 PM

sure

**DS**   **Darius Sit**                                                                    10/6/2018, 2:34 PM

moment pls might change wire instructions to US bank

**SQ**   **Stefan Qin**                                                                   10/6/2018, 2:34 PM

ok 🙂

**DS**   **Darius Sit**                                                                    10/6/2018, 2:35 PM

QCP (HK)_Domestic Wire Instructions.pdf

*Attachment: 6bb51b6e-10fe-4c3f-a8f0-26eeb8e42c78.pdf (112 KB)*

**SQ**   **Stefan Qin**                                                                   10/6/2018, 2:39 PM

Alright - i can wire there

**SQ**   **Stefan Qin**                                                                   10/6/2018, 2:39 PM

It will be from Cha e to Silvergate

**DS**   **Darius Sit**                                                                    10/6/2018, 2:43 PM

@16282287548 in the future if u need these kind of urgent transfers i suggest u send the money in advance?

**SQ**   **Stefan Qin**                                                                   10/6/2018, 2:44 PM

yep - that's why i wanted to send you 2mm this time

**SQ**   **Stefan Qin**                                                                   10/6/2018, 2:44 PM

I completely understand though

**DS**   **Dariu  Sit**                                                                    10/6/2018, 2 45 PM

do u have some other alt coins or something for collateral? could make it easier

**SQ**   **Stefan Qin**                                                                   10/6/2018, 2:45 PM

Right now I have 60k in eth

**SQ**   **Stefan Qin**                                                                   10/6/2018, 2:46 PM

Actually, I'm planning on doing a few more large investments in the future

**SQ**   **Stefan Qin**                                                                   10/6/2018, 2:46 PM

So I can send over to you guys 3mm

**SQ**   **Stefan Qin**                                                    10/6/2018, 2:46 PM
so you have 2mm on collateral

**SQ**   **Stefan Qin**                                                    10/6/2018, 2:46 PM
Make sense?

**DS**   **Dariu  Sit**                                                    10/6/2018, 2 46 PM
eth doesnt work right cause u need to use the eth for the investment

**SQ**   **Stefan Qin**                                                    10/6/2018, 2:46 PM
The weekend nature makes things tricky

**SQ**   **Stefan Qin**                                                    10/6/2018, 2:46 PM
Here's my chase bank acc right now

**DS**   **Darius Sit**                                                    10/6/2018, 2:47 PM
that's fine. but for this particular trade it's gonna be tough man give me a few mins more

**DS**   **Darius Sit**                                                    10/6/2018, 2:47 PM
maybe just send the wire confirmation first pls

**DS**   **Darius Sit**                                                    10/6/2018, 2:47 PM
that should help

**SQ**   **Stefan Qin**                                                    10/6/2018, 2:47 PM



*Image: b8db3e94-f05b-47c9-ae92-7bd594aaeff3.jpg (28 KB)*

**SQ**   **Stefan Qin**                                                    10/6/2018, 2:47 PM
sure

**SQ**   **Stefan Qin**                                                    10/6/2018, 2:47 PM
Give me a   ec

**SQ**   **Stefan Qin**                                                    10/6/2018, 3:41 PM
Here's my BTC address:

**SQ**   **Stefan Qin**                                                    10/6/2018, 3:41 PM
███████████████████████fmKr

**SQ**   **Stefan Qin**                                                    10/6/2018, 3:41 PM
Here's my ETH address:

**SQ**   **Stefan Qin**                                                    10/6/2018, 3 41 PM
██████████████████████████0c13

DS | **Darius Sit** | 10/6/2018, 3:42 PM
will send tests

SQ | **Stefan Qin** | 10/6/2018, 3:42 PM
ok, let me know when you send them so i can look out

DS | **Darius Sit** | 10/6/2018, 3:45 PM
███████████████████████████████bfa9

DS | **Darius Sit** | 10/6/2018, 3:45 PM
BTC test

SQ | **Stefan Qin** | 10/6/2018, 3:45 PM
received

SQ | **Stefan Qin** | 10/6/2018, 3:45 PM
that was fast

SQ | **Stefan Qin** | 10/6/2018, 3:46 PM
0.0083?

