# Exhibit 13

**Messages in chronological order** (times are shown in GMT -05:00)

---

| | **OSL-stefan@virgilcap.com** | |
|---|---|---|
| SM | **System Message** <br> Messages to this group are now secured with end-to-end encryption. Tap for more info. | 3/6/2019, 6:36 PM |
| SM | **System Message** <br> 85259292982@s.whatsapp.net created the group | 3/6/2019, 6:36 PM |
| SM | **System Message** <br> 85259292982@s.whatsapp.net added 16282287548@s.whatsapp.net | 3/6/2019, 6:37 PM |
| SM | **System Message** <br> You're now an admin | 3/6/2019, 6:37 PM |
| SM | **System Message** <br> 85259292982@s.whatsapp.net changed the subject to "OSL-stefan@virgilcap.com" | 3/6/2019, 6:38 PM |
| # | **85259292982@s.whatsapp.net** <br> @16282287548 please provide the # of your authorised trader, or i you'd prefer, feel free to add him. | 3/6/2019, 6:39 PM |
| SQ | **Stefan Qin** <br> Sure - thank you 🙂 | 3/6/2019, 11:47 PM |
| SQ | **Stefan Qin** <br> +1 (832) 279-7322 | 3/6/2019, 11:47 PM |
| SM | **System Message** <br> 85259202082@s.whatsapp.net added 18322797322@s.whatsapp.net | 3/6/2019, 11:58 PM |
| # | **85259202081@s.whatsapp.net** <br> Hi team! <br><br> 24 Hour High 3,890 <br> 24 Hour Low 3,824 <br><br> OSL Indicative Market <br> 3855 / 3864 USD/BTC <br><br> https://www.coindesk.com/new-crypto-hardware-wallet-fits-your-phones-sim-card-slot <br><br> *File **"c4789c3e-9331-4c85-ae1e-aef5fba5fa7b"** is missing.* <br> *Attachment: 90599c82-85f5-4d84-96ff-c26e3afc8c51* | 3/7/2019, 7:30 PM |
| NA | **Nasir Adaya** <br> Hi. Thanks for setting this up. | 3/8/2019, 3:46 PM |
| # | **85259202082@s.whatsapp.net** <br> Hi guys, no problem.  When's our first trade? | 3/8/2019, 8:04 PM |
| SQ | **Stefan Qin** <br> hey guys - could you send the wire details for USD? | 3/11/2019, 12:34 PM |

| | | |
|---|---|---|
| SQ | **Stefan Qin** | 3/11/2019, 12:34 PM |
| | i'd like to start with a 2mm trade | |
| # | **85259250516@s.whatsapp.net** | 3/11/2019, 12:35 PM |
| | Hi Stefan, sure one sec | |
| SQ | **Stefan Qin** | 3/11/2019, 12:36 PM |
| | prefer US domestic account if you have it | |
| # | **85259216938@s.whatsapp.net** | 3/11/2019, 12:37 PM |

SILVERGATE BANK
Bank Address: 4250 Executive Square, Suite 300,

La Jolla, CA 92037

Beneficiary Name: OS LIMITED

Beneficiary Account Number: ▇▇▇▇0430

Beneficiary Address: 32/F CHINA ONLINE CENTRE, 333 LOCKHART ROAD, WAN CHAI HONG KONG

Routing/ABA: ▇▇▇6803

Swift: SIVGUS66

| | | |
|---|---|---|
| SQ | **Stefan Qin** | 3/11/2019, 12:37 PM |
| | thanks | |
| # | **85259216938@s.whatsapp.net** | 3/11/2019, 12:38 PM |
| | you're welcome | |
| SQ | **Stefan Qin** | 3/11/2019, 12:44 PM |
| | Ju t ent 2mm USD to the account let me know if when it arrive | |
| SQ | **Stefan Qin** | 3/11/2019, 12:44 PM |
| | Thanks | |
| # | **85259216938@s.whatsapp.net** | 3/11/2019, 12:45 PM |
| | sure | |
| # | **85259202082@s.whatsapp.net** | 3/11/2019, 7:03 PM |
| | Hi Stefan, if you can send the receipt to funds@osl.com please | |
| NA | **Na ir Adaya** | 3/12/2019, 9 30 PM |
| | Hi guys. Can you go over what type of execution you do? (Best order vs at risk price etc) | |
| # | **85259292982@s.whatsapp.net** | 3/12/2019, 9:30 PM |
| | hi | |
| NA | **Nasir Adaya** | 3/12/2019, 9:32 PM |
| | Hi Fernando. How is it going? | |
| # | **85259292982@s.whatsapp.net** | 3/12/2019, 9:32 PM |
| | For now:<br>  Ri k Price<br>- Agency Order (Iceberg and TWAP)<br>- Limit Orders (good till 6:30 AM HKT daily) | |
| # | **85259292982@s.whatsapp.net** | 3/12/2019, 9:33 PM |

