# Exhibit 14

Transfers Galois to Qin-Crypto

| time(Epoch) | amount | asset | tag | sending account | receiving account | transaction id | Public Key Address | Sending Balance Fee |
|---|---|---|---|---|---|---|---|---|
| 1.52763E+12 | 0.002 | BTC | | binance | StefanQinCryptoAccount | e13d | yhaX | 0.0005 |
| 1.5278E+12 | 0.002 | BTC | | binance | StefanQinCryptoAccount | fb53 | khwT | 0.0005 |
| 1.52781E+12 | 60.3091 | BTC | | binance | StefanQinCryptoAccount | 27c2 | khwT | 0.0005 |
| 1.52668E+12 | 359.7122 | ETH | | gdax | StefanQinCryptoAccount | 3a99 | 0c13 | |
| 1.52781E+12 | 359.7122 | ETH | | gdax | StefanQinCryptoAccount | a7fe | 0c13 | |
| 1.52781E+12 | 12.155 | BTC | | binance | StefanQinCryptoAccount | b214 | khwT | 0.0005 |