# Exhibit 16

Conversation started
Private 6/19/2018, 11:57 PM

Participants
Nasir Adaya

Conversation

- Nasir Adaya (UB6M4K5ML) NA

███████████████████████████ 03de
6/19/2018, 11:57 PM
ETH ICO address
6/19/2018, 11:58 PM