# BLOCKCHAIR

info@blockchair.com
https://blockchair.com

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## :ENTITY RECEIPT                                                   ETHEREUM

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**TRANSACTION IDENTIFIER:**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇6516

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| TRANSACTION TIMESTAMP: | CONFIRMED TRANSACTION: |
|---|---|
| 2018-06-20 00:56 (UTC) | Included in block: #5819750 on the Ethereum blockchain |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STATUS:** Successful
**PURPOSE OF TRANSACTION:** Ether (ETH) transfer
**INITIATOR:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇03de

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ETHER TRANSFER:**

| | | VALUE | TRANSACTION FEE |
|---|---|---|---|
| FROM | ▇▇▇▇▇▇▇▇▇03de | | |
| TO   | ▇▇▇▇▇▇▇▇▇e184 | 464.729000000000000000 ETH | 0.000021000000000000 ETH |
| | | 249,978.82 USD | 0.01 USD |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTE**

ETH-USD RATE AT THE TIME OF TRANSACTION.
ERC-20 USD VALUES AT THE TIME OF RECEIPT GENERATION.

**DISCLAIMER**

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-07-28 21:39 (UTC) AND IS BASED ON PUBLIC DATA FROM THE ETHEREUM BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of the receipt at Blockchair.com