# Exhibit 19

# BLOCKCHAIR

info@blockchair.com
https://blockchair.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TRANSACTION RECEIPT                                               BITCOIN

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TRANSACTION IDENTIFIER:**

██████████████████████████████████38a9

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| **TRANSACTION TIMESTAMP:** | **CONFIRMED TRANSACTION:** |
|---|---|
| 2018-10-06 21:13 (UTC) | Included in block: #544661 on the Bitcoin blockchain |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SENDERS (INPUTS):**

| # | SENDER | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | ███████████████rRH6 | 0.09195010 | 604.65 |
| 1 | ███████████████fcDi | 1.00000000 | 6,575.81 |
| 2 | ███████████████yy92 | 0.46387288 | 3,050.34 |
| 3 | ███████████████fcDi | 10.00000000 | 65,729.80 |
| 4 | ███████████████fcDi | 0.50000000 | 3,286.49 |
| 5 | ███████████████fcDi | 1.50000000 | 9,859.47 |
| 6 | ███████████████fcDi | 100.00000000 | 657,298.00 |
| → | | TOTAL: 113.55582298 BTC | 746,721.50 USD |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**RECIPIENTS (OUTPUTS):**

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | ███████████████fmKr | 75.94000000 | 499,367.03 |
| 1 | ███████████████jred | 37.61568930 | 247,353.62 |
| / | \* \* \* MINER FEE \* \* \* | 0.00013368 | 0.88 |
| → | | TOTAL: 113.55582298 BTC | 746,720.60 USD |



info@blockchair.com
https://blockchair.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## :ENTITY RECEIPT

## ETHEREUM

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TRANSACTION IDENTIFIER:**

███████████████████████████████████7371

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSACTION TIMESTAMP:**                    **CONFIRMED TRANSACTION:**

2018-10-06 21:09 (UTC)                    Included in block: #6466380 on the Ethereum blockchain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STATUS:** Successful

**PURPOSE OF TRANSACTION:**  Ether (ETH) transfer

**INITIATOR:** ███████████████████████341f

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ETHER TRANSFER:**

| | | VALUE | TRANSACTION FEE |
|---|---|---|---|
| FROM | ███████████████████341f | | |
| TO | █████████████████████0c13 | 2,227.000000000000000000 ETH | 0.000861000000000000 ETH |
| | | 509,079.06 USD | 0.20 USD |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTE

ETH-USD RATE AT THE TIME OF TRANSACTION.
ERC-20 USD VALUES AT THE TIME OF RECEIPT GENERATION.

### DISCLAIMER

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-07-28 21:40 (UTC) AND IS
BASED ON PUBLIC DATA FROM THE ETHEREUM BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER
WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT
IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY
LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION
CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT
PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF
PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of
the receipt at Blockchair.com