# Exhibit 21

**BLOCKCHAIR**

info@blockchair.com
https://blockchair.com

## TRANSACTION RECEIPT

BITCOIN

**TRANSACTION IDENTIFIER:**

█████████████████████████████████████████████9a02

**TRANSACTION TIMESTAMP:**
2019-03-28 19:57 (UTC)

**CONFIRMED TRANSACTION:**
Included in block: #569203 on the Bitcoin blockchain

### SENDERS (INPUTS):

| # | SENDER | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | ███████████████P2n7 | 25.64705882 | 101,134.65 |
| 1 | ███████████████tn48 | 26.23529412 | 105,826.81 |
| 2 | ███████████████HkYW | 26.23529412 | 105,826.81 |
| 3 | ███████████████quNw | 26.23529412 | 105,826.81 |
| → | | TOTAL: 104.35294118 BTC | 420,934.47 USD |

### RECIPIENTS (OUTPUTS):

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | ███████████████CzJK | 4.35405918 | 17,563.22 |
| 1 | ███████████████byNa | 99.99800000 | 403,367.70 |
| / | * * * MINER FEE * * * | 0.00088200 | 3.56 |
| → | | TOTAL: 104.35294118 BTC | 420,930.90 USD |

**BLOCKCHAIR**

info@blockchair.com
https://blockchair.com

# TRANSACTION RECEIPT                                              BITCOIN

**TRANSACTION IDENTIFIER:**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓a512

**TRANSACTION TIMESTAMP:**              **CONFIRMED TRANSACTION:**
2019-03-29 01:39 (UTC)                  Included in block: #569241 on the Bitcoin blockchain

**SENDERS (INPUTS):**

| # | SENDER | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | ▓▓▓HkYW | 25.64705882 | 101,134.65 |
| 1 | ▓▓▓quNw | 25.64705882 | 101,134.65 |
| 2 | ▓▓▓Qkws | 26.23529412 | 105,826.81 |
| 3 | ▓▓▓P2n7 | 26.23529412 | 105,826.81 |

→  TOTAL: 103.76470588 BTC | 418,017.44 USD

**RECIPIENTS (OUTPUTS):**

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | ▓▓▓byNa | 99.99800000 | 402,843.22 |
| 1 | ▓▓▓mHUt | 3.76582388 | 15,170.67 |
| / | * * * MINER FEE * * * | 0.00088200 | 3.55 |

→  TOTAL: 103.76470588 BTC | 418,013.88 USD