# Exhibit 22

Withdrawal History

| User ID | Currency | Amount | BUSD | Destination Address | Label/Tag/Memo | txId | Apply Time | Status | CounterParty ID |
|---|---|---|---|---|---|---|---|---|---|
| 22003517 | BCH | 378.67462536 | 213458.88631543 | 8Uxq | | 1698 | 2020-04-01 05 45 48 | Success | 9897 |
| 22003517 | USDT | 1588.80000000 | 1589.91293851 | 92d0 | | 5a72 | 2019-08-26 16 57 47 | Success | 9897 |