# Exhibit 23

| Currency | Amount | Account Type | BUSD | Deposit Address | Source Address | TXID | Create Time | Network | CounterParty ID |
|---|---|---|---|---|---|---|---|---|---|
| COVER | 120.84367303 | Spot Wallet | 0.00000000 | 92d0 | 92fd | 45a0 | 2020-12-13 05 36 30 | ETH | |
| WNXM | 459.90000000 | Spot Wallet | 10191.78151261 | 92d0 | 92fd | 6e02 | 2020-12-05 04 14 13 | ETH | |
| USDT | 234000.00000000 | Spot Wallet | 234187.34987990 | 92d0 | 92fd | 733f | 2020-12-03 15 42 10 | ETH | |
| CRV | 1896.87856324 | Spot Wallet | 1515.60597203 | 92d0 | 92fd | 2d94 | 2020-12-02 16 02 09 | ETH | |
| USDT | 499999.99999900 | Spot Wallet | 500250.12506153 | 92d0 | 92fd | 377b | 2020-11-26 14 50 38 | ETH | |
| CRV | 4623.81293246 | Spot Wallet | 2741.92106895 | 92d0 | 92fd | 3061 | 2020-11-26 14 44 23 | ETH | |
| ETH | 500.00000000 | Spot Wallet | 280445.00000000 | 92d0 | 92fd | 7740 | 2020-11-22 23 28 41 | ETH | |
| CRV | 2936.51199836 | Spot Wallet | 2519.52729459 | 92d0 | 92fd | ae52 | 2020-11-20 11 04 49 | ETH | |
| COMP | 12.05120778 | Spot Wallet | 1479.64729138 | 92d0 | 92fd | c2a9 | 2020-11-17 03 32 46 | ETH | |
| CRV | 6433.41537262 | Spot Wallet | 5635.67186641 | 92d0 | 92fd | d16b | 2020-11-17 03 32 46 | ETH | |
| COMP | 55.17249819 | Spot Wallet | 6713.38957977 | 92d0 | 92fd | 9cde | 2020-11-14 23 30 19 | ETH | |
| COMP | 83.61904180 | Spot Wallet | 8018.22991779 | 92d0 | 92fd | 698d | 2020-11-06 18 56 48 | ETH | |
| COMP | 98.42667472 | Spot Wallet | 10342.67498003 | 92d0 | 92fd | a300 | 2020-10-24 09 22 45 | ETH | |
| CREAM | 749.10686048 | Spot Wallet | 26566.32570003 | 92d0 | 92fd | 26ba | 2020-10-13 06 30 56 | ETH | |
| SUSHI | 7459.92637326 | Spot Wallet | 5475.58595797 | 92d0 | 92fd | 302d | 2020-10-13 06 30 53 | ETH | |
| COMP | 44.27917782 | Spot Wallet | 5212.54481351 | 92d0 | 92fd | e2c6 | 2020-10-12 01 08 22 | ETH | |
| ETH | 1000.00000000 | Spot Wallet | 359750.00000000 | 92d0 | 92fd | 8787 | 2020-09-30 15 54 08 | ETH | |
| YFII | 4.49063197 | Spot Wallet | 17068.62309819 | 92d0 | 92fd | d567 | 2020-09-26 13 20 28 | ETH | |
| ETH | 400.00000000 | Spot Wallet | 140828.00000000 | 92d0 | 92fd | 36af | 2020-09-25 11 44 33 | ETH | |
| CREAM | 72.54423033 | Spot Wallet | 9401.15189697 | 92d0 | 92fd | ee33 | 2020-09-19 17 53 07 | BSC | |
| CREAM | 1.00000000 | Spot Wallet | 129.59200000 | 92d0 | 92fd | 6602 | 2020-09-19 17 51 06 | BSC | |
| USDT | 449599.54912548 | Spot Wallet | 449689.48702288 | 92d0 | 92fd | e356 | 2020-09-17 17 45 04 | BSC | |
| USDT | 400000.00000000 | Spot Wallet | 400080.01600320 | 92d0 | 92fd | 35dd | 2020-09-17 17 37 07 | BSC | |
