# Exhibit 25

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **Stefan Q 2<> QCP Trade**

| | | |
|---|---|---|
| SM | **System Message**<br>6590235347@s.whatsapp.net created the group "Stefan Q 2<> QCP Trade" | 3/5/2019, 8:05 AM |
| SM | **System Message**<br>Messages to this group are now secured with end-to-end encryption. Tap for more info. | 3/5/2019, 8:05 AM |
| SM | **System Message**<br>6590235347@s.whatsapp.net added 16282287548@s.whatsapp.net | 3/5/2019, 8:05 AM |
| SQ | **Stefan Qin**<br>thanks guys | 3/5/2019, 8:05 AM |
| SQ | **Stefan Qin**<br>Could you please add Nasir Adaya | 3/5/2019, 8:06 AM |
| SQ | **Stefan Qin**<br>+1 (832) 279-7322 | 3/5/2019, 8:06 AM |
| SM | **System Message**<br>You're now an admin | 3/5/2019, 8:07 AM |
| SM | **System Message**<br>6590235347@s.whatsapp.net changed the group description to. Tap to view. | 3/5/2019, 8:07 AM |
| # | **6590235347@s.whatsapp.net**<br>Absolutely | 3/5/2019, 8:07 AM |
| SM | **System Message**<br>6590235347@s.whatsapp.net added 18322797322@s.whatsapp.net | 3/5/2019, 8:08 AM |
| SQ | **Stefan Qin**<br>Cheers | 3/5/2019, 8:09 AM |
| # | **6590235347@s.whatsapp.net**<br>Just for good order, this is the second trading channel for Stefan's Personal account with QCP, with Authorised Trader Nasir Adaya. | 3/5/2019, 8:09 AM |

| | | |
|---|---|---|
| TK | **Timothy Kan**<br>A total of 200 BTC have been sent | 3/29/2019, 2:12 PM |
| NA | **Nasir Adaya**<br>Ty | 3/29/2019, 2:15 PM |
| NA | **Nasir Adaya**<br>Can you give me BTC and ETH indicative spot price? Same size as before. | 3/29/2019, 3:33 PM |
| TK | **Timothy Kan**<br>Sure | 3/29/2019, 3:34 PM |
| TK | **Timothy Kan**<br>Indicative spot prices<br>4079 BTCUSD<br>140.9 ETHUSD | 3/29/2019, 3:35 PM |
| NA | **Nasir Adaya**<br>Can you refre h tho e | 3/29/2019, 6:10 PM |
| D | **Darby**<br>Hey | 3/29/2019, 6:10 PM |
| D | **Darby**<br>sure | 3/29/2019, 6:10 PM |
| NA | **Nasir Adaya**<br>Hi Daryn. Thanks. | 3/29/2019, 6:11 PM |
| D | **Darby**<br>Indicative spot prices<br><br>4086.74 btcusd<br>141.24 ethusd | 3/29/2019, 6 12 PM |
| NA | **Na ir Adaya**<br>Can you refresh | 3/29/2019, 6 23 PM |
| D | **Darby**<br>Okay moment | 3/29/2019, 6:23 PM |
| D | **Darby**<br>indicative<br><br>4091.27 btcusd<br>142 ethusd | 3/29/2019, 6:24 PM |
| D | **Darby**<br>prices moving up pretty quickly | 3/29/2019, 6:24 PM |
| NA | **Nasir Adaya**<br>I'll buy 100 BTC at best | 3/29/2019, 6:24 PM |
| D | **Darby**<br>Okay got it | 3/29/2019, 6:25 PM |
| TK | **Timothy Kan** | 3/29/2019, 6:25 PM |

Execution in motion

| | | |
|---|---|---|
| NA | **Nasir Adaya** | 3/29/2019, 6:25 PM |

Ty

| | | |
|---|---|---|
| D | **Darby** | 3/29/2019, 6:38 PM |

For good order you bought 100 BTC @ 4089 BTCUSD

USD due to QCP after 25bps fee = $409,922.25 USD

USD balance held on deposit = $2,240,357.38 USD

| | | |
|---|---|---|
| TK | **Timothy Kan** | 3/29/2019, 6:38 PM |

|       |       |
|-------|-------|
|       | 4091.29  25.00 |
| 25.00  4084.33 |       |

*Image: 3e595fc4-9dec-44f1-8150-7bd9ff1eb34d.jpg (5 KB)*

| | | |
|---|---|---|
| NA | **Nasir Adaya** | 3/29/2019, 6:39 PM |

Can you send to this address?

| | | |
|---|---|---|
| NA | **Nasir Adaya** | 3/29/2019, 6:39 PM |

████████████████████████dUxq

| | | |
|---|---|---|
| NA | **Nasir Adaya** | 3/29/2019, 6:39 PM |

Let's do a test transaction first though.

| | | |
|---|---|---|
| D | **Darby** | 3/29/2019, 6:39 PM |

Okay np

| | | |
|---|---|---|
| D | **Darby** | 3/29/2019, 6:39 PM |

0.01 btc test coming up

| | | |
|---|---|---|
| D | **Darby** | 3/29/2019, 6:42 PM |

████████████████████████████████fcd7

*File "2f18d1e0-8d50-41e1-b293-32634b0acc45" is missing.*
*Attachment: 8d79a468-0a3c-4f7a-9b31-93c20903f943*

| | | |
|---|---|---|
| NA | **Nasir Adaya** | 3/29/2019, 7:28 PM |

Ty. Can you send the rest?

| | | |
|---|---|---|
| I | **Ivan** | 3/29/2019, 7:28 PM |

sure

| | | |
|---|---|---|
| NA | **Nasir Adaya** | 3/29/2019, 7:28 PM |

Also refresh on prices pls

| | | |
|---|---|---|
| I | **Ivan** | 3/29/2019, 7:28 PM |

ok

| | | |
|---|---|---|
| I | **Ivan** | 3/29/2019, 7:28 PM |

For what size >?

| | | |
|---|---|---|
| NA | **Nasir Adaya** | 3/29/2019, 7:29 PM |

200 BTC

| **Ivan** | 3/29/2019, 7:30 PM |

indicative spot price 4114 now

| **Ivan** | 3/29/2019, 7:38 PM |

████████████████████████████████████████ c1d5

*File **"3fbd09be-5589-492c-ae09-4c16accf24cf"** is missing.*
*Attachment: 5543b1dd-4b4e-4e53-9352-2c47042a354d*