# Exhibit 26



**Silvergate**

**VIRGIL SIGMA FUND LP**
**TRADING**
**C/O OGIER 89 NEXUS WAY**
**CAMANA BAY GRAND CAYMAN**
**CAYMAN ISLANDS KY1-9009**

Page         1 of 2

Account Number:   ******7013
Date                      10/31/18

## STATEMENT SUMMARY AS OF 10/31/18

| Account Name | Account Number | Balance |
|---|---|---|
| BASIC BUSINESS CHECKING | XXXXXX7013 | .00 |

| VIRGIL SIGMA FUND LP | BASIC BUSINESS CHECKING | ACCT | ******7013 |

### Summary of Activity Since Your Last Statement

| | | |
|---|---|---|
| Beginning Balance | 10/01/18 | 3,109,970.00 |
| Deposits / Misc Credits | 4 | 1,480,050.00 |
| Withdrawals / Misc Debits | 8 | 4,590,020.00 |
| ** Ending Balance | 10/31/18 | .00** |
| Service Charge | | .00 |
| Average Balance | | 19,354 |

### Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 10/04 | 1,000,000.00 | Ref 1458 from Dep 7005 Justin Moore 1m |
| 10/19 | 100,000.00 | ORIG:IBERICO FUND LP TRN: 6039 |
| 10/25 | 280,050.00 | ORIG:MR CHAN KWOK WING TRN: 6481 |
| 10/31 | 100,000.00 | Ref 1048 from Dep 7005 Qing Gejifu 100k |

### Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 10/01 | 3,109,940.00 | BENE:VIRGIL CAPITAL PTY LTD TRN: 2757 |
| 10/01 | 30.00 | OUTGOING WIRE FEE 2757 |
| 10/04 | 999,970.00 | BENE:VIRGIL CAPITAL PTY LTD TRN: 3361 |
| 10/04 | 30.00 | OUTGOING WIRE FEE 3361 |
| 10/25 | 380,020.00 | BENE:VIRGIL CAPITAL PTY LTD TRN: 6157 |
| 10/25 | 30.00 | OUTGOING WIRE FEE- 6157 |
| 10/31 | 99,970.00 | BENE:VIRGIL CAPITAL PTY LTD TRN: 5529 |



**VIRGIL SIGMA FUND LP**
**TRADING**
**C/O OGIER 89 NEXUS WAY**
**CAMANA BAY GRAND CAYMAN**
**CAYMAN ISLANDS KY1-9009**

Page          2 of 2

Account Number:   ******7013
Date                          10/31/18

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 10/31 | 30.00 | OUTGOING WIRE FEE- ▮▮▮▮ 5529 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | .00 | 10/19 | 100,000.00 | 10/31 | .00 |
| 10/04 | .00 | 10/25 | .00 | | |



**VIRGIL SIGMA FUND LP**
**TRADING**
**C/O OGIER 89 NEXUS WAY**
**CAMANA BAY GRAND CAYMAN**
**CAYMAN ISLANDS KY1-9009**

Page           1 of 1

Account Number:   ******7013
Date                     11/30/18

## STATEMENT SUMMARY AS OF 11/30/18

| Account Name | Account Number | Balance |
|---|---|---|
| BASIC BUSINESS CHECKING | XXXXXX7013 | .00 |

| VIRGIL SIGMA FUND LP | BASIC BUSINESS CHECKING | ACCT | ******7013 |

### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| Beginning Balance | 11/01/18 | | .00 |
| Deposits / Misc Credits | | 2 | 1,100,000.00 |
| Withdrawals / Misc Debits | | 4 | 1,100,000.00 |
| ** Ending Balance | 11/30/18 | | .00** |
| Service Charge | | | .00 |
| Average Balance | | | 0 |

### Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 11/01 | 1,000,000.00 | ORIG:SIMPLE RULES COMPANY TRN: 7575 |
| 11/29 | 100,000.00 | ORIG:IBERICO FUND LP TRN: 3069 |

### Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 11/01 | 999,970.00 | BENE:VIRGIL CAPITAL PTY LTD TRN: 6014 |
| 11/01 | 30.00 | OUTGOING WIRE FEE- 6014 |
| 11/29 | 99,970.00 | BENE:VIRGIL CAPITAL PTY LTD TRN: 0939 |
| 11/29 | 30.00 | OUTGOING WIRE FEE- 0939 |

### Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | .00 | 11/29 | .00 | | |

 Silvergate

**VIRGIL SIGMA FUND LP**
**TRADING**
**C/O OGIER 89 NEXUS WAY**
**CAMANA BAY GRAND CAYMAN**
**CAYMAN ISLANDS KY1-9009**

Page        1 of 1

Account Number:  ******7013
Date                       12/31/18

## STATEMENT SUMMARY AS OF 12/31/18

| Account Name | Account Number | Balance |
|---|---|---|
| BASIC BUSINESS CHECKING | XXXXXX7013 | .00 |

| VIRGIL SIGMA FUND LP | BASIC BUSINESS CHECKING | ACCT | ******7013 |

### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| | Beginning Balance | 12/01/18 | .00 |
| | Deposits / Misc Credits | 1 | 674,525.00 |
| | Withdrawals / Misc Debits | 2 | 674,525.00 |
| ** | Ending Balance | 12/31/18 | .00** |
| | Service Charge | | .00 |
| | Average Balance | | 0 |

### Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 12/04 | 674,525.00 | Ref      1053 from Dep      7005 Odin88 Class B 674525 USD |

### Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 12/04 | 674,495.00 | BENE:VIRGIL CAPITAL PTY LTD TRN:            0519 |
| 12/04 | 30.00 | OUTGOING WIRE FEE           0519 |

### Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/04 | .00 | | | | |

SILV_AA_00000002