# Exhibit 27



VIRGIL CAPITAL LLC
C/O OGIER 89 NEXUS WAY
CAMANA BAY GRAND CAYMAN
CAYMAN ISLANDS KY1-9009

Page 1 of 2

Account Number: ******7005
Date: 10/31/18

## STATEMENT SUMMARY AS OF 10/31/18

| Account Name | Account Number | Balance |
|---|---|---|
| BASIC BUSINESS CHECKING | XXXXXX7005 | 45,922.66 |

| VIRGIL CAPITAL LLC | BASIC BUSINESS CHECKING | ACCT | ******7005 |

### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| Beginning Balance | 10/01/18 | | 75,897.66 |
| Deposits / Misc Credits | | 4 | 1,135,035.00 |
| Withdrawals / Misc Debits | | 4 | 1,165,010.00 |
| ** Ending Balance | 10/31/18 | | 45,922.66 ** |
| Service Charge | | | .00 |
| Average Balance | | | 44,602 |

### Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 10/04 | 1,000,000.00 | ORIG:JUSTIN R MOORE TRN: 3551 |
| 10/30 | 100,000.00 | ORIG:QINGGEJIFU TRN: 3244 |
| 10/31 | 2,035.00 | MONTGOMERY TECH/FUNDS XFER MONTGOMERY TECH VIRGIL CAPITAL LLC |
| 10/31 | 33,000.00 | ORIG:STEFAN HE QIN TRN: 7995 |

### Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 10/04 | 1,000,000.00 | Ref 458 to Dep 7013 Justin M re 1m |
| 10/15 | 65,000.00 | BENE:MONTGOMERY TECHNOLOGIES LLC TRN: 8140 |
| 10/15 | 10.00 | OUTGOING WIRE FEE- 8140 |
| 10/31 | 100,000.00 | Ref 1048 to Dep 7013 Qing Geju 100k |

**VIRGIL CAPITAL LLC**
**C/O OGIER 89 NEXUS WAY**
**CAMANA BAY GRAND CAYMAN**
**CAYMAN ISLANDS KY1-9009**

Page      2 of 2

Account Number:    ******7005
Date      10/31/18

## Daily Balance Summary

| Date  | Balance    | Date  | Balance    | Date | Balance |
|-------|-----------|-------|-----------|------|---------|
| 10/04 | 75,897.66 | 10/30 | 110,887.66 |      |         |
| 10/15 | 10,887.66 | 10/31 | 45,922.66 |      |         |

SILV_AA_00000001



**VIRGIL CAPITAL LLC**
**C/O OGIER 89 NEXUS WAY**
**CAMANA BAY GRAND CAYMAN**
**CAYMAN ISLANDS KY1-9009**

Page     1 of 2

Account Number:   ******7005
Date               11/30/18

## STATEMENT SUMMARY AS OF 11/30/18

| Account Name | Account Number | Balance |
|---|---|---|
| BASIC BUSINESS CHECKING | XXXXXX7005 | 685,342.66 |

| VIRGIL CAPITAL LLC | BASIC BUSINESS CHECKING | ACCT | ******7005 |

### Summary of Activity Since Your Last Statement

|  |  |  |  |
|---|---|---|---|
| Beginning Balance | 11/01/18 |  | 45,922.66 |
| Deposits / Misc Credits |  | 6 | 764,816.12 |
| Withdrawals / Misc Debits |  | 9 | 125,396.12 |
| ** Ending Balance | 11/30/18 |  | 685,342.66 ** |
| Service Charge |  |  | .00 |
| Average Balance |  |  | 33,823 |

### Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 11/01 | 75,000.00 | ORIG:STEFAN HE QIN TRN: ▇▇▇▇ 3564 |
| 11/06 | 3,188.00 | MONTGOMERY TECH/FUNDS XFER MONTGOMERY TECH VIRGIL CAPITAL LLC |
| 11/06 | 12,102.50 | MONTGOMERY TECH/FUNDS XFER MONTGOMERY TECH VIRGIL CAPITAL LLC |
| 11/29 | .13 | JPMorgan Chase/Auth Crdt ▇▇▇ 3340 Auth |
| 11/29 | .49 | JPMorgan Chase/Auth Crdt ▇▇▇ 3338 Auth |
| 11/30 | 674,525.00 | ORIG:QINGGEJIFU TRN: ▇▇▇▇ 1263 |

### Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 11/01 | 2,035.00 | BENE:RAHMAT LIM AND PARTNERS TRN: ▇▇▇▇ 3317 |
| 11/01 | 107,970.00 | BENE:MONTGOMERY TECHNOLOGIES LLC TRN: ▇▇▇▇ 2194 |
| 11/01 | 30.00 | OUTGOING WIRE FEE- ▇▇▇ 3317 |
| 11/01 | 10.00 | OUTGOING WIRE FEE- ▇▇▇ 2194 |
| 11/07 | 3,188.00 | BENE:OGIER GLOBAL (BVI) LIMITED |

 Silvergate

**VIRGIL CAPITAL LLC**
**C/O OGIER 89 NEXUS WAY**
**CAMANA BAY GRAND CAYMAN**
**CAYMAN ISLANDS KY1-9009**

Page 2 of 2

Account Number: ******7005
Date 11/30/18

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 11/07 | 12,102.50 | TRN: ▓2747<br>BENE:OGIER GLOBAL (CAYMAN) LIMITED USD |
| 11/07 | 30.00 | TRN: ▓2746<br>OUTGOING WIRE FEE-▓2746 |
| 11/07 | 30.00 | OUTGOING WIRE FEE-▓2747 |
| 11/29 | .62 | JPMorgan Chase/Auth Debit ▓3341 Auth |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 10,877.66 | 11/07 | 10,817.66 | 11/30 | 685,342.66 |
| 11/06 | 26,168.16 | 11/29 | 10,817.66 | | |



**VIRGIL CAPITAL LLC**
**C/O OGIER 89 NEXUS WAY**
**CAMANA BAY GRAND CAYMAN**
**CAYMAN ISLANDS KY1-9009**

Page 1 of 2

Account Number: ******7005
Date: 12/31/18

## STATEMENT SUMMARY AS OF 12/31/18

| Account Name | Account Number | Balance |
|---|---|---|
| BASIC BUSINESS CHECKING | XXXXXX7005 | 11,005.16 |

| VIRGIL CAPITAL LLC | BASIC BUSINESS CHECKING | ACCT | ******7005 |

### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| Beginning Balance | 12/01/18 | 685,342.66 | |
| Deposits / Misc Credits | | 3 | 32,573.08 |
| Withdrawals / Misc Debits | | 11 | 706,910.58 |
| ** Ending Balance | 12/31/18 | 11,005.16 ** | |
| Service Charge | | .00 | |
| Average Balance | | 78,174 | |

### Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 12/10 | 3,828.00 | MONTGOMERY TECH/FUNDS XFER MONTGOMERY TECH VIRGIL CAPITAL LLC |
| 12/19 | 13,745.08 | Ref ████2108 from Dep ████7021 Prep for Ogier Transfer |
| 12/20 | 15,000.00 | MONTGOMERY TECH/FUNDS XFER MONTGOMERY TECH VIRGIL CAPITAL LLC |

### Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 12/04 | 674,525.00 | Ref ████1053 to Dep ████7013 Odin88 Css B 674525 USD |
| 12/10 | 5,000.00 | BENE:SEWARD AND KISSEL LLP TRN:████████0956 |
| 12/10 | 10.00 | OUTGOING WIRE FEE-████████0956 |
| 12/19 | 3,828.00 | BENE:OGIER GLOBAL (BVI) LIMITED TRN:████████3143 |
| 12/19 | 13,745.08 | BENE:OGIER TRN:████████3142 |
| 12/19 | 30.00 | OUTGOING WIRE FEE-████████3143 |
| 12/19 | 30.00 | OUTGOING WIRE FEE-████████3142 |
| 12/28 | 500.00 | BENE:MS L BARKAI TRN:████████4183 |

 Silvergate

VIRGIL CAPITAL LLC
C/O OGIER 89 NEXUS WAY
CAMANA BAY GRAND CAYMAN
CAYMAN ISLANDS KY1-9009

Page     2 of 2

Account Number:   ******7005
Date                      12/31/18

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 12/28 | 9,202.50 | BENE:DLA PIPER LLP<br>TRN: ████████3262 |
| 12/28 | 30.00 | OUTGOING WIRE FEE-████████4183 |
| 12/28 | 10.00 | OUTGOING WIRE FEE-████████3262 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/04 | 10,817.66 | 12/19 | 5,747.66 | 12/28 | 11,005.16 |
| 12/10 | 9,635.66 | 12/20 | 20,747.66 | | |