# Exhibit 28

| # | DATE | CURRENCY | STATUS | AMOUNT | FEES | DESCRIPTION | TRANSACTION ID | NOTE |
|---|---|---|---|---|---|---|---|---|
| 11886581 | 1/31/2019 5:04 | BTC | COMPLETED | 316 | 0 | 6F3P | | ce07 |
| 11697571 | 12/26/2018 14:18 | BTC | COMPLETED | 53 53766823 | 0 | 6F3P | | d7dc |
| 11515896 | 11/28/2018 0:10 | BTC | COMPLETED | 400 | 0 | 6F3P | | 939f |
| 11515580 | 11/27/2018 22:54 | BTC | COMPLETED | 0 1 | -0 0004 | 6F3P | | 62ba |
| 11515506 | 11/27/2018 22:53 | BTC | COMPLETED | 0 1 | -0 0004 | 6F3P | | 47d9 |
| 11157141 | 10/7/2018 2:08 | BTC | COMPLETED | 40 | 0 | 6F3P | | 4c11 |
| 11156987 | 10/7/2018 1:28 | BTC | COMPLETED | 1 | 0 | 6F3P | | 49fc |
| 11157000 | 10/7/2018 1:18 | ETH | COMPLETED | 1100 | 0 | f358 | | 1e17 |
| 11156958 | 10/7/2018 1:08 | ETH | COMPLETED | 100 | 0 | f358 | | cc21 |
| 10259774 | 6/13/2018 2:05 | BTC | COMPLETED | 69 99890606 | 0 | 6F3P | | d9fe |
| 10259309 | 6/13/2018 0:37 | BTC | COMPLETED | 0 501 | 0 | 6F3P | | a524 |
| 8678140 | 2/4/2018 6:42 | BTC | COMPLETED | 0 00001 | 0 | 6F3P | | 2c64 |