# Exhibit 29

# BLOCKCHAIR

info@blockchair.com
https://blockchair.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TRANSACTION RECEIPT                                                BITCOIN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TRANSACTION IDENTIFIER:**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇a524

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSACTION TIMESTAMP:**                **CONFIRMED TRANSACTION:**

2018-06-13 00:16 (UTC)                    Included in block: #527197 on the Bitcoin blockchain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SENDERS (INPUTS):**

| # | SENDER | VALUE (BTC) | VALUE (USD) |
|---|--------|-------------|-------------|
| 0 | ▇▇▇▇dRqP | 70.00000000 | 473,372.90 |
| 1 | ▇▇▇▇dRqP | 0.50000000 | 3,381.80 |
| 2 | ▇▇▇▇dRqP | 0.00100000 | 6.76 |

→                                          TOTAL: 70.50100000 BTC | 476,760.90 USD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RECIPIENTS (OUTPUTS):**

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|-----------|-------------|-------------|
| 0 | ▇▇▇▇A8vs | 0.00100000 | 6.76 |
| 1 | ▇▇▇▇6F3P | 0.50100000 | 3,388.00 |
| 2 | ▇▇▇▇dfWB | 69.99892993 | 473,365.70 |
| / | * * * MINER FEE * * * | 0.00007007 | 0.47 |

→                                          TOTAL: 70.50100000 BTC | 476,760.44 USD

**BLOCKCHAIR**

info@blockchair.com
https://blockchair.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TRANSACTION RECEIPT                                                          BITCOIN

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TRANSACTION IDENTIFIER:**

███████████████████████████████████████ad9fe

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSACTION TIMESTAMP:**                **CONFIRMED TRANSACTION:**

2018-06-13 01:34 (UTC)                    Included in block: #527203 on the Bitcoin blockchain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SENDERS (INPUTS):**

| # | SENDER | VALUE (BTC) | VALUE (USD) |
|---|--------|-------------|-------------|
| 0 | ███████████████████████dfWB | 69.99892993 | 473,365.70 |

→                                         TOTAL: 69.99892993 BTC | 473,365.70 USD

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**RECIPIENTS (OUTPUTS):**

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|-----------|-------------|-------------|
| 0 | ███████████████████████6F3P | 69.99890606 | 473,365.53 |
| / | * * * MINER FEE * * * | 0.00002387 | 0.16 |

→                                         TOTAL: 69.99892993 BTC | 473,365.53 USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTE**

BTC-USD RATE AT THE TIME OF TRANSACTION.
OMNI LAYER BALANCES ARE NOT INCLUDED IN THIS REPORT.

**DISCLAIMER**

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-05-20 20:56 (UTC) AND IS BASED ON PUBLIC DATA FROM THE BITCOIN BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of the receipt at Blockchair.com