# Exhibit 30

**BLOCKCHAIR**

info@blockchair.com
https://blockchair.com

# TRANSACTION RECEIPT

BITCOIN

**TRANSACTION IDENTIFIER:**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓27c2

**TRANSACTION TIMESTAMP:**
2018-05-31 23:20 (UTC)

**CONFIRMED TRANSACTION:**
Included in block: #525358 on the Bitcoin blockchain

**SENDERS (INPUTS):**

| # | SENDER | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓bu1s | 46.98441377 | 349,477.12 |
| 1 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓bu1s | 15.78242559 | 117,392.05 |
| 2 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓bu1s | 1.29853452 | 11,833.94 |
| 3 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓bu1s | 55.11157238 | 409,928.12 |

→ TOTAL: 119.17694626 BTC | 886,456.00 USD

**RECIPIENTS (OUTPUTS):**

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓Y5Mf | 0.15864689 | 1,180.04 |
| 1 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓aKoA | 0.13012556 | 967.89 |
| 2 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓YQ23 | 0.00206429 | 15.35 |
| 3 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓f6G5 | 0.01061695 | 78.97 |
| 4 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓rJTR | 0.99986198 | 7,437.12 |
| 5 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓KyZi | 0.00525407 | 39.08 |
| 6 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓uWJ1 | 0.06714370 | 499.42 |
| 7 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓WpUt | 0.01339013 | 99.60 |
| 8 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ZZpR | 0.14126799 | 1,050.77 |
| 9 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓b5bf | 0.16391494 | 1,219.22 |
| 10 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓aXc3 | 0.01434189 | 106.68 |

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 11 | 9z3k | 0.06000000 | 446.29 |
| 12 | Zwz7 | 0.67437489 | 5,016.10 |
| 13 | GMYu | 0.00611552 | 45.49 |
| 14 | Pwi6 | 0.19905025 | 1,480.57 |
| 15 | SVx3 | 0.99950000 | 7,434.43 |
| 16 | evk5 | 0.00464161 | 34.52 |
| 17 | qmo6 | 0.18914732 | 1,406.91 |
| 18 | xicH | 0.01343000 | 99.89 |
| 19 | c1XC | 0.02544713 | 189.28 |
| 20 | ECSP | 0.00312490 | 23.24 |
| 21 | Hxfg | 0.00395311 | 29.40 |
| 22 | zrbG | 0.18315551 | 1,362.34 |
| 23 | vF9T | 0.10950000 | 814.48 |
| 24 | 83jz | 0.64349716 | 4,786.43 |
| 25 | rHKz | 0.09950000 | 740.10 |
| 26 | fG3v | 0.01331300 | 99.02 |
| 27 | fe6p | 0.99950000 | 7,434.43 |
| 28 | znTR | 0.02590000 | 192.65 |
| 29 | TXUh | 2.84382799 | 21,152.82 |
| 30 | Fzka | 0.50323968 | 3,743.17 |
| 31 | KQBS | 0.03259999 | 242.48 |
| 32 | DneW | 0.07405787 | 550.85 |
| 33 | kVAg | 1.35828738 | 10,103.15 |
| 34 | 6sGG | 0.02225001 | 165.50 |
| 35 | H1GD | 0.00944480 | 70.25 |
| 36 | 2s3W | 0.01229489 | 91.45 |
| 37 | zu4j | 0.13350000 | 992.99 |
| 38 | VPkr | 0.19950000 | 1,483.91 |
| 39 | t9Ui | 0.05376250 | 399.89 |
| 40 | WmJz | 0.04550000 | 338.44 |

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 41 | za6M | 0.05205976 | 387.23 |
| 42 | khwT | 60.30910000 | 448,588.12 |
| 43 | wkWw | 0.00279000 | 20.75 |
| 44 | qedc | 1.67859719 | 12,485.66 |
| 45 | MhDj | 0.00450000 | 33.47 |
| 46 | Zdme | 0.01582209 | 117.69 |
| 47 | BHBM | 1.15933646 | 8,623.32 |
| 48 | nnhy | 0.09780393 | 727.48 |
| 49 | qMAD | 0.04879546 | 362.95 |
| 50 | 5Qha | 5.12161943 | 38,095.38 |
| 51 | tQMQ | 0.00519281 | 38.62 |
| 52 | NCSF | 0.03257999 | 242.33 |
| 53 | gcdd | 0.00760688 | 56.58 |
| 54 | H37s | 0.29744072 | 2,212.41 |
| 55 | Rƒ21 | 0.00643311 | 47.85 |
| 56 | tƒ91 | 0.00348132 | 25.89 |
| 57 | FAU1 | 0.00441806 | 32.86 |
| 58 | AUpH | 0.03765273 | 280.07 |
| 59 | yuWZ | 0.01305000 | 97.07 |
| 60 | yryW | 0.01323632 | 98.45 |
| 61 | k3Fc | 0.12869917 | 957.28 |
| 62 | asKE | 0.07910274 | 588.38 |
| 63 | YVkK | 15.91750000 | 118,396.75 |
| 64 | qPT3 | 0.00230000 | 17.11 |
| 65 | GHyH | 0.67070340 | 4,988.79 |
| 66 | YeXY | 0.00847787 | 63.06 |
| 67 | 9quJ | 2.28879535 | 17,024.40 |
| 68 | 9naY | 0.00250000 | 18.60 |
| 69 | kVKV | 0.18694324 | 1,390.51 |
| 70 | ƒMzG | 0.00150000 | 11.16 |

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 71 | a7Ty | 12.99950000 | 96,692.23 |
| 72 | ZnTV | 0.20000000 | 1,487.63 |
| 73 | h1Gg | 0.01632865 | 121.45 |
| 74 | pnaT | 0.23956318 | 1,781.91 |
| 75 | mxzZ | 0.02398036 | 178.37 |
| 76 | 9qYz | 0.03506800 | 260.84 |
| 77 | Qonh | 0.00500000 | 37.19 |
| 78 | yKWR | 0.00850102 | 63.23 |
| 79 | 5hvb | 0.00250000 | 18.60 |
| 80 | sAFd | 0.07955933 | 591.77 |
| 81 | WtYm | 5.70000000 | 42,397.45 |
| 82 | XjTH | 0.00200000 | 14.88 |
| 83 | d234 | 0.07362498 | 547.63 |
| 84 | rpa9 | 0.00550000 | 40.91 |
| 85 | mZHR | 0.09950000 | 740.10 |
| 86 | EaFs | 0.01292642 | 96.15 |
| 87 | oiuw | 0.00672000 | 49.98 |
| 88 | QZzp | 0.01701439 | 126.56 |
| 89 | t5cc | 0.20000000 | 1,487.63 |
| / | * * * MINER FEE * * * | 0.00357800 | 26.61 |

→ TOTAL: 119.17694626 BTC | 886,429.40 USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTE

BTC-USD RATE AT THE TIME OF TRANSACTION.
OMNI LAYER BALANCES ARE NOT INCLUDED IN THIS REPORT.

### DISCLAIMER

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-05-20 21:53 (UTC) AND IS BASED ON PUBLIC DATA FROM THE BITCOIN BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of the receipt at Blockchair.com