# Exhibit 33



BLOCKCHAIR

info@blockchair.com
https://blockchair.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## TRANSACTION RECEIPT BITCOIN

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSACTION IDENTIFIER:

[redacted]3436

TRANSACTION TIMESTAMP:
2018-11-27 12:29 (UTC)

CONFIRMED TRANSACTION:
Included in block: #551696 on the Bitcoin blockchain

## SENDERS (INPUTS):

| # | SENDER | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | [redacted]fcDi | 174.99000000 | 687,722.94 |
| 1 | [redacted]fcDi | 63.00000000 | 247,594.42 |
| 2 | [redacted]fcDi | 0.01000000 | 39.30 |
| 3 | [redacted]GNd8 | 93.00000000 | 365,496.53 |
| 4 | [redacted]EriQ | 98.99994576 | 389,076.72 |
| 5 | [redacted]ykYC | 70.12335734 | 275,589.72 |

→ TOTAL: 500.12330310 BTC | 1,965,519.60 USD

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RECIPIENTS (OUTPUTS):

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | [redacted]1Vsk | 500.00000000 | 1,965,035.00 |
| 1 | [redacted]JnWf | 0.12127450 | 476.62 |
| / | * * * MINER FEE * * * | 0.00202860 | 7.97 |

→ TOTAL: 500.12330310 BTC | 1,965,511.60 USD

**BLOCKCHAIR**

info@blockchair.com
https://blockchair.com

## TRANSACTION RECEIPT                                                   BITCOIN

**TRANSACTION IDENTIFIER:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮eb51

**TRANSACTION TIMESTAMP:**         **CONFIRMED TRANSACTION:**
2018-11-27 21:31 (UTC)              Included in block: #551743 on the Bitcoin blockchain

**SENDERS (INPUTS):**

| # | SENDER | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | ▮▮▮fcDi | 137.11984322 | 538,890.56 |
| 1 | ▮▮▮fcDi | 86.74045042 | 340,896.06 |
| 2 | ▮▮▮fcDi | 182.71370000 | 718,077.60 |
| 3 | ▮▮▮JnWf | 0.12127450 | 476.62 |
| 4 | ▮▮▮fcDi | 50.00000000 | 196,503.50 |
| 5 | ▮▮▮fcDi | 1.00000000 | 3,930.07 |
| 6 | ▮▮▮VgXa | 24.36508300 | 95,756.48 |
| 7 | ▮▮▮fcDi | 0.74753190 | 2,878.19 |
| 8 | ▮▮▮GNd8 | 0.10000000 | 462.91 |
| 9 | ▮▮▮BtfM | 7.16550278 | 33,169.76 |
| 10 | ▮▮▮fcDi | 7.94819700 | 44,351.02 |
| 11 | ▮▮▮bCya | 48.29887796 | 269,508.22 |
| 12 | ▮▮▮7AY6 | 9.60440525 | 53,962.64 |
| 13 | ▮▮▮fcDi | 0.01000000 | 64.00 |
| 14 | ▮▮▮utSS | 11.31768313 | 72,779.95 |
| 15 | ▮▮▮qtia | 12.45477510 | 80,750.91 |

→                                    TOTAL: 579.70732426 BTC | 2,278,290.50 USD

**RECIPIENTS (OUTPUTS):**

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓1Vsk | 577.78630000 | 2,270,740.80 |
| 1 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓kkhU | 1.91857826 | 7,540.15 |
| / | * * * MINER FEE * * * | 0.00244600 | 9.61 |

→ TOTAL: 579.70732426 BTC | 2,278,280.80 USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTE

BTC-USD RATE AT THE TIME OF TRANSACTION.
OMNI LAYER BALANCES ARE NOT INCLUDED IN THIS REPORT.

### DISCLAIMER

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-05-21 00:26 (UTC) AND IS BASED ON PUBLIC DATA FROM THE BITCOIN BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of the receipt at Blockchair.com