# Exhibit 35

| date | transactID | account | currency | transactType | amount | fee | transactStatus | address | tx | text | transactTime | timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-11-09 | [redacted]c48b | 730740 | XBt | Deposit | 99950000 | | Completed | | | | 2018-11-09D01:03:42.717751000 | 2018-11-09D01:03:42.717751000 |
| 2018-11-09 | [redacted]a3b1 | 730740 | XBt | Deposit | 2902476400 | | Completed | | | | 2018-11-09D01:22:52.058921000 | 2018-11-09D01:22:52.058921000 |
| 2018-11-09 | [redacted]9498 | 730740 | XBt | RealisedPNL | 519945 | 0 | Completed | BCHZ18 | [redacted]4f41 | | 2018-11-09D12:00:00.000000000 | 2018-11-09D12:00:00.868813000 |
| 2018-11-09 | [redacted]b3d2 | 730740 | XBt | RealisedPNL | 39693 | 0 | Completed | ETHUSD | [redacted]4f41 | | 2018-11-09D12:00:00.000000000 | 2018-11-09D12:00:00.868813000 |
| 2018-11-10 | [redacted]06ae | 730740 | XBt | RealisedPNL | 176381455 | 0 | Completed | BCHZ18 | [redacted]2920 | | 2018-11-10D12:00:00.000000000 | 2018-11-10D12:00:00.859097000 |
| 2018-11-10 | [redacted]c38b | 730740 | XBt | RealisedPNL | 750482 | 0 | Completed | ETHUSD | [redacted]2920 | | 2018-11-10D12:00:00.000000000 | 2018-11-10D12:00:00.859097000 |
| 2018-11-11 | [redacted]e52a | 730740 | XBt | RealisedPNL | 4038515 | 0 | Completed | BCHZ18 | [redacted]c622 | | 2018-11-11D12:00:00.000000000 | 2018-11-11D12:00:00.858344000 |
| 2018-11-11 | [redacted]26c0 | 730740 | XBt | RealisedPNL | 895213 | 0 | Completed | ETHUSD | [redacted]c622 | | 2018-11-11D12:00:00.000000000 | 2018-11-11D12:00:00.858344000 |
| 2018-11-12 | [redacted]9e30 | 730740 | XBt | RealisedPNL | 141795 | 0 | Completed | BCHZ18 | [redacted]eda7 | | 2018-11-12D12:00:00.000000000 | 2018-11-12D12:00:00.855198000 |
| 2018-11-12 | [redacted]10f5 | 730740 | XBt | RealisedPNL | 436524 | 0 | Completed | ETHUSD | [redacted]eda7 | | 2018-11-12D12:00:00.000000000 | 2018-11-12D12:00:00.855198000 |
| 2018-11-12 | [redacted]f3aa | 730740 | XBt | RealisedPNL | 60181 | 0 | Completed | XRPZ18 | [redacted]eda7 | | 2018-11-12D12:00:00.000000000 | 2018-11-12D12:00:00.855198000 |
| 2018-11-13 | [redacted]b86a | 730740 | XBt | RealisedPNL | 31556467 | 0 | Completed | ETHUSD | [redacted]dd4b | | 2018-11-13D12:00:00.000000000 | 2018-11-13D12:00:01.091484000 |
| 2018-11-13 | [redacted]e48d | 730740 | XBt | RealisedPNL | 754238 | 0 | Completed | XBTUSD | [redacted]dd4b | | 2018-11-13D12:00:00.000000000 | 2018-11-13D12:00:01.091484000 |
| 2018-11-13 | [redacted]817e | 730740 | XBt | RealisedPNL | 29308 | 0 | Completed | XRPZ18 | [redacted]dd4b | | 2018-11-13D12:00:00.000000000 | 2018-11-13D12:00:01.091484000 |
| 2018-11-14 | [redacted]c33c | 730740 | XBt | RealisedPNL | 108095 | 0 | Completed | BCHZ18 | [redacted]6a69 | | 2018-11-14D12:00:00.000000000 | 2018-11-14D12:00:00.887662000 |
| 2018-11-14 | [redacted]a129 | 730740 | XBt | RealisedPNL | 6683958 | 0 | Completed | XBTUSD | [redacted]6a69 | | 2018-11-14D12:00:00.000000000 | 2018-11-14D12:00:00.887662000 |
