# Exhibit 37

Withdrawal History

| User ID | Currency | Amount | BUSD | Destination Address | Label/Tag/Memo | txId | Apply Time | Status | CounterParty ID |
|---|---|---|---|---|---|---|---|---|---|
| 22003517 | BTC | 29.02476400 | 1660186.31504544 | Y2uC | | 1af7 | 2018-11-09 00 41 34 | Success | 2729 |
| 22003517 | BTC | 0.99950000 | 57170.36052000 | Y2uC | | | 2018-11-09 00 39 07 | Cancelled | |
| 22003517 | BTC | 0.99950000 | 57170.36052000 | Y2uC | | | 2018-11-09 00 37 56 | Cancelled | |
| 22003517 | BTC | 0.99950000 | 57170.36052000 | Y2uC | | 39ab | 2018-11-09 00 35 57 | Success | |

1