# Exhibit 39



info@blockchair.com
https://blockchair.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# TRANSACTION RECEIPT                                          BITCOIN

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TRANSACTION IDENTIFIER:**

█████████████████████████████████████████████████ d7dc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSACTION TIMESTAMP:**                    **CONFIRMED TRANSACTION:**

2018-12-26 13:55 (UTC)                        Included in block: #555573 on the Bitcoin blockchain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SENDERS (INPUTS):**

| # | SENDER | VALUE (BTC) | VALUE (USD) |
|---|--------|-------------|-------------|
| 0 | ████████████████████████ sYDb | 1.59940000 | 6,248.09 |
| 1 | ████████████████████████ sYDb | 1.59780045 | 6,241.84 |
| 2 | ████████████████████████ sYDb | 1.59740000 | 6,240.28 |
| 3 | ████████████████████████ sYDb | 1.59736871 | 6,240.15 |
| 4 | ████████████████████████ sYDb | 1.59575000 | 6,233.83 |
| 5 | ████████████████████████ sYDb | 1.59437202 | 6,228.45 |
| 6 | ████████████████████████ sYDb | 1.59153841 | 6,217.38 |
| 7 | ████████████████████████ sYDb | 1.59100833 | 6,215.31 |
| 8 | ████████████████████████ sYDb | 1.58585192 | 6,195.16 |
| 9 | ████████████████████████ sYDb | 1.58567772 | 6,194.48 |
| 10 | ████████████████████████ sYDb | 1.58296575 | 6,183.89 |
| 11 | ████████████████████████ sYDb | 1.58190000 | 6,179.72 |
| 12 | ████████████████████████ sYDb | 1.57780879 | 6,163.74 |
| 13 | ████████████████████████ sYDb | 1.57280802 | 6,144.21 |
| 14 | ████████████████████████ sYDb | 1.57100285 | 6,137.15 |
| 15 | ████████████████████████ sYDb | 1.57043511 | 6,134.94 |
| 16 | ████████████████████████ sYDb | 1.57005617 | 6,133.46 |
| 17 | ████████████████████████ sYDb | 1.56920825 | 6,130.14 |
| 18 | ████████████████████████ sYDb | 1.56221699 | 6,102.83 |
| 19 | ████████████████████████ sYDb | 1.56088713 | 6,097.64 |

| # | SENDER | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 20 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.55889673 | 6,089.86 |
| 21 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.55850000 | 6,088.31 |
| 22 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.55804000 | 6,086.51 |
| 23 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.55660105 | 6,080.89 |
| 24 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.55486823 | 6,074.12 |
| 25 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.55349164 | 6,068.75 |
| 26 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.55143308 | 6,060.70 |
| 27 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.54987012 | 6,054.60 |
| 28 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.54890000 | 6,050.81 |
| 29 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.54890000 | 6,452.73 |
| 30 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.54867354 | 6,049.92 |
| 31 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.54755079 | 6,447.11 |
| 32 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.54632000 | 6,040.73 |
| 33 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.54502057 | 6,035.65 |
| 34 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.54490000 | 6,035.18 |
| 35 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.54394902 | 6,031.47 |
| 36 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 1.54376745 | 6,030.76 |
| → | | TOTAL: 58.01513884 BTC | 221,794.20 USD |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

RECIPIENTS (OUTPUTS):

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | ▓▓▓▓▓▓▓▓▓▓▓▓▓6F3P | 53.53766823 | 204,676.66 |
| 1 | ▓▓▓▓▓▓▓▓▓▓▓▓▓sYDb | 4.47647061 | 17,113.73 |
| / | * * * MINER FEE * * * | 0.00100000 | 3.82 |
| → | | TOTAL: 58.01513884 BTC | 221,790.38 USD |