# Exhibit 40

BLOCKCHAIR

info@blockchair.com
https://blockchair.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# TRANSACTION RECEIPT BITCOIN

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## TRANSACTION IDENTIFIER:

[redacted]2722

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## TRANSACTION TIMESTAMP:

2019-01-31 04:36 (UTC)

## CONFIRMED TRANSACTION:

Included in block: #560854 on the Bitcoin blockchain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## SENDERS (INPUTS):

| # | SENDER | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | [redacted]fcDi | 200.00000000 | 688,678.00 |
| 1 | [redacted]fcDi | 39.99950000 | 137,733.88 |
| 2 | [redacted]fcDi | 11.63880143 | 40,076.93 |
| 3 | [redacted]ua4j | 79.69997288 | 272,137.94 |

→ TOTAL: 331.33827431 BTC | 1,140,926.90 USD

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RECIPIENTS (OUTPUTS):

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | [redacted]pZNY | 316.26908000 | 1,089,037.80 |
| 1 | [redacted]r2bw | 15.06911391 | 51,888.84 |
| / | * * * MINER FEE * * * | 0.00008040 | 0.28 |

→ TOTAL: 331.33827431 BTC | 1,140,926.60 USD

