# Exhibit 42

| # | DATE | CURRENCY | STATUS | AMOUNT | FEES | DESCRIPTION | TRANSACTION ID | NOTE |
|---|---|---|---|---|---|---|---|---|
| 12422265 | 5/11/2019 18:55 | BTC | COMPLETED | -59.9996 | -0.0004 | 45xa | 6e32 | |
| 12331089 | 4/27/2019 8:39 | ETC | COMPLETED | -41302.87961 | -0.01 | A907 | bc37 | |
| 12330905 | 4/27/2019 8:14 | ETC | COMPLETED | -100 | -0.01 | 42f1 | 0685 | |
| 12330739 | 4/27/2019 7:37 | BAB | COMPLETED | -1106.169 | -0.001 | 8zDH | 73bd | |
| 12326628 | 4/26/2019 18:37 | BAB | COMPLETED | -0.499 | -0.001 | 8zDH | b0aa | |