# Exhibit 43

*** TRANSACTIONS ***

| TIMESTAMP | ACCOUNT NAME | TYPE | STATUS | BALANCE | AMOUNT | CURRENCY | TO | NOTES | EQUIV USD | COINBASE ID | TRANSACTION HASH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/26/2019 4:45 | EOS Wallet | Receive | Complete | 10 | 10 | EOS | | | 45 85 | fa41 | a700 |
| 4/26/2019 6:13 | EOS Wallet | Receive | Complete | 0 | 10000 | EOS | | | 45890 | 2dbd | 4346 |
| 4/26/2019 10 58 | EOS Wallet | Receive | Complete | 23482 5 | 23482 5 | EOS | | | 108266 06 | d91b | 4770 |
| 4/26/2019 11:37 | BCH Wallet | Receive | Complete | 0 499 | 0 499 | BCH | | | 126 5 | fed1 | 50b0 |
| 4/27/2019 0:37 | BCH Wallet | Receive | Complete | 1106 169 | 1106 169 | BCH | | | 286099 55 | 8aab | 4173 |
| 4/27/2019 1:15 | ETC Wallet | Receive | Complete | 100 | 100 | ETC | | | 554 05 | 972b | 0606 |
| 4/27/2019 1:41 | ETC Wallet | Receive | Complete | 41402 87961 | 41302 87961 | ETC | | | 229953 78 | a053 | 8ebc |
| 5/11/2019 11 55 | BTC Wallet | Receive | Complete | 59 9996 | 59 9996 | BTC | | | 419344 1 | fe78 | 9d6e |
| 5/12/2019 9:32 | BTC Wallet | Receive | Complete | 100 | 100 | BTC | | | 687142 | 8aa0 | 7faa |
| 5/15/2019 9:30 | BTC Wallet | Receive | Complete | 100 | 100 | BTC | f4f9 | | 798729 | b5ad | |
| 5/15/2019 10 00 | BTC Wallet | Receive | Complete | 100 | 100 | BTC | f4f9 | | 799894 | 61a6 | |
| 1/17/2020 16 00 | USDC Wallet | Receive | Complete | 250000 | 250000 | USDC | 13d5 | | 250000 | 0b2c | |
| 1/17/2020 18:16 | USDC Wallet | Receive | Complete | 41841 28 | 41841 28 | USDC | 13d5 | | 41841 28 | 6827 | |
| 2/12/2020 12 59 | BTC Wallet | Receive | Complete | 0 1 | 0 1 | BTC | f4f9 | | 1039 45 | 2ab5 | |
| 5/4/2020 16:34 | USDC Wallet | Receive | Complete | 5000 | 5000 | USDC | 13d5 | | 5000 | 1359 | |
| 5/4/2020 16:37 | USDC Wallet | Receive | Complete | 1700 | 1700 | USDC | 13d5 | | 1700 | 6f10 | |
| 5/4/2020 16:38 | USDC Wallet | Receive | Complete | 5000 | 5000 | USDC | 13d5 | | 5000 | a973 | |
| 5/4/2020 16:39 | USDC Wallet | Receive | Complete | 5000 | 5000 | USDC | 13d5 | | 5000 | 60fc | |
| 5/4/2020 16:40 | USDC Wallet | Receive | Complete | 5000 | 5000 | USDC | 13d5 | | 5000 | 6f13 | |
| 5/29/2020 14 07 | ETH Wallet | Receive | Complete | 1 | 1 | ETH | 5a9e | | 219 55 | c311 | |
| 6/7/2020 21:13 | ETH Wallet | Receive | Complete | 5 | 5 | ETH | 5a9e | | 1222 47 | 1ff1 | |
| 6/8/2020 15:27 | KNC Wallet | Receive | Complete | 11859 4 | 11859 4 | KNC | a723 | | 9574 09 | ba69 | |
| 6/15/2020 21 03 | USDC Wallet | Receive | Complete | 32544 16 | 32544 16 | USDC | 13d5 | | 32544 16 | 7f20 | |