# Exhibit 45

*** TRANSACTIONS ***

| TIMESTAMP | ACCOUNT NAME | TYPE | STATUS | BALANCE | AMOUNT | CURRENCY | TO | NOTES | EQUIV USD | COINBASE ID | TRANSACTION HASH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/26/2019 4 45 | EOS Wallet | Send | Complete | 0 | -10 | EOS | bc34 | | -45.85 | 949b | |
| 4/26/2019 6 13 | EOS Wallet | Send | Complete | -10000 | -10000 | EOS | bc34 | | -45890 | c2bc | |
| 4/26/2019 10 58 | EOS Wallet | Send | Complete | 0 | -23482.5 | EOS | bc34 | | -108266.06 | 65da | |
| 4/26/2019 13 35 | BCH Wallet | Send | Complete | 0 | -0.499 | BCH | 44ad | | -127.94 | db74 | |
| 4/27/2019 2 30 | BCH Wallet | Send | Complete | 0 | -1106.169 | BCH | 44ad | | -285286.51 | 0252 | |
| 4/27/2019 23 55 | ETC Wallet | Send | Complete | 41302.87961 | -100 | ETC | eee5 | | -540.4 | dbc2 | |
| 4/28/2019 0 21 | ETC Wallet | Send | Complete | 0 | -41302.87961 | ETC | eee5 | | -223634.44 | 5ca1 | |
| 5/11/2019 13 59 | BTC Wallet | Send | Complete | 0 | -59.9996 | BTC | 0003 | | -418197.51 | 2578 | |
| 5/12/2019 10 42 | BTC Wallet | Send | Complete | 0 | -100 | BTC | 0003 | | -688453.5 | 0c8a5 | |
| 5/15/2019 9 30 | BTC Wallet | Send | Complete | 0 | -100 | BTC | fcDi | | -798729 | 7479 | 3d96 |
| 5/15/2019 10 00 | BTC Wallet | Send | Complete | 0 | -100 | BTC | fcDi | | -799894 | f207 | dbe1 |
| 1/17/2020 16 00 | USDC Wallet | Send | Complete | 0 | -250000 | USDC | B343 | | -250000 | 15ae | 5acd |
| 1/17/2020 18 16 | USDC Wallet | Send | Complete | 0 | -41841.28 | USDC | B343 | | -41841.28 | 2611 | ff05 |
| 2/12/2020 12 59 | BTC Wallet | Send | Complete | 0 | -0.1 | BTC | in7M | | -1039.45 | 7f1b | 4f00 |
| 5/4/2020 16 34 | USDC Wallet | Send | Complete | 0 | -5000 | USDC | 9C2E | | -5000 | 6114 | 3f1f |
| 5/4/2020 16 37 | USDC Wallet | Send | Complete | 0 | -1700 | USDC | 75c1 | | -1700 | 7b2 | 5e32 |
| 5/4/2020 16 38 | USDC Wallet | Send | Complete | 0 | -5000 | USDC | f2C6 | | -5000 | b8be | b003 |
| 5/4/2020 16 39 | USDC Wallet | Send | Complete | 0 | -5000 | USDC | e1F9 | | -5000 | b80c | c80c |
| 5/4/2020 16 40 | USDC Wallet | Send | Complete | 0 | -5000 | USDC | 9cAF | | -5000 | e70b | 303a |
| 5/29/2020 14 07 | ETH Wallet | Send | Complete | 0 | -1 | ETH | 1277 | | -219.55 | 4021 | e719 |
| 6/7/2020 21 13 | ETH Wallet | Send | Complete | 0 | -5 | ETH | 1277 | | -1222.47 | 473a | 0a07 |
| 6/8/2020 15 27 | KNC Wallet | Send | Complete | 0 | -11859.4 | KNC | 1277 | | -9574.09 | 3332 | e139 |
| 6/15/2020 21 03 | USDC Wallet | Send | Complete | 0 | -32544.16 | USDC | 688b | | -32544.16 | 2f3c | 2b7a |

