# Exhibit 46

# BLOCKCHAIR

info@blockchair.com

https://blockchair.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## :ENTITY RECEIPT

## ETHEREUM

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TRANSACTION IDENTIFIER:**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓2b7a

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSACTION TIMESTAMP:**

2020-06-16 04:07 (UTC)

**CONFIRMED TRANSACTION:**

Included in block: #10274572 on the Ethereum
blockchain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STATUS:** Successful

**PURPOSE OF TRANSACTION:**   Contract interaction

**INITIATOR:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ddcb

**CONTRACT:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓eb48

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ERC-20 TRANSFERS:

| | | VALUE |
|---|---|---|
| TOKEN NAME | USD//C (USDC) | |
| TOKEN CONTRACT HASH | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓eb48 | 32,544.160000 (USDC) |
| FROM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ddcb | UNKNOWN |
| TO | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓688b | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTE

ETH-USD RATE AT THE TIME OF TRANSACTION.
ERC-20 USD VALUES AT THE TIME OF RECEIPT GENERATION.

## DISCLAIMER

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-07-28 21:42 (UTC) AND IS
BASED ON PUBLIC DATA FROM THE ETHEREUM BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER
WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT
IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY
LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION
CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT
PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF
PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of
the receipt at Blockchair.com

# BLOCKCHAIR

info@blockchair.com
https://blockchair.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## :ENTITY RECEIPT                                          ETHEREUM

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TRANSACTION IDENTIFIER:**

████████████████████████████████████████a6a6
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSACTION TIMESTAMP:**              **CONFIRMED TRANSACTION:**
2020-06-16 04:39 (UTC)                  Included in block: #10274703 on the Ethereum
                                        blockchain
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STATUS:** Successful
**PURPOSE OF TRANSACTION:**   Contract interaction
**INITIATOR:**       ████████████████████████688b
**CONTRACT:**        ████████████████████████7563
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ERC-20 TRANSFERS:

| TOKEN NAME | USD//C (USDC) | VALUE |
|---|---|---|
| TOKEN CONTRACT HASH | ████████████████████eb48 | 32,544.160000 (USDC) |
| FROM | ████████████████████688b | UNKNOWN |
| TO | ████████████████████7563 | |

| TOKEN NAME | Compound USD Coin (cUSDC) | VALUE |
|---|---|---|
| TOKEN CONTRACT HASH | ████████████████████7563 | 1,545,356.02197018 (CUSDC) |
| FROM | ████████████████████7563 | UNKNOWN |
| TO | ████████████████████688b | |

**BLOCKCHAIR**

info@blockchair.com
https://blockchair.com

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## :ENTITY RECEIPT                                              ETHEREUM

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**TRANSACTION IDENTIFIER:**

█████████████████████████████████████████493a
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSACTION TIMESTAMP:**            **CONFIRMED TRANSACTION:**
2020-06-21 14:26 (UTC)                Included in block: #10309646 on the Ethereum
                                      blockchain
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STATUS:** Successful
**PURPOSE OF TRANSACTION:**   Contract interaction
**INITIATOR:** ████████████████████████688b
**CONTRACT:**  ████████████████████████7563
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**ERC-20 TRANSFERS:**

| TOKEN NAME | USD Coin (USDC) | VALUE |
|---|---|---|
| TOKEN CONTRACT HASH | ████████████████████████eb48 | 32,044.796246 (USDC) |
| FROM | ████████████████████████7563 | UNKNOWN |
| TO | ████████████████████████688b | |

| TOKEN NAME | Compound USD Coin (cUSDC) | VALUE |
|---|---|---|
| TOKEN CONTRACT HASH | ████████████████████████7563 | 1,521,582.78053939 (CUSDC) |
| FROM | ████████████████████████688b | UNKNOWN |
| TO | ████████████████████████7563 | |

# BLOCKCHAIR

info@blockchair.com
https://blockchair.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## :ENTITY RECEIPT                                                                          ETHEREUM

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### TRANSACTION IDENTIFIER:

██████████████████████████████████6dab

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### TRANSACTION TIMESTAMP:                      CONFIRMED TRANSACTION:

2020-06-21 14:27 (UTC)                          Included in block: #10309655 on the Ethereum
                                                blockchain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### STATUS: Successful
### PURPOSE OF TRANSACTION:   Contract interaction
### INITIATOR:          ████████████████████688b
### CONTRACT:           ████████████████████eb48

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ERC-20 TRANSFERS:

| TOKEN NAME | USD Coin (USDC) | VALUE |
|---|---|---|
| TOKEN CONTRACT HASH | ████████████████eb48 | 32,044.796246 (USDC) |
| FROM | ████████████████688b | UNKNOWN |
| TO | ████████████████92d0 | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTE

ETH-USD RATE AT THE TIME OF TRANSACTION.
ERC-20 USD VALUES AT THE TIME OF RECEIPT GENERATION.

### DISCLAIMER

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-07-28 21:44 (UTC) AND IS
BASED ON PUBLIC DATA FROM THE ETHEREUM BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER
WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT
IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY
LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION
CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT
PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF
PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of
the receipt at Blockchair.com