# Exhibit 48

**BLOCKCHAIR**

info@blockchair.com
https://blockchair.com

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## :ENTITY RECEIPT                                                    ETHEREUM

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**TRANSACTION IDENTIFIER:**
████████████████████████████████████████████1fff

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSACTION TIMESTAMP:**                    **CONFIRMED TRANSACTION:**
2020-10-21 02:28 (UTC)                         Included in block: #11096761 on the Ethereum
                                               blockchain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STATUS:** Successful
**PURPOSE OF TRANSACTION:**   Contract interaction
**INITIATOR:**    ██████████████████████████████1632
**CONTRACT:**     ██████████████████████████████ca30

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**ERC-20 TRANSFERS:**

| TOKEN NAME | Injective Token (INJ) | VALUE |
|---|---|---|
| TOKEN CONTRACT HASH | ██████████████████ca30 | 0.500000000000000000 (INJ) |
| FROM | ██████████████████1632 | UNKNOWN |
| TO | ██████████████████e68d | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTE**

ETH-USD RATE AT THE TIME OF TRANSACTION.
ERC-20 USD VALUES AT THE TIME OF RECEIPT GENERATION.

**DISCLAIMER**

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-07-28 21:45 (UTC) AND IS
BASED ON PUBLIC DATA FROM THE ETHEREUM BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER
WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT
IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY
LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION
CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT
PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF
PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of the receipt at Blockchair.com

# BLOCKCHAIR

info@blockchair.com
https://blockchair.com

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## :ENTITY RECEIPT                                                    ETHEREUM

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**TRANSACTION IDENTIFIER:**

███████████████████████████████████████████ 49ca

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSACTION TIMESTAMP:**            **CONFIRMED TRANSACTION:**
2020-10-21 03:15 (UTC)                Included in block: #11096997 on the Ethereum
                                      blockchain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STATUS:** Successful
**PURPOSE OF TRANSACTION:**  Contract interaction
**INITIATOR:**   ████████████████████████████ 1632
**CONTRACT:**    ████████████████████████████ ca30

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**ERC-20 TRANSFERS:**

| TOKEN NAME | Injective Token (INJ) | VALUE |
|---|---|---|
| TOKEN CONTRACT HASH | ████████████████████ ca30 | 500,000.000000000000000000 (INJ) |
| FROM | ████████████████████ 1632 | UNKNOWN |
| TO | ████████████████████ e68d | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTE**

ETH-USD RATE AT THE TIME OF TRANSACTION.
ERC-20 USD VALUES AT THE TIME OF RECEIPT GENERATION.

**DISCLAIMER**

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-07-28 21:46 (UTC) AND IS
BASED ON PUBLIC DATA FROM THE ETHEREUM BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER
WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT
IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY
LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION
CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT
PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF
PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of the receipt at Blockchair.com

**BLOCKCHAIR**

info@blockchair.com
https://blockchair.com

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## :ENTITY RECEIPT                                                    ETHEREUM

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**TRANSACTION IDENTIFIER:**

████████████████████████████████████████ 7cad

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSACTION TIMESTAMP:**            **CONFIRMED TRANSACTION:**
2020-10-21 03:33 (UTC)                Included in block: #11097084 on the Ethereum blockchain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STATUS:** Successful
**PURPOSE OF TRANSACTION:**   Contract interaction
**INITIATOR:**    ████████████████████████████████ 1632
**CONTRACT:**     ████████████████████████████████ ca30

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**ERC-20 TRANSFERS:**

| TOKEN NAME | | VALUE |
|---|---|---|
| | Injective Token (INJ) | |
| TOKEN CONTRACT HASH | ████████████████████████ ca30 | 500,000.500000000000000000 (INJ) |
| FROM | ████████████████████████ 1632 | UNKNOWN |
| TO | ████████████████████████ e68d | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTE**

ETH-USD RATE AT THE TIME OF TRANSACTION.
ERC-20 USD VALUES AT THE TIME OF RECEIPT GENERATION.

**DISCLAIMER**

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-07-28 21:46 (UTC) AND IS
BASED ON PUBLIC DATA FROM THE ETHEREUM BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER
WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT
IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY
LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION
CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT
PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF
PROBLEMS ASSOCIATED WITH THIS PAYMENT.



Scan to check the validity of the receipt at Blockchair.com