# Exhibit 49

| | |
|---|---|
| **From:** | "Binance" <do-not-reply@post.binance.com> |
| **Sent:** | Tue 10/20/2020 10:49:39 PM (UTC-04:00) |
| **To:** | trading1b@virgilqr.com |
| **Subject:** | [Binance] Deposit Confirmed - 2020-10-21 02:49:35(UTC) |

## Deposit Confirmed

You've received 0.5 INJ in your Binance account.

If you don't recognize this activity, please contact us immediately at

https://www.binance.com/en/support.

Binance Team

This is an automated message, please do not reply.

**Download Binance**

© 2017 - 2020 Binance.com All Rights Reserved

URL: www.binance.com

E-mail: support@binance.zendesk.com

| | |
|---|---|
| **From:** | "Binance" <do-not-reply@post.binance.com> |
| **Sent:** | Wed 10/21/2020 12:14:08 AM (UTC-04:00) |
| **To:** | trading1b@virgilqr.com |
| **Subject:** | [Binance] Deposit Confirmed - 2020-10-21 04:14:04(UTC) |

## Deposit Confirmed

You've received 500000 INJ in your Binance account.

If you don't recognize this activity, please contact us immediately at

https://www.binance.com/en/support.

Binance Team

This is an automated message, please do not reply.

### Download Binance

© 2017 - 2020 Binance.com All Rights Reserved

URL: www.binance.com

E-mail: support@binance.zendesk.com

| | |
|---|---|
| **From:** | "Binance" <do-not-reply@post.binance.com> |
| **Sent:** | Wed 10/21/2020 12:14:08 AM (UTC-04:00) |
| **To:** | trading1b@virgilqr.com |
| **Subject:** | [Binance] Deposit Confirmed - 2020-10-21 04:14:05(UTC) |

## Deposit Confirmed

You've received 500000.5 INJ in your Binance account.

If you don't recognize this activity, please contact us immediately at

https://www.binance.com/en/support.

Binance Team

This is an automated message, please do not reply.

**Download Binance**

© 2017 - 2020 Binance.com All Rights Reserved

URL: www.binance.com

E-mail: support@binance.zendesk.com