# Exhibit 51

Conversation started
 Private 12/12/2020, 1:30 AM
Participants
 Antonio and Nasir Adaya

Conversation

- Nasir Adaya (UGGS65E13)NA

Hi Antonio.
12/12/2020, 1:30 AM
Available to discuss if you're online.
12/12/2020, 1:56 AM

- Antonio (UG8GA6NGK)A

Hey @Nasir Adaya
12/12/2020, 6:41 AM
I ended up crashing
12/12/2020, 6:41 AM

- Nasir Adaya (UGGS65E13)NA

No worries.
12/12/2020, 6:42 AM

- Antonio (UG8GA6NGK)A

Wild day yesterday w/Stef
12/12/2020, 6:42 AM
You're up
12/12/2020, 6:42 AM
Good
12/12/2020, 6:42 AM

- Nasir Adaya (UGGS65E13)NA

I am available to catch up if you're online.
12/12/2020, 6:42 AM

- Antonio (UG8GA6NGK)A

Yes
12/12/2020, 6:42 AM
Let me call
12/12/2020, 6:42 AM

- Nasir Adaya (UGGS65E13)NA

Ok.
12/12/2020, 6:46 AM

- Antonio (UG8GA6NGK)A

Started a call.
12/12/2020, 6:51 AM
https://meet.google.com/qhb-vvfc-ofh
12/12/2020, 7:00 AM
Meet
Real-time meetings by Google. Using your browser, share your video, desktop, and presentations with teammates and customers.
Started a call.
12/12/2020, 7:49 AM

- Nasir Adaya (UGGS65E13)NA

Also, let's move the INJ assets off the subaccount btw. Can you send the USDT, INJ, and ETH to the following account:
12/12/2020, 7:59 AM
[REDACTED] Deefa
12/12/2020, 7:59 AM
Maybe we can do a test tx first with just the ETH (it's a small amt).

12/12/2020, 8:00 AM
• Antonio (UG8GA6NGK)A

ok
12/12/2020, 8:47 AM
I'll be back on soon
12/12/2020, 8:47 AM
• Nasir Adaya (UGGS65E13)NA

ty
12/12/2020, 8:47 AM
Trading some of the large caps to stablecoin right now.
12/12/2020, 8:48 AM
(amc2)
12/12/2020, 8:48 AM
• Antonio (UG8GA6NGK)A

thoughts regarding all of the defi yield tokens
12/12/2020, 8:48 AM
on trading1a
12/12/2020, 8:48 AM
good time to close them all?
12/12/2020, 8:48 AM
• Nasir Adaya (UGGS65E13)NA

We will likely realize profits.
12/12/2020, 8:48 AM
• Antonio (UG8GA6NGK)A

ya we  hould realize all of tho e gain
12/12/2020, 8:49 AM
• Nasir Adaya (UGGS65E13)NA

We have some of the original YFI we farmed in there. It's been a long journey.
12/12/2020, 8:49 AM
• Antonio (UG8GA6NGK)A

ha! ya mate…lots of late nights on that stuff
12/12/2020, 8:50 AM
will you guys close the trading1a defi token positions or shall I?
12/12/2020, 8:51 AM
• Nasir Adaya (UGGS65E13)NA

We can close.
12/12/2020, 8:51 AM
We will close before end of Sunday.
12/12/2020, 8:51 AM
• Antonio (UG8GA6NGK)A

ok great
12/12/2020, 8:51 AM
• Nasir Adaya (UGGS65E13)NA

BTC address for the INJ account. We can send the BTC here: ███████████████████████ vwca Can we do a .01 BTC test tx first? That should take care of all the INJ related Binance items.
12/12/2020, 8:57 AM
███████████████████████ vwca
12/12/2020, 8:57 AM
• Antonio (UG8GA6NGK)A

is that you creating api keys?
12/12/2020, 8:57 AM
• Nasir Adaya (UGGS65E13)NA

That's Rohan.

