# Exhibit 52

Withdrawal History

| User ID | Currency | Amount | BUSD | Destination Address | Label/Tag/Memo | txId | Apply Time | Status | CounterParty ID |
|---|---|---|---|---|---|---|---|---|---|
| 4083 | BTC | 20.02100187 | 1144936.82952930 | vwca | | ed5a | 2020-12-14 12 53 43 | Success | |
| 4083 | ETH | 2.63500000 | 10995.59150000 | Deefa | | a185 | 2020-12-13 15 37 20 | Success | |
| 4083 | BTC | 0.00950000 | 543.27450500 | vwca | | 254a | 2020-12-13 12 53 04 | Success | |
| 4083 | INJ | 418671.74954000 | 5227116.79300690 | Deefa | | 9f99 | 2020-12-13 12 49 43 | Success | |
| 4083 | USDT | 323544.70337200 | 323803.74620331 | Deefa | | 9066 | 2020-12-13 12 45 48 | Success | |