# Exhibit 53

**BLOCKCHAIR**

info@blockchair.com

https://blockchair.com

13/12/2020 - 22/05/2023 (Part 1/1)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## WALLET STATEMENT                                                                                         BITCOIN

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WALLET ADDRESS:**  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮vwca

**STATEMENT PERIOD:** 13/12/2020 - 22/05/2023

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**BTC BALANCE SUMMARY:**

| | | |
|---|---|---|
| STARTING BALANCE (13/12/2020) | 0.00000000 BTC | 0.00 USD |
| TOTAL RECEIVED | 20.03050187 BTC | 383,607.25 USD |
| TOTAL SENT | 0.00000000 BTC | 0.00 USD |
| ENDING BALANCE (22/05/2023) | 20.03050187 BTC | 538,099.40 USD |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**HISTORY OF TRANSACTIONS:** 13/12/2020 - 22/05/2023

| # | TIME | | AMOUNT (BTC) | AMOUNT (USD) | TRANSACTION HASH |
|---|---|---|---|---|---|
| 1 | 2020-12-13 13:01:48 | Received | 0.00950000 | 183.05 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮254a |
| 2 | 2020-12-14 13:02:47 | Received | 20.02100187 | 383,424.21 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ed5a |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTE

BTC-USD RATE AT THE TIME OF TRANSACTION.
OMNI LAYER BALANCES ARE NOT INCLUDED IN THIS REPORT.

### DISCLAIMER

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-05-22 18:28 (UTC) AND IS BASED ON PUBLIC DATA FROM THE BITCOIN BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF PROBLEMS ASSOCIATED WITH THIS RECEIPT.

GET THE WALLET STATEMENT FOR YOUR ADDRESS OR XPUB AT:
https://blockchair.com/pdf/statement



Scan to check the validity of the receipt at Blockchair.com