# Exhibit 54

**BLOCKCHAIR**

info@blockchair.com
https://blockchair.com

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

:ENTITY RECEIPT                                                                    ETHEREUM

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

TRANSACTION IDENTIFIER:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓1804

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TRANSACTION TIMESTAMP:               CONFIRMED TRANSACTION:
2020-12-22 22:29 (UTC)               Included in block: #11505987 on the Ethereum blockchain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STATUS: Successful
PURPOSE OF TRANSACTION:   Contract interaction
INITIATOR:   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓deefa
CONTRACT:    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ca30

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

ERC-20 TRANSFERS:

| TOKEN NAME | Injective Token (INJ) | VALUE |
|---|---|---|
| TOKEN CONTRACT HASH | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ca30 | 118,671.749000000000000000 (INJ) |
| FROM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓deefa | UNKNOWN |
| TO | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓8409 | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOTE

ETH-USD RATE AT THE TIME OF TRANSACTION.
ERC-20 USD VALUES AT THE TIME OF RECEIPT GENERATION.

DISCLAIMER

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-07-28 21:47 (UTC) AND IS BASED ON PUBLIC DATA FROM THE ETHEREUM BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of the receipt at Blockchair.com

# BLOCKCHAIR

info@blockchair.com
https://blockchair.com

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## :ENTITY RECEIPT                                                    ETHEREUM

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**TRANSACTION IDENTIFIER:**

███████████████████████████████████████████████████1066

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSACTION TIMESTAMP:**            **CONFIRMED TRANSACTION:**
2020-12-23 15:38 (UTC)                Included in block: #11510669 on the Ethereum
                                      blockchain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STATUS:** Successful
**PURPOSE OF TRANSACTION:**    Contract interaction
**INITIATOR:**     ██████████████████████████████deefa
**CONTRACT:**      ██████████████████████████████ca30

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**ERC-20 TRANSFERS:**

| TOKEN NAME | Injective Token (INJ) | | VALUE |
|---|---|---|---|
| TOKEN CONTRACT HASH | █████████████████████████ca30 | | 100,000.000000000000000000 (INJ) |
| FROM | █████████████████████████deefa | | UNKNOWN |
| TO | █████████████████████████8409 | | |



**NOTE**

ETH-USD RATE AT THE TIME OF TRANSACTION.
ERC-20 USD VALUES AT THE TIME OF RECEIPT GENERATION.

**DISCLAIMER**

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-07-28 21:47 (UTC) AND IS
BASED ON PUBLIC DATA FROM THE ETHEREUM BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER
WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT
IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY
LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION
CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT
PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF
PROBLEMS ASSOCIATED WITH THIS RECEIPT.

Scan to check the validity of the receipt at Blockchair.com

# BLOCKCHAIR

info@blockchair.com
https://blockchair.com

`********************************************************`
`********************************************************`

## :ENTITY RECEIPT                                          ETHEREUM

`********************************************************`
`********************************************************`

**TRANSACTION IDENTIFIER:**

3d9d

`- - - - - - - - - - - - - - - - - - - - - - - - - - - - -`

**TRANSACTION TIMESTAMP:**             **CONFIRMED TRANSACTION:**
2021-01-03 08:40 (UTC)                 Included in block: #11580444 on the Ethereum blockchain

`- - - - - - - - - - - - - - - - - - - - - - - - - - - - -`

**STATUS:** Successful
**PURPOSE OF TRANSACTION:**   Contract interaction
**INITIATOR:**                                                  deefa
**CONTRACT:**                                                   1ec7

`- - - - - - - - - - - - - - - - - - - - - - - - - - - - -`
`********************************************************`

**ERC-20 TRANSFERS:**

| TOKEN NAME | Tether USD (USDT) | VALUE |
|---|---|---|
| TOKEN CONTRACT HASH | 1ec7 | 323,544.703372 (USDT) |
| FROM | deefa | UNKNOWN |
| TO | 8409 | |

`- - - - - - - - - - - - - - - - - - - - - - - - - - - - -`

**NOTE**

ETH-USD RATE AT THE TIME OF TRANSACTION.
ERC-20 USD VALUES AT THE TIME OF RECEIPT GENERATION.

**DISCLAIMER**

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-07-28 21:48 (UTC) AND IS BASED ON PUBLIC DATA FROM THE ETHEREUM BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of the receipt at Blockchair.com