# Exhibit 55

| Currency | Amount | Account Type | BUSD | Deposit Address | Source Address | TXID | Create Time | Network |
|---|---|---|---|---|---|---|---|---|
| USDT | 323544.70337200 | Spot Wallet | 324225.57708387 | 8409 | deefa | 3d9d | 2021-01-03 08 42 30 | ETH |
| INJ | 100000.00000000 | Spot Wallet | 392000.00000000 | 8409 | deefa | 1066 | 2020-12-23 15 40 35 | ETH |
| INJ | 118671.74900000 | Spot Wallet | 533809.26135180 | 8409 | deefa | 1804 | 2020-12-22 22 30 34 | ETH |
| ETH | 0.10000000 | Spot Wallet | 63.65000000 | 8409 | deefa | 108b | 2020-12-22 22 24 30 | ETH |