# Exhibit 56

| Market ID | Price | Qty | Average Price | Remain Qty | Trade Qty | Time | Update Time | Side | Status | Stop Price | Price Unit | Amount Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INJUSDT | 4.63000000 | 2111.00000000 | 4.63000000 | 0.00000000 | 2111.00000000 | 2021-01-04 13:27:27 | 2021-01-04 14:00:55 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.65000000 | 1221.00000000 | 4.65000000 | 0.00000000 | 1221.00000000 | 2021-01-04 13:27:21 | 2021-01-04 14:31:38 | SELL | FILLED | 0.00000000 | USDT | INJ |
| ETHUSDT | 937.00000000 | 22.34992000 | 937.00000000 | 0.00000000 | 22.34992000 | 2021-01-04 09:39:10 | 2021-01-04 09:39:22 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 975.00000000 | 9.18683000 | 975.00000000 | 0.00000000 | 9.18683000 | 2021-01-04 08:44:48 | 2021-01-04 09:27:18 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 985.00000000 | 12.50000000 | 985.00000000 | 0.00000000 | 12.50000000 | 2021-01-04 08:44:41 | 2021-01-04 09:25:52 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 995.00000000 | 12.50000000 | 995.00000000 | 0.00000000 | 12.50000000 | 2021-01-04 08:44:37 | 2021-01-04 08:45:09 | BUY | FILLED | 0.00000000 | USDT | ETH |
| INJUSDT | 4.57500000 | 1250.00000000 | 4.57500000 | 0.00000000 | 1250.00000000 | 2021-01-04 05:29:13 | 2021-01-04 06:07:17 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.64000000 | 2311.00000000 | 4.64000000 | 0.00000000 | 2311.00000000 | 2021-01-04 01:50:58 | 2021-01-04 13:11:06 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.49000000 | 1234.00000000 | 4.49000000 | 0.00000000 | 1234.00000000 | 2021-01-04 01:50:45 | 2021-01-04 04:16:12 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.55000000 | 1255.00000000 | 4.55000000 | 0.00000000 | 1255.00000000 | 2021-01-04 01:50:40 | 2021-01-04 04:17:39 | SELL | FILLED | 0.00000000 | USDT | INJ |
| ETHUSDT | 822.00000000 | 25.47673000 | 0.00000000 | 25.47673000 | 0.00000000 | 2021-01-03 22:24:53 | 2021-01-04 09:39:01 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| ETHUSDT | 910.00000000 | 23.01305000 | 910.00000000 | 0.00000000 | 23.01305000 | 2021-01-03 22:24:48 | 2021-01-04 09:41:32 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 866.00000000 | 41.19948000 | 0.00000000 | 41.19948000 | 0.00000000 | 2021-01-03 22:24:41 | 2021-01-04 10:37:44 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| ETHUSDT | 850.00000000 | 25.00000000 | 0.00000000 | 25.00000000 | 0.00000000 | 2021-01-03 22:24:36 | 2021-01-04 10:37:45 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| ETHUSDT | 875.00000000 | 25.00000000 | 0.00000000 | 25.00000000 | 0.00000000 | 2021-01-03 22:24:33 | 2021-01-04 10:37:47 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| ETHUSDT | 885.00000000 | 18.93469000 | 0.00000000 | 18.93469000 | 0.00000000 | 2021-01-03 22:24:09 | 2021-01-04 10:37:48 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| ETHUSDT | 895.00000000 | 25.00000000 | 895.00000000 | 0.00000000 | 25.00000000 | 2021-01-03 22:24:02 | 2021-01-04 10:16:25 | BUY | FILLED | 0.00000000 | USDT | ETH |
| INJUSDT | 4.45000000 | 2500.00000000 | 4.45000000 | 0.00000000 | 2500.00000000 | 2021-01-03 22:15:03 | 2021-01-03 22:33:58 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.49000000 | 1250.00000000 | 4.49000000 | 0.00000000 | 1250.00000000 | 2021-01-03 22:14:52 | 2021-01-03 23:31:59 | SELL | FILLED | 0.00000000 | USDT | INJ |
| ETHUSDT | 814.00000000 | 25.00000000 | 814.00000000 | 0.00000000 | 25.00000000 | 2021-01-03 09:18:15 | 2021-01-03 09:28:56 | BUY | FILLED | 0.00000000 | USDT | ETH |
| YFIUSDT | 20725.00000000 | 1.00000000 | 20725.00000000 | 0.00000000 | 1.00000000 | 2021-01-03 09:06:18 | 2021-01-03 09:11:47 | BUY | FILLED | 0.00000000 | USDT | YFI |
| ETHUSDT | 815.50000000 | 25.00000000 | 815.50000000 | 0.00000000 | 25.00000000 | 2021-01-03 09:01:38 | 2021-01-03 09:15:57 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 820.00000000 | 25.00000000 | 820.00000000 | 0.00000000 | 25.00000000 | 2021-01-03 09:01:33 | 2021-01-03 09:03:47 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 819.00000000 | 25.00000000 | 819.00000000 | 0.00000000 | 25.00000000 | 2021-01-03 09:01:24 | 2021-01-03 09:10:44 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 818.00000000 | 25.00000000 | 818.00000000 | 0.00000000 | 25.00000000 | 2021-01-03 08:57:28 | 2021-01-03 08:58:17 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 817.00000000 | 25.00000000 | 817.00000000 | 0.00000000 | 25.00000000 | 2021-01-03 08:56:40 | 2021-01-03 08:56:57 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 816.50000000 | 25.00000000 | 816.50000000 | 0.00000000 | 25.00000000 | 2021-01-03 08:56:36 | 2021-01-03 08:58:53 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 811.50000000 | 25.00000000 | 0.00000000 | 25.00000000 | 0.00000000 | 2021-01-03 08:54:09 | 2021-01-03 22:24:18 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| ETHUSDT | 811.00000000 | 25.00000000 | 0.00000000 | 25.00000000 | 0.00000000 | 2021-01-03 08:49:44 | 2021-01-03 22:24:19 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| ETHUSDT | 790.00000000 | 25.00000000 | 0.00000000 | 25.00000000 | 0.00000000 | 2021-01-03 08:49:38 | 2021-01-03 22:24:21 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| ETHUSDT | 801.00000000 | 25.00000000 | 0.00000000 | 25.00000000 | 0.00000000 | 2021-01-03 08:49:36 | 2021-01-03 22:24:22 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| ETHUSDT | 805.00000000 | 25.00000000 | 0.00000000 | 25.00000000 | 0.00000000 | 2021-01-03 08:49:32 | 2021-01-03 22:24:23 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| ETHUSDT | 809.00000000 | 25.00000000 | 0.00000000 | 25.00000000 | 0.00000000 | 2021-01-03 08:49:28 | 2021-01-03 22:24:24 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| ETHUSDT | 801.50000000 | 12.81926000 | 801.50000000 | 0.00000000 | 12.81926000 | 2021-01-03 07:30:03 | 2021-01-03 07:35:12 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 803.00000000 | 4.26510000 | 803.00000000 | 0.00000000 | 4.26510000 | 2021-01-03 07:29:59 | 2021-01-03 07:30:13 | BUY | FILLED | 0.00000000 | USDT | ETH |
