# Exhibit 57



| Currency | Amount | BUSD | Destination Address | Label/Tag/Memo | txid | Apply Time | Network |
|---|---|---|---|---|---|---|---|
| COVER | 103.32367300 | 0.00000000 | ▮▮▮92fd | | ▮▮▮7782 | 2021-01-08 17:51:27 | ETH |
| INJ | 58998.91900000 | 275471.85270290 | ▮▮▮b2A1 | | ▮▮▮92b5 | 2021-01-06 00:18:52 | ETH |
| INJ | 200.00000000 | 933.82000000 | ▮▮▮b2A1 | | ▮▮▮44e1 | 2021-01-06 00:07:26 | ETH |
| BNB | 1200.41673175 | 50817.24235183 | ▮▮▮0r52 | BNB | ▮▮▮78E2 | 2021-01-05 23:59:01 | BNB |
| BNB | 8.00900000 | 339.04499700 | ▮▮▮0r52 | BNB | ▮▮▮57F1 | 2021-01-05 23:53:07 | BNB |
| ATOM | 13100.40267800 | 87707.19592921 | ▮▮▮s04y | ATOM | ▮▮▮CBC8 | 2021-01-05 23:43:13 | ATOM |
| ATOM | 58.99500000 | 394.97152500 | ▮▮▮s04y | ATOM | ▮▮▮9972 | 2021-01-05 23:31:59 | ATOM |
| USDT | 127489.57393600 | 127796.28454834 | ▮▮▮4445 | | ▮▮▮9f36 | 2021-01-05 10:52:19 | ETH |
| AAVE | 439.39800000 | 50818.13629200 | ▮▮▮4445 | | ▮▮▮392c | 2021-01-05 10:16:50 | ETH |
| YFI | 5.79526298 | 143946.79838133 | ▮▮▮4445 | | ▮▮▮1n18 | 2021-01-05 07:55:44 | ETH |
| ETH | 1128.62430996 | 1367294.49278724 | ▮▮▮4445 | | ▮▮▮64b8 | 2021-01-05 06:27:18 | ETH |
| ETH | 1.00000000 | 1211.47000000 | ▮▮▮4445 | | ▮▮▮41d9 | 2021-01-05 05:57:52 | ETH |
| FTM | 97304.10000000 | 0.00000000 | ▮▮▮11C8 | | ▮▮▮d313 | 2021-01-05 00:53:45 | ETH |
| SAND | 27515.26400000 | 1237.19633050 | ▮▮▮11C8 | | ▮▮▮0bf8 | 2021-01-05 00:03:11 | ETH |
| PERL | 14948.70000000 | 366.46952115 | ▮▮▮11C8 | | ▮▮▮aac6 | 2021-01-04 23:53:05 | ETH |
| BTC | 14.04968172 | 478374.94344475 | ▮▮▮htlu | | ▮▮▮986f | 2021-01-04 16:18:39 | BTC |
| BTC | 0.01450000 | 493.70774500 | ▮▮▮htlu | | ▮▮▮2502 | 2021-01-04 15:15:28 | BTC |
| REN | 74977.09124186 | 0.00000000 | ▮▮▮11C8 | | ▮▮▮14b7 | 2021-01-04 14:59:26 | ETH |
| AST | 656564.40100000 | 59464.92920282 | ▮▮▮11C8 | | ▮▮▮1c0a | 2021-01-04 14:55:31 | ETH |
| YFI | 3.26043480 | 77660.62254468 | ▮▮▮11C8 | | ▮▮▮cf17 | 2021-01-04 14:47:01 | ETH |
| UNI | 21497.59385500 | 134749.08076677 | ▮▮▮11C8 | | ▮▮▮2393 | 2021-01-04 14:43:26 | ETH |
| USDT | 307867.93438700 | 308825.28975181 | ▮▮▮11C8 | | ▮▮▮ef2f2 | 2021-01-04 14:38:28 | ETH |
| ETH | 589.88593000 | 630650.07964930 | ▮▮▮11C8 | | ▮▮▮b490 | 2021-01-04 14:29:15 | ETH |
| ETH | 0.49500000 | 545.98995000 | ▮▮▮11C8 | | ▮▮▮f8e4 | 2021-01-04 14:21:51 | ETH |
| AAVE | 1706.11666285 | 151025.44699548 | ▮▮▮92fd | | ▮▮▮2906 | 2020-12-30 03:31:38 | ETH |
| ETH | 0.04500000 | 30.78765000 | ▮▮▮979D | | ▮▮▮7986 | 2020-12-26 18:54:21 | ETH |
| USDT | 100000.00000000 | 100030.00900000 | ▮▮▮92fd | | ▮▮▮cddc | 2020-12-20 20:50:59 | ETH |
| ETH | 199.99500000 | 108873.27810000 | ▮▮▮92fd | | ▮▮▮9fe8 | 2020-12-10 05:06:08 | ETH |
