# Exhibit 58

| Currency | Amount | Account Type | BUSD | Deposit Address | Source Address | TXID | Create Time | Network |
|---|---|---|---|---|---|---|---|---|
| AST | 656564.40100000 | Spot Wallet | 74916.95243128 | ████8808 | ████11c8 | ████049c | 2021-01-10 08 18 28 | ETH |
| BTC | 13.03900000 | Spot Wallet | 524679.58075000 | ████YTpo | ████tez2 | ████9349 | 2021-01-09 08 03 34 | BTC |
| BTC | 0.02400000 | Spot Wallet | 974.64384000 | ████YTpo | ████htlu / htlu | ████5cbf | 2021-01-08 20 58 03 | BTC |
| YFI | 3.26043480 | Spot Wallet | 114056.26933882 | ████8808 | ████11c8 | ████2e83 | 2021-01-08 17 40 09 | ETH |
| ETH | 575.00000000 | Spot Wallet | 696595.25000000 | ████8808 | ████11c8 | ████a8ae | 2021-01-06 19 10 04 | ETH |
| USDT | 302867.93438700 | Spot Wallet | 303596.56614575 | ████8808 | ████11c8 | ████1f83 | 2021-01-06 13 20 24 | ETH |
| USDT | 5000.00000000 | Spot Wallet | 5012.02886929 | ████8808 | ████11c8 | ████2eef | 2021-01-06 12 58 12 | ETH |

UID▮1707 [Sub].xlsx

Deposit History

| Currency | Amount | Account Type | BUSD | Deposit Address | Source Address | TXID | Create Time | Network |
|---|---|---|---|---|---|---|---|---|
| ETH | 600.00000000 | Spot Wallet | 820242.00000000 | 6a69 | 4445 | ddb1 | 2021-01-19 04 46 07 | ETH |
| ETH | 500.00000000 | Spot Wallet | 683535.00000000 | 6a69 | 4445 | a542 | 2021-01-19 04 30 09 | ETH |
| ETH | 1.00000000 | Spot Wallet | 1367.07000000 | 6a69 | 4445 | 60bb | 2021-01-19 04 20 13 | ETH |

| Currency | Amount | Account Type | BUSD | Deposit Address | Source Address | TXID | Create Time | Network |
|---|---|---|---|---|---|---|---|---|
| INJ | 59198.91900000 | Spot Wallet | 561093.27417390 | 178f | b2a1 | 6d04 | 2021-01-30 13 30 16 | ETH |
| INJ | 77742.00000000 | Spot Wallet | 684129.60000000 | 178f | ae92 | 3cbc | 2021-01-24 09 56 02 | ETH |
| INJ | 100.00000000 | Spot Wallet | 880.00000000 | 178f | ae92 | 4c1f | 2021-01-24 09 50 14 | ETH |
| INJ | 75345.00000000 | Spot Wallet | 651583.56000000 | 178f | 315f | a6a3 | 2021-01-19 09 30 09 | ETH |
| INJ | 100.00000000 | Spot Wallet | 864.80000000 | 178f | 315f | 9e8b | 2021-01-19 09 28 14 | ETH |

UID███7524 [Sub].xlsx

Deposit History

| Currency | Amount | Account Type | BUSD | Deposit Address | Source Address | TXID | Create Time | Network |
|---|---|---|---|---|---|---|---|---|
| UNI | 21497.59588500 | Spot Wallet | 408247.94489450 | ███b8e2 | ███11c8 | ███ae75 | 2021-02-02 07 30 13 | ETH |
| REN | 74977.09124186 | Spot Wallet | 0.00000000 | ███b8e2 | ███11c8 | ███c0a1 | 2021-02-02 07 26 02 | ETH |

UID████2192 [Sub].xlsx

Deposit History

| Currency | Amount | Account Type | BUSD | Deposit Address | Source Address | TXID | Create Time | Network |
|---|---|---|---|---|---|---|---|---|
| INJ | 42174.91450000 | Spot Wallet | 441048.38587520 | ███327e | ███3090 | ███ce97 | 2021-02-01 21 36 06 | ETH |
| INJ | 100000.00054000 | Spot Wallet | 672440.00363118 | ███327e | ███deefa | ███473e | 2021-01-14 21 06 06 | ETH |
| INJ | 75000.00000000 | Spot Wallet | 413752.50000000 | ███327e | ███deefa | ███642e | 2021-01-13 01 00 07 | ETH |
| INJ | 25000.00000000 | Spot Wallet | 137917.50000000 | ███327e | ███deefa | ███771d | 2021-01-13 00 48 08 | ETH |