# Exhibit 59

# BLOCKCHAIR

info@blockchair.com
https://blockchair.com

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## :ENTITY RECEIPT                                                        ETHEREUM

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**TRANSACTION IDENTIFIER:**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓771d

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSACTION TIMESTAMP:**           **CONFIRMED TRANSACTION:**
2021-01-13 00:46 (UTC)               Included in block: #11643512 on the Ethereum blockchain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STATUS:** Successful
**PURPOSE OF TRANSACTION:** Contract interaction
**INITIATOR:**  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓deefa
**CONTRACT:**   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ca30

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ERC-20 TRANSFERS:**

| TOKEN NAME | Injective Token (INJ) | VALUE |
|---|---|---|
| TOKEN CONTRACT HASH | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ca30 | 25,000.000000000000000000 (INJ) |
| FROM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓deefa | UNKNOWN |
| TO | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓327e | |

**NOTE**

ETH-USD RATE AT THE TIME OF TRANSACTION.
ERC-20 USD VALUES AT THE TIME OF RECEIPT GENERATION.

**DISCLAIMER**

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-07-28 21:49 (UTC) AND IS BASED ON PUBLIC DATA FROM THE ETHEREUM BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of the receipt at Blockchair.com

# BLOCKCHAIR

info@blockchair.com
https://blockchair.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## :ENTITY RECEIPT                                              ETHEREUM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TRANSACTION IDENTIFIER:**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ 642e

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSACTION TIMESTAMP:**          **CONFIRMED TRANSACTION:**
2021-01-13 00:58 (UTC)              Included in block: #11643558 on the Ethereum blockchain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STATUS:** Successful
**PURPOSE OF TRANSACTION:** Contract interaction
**INITIATOR:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ deefa
**CONTRACT:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ca30

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ERC-20 TRANSFERS:**

| TOKEN NAME | Injective Token (INJ) | | VALUE |
|---|---|---|---|
| TOKEN CONTRACT HASH | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ca30 | | 75,000.000000000000000000 (INJ) |
| FROM | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ deefa | | UNKNOWN |
| TO | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ 9327e | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



**NOTE**

ETH-USD RATE AT THE TIME OF TRANSACTION.
ERC-20 USD VALUES AT THE TIME OF RECEIPT GENERATION.

**DISCLAIMER**

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-07-28 21:49 (UTC) AND IS BASED ON PUBLIC DATA FROM THE ETHEREUM BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF PROBLEMS ASSOCIATED WITH THIS PAYMENT.

Scan to check the validity of the receipt at Blockchair.com

**BLOCKCHAIR**

info@blockchair.com
https://blockchair.com

`* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *`

## :ENTITY RECEIPT                                              ETHEREUM

`* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *`

**TRANSACTION IDENTIFIER:**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇473e

---

**TRANSACTION TIMESTAMP:**                **CONFIRMED TRANSACTION:**
2021-01-14 21:04 (UTC)                     Included in block: #11655516 on the Ethereum blockchain

---

**STATUS:** Successful
**PURPOSE OF TRANSACTION:**   Contract interaction
**INITIATOR:**   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇deefa
**CONTRACT:**    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ca30

---

`* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *`

**ERC-20 TRANSFERS:**

| TOKEN NAME | | VALUE |
|---|---|---|
| | Injective Token (INJ) | |
| TOKEN CONTRACT HASH | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ca30 | 100,000.000540000000000000 (INJ) |
| FROM | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇deefa | UNKNOWN |
| TO | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇327e | |

---

**NOTE**

ETH-USD RATE AT THE TIME OF TRANSACTION.
ERC-20 USD VALUES AT THE TIME OF RECEIPT GENERATION.

**DISCLAIMER**

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2023-07-28 21:50 (UTC) AND IS BASED ON PUBLIC DATA FROM THE ETHEREUM BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of the receipt at Blockchair.com