# Exhibit 60

**Tracing Chart from Paragraph 12:**



**Tracing Chart from Paragraph 13:**



**Tracing Chart from Paragraph 42:**



3

**Tracing Chart from Paragraph 52:**



**Tracing Chart from Paragraph 103:**

| INJ Token Issuer | Wallet x1632 | VQR Binance Sub-Account | VQR Binance Master Account | Adaya Wallets | Yenamandra Account | Adaya Unhosted Transfer Wallets | Nguyen Account |
|---|---|---|---|---|---|---|---|
| → 1 INJ 10/20/2020 | → 0.5 INJ 10/21/2020 | → 418,671.75 INJ 12/13/2020 | → 418,671.75 INJ 12/13/2020 | → 200,000 INJ 1/13 & 14/2021 | | | (Nguyen Account) |
| → 1,000,000 INJ 10/21/2020 | → 500,000 INJ 10/21/2020 | | → 118,671.75 INJ 12/22/2020 | → 590.38 ETH 1/24/2021 | | → 575 ETH 1/6/2021 | |
| | → 500,000.05 INJ 10/21/2020 | | → 100,000 INJ 12/23/2020 (Deefa Wallet) | → 308,867.93 USDT 1/4/2021 | | → 307,867.93 USDT 1/6/2021 | |
| | | → 323,544.70 USDT 12/13/2020 | → 323,544.70 USDT 12/13/2020 | → 323,544.70 USDT 1/3/2021 | → 21,497.60 UNI 1/4/2021 | → 21,497.60 UNI 2/2/2021 | |
| | | | | | → 3.26 YFI 1/4/2021 | → 3.26 YFI 1/8/2021 | |
| | | → 20.03 BTC 12/13/2020 | → 0.0095 BTC 12/13/2020 (Adaya BTC Wallet) | | → 656,564.40 AST 1/4/2021 | → 656,564.60 AST 1/10/2021 | |
| | | | → 20.01 BTC 12/14/2020 | | → 74,977.09 REN 1/4/2021 | → 74,977.09 REN 2/2/2021 | |
| | | | | | → 14.06 BTC 1/4/2021 | → .024 & 13.039 BTC 1/8 & 9/2021 | |
| | | | | | → 1,129,62 ETH 1/5/2021 | → 1,101 ETH 1/19/2021 | |
| | | | | | → 59,198.92 INJ 1/5/2021 | → 58,198.92 INJ 1/30/2021 | |

5