# Exhibit C

Law Office of Dennis O. Cohen, PLLC
157 13th Street
Brooklyn, NY 11215
**(646) 859-8855**
dennis@denniscohenlaw.com

| INVOICE — ROBERT J. MUSIALA, JR. AS COURT-APPOINTED RECEIVER | JULY 1, 2023 |
|---|---|

| BILL TO | INSTRUCTIONS | |
|---|---|---|
| Robert J. Musiala, Jr.<br>BakerHostetler<br>One North Wacker Drive<br>Suite 4500<br>Chicago, IL 60606<br>rmusiala@bakerlaw.com | Payment by wire to:<br>CITIBANK, N.A.<br>ABA Number: 021 000 089<br>SWIFT Code: CITI US 33<br>Account Number: 67 952 00 678 | Payment by check to:<br>Law Office of Dennis O. Cohen, PLLC<br>157 13th Street<br>Brooklyn, NY 11215<br>Federal Tax ID: 83-2632313 |

| DESCRIPTION | TIME | NOTES | RATE AND TOTAL |
|---|---|---|---|
| For legal services rendered pursuant to engagement letter dated February 15, 2022, including: | | Non-final invoice. | DC Rate: $625/hr |
| Dennis O. Cohen (Activity Category *Asset Analysis and Recovery*): | | | |
| 4/17/2023 ■■■ | 0.1 | | |
| 4/26/2023 ■■■ | 0.2 | | |
| 5/9/2023 ■■■ | 1.2 | | |
| 5/11/2023 ■■■ | 3.3 | | |
| 5/12/2023 ■■■ | 1.4 | | |
| 5/15/2023 ■■■ | 3.5 | | |



| Date | Description | Hours |
|---|---|---|
| 5/16/2023 | [redacted] | 1.1 |
| 5/17/2023 | [redacted] | 2.9 |
| 5/24/2023 | [redacted] | 1.9 |
| 6/1/2023 | [redacted] | 1.1 |
| 6/2/2023 | [redacted] | 0.7 |
| 6/7/2023 | [redacted] | 0.1 |
| 6/12/2023 | [redacted] | 0.6 |

THANK YOU FOR YOUR BUSINESS

3

| Date | Description | Hours |
|---|---|---|
| 6/13/2023 | ███ | 1.1 |
| 6/14/2023 | ███ | 0.2 |
| 6/20/2023 | ███ | 0.8 |
| 6/26/2023 | ███ | 0.1 |
| 6/29/2023 | ███ | 0.1 |
| | Total DC | 20.4 |
| | Fees Subtotal | $12,750.00 |
| | Total | $12,750.00 |

Please pay per agreement: **$12,750.00**

**THANK YOU FOR YOUR BUSINESS**