# Exhibit E



4123 Lankershim Boulevard
North Hollywood, CA 91602

**Robert A. Musiala, Jr.**  **Invoice:** 570431
Montgomery Technologies LLC in Receivership
BakerHostetler
One North Wacker Drive Suite 4500
Chicago, IL  60606-2841

| | | Date: | 08/31/2023 |
|---|---|---|---|
| Client ID: | 3005350 | **Due Date:** | **08/31/2023** |

For professional services rendered as follows:

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|

**Qualified Settlement Fund Services**

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/05/2023 | ▇▇▇ | JGM | 3.70 | 1,221.00 |
| 04/08/2023 | ▇▇▇ | GMO | 0.10 | 24.50 |
| 05/08/2023 | ▇▇▇ | ER | 0.10 | 25.00 |
| 06/09/2023 | ▇▇▇ | AM | 0.25 | 52.50 |
| | | Subtotal | | 1,323.00 |
| | | Total for Services | | 1,323.00 |

**Miller Kaplan Arase LLP**  Page 2 of 2

| | |
|---|---:|
| Discount | (264.60) |
| **Invoice Total** | **$1,058.40** |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER OR CHECK
ACCORDING TO THE INSTRUCTIONS BELOW:
WIRE FUNDS TO:

CITY NATIONAL BANK
400 N. ROXBURY DRIVE, 5TH FLOOR
BEVERLY HILLS, CA 90210
ABA NUMBER 122016066  SWIFT CODE CINAUS6L
BENEFICIARY ACCOUNT NUMBER 113-238313
BENEFICIARY ACCOUNT NAME: MILLER KAPLAN ARASE LLP

MAKE CHECK PAYABLE TO:

MILLER KAPLAN ARASE LLP
4123 LANKERSHIM BLVD, NORTH HOLLYWOOD, CA 91602-2828

| 08/31/2023 | 07/31/2023 | 06/30/2023 | 05/31/2023 | 04/30/2023+ | Total |
|---|---|---|---|---|---|
| 1,058.40 | 0.00 | 0.00 | 1,502.20 | 0.00 | **$2,560.60** |

O. 818.769.2010 / F. 818.769.3100 / FED EIN

MILLERKAPLAN.COM