UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

-against-

STEFAN QIN, et al.,

                Defendants.

20-CV-10849 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On September 19, 2023, the Court received an email from purported investors in the Virgil Sigma Fund LP and the VQR Multistrategy Fund LP. *See* Exhibit A. The Court understands that the Receiver has already engaged with some of the investors. The Receiver is hereby ORDERED to respond to the investors by email by **October 13, 2023**. The Receiver shall further append a copy of this order to that email. The Receiver shall file its email response to the investors with the Court within two business days of that email.

Dated: October 3, 2023
       New York, New York

                                                  SO ORDERED.

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge

# Exhibit A

DocuSign Envelope ID: B32E4FAB-C056-4198-8584-27E11A8C4C56

Address: 16F-2, No151, Sec4, Xinyi Road, Taipei, Taiwan
Email: yichin@hotmail.com
Phone: +886-932-304-851
Date: 09/09/2023

Honorable Jessica G. L. Clarke
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Petition and Complaint Regarding Third-Party Receiver's Delay in Fund Release - Case #1:20-cv-10849

Your Honor,

We, the undersigned investors of the Virgil Sigma Fund LP and the VQR Multistrategy Fund LP, are writing to express our deep concerns and frustrations regarding the prolonged delay in the release of funds held by the third-party receiver in the case of United States Securities and Exchange Commission v. Qin et al, Case #: 1:20-cv-10849.

Firstly, we commend your dedication to justice and the oversight of this case. We are writing to respectfully draw your attention to a matter of grave concern that has been negatively impacting all of the undersigned investors.

We understand that the Receiver, Robert A. Musiala Jr. of BakerHostetler, was appointed to oversee the assets and affairs of the entities controlled by Mr. Stefan Qin. While we appreciate the importance of a comprehensive investigation, we are alarmed by the excessive fees being charged by the third-party receiver, coupled with the protracted delay in releasing the funds back to the rightful investors.

Of particular concern is the fact that the third-party receiver has recovered a total of $13,776,933 USD (excluding the initial amount seized by the SEC). However, it has come to our attention that a substantial portion of these funds—$9,133,956 USD—has been spent. This discrepancy raises serious questions about the receiver's actions and decisions, especially considering the considerable financial hardship that investors like us have been enduring. It seems inherently unfair that a substantial portion of the funds that have been found have been expended without a corresponding release to the investors who have been waiting for relief.

We believe that transparency and accountability are paramount in this situation. Therefore, we respectfully request that the third-party receiver's full unblocked billing records be made publicly available for scrutiny. This will ensure that the investors are fully informed about the fees and charges being assessed, and whether they are reasonable and justified given the circumstances.

The negative impact of this delay on us, the investors, has been severe. Many of us are facing financial distress, and some are experiencing dire consequences, such as divorce, separation of children, postponement of retirement, and an inability to fund education for our children. We feel helpless and frustrated as we watch the funds we entrusted being held in limbo, while we continue to suffer.

We believe that justice should not only involve the thorough investigation of alleged wrongdoing but also the fair and timely resolution of the claims of the affected parties. We respectfully request your intervention to ensure that the third-party receiver promptly releases the funds back to the investors, and that an equitable distribution of the recovered funds is carried out.

We understand the complexity of this case and the need for a thorough review, but we believe that fairness and justice require that investors are not further victimized by unnecessary delays and excessive fees. We trust in your commitment to upholding the principles of justice and protecting the rights of all parties involved.

We kindly request that you consider the information and concerns expressed in this letter and take any appropriate action to address this matter. We believe that your intervention can play a crucial role in ensuring a just and fair resolution that respects the rights and interests of all investors.

Thank you for your attention to this pressing issue. We remain hopeful that your intervention will bring about a resolution that is both just and timely.

Sincerely,

Yichen Lee

List of Investors

Wei Meng

Kowk Wing Chan

Long Yuet Ming

Cheong Wah Yip

Louis Choy

Crystal Chen

Benedict Tse

Chee Yang

Qing Ge Ji Fu

Yue Guo

Jonathan Lau

Ziqian Jia

Ying Liu

Tenghe Hu

Doris Ho

Johnson Chow

Marselle Ma

William J Weathers II

Mark Gorton