# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

October 17, 2023

John J. Carney
direct dial: 212.589.4255
jcarney@bakerlaw.com

**FILED BY ECF**

The Hon. Jessica G.L. Clarke
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *SEC v. Qin, et al., 20-CV-10849(JGLC): Filing of Receiver's Reply to Investor Letter*

Dear Judge Clarke:

     We are counsel to Robert A. Musiala Jr., Esq., Court-appointed Receiver in the above-referenced matter. We write pursuant to the Court's Order dated October 3, 2023, which requires the Receiver to respond to an email from purported investors in the Virgil Sigma Fund LP and the VQR Multistrategy Fund LP received by the Court on September 19, 2023.[1] The Court's order requires the Receiver to respond to the investors by email by October 13, 2023, to append a copy of the Court's order to that email, and to file its email response to the investors with the Court within two business days of that email. Accordingly, the Receiver respectfully files this letter and Exhibits I and II, *attached herein*.

Respectfully Submitted,

*/s/ John J. Carney*

John J. Carney

---

[1] ECF No. 246.