# EXHIBIT A

## Direct message Antonio and Stefan Qin - 2020-05-26 (UTC)

Private 5/26/2020, 1:10 PM
Antonio and Stefan Qin

- Stefan Qin (UGQH0NK62)SQ

  Btw should be OK regarding the withdrawal. I'll let u know in a couple of days
  5/26/2020, 1:10 PM
  Did u see ren's contract? closed a 1mm managed account with bixin, very nice
  5/26/2020, 4:14 PM
  50% performance fees for above 20% returns
  5/26/2020, 4:15 PM
  The difference is, we have to put up a first loss of 5 BTC
  5/26/2020, 4:15 PM
  Hey Antonio - just did some quick maths. It looks like I'll just need an additional 200k withdrawal from prop and we should be good to go. Can retop up back in early June. Thanks
  5/26/2020, 4:42 PM
  The 200k withdrawal not rushed, can come today or tomorrow
  5/26/2020, 4:42 PM

- Antonio (UG8GA6NGK)A

  hey, ya I saw it
  5/26/2020, 4:47 PM
  re Ren
  5/26/2020, 4:47 PM
  ok, will work on the withdrawal later today
  5/26/2020, 4:47 PM

- Stefan Qin (UGQH0NK62)SQ

  Thank you
  5/26/2020, 4:50 PM
  Cool
  5/26/2020, 4:50 PM
  Lastly - i have one investor who is asking for your CV, Jim's CV and melissa's CV. Would you mind sharing these? it is frederick and david from alphabee, i think you've spoken to them before
  5/26/2020, 4:59 PM
  They have 3mm in sigma but i'm trying to get them to transfer over at least half of that to vqr
  5/26/2020, 5:00 PM

- Antonio (UG8GA6NGK)A

  sure, we can prep and send
  5/26/2020, 5:16 PM
  I thought Melissa caught up with them recently
  5/26/2020, 5:18 PM
  hmmmm...
  5/26/2020, 5:18 PM

- Stefan Qin (UGQH0NK62)SQ

  I had a call with them yesterday
  5/26/2020, 5:37 PM
  They were concerned about the performance i think, a little conservative
  5/26/2020, 5:37 PM
  but i am assuaging their concerns. i think they would be ok with tranfserring, need to work on it a bit more
  5/26/2020, 5:38 PM

- Antonio (UG8GA6NGK)A

  ya understood...
  5/26/2020, 5:38 PM
  had a call with Elad and Yuval today
  5/26/2020, 5:38 PM
  and also one with Jingcheng from fbg
  5/26/2020, 5:39 PM
  btw, am likely to start implementing some hedge strategies on a portfolio level
  5/26/2020, 5:40 PM
  to balance out our other strats
  5/26/2020, 5:40 PM

- Stefan Qin (UGQH0NK62)SQ

  ok - good to know
  5/26/2020, 7:19 PM

yep, makes sense
5/26/2020, 7:19 PM
btw - for the monad wire
5/26/2020, 7:19 PM
i'm submitting it now
5/26/2020, 7:19 PM
should we submit it form VQR or personal
5/26/2020, 7:19 PM
if i submit it from personal, we'll have to draft up transfer of IP docs laters for my investment
5/26/2020, 7:20 PM

- Antonio (UG8GA6NGK)A

  so legally, VQR MF, VQR, Virgil Cap, Decibel, etc…all do not have a relationship with Monad
  5/26/2020, 7:20 PM
  you can send it to Decibel
  5/26/2020, 7:21 PM
  and Decibel can send it to Monad
  5/26/2020, 7:21 PM
  and then we can issue simple agreement/MOU representing the reason for the wire…
  5/26/2020, 7:21 PM
  are you sending in crypto?
  5/26/2020, 7:21 PM
  that's easiest/fastest
  5/26/2020, 7:21 PM

- Stefan Qin (UGQH0NK62)SQ

  i have fiat
  5/26/2020, 7:27 PM
  can send in fiat
  5/26/2020, 7:27 PM
  i'm thinking - i will just send it
  5/26/2020, 7:27 PM
  because i actually still need to make the 200k withdrawal
  5/26/2020, 7:27 PM
  and then will need to sign a doc regarding the relationship
  5/26/2020, 7:28 PM

- Antonio (UG8GA6NGK)A

  whatever is easier for you….
  5/26/2020, 7:28 PM

- Stefan Qin (UGQH0NK62)SQ

  OK
  5/26/2020, 7:28 PM
  i'll send
  5/26/2020, 7:28 PM

- Antonio (UG8GA6NGK)A

  cool
  5/26/2020, 7:28 PM