# EXHIBIT B

| | |
|---|---|
| **Message** | |
| From: | Antonio Hallak [antonio@virgilqr.com] |
| Sent: | 6/1/2020 2:40:04 AM |
| To: | Ren Jianxin [ren@virgilcap.com] |
| CC: | stefan@virgilqr.com; melissa@virgilqr.com |
| Subject: | Re: Bixin management account require information |

Hey Ren,

For all these types of inquiries, please hit me, Stef or Melissa.

We may not be deploying every PM's strategy for a managed account, as well as only a subset of the coins. It helps to avoid confusion...

Cheers,

Antonio



Antonio Hallak
Head of Trading

199 Water St - 33rd Floor
New York, NY 10038
O: +1.917.594.4600
M: +1.917.979.3450

---

**From:** Ren Jianxin <ren@virgilcap.com>
**Date:** Monday, June 1, 2020 at 2:11 AM
**To:** Antonio Hallak <antonio@virgilqr.com>
**Cc:** Max Bodoia <max@virgilqr.com>, Nasir Adaya <nasir@virgilqr.com>, Nick Yoder <nick@virgilqr.com>, Stefan Qin <stefan@virgilqr.com>
**Subject:** Bixin management account require information

Hi Team,

Please provide me the following:

1. A list of exchange that our strategy will run on.

2. A list of coins we will be trading (Note: no small coins, top 10 coin prefer)

Thanks

-Ren

--

---------------

Jianxin Ren

China IR | Virgil Capital

San Francisco | Beijing | Sydney

Mobile: +86 136 1127 7234 | virgilcap.com

VIRGIL CAPITAL

This message and any of its attachments are confidential, may be privileged and is intended solely for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it immediately and notify us. No responsibility is accepted by Virgil Capital LLC or any of its affiliates for any loss or damage arising in any way from the receipt or use of this message. This message should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments. The contents of this message may not have originated from its sender. If verification is required, please request a hard copy.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                      SECVQIN-RECEIVERSHIP 0015326