# EXHIBIT C

| | |
|---|---|
| **Message** | |
| **From:** | Stefan Qin [stefan@virgilqr.com] |
| **Sent:** | 9/2/2020 7:03:39 PM |
| **To:** | Ren Jianxin [ren@virgilcap.com] |
| **Subject:** | Re: Bixin Contract additional sub contract |
| **Attachments:** | 《Virgil-Bixin-Entrusted-Asset-Management-Contract-20200902》 .pdf |

Hi Ren,

Please see attached.

Stefan Qin
Managing Partner | Virgil Quantitative Research

https://www.virgilqr.com/

This message and any of its attachments are confidential, may be privileged and is intended solely for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it immediately and notify us. No responsibility is accepted by VQR or any of its affiliates for any loss or damage arising in any way from the receipt or use of this message. This message should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments. The contents of this message may not have originated from its sender. If verification is required, please request a hard copy.

On Tue, Sep 1, 2020 at 9:41 PM Ren Jianxin <ren@virgilcap.com> wrote:
> Hey Guys,
>
> @stefan please have this sign ASAP. Bixin looking to add more money into the account. Still the same contract the only thing they change is the btc amount to 500.
>
> Please sign it ASAP and they can deploy Capital next week.
>
> Thanks
>
> -Ren