# EXHIBIT E

# Direct message Antonio, Melissa Fox and Stefan Qin - 2020-09-02 (UTC)

Private 9/2/2020, 2:21 AM
Antonio, Melissa Fox and Stefan Qin

- Stefan Qin (UGQH0NK62)SQ

  Sending transfer in 1.5 hours during my sync with Charles
  9/2/2020, 2:21 AM
  As a heads up
  9/2/2020, 2:21 AM
  414228886.pdf (F019XJ22BFU)9/2/2020, 3:43 AM
  414229034.pdf (F019QS20DFY)9/2/2020, 3:46 AM
  cayman and us feeder
  9/2/2020, 3:46 AM
  keep a look out for it
  9/2/2020, 3:46 AM
  i had a wire which took 10 biz days to arrive last itme
  9/2/2020, 3:46 AM
  @Antonio how are we going with the estimate & accounting?
  9/2/2020, 3:51 AM
  @Melissa Fox same for the messaging
  9/2/2020, 3:51 AM
  @Melissa Fox added you to a thread with ken zhang a partner at GTS, the firm Anuraj is from
  9/2/2020, 3:55 AM
  they were all investors in sigma at some point
  9/2/2020, 3:55 AM
  Hey guys i have maybe 2-3mm coming in for sep 1, they can wire this month i think
  9/2/2020, 4:02 AM
  sorry this week
  9/2/2020, 4:02 AM
  so it will be slightly delayed
  9/2/2020, 4:02 AM
  they need the dailies though
  9/2/2020, 4:02 AM
  and side by side comparison with BTC
  9/2/2020, 4:02 AM
  *the dailies up to august
  9/2/2020, 4:02 AM
  is this possible to generate in this timeframe?
  9/2/2020, 4:02 AM
  @Antonio
  9/2/2020, 4:02 AM

- Antonio (UG8GA6NGK)A

  they want the dailies for what period
  9/2/2020, 4:05 AM
  fyi @Stefan Qin
  9/2/2020, 4:05 AM
  by the end of this week
  9/2/2020, 4:05 AM
  we will have some substantial realised gains
  9/2/2020, 4:05 AM
  it will be a problem to have any new investors come in as of Sep 1
  9/2/2020, 4:05 AM
  we will have to mark them as of the day they arrive
  9/2/2020, 4:05 AM

- Stefan Qin (UGQH0NK62)SQ

  inception to now if possible
  9/2/2020, 4:06 AM

- Antonio (UG8GA6NGK)A

  so we will have MG
  9/2/2020, 4:06 AM
  as discussed earlier
  9/2/2020, 4:06 AM
  we'll do it as a series with MG
  9/2/2020, 4:06 AM

- Stefan Qin (UGQH0NK62)SQ

  it's fine if it comes on the 4th right?

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

SECVQIN-RECEIVERSHIP 0015103

9/2/2020, 4:06 AM
any later is a no go probably
9/2/2020, 4:06 AM

- Antonio (UG8GA6NGK)A

  ya, it come in whenever
  9/2/2020, 4:06 AM

- Stefan Qin (UGQH0NK62)SQ

  don't want to lose it
  9/2/2020, 4:06 AM

- Antonio (UG8GA6NGK)A

  we'll take it
  9/2/2020, 4:06 AM

- Stefan Qin (UGQH0NK62)SQ

  ok
  9/2/2020, 4:06 AM
  ren closed 5mm from bixin lol, you probably saw
  9/2/2020, 4:06 AM
  good on him
  9/2/2020, 4:07 AM

- Antonio (UG8GA6NGK)A

  just will be as of the day it arrives and is accessible to trading
  9/2/2020, 4:07 AM
  I talked to Bixin this morning w/him
  9/2/2020, 4:07 AM

- Stefan Qin (UGQH0NK62)SQ

  is the performance fee there crystallised monthly or quarterly?
  9/2/2020, 4:07 AM

- Antonio (UG8GA6NGK)A

  so ya...
  9/2/2020, 4:07 AM
  bixin?
  9/2/2020, 4:07 AM
  I think it's every couple of months
  9/2/2020, 4:07 AM
  so, for dailies, Melissa can send you the dailies we have until end of May
  9/2/2020, 4:10 AM
  they can use that
  9/2/2020, 4:10 AM
  and we can add June
  9/2/2020, 4:10 AM

- Melissa Fox (UPMLWR13K)MF

  Returns - VQR.xlsx (F019GSE09TR)9/2/2020, 4:11 AM

- Stefan Qin (UGQH0NK62)SQ

  can we add june, july aug? or is that too difficult before EOW
  9/2/2020, 4:32 AM

- Antonio (UG8GA6NGK)A

  will let you know tomorrow...
  9/2/2020, 4:34 AM

- Stefan Qin (UGQH0NK62)SQ

  ok thanks
  9/2/2020, 6:01 AM
  Have tapas capital coming in for 100k for september. It's a transfer from Sigma
  9/2/2020, 2:06 PM
  Small money but building the relationship
  9/2/2020, 2:06 PM
  I have another 200k in
  9/2/2020, 4:26 PM
  But they want monthly side letter on that transfer amount as well
  9/2/2020, 4:26 PM
  It is Vincent topping up

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   SECVQIN-RECEIVERSHIP 0015104

9/2/2020, 4:26 PM
Can we make this happen?
9/2/2020, 4:27 PM
Sorry odin88
9/2/2020, 4:27 PM

- Melissa Fox (UPMLWR13K)MF

Are you transferring this capital from Sigma? As Antonio said in a previous thread the date will be once the wire and docs are received.
9/2/2020, 4:28 PM

- Stefan Qin (UGQH0NK62)SQ

Ok and yes
9/2/2020, 4:28 PM

- Antonio (UG8GA6NGK)A

show me the money...all else we will make work... 😊
9/2/2020, 4:30 PM
haha
9/2/2020, 4:30 PM

- Stefan Qin (UGQH0NK62)SQ

Lol yup
9/2/2020, 4:32 PM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

SECVQIN-RECEIVERSHIP 0015105