# EXHIBIT F

# Direct message Antonio and Carey - 2020-10-28 (UTC)

Private 10/28/2020, 10:48 AM
Antonio and Carey

- Antonio (UG8GA6NGK)A

    Good morn Carey
    10/28/2020, 10:48 AM
    fyi, am likely going to be shutting down Nasir's trading strategy for Bixin's trading accounts
    10/28/2020, 10:49 AM
    with the continued BTC trending upwards
    10/28/2020, 10:49 AM
    his strats are going to continue incurring losses
    10/28/2020, 10:49 AM
    relevant especially related to his claims on performance re fund and prop
    10/28/2020, 10:51 AM
    if I shut him down today (v likely) then his losses will be approx 56 BTC so approx $760k
    10/28/2020, 10:51 AM
    hi @Carey
    10/28/2020, 4:40 PM
    quick catch up when you're avail
    10/28/2020, 4:41 PM
    would like to bounce an idea
    10/28/2020, 4:41 PM

- Carey (U01311AL8Q3)C

    im available now
    10/28/2020, 4:42 PM

- Antonio (UG8GA6NGK)A

    cool
    10/28/2020, 4:42 PM
    https://meet.google.com/vgu-szfm-sng
    10/28/2020, 4:43 PM
    Meet
    Real-time meetings by Google. Using your browser, share your video, desktop, and presentations with teammates and customers.

- Carey (U01311AL8Q3)C

    lost your audio
    10/28/2020, 5:08 PM

- Antonio (UG8GA6NGK)A

    ok hold on
    10/28/2020, 5:08 PM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

SECVQIN-RECEIVERSHIP 0015172