# EXHIBIT H

# Direct message Antonio and Stefan Qin - 2020-12-08 (UTC)

Private 12/8/2020, 12:45 PM
Antonio and Stefan Qin

- Stefan Qin (UGQH0NK62)SQ

    Hey ant - I'm gonna be letting go of carey and melissa today FYI. Let me know when u have time to chat
    12/8/2020, 12:45 PM
    I will also be looking into the shankhri/jim situation
    12/8/2020, 12:46 PM
    I just think there are a lot of inefficiencies and reputation risk right now
    12/8/2020, 12:46 PM
    Bixin is going around talking to people
    12/8/2020, 12:46 PM
    Apparently
    12/8/2020, 12:46 PM

- Antonio (UG8GA6NGK)A

    hey Stef
    12/8/2020, 12:51 PM
    ok we def need to catch up
    12/8/2020, 12:52 PM
    I will call you in an hr and half
    12/8/2020, 12:52 PM

- Stefan Qin (UGQH0NK62)SQ

    No worries
    12/8/2020, 12:52 PM

- Antonio (UG8GA6NGK)A

    did something happen?
    12/8/2020, 12:52 PM
    anyway, will discuss with you when we chat
    12/8/2020, 12:52 PM

- Stefan Qin (UGQH0NK62)SQ

    Nah, just making some changes that should have been put in place a long time ago
    12/8/2020, 12:53 PM
    But I think I was too Chicken too
    12/8/2020, 12:53 PM
    Being a weak leader
    12/8/2020, 12:53 PM
    Let's talk soon
    12/8/2020, 12:53 PM
    Thx for that call it was very helpful man
    12/8/2020, 2:21 PM
    Let's have a call in a bit - want to understand poking + Carey and their workflow
    12/8/2020, 2:21 PM
    Btw - do you have 10-15 min for call with Ariel now to discussed managed account and copper?
    12/8/2020, 2:21 PM
    It was alongside that deal I mentioned
    12/8/2020, 2:21 PM
    But it's retarded dude
    12/8/2020, 2:21 PM
    He now wants an additional 60% of profits after the first 12%
    12/8/2020, 2:22 PM
    So it's like
    12/8/2020, 2:22 PM
    15% first loss in the account
    12/8/2020, 2:22 PM
    + the first 12% of returns
    12/8/2020, 2:23 PM
    + 60% of profits after the first 12%
    12/8/2020, 2:23 PM
    If that makes sense
    12/8/2020, 2:23 PM
    Managed account with copper
    12/8/2020, 2:23 PM
    Anyway let me know
    12/8/2020, 2:23 PM

- Antonio (UG8GA6NGK)A

Hey Stef
12/8/2020, 2:27 PM
let me know regarding Ariel's call
12/8/2020, 2:27 PM

- Stefan Qin (UGQH0NK62)SQ

Just finished
12/8/2020, 2:57 PM
I can update you later during our call
12/8/2020, 2:57 PM
Do you have time for a quick call with Vinnie and Blake now?
12/8/2020, 3:00 PM
Btw - is everything ok with dad?
12/8/2020, 3:00 PM
Let me know if we need to take things easier
12/8/2020, 3:00 PM
Over the next few weeks
12/8/2020, 3:00 PM
I can take these calls
12/8/2020, 3:00 PM
Could we have a call at about 1:30pm EST?
12/8/2020, 3:04 PM

- Antonio (UG8GA6NGK)A

Hey mate at 2 EST and after that I will need to be off to address some issues here on my side
12/8/2020, 3:35 PM

