# EXHIBIT A

## Direct message Antonio and Nasir Adaya - 2020-11-23 (UTC)

Private 11/23/2020, 12:59 PM
Antonio and Nasir Adaya

- Nasir Adaya (UGGS65E13)NA

  Can you send 4285.7 INJ to here as soon as you can: 0x0D0707963952f2fBA59dD06f2b425ace40b492Fe
  11/23/2020, 12:59 PM
  (After fees from
  Binance. Not sure what withdraw fee is)
  11/23/2020, 1:00 PM

- Antonio (UG8GA6NGK)A

  Hey @Nasir Adaya
  11/23/2020, 1:50 PM
  transferred
  11/23/2020, 1:50 PM

- Nasir Adaya (UGGS65E13)NA

  Ty
  11/23/2020, 2:31 PM
  Do you have the TXID from Binance?
  11/23/2020, 2:33 PM

- Antonio (UG8GA6NGK)A

  Not (R) Vs.?
  11/23/2020, 2:36 PM
  Rcvd **
  11/23/2020, 2:36 PM

- Nasir Adaya (UGGS65E13)NA

  Don't think so.
  11/23/2020, 2:38 PM

- Antonio (UG8GA6NGK)A

  https://etherscan.io/tx/0xad3cd9d6bafc6a1bf89d0ed1a545accfb1cb76dc456730b1fb67747c5f0e96f0
  11/23/2020, 2:40 PM
  did you set up an account on gate.io
  11/23/2020, 2:40 PM

- Nasir Adaya (UGGS65E13)NA

  Eric asked to send there. I think he set up the gate exchange acct.
  11/23/2020, 2:41 PM

- Antonio (UG8GA6NGK)A

  Interesting he chose that
  11/23/2020, 2:43 PM
  How are things with amc2
  11/23/2020, 2:43 PM
  Also how come you decided not to transfer to curv?
  11/23/2020, 2:44 PM
  Are you flat for the month?
  11/23/2020, 2:45 PM
  And lastly, for Bixin, thoughts on potential improvements if they come back in with BTC?
  11/23/2020, 2:46 PM

- Nasir Adaya (UGGS65E13)NA

  Returns on amc2 outweighted the yield. Needed more capital on amc2 to accommodate for trend following so we didn't transfer to Curve.
  11/23/2020, 2:46 PM
  Also thought we would be using fund unallocated capital.
  11/23/2020, 2:46 PM

- Antonio (UG8GA6NGK)A

  The ones asking for managed accounts are asking for monthly settlements with the guaranteed yield so may not be a good fit
  11/23/2020, 2:47 PM
  Ah ok
  11/23/2020, 2:47 PM
  Got it
  11/23/2020, 2:47 PM
  Ya the yield is not that interesting

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

11/23/2020, 2:48 PM
It's alright to balance things out
11/23/2020, 2:48 PM

- Nasir Adaya (UGGS65E13)NA

amc2 = 38.5%+ this month. generated over 3.3m in PnL.
11/23/2020, 2:48 PM

- Antonio (UG8GA6NGK)A

But not as a main strat like 1st 3 months
11/23/2020, 2:48 PM

- Nasir Adaya (UGGS65E13)NA

What are the allocations right now?
11/23/2020, 2:48 PM

- Antonio (UG8GA6NGK)A

About equally distributed...you and Max at higher allocations
11/23/2020, 2:50 PM
Hmmm I'll have to recheck, I don't see amc2 that high for Nov
11/23/2020, 2:50 PM

- Nasir Adaya (UGGS65E13)NA

ETH rallied significantly the last few days.
11/23/2020, 2:51 PM
60%+ of the strategy was in ETH
11/23/2020, 2:51 PM

- Antonio (UG8GA6NGK)A

Ya it did
11/23/2020, 2:52 PM

- Nasir Adaya (UGGS65E13)NA

What do you have as the return?
11/23/2020, 2:52 PM

- Antonio (UG8GA6NGK)A

Ok...makes sense, I looked at individual strat levels on wed
11/23/2020, 2:52 PM

- Nasir Adaya (UGGS65E13)NA

Yeah it was a long way from Wed til now.
11/23/2020, 2:52 PM
What is outlook on when we get distributions btw? Was doing some reflecting and I am genuinely not happy with VQR.
11/23/2020, 2:54 PM
I do not have confidence the firm can be successful.
11/23/2020, 2:55 PM

- Antonio (UG8GA6NGK)A

you don't have confidence that it can be successful due to the distributions situation
11/23/2020, 2:55 PM
or other aspects
11/23/2020, 2:55 PM

- Nasir Adaya (UGGS65E13)NA

Most aspects.
11/23/2020, 2:56 PM
Lack of progress with technology, mixed communication, not being paid for prop/hedge fund, lack of fundraising.
11/23/2020, 2:56 PM
Essentially every aspect of the firm.
11/23/2020, 2:56 PM

- Antonio (UG8GA6NGK)A

Stef mentioned that you've been sharing issues/concerns you have with VQR etc
11/23/2020, 2:56 PM

- Nasir Adaya (UGGS65E13)NA

Yes.
11/23/2020, 2:56 PM

- Antonio (UG8GA6NGK)A

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

ya man, don't forget with tech, where most firms will have a team working on tech, we have 1 F*@£$ guy
11/23/2020, 2:57 PM
1 guy
11/23/2020, 2:57 PM

- Nasir Adaya (UGGS65E13)NA

Yes.
11/23/2020, 2:57 PM

- Antonio (UG8GA6NGK)A

building the entire trading architecture
11/23/2020, 2:57 PM
not a team of engineers who have failed to deliver
11/23/2020, 2:57 PM
1 guy who is trying to balance building an entire platform...unheard of
11/23/2020, 2:57 PM
we should hop on a call later today and discuss...
11/23/2020, 2:58 PM
would be great to hear all of your thoughts
11/23/2020, 2:58 PM
and how some can be addressed and others may not be
11/23/2020, 2:59 PM

- Nasir Adaya (UGGS65E13)NA

Sure can do now or later.
11/23/2020, 2:59 PM

- Antonio (UG8GA6NGK)A

ya let's talk today
11/23/2020, 3:50 PM

- Nasir Adaya (UGGS65E13)NA

What was their feedback on the methodology?
11/23/2020, 4:19 PM
What are the implications?
11/23/2020, 4:19 PM

- Antonio (UG8GA6NGK)A

oh, not related to what you and Rohan worked on
11/23/2020, 4:20 PM
it's more that they received samples of what the accounting for Defi
11/23/2020, 4:20 PM
looks Ike
11/23/2020, 4:20 PM
like
11/23/2020, 4:20 PM
and they are concerned that if we don't go into all layers related to each defi transaction that it may not comply with accounting audit standards
11/23/2020, 4:21 PM
I don't believe that makes sense and I expressed to them...so will be working on getting the on board in using a reconciliation methodology that they can sign off on...
11/23/2020, 4:22 PM
I'll know by end of week
11/23/2020, 4:22 PM

- Nasir Adaya (UGGS65E13)NA

Ok got it.
11/23/2020, 4:23 PM
Makes sense.
11/23/2020, 4:23 PM

- Antonio (UG8GA6NGK)A

Hey @Nasir Adaya
11/23/2020, 4:55 PM
re your monad message
11/23/2020, 4:55 PM
did Stef tell you that that is what is happening?
11/23/2020, 4:56 PM

- Nasir Adaya (UGGS65E13)NA

Yes, he said that he has approved the capital xfer for MONAD and isn't sure if he needs to sign off on it. Said for you to ping him.