# EXHIBIT B

## Direct message Nasir Adaya and Warren Pfeffer - 2020-04-01 (UTC)

Private 4/1/2020, 6:48 PM
Nasir Adaya and Warren Pfeffer

- Nasir Adaya (UGGS65E13)NA

  Can we add this to telegram collector: https://t.me/wazirx
  4/1/2020, 6:48 PM
  WazirX - now global :earth_africa:
  The official announcement channel of WazirX - Building India's most trusted cryptocurrency exchange

- Warren Pfeffer (UNESGE199)WP

  I added this but when I brought up the server it failed with this message: for handler handshake
  mining of URI https://t.me/handshakemining. ValueError: No user has "handshakemining" as username
  So I removed handshakemining and everything is fine now, I assume handshake mining channel was terminated?
  4/1/2020, 8:53 PM