# EXHIBIT C

# Direct message Nasir Adaya and Warren Pfeffer - 2020-02-18 (UTC)

Private 2/18/2020, 2:36 PM
Nasir Adaya and Warren Pfeffer

- Nasir Adaya (UGGS65E13)NA

  Just want to make sure we have this also right?
  2/18/2020, 2:36 PM
  https://t.me/hns_tech
  2/18/2020, 2:36 PM
  Handshake Dev Chat
  Public room for devs to talk about the Handshake protocol
  https://t.me/handshakemining
  2/18/2020, 2:36 PM
  HandyMiner Support :snake::pick:
  Support for those mining Handshake using HandyMiner CLI. Rules: HNSPool/HandyMiner Mining setup and pool mining discussion only. Stay on topic or be ❌. No ASIC or FPGA talk:speaking*head*in*silhouette*:↩ :round*pushpin:Repeat troublemakers will be removed for an indeterminate amount of time. 📌
  https://t.me/sixblock
  2/18/2020, 2:37 PM
  6block Pool
  6block a pool by miners for miners (͡° ͜ʖ ͡°)

- Warren Pfeffer (UNESGE199)WP

  Attached are the feeds we are currently handling. The hns_tech and sixblock were not previously known to me. I will add them.
  egrep -e "hns|handshake|sixblock" ~/prodfeeds.txt
  handshake_hns| https://t.me/handshake_hns
  handshakemining" target="_blank"> https://t.me/handshakemining
  2/18/2020, 2:52 PM
  prodfeeds.txt (FU5AU8XA9)2/18/2020, 2:52 PM
  In regards to InfluxDB. My plan was to work with Xiao today to cutover all clients to the new server and then get the new backup server running. I will wok on this with him when he gets in
  2/18/2020, 2:54 PM
  OK hns_tech and sixblock data is now being collected
  2/18/2020, 3:18 PM

- Nasir Adaya (UGGS65E13)NA

  Sounds good.
  2/18/2020, 3:37 PM
  Thanks Warren.
  2/18/2020, 3:37 PM