# EXHIBIT E

```
{
"feeds": [
"Breadforthepeople",
"INJtrading",
"CoreVault",
"Aelf",
"DollarProtocol",
"Bancor",
"SynLev",
"Perlin",
"BandProtocol",
"BandProtocol",
"Tellor",
"Synthetix",
"DyDx",
"CreamFinance",
"Aave",
"NexusMutual",
"Loopring",
"Kyber",
"Balancer",
"Reserve",
"NestProtocol",
"Augur",
"STAKE",
"SuperRare",
"Waifu",
"Bella",
"EminenceFinance",
"LobsterDAO",
"BasedMoney",
"DFIFinance",
"YearnFinance",
"SushiSwap",
"CurveFinance",
"ShashimiSwap",
"YamFinance",
"DODOOfficialCommunity",
"DuneFriends",
"BancorDevelopers",
"InjectiveProtocol",
"AirSwap",
"BittrexGlobalEnglish",
"CryptoInsidersLobby",
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    SECVQIN-RECEIVERSHIP 0015522

```
"dforcenet",
"just_defi",
"handshaketalk",
"WazirX",
"HandShakeHNSRU",
"DecentralizedOTC",
"hns_tech",
"sixblock",
"UnofficialCosmosPriceSpeculation",
"MakerDAO",
"amoveo",
"kaboomracks",
"NervosNetwork",
"FTX_Official",
"solanaio",
"GrinFans",
"Athereum",
"handshake_hns",
"TheBootTADiscussion",
"WolfCryptoAnnounce",
"joininjective",
"dfinity",
"hashgraph",
"cosmosproject",
"tezosplatform",
"EOSproject",
"bitcoincashfork",
"Ripple",
"chainlinkofficial",
"qtumofficial",
"bitfinex",
"PoloniexAnnouncements",
"bakkt",
"chiliz_io",
"BeamNews",
"pivxnews",
"nknorg",
"moedaproject",
"biboxglobal",
"AAAAAEHzByog3h1qutnjhQ",
"NexusOfficial",
"FunFair_Official",
"fantom_english",
"RCNchat",
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

```
"tomochain",
"IGNIS_CommunityFirst",
"NXTCommunity",
"ArkEcosystem",
"nebulasofficial",
"nebulasen",
"FactomFCT",
"thunder_official",
"renproject",
"Nulsio",
"huobiglobalofficial",
"perlin",
"algorand",
"OrchidOfficial",
"nakamotocom"
]
}
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER				SECVQIN-RECEIVERSHIP 0015524