# EXHIBIT F

## Direct message Antonio and Nasir Adaya - 2020-08-19 (UTC)

Private 8/19/2020, 3:33 AM
Antonio and Nasir Adaya

- Antonio (UG8GA6NGK)A

  Started a call.
  8/19/2020, 3:33 AM

- Nasir Adaya (UGGS65E13)NA

  Hi Antonio. For the managed accounts (with Bixin or anyone else), since these are outside of the VQR main fund, I want to make sure I have in writing that I am receiving at least 50% of the performance fee, which is 20% of the trading PnL quarterly. Let me know when you can get that to me. I am very concerned about VQR paying me for my work after prop has been gutted, so I want to close out the prop payment and get the managed account details in writing. amc2_prop was running on Huobi vpfa0002 from March 7, 2019 to October 31, 2019. Let me know if you can run PPMS on those dates, then we can compare numbers (and reinvestment of my payouts since I never took a distribution historically etc). @Antonio
  8/19/2020, 3:01 PM
  Can you also send me the details surrounding the Bixin agreement? The ones that were signed etc. Just for my records.
  8/19/2020, 3:03 PM

- Antonio (UG8GA6NGK)A

  Yo!
  8/19/2020, 4:30 PM
  will address above later
  8/19/2020, 4:30 PM
  right now
  8/19/2020, 4:30 PM

- Nasir Adaya (UGGS65E13)NA

  Ok thank you.
  8/19/2020, 4:30 PM

- Antonio (UG8GA6NGK)A

  am on a call w/Stef
  8/19/2020, 4:30 PM
  and guess what he wants
  8/19/2020, 4:30 PM
  the rest of prop...
  8/19/2020, 4:30 PM
  says he will put it back in Oct
  8/19/2020, 4:30 PM

- Nasir Adaya (UGGS65E13)NA

  Should we just hop on a call altogether?
  8/19/2020, 4:30 PM
  I am seriously concerned about the firm.
  8/19/2020, 4:30 PM

- Antonio (UG8GA6NGK)A

  so fyi...
  8/19/2020, 4:31 PM
  well it has nothing to do w/the firm as in VQR, it's more his prop capital and what we use for testing
  8/19/2020, 4:31 PM

- Nasir Adaya (UGGS65E13)NA

  Yes it does - it ruins the confidence I have in the firm's viability if prop is gone and Stef doesn't have capital committed.
  8/19/2020, 4:32 PM

- Antonio (UG8GA6NGK)A

  I mean he's committed as far as ops and the viability
  8/19/2020, 4:33 PM
  of VQR
  8/19/2020, 4:33 PM

- Nasir Adaya (UGGS65E13)NA

  I no longer believe any of the Sigma nonsense.
  8/19/2020, 4:33 PM

- Antonio (UG8GA6NGK)A

  lol

8/19/2020, 4:33 PM
don't tell him that
8/19/2020, 4:33 PM
no emotions...
8/19/2020, 4:33 PM

- Nasir Adaya (UGGS65E13)NA

  I am worried that I won't get paid for prop tbh.
  8/19/2020, 4:33 PM

- Antonio (UG8GA6NGK)A

  business...matter of fact
  8/19/2020, 4:33 PM
  ok
  8/19/2020, 4:33 PM

- Nasir Adaya (UGGS65E13)NA

  which is significant. 300k+
  8/19/2020, 4:33 PM

- Antonio (UG8GA6NGK)A

  i agree re the pay out
  8/19/2020, 4:33 PM
  he committed to me and Carey
  8/19/2020, 4:33 PM
  that he has the liquidity to provide for that
  8/19/2020, 4:33 PM
  sincce I asked Carey
  8/19/2020, 4:33 PM
  to accrue for approx
  8/19/2020, 4:33 PM
  $400k for you
  8/19/2020, 4:34 PM
  so Carey
  8/19/2020, 4:34 PM

- Nasir Adaya (UGGS65E13)NA

  Ok that makes sense.
  8/19/2020, 4:34 PM

- Antonio (UG8GA6NGK)A

  being the ex Jump pitbull
  8/19/2020, 4:34 PM
  went to stef and said when is the capital coming in
  8/19/2020, 4:34 PM
  and is on Stef on it as well as ops related capital
  8/19/2020, 4:34 PM

- Nasir Adaya (UGGS65E13)NA

  Ok got it.
  8/19/2020, 4:34 PM

- Antonio (UG8GA6NGK)A

  let's hop on a quick call w/Stef though...
  8/19/2020, 4:35 PM
  can you unwind any open positions in all accounts on binance and huobi
  8/19/2020, 5:17 PM
  and i'll go on and sweep across when you're ready
  8/19/2020, 5:17 PM

- Nasir Adaya (UGGS65E13)NA

  OK will do. Will let you know.
  8/19/2020, 5:22 PM

- Antonio (UG8GA6NGK)A

  cool...
  8/19/2020, 6:20 PM
  Stef will likely start pinging me soon
  8/19/2020, 6:20 PM
  he was asking for it to hit his account before 3
  8/19/2020, 6:20 PM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

SECVQIN-RECEIVERSHIP 0015086

he's probably trying to otc it and wire it out somewhere
8/19/2020, 6:20 PM

- Nasir Adaya (UGGS65E13)NA

    Ok everything is liquidating.
    8/19/2020, 6:25 PM
    In the process.
    8/19/2020, 6:25 PM

- Antonio (UG8GA6NGK)A

    thx mate
    8/19/2020, 6:48 PM
    Hey @Nasir Adaya
    8/19/2020, 8:13 PM
    how are you doing with the trades?
    8/19/2020, 8:14 PM

- Nasir Adaya (UGGS65E13)NA

    Should be done in around 1 hr.
    8/19/2020, 8:24 PM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER