# EXHIBIT G

## Private channel #monad-decibel-mining - 2020-11-13 (UTC)

Private 11/13/2020, 3:38 PM
Stefan Qin

- Stefan Qin (UGQH0NK62)SQ

  Hi Nasir - so the way it will work is the 25% payout to you is after all expenses in VQR mining labs. the 50% to VQR will be classified as an expense. VML has incentive to discontinue the relationship with VQR as fast as possible, if able to.

  The original justification for 25%, is that this is the usual performance fee on VC projects. Does not apply to revenue, just perf incentive.

  As for VPFM - we will have to net out all performance in the same portfolio - this will include bixin, etc. but will share more once we have the accounting updates.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
SECVQIN-RECEIVERSHIP 0015223