# EXHIBIT J

| Date | Type | | Asset | Amount | From | To | Status | |
|---|---|---|---|---|---|---|---|---|
| 2021-11-27 20:44 | Withdraw | -- | USDT | 1999000 | 0x023...36DD0 | 0x5aea...0ceb51 | Completed | > |
| 2021-11-27 20:38 | Withdraw | -- | USDT | 2000000 | 0x023...36DD0 | 0x1b65...3aac08 | Completed | > |
| 2021-11-27 20:33 | Withdraw | -- | USDT | 999000 | 0x023...36DD0 | 0x7d94...95eb7a | Completed | > |
| 2021-11-27 20:27 | Withdraw | -- | USDT | 1000 | 0x023...36DD0 | 0x84db...d325cb | Completed | > |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER