# EXHIBIT K

**Transaction Details** ‹ ›   Buy ⌄   Exchange ⌄   Play ⌄   Gaming ⌄

Sponsored: ⓜ **METAWIN**: The First Web3 Casino. Instant Payments, Instant Play. No Registration Required. **Play NOW**

**Overview**   Logs (1)   State   Comments   More ⌄

⑦ **Transaction Hash:**
0xa46581e02e5dfa2b03adda5faa5f3f047bd1d4616485ac448b5ce27fdb023327

⑦ **Status:** ✅ Success

⑦ **Block:**
✅ 13997418   4131498 Block Confirmations

⑦ **Timestamp:**
🕒 608 days 4 hrs ago (Jan-13-2022 01:27:26 PM +UTC)

⚡ **Transaction Action:**
▸ Transfer 1,999,888.580571 💎 USDT To 0x9364d4...2148f564

⑦ **Sponsored:**

Ad removed.
**Show details**

⑦ **From:**
0x2FAF487A4414Fe77e2327F0bf4AE2a264a776AD2 (FTX Exchange)

⑦ **Interacted With (To):**
📄 0xdAC17F958D2ee523a2206206994597C13D831ec7 (Tether: USDT Stablecoin) ✅

⑦ **ERC-20 Tokens Transferred:**
▸ From FTX Exchange To 0x9364d4...2148f564 For 1,999,888.580571   $1,992,632.98
💎 Tether USD... (USDT...)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                       SECvQ_NA_000182

⑦ Value:

♦ 0 ETH ($0.00)

⑦ Transaction Fee:

0.007847924325719282 ETH   $12.60

⑦ Gas Price:

170.115195754 Gwei (0.000000170115195754 ETH)

⑦ Ether Price:

$3,242.26 / ETH

⑦ Gas Limit & Usage by Txn:

73,359  |  46,133 (62.89%)

⑦ Gas Fees:

Base: 156.51484048 Gwei  |  Max: 1,000 Gwei  |  Max Priority: 13.600355274 Gwei

⑦ Burnt & Txn Savings Fees:

🔥 Burnt: 0.00722049913586384 ETH ($11.59)    🐷 Txn Savings: 0.038285075674280718 ETH ($61.46)

⑦ Other Attributes:

Txn Type: 2 (EIP-1559)    Nonce: 2995408    Position In Block: 75

⑦ Input Data:

```
Function: transfer(address _to, uint256 _value)

MethodID: 0xa9059cbb
[0]:  0000000000000000000000009364d4046d90675d7df123136ca7d8a12148f564
[1]:  00000000000000000000000000000000000000000000000000000001d1a2a5ffdb
```

View Input As ∨    🐶 Decode Input Data    ⚡ Advanced Filter

More Details:                                                                — Click to show less

⑦ Private Note:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                SECvQ_NA_000183

To access the **Private Note** feature, you must be Logged In

💡 A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our **Knowledge Base**.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                   SECvQ_NA_000184