# EXHIBIT L



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SECvQ_NA_000178