# EXHIBIT A

## Direct message Antonio and Max Bodoia - 2020-10-19 (UTC)

Private 10/19/2020, 1:25 PM
Antonio and Max Bodoia

- Antonio (UG8GA6NGK)A

  Good morn @Max Bodoia
  10/19/2020, 1:25 PM
  let me know when you are online
  10/19/2020, 1:25 PM

- Max Bodoia (UGDH4TLFQ)MB

  @Antonio online now
  10/19/2020, 1:34 PM

- Antonio (UG8GA6NGK)A

  Hey mate...
  10/19/2020, 1:34 PM
  a couple of things
  10/19/2020, 1:34 PM

- Max Bodoia (UGDH4TLFQ)MB

  okay
  10/19/2020, 1:35 PM
  fyi i have a call at 7 and need to leave for the airport at 8
  10/19/2020, 1:35 PM
  so may not be able to cover everything now
  10/19/2020, 1:35 PM

- Antonio (UG8GA6NGK)A

  ☐ where are you headed?
  10/19/2020, 1:36 PM

- Max Bodoia (UGDH4TLFQ)MB

  going down to LA but not for long
  10/19/2020, 1:36 PM

- Antonio (UG8GA6NGK)A

  vqr call or personal?
  10/19/2020, 1:36 PM
  ok
  10/19/2020, 1:36 PM
  no worries
  10/19/2020, 1:37 PM
  so need a confirm
  10/19/2020, 1:37 PM
  that for bixin
  10/19/2020, 1:37 PM
  you are connecting from 35.183.204.185
  10/19/2020, 1:37 PM
  need your latest dailies for sycamore and juniper
  10/19/2020, 1:37 PM
  what's the mtd for the strats
  10/19/2020, 1:37 PM

- Max Bodoia (UGDH4TLFQ)MB

  let me check both
  10/19/2020, 1:38 PM
  okay yeah that is the bixin address
  10/19/2020, 1:40 PM

- Antonio (UG8GA6NGK)A

  ok good
  10/19/2020, 1:41 PM

- Max Bodoia (UGDH4TLFQ)MB

  10/19/2020, 1:45 PM
  juniper_2m_account_values.csv (F01CVQBMMT5)10/19/2020, 1:45 PM
  sycamore_2m_account_values.csv (F01CVQBPAUB)10/19/2020, 1:45 PM
  here are the latest sycamore/juniper hourlies

10/19/2020, 1:45 PM
juniper is up 0.8% and sycamore is unfortunately down 6.1%
10/19/2020, 1:46 PM
so combined MTD is down about 2.6%
10/19/2020, 1:46 PM

- Antonio (UG8GA6NGK)A

    ok great
    10/19/2020, 1:47 PM
    what is your interpretation of the causes of the sycamore dd?
    10/19/2020, 1:48 PM

- Max Bodoia (UGDH4TLFQ)MB

    i'm not sure at the moment
    10/19/2020, 1:49 PM
    my guess is that its a combination of stagnant market (so not many reversion opportunities) and a few coins which have strongly diverged from the pack for idiosyncratic reasons (e.g. XLM this week)
    10/19/2020, 1:50 PM
    but i'll need to check the pair-by-pair returns to be sure
    10/19/2020, 1:50 PM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                              SECVQIN-RECEIVERSHIP 0015158