# EXHIBIT B

## Direct message Antonio and Max Bodoia - 2020-09-05 (UTC)

Private 9/5/2020, 2:21 AM
Antonio and Max Bodoia

- Antonio (UG8GA6NGK)A

  hey @Max Bodoia
  9/5/2020, 2:21 AM
  VPFD_BINANCE_BX_SUB_1_KEY
  9/5/2020, 2:21 AM
  for Bixin
  9/5/2020, 2:21 AM

- Max Bodoia (UGDH4TLFQ)MB

  okay great
  9/5/2020, 3:43 PM
  what is the status of the new capital for juniper/sycamore?
  9/5/2020, 3:43 PM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                SECVQIN-RECEIVERSHIP 0015119