DS | **Darius Sit** | 10/6/2018, 3:46 PM
sending rest of BTC

DS | **Darius Sit** | 10/6/2018, 3:46 PM
yes

SQ | **Stefan Qin** | 10/6/2018, 3:46 PM
ok

DS | **Darius Sit** | 10/6/2018, 3:52 PM
██████████████████████████████38a9

DS | **Darius Sit** | 10/6/2018, 3:52 PM
75.9483 BTC sent total

SQ | **Stefan Qin** | 10/6/2018, 3:53 PM
ok, wait a second - will wait for it to confirm

DS | **Darius Sit** | 10/6/2018, 3:58 PM
████████████████████████████████128d

DS | **Darius Sit** | 10/6/2018, 3:58 PM
ETH test

SQ | **Stefan Qin** | 10/6/2018, 3:59 PM
ok

SQ | **Stefan Qin** | 10/6/2018, 3:59 PM
the bitcoin transaction is saying "unconfirmed parent"

DS | **Darius Sit** | 10/6/2018, 4:00 PM
not sure wad this means

**DS**    **Darius Sit**                                       10/6/2018, 4:01 PM
its been deducted from my wallet

**DS**    **Darius Sit**                                       10/6/2018, 4:01 PM
might take awhile

**DS**    **Darius Sit**                                       10/6/2018, 4:02 PM
ah it means needs the test to be confirmed first

**DS**    **Darius Sit**                                       10/6/2018, 4:02 PM
no worries

**DS**    **Darius Sit**                                       10/6/2018, 4:02 PM
might take awhile

**SQ**    **Stefan Qin**                                       10/6/2018, 4:02 PM
ok, understood

**SQ**    **Stefan Qin**                                       10/6/2018, 4:02 PM
i'll know for next time

**DS**    **Darius Sit**                                       10/6/2018, 4:02 PM
lemme know if eth test is good

**SQ**    **Stefan Qin**                                       10/6/2018, 4:02 PM
checking now

**SQ**    **Stefan Qin**                                       10/6/2018, 4:03 PM
0.7419 eth?

**DS**    **Darius Sit**                                       10/6/2018, 4:03 PM
yes

**SQ**    **Stefan Qin**                                       10/6/2018, 4:03 PM
ok great

**SQ**    **Stefan Qin**                                       10/6/2018, 4:03 PM
feel free to send the rest

**DS**    **Darius Sit**                                       10/6/2018, 4:10 PM
███████████████████████████████████████7371

**DS**    **Darius Sit**                                       10/6/2018, 4:10 PM
total 2227.7419 ETH sent

**DS**    **Darius Sit**                                       10/6/2018, 4:13 PM
pl  confirm receipt of
2227.7419 ETH
75.9483 BTC

**SQ**    **Stefan Qin**                                       10/6/2018, 4:13 PM
checking

**SQ**    **Stefan Qin**                                       10/6/2018, 4:14 PM
confirmed! for both BTC and ETH

**SQ**    **Stefan Qin**                                       10/6/2018, 4:14 PM

K | **Kev** | 11/4/2018, 11:47 PM
done!

SQ | **Stefan Qin** | 11/19/2018, 10:14 PM
Hey guys! Can you let me know how much I have on hand?

TK | **Timothy Kan** | 11/19/2018, 10:14 PM
Hi

TK | **Timothy Kan** | 11/19/2018, 10:14 PM
sure moment pls

TK | **Timothy Kan** | 11/19/2018, 10:15 PM
$398,820.88 USD sir

SQ | **Stefan Qin** | 11/19/2018, 10:16 PM
Thank you

TK | **Timothy Kan** | 11/19/2018, 10:16 PM
Please let us know if there's anything else we can help with👍

\# | **6597770715@s.whatsapp.net** | 11/26/2018, 3:14 AM
Buying the Dip

If you are looking to buy BTC or ETH on a dip at specific levels, selling a PUT option might be a great way to do it. When you sell a put option, you will lock in a guaranteed yield (which is very high now on this spike in volatility). And if spot price expires below the strike price of the PUT option, you will have to buy the notional BTC amount at the strike price that was chosen. So if you are looking to buy BTC or ETH at a specific price anyway, why not take advantage of high levels of volatility and earn a great yield while you're at it.