Risk - just spread, no fee

The rest have an execution fee of 30bpps. No spread.

| | | |
|---|---|---|
| # | **85259909962@s.whatsapp.net** | 3/13/2019, 11:24 PM |

Image: e0d7c991-b050-4cc9-8980-e4ea3fdbd664.jpg (60 KB)

| | | |
|---|---|---|
| NA | **Nasir Adaya**<br>Can we get a two way on BTC? | 3/21/2019, 12:00 PM |
| # | **85259292982@s.whatsapp.net**<br>Yes | 3/21/2019, 12:00 PM |
| # | **85259292982@s.whatsapp.net**<br>Size? | 3/21/2019, 12:00 PM |
| NA | **Nasir Adaya**<br>1m | 3/21/2019, 12:00 PM |
| # | **85259292982@s.whatsapp.net**<br>3957 /3970 | 3/21/2019, 12:02 PM |
| # | **85259292982@s.whatsapp.net**<br>off | 3/21/2019, 12:02 PM |
| # | **85259292982@s what app net**<br>can refresh anytime | 3/21/2019, 12 04 PM |
| NA | **Nasir Adaya**<br>Ok ty | 3/21/2019, 12:04 PM |
| NA | **Nasir Adaya**<br>Hi. Can I get a two way quote on ETH? | 3/28/2019, 2:19 PM |
| # | **85259292982@s.whatsapp.net**<br>Hi | 3/28/2019, 2:19 PM |
| # | **85259292982@s.whatsapp.net**<br>ofcourse | 3/28/2019, 2:19 PM |
| # | **85259292982@s.whatsapp.net**<br>size? | 3/28/2019, 2:19 PM |
| NA | **Nasir Adaya**<br>6000 ETH | 3/28/2019, 2:22 PM |
| # | **85259292982@s.whatsapp.net**<br>checking | 3/28/2019, 2:22 PM |
| # | **85259292982@s.whatsapp.net**<br>137.40 | 3/28/2019, 2:24 PM |

| | | |
|---|---|---|
| # | **85259292982@s.whatsapp.net** <br> @16282287548 | 3/28/2019, 2:24 PM |
| # | **85259292982@s.whatsapp.net** <br> 136.3 / 137.4 | 3/28/2019, 2:24 PM |
| NA | **Nasir Adaya** <br> And also two way on BTC | 3/28/2019, 2:25 PM |
| # | **85259292982@s.whatsapp.net** <br> ref on eth | 3/28/2019, 2:26 PM |
| # | **85259292982@s.whatsapp.net** <br> BTC <br><br> 4004 / 4015 | 3/28/2019, 2:26 PM |
| # | **85259292982@s.whatsapp.net** <br> 4003/4014 | 3/28/2019, 2:27 PM |
| # | **85259292982@s.whatsapp.net** <br> thoughts? | 3/28/2019, 2:27 PM |
| # | **85259292982@s.whatsapp.net** <br> off | 3/28/2019, 2:27 PM |
| NA | **Nasir Adaya** <br> Can you refresh BTC | 3/28/2019, 2:28 PM |
| # | **85259292982@s.whatsapp.net** <br> ye | 3/28/2019, 2:29 PM |
| # | **85259292982@s.whatsapp.net** <br> 4004/4015 | 3/28/2019, 2:29 PM |
| NA | **Nasir Adaya** <br> I'll buy the BTC | 3/28/2019, 2:30 PM |
| # | **85259292982@s.whatsapp.net** <br> done | 3/28/2019, 2:30 PM |
| NA | **Na ir Adaya** <br> Size 200 BTC | 3/28/2019, 2 30 PM |
| NA | **Nasir Adaya** <br> Should I sent over the wallet address? | 3/28/2019, 2:30 PM |
| # | **85259292982@s.whatsapp.net** <br> done | 3/28/2019, 2:30 PM |
| # | **85259292982@s.whatsapp.net** <br> we will deposit to your OSL account | 3/28/2019, 2:32 PM |
| # | **85259292982@s.whatsapp.net** <br> you may withdraw from there | 3/28/2019, 2:32 PM |
| # | **85259292982@s.whatsapp.net** | 3/28/2019, 2:32 PM |