| USDT | 100000.00000000 | Spot Wallet | 100020.00400080 | 92d0 | 92fd | 7990 | 2020-09-17 17 35 02 | BSC | |
| USDT | 100.00000000 | Spot Wallet | 100.02000400 | 92d0 | 92fd | eed4 | 2020-09-17 17 28 06 | BSC | |
| UNI | 405.69588500 | Spot Wallet | 1404.03231881 | 92d0 | 92fd | 3f24 | 2020-09-17 03 22 40 | ETH | |
| YFII | 3.59577811 | Spot Wallet | 20749.84793837 | 92d0 | 92fd | 84c8 | 2020-09-14 18 50 05 | ETH | |
| USDT | 476455.18619200 | Spot Wallet | 476550.49629126 | 92d0 | 92fd | bcbe | 2020-09-14 17 00 26 | ETH | |
| ETH | 1285.00000000 | Spot Wallet | 484689.15000000 | 92d0 | 92fd | 4217 | 2020-09-14 16 26 22 | ETH | |
| REN | 142772.25584186 | Spot Wallet | 0.00000000 | 92d0 | 92fd | 398e | 2020-09-14 00 48 42 | ETH | |
| LEND | 74126.86628558 | Spot Wallet | 0.00000000 | 92d0 | 92fd | 0018 | 2020-09-14 00 48 28 | ETH | |
| COMP | 351.21148512 | Spot Wallet | 63379.62460533 | 92d0 | 92fd | 25dd | 2020-09-12 17 02 12 | ETH | |
| SUSHI | 3336.02991689 | Spot Wallet | 9087.34549360 | 92d0 | 92fd | 1787 | 2020-09-11 17 18 15 | ETH | |
| SUSHI | 4872.44799755 | Spot Wallet | 11640.27826616 | 92d0 | 92fd | 8330 | 2020-09-10 20 54 24 | ETH | |
| REN | 141493.10000000 | Spot Wallet | 0.00000000 | 92d0 | 92fd | bb9f1 | 2020-09-10 20 38 06 | ETH | |
| YFI | 3.91737248 | Spot Wallet | 133191.33021102 | 92d0 | 92fd | 5086 | 2020-09-10 20 24 25 | ETH | |
| YFI | 11.18602218 | Spot Wallet | 44301.21309281 | 92d0 | 92fd | 931c | 2020-09-10 15 48 08 | ETH | |
| SUSHI | 26306.37270678 | Spot Wallet | 75394.06417762 | 92d0 | 92fd | 593c | 2020-09-09 20 48 12 | ETH | |
| ETH | 200.00000000 | Spot Wallet | 70180.00000000 | 92d0 | 92fd | 57b3 | 2020-09-09 16 12 40 | ETH | |
| USDT | 306624.30039100 | Spot Wallet | 306624.30039100 | 92d0 | 92fd | 1c8e | 2020-09-05 13 58 55 | ETH | |
| SUSHI | 3953.44085313 | Spot Wallet | 18086.99190306 | 92d0 | 92fd | 8cdd | 2020-09-04 04 22 09 | ETH | |
| SUSHI | 3125.03611418 | Spot Wallet | 14887.67204796 | 92d0 | 92fd | 8030 | 2020-09-03 01 46 07 | ETH | |
| SUSHI | 1902.30564066 | Spot Wallet | 13696.60061277 | 92d0 | 92fd | 725b | 2020-09-02 03 24 42 | ETH | |
| CRV | 2650.11803883 | Spot Wallet | 14572.99909553 | 92d0 | 92fd | 623b | 2020-09-01 14 18 38 | ETH | |
| SUSHI | 893.59742534 | Spot Wallet | 7843.99819965 | 92d0 | 92fd | b9f6 | 2020-09-01 13 34 37 | ETH | |
| YFII | 5.00003975 | Spot Wallet | 42761.36825036 | 92d0 | 92fd | 7cf0 | 2020-09-01 12 02 12 | ETH | |
| BAND | 6914.85684146 | Spot Wallet | 0.00000000 | 92d0 | 92fd | 0948 | 2020-09-01 06 46 30 | ETH | |
| ETH | 700.00000000 | Spot Wallet | 300209.00000000 | 92d0 | 92fd | 1921 | 2020-08-30 19 32 59 | ETH | |