| 2018-11-14 | [redacted]d5a0 | 730740 | XBt | RealisedPNL | 94639 | 0 | Completed | XRPZ18 | [redacted]6a69 | | 2018-11-14D12:00:00.000000000 | 2018-11-14D12:00:00.887662000 |
| 2018-11-15 | [redacted]1a18 | 730740 | XBt | RealisedPNL | -91277860 | 0 | Completed | BCHZ18 | [redacted]90c0 | | 2018-11-15D12:00:00.000000000 | 2018-11-15D12:00:01.107862000 |
| 2018-11-15 | [redacted]0016 | 730740 | XBt | RealisedPNL | 250239400 | 0 | Completed | XBTUSD | [redacted]90c0 | | 2018-11-15D12:00:00.000000000 | 2018-11-15D12:00:01.107862000 |
| 2018-11-15 | [redacted]c101 | 730740 | XBt | RealisedPNL | 78677 | 0 | Completed | XRPZ18 | [redacted]90c0 | | 2018-11-15D12:00:00.000000000 | 2018-11-15D12:00:01.107862000 |
| 2018-11-16 | [redacted]7825 | 730740 | XBt | RealisedPNL | 7469385 | 0 | Completed | BCHZ18 | [redacted]54af | | 2018-11-16D12:00:00.000000000 | 2018-11-16D12:00:01.067303000 |
| 2018-11-16 | [redacted]2f1 | 730740 | XBt | RealisedPNL | 74809294 | 0 | Completed | XBTUSD | [redacted]54af | | 2018-11-16D12:00:00.000000000 | 2018-11-16D12:00:01.067303000 |
| 2018-11-17 | [redacted]86cf | 730740 | XBt | RealisedPNL | -437477 | 0 | Completed | XBTUSD | [redacted] | | 2018-11-17D12:00:00.000000000 | 2018-11-17D12:00:01.131569000 |
| 2018-11-18 | [redacted]ee1f | 730740 | XBt | RealisedPNL | 27838 | 0 | Completed | XBTUSD | [redacted]7af9 | | 2018-11-18D12:00:00.000000000 | 2018-11-18D12:00:00.854486000 |
| 2018-11-19 | [redacted]3293 | 730740 | XBt | RealisedPNL | -25641 | 0 | Completed | XBTUSD | [redacted]023e | | 2018-11-19D12:00:00.000000000 | 2018-11-19D12:00:00.818932000 |
| 2018-11-20 | [redacted]97d2 | 730740 | XBt | RealisedPNL | 97279 | 0 | Completed | ETHUSD | [redacted]d9eb | | 2018-11-20D12:00:00.000000000 | 2018-11-20D12:00:00.951008000 |
| 2018-11-20 | [redacted]4342 | 730740 | XBt | RealisedPNL | 76654774 | 0 | Completed | XBTUSD | [redacted]d9eb | | 2018-11-20D12:00:00.000000000 | 2018-11-20D12:00:00.951008000 |
| 2018-11-20 | [redacted]90a5 | 730740 | XBt | RealisedPNL | 145329 | 0 | Completed | XRPZ18 | [redacted]d9eb | | 2018-11-20D12:00:00.000000000 | 2018-11-20D12:00:00.951008000 |
| 2018-11-21 | [redacted]ca9e | 730740 | XBt | RealisedPNL | -2765728 | 0 | Completed | ETHUSD | [redacted]c784 | | 2018-11-21D12:00:00.000000000 | 2018-11-21D12:00:01.035763000 |
| 2018-11-22 | [redacted]dcfc | 730740 | XBt | RealisedPNL | -2220513 | 0 | Completed | ETHUSD | [redacted]92ed | | 2018-11-22D12:00:00.000000000 | 2018-11-22D12:00:00.958362000 |
| 2018-11-23 | [redacted]6891 | 730740 | XBt | RealisedPNL | 627481 | 0 | Completed | ETHUSD | [redacted]220a | | 2018-11-23D12:00:00.000000000 | 2018-11-23D12:00:00.746000000 |
| 2018-11-24 | [redacted]e0b3 | 730740 | XBt | RealisedPNL | -519936 | 0 | Completed | ETHUSD | [redacted]e7f6 | | 2018-11-24D12:00:00.000000000 | 2018-11-24D12:00:00.741351000 |
| 2018-11-25 | [redacted]b93c | 730740 | XBt | RealisedPNL | -1471770 | 0 | Completed | ETHUSD | [redacted]be37 | | 2018-11-25D12:00:00.000000000 | 2018-11-25D12:00:00.770837000 |