12/12/2020, 8:57 AM
• Antonio (UG8GA6NGK)A

ok
12/12/2020, 8:58 AM
• Nasir Adaya (UGGS65E13)NA

We were testing the hedging version of amc2 (we can actually use this version to hedge alts).
12/12/2020, 8:58 AM
• Antonio (UG8GA6NGK)A

ok cool
12/12/2020, 9:00 AM
btw we have a substantial amount of btc
12/12/2020, 9:00 AM
that can be traded
12/12/2020, 9:00 AM
managed account style
12/12/2020, 9:01 AM
with the prop type distribution we agreed to
12/12/2020, 9:01 AM
50%
12/12/2020, 9:01 AM
• Nasir Adaya (UGGS65E13)NA

We should get moving on that as soon as possible then.
12/12/2020, 9:01 AM
• Antonio (UG8GA6NGK)A

but I wa  reviewing the agreement
12/12/2020, 9:01 AM
and there's no investment management agreement
12/12/2020, 9:01 AM
w/the providers of the coin
12/12/2020, 9:02 AM
so I need to address that
12/12/2020, 9:02 AM
will do it on Mon and get that rolling
12/12/2020, 9:03 AM
• Nasir Adaya (UGGS65E13)NA

Ah got it. Investment management agreement will contain what exactly? The terms and requirements for the account?
12/12/2020, 9:03 AM
• Antonio (UG8GA6NGK)A

no, more of a regulatory document
12/12/2020, 9:03 AM
• Nasir Adaya (UGGS65E13)NA

Ah okay, understood.
12/12/2020, 9:03 AM
• Antonio (UG8GA6NGK)A

outlining the nature of the activities
12/12/2020, 9:03 AM
we're performing on behalf of the "investor"
12/12/2020, 9:04 AM
• Nasir Adaya (UGGS65E13)NA

Makes sense.
12/12/2020, 9:04 AM
• Antonio (UG8GA6NGK)A

since they're not coming in through the fund structure
12/12/2020, 9:04 AM

👍 1
I'll address that
12/12/2020, 9:04 AM
but as a head's up, I should be able to get that set up early next week
12/12/2020, 9:04 AM
the wbtc we discussed is on split on binance and in a wallet
12/12/2020, 9:05 AM
I'll get you the api for the binance account so you can start trading that…
12/12/2020, 9:05 AM

• Nasir Adaya (UGGS65E13)NA

Sounds good. We can definitely get moving once the investment management agreement is in place.
12/12/2020, 9:05 AM

• Antonio (UG8GA6NGK)A

I'll share the access details tomorrow so you can be ready to launch right away
12/12/2020, 9:06 AM
 1
what is that btc address for inj? is that on an exchange or a wallet you created?
12/12/2020, 9:45 AM

• Nasir Adaya (UGGS65E13)NA

Wallet.
12/12/2020, 9:45 AM

• Antonio (UG8GA6NGK)A

ok cool…
12/12/2020, 9:45 AM
which wallet do use?
12/12/2020, 9:45 AM

• Nasir Adaya (UGGS65E13)NA

Let's do test tx though first.
12/12/2020, 9:45 AM
Electrum.
12/12/2020, 9:45 AM
Were you able to send test txs? Also I'm still trading into stables and it's going well so far. This pump is good to exit into, so will more aggressively sell liquid positions. It's disappointing how much upside we are giving up. It's likely by the end of Sunday we will have <1m in risk on alts which we likely do not need to hedge at all since at most they would lose 25%-40% (aggressive assumption) value if market collapses. So we may be able to value those alts (AST, REN, etc.) at a discount versus hedging them 1:1 since the value at risk will be at a more acceptable level. If anything changes going into end of day Sunday, we would hedge REN, SUSHI, etc. AST does not have a perp. It's likely we will be able to exit all or most of Aave by end of day Sunday.
12/12/2020, 11:10 PM