| AAVEUSDT | 84.70000000 | 75.00000000 | 84.70000000 | 0.00000000 | 75.00000000 | 2021-01-02 20:43:38 | 2021-01-02 20:50:50 | BUY | FILLED | 0.00000000 | USDT | AAVE |
| AAVEUSDT | 84.80000000 | 75.00000000 | 84.80000000 | 0.00000000 | 75.00000000 | 2021-01-02 20:43:33 | 2021-01-02 20:49:20 | BUY | FILLED | 0.00000000 | USDT | AAVE |
| AAVEUSDT | 84.90000000 | 75.00000000 | 84.90000000 | 0.00000000 | 75.00000000 | 2021-01-02 20:43:31 | 2021-01-02 20:49:10 | BUY | FILLED | 0.00000000 | USDT | AAVE |
| AAVEUSDT | 84.90000000 | 75.00000000 | 84.90000000 | 0.00000000 | 75.00000000 | 2021-01-02 20:43:29 | 2021-01-02 20:49:09 | BUY | FILLED | 0.00000000 | USDT | AAVE |
| AAVEUSDT | 85.00000000 | 75.00000000 | 85.00000000 | 0.00000000 | 75.00000000 | 2021-01-02 20:43:26 | 2021-01-02 20:47:29 | BUY | FILLED | 0.00000000 | USDT | AAVE |
| YFIUSDT | 22200.00000000 | 0.79743300 | 22200.00000000 | 0.00000000 | 0.79743300 | 2021-01-02 20:42:56 | 2021-01-02 20:45:14 | BUY | FILLED | 0.00000000 | USDT | YFI |
| YFIUSDT | 20999.00000000 | 0.22925000 | 0.00000000 | 0.22925000 | 0.00000000 | 2021-01-02 09:22:04 | 2021-01-02 20:42:38 | BUY | CANCELED | 0.00000000 | USDT | YFI |
| YFIUSDT | 21400.00000000 | 0.16289700 | 0.00000000 | 0.16289700 | 0.00000000 | 2021-01-02 09:21:59 | 2021-01-02 20:42:39 | BUY | CANCELED | 0.00000000 | USDT | YFI |
| ETHUSDT | 697.00000000 | 25.00000000 | 697.00000000 | 0.00000000 | 25.00000000 | 2020-12-29 05:16:33 | 2020-12-29 05:17:18 | BUY | FILLED | 0.00000000 | USDT | ETH |

| Symbol | Price | Amount | Executed Price | Unexecuted Amount | Executed Amount | Order Time | End Time | Side | Status | Fee | Quote | Base |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ETHUSDT | 696.00000000 | 25.00000000 | 696.00000000 | 0.00000000 | 25.00000000 | 2020-12-29 05:16:28 | 2020-12-29 05:17:28 | BUY | FILLED | 0.00000000 | USDT | ETH |
| AAVEUSDT | 76.50000000 | 64.49800000 | 76.50000000 | 0.00000000 | 64.49800000 | 2020-12-29 04:38:17 | 2020-12-29 05:26:08 | BUY | FILLED | 0.00000000 | USDT | AAVE |
| YFIUSDT | 20500.00000000 | 1.00000000 | 0.00000000 | 1.00000000 | 0.00000000 | 2020-12-29 04:35:52 | 2021-01-02 20:42:39 | BUY | CANCELED | 0.00000000 | USDT | YFI |
| ETHUSDT | 703.00000000 | 12.00000000 | 703.00000000 | 0.00000000 | 12.00000000 | 2020-12-29 04:27:49 | 2020-12-29 04:27:55 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 702.00000000 | 25.00000000 | 702.00000000 | 0.00000000 | 25.00000000 | 2020-12-29 04:27:43 | 2020-12-29 04:33:29 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 695.00000000 | 25.00000000 | 695.00000000 | 0.00000000 | 25.00000000 | 2020-12-29 04:27:40 | 2020-12-29 05:11:23 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 699.00000000 | 25.00000000 | 699.00000000 | 0.00000000 | 25.00000000 | 2020-12-29 04:27:37 | 2020-12-29 04:50:50 | BUY | FILLED | 0.00000000 | USDT | ETH |
| BNBUSDT | 36.50000000 | 25.00000000 | 0.00000000 | 25.00000000 | 0.00000000 | 2020-12-29 02:35:30 | 2021-01-02 20:42:40 | BUY | CANCELED | 0.00000000 | USDT | BNB |
| BNBUSDT | 36.50000000 | 25.00000000 | 0.00000000 | 25.00000000 | 0.00000000 | 2020-12-29 02:35:27 | 2021-01-02 20:42:41 | BUY | CANCELED | 0.00000000 | USDT | BNB |
| BNBUSDT | 36.60000000 | 25.00000000 | 36.60000000 | 0.00000000 | 25.00000000 | 2020-12-29 02:35:25 | 2020-12-31 16:00:15 | BUY | FILLED | 0.00000000 | USDT | BNB |
| BNBUSDT | 36.73400000 | 25.00000000 | 36.73400000 | 0.00000000 | 25.00000000 | 2020-12-29 02:35:21 | 2020-12-29 03:07:35 | BUY | FILLED | 0.00000000 | USDT | BNB |
| BNBUSDT | 36.75100000 | 25.00000000 | 36.75100000 | 0.00000000 | 25.00000000 | 2020-12-29 02:35:15 | 2020-12-29 02:35:18 | BUY | FILLED | 0.00000000 | USDT | BNB |
| INJUSDT | 4.75000000 | 1212.00000000 | 4.75000000 | 0.00000000 | 1212.00000000 | 2020-12-29 02:10:32 | 2021-01-04 15:02:57 | SELL | FILLED | 0.00000000 | USDT | INJ |
| YFIUSDT | 21222.00000000 | 1.00000000 | 21222.00000000 | 0.00000000 | 1.00000000 | 2020-12-28 22:53:54 | 2020-12-29 02:57:48 | BUY | FILLED | 0.00000000 | USDT | YFI |
| YFIUSDT | 21750.00000000 | 1.00000000 | 21750.00000000 | 0.00000000 | 1.00000000 | 2020-12-28 22:53:50 | 2020-12-29 02:57:48 | BUY | FILLED | 0.00000000 | USDT | YFI |
| YFIUSDT | 21999.00000000 | 1.00000000 | 21999.00000000 | 0.00000000 | 1.00000000 | 2020-12-28 22:53:48 | 2020-12-29 02:34:04 | BUY | FILLED | 0.00000000 | USDT | YFI |
| YFIUSDT | 22550.00000000 | 1.00000000 | 22550.00000000 | 0.00000000 | 1.00000000 | 2020-12-28 22:53:45 | 2020-12-29 00:40:27 | BUY | FILLED | 0.00000000 | USDT | YFI |