| ETH | 130.45675000 | 78527.13609500 | ▮▮▮92fd | | ▮▮▮98f7 | 2020-12-05 04:17:27 | ETH |
| USDT | 120000.00000000 | 120072.04320000 | ▮▮▮92fd | | ▮▮▮8489 | 2020-11-30 03:25:09 | ETH |
| SUSHI | 40997.04702775 | 64611.34611573 | ▮▮▮92fd | | ▮▮▮8072 | 2020-11-18 11:51:45 | ETH |
| ETH | 404.99500000 | 150143.79635000 | ▮▮▮92fd | | ▮▮▮d396 | 2020-10-09 05:35:39 | ETH |
| USDT | 207204.65970300 | 207287.57471963 | ▮▮▮92fd | | ▮▮▮afb8 | 2020-10-09 05:27:50 | ETH |
| USDT | 25000.00000000 | 25002.50025000 | ▮▮▮0dfb | | ▮▮▮fb1d | 2020-10-01 13:14:50 | ETH |
| CREAM | 133.84623033 | 8422.00635105 | ▮▮▮92fd | | ▮▮▮3609 | 2020-09-28 09:25:26 | ETH |
| ETH | 45.44800000 | 16081.32032000 | ▮▮▮2A83 | | ▮▮▮8791 | 2020-09-27 14:43:54 | ETH |
| ETH | 50.00000000 | 17692.00000000 | ▮▮▮fe20 | | ▮▮▮3a7e | 2020-09-27 03:46:07 | ETH |
| ETH | 48.74500000 | 17427.79985000 | ▮▮▮88f6 | | ▮▮▮1a40 | 2020-09-26 13:31:14 | ETH |
| ETH | 30.00000000 | 10620.60000000 | ▮▮▮Fb90 | | ▮▮▮e43c | 2020-09-25 11:59:31 | ETH |
| ETH | 0.99400000 | 346.96564000 | ▮▮▮fe20 | | ▮▮▮1581 | 2020-09-23 04:16:55 | ETH |
| WNXM | 169.95000000 | 7225.93410000 | ▮▮▮92fd | | ▮▮▮f4f2 | 2020-09-18 02:42:27 | ETH |
| ETH | 1197.72840036 | 460502.61537041 | ▮▮▮92fd | | ▮▮▮d0e1 | 2020-09-17 20:55:31 | ETH |
| USDT | 500000.00000000 | 500100.02000000 | ▮▮▮92fd | | ▮▮▮8f95 | 2020-09-17 17:51:24 | ETH |
| USDT | 20581.95000000 | 20579.89180500 | ▮▮▮92fd | | ▮▮▮70c3 | 2020-09-14 19:41:31 | ETH |
| USDT | 949901.72629927 | 949806.73608664 | ▮▮▮92fd | | ▮▮▮de7c | 2020-09-14 17:42:31 | BSC |
| USDT | 1000.00000000 | 999.90000000 | ▮▮▮92fd | | ▮▮▮b047 | 2020-09-14 17:02:40 | BSC |
| BNB | 5.00000000 | 135.51950000 | ▮▮▮92fd | | ▮▮▮59c9 | 2020-09-14 15:48:18 | BSC |
| WNXM | 289.95000000 | 14467.92805459 | ▮▮▮92fd | | ▮▮▮b9b3 | 2020-09-14 14:58:11 | ETH |
| USDT | 163705.70046500 | 163722.07267210 | ▮▮▮92fd | | ▮▮▮c1d9 | 2020-09-12 18:19:16 | ETH |
| REN | 141482.10000000 | 0.00000000 | ▮▮▮92fd | | ▮▮▮dba0 | 2020-09-11 18:21:44 | ETH |
| USDT | 94384.32714300 | 94393.76652156 | ▮▮▮92fd | | ▮▮▮9488 | 2020-09-11 06:44:39 | ETH |
| ELF | 72670.00000000 | 0.00000000 | ▮▮▮92fd | | ▮▮▮b092 | 2020-09-11 06:01:58 | ETH |
| ETH | 50.00000000 | 18403.00000000 | ▮▮▮8e67 | | ▮▮▮429b | 2020-09-09 17:12:49 | ETH |
| YFI | 4.50000000 | 103236.34500000 | ▮▮▮92fd | | ▮▮▮9f45 | 2020-09-06 20:11:22 | ETH |
| ETH | 496.14820000 | 175438.00352000 | ▮▮▮92fd | | ▮▮▮f73a | 2020-09-06 19:45:01 | ETH |
| LEND | 79355.10000000 | 0.00000000 | ▮▮▮92fd | | ▮▮▮311e | 2020-09-06 19:43:41 | ETH |
| REN | 39981.00000000 | 0.00000000 | ▮▮▮92fd | | ▮▮▮c340 | 2020-09-06 19:35:38 | ETH |
| REN | 101512.10000000 | 0.00000000 | ▮▮▮92fd | | ▮▮▮d96b | 2020-09-04 17:20:10 | ETH |
| USDT | 74865.24714800 | 74887.71346002 | ▮▮▮92fd | | ▮▮▮d9e1 | 2020-08-31 16:36:29 | ETH |