- Stefan Qin (UGQH0NK62)SQ

Can we call now?
12/8/2020, 3:40 PM
Hey - please let me know
12/8/2020, 3:44 PM
Because I will be needing to make some changes at the firm today
12/8/2020, 3:44 PM
And we should call before hand
12/8/2020, 3:44 PM
So there's no shocks
12/8/2020, 3:45 PM
Hey antonio - I am done
12/8/2020, 4:14 PM
Lmk when good
12/8/2020, 4:14 PM
all OK?
12/8/2020, 5:39 PM
Hey - I know things may be stressful right now, and I know ren may have mentioned this to you - but unfortunately we have some key man risk here and I would like to make your life easier. Please let me know where things stand and if possible to get the lastpass access to the accounts. Do whatever is needed for control - block withdrawal permissions, visibility - I would just like to be able to log into accounts and see the trading. Let me know. Appreciate it.
12/8/2020, 6:29 PM
If things are stressful right now just let me know and I will back off. Thank you very much.
12/8/2020, 6:30 PM
Just as a heads up - I'm reaching out to a couple of others at the firm to get this access if that's ok...
12/8/2020, 6:36 PM
Lastly - wanted to clarify about the sudrania call - basically it was in response to Vinnie and Blake's calls
12/8/2020, 6:37 PM
I never updated you
12/8/2020, 6:37 PM
But they were extremely worried about the adjustment process
12/8/2020, 6:37 PM
I also took it as an opportunity to discuss the progress being made so far, but to be honest with you didn't think you were necessary for the call and wanted it to be the first step on taking over the accounting project
12/8/2020, 6:38 PM
So you could focus on trading
12/8/2020, 6:38 PM
That is one of the main things I wanted to talk about on the call
12/8/2020, 6:38 PM
I'm worried about the risk management side and potentially lack of focus, but I was hoping we could chat through all this on the call
12/8/2020, 6:38 PM
I also don't think carey is the right person for the job
12/8/2020, 6:39 PM
He has dazzling credentials
12/8/2020, 6:39 PM
But is not appropriate for what we need as a crypto firm

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                          SECVQIN-RECEIVERSHIP 0015234

12/8/2020, 6:39 PM
12/8/2020, 6:43 PM



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          SECVQIN-RECEIVERSHIP 0015235


Hey Stef! I don't actually have access, unfortunately. Sometimes I do when v new account but then we try to keep number of people with access, if that sense.


**Miriam** 3:42 AM
As for Antonio, I heard from him earlie but I know he had a few things on his may be in and out a bit


**Stefan Qin** 3:43 AM
Yeah - it is a stressful time so I am tryi things off his plate

Message Miriam

  
Home      DMs      Mentions

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    SECVQIN-RECEIVERSHIP 0015236

6:43 PM
Image from iOS (F01H4U89WC8)12/8/2020, 6:43 PM

3:43

 **Shankhri**
View details

Hi Stefan, Miriam and I can assist, unl
Master account as Antonio only has a
those

Which trading accounts did you need

 Stefan Qin 3:40 AM
I would just like visibility over the trad
what is going on if OK

Like being able to log in

And see

If that makes sense

Also - download data

Could you set this up with me? I have
hard deadline within the next half hou

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    SECVQIN-RECEIVERSHIP 0015237

Sorry for the urgent request

Actually it's a pretty hard deadline



**Shankhri** 3:42 AM

Okay, I can share login credentials but depending on the account you need a don't have 2FA. Depending on the ac Antonio would have 2FA

Do you just want all accounts? Includi



**Stefan Qin** 3:42 AM

I see. Thank you for that info

Yes please

Does it say which accounts require 2F

••• Shankhri is typing

Message Shankhri

 Home           DMs           Mentions

6:43 PM
Image from iOS (F01GTN0F5KK)12/8/2020, 6:43 PM



3:43

○ **Carey**
View details

Worst comes to worst you can give m yours (if you don't have admin permis

But also let me know if you're able to the accounts

Stefan Qin 6:10 AM
Antonio unreachable

Stefan Qin 7:33 AM
Hey carey - all good?

Today

Stefan Qin 1:37 AM
Did you get the chance to go through carey?