BTC ref 3950 exp 28-dec
3850 P yields 278.9 USD (80.5% yield ann.uncompounded)
3750 P yields 232.1 USD (67% yield ann. uncompounded)
3650 P yields 190.2 USD (55% yield ann.uncompounded)
3550 P yields 153.4 USD (44.3% yield ann.uncompounded)

SQ | **Stefan Qin** | 11/26/2018, 5:29 AM
Hey guys - I'm looking to buy around 3.2mm USD worth of bitcoin in about 7 hours or so. I'll be sending you guys around 5mm USD or so; please put the remainder on deposit. Thank you very much

\# | **6590253255@s.whatsapp.net** | 11/26/2018, 5:30 AM
no problem

SQ | **Stefan Qin** | 11/26/2018, 3 04 AM
hey guys - coudl you send me your bank details in the US again when you get the chance? Want ot make sure I'm getting the right address

\# | **6590253255@s.whatsapp.net** | 11/26/2018, 3:04 PM
hi

SQ | **Stefan Qin** | 11/26/2018, 3:04 PM
I'll be sending 5mm USD or so

\# | **6590253255@s.whatsapp.net** | 11/26/2018, 3:05 PM
QCP Silvergate Dome  tic Wire In  truction  (1) pdf

*Attachment: c3319c59-1aaa-4770-a32d-0a6f601e6e01.pdf (343 KB)*

**Stefan Qin**                                                                              11/26/2018, 3:14 PM
i just sent it guys. should hit your account end of day today or tomorrow

**6590253255@s.whatsapp.net**                                                              11/26/2018, 3:15 PM
will look out for it and let you know when it arrives

**6590253255@s.whatsapp.net**                                                              11/26/2018, 3:15 PM
how much did you send for our guide?

**Stefan Qin**                                                                              11/26/2018, 3:16 PM
5,000,000 USD

**Stefan Qin**                                                                              11/26/2018, 3:16 PM
I put my name down as the reference

**6590253255@s.whatsapp.net**                                                              11/26/2018, 3:16 PM
noted

**6590253255@s.whatsapp.net**                                                              11/26/2018, 3:16 PM
ok

**Stefan Qin**                                                                              11/26/2018, 3:16 PM
I'll likely be doing some larger transfers in the coming week/next week as well but i'll give you a heads up

**Stefan Qin**                                                                              11/26/2018, 3:16 PM
could you let me know what your liquidity looks like generally? Max capacity, etc

**6597569228@s.whatsapp.net**                                                              11/26/2018, 3:54 PM
For BTC sir?

**6590253255@s.whatsapp.net**                                                              11/26/2018, 3:55 PM
dont really have a max cap to be honest

**6590253255@s.whatsapp.net**                                                              11/26/2018, 3:56 PM
we have had buyers in clips of 1000 daily previously

**6590253255@s.whatsapp.net**                                                              11/26/2018, 3:56 PM
for BTC that is

**Stefan Qin**                                                                              11/26/2018, 3:59 PM
that's awesoe

**Stefan Qin**                                                                              11/26/2018, 3:59 PM
ok, thanks guys

**Darius Sit**                                                                              11/26/2018, 7:58 PM
@16282287548

**Darius Sit**                                                                              11/26/2018, 7:58 PM
we are happy to help u execute before the cash comes in yea

**Darius Sit**                                                                              11/26/2018, 7:58 PM
i dont want u to miss the lows

**DS**    **Darius Sit**            11/26/2018, 7:59 PM
if thats what u need

**DS**    **Darius Sit**            11/26/2018, 7:59 PM
as you know we are most flexible with you so just let us know what u need

**DS**    **Darius Sit**            11/26/2018, 7:59 PM
bouncing off the lows here

**DS**    **Darius Sit**            11/26/2018, 11:11 PM
and some big buy orders coming in yea @16282287548 this asia afternoon for your guide