| | | |
|---|---|---|
| | setting now | |
| # | **85259292982@s.whatsapp.net**<br>You bought 200.00 BTC at $4,015.00 for a total notional of $803,000.00 (all included) | 3/28/2019, 2:34 PM |
| NA | **Nasir Adaya**<br>Ty | 3/28/2019, 2:34 PM |
| # | **85259292982@s what app net**<br>thank you for the trade | 3/28/2019, 2 35 PM |
| NA | **Nasir Adaya**<br>Possible to send the BTC to different address actually? | 3/28/2019, 2:38 PM |
| # | **85259292982@s.whatsapp.net**<br>hmm | 3/28/2019, 2:38 PM |
| # | **85259292982@s.whatsapp.net**<br>unfortunately, right now no. We would have to implement a process which HK needs to be awake | 3/28/2019, 2:38 PM |
| NA | **Nasir Adaya**<br>If not no worries. | 3/28/2019, 2:38 PM |
| NA | **Nasir Adaya**<br>Ty | 3/28/2019, 2:39 PM |
| # | **85259292982@s.whatsapp.net**<br>BTC in your account | 3/28/2019, 2:43 PM |
| NA | **Nasir Adaya**<br>Ty | 3/28/2019, 2:44 PM |
| NA | **Nasir Adaya**<br>Is there a limit on xfer out? | 3/28/2019, 2:56 PM |
| SQ | **Stefan Qin**<br>hey guys | 3/28/2019, 2:56 PM |
| NA | **Nasir Adaya**<br>Of the OSL wallet | 3/28/2019, 2:57 PM |
| SQ | **Stefan Qin**<br>^^ | 3/28/2019, 2:57 PM |
| NA | **Nasir Adaya**<br>It seems we are limited to transfer out only 100 BTC. | 3/28/2019, 2:57 PM |
| # | **85259292982@s.whatsapp.net**<br>Hi guys, checking. I assume you have never used it before, right? | 3/28/2019, 2:57 PM |
| SQ | **Stefan Qin**<br>have not | 3/28/2019, 2:57 PM |
| # | **85259292982@s.whatsapp.net**<br>ok must be security limits. Let us fix | 3/28/2019, 2:57 PM |

| | | |
|---|---|---|
| SQ | **Stefan Qin**<br>thanks | 3/28/2019, 2:58 PM |
| NA | **Nasir Adaya**<br>Ty | 3/28/2019, 2:58 PM |
| NA | **Nasir Adaya**<br>Can you refresh ETH | 3/28/2019, 3:03 PM |
| # | **85259292982@s.whatsapp.net**<br>sec | 3/28/2019, 3:04 PM |
| # | **85259292982@s.whatsapp.net**<br>136.5 / 137.50 | 3/28/2019, 3:05 PM |
| # | **85259292982@s.whatsapp.net**<br>thoughts? | 3/28/2019, 3:06 PM |
| # | **85259292982@s.whatsapp.net**<br>@18322797322 | 3/28/2019, 3:06 PM |
| # | **85259292982@s.whatsapp.net**<br>136.55 / 137.55 | 3/28/2019, 3:07 PM |
| NA | **Nasir Adaya**<br>Were you able to fix the security limit btw @85259292982 | 3/28/2019, 3:07 PM |
| # | **85259292982@s.whatsapp.net**<br>working on that | 3/28/2019, 3:08 PM |
| # | **85259292982@s.whatsapp.net**<br>nada on eth? | 3/28/2019, 3:08 PM |
| NA | **Nasir Adaya**<br>Nothing on eth | 3/28/2019, 3:08 PM |
| # | **85259292982@s.whatsapp.net**<br>ok | 3/28/2019, 3:09 PM |
| # | **85259292982@s.whatsapp.net**<br>Guys, your account is set on low limits. We will increase it, but for the time being, can you please withdraw 100 and then 100? | 3/28/2019, 3:16 PM |
| # | **85259292982@s.whatsapp.net**<br>Apologies for the inconvenience. First time using your acct | 3/28/2019, 3:18 PM |
| NA | **Nasir Adaya**<br>We will do that now. | 3/28/2019, 3:22 PM |
| SQ | **Stefan Qin**<br>guys. it doesn't work | 3/28/2019, 3:23 PM |
| # | **85259292982@s.whatsapp.net**<br>100 did not go out | 3/28/2019, 3:24 PM |
| SQ | **Stefan Qin**<br>we plan on trading much more with you guys in future. could you please raise the limits? | 3/28/2019, 3:24 PM |