| ETH | 1000.00000000 | Spot Wallet | 428870.00000000 | 92d0 | 92fd | 9d94 | 2020-08-30 19 12 51 | ETH | |
| USDT | 132184.77127700 | Spot Wallet | 132224.43860858 | 92d0 | 92fd | 381f | 2020-08-29 22 24 06 | ETH | |
| CRV | 525.12356163 | Spot Wallet | 1627.88304105 | 92d0 | 92fd | de79 | 2020-08-29 15 02 51 | ETH | |
| USDT | 203854.51411100 | Spot Wallet | 203915.68881764 | 92d0 | 92fd | 2697 | 2020-08-29 13 22 32 | ETH | |
| CRV | 771.87670599 | Spot Wallet | 2392.81778856 | 92d0 | 92fd | 161f | 2020-08-29 00 08 09 | ETH | |
| USDT | 128930.50265300 | Spot Wallet | 128982.09549120 | 92d0 | 92fd | dc48 | 2020-08-28 15 00 29 | ETH | |
| BTC | 2.37838507 | Spot Wallet | 27428.41662972 | dUxq | DKrN | 3b33 | 2020-08-28 13 10 51 | BTC | |
| CRV | 1106.53507429 | Spot Wallet | 3935.94525925 | 92d0 | 92fd | 3297 | 2020-08-28 05 56 34 | ETH | |
| TRB | 152.20699500 | Spot Wallet | 8434.85504192 | 92d0 | 688b | 8ada | 2020-08-27 06 02 07 | ETH | |
| TRB | 55.23807071 | Spot Wallet | 3061.12816433 | 92d0 | 92fd | 2813 | 2020-08-27 05 54 28 | ETH | |
| CRV | 636.09630935 | Spot Wallet | 2119.47290275 | 92d0 | 92fd | 9018 | 2020-08-27 03 26 12 | ETH | |
| CRV | 574.70425285 | Spot Wallet | 2039.05068910 | 92d0 | 92fd | 5086 | 2020-08-26 16 31 20 | ETH | |
| CRV | 1174.07765445 | Spot Wallet | 4165.62751798 | 92d0 | 92fd | 4c1a | 2020-08-26 03 20 50 | ETH | |
| CRV | 1206.51076674 | Spot Wallet | 3460.27287902 | 92d0 | 92fd | 3690 | 2020-08-25 01 08 06 | ETH | |
| CRV | 1371.28918445 | Spot Wallet | 3668.19856840 | 92d0 | 92fd | bd87 | 2020-08-23 21 32 12 | ETH | |
| CRV | 1109.50792947 | Spot Wallet | 3383.99918487 | 92d0 | 92fd | e553 | 2020-08-22 16 13 22 | ETH | |
| CRV | 1316.01353125 | Spot Wallet | 4241.51161123 | 92d0 | 92fd | 624d | 2020-08-21 17 46 35 | ETH | |
| CRV | 748.37637737 | Spot Wallet | 2907.44416860 | 92d0 | 92fd | 9c79 | 2020-08-20 14 33 05 | ETH | |
| CRV | 334.05343130 | Spot Wallet | 1297.79758061 | 92d0 | 92fd | d6e8 | 2020-08-20 01 26 36 | ETH | |
| CRV | 134.03859935 | Spot Wallet | 525.16323224 | 92d0 | 92fd | 298 | 2020-08-19 17 32 32 | ETH | |
| CRV | 356.72478942 | Spot Wallet | 1397.64772493 | 92d0 | 92fd | 5a1b | 2020-08-19 14 20 27 | ETH | |
| CRV | 442.72126276 | Spot Wallet | 1734.58190750 | 92d0 | 92fd | 1455 | 2020-08-19 05 54 15 | ETH | |
| CRV | 308.16594605 | Spot Wallet | 1110.63006958 | 92d0 | 92fd | 2604 | 2020-08-18 19 26 27 | ETH | |
| CRV | 630.23470475 | Spot Wallet | 2271.36587590 | 92d0 | 92fd | 6ece | 2020-08-18 12 33 32 | ETH | |
| YFI | 18.63132833 | Spot Wallet | 182236.74866140 | 92d0 | 92fd | eb04 | 2020-08-18 12 04 44 | ETH | |
| CRV | 121.61496904 | Spot Wallet | 525.61989620 | 92d0 | 92fd | c889 | 2020-08-17 22 06 53 | ETH | |