| 2018-11-26 | [redacted]1247 | 730740 | XBt | RealisedPNL | -12710762 | 0 | Completed | ETHUSD | [redacted]563a | | 2018-11-26D12:00:00.000000000 | 2018-11-26D12:00:00.839378000 |
| 2018-11-27 | [redacted]2d1a | 730740 | XBt | RealisedPNL | -2087490 | 0 | Completed | ETHUSD | [redacted] | | 2018-11-27D12:00:00.000000000 | 2018-11-27D12:00:00.911993000 |
| 2018-11-28 | [redacted]20f0 | 730740 | XBt | Deposit | 2600000000 | | Completed | | | | 2018-11-28D01:31:01.888640000 | 2018-11-28D01:31:01.888640000 |
| 2018-11-28 | [redacted]76bf | 730740 | XBt | RealisedPNL | -1170655 | 0 | Completed | ETHUSD | [redacted]9941 | | 2018-11-28D12:00:00.000000000 | 2018-11-28D12:00:00.854923000 |
| 2018-11-28 | [redacted]bbc8 | 730740 | XBt | RealisedPNL | -2796143 | 0 | Completed | XBTUSD | [redacted]9941 | | 2018-11-28D12:00:00.000000000 | 2018-11-28D12:00:00.854923000 |
| 2018-11-29 | [redacted]4a78 | 730740 | XBt | RealisedPNL | -2612524 | 0 | Completed | ETHUSD | [redacted]a0e5 | | 2018-11-29D12:00:00.000000000 | 2018-11-29D12:00:00.910324000 |
| 2018-11-29 | [redacted]5ec0 | 730740 | XBt | RealisedPNL | -70152069 | 0 | Completed | XBTUSD | [redacted]a0e5 | | 2018-11-29D12:00:00.000000000 | 2018-11-29D12:00:00.910324000 |
| 2018-11-30 | [redacted]2b37 | 730740 | XBt | RealisedPNL | -1277345 | 0 | Completed | ETHUSD | [redacted]6dc3 | | 2018-11-30D12:00:00.000000000 | 2018-11-30D12:00:00.824747000 |
| 2018-11-30 | [redacted] | 730740 | XBt | RealisedPNL | -7098600 | 0 | Completed | XBTUSD | [redacted]6dc3 | | 2018-11-30D12:00:00.000000000 | 2018-11-30D12:00:00.824747000 |
| 2018-12-01 | [redacted]d1af | 730740 | XBt | RealisedPNL | -386118 | 0 | Completed | ETHUSD | [redacted]4c8a | | 2018-12-01D12:00:00.000000000 | 2018-12-01D12:00:00.858064000 |
| 2018-12-01 | [redacted]6725 | 730740 | XBt | RealisedPNL | -85124324 | 0 | Completed | XBTUSD | [redacted]4c8a | | 2018-12-01D12:00:00.000000000 | 2018-12-01D12:00:00.858064000 |
| 2018-12-01 | [redacted]0af8 | 730740 | XBt | RealisedPNL | -41955492 | 0 | Completed | XRPZ18 | [redacted]4c8a | | 2018-12-01D12:00:00.000000000 | 2018-12-01D12:00:00.858064000 |
| 2018-12-02 | [redacted]4151 | 730740 | XBt | RealisedPNL | -1826421 | 0 | Completed | ETHUSD | [redacted]da7f | | 2018-12-02D12:00:00.000000000 | 2018-12-02D12:00:00.947569000 |
| 2018-12-03 | [redacted]0b81 | 730740 | XBt | RealisedPNL | -506895 | 0 | Completed | ETHUSD | [redacted]ef46 | | 2018-12-03D12:00:00.000000000 | 2018-12-03D12:00:00.697850000 |
| 2018-12-04 | [redacted]1ca5 | 730740 | XBt | RealisedPNL | -1456979 | 0 | Completed | ETHUSD | [redacted]079c | | 2018-12-04D12:00:00.000000000 | 2018-12-04D12:00:00.863377000 |
| 2018-12-05 | [redacted]f786 | 730740 | XBt | RealisedPNL | -371187 | 0 | Completed | ETHUSD | [redacted]44cc | | 2018-12-05D12:00:00.000000000 | 2018-12-05D12:00:00.893455000 |
| 2018-12-06 | [redacted] | 730740 | XBt | RealisedPNL | -1332878 | 0 | Completed | ETHUSD | [redacted]29a3 | | 2018-12-06D12:00:00.000000000 | 2018-12-06D12:00:01.047545000 |