| ETHUSDT | 723.00000000 | 25.00000000 | 723.00000000 | 0.00000000 | 25.00000000 | 2020-12-28 22:52:43 | 2020-12-29 00:40:30 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 715.00000000 | 26.00000000 | 715.00000000 | 0.00000000 | 26.00000000 | 2020-12-28 22:52:37 | 2020-12-29 01:01:11 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 719.00000000 | 26.00000000 | 719.00000000 | 0.00000000 | 26.00000000 | 2020-12-28 22:52:34 | 2020-12-29 00:54:46 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 685.00000000 | 25.00000000 | 0.00000000 | 25.00000000 | 0.00000000 | 2020-12-28 22:37:22 | 2021-01-02 20:42:44 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| ETHUSDT | 723.00000000 | 10.00000000 | 723.00000000 | 0.00000000 | 10.00000000 | 2020-12-28 22:37:04 | 2020-12-28 22:37:25 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 690.00000000 | 10.00000000 | 690.00000000 | 0.00000000 | 10.00000000 | 2020-12-28 22:36:50 | 2020-12-29 04:13:35 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 695.00000000 | 10.00000000 | 695.00000000 | 0.00000000 | 10.00000000 | 2020-12-28 22:36:47 | 2020-12-29 04:09:08 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 699.00000000 | 5.00000000 | 699.00000000 | 0.00000000 | 5.00000000 | 2020-12-28 22:36:42 | 2020-12-29 04:00:07 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 722.00000000 | 5.00000000 | 722.00000000 | 0.00000000 | 5.00000000 | 2020-12-28 22:36:37 | 2020-12-28 22:36:51 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 705.00000000 | 5.00000000 | 705.00000000 | 0.00000000 | 5.00000000 | 2020-12-28 22:36:31 | 2020-12-29 03:38:06 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 712.50000000 | 5.00000000 | 712.50000000 | 0.00000000 | 5.00000000 | 2020-12-28 22:36:27 | 2020-12-29 01:05:04 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 721.00000000 | 5.00000000 | 721.00000000 | 0.00000000 | 5.00000000 | 2020-12-28 22:36:23 | 2020-12-28 22:49:47 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 720.00000000 | 5.00000000 | 720.00000000 | 0.00000000 | 5.00000000 | 2020-12-28 22:36:17 | 2020-12-28 22:50:08 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 714.00000000 | 5.00000000 | 714.00000000 | 0.00000000 | 5.00000000 | 2020-12-28 22:36:13 | 2020-12-29 01:01:14 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 719.00000000 | 5.00000000 | 719.00000000 | 0.00000000 | 5.00000000 | 2020-12-28 22:36:08 | 2020-12-28 22:50:11 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 718.00000000 | 5.00000000 | 718.00000000 | 0.00000000 | 5.00000000 | 2020-12-28 22:36:05 | 2020-12-28 22:50:15 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 715.00000000 | 5.00000000 | 715.00000000 | 0.00000000 | 5.00000000 | 2020-12-28 22:35:59 | 2020-12-29 01:01:11 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 709.00000000 | 5.00000000 | 709.00000000 | 0.00000000 | 5.00000000 | 2020-12-28 22:35:55 | 2020-12-29 01:07:50 | BUY | FILLED | 0.00000000 | USDT | ETH |
| INJUSDT | 4.95000000 | 2505.00000000 | 0.00000000 | 2505.00000000 | 0.00000000 | 2020-12-28 00:43:59 | 2020-12-28 01:05:59 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.99000000 | 2500.00000000 | 0.00000000 | 2500.00000000 | 0.00000000 | 2020-12-27 22:45:13 | 2020-12-28 01:07:48 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.95000000 | 2500.00000000 | 4.95000000 | 900.93000000 | 1599.07000000 | 2020-12-27 22:45:10 | 2020-12-28 01:13:00 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.92500000 | 1000.00000000 | 4.92500000 | 0.00000000 | 1000.00000000 | 2020-12-27 22:45:03 | 2020-12-27 22:45:53 | SELL | FILLED | 0.00000000 | USDT | INJ |
| ETHUSDT | 633.00000000 | 25.00000000 | 633.00000000 | 0.00000000 | 25.00000000 | 2020-12-27 07:36:55 | 2020-12-27 11:38:39 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 649.00000000 | 25.00000000 | 649.00000000 | 0.00000000 | 25.00000000 | 2020-12-27 07:36:45 | 2020-12-27 08:23:52 | BUY | FILLED | 0.00000000 | USDT | ETH |
| INJUSDT | 4.99000000 | 2344.00000000 | 0.00000000 | 2344.00000000 | 0.00000000 | 2020-12-27 07:36:14 | 2020-12-28 01:12:29 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.86510000 | 1111.00000000 | 4.86510000 | 0.00000000 | 1111.00000000 | 2020-12-27 07:36:07 | 2020-12-27 07:46:47 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.87000000 | 1245.00000000 | 4.87000000 | 0.00000000 | 1245.00000000 | 2020-12-27 07:35:56 | 2020-12-27 07:46:47 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.89000000 | 1234.00000000 | 4.89000000 | 0.00000000 | 1234.00000000 | 2020-12-27 07:35:51 | 2020-12-27 07:46:47 | SELL | FILLED | 0.00000000 | USDT | INJ |

| Symbol | Price | Amount | Executed | Unexecuted | Total | Date | Last Update | Side | Status | Fee | Quote | Base |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INJUSDT | 4.75000000 | 1000.00000000 | 4.75000000 | 0.00000000 | 1000.00000000 | 2020-12-27 03:06:53 | 2020-12-27 07:11:30 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.68000000 | 1000.00000000 | 4.68000000 | 0.00000000 | 1000.00000000 | 2020-12-27 03:06:46 | 2020-12-27 06:59:59 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.59000000 | 1234.00000000 | 4.59000000 | 0.00000000 | 1234.00000000 | 2020-12-27 00:30:10 | 2020-12-27 03:03:32 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.52500000 | 1543.00000000 | 4.52500000 | 0.00000000 | 1543.00000000 | 2020-12-27 00:30:06 | 2020-12-27 00:38:40 | SELL | FILLED | 0.00000000 | USDT | INJ |