| ETH | 499.99500000 | 237752.62245000 | ▮▮▮92fd | | ▮▮▮dc9d | 2020-08-31 16:22:08 | ETH |
| USDT | 400000.00000000 | 400120.03600000 | ▮▮▮92fd | | ▮▮▮a4e4 | 2020-08-31 00:43:32 | ETH |
| ETH | 123.97875000 | 53795.61941250 | ▮▮▮92fd | | ▮▮▮c2230 | 2020-08-30 13:16:11 | ETH |
| ETH | 114.99500000 | 49897.48045000 | ▮▮▮92fd | | ▮▮▮2b8 | 2020-08-30 10:35:25 | ETH |
| ETH | 511.04664000 | 219172.57249680 | ▮▮▮92fd | | ▮▮▮4523 | 2020-08-29 13:27:58 | ETH |
| ETH | 22.10439000 | 9479.90973930 | ▮▮▮92fd | | ▮▮▮8958 | 2020-08-29 08:39:45 | ETH |
| BAND | 3205.26000000 | 0.00000000 | ▮▮▮92fd | | ▮▮▮5515 | 2020-08-29 08:22:30 | ETH |
| BAND | 3499.20000000 | 0.00000000 | ▮▮▮92fd | | ▮▮▮5e8 | 2020-08-28 16:29:53 | ETH |
| COMP | 331.67012689 | 64426.92214838 | ▮▮▮92fd | | ▮▮▮4711 | 2020-08-28 15:22:17 | ETH |
| ETH | 426.38369000 | 169982.12185540 | ▮▮▮92fd | | ▮▮▮f1b4 | 2020-08-28 15:08:26 | ETH |
| USDT | 253388.30023000 | 253362.96139998 | ▮▮▮92fd | | ▮▮▮5665 | 2020-08-26 23:58:51 | ETH |
| ETH | 66.90510492 | 25643.38861374 | ▮▮▮92fd | | ▮▮▮1203 | 2020-08-26 09:21:53 | ETH |
| USDT | 200000.00000000 | 200140.09800000 | ▮▮▮92fd | | ▮▮▮cb39 | 2020-08-17 20:33:51 | ETH |
| USDT | 271486.29714500 | 271812.47164184 | ▮▮▮92fd | | ▮▮▮e3ab | 2020-08-13 23:14:29 | ETH |
| USDT | 37419.40169600 | 37468.11015699 | ▮▮▮92fd | | ▮▮▮33ef1 | 2020-08-12 18:29:40 | ETH |
| COMP | 109.62386000 | 22501.39350360 | ▮▮▮1C00 | | ▮▮▮8b87 | 2020-08-12 15:11:14 | ETH |
| COMP | 55.22137000 | 11334.73840620 | ▮▮▮1C00 | | ▮▮▮036a | 2020-08-12 04:33:49 | ETH |
| COMP | 275.15816000 | 56478.96392160 | ▮▮▮1C00 | | ▮▮▮c08a | 2020-08-12 01:28:49 | ETH |
| YFI | 3.64822833 | 20939.55373428 | ▮▮▮92fd | | ▮▮▮0322 | 2020-08-11 22:02:16 | ETH |
| USDT | 15563.53208200 | 15557.30900370 | ▮▮▮0dfb | | ▮▮▮7b97 | 2020-08-10 09:13:37 | ETH |
| USDT | 10061.32304200 | 10068.37089818 | ▮▮▮0dfb | | ▮▮▮f444 | 2020-08-07 04:34:06 | ETH |
| USDT | 35701.51414600 | 35730.09820629 | ▮▮▮92fd | | ▮▮▮8faa | 2020-07-25 20:35:36 | ETH |
| USDC | 11334.33256900 | 0.00000000 | ▮▮▮92fd | | ▮▮▮c328 | 2020-07-22 02:08:05 | ETH |
| USDC | 85941.73150900 | 0.00000000 | ▮▮▮1C00 | | ▮▮▮13f5 | 2020-07-07 20:57:28 | ETH |
| USDC | 51527.17159700 | 0.00000000 | ▮▮▮92fd | | ▮▮▮b1c2 | 2020-07-02 00:20:26 | ETH |
| ETH | 49.99700000 | 11619.80277000 | ▮▮▮1C00 | | ▮▮▮5789 | 2020-06-24 03:38:27 | ETH |
| USDC | 101000.79000000 | 0.00000000 | ▮▮▮92fd | | ▮▮▮f74b | 2020-06-23 17:30:55 | ETH |


[MASTER] UID___9897_en.xlsx

Withdrawal History

| Coin | Amount | Fee | Address | Tag | TxID | Date | Network |
|---|---|---|---|---|---|---|---|
| USDT | 36698.86000000 | 36684.18596083 | | 1C00 | | b6f5 | 2020-06-22 19:07:02 | ETH |