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       SECVQIN-RECEIVERSHIP 0015239


**Carey** 2:36 AM
My password has expired. I need Ant
me back in.


**Stefan Qin** 2:49 AM
Got it, thanks


**Stefan Qin** 3:18 AM
I see

So it seems like antonio is the only on
access to account right now?


**Stefan Qin** 3:43 AM
From a key man risk perspective - tha
worrying

Message Carey

  

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    SECVQIN-RECEIVERSHIP 0015240



6:43 PM
Image from iOS (F01GM899YH2)12/8/2020, 6:43 PM

- Antonio (UG8GA6NGK)A

  Hey @Stefan Qin
  12/8/2020, 6:51 PM
  I will be back online in abt 45 mins
  12/8/2020, 6:51 PM
  hold on, just reviewing quickly above msgs
  12/8/2020, 6:51 PM
  you're trying to log into the fund trading accounts?
  12/8/2020, 6:52 PM

- Stefan Qin (UGQH0NK62)SQ

  No worries
  12/8/2020, 6:52 PM

- Antonio (UG8GA6NGK)A

  what's up ?
  12/8/2020, 6:52 PM
  what do you need mate?
  12/8/2020, 6:52 PM

- Stefan Qin (UGQH0NK62)SQ

  Just want a sub account
  12/8/2020, 6:52 PM
  Also
  12/8/2020, 6:52 PM

- Antonio (UG8GA6NGK)A

  on which exchange...
  12/8/2020, 6:52 PM

- Stefan Qin (UGQH0NK62)SQ

  Another reason
  12/8/2020, 6:52 PM

- Antonio (UG8GA6NGK)A

  that can be created very quickly/easily
  12/8/2020, 6:52 PM

- Stefan Qin (UGQH0NK62)SQ

  Which I'd prefer not to put in writing
  12/8/2020, 6:52 PM
  So call me
  12/8/2020, 6:52 PM

- Antonio (UG8GA6NGK)A

  but what's up with masters?
  12/8/2020, 6:52 PM
  oh
  12/8/2020, 6:52 PM
  ok
  12/8/2020, 6:52 PM

- Stefan Qin (UGQH0NK62)SQ

  I don't need master
  12/8/2020, 6:52 PM
  Actually don't know the difference is, don't care
  12/8/2020, 6:53 PM

- Antonio (UG8GA6NGK)A

  oh ya

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   SECVQIN-RECEIVERSHIP 0015241

12/8/2020, 6:53 PM
- Stefan Qin (UGQH0NK62)SQ

    But let me know when u have 5 min
    12/8/2020, 6:53 PM
- Antonio (UG8GA6NGK)A

    ok…would be highly unusual for master
    12/8/2020, 6:53 PM
    ☺
    12/8/2020, 6:53 PM
- Stefan Qin (UGQH0NK62)SQ

    Honestly
    12/8/2020, 6:53 PM
- Antonio (UG8GA6NGK)A

    I'll call you as sooon as am back
    12/8/2020, 6:53 PM
    ya what's up
    12/8/2020, 6:53 PM
- Stefan Qin (UGQH0NK62)SQ

    It's not really cuz it's actually significant key man risk…
    12/8/2020, 6:53 PM
    If you're gone
    12/8/2020, 6:53 PM
    And no one has master access
    12/8/2020, 6:53 PM
    Except for you
    12/8/2020, 6:53 PM
    But that's not something I'm worrying about now
    12/8/2020, 6:53 PM
    I just want to be able to log into accounts
    12/8/2020, 6:54 PM
- Antonio (UG8GA6NGK)A

    all master account passwords and 2fa's
    12/8/2020, 6:54 PM
    are retrievable
    12/8/2020, 6:54 PM
    if I die
    12/8/2020, 6:54 PM
- Stefan Qin (UGQH0NK62)SQ

    Show people money is there
    12/8/2020, 6:54 PM
- Antonio (UG8GA6NGK)A

    they are stored
    12/8/2020, 6:54 PM
    in secrets vault
    12/8/2020, 6:54 PM
- Stefan Qin (UGQH0NK62)SQ