**SQ**    **Stefan Qin**            11/26/2018, 11:12 PM
ah - just saw this - thanks darius

**DS**    **Darius Sit**            11/26/2018, 11:12 PM
just wanted to give u a heads up on that

**DS**    **Darius Sit**            11/26/2018, 11:12 PM
esp if this trade is price sensitive

**SQ**    **Stefan Qin**            11/26/2018, 11:13 PM
hm. i'd like to do a 4mm best order right now

**SQ**    **Stefan Qin**            11/26/2018, 11:13 PM
could you do that for me?

**I**    **Ivan**            11/26/2018, 11:13 PM
1 sec

**DS**    **Darius Sit**            11/26/2018, 11:13 PM
ok we'll work it slowly for u ya

**DS**    **Darius Sit**            11/26/2018, 11:13 PM
to buy 4 million USD worth of BTC

**SQ**    **Stefan Qin**            11/26/2018, 11:13 PM
haha. you guys are awesome

**SQ**    **Stefan Qin**            11/26/2018, 11:13 PM
yup, sounds good

**DS**    **Darius Sit**            11/26/2018, 11:13 PM
ok

**DS**    **Darius Sit**            11/26/2018, 11:14 PM
do give u   a head   up on when u need the delivery by

**DS**    **Darius Sit**            11/26/2018, 11:14 PM
if its ok with u im gonna do this slowly to reduce market impact

**SQ**    **Stefan Qin**            11/26/2018, 11:14 PM
that's totally fine

**DS**   **Darius Sit**                                                                11/26/2018, 11:15 PM

^ let's confirm this before we begin

**DS**   **Darius Sit**                                                                11/26/2018, 11:15 PM

cause the money might only come in this evening in asia

**DS**   **Darius Sit**                                                                11/26/2018, 11:15 PM

when US opens

**DS**   **Darius Sit**                                                                11/26/2018, 11:15 PM

u sent from a US bank right

**SQ**   **Stefan Qin**                                                               11/26/2018, 11:15 PM

could you deliver 2mm when you're done? I have 5mm on the way, but it should hit your accounts tomorrow morning US

**SQ**   **Stefan Qin**                                                               11/26/2018, 11:15 PM

yes

**SQ**   **Stefan Qin**                                                               11/26/2018, 11:15 PM

from US -> silvergate

**DS**   **Darius Sit**                                                                11/26/2018, 11:16 PM

hm ok

**DS**   **Darius Sit**                                                                11/26/2018, 11:16 PM

haha

**DS**   **Darius Sit**                                                                11/26/2018, 11:16 PM

only for u man

**SQ**   **Stefan Qin**                                                               11/26/2018, 11:16 PM

haha - really appreciate it

**DS**   **Darius Sit**                                                                11/26/2018, 11:17 PM

again to triple confirm we are buying 4 million USD worth of BTC for u in the market now slowly

**DS**   **Darius Sit**                                                                11/26/2018, 11:18 PM

that's about 1080 BTC

**SQ**   **Stefan Qin**                                                               11/26/2018, 11:19 PM

confirmed

**SQ**   **Stefan Qin**                                                               11/26/2018, 11:19 PM

thanks Darius

**DS**   **Darius Sit**                                                                11/27/2018, 12:12 AM

more than half done   o far and market ju  t gapped up   lightly

**DS**   **Darius Sit**                                                                11/27/2018, 12:13 AM

so holding back for now

**DS**   **Darius Sit**                                                                11/27/2018, 12:17 AM

not chasing this run we've done more than half at great rates

SQ   **Stefan Qin**                                                    11/27/2018, 1:13 AM
thank you Darius!

DS   **Darius Sit**                                                    11/27/2018, 1:14 AM
think we be patient will get some great prices

DS   **Darius Sit**                                                    11/27/2018, 1:14 AM
all good

SQ   **Stefan Qin**                                                    11/27/2018, 1:22 AM
sorry, I realised I didn't screenshot the wire authorisation today just for your refernece

DS   **Darius Sit**                                                    11/27/2018, 1:23 AM
tks

DS   **Darius Sit**                                                    11/27/2018, 1:23 AM
do u have a screenshot of the wire record?