| | | |
|---|---|---|
| # | 85259292982@s.whatsapp.net<br>? | 3/28/2019, 3:24 PM |
| SQ | Stefan Qin<br>as in | 3/28/2019, 3:24 PM |
| SQ | Stefan Qin | 3/28/2019, 3:24 PM |



Image: ece8bb6f-2c6a-40c2-8859-e4a82c40ca2c.jpg (41 KB)

| | | |
|---|---|---|
| SQ | Stefan Qin<br>when i try to trade | 3/28/2019, 3:24 PM |
| SQ | Stefan Qin<br>the fields remain gray | 3/28/2019, 3:24 PM |
| SQ | Stefan Qin<br>and unclickable | 3/28/2019, 3:25 PM |
| # | 85259292982@s.whatsapp.net<br>can you paste the address here | 3/28/2019, 3:25 PM |
| SQ | Stefan Qin<br>byNa | 3/28/2019, 3:25 PM |
| SQ | Stefan Qin<br>I have to head off now guys | 3/28/2019, 3:26 PM |
| SQ | Stefan Qin<br>please solve this | 3/28/2019, 3:26 PM |
| SQ | Stefan Qin<br>Thank you | 3/28/2019, 3:26 PM |
| NA | Nasir Adaya<br>Let me know if it is resolved. Did you lift the limit? | 3/28/2019, 3:31 PM |
| # | 85259292982@s.whatsapp.net<br>can you please refresh? | 3/28/2019, 3:31 PM |

As well put 99.9 BTC? (limit is 100, but it adds the network fee, so essentially I believe you are asking it to withdraw more)

| | | |
|---|---|---|
| # | **85259292982@s.whatsapp.net** <br> working on this - platform ops slower on nights | 3/28/2019, 3:31 PM |
| # | **85259292982@s.whatsapp.net** <br> @18322797322 did this work? | 3/28/2019, 3:41 PM |
| SQ | **Stefan Qin** <br> Could you guys manually send this out for us | 3/28/2019, 4 30 PM |
| SQ | **Stefan Qin** <br> I am no longer at the computer | 3/28/2019, 4:30 PM |
| # | **85259292982@s.whatsapp.net** <br> We'll check. Apologies again. <br><br> Btw- lifting the limits should be done shortly, you can log in from your phone as well | 3/28/2019, 4:35 PM |
| # | **85259292982@s.whatsapp.net** <br> Hey guys, your limit has been raised to 1K BTC | 3/28/2019, 5:06 PM |
| # | **85259292982@s.whatsapp.net** <br> If you guys can log in from your mobile, and withdraw it. It would be the cleanest. Again, apologies for the delay. | 3/28/2019, 5:09 PM |
| # | **85259202082@s.whatsapp.net** <br> Hi @16282287548 , I tried to call you to see if you're all sorted here, please let us know. | 3/28/2019, 6:32 PM |
| NA | **Nasir Adaya** <br> Cool, so it ended up working. Thanks for increasing limit. | 3/28/2019, 8:23 PM |
| # | **85259202082@s.whatsapp.net** <br> Thank you, looking forward to the next trade. | 3/28/2019, 8:24 PM |
| NA | **Nasir Adaya** <br> Can you refresh on eth / BTC markets | 3/28/2019, 8:24 PM |
| NA | **Nasir Adaya** <br> And any market color would be useful also. | 3/28/2019, 8:24 PM |
| # | **85259250516@s.whatsapp.net** <br> hi | 3/28/2019, 8:25 PM |
| # | **85259250516@s.whatsapp.net** <br> is that a ETH / BTC cross | 3/28/2019, 8:25 PM |
| # | **85259250516@s.whatsapp.net** <br> or ETH/USD and BTC/USD | 3/28/2019, 8:25 PM |
| NA | **Nasir Adaya** <br> Nope just each market separately | 3/28/2019, 8:25 PM |
| NA | **Na ir Adaya** <br> ETHUSD, BTCUSD | 3/28/2019, 8 25 PM |