| CRV | 151.38787595 | Spot Wallet | 654.29839986 | 92d0 | 92fd | 6390 | 2020-08-17 19 04 35 | ETH | |
| CRV | 268.36001230 | Spot Wallet | 1159.85197317 | 92d0 | 92fd | 2ce7 | 2020-08-17 15 33 00 | ETH | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CRV | 283.94057577 | Spot Wallet | 1227.19116849 | [redacted]92d0 | [redacted]92fd | [redacted]50ce | 2020-08-17 07 44 39 | ETH | |
| CRV | 127.76464672 | Spot Wallet | 552.19880312 | [redacted]92d0 | [redacted]92fd | [redacted]3bd5 | 2020-08-17 00 10 27 | ETH | |
| CRV | 172.09234201 | Spot Wallet | 996.58675261 | [redacted]92d0 | [redacted]92fd | [redacted]1a5c | 2020-08-16 20 34 51 | ETH | |
| CRV | 655.25757127 | Spot Wallet | 3794.59659520 | [redacted]92d0 | [redacted]92fd | [redacted]9603 | 2020-08-16 15 58 08 | ETH | |
| CRV | 176.85337018 | Spot Wallet | 1211.44558576 | [redacted]92d0 | [redacted]92fd | [redacted]0354 | 2020-08-15 22 58 17 | ETH | |
| CRV | 169.43772472 | Spot Wallet | 1160.64841437 | [redacted]92d0 | [redacted]92fd | [redacted]c236 | 2020-08-15 18 34 13 | ETH | |
| CRV | 394.71913991 | Spot Wallet | 2703.82610840 | [redacted]92d0 | [redacted]92fd | [redacted]d245 | 2020-08-15 14 16 18 | ETH | |
| ETH | 463.00000000 | Spot Wallet | 196788.89000000 | [redacted]92d0 | [redacted]92fd | [redacted]b891 | 2020-08-13 11 38 10 | ETH | |
| COMP | 455.96431690 | Spot Wallet | 93591.23568603 | [redacted]92d0 | [redacted]1c00 | [redacted]598f | 2020-08-13 09 30 19 | ETH | |
| USDC | 44976.23958100 | Spot Wallet | 44969.00173917 | [redacted]92d0 | [redacted]92fd | [redacted]0c1d | 2020-08-12 01 18 28 | ETH | |
| YFI | 2.36749034 | Spot Wallet | 14782.60967950 | [redacted]92d0 | [redacted]92fd | [redacted]ea1b | 2020-08-10 12 01 46 | ETH | |
| BTC | 1.00000000 | Spot Wallet | 11352.64000000 | [redacted]dUxq | [redacted]Qj3y[redacted]eqct [redacted]Deb4[redacted]W928[redacted] [redacted]Aw9E[redacted]eZy2 | [redacted]48fa | 2020-07-31 22 08 39 | BTC | |
| BTC | 1.00000000 | Spot Wallet | 11109.09000000 | [redacted]dUxq | [redacted]3TEf | [redacted]62b7 | 2020-07-30 21 50 51 | BTC | |
| USDC | 26256.80425500 | Spot Wallet | 26252.57885514 | [redacted]92d0 | [redacted]92fd | [redacted]fa1f | 2020-07-16 14 18 19 | ETH | |
| USDC | 55302.30088300 | Spot Wallet | 55293.40131046 | [redacted]92d0 | [redacted]1c00 | [redacted]9e5b | 2020-06-22 20 00 05 | ETH | |
| USDC | 36700.00000000 | Spot Wallet | 36694.09401947 | [redacted]92d0 | [redacted]1c00 | [redacted]696f | 2020-06-22 18 22 07 | ETH | |
| USDC | 80420.97712400 | Spot Wallet | 80408.03530588 | [redacted]92d0 | [redacted]92fd | [redacted]5d73 | 2020-06-22 14 24 12 | ETH | |