| 2018-12-07 | [redacted]7b6f | 730740 | XBt | RealisedPNL | -710653 | 0 | Completed | ETHUSD | [redacted]87d1 | | 2018-12-07D12:00:00.000000000 | 2018-12-07D12:00:00.883025000 |
| 2018-12-08 | [redacted]c557 | 730740 | XBt | RealisedPNL | 1688403 | 0 | Completed | ETHUSD | [redacted]fe1b | | 2018-12-08D12:00:00.000000000 | 2018-12-08D12:00:00.877990000 |
| 2018-12-09 | [redacted]d3f4 | 730740 | XBt | RealisedPNL | -4110194 | 0 | Completed | ETHUSD | [redacted]755a | | 2018-12-09D12:00:00.000000000 | 2018-12-09D12:00:00.994255000 |
| 2018-12-10 | [redacted]4ff | 730740 | XBt | RealisedPNL | -4744589 | 0 | Completed | ETHUSD | [redacted]db73 | | 2018-12-10D12:00:00.000000000 | 2018-12-10D12:00:00.725571000 |
| 2018-12-1[redacted] | 6082 | 730740 | XBt | RealisedPNL | -687147 | 0 | Completed | ETHUSD | [redacted]d018 | | 2018-12-11D12:00:00.000000000 | 2018-12-11D12:00:00.810316000 |
| 2018-12-11 | [redacted]6800 | 730740 | XBt | RealisedPNL | -2807469 | 0 | Completed | XRPZ18 | [redacted]d018 | | 2018-12-11D12:00:00.000000000 | 2018-12-11D12:00:00.810316000 |
| 2018-12-12 | [redacted]a345 | 730740 | XBt | RealisedPNL | -1752638 | 0 | Completed | ETHUSD | [redacted]7f6c | | 2018-12-12D12:00:00.000000000 | 2018-12-12D12:00:00.820433000 |
| 2018-12-13 | [redacted]d3b3 | 730740 | XBt | RealisedPNL | -413804 | 0 | Completed | ETHUSD | [redacted]7aed | | 2018-12-13D12:00:00.000000000 | 2018-12-13D12:00:00.680406000 |
| 2018-12-14 | [redacted]dd43 | 730740 | XBt | RealisedPNL | -705610 | 0 | Completed | ETHUSD | [redacted]e47a | | 2018-12-14D12:00:00.000000000 | 2018-12-14D12:00:00.629675000 |
| 2018-12-15 | [redacted]5f0 | 730740 | XBt | RealisedPNL | -390012 | 0 | Completed | ETHUSD | [redacted]653d | | 2018-12-15D12:00:00.000000000 | 2018-12-15D12:00:00.661630000 |
| 2018-12-16 | [redacted]64f9 | 730740 | XBt | RealisedPNL | -968675 | 0 | Completed | ETHUSD | [redacted]e598 | | 2018-12-16D12:00:00.000000000 | 2018-12-16D12:00:00.659957000 |
| 2018-12-17 | [redacted]006f | 730740 | XBt | RealisedPNL | -396490 | 0 | Completed | ETHUSD | [redacted]8e71 | | 2018-12-17D12:00:00.000000000 | 2018-12-17D12:00:00.745642000 |
| 2018-12-18 | [redacted] | 730740 | XBt | RealisedPNL | -427088 | 0 | Completed | ETHUSD | [redacted]fd9a | | 2018-12-18D12:00:00.000000000 | 2018-12-18D12:00:00.709916000 |
| 2018-12-19 | [redacted]abf4 | 730740 | XBt | RealisedPNL | -1771451 | 0 | Completed | ETHUSD | [redacted]b85c | | 2018-12-19D12:00:00.000000000 | 2018-12-19D12:00:00.829597000 |
| 2018-12-20 | [redacted]ca67 | 730740 | XBt | RealisedPNL | -26306500 | 0 | Completed | BCHZ18 | [redacted]7407 | | 2018-12-20D12:00:00.000000000 | 2018-12-20D12:00:00.745649000 |
| 2018-12-20 | [redacted]f5fe | 730740 | XBt | RealisedPNL | -505110818 | 0 | Completed | ETHUSD | [redacted]7407 | | 2018-12-20D12:00:00.000000000 | 2018-12-20D12:00:00.745649000 |
| 2018-12-26 | [redacted]fc29 | 730740 | XBt | Withdrawal | -5353866823 | 100000 | Completed | [redacted]6F3P | [redacted]sYDb | | 2018-12-26D00:31:16.967932000 | 2018-12-26D13:11:39.630090000 |