| ETHUSDT | 633.25000000 | 20.00000000 | 633.25000000 | 0.00000000 | 20.00000000 | 2020-12-26 22:20:00 | 2020-12-26 22:32:32 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 619.00000000 | 25.00000000 | 0.00000000 | 25.00000000 | 0.00000000 | 2020-12-26 22:19:52 | 2021-01-02 20:42:45 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| ETHUSDT | 625.00000000 | 25.00000000 | 625.00000000 | 0.00000000 | 25.00000000 | 2020-12-26 22:19:48 | 2020-12-27 11:41:54 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 630.00000000 | 25.00000000 | 630.00000000 | 0.00000000 | 25.00000000 | 2020-12-26 22:19:42 | 2020-12-26 22:50:36 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 633.00000000 | 20.00000000 | 633.00000000 | 0.00000000 | 20.00000000 | 2020-12-26 22:19:38 | 2020-12-26 22:32:32 | BUY | FILLED | 0.00000000 | USDT | ETH |
| INJUSDT | 4.99000000 | 2500.00000000 | 0.00000000 | 2500.00000000 | 0.00000000 | 2020-12-24 18:00:27 | 2020-12-28 01:07:08 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.95000000 | 2500.00000000 | 4.95000000 | 0.00000000 | 2500.00000000 | 2020-12-24 18:00:24 | 2020-12-27 23:05:06 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.85000000 | 2500.00000000 | 4.85000000 | 0.00000000 | 2500.00000000 | 2020-12-24 18:00:20 | 2020-12-27 07:46:24 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.75000000 | 1000.00000000 | 4.75000000 | 0.00000000 | 1000.00000000 | 2020-12-24 18:00:17 | 2020-12-24 18:05:41 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.69000000 | 1000.00000000 | 4.69000000 | 0.00000000 | 1000.00000000 | 2020-12-24 18:00:13 | 2020-12-24 18:05:41 | SELL | FILLED | 0.00000000 | USDT | INJ |
| ETHUSDT | 592.50000000 | 25.00000000 | 592.50000000 | 0.00000000 | 25.00000000 | 2020-12-24 17:59:50 | 2020-12-24 18:42:58 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 565.00000000 | 25.00000000 | 0.00000000 | 25.00000000 | 0.00000000 | 2020-12-24 17:59:24 | 2020-12-29 05:14:01 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| ETHUSDT | 575.00000000 | 25.00000000 | 0.00000000 | 25.00000000 | 0.00000000 | 2020-12-24 17:59:21 | 2020-12-29 05:14:04 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| ETHUSDT | 585.00000000 | 25.00000000 | 0.00000000 | 25.00000000 | 0.00000000 | 2020-12-24 17:59:19 | 2020-12-29 05:14:02 | BUY | CANCELED | 0.00000000 | USDT | ETH |
| INJUSDT | 4.87500000 | 2500.00000000 | 4.87500000 | 0.00000000 | 2500.00000000 | 2020-12-23 19:41:03 | 2020-12-24 11:01:13 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.05000000 | 1212.00000000 | 5.05000000 | 0.00000000 | 1212.00000000 | 2020-12-23 19:34:50 | 2020-12-24 12:17:57 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.99000000 | 1212.00000000 | 4.99000000 | 0.00000000 | 1212.00000000 | 2020-12-23 19:34:47 | 2020-12-24 11:52:09 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.95000000 | 2342.00000000 | 4.95000000 | 0.00000000 | 2342.00000000 | 2020-12-23 19:34:44 | 2020-12-24 11:50:08 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.90000000 | 777.00000000 | 4.90000000 | 0.00000000 | 777.00000000 | 2020-12-23 19:34:38 | 2020-12-24 11:03:44 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.85000000 | 777.00000000 | 4.85000000 | 0.00000000 | 777.00000000 | 2020-12-23 19:34:35 | 2020-12-23 19:35:39 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.19000000 | 1212.00000000 | 0.00000000 | 1212.00000000 | 0.00000000 | 2020-12-23 18:27:05 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.10000000 | 2500.00000000 | 0.00000000 | 2500.00000000 | 0.00000000 | 2020-12-23 18:27:02 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.05000000 | 2500.00000000 | 5.05000000 | 0.00000000 | 2500.00000000 | 2020-12-23 18:26:59 | 2020-12-24 12:17:57 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.99000000 | 2500.00000000 | 4.99000000 | 0.00000000 | 2500.00000000 | 2020-12-23 18:26:55 | 2020-12-23 19:12:31 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.15000000 | 1111.00000000 | 0.00000000 | 1111.00000000 | 0.00000000 | 2020-12-23 16:12:24 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.12500000 | 1111.00000000 | 0.00000000 | 1111.00000000 | 0.00000000 | 2020-12-23 16:12:20 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.05000000 | 1000.00000000 | 5.05000000 | 0.00000000 | 1000.00000000 | 2020-12-23 16:10:51 | 2020-12-23 16:12:12 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.99000000 | 1000.00000000 | 4.99000000 | 0.00000000 | 1000.00000000 | 2020-12-23 16:10:47 | 2020-12-23 16:11:02 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.97000000 | 1000.00000000 | 4.97000000 | 0.00000000 | 1000.00000000 | 2020-12-23 16:10:39 | 2020-12-23 16:10:41 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.95000000 | 1000.00000000 | 4.95000000 | 0.00000000 | 1000.00000000 | 2020-12-23 16:09:46 | 2020-12-23 16:09:48 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.12500000 | 1212.00000000 | 0.00000000 | 1212.00000000 | 0.00000000 | 2020-12-23 16:06:42 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.07500000 | 1212.00000000 | 5.07500000 | 0.00000000 | 1212.00000000 | 2020-12-23 16:06:11 | 2020-12-23 16:12:12 | SELL | FILLED | 0.00000000 | USDT | INJ |