| USDT | 60298.86000000 | 60274.74950083 | | 92fd | | f545 | 2020-06-22 13:52:08 | ETH |
| USDT | 24011.86984400 | 24009.46865702 | | 688b | | 2d4d | 2020-06-21 14:17:47 | ETH |
| USDC | 41998.83000000 | 0.00000000 | | 1C00 | | f2be | 2020-06-17 10:15:28 | ETH |
| USDC | 60030.83000000 | 0.00000000 | | 92fd | | 34b0 | 2020-06-17 09:47:50 | ETH |
| USDC | 23498.83000000 | 0.00000000 | | 688b | | 8021 | 2020-06-17 09:01:12 | ETH |
| USDC | 80885.12055700 | 0.00000000 | | 1C00 | | e24a | 2020-06-16 02:52:02 | ETH |
| ETH | 1.77096160 | 416.31765293 | | 1C00 | | 91cb | 2020-06-15 22:12:21 | ETH |
| USDT | 5387.05677400 | 5386.51806832 | | 1C00 | | 4566 | 2020-06-15 21:49:07 | ETH |
| ETH | 17.25002000 | 4100.84725460 | | 1C00 | | 4d1d | 2020-06-01 18:29:44 | ETH |
| ETH | 34.29390495 | 6807.34013258 | | 1C00 | | 7174 | 2020-05-20 18:50:50 | ETH |
| ETH | 50.00000000 | 9987.50000000 | | 1C00 | | 75b7 | 2020-05-12 11:25:03 | ETH |
| ETH | 25.00000000 | 4650.50000000 | | 1C00 | | be72 | 2020-05-10 21:49:58 | ETH |
| ETH | 50.00000000 | 10505.00000000 | | 1C00 | | b2d1 | 2020-05-08 02:16:23 | ETH |
| ETH | 10.00000000 | 2101.00000000 | | 1C00 | | 4e00 | 2020-05-08 00:13:39 | ETH |
| ETH | 5.00000000 | 1057.85000000 | | 1C00 | | 982e | 2020-05-07 20:15:11 | ETH |
| BTC | 1.45384527 | 13307.01667940 | | zeRD | | ad2c | 2020-03-05 00:00:47 | BTC |
| BTC | 2.33530413 | 21179.57374621 | | C9fD | | 8bd3 | 2020-03-04 23:10:50 | BTC |
| BTC | 1.58960400 | 14416.59555720 | | rFUN | | 1218 | 2020-03-04 06:14:59 | BTC |
| PERL | 164711.00000000 | 3538.63135868 | | B746 | | 26ca | 2020-01-08 23:18:34 | ETH |
| PERL | 213.00000000 | 4.69678117 | | B746 | | d48a | 2020-01-07 21:59:52 | ETH |
| BTC | 17.59895792 | 0.00000000 | | 3yZ | | dcf4 | 2019-09-06 17:45:10 | |
| ETH | 149.99000000 | 0.00000000 | | C001 | | bac2 | 2019-09-03 23:07:29 | |
| ETH | 99.99000000 | 0.00000000 | | 6920 | | e5bb | 2019-07-20 00:04:25 | |
| USDT | 29280.00000000 | 0.00000000 | | 8d24 | | 1582 | 2019-07-13 04:55:40 | |
| USDT | 100.00000000 | 0.00000000 | | 8d24 | | 33bd | 2019-07-13 04:31:36 | |
| ETH | 268.74000000 | 0.00000000 | | 2965 | | 7680 | 2019-06-24 07:29:35 | |
| BTC | 6.71233000 | 0.00000000 | | b8CB | | 521a | 2019-06-21 16:46:07 | |
| BCHABC | 29.99900000 | 0.00000000 | | tx4d | | 168b | 2019-06-12 06:35:05 | |
| BCHABC | 39.99900000 | 0.00000000 | | xcgh | | a844 | 2019-05-30 01:59:29 | |
| EOS | 2249.90000000 | 0.00000000 | coinbasebase | | 4279 | 9148 | 2019-05-27 19:13:27 | |
| ETH | 199.99000000 | 0.00000000 | | C456 | | 6261 | 2019-05-22 05:31:32 | |
| BCHABC | 66.66725000 | 0.00000000 | | awwl | | c6e5 | 2019-05-17 00:30:19 | |
| BTC | 1.99950000 | 0.00000000 | | rhFK | | 457e | 2019-04-06 07:45:59 | |