    And also, see for myself
    12/8/2020, 6:54 PM
- Antonio (UG8GA6NGK)A

    in ddq
    12/8/2020, 6:54 PM
- Stefan Qin (UGQH0NK62)SQ

    Hmm what's the secret vault?
    12/8/2020, 6:54 PM
- Antonio (UG8GA6NGK)A

    but usually there are some aspects of key man risk
    12/8/2020, 6:54 PM
    in other words
    12/8/2020, 6:54 PM

if I die
12/8/2020, 6:54 PM
trading is not interrupted
12/8/2020, 6:55 PM
nor are transfers
12/8/2020, 6:55 PM
and one other person steps in for passwords and another does the secret keys
12/8/2020, 6:55 PM
where we store sensitive info...for exchange access etc...
12/8/2020, 6:56 PM
anyway can discuss later...
12/8/2020, 6:56 PM

- Stefan Qin (UGQH0NK62)SQ

    Honestly antonio I am a little worried still
    12/8/2020, 6:56 PM
    But yeah
    12/8/2020, 6:56 PM
    Call me later
    12/8/2020, 6:56 PM
    If u can call me as soon as you can because it's getting quite late here
    12/8/2020, 6:56 PM

- Antonio (UG8GA6NGK)A

    sure, can discuss
    12/8/2020, 6:56 PM
    ok
    12/8/2020, 6:56 PM

- Stefan Qin (UGQH0NK62)SQ

    Just crashing and want to make sense
    12/8/2020, 6:56 PM
    Lol
    12/8/2020, 6:56 PM
    Thanks
    12/8/2020, 6:56 PM
    hey - thanks for helping shankhri to set me up with the last pass
    12/8/2020, 8:22 PM
    this is great
    12/8/2020, 8:22 PM
    so - i'm wondering if you can share the 2fa for huobi
    12/8/2020, 8:22 PM
    for example
    12/8/2020, 8:22 PM
    log in, see whats going on, download data
    12/8/2020, 8:22 PM
    and out
    12/8/2020, 8:22 PM
    sound good?
    12/8/2020, 8:22 PM
    any exchange with trading activity works actually
    12/8/2020, 8:23 PM
    and lmk when we can call
    12/8/2020, 8:27 PM

- Antonio (UG8GA6NGK)A

    yo!
    12/8/2020, 8:46 PM
    ya sure...
    12/8/2020, 8:46 PM

- Stefan Qin (UGQH0NK62)SQ

    thx
    12/8/2020, 8:46 PM

- Antonio (UG8GA6NGK)A

    for example
    12/8/2020, 8:46 PM
    log into
    12/8/2020, 8:46 PM
    vpfa4
    12/8/2020, 8:46 PM

  on binance
  12/8/2020, 8:46 PM
- Stefan Qin (UGQH0NK62)SQ

  done
  12/8/2020, 8:47 PM
  sent email verification code
  12/8/2020, 8:47 PM
  and google verificaion code
  12/8/2020, 8:47 PM
- Antonio (UG8GA6NGK)A

  082442
  12/8/2020, 8:47 PM
  that's one of Nasir's accounts
  12/8/2020, 8:48 PM
- Stefan Qin (UGQH0NK62)SQ

  i let him know
  12/8/2020, 8:48 PM
  btw
  12/8/2020, 8:48 PM
  ok now need google
  12/8/2020, 8:48 PM
- Antonio (UG8GA6NGK)A

  or you can try trading1b on binance
  12/8/2020, 8:48 PM
- Stefan Qin (UGQH0NK62)SQ