SQ   **Stefan Qin**                                                    11/27/2018, 1:24 AM



*Image: 1b8296a0-0b77-4cd2-96e7-fd6e5f354331.jpg (141 KB)*

SQ   **Stefan Qin**                                                    11/27/2018, 1:24 AM
circled in blue haha

SQ   **Stefan Qin**                                                    11/27/2018, 1:24 AM
they didn't  end a form becau  e it wa   a telephone wire

DS   **Darius Sit**                                                    11/27/2018, 1:28 AM
cool tks man

SQ   **Stefan Qin**                                                    11/27/2018, 1:43 AM
would it be possible to transfer a portion of the funds over now?

SQ   **Stefan Qin**                                                    11/27/2018, 1:43 AM
around half if possible

DS   **Dariu  Sit**                                                    11/27/2018, 1 43 AM
let me try

SQ   **Stefan Qin**                                                    11/27/2018, 1:43 AM
ok, thank you

DS   **Darius Sit**                                                    11/27/2018, 1:44 AM
give me abit

DS   **Darius Sit**                                                    11/27/2018, 1:53 AM
need to gather from a few spots

**SQ** | **Stefan Qin** | 11/27/2018, 1:54 AM
no worries

**SQ** | **Stefan Qin** | 11/27/2018, 3:04 AM
hey Darius - how's it going?

**DS** | **Darius Sit** | 11/27/2018, 3:05 AM
im trying to gather the BTC

**DS** | **Darius Sit** | 11/27/2018, 3:05 AM
to send to you

**SQ** | **Stefan Qin** | 11/27/2018, 3:05 AM
no probs

**DS** | **Darius Sit** | 11/27/2018, 3:05 AM
in next hour or so will be sending some over

**DS** | **Darius Sit** | 11/27/2018, 3:05 AM
will send 500 BTC over first

**DS** | **Darius Sit** | 11/27/2018, 3:06 AM
@16282287548

**DS** | **Darius Sit** | 11/27/2018, 3:06 AM
can u give me the BTC address again for good order Stefan

**DS** | **Darius Sit** | 11/27/2018, 3:07 AM
and u dont need a test right

**SQ** | **Stefan Qin** | 11/27/2018, 3:29 AM
sure! no test needed

**DS** | **Darius Sit** | 11/27/2018, 3:29 AM
wad  teh addre    again pl

**SQ** | **Stefan Qin** | 11/27/2018, 3:29 AM
here: ██████████████████████1Vsk

**SQ** | **Stefan Qin** | 11/27/2018, 3:29 AM
thank you darius

**DS** | **Darius Sit** | 11/27/2018, 3:34 AM
ok tks

**SQ** | **Stefan Qin** | 11/27/2018, 4 08 AM
Going to sleep now - let me know when the usd hits - thanks mate

**DS** | **Darius Sit** | 11/27/2018, 4:08 AM
almost done and will send u the 500 BTC shortly

**DS** | **Darius Sit** | 11/27/2018, 4:54 AM
*fill report*

bought 4 mil usd worth of BTC @ 3692.75426

started buying when btc was 3690. bought up to 3735 and did not chase when BTC went up to 3795. Held back and bidded below 3700 to get filled on the balance.

BTC proceed  (after fee)   1,077 7863 BTC

**DS**    **Darius Sit**                                                      11/27/2018, 5:49 AM
spot back above 3700 now

**#**     **6590253255@s.whatsapp.net**                          11/27/2018, 7:11 AM
500 BTC sent

**#**     **6590253255@s.whatsapp.net**                          11/27/2018, 7:11 AM
███████████████████████████████████████████3436

**#**     **6590253255@s what  app net**                         11/27/2018, 12 05 PM
We can confirm receipt of $5,000,000 USD

**SQ**    **Stefan Qin**                                                     11/27/2018, 2:04 PM
Thanks guys

**SQ**    **Stefan Qin**                                                     11/27/2018, 2:05 PM
Could you please send the rest of the BTC?