| USDC | 60500.00000000 | Spot Wallet | 60490.26398305 | [redacted]92d0 | [redacted]92fd | [redacted]14af | 2020-06-22 08 34 29 | ETH | |
| USDC | 32044.79624600 | Spot Wallet | 32039.63940832 | [redacted]92d0 | [redacted]688b | [redacted]6dab | 2020-06-21 14 30 05 | ETH | |
| USDC | 24000.00000000 | Spot Wallet | 23996.13777840 | [redacted]92d0 | [redacted]688b | [redacted]4b85 | 2020-06-21 04 28 20 | ETH | |
| USDT | 41887.21523500 | Spot Wallet | 41837.01082201 | [redacted]92d0 | [redacted]1c00 | [redacted]ff9e | 2020-06-17 10 06 04 | ETH | |
| USDT | 60031.07428600 | Spot Wallet | 59959.12333799 | [redacted]92d0 | [redacted]92fd | [redacted]7850 | 2020-06-17 09 28 06 | ETH | |
| USDT | 23500.00000000 | Spot Wallet | 23471.83379944 | [redacted]92d0 | [redacted]688b | [redacted]5811 | 2020-06-17 08 34 15 | ETH | |
| BTC | 4.25000000 | Spot Wallet | 40482.05750000 | [redacted]dUxq | [redacted]ffgc[redacted]ffgc [redacted]ffgc[redacted]ffgc [redacted]ffgc[redacted]fgc[redacted] [redacted]ffgc | [redacted]29b2 | 2020-06-16 16 53 20 | BTC | |
| BTC | 8.58251198 | Spot Wallet | 81750.05728678 | [redacted]dUxq | [redacted]qrxp[redacted] [redacted]9c9h[redacted]9q3t | [redacted]0a28 | 2020-06-16 00 12 27 | BTC | |
| BTC | 1.00000000 | Spot Wallet | 9427.10000000 | [redacted]dUxq | [redacted]JSXj[redacted]HHo[redacted] [redacted]PzWM[redacted]WX7P[redacted] [redacted]kxa2[redacted]Sh3R[redacted] [redacted]Jbdu[redacted]zqW3 | [redacted]ac49 | 2020-06-15 19 22 42 | BTC | |
| BTC | 2.50000000 | Spot Wallet | 24997.55000000 | [redacted]dUxq | [redacted]XT7F[redacted]XT7F | [redacted]abef | 2020-05-07 13 08 42 | BTC | |
| SOL | 3702.42130000 | Spot Wallet | 3501.00958128 | [redacted]CzsP | [redacted]a8cY | [redacted]uFi | 2020-04-10 03 52 33 | SOL | |
| BCH | 378.67462536 | Spot Wallet | 84785.24861810 | [redacted]dUxq | [redacted]1698 | [redacted]1698 | 2020-04-01 05 46 27 | BCH | [redacted]3517 |
| PERL | 155000.00000000 | Spot Wallet | 0.00000000 | [redacted]92d0 | [redacted]9b0a | [redacted]4f5f | 2019-08-27 02 24 46 | ETH | |
| PERL | 10000.00000000 | Spot Wallet | 0.00000000 | [redacted]92d0 | [redacted]9b0a | [redacted]3ee0 | 2019-08-27 02 08 36 | ETH | |
| USDT | 1588.80000000 | Spot Wallet | 0.00000000 | [redacted]92d0 | [redacted]f0be | [redacted]5a72 | 2019-08-26 17 04 23 | ETH | |
| BTC | 99.99000000 | Spot Wallet | 0.00000000 | [redacted]dUxq | [redacted]spWu[redacted]F4yse[redacted] [redacted]fcDi | [redacted]c1d5 | 2019-03-30 00 41 04 | BTC | |
| BTC | 0.01000000 | Spot Wallet | 0.00000000 | [redacted]dUxq | [redacted]Gt9g | [redacted]fcd7 | 2019-03-29 23 48 37 | BTC | |