| ETHUSDT | 585.00000000 | 25.00000000 | 585.00000000 | 0.00000000 | 25.00000000 | 2020-12-23 16:04:33 | 2020-12-23 22:15:07 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 603.00000000 | 12.50000000 | 603.00000000 | 0.00000000 | 12.50000000 | 2020-12-23 16:04:25 | 2020-12-23 16:56:29 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 602.00000000 | 12.50000000 | 602.00000000 | 0.00000000 | 12.50000000 | 2020-12-23 16:04:21 | 2020-12-23 16:56:35 | BUY | FILLED | 0.00000000 | USDT | ETH |
| INJUSDT | 5.11000000 | 555.00000000 | 5.11000000 | 0.00000000 | 555.00000000 | 2020-12-23 16:03:40 | 2020-12-23 16:12:12 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.15000000 | 1000.00000000 | 0.00000000 | 1000.00000000 | 0.00000000 | 2020-12-23 16:03:29 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.12500000 | 1000.00000000 | 0.00000000 | 1000.00000000 | 0.00000000 | 2020-12-23 16:03:25 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.22500000 | 1000.00000000 | 0.00000000 | 1000.00000000 | 0.00000000 | 2020-12-23 16:01:02 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.55000000 | 1111.00000000 | 0.00000000 | 1111.00000000 | 0.00000000 | 2020-12-23 16:00:11 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.44000000 | 1111.00000000 | 0.00000000 | 1111.00000000 | 0.00000000 | 2020-12-23 16:00:07 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |

| Symbol | Price | Amount | Avg Price | Remaining | Executed | Order Time | Update Time | Side | Status | Fee | Fee Coin | Coin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INJUSDT | 5.33000000 | 1111.00000000 | 0.00000000 | 1111.00000000 | 0.00000000 | 2020-12-23 16:00:04 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.29000000 | 1212.00000000 | 0.00000000 | 1212.00000000 | 0.00000000 | 2020-12-23 15:57:02 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.25000000 | 1212.00000000 | 5.25000000 | 0.00000000 | 1212.00000000 | 2020-12-23 15:56:58 | 2020-12-23 15:57:19 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.28000000 | 1003.00000000 | 0.00000000 | 1003.00000000 | 0.00000000 | 2020-12-23 15:56:54 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.25000000 | 1000.00000000 | 5.25000000 | 0.00000000 | 1000.00000000 | 2020-12-23 15:52:38 | 2020-12-23 15:53:56 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.22000000 | 1000.00000000 | 5.22000000 | 0.00000000 | 1000.00000000 | 2020-12-23 15:52:35 | 2020-12-23 15:53:30 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.24000000 | 1212.00000000 | 5.24000000 | 0.00000000 | 1212.00000000 | 2020-12-23 15:49:45 | 2020-12-23 15:50:19 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.45000000 | 1212.00000000 | 0.00000000 | 1212.00000000 | 0.00000000 | 2020-12-23 15:49:27 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.33000000 | 1212.00000000 | 0.00000000 | 1212.00000000 | 0.00000000 | 2020-12-23 15:49:23 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.26000000 | 232.00000000 | 5.26000000 | 0.00000000 | 232.00000000 | 2020-12-23 15:49:15 | 2020-12-23 15:50:19 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.27500000 | 1000.00000000 | 5.27500000 | 0.00000000 | 1000.00000000 | 2020-12-23 15:49:09 | 2020-12-23 15:50:52 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.25000000 | 1000.00000000 | 5.25000000 | 0.00000000 | 1000.00000000 | 2020-12-23 15:48:53 | 2020-12-23 15:48:54 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.19000000 | 231.00000000 | 5.19000000 | 0.00000000 | 231.00000000 | 2020-12-23 15:47:38 | 2020-12-23 15:48:47 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.18000000 | 555.00000000 | 5.18000000 | 0.00000000 | 555.00000000 | 2020-12-23 15:46:56 | 2020-12-23 15:48:04 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.19000000 | 666.00000000 | 5.19000000 | 0.00000000 | 666.00000000 | 2020-12-23 15:46:49 | 2020-12-23 15:48:47 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.19000000 | 133.00000000 | 5.19000000 | 0.00000000 | 133.00000000 | 2020-12-23 15:46:45 | 2020-12-23 15:48:46 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.21000000 | 111.00000000 | 5.21000000 | 0.00000000 | 111.00000000 | 2020-12-23 15:46:40 | 2020-12-23 15:48:47 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.22000000 | 1212.00000000 | 5.22000000 | 0.00000000 | 1212.00000000 | 2020-12-23 15:46:25 | 2020-12-23 15:48:47 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.24100000 | 122.00000000 | 5.24100000 | 0.00000000 | 122.00000000 | 2020-12-23 15:46:19 | 2020-12-23 15:48:51 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.26000000 | 1132.00000000 | 5.26000000 | 0.00000000 | 1132.00000000 | 2020-12-23 15:46:09 | 2020-12-23 15:48:54 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.27000000 | 1000.00000000 | 5.27000000 | 0.00000000 | 1000.00000000 | 2020-12-23 15:46:05 | 2020-12-23 15:48:54 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.29000000 | 1000.00000000 | 5.29000000 | 0.00000000 | 1000.00000000 | 2020-12-23 15:45:58 | 2020-12-23 15:50:52 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.09000000 | 1212.00000000 | 5.09000000 | 0.00000000 | 1212.00000000 | 2020-12-23 15:35:31 | 2020-12-23 15:45:17 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.79000000 | 1244.00000000 | 0.00000000 | 1244.00000000 | 0.00000000 | 2020-12-23 15:35:26 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.69000000 | 1212.00000000 | 0.00000000 | 1212.00000000 | 0.00000000 | 2020-12-23 15:35:22 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.49000000 | 1323.00000000 | 0.00000000 | 1323.00000000 | 0.00000000 | 2020-12-23 15:35:18 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.35000000 | 1443.00000000 | 0.00000000 | 1443.00000000 | 0.00000000 | 2020-12-23 15:35:15 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.30000000 | 1444.00000000 | 0.00000000 | 1444.00000000 | 0.00000000 | 2020-12-23 15:35:11 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.25000000 | 1333.00000000 | 5.25000000 | 0.00000000 | 1333.00000000 | 2020-12-23 15:35:07 | 2020-12-23 15:45:17 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.20000000 | 1000.00000000 | 5.20000000 | 0.00000000 | 1000.00000000 | 2020-12-23 15:34:51 | 2020-12-23 15:45:17 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.15000000 | 1000.00000000 | 5.15000000 | 0.00000000 | 1000.00000000 | 2020-12-23 15:34:47 | 2020-12-23 15:45:17 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.10000000 | 1000.00000000 | 5.10000000 | 0.00000000 | 1000.00000000 | 2020-12-23 15:34:44 | 2020-12-23 15:45:17 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.05000000 | 1000.00000000 | 5.05000000 | 0.00000000 | 1000.00000000 | 2020-12-23 15:34:40 | 2020-12-23 15:38:47 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.99000000 | 1000.00000000 | 4.99000000 | 0.00000000 | 1000.00000000 | 2020-12-23 14:51:52 | 2020-12-23 14:54:30 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.97000000 | 1000.00000000 | 4.97000000 | 0.00000000 | 1000.00000000 | 2020-12-23 14:51:48 | 2020-12-23 14:52:12 | SELL | FILLED | 0.00000000 | USDT | INJ |
| ETHUSDT | 595.00000000 | 25.00000000 | 595.00000000 | 0.00000000 | 25.00000000 | 2020-12-23 14:26:19 | 2020-12-23 22:08:03 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 599.00000000 | 25.00000000 | 599.00000000 | 0.00000000 | 25.00000000 | 2020-12-23 14:26:16 | 2020-12-23 16:57:37 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 605.00000000 | 25.00000000 | 605.00000000 | 0.00000000 | 25.00000000 | 2020-12-23 14:26:13 | 2020-12-23 15:52:07 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 610.00000000 | 10.00000000 | 610.00000000 | 0.00000000 | 10.00000000 | 2020-12-23 14:26:10 | 2020-12-23 14:26:16 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 609.00000000 | 10.00000000 | 609.00000000 | 0.00000000 | 10.00000000 | 2020-12-23 14:26:06 | 2020-12-23 14:29:07 | BUY | FILLED | 0.00000000 | USDT | ETH |
| INJUSDT | 4.95000000 | 1000.00000000 | 4.95000000 | 0.00000000 | 1000.00000000 | 2020-12-23 14:25:28 | 2020-12-23 14:36:36 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.05000000 | 1000.00000000 | 5.05000000 | 0.00000000 | 1000.00000000 | 2020-12-23 14:05:45 | 2020-12-23 14:56:19 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.99000000 | 1000.00000000 | 4.99000000 | 0.00000000 | 1000.00000000 | 2020-12-23 14:05:40 | 2020-12-23 14:39:09 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.95000000 | 1000.00000000 | 4.95000000 | 0.00000000 | 1000.00000000 | 2020-12-23 14:05:36 | 2020-12-23 14:13:34 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.93000000 | 1000.00000000 | 4.93000000 | 0.00000000 | 1000.00000000 | 2020-12-23 14:05:17 | 2020-12-23 14:13:34 | SELL | FILLED | 0.00000000 | USDT | INJ |

| Symbol | Price | Quantity | Price2 | Remaining | Filled | Created | Updated | Side | Status | Fee | Quote | Base |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INJUSDT | 4.91000000 | 1000.00000000 | 4.91000000 | 0.00000000 | 1000.00000000 | 2020-12-23 14:05:14 | 2020-12-23 14:13:34 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.88000000 | 1222.00000000 | 4.88000000 | 0.00000000 | 1222.00000000 | 2020-12-23 13:24:39 | 2020-12-23 13:29:16 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.91500000 | 2233.00000000 | 4.91500000 | 0.00000000 | 2233.00000000 | 2020-12-23 13:24:23 | 2020-12-23 13:31:50 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.87500000 | 1555.00000000 | 4.87500000 | 0.00000000 | 1555.00000000 | 2020-12-23 13:24:07 | 2020-12-23 13:28:43 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.89000000 | 1275.00000000 | 4.89000000 | 0.00000000 | 1275.00000000 | 2020-12-23 13:23:34 | 2020-12-23 13:29:22 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.39000000 | 1333.00000000 | 0.00000000 | 1333.00000000 | 0.00000000 | 2020-12-23 13:22:11 | 2021-01-05 06:34:10 | SELL | CANCELED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.29000000 | 1000.00000000 | 5.29000000 | 0.00000000 | 1000.00000000 | 2020-12-23 13:22:07 | 2020-12-23 15:05:23 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.89000000 | 1000.00000000 | 4.89000000 | 0.00000000 | 1000.00000000 | 2020-12-23 13:19:59 | 2020-12-23 13:20:21 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.25000000 | 2500.00000000 | 5.25000000 | 0.00000000 | 2500.00000000 | 2020-12-23 13:19:10 | 2020-12-23 15:05:23 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.15000000 | 1000.00000000 | 5.15000000 | 0.00000000 | 1000.00000000 | 2020-12-23 13:19:06 | 2020-12-23 14:59:29 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.10000000 | 1000.00000000 | 5.10000000 | 0.00000000 | 1000.00000000 | 2020-12-23 13:19:02 | 2020-12-23 14:58:35 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 5.05000000 | 2500.00000000 | 5.05000000 | 0.00000000 | 2500.00000000 | 2020-12-23 13:18:58 | 2020-12-23 14:56:14 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.99000000 | 2500.00000000 | 4.99000000 | 0.00000000 | 2500.00000000 | 2020-12-23 13:18:49 | 2020-12-23 14:39:08 | SELL | FILLED | 0.00000000 | USDT | INJ |