  *google verification code
  12/8/2020, 8:48 PM
- Antonio (UG8GA6NGK)A

  259280
  12/8/2020, 8:48 PM
  you let who know?
  12/8/2020, 8:48 PM
- Stefan Qin (UGQH0NK62)SQ

  nasir
  12/8/2020, 8:49 PM
  just in case there's a random email
  12/8/2020, 8:49 PM
  from an unknown ip
  12/8/2020, 8:49 PM
  says code was invalid
  12/8/2020, 8:49 PM
- Antonio (UG8GA6NGK)A

  oh ya...
  12/8/2020, 8:49 PM
- Stefan Qin (UGQH0NK62)SQ

  incorrect 2fa
  12/8/2020, 8:49 PM
  could you resend
  12/8/2020, 8:49 PM
- Antonio (UG8GA6NGK)A

  oh
  12/8/2020, 8:50 PM
- Stefan Qin (UGQH0NK62)SQ

  i resent the email as well
  12/8/2020, 8:51 PM
- Antonio (UG8GA6NGK)A

  oh wait
  12/8/2020, 8:52 PM
  you're coming in from an unrecognized ip

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

- 12/8/2020, 8:52 PM
  it's going to reject
  12/8/2020, 8:52 PM
- Stefan Qin (UGQH0NK62)SQ

  ah...
  12/8/2020, 8:53 PM
  i see
  12/8/2020, 8:53 PM
- Antonio (UG8GA6NGK)A

  hold on
  12/8/2020, 8:53 PM
  adding your ip
  12/8/2020, 8:54 PM
- Stefan Qin (UGQH0NK62)SQ

  thanks
  12/8/2020, 8:54 PM
  it's a hotel IP
  12/8/2020, 8:54 PM
  just FYI
  12/8/2020, 8:54 PM
- Antonio (UG8GA6NGK)A

  ya I got it
  12/8/2020, 8:54 PM
  220.117.216.206
  12/8/2020, 8:54 PM
- Stefan Qin (UGQH0NK62)SQ

  so we'll remove it
  12/8/2020, 8:54 PM
  later
  12/8/2020, 8:54 PM
- Antonio (UG8GA6NGK)A

  ok try again
  12/8/2020, 8:59 PM
- Stefan Qin (UGQH0NK62)SQ

  thanks
  12/8/2020, 9:01 PM
  i sent the code
  12/8/2020, 9:01 PM
  should i send again?
  12/8/2020, 9:02 PM
- Antonio (UG8GA6NGK)A

  420953
  12/8/2020, 9:02 PM
- Stefan Qin (UGQH0NK62)SQ

  ok
  12/8/2020, 9:02 PM
  2fa now
  12/8/2020, 9:02 PM
- Antonio (UG8GA6NGK)A

  915499
  12/8/2020, 9:02 PM
- Stefan Qin (UGQH0NK62)SQ

  says code was invalid
  12/8/2020, 9:03 PM
  damn
  12/8/2020, 9:03 PM
  incorrect 2fa
  12/8/2020, 9:03 PM
  let me know again

12/8/2020, 9:03 PM
- Antonio (UG8GA6NGK)A

    750853
    12/8/2020, 9:03 PM
    030910 now
    12/8/2020, 9:04 PM
- Stefan Qin (UGQH0NK62)SQ

    damn
    12/8/2020, 9:04 PM
    still invalid
    12/8/2020, 9:04 PM
    maybe i need to resend hte meai;
    12/8/2020, 9:04 PM
- Antonio (UG8GA6NGK)A

    you're logging into vpfa4 on binance?
    12/8/2020, 9:04 PM
- Stefan Qin (UGQH0NK62)SQ

    *email
    12/8/2020, 9:04 PM
    its vpfa4 sub account
    12/8/2020, 9:04 PM
    but the email
    12/8/2020, 9:04 PM
    is vpfa5
    12/8/2020, 9:04 PM
    vpfa_vinance_mf_sub_4
    12/8/2020, 9:05 PM
    right?
    12/8/2020, 9:05 PM
- Antonio (UG8GA6NGK)A

    the login should be vpfa4@vigilqr.com
    12/8/2020, 9:05 PM
    you can log into vpfa5 as well
    12/8/2020, 9:05 PM
- Stefan Qin (UGQH0NK62)SQ

    ok
    12/8/2020, 9:06 PM
    im on vpfa4
    12/8/2020, 9:06 PM
    vpfa4@virgilqr
    12/8/2020, 9:06 PM
    just sent the emial
    12/8/2020, 9:06 PM
    let me know google verification code
    12/8/2020, 9:06 PM
- Antonio (UG8GA6NGK)A