**#**     **6590253255@s.whatsapp.net**                          11/27/2018, 2:05 PM
Hi Stefan just for clarity you did receive the earlier 500 BTC transfer yes?

**SQ**    **Stefan Qin**                                                     11/27/2018, 2:05 PM
Ah - Give me about an hour and I'll get back to you

**#**     **6590253255@s.whatsapp.net**                          11/27/2018, 2:06 PM
to be safe let's confirm the receipt of the first batch before we proceed with the balance shall we?

**SQ**    **Stefan Qin**                                                     11/27/2018, 2:06 PM
I agree. Thanks

**SQ**    **Stefan Qin**                                                     11/27/2018, 4:01 PM
hey gusy - it's arraived. feel free to send the second batch

**SQ**    **Stefan Qin**                                                     11/27/2018, 4:01 PM
thank you

**SQ**    **Stefan Qin**                                                     11/27/2018, 4:01 PM
████████████████████████████1Vsk

**#**     **6590253255@s.whatsapp.net**                          11/27/2018, 4:02 PM
ok

**#**     **6590253255@s.whatsapp.net**                          11/27/2018, 4:05 PM
███████████████████████████████████████████████eb51

**#**     **6590253255@s.whatsapp.net**                          11/27/2018, 4:05 PM
577.7863 BTC sent

**SQ**    **Stefan Qin**                                                     11/27/2018, 4:19 PM
thank you!

**SQ**    **Stefan Qin**                                                     11/27/2018, 4:19 PM

could we do a quick inventory check on how much I have in hand with you guys?

\# **6590253255@s.whatsapp.net**                                                    11/27/2018, 4:20 PM
certainly

\# **6590253255@s.whatsapp.net**                                                    11/27/2018, 4:21 PM
Balance on deposit = USD $1,398,820.88

SQ **Stefan Qin**                                                                   11/27/2018, 4 21 PM
than you

\# **6590253255@s.whatsapp.net**                                                    11/27/2018, 4:21 PM
no problem! feel free to let us know if you need anything else

SQ **Stefan Qin**                                                                   11/27/2018, 4:22 PM
will do!

D **Darby**                                                                         11/28/2018, 3:39 AM
Hey @16282287548 , for good order, Virgil Sigma Fund KYC has been approved

\# **6597770715@s.whatsapp.net**                                                    11/29/2018, 7:22 AM
QuantCircle Partners November Update.pdf

*Attachment: bd78cb19-f125-43f7-a2a1-3db0262697b2.pdf (307 KB)*

\# **6597770715@s.whatsapp.net**                                                    11/29/2018, 7:22 AM
Hello! Please take a look at our November Update - we have outlined a change in strategy that takes advantage of
volatility even in bear markets

SQ **Stefan Qin**                                                                   11/30/2018, 6:02 AM
Thanks - this is awesome!

SQ **Stefan Qin**                                                                   11/30/2018, 6:02 AM
i see you guys are exploring options. what exchanges are you currently looking at/any way I can help?

DS **Dariu  Sit**                                                                   11/30/2018, 6 02 AM
mostly otc

DS **Darius Sit**                                                                   11/30/2018, 6:02 AM
happy to have a chat abt it @16282287548

DS **Darius Sit**                                                                   11/30/2018, 6:03 AM
been out main source of alpha

DS **Darius Sit**                                                                   11/30/2018, 6:03 AM
maybe can do something there tgt

SQ **Stefan Qin**                                                                   11/30/2018, 6:03 AM
Nice! got you. Are you still looking for investors?

SQ **Stefan Qin**                                                                   11/30/2018, 6:03 AM
for sure

DS **Darius Sit**                                                                   11/30/2018, 6:03 AM
nah we've closed that. unless strategic

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬    **Stefan Q<>QCP trade**

SQ    **Stefan Qin**                                                                                                    1/30/2019, 7:33 PM
       Hey guys - could i get a multi-side quote for BTCUSD?