| ETHUSDT | 617.25000000 | 25.00000000 | 617.25000000 | 0.00000000 | 25.00000000 | 2020-12-23 05:20:37 | 2020-12-23 05:22:05 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 617.40000000 | 25.00000000 | 617.40000000 | 0.00000000 | 25.00000000 | 2020-12-23 05:20:30 | 2020-12-23 05:20:33 | BUY | FILLED | 0.00000000 | USDT | ETH |
| INJUSDT | 4.43000000 | 1250.00000000 | 4.43000000 | 0.00000000 | 1250.00000000 | 2020-12-23 05:17:40 | 2020-12-23 05:26:26 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.47500000 | 2500.00000000 | 4.47500000 | 0.00000000 | 2500.00000000 | 2020-12-23 05:17:29 | 2020-12-23 06:03:55 | SELL | FILLED | 0.00000000 | USDT | INJ |
| ETHUSDT | 616.25000000 | 12.50000000 | 616.25000000 | 0.00000000 | 12.50000000 | 2020-12-23 05:11:01 | 2020-12-23 05:14:47 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 616.50000000 | 12.50000000 | 616.50000000 | 0.00000000 | 12.50000000 | 2020-12-23 05:10:49 | 2020-12-23 05:10:49 | BUY | FILLED | 0.00000000 | USDT | ETH |
| INJUSDT | 4.55000000 | 2500.00000000 | 4.55000000 | 0.00000000 | 2500.00000000 | 2020-12-23 05:10:05 | 2020-12-23 05:10:22 | SELL | FILLED | 0.00000000 | USDT | INJ |
| ETHUSDT | 616.00000000 | 12.00000000 | 616.00000000 | 0.00000000 | 12.00000000 | 2020-12-23 05:09:48 | 2020-12-23 05:14:48 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 615.50000000 | 12.50000000 | 615.50000000 | 0.00000000 | 12.50000000 | 2020-12-23 05:09:28 | 2020-12-23 05:15:07 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 615.00000000 | 25.00000000 | 615.00000000 | 0.00000000 | 25.00000000 | 2020-12-23 05:09:20 | 2020-12-23 05:28:22 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 614.00000000 | 25.00000000 | 614.00000000 | 0.00000000 | 25.00000000 | 2020-12-23 05:09:16 | 2020-12-23 05:28:27 | BUY | FILLED | 0.00000000 | USDT | ETH |
| INJUSDT | 4.59000000 | 4545.00000000 | 4.59000000 | 0.00000000 | 4545.00000000 | 2020-12-23 05:08:53 | 2020-12-23 09:13:47 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.58000000 | 2500.00000000 | 4.58000000 | 0.00000000 | 2500.00000000 | 2020-12-23 05:08:47 | 2020-12-23 09:13:41 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.57000000 | 1000.00000000 | 4.57000000 | 0.00000000 | 1000.00000000 | 2020-12-23 05:08:42 | 2020-12-23 09:13:27 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.56000000 | 1000.00000000 | 4.56000000 | 0.00000000 | 1000.00000000 | 2020-12-23 05:08:39 | 2020-12-23 09:13:12 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.45000000 | 1000.00000000 | 4.45000000 | 0.00000000 | 1000.00000000 | 2020-12-23 04:32:54 | 2020-12-23 04:40:19 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.42500000 | 1000.00000000 | 4.42500000 | 0.00000000 | 1000.00000000 | 2020-12-23 04:32:51 | 2020-12-23 04:33:42 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.26500000 | 1000.00000000 | 4.26500000 | 0.00000000 | 1000.00000000 | 2020-12-23 04:04:46 | 2020-12-23 04:23:41 | SELL | FILLED | 0.00000000 | USDT | INJ |
| ETHUSDT | 617.00000000 | 12.50000000 | 617.00000000 | 0.00000000 | 12.50000000 | 2020-12-23 03:45:30 | 2020-12-23 04:06:14 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 599.00000000 | 12.50000000 | 599.00000000 | 0.00000000 | 12.50000000 | 2020-12-23 03:45:24 | 2020-12-23 11:07:58 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 605.00000000 | 12.50000000 | 605.00000000 | 0.00000000 | 12.50000000 | 2020-12-23 03:45:21 | 2020-12-23 10:45:19 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 609.00000000 | 12.50000000 | 609.00000000 | 0.00000000 | 12.50000000 | 2020-12-23 03:45:18 | 2020-12-23 07:17:08 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 615.00000000 | 12.50000000 | 615.00000000 | 0.00000000 | 12.50000000 | 2020-12-23 03:45:14 | 2020-12-23 05:28:21 | BUY | FILLED | 0.00000000 | USDT | ETH |
| ETHUSDT | 621.50000000 | 12.50000000 | 621.50000000 | 0.00000000 | 12.50000000 | 2020-12-23 03:45:10 | 2020-12-23 04:01:58 | BUY | FILLED | 0.00000000 | USDT | ETH |
| INJUSDT | 4.54000000 | 2500.00000000 | 4.54000000 | 0.00000000 | 2500.00000000 | 2020-12-23 03:44:38 | 2020-12-23 04:51:31 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.49000000 | 2500.00000000 | 4.49000000 | 0.00000000 | 2500.00000000 | 2020-12-23 03:44:34 | 2020-12-23 04:25:50 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.32000000 | 2500.00000000 | 4.32000000 | 0.00000000 | 2500.00000000 | 2020-12-23 03:44:23 | 2020-12-23 04:23:57 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.29000000 | 2500.00000000 | 4.29000000 | 0.00000000 | 2500.00000000 | 2020-12-23 03:44:18 | 2020-12-23 03:50:27 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.44500000 | 1000.00000000 | 4.44500000 | 0.00000000 | 1000.00000000 | 2020-12-23 00:35:13 | 2020-12-23 00:38:13 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.45000000 | 2500.00000000 | 4.45000000 | 0.00000000 | 2500.00000000 | 2020-12-23 00:34:33 | 2020-12-23 00:44:11 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.44000000 | 1000.00000000 | 4.44000000 | 0.00000000 | 1000.00000000 | 2020-12-23 00:34:29 | 2020-12-23 00:38:12 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.47500000 | 1000.00000000 | 4.47500000 | 0.00000000 | 1000.00000000 | 2020-12-23 00:32:08 | 2020-12-23 00:45:38 | SELL | FILLED | 0.00000000 | USDT | INJ |