    623994
    12/8/2020, 9:06 PM
    029397 2fa
    12/8/2020, 9:06 PM
- Stefan Qin (UGQH0NK62)SQ

    got it
    12/8/2020, 9:07 PM
    ok nice
    12/8/2020, 9:07 PM
    this is great
    12/8/2020, 9:08 PM
    thank u again
    12/8/2020, 9:08 PM
    is everything ok with dad
    12/8/2020, 9:08 PM
- Antonio (UG8GA6NGK)A

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

- MRI in them morning mate
  12/8/2020, 9:08 PM
  so we'll see
  12/8/2020, 9:08 PM
- Stefan Qin (UGQH0NK62)SQ

  hows he acting?
  12/8/2020, 9:08 PM
- Antonio (UG8GA6NGK)A

  I can call to continue discussing in about 15
  12/8/2020, 9:08 PM
- Stefan Qin (UGQH0NK62)SQ

  like generally normal?
  12/8/2020, 9:08 PM
  yeah thank you
  12/8/2020, 9:09 PM
  please do
  12/8/2020, 9:09 PM
- Antonio (UG8GA6NGK)A

  ok talk soon
  12/8/2020, 9:09 PM
- Stefan Qin (UGQH0NK62)SQ

  im gonna send you another wechat account i use
  12/8/2020, 9:09 PM
  pls call me on that
  12/8/2020, 9:09 PM
  cuz i want to avoid jonathan calling
  12/8/2020, 9:09 PM
  fuck me
  12/8/2020, 9:09 PM
- Antonio (UG8GA6NGK)A

  Jonathan Lau?
  12/8/2020, 9:09 PM
- Stefan Qin (UGQH0NK62)SQ

  alias is bobby
  12/8/2020, 9:10 PM
  i just sent to your wechat
  12/8/2020, 9:10 PM
  yeah ill explain some shit
  12/8/2020, 9:10 PM
  over the phone
  12/8/2020, 9:10 PM
- Antonio (UG8GA6NGK)A

  ok
  12/8/2020, 9:11 PM
  we'll talk soon
  12/8/2020, 9:11 PM
- Stefan Qin (UGQH0NK62)SQ

  sure thx
  12/8/2020, 9:13 PM
  if possible - would like you to show me an exchange with some trading activity on it
  12/8/2020, 9:14 PM
  but talk soon
  12/8/2020, 9:14 PM
  hey antonio
  12/8/2020, 9:55 PM
  u good?
  12/8/2020, 9:56 PM
  I know its quite late there - but let's talk if OK
  12/8/2020, 10:01 PM
- Antonio (UG8GA6NGK)A

  ya def

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                          SECVQIN-RECEIVERSHIP 0015247

12/8/2020, 10:03 PM
on a call, finishing up in a few mins
12/8/2020, 10:03 PM

- Stefan Qin (UGQH0NK62)SQ

no worries
12/8/2020, 10:04 PM
uve been up for ages
12/8/2020, 10:04 PM
lol
12/8/2020, 10:04 PM
hey - everything ok?
12/8/2020, 10:39 PM

- Antonio (UG8GA6NGK)A

yo!
12/8/2020, 11:01 PM
@Stefan Qin you didn't add me as a friend w/Bobby alias on wechat
12/8/2020, 11:01 PM

- Stefan Qin (UGQH0NK62)SQ

haha
12/8/2020, 11:02 PM
will reply
12/8/2020, 11:02 PM
hey lost u
12/8/2020, 11:39 PM
shit, you ok?