SQ    **Stefan Qin**                                                                                                    1/30/2019, 7:33 PM
       thank you

J    **J**                                                1/30/2019, 7:34 PM
hi

**Ivan**   1/30/2019, 7:34 PM
what size sir?

**Stefan Qin**   1/30/2019, 7:36 PM
for 1.1mm USD

**Ivan**   1/30/2019, 7:36 PM
ok 1 moment please

**Ivan**   1/30/2019, 7:41 PM
3443/3480- good for 1.1 M

**Ivan**   1/30/2019, 7:42 PM
3440/3478 now sir, for 1.1 M

**Ivan**   1/30/2019, 7:45 PM
@16282287548

**Stefan Qin**   1/30/2019, 7:49 PM
thanks - ok, could we do a best order buy for 1.1mm USD worth of BTC?

**Ivan**   1/30/2019, 7:49 PM
sure Sir we can start the at best buy order for you now

**Stefan Qin**   1/30/2019, 7:49 PM
appreciate it

**Ivan**   1/30/2019, 7:50 PM
ok Ex in motion sir

**Stefan Qin**   1/30/2019, 7:56 PM
than kyou

**Ivan**   1/30/2019, 8:05 PM
done , Getting you the Fills sir

**Ivan**   1/30/2019, 8:13 PM
you are filled at a AVP of 3460.66

BTC due to you after fee= 316.26908 BTC sir

**Stefan Qin**   1/30/2019, 8:13 PM
Thank you - appreciate it

**Stefan Qin**   1/30/2019, 8:14 PM
Will send over address shortly

**Stefan Qin**   1/30/2019, 8:27 PM
█████████████████████████pZNY

**Stefan Qin**   1/30/2019, 8:27 PM
Thank you

**Ivan**   1/30/2019, 8:28 PM

understood , will sent the BTC once the internal approval is done sir will let you know

**SQ**  **Stefan Qin**                                                                     1/30/2019, 8:29 PM
Ok - thanks Ivan

**#**  **6590235347@s.whatsapp.net**                                          1/30/2019, 10:27 PM
hi Stefan, have clarified this internally. There is no problem with transferring funds/assets between Virgil Sigma and your
individual account, but do give us specific instructions (either to book under a certain account or to chat in the respective
groups) 🙂

**#**  **6590235347@s.whatsapp.net**                                          1/30/2019, 10:27 PM
hope this will be more convenient for you!

**SQ**  **Stefan Qin**                                                                     1/30/2019, 10:34 PM
Ok - thanks

**SQ**  **Stefan Qin**                                                                     1/30/2019, 10:34 PM
This is for an individual account

**#**  **6590235347@s.whatsapp.net**                                          1/30/2019, 10:58 PM
np! happy to help

**SQ**  **Stefan Qin**                                                                     1/30/2019, 10:59 PM
Could you please send out the funds to the address?

**SQ**  **Stefan Qin**                                                                     1/30/2019, 10:59 PM
Thank you

**SQ**  **Stefan Qin**                                                                     1/30/2019, 11:00 PM
███████████████████████████pZNY

**SQ**  **Stefan Qin**                                                                     1/30/2019, 11:00 PM
This is the address

**K**  **Kev**                                                                                 1/30/2019, 11:00 PM
will post the txid and ping you as soon as we send it shortly

**SQ**  **Stefan Qin**                                                                     1/30/2019, 11:01 PM
Thank you

**I**  **Ivan**                                                                                 1/30/2019, 11:13 PM
1  ec  ir

**I**  **Ivan**                                                                                 1/30/2019, 11:24 PM
█████████████████████████████████████████████2722

*File **"aca822a7-6b56-4541-9254-fcbb508aca12"** is missing.*
*Attachment: d30f07aa-1d44-459a-b4cf-8cc37e24a29c*

**I**  **Ivan**                                                                                 1/30/2019, 11:26 PM
316.26908 btc sent *

**SQ**  **Stefan Qin**                                                                     1/30/2019, 11:27 PM
Thanks

**SQ**  **Stefan Qin**                                                                     1/30/2019, 11:40 PM
Arrived! Appreciate it 🙂