| Pair | Price | Amount | Price2 | Zero | Amount2 | Placed | Filled | Side | Status | Fee | Fee Asset | Asset |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INJUSDT | 4.45000000 | 1000.00000000 | 4.45000000 | 0.00000000 | 1000.00000000 | 2020-12-23 00:31:58 | 2020-12-23 00:42:36 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.77000000 | 2815.76000000 | 4.77000000 | 0.00000000 | 2815.76000000 | 2020-12-23 00:19:51 | 2020-12-23 09:16:14 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.65000000 | 2500.00000000 | 4.65000000 | 0.00000000 | 2500.00000000 | 2020-12-23 00:19:43 | 2020-12-23 00:47:47 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.55000000 | 2500.00000000 | 4.55000000 | 0.00000000 | 2500.00000000 | 2020-12-23 00:19:37 | 2020-12-23 00:45:59 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.45000000 | 1000.00000000 | 4.45000000 | 0.00000000 | 1000.00000000 | 2020-12-23 00:19:32 | 2020-12-23 00:38:31 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.69900000 | 1000.00000000 | 4.69900000 | 0.00000000 | 1000.00000000 | 2020-12-22 23:20:37 | 2020-12-22 23:20:43 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.89000000 | 2500.00000000 | 4.89000000 | 0.00000000 | 2500.00000000 | 2020-12-22 23:20:30 | 2020-12-23 09:23:02 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.99000000 | 2500.00000000 | 4.99000000 | 0.00000000 | 2500.00000000 | 2020-12-22 23:20:26 | 2020-12-23 09:54:29 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.75000000 | 1000.00000000 | 4.75000000 | 0.00000000 | 1000.00000000 | 2020-12-22 23:20:23 | 2020-12-22 23:24:15 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.67500000 | 1000.00000000 | 4.67500000 | 0.00000000 | 1000.00000000 | 2020-12-22 23:20:19 | 2020-12-22 23:20:36 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.69000000 | 2500.00000000 | 4.69000000 | 0.00000000 | 2500.00000000 | 2020-12-22 23:20:05 | 2020-12-22 23:20:40 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.65000000 | 1000.00000000 | 4.65000000 | 0.00000000 | 1000.00000000 | 2020-12-22 23:20:01 | 2020-12-22 23:20:14 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.41000000 | 111.00000000 | 4.41000000 | 0.00000000 | 111.00000000 | 2020-12-22 22:43:49 | 2020-12-22 23:14:07 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.39000000 | 111.00000000 | 4.39000000 | 0.00000000 | 111.00000000 | 2020-12-22 22:43:43 | 2020-12-22 22:43:43 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.39000000 | 222.00000000 | 4.39000000 | 0.00000000 | 222.00000000 | 2020-12-22 22:40:02 | 2020-12-22 22:43:10 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.41500000 | 555.00000000 | 4.41500000 | 0.00000000 | 555.00000000 | 2020-12-22 22:38:51 | 2020-12-22 23:14:07 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.44000000 | 888.00000000 | 4.44000000 | 0.00000000 | 888.00000000 | 2020-12-22 22:38:03 | 2020-12-22 23:14:07 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.45000000 | 999.00000000 | 4.45000000 | 0.00000000 | 999.00000000 | 2020-12-22 22:37:57 | 2020-12-22 23:14:07 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.46000000 | 1000.00000000 | 4.46000000 | 0.00000000 | 1000.00000000 | 2020-12-22 22:37:17 | 2020-12-22 23:14:07 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.65000000 | 1000.00000000 | 4.65000000 | 0.00000000 | 1000.00000000 | 2020-12-22 22:37:12 | 2020-12-22 23:16:42 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.42000000 | 222.00000000 | 4.42000000 | 0.00000000 | 222.00000000 | 2020-12-22 22:36:57 | 2020-12-22 22:37:04 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.42000000 | 222.00000000 | 4.42000000 | 0.00000000 | 222.00000000 | 2020-12-22 22:35:51 | 2020-12-22 22:37:03 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.42600000 | 122.00000000 | 4.42600000 | 0.00000000 | 122.00000000 | 2020-12-22 22:34:44 | 2020-12-22 22:37:04 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.43000000 | 111.00000000 | 4.43000000 | 0.00000000 | 111.00000000 | 2020-12-22 22:34:34 | 2020-12-22 22:37:04 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.95000000 | 250.00000000 | 4.95000000 | 0.00000000 | 250.00000000 | 2020-12-22 22:34:22 | 2020-12-23 09:54:00 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.85000000 | 250.00000000 | 4.85000000 | 0.00000000 | 250.00000000 | 2020-12-22 22:34:18 | 2020-12-23 09:16:44 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.75000000 | 250.00000000 | 4.75000000 | 0.00000000 | 250.00000000 | 2020-12-22 22:34:04 | 2020-12-22 23:24:15 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.44000000 | 250.00000000 | 4.44000000 | 0.00000000 | 250.00000000 | 2020-12-22 22:33:54 | 2020-12-22 22:37:04 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.55000000 | 250.00000000 | 4.55000000 | 0.00000000 | 250.00000000 | 2020-12-22 22:33:48 | 2020-12-22 23:14:51 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.49000000 | 250.00000000 | 4.49000000 | 0.00000000 | 250.00000000 | 2020-12-22 22:33:44 | 2020-12-22 23:14:07 | SELL | FILLED | 0.00000000 | USDT | INJ |
| INJUSDT | 4.45000000 | 250.00000000 | 4.45000000 | 0.00000000 | 250.00000000 | 2020-12-22 22:33:34 | 2020-12-22 22:37:04 | SELL | FILLED | 0.00000000 | USDT | INJ |