# EXHIBIT C

## Direct message Antonio and Max Bodoia - 2020-11-02 (UTC)

Private 11/2/2020, 5:24 PM
Antonio and Max Bodoia

- Antonio (UG8GA6NGK)A

  Started a call.
  11/2/2020, 5:24 PM
- Max Bodoia (UGDH4TLFQ)MB

  okay finished closing out huobi bixin positions
  11/2/2020, 6:10 PM
  there is now 49.56530919 BTC in the main margin account
  11/2/2020, 6:11 PM
  so they can move that to the new binance account whenever they are ready
  11/2/2020, 6:11 PM
  let me know when you're ready to do 2FA
  11/2/2020, 6:16 PM
  @Antonio
  11/2/2020, 6:16 PM
  for the VPFB accounts
  11/2/2020, 6:16 PM
- Antonio (UG8GA6NGK)A

  5 mins
  11/2/2020, 6:16 PM
  @Max Bodoia
  11/2/2020, 6:28 PM
  ready
  11/2/2020, 6:28 PM
- Max Bodoia (UGDH4TLFQ)MB

  okay we'll do trading001 first
  11/2/2020, 6:29 PM
  ready when you are
  11/2/2020, 6:30 PM
- Antonio (UG8GA6NGK)A

  734730
  11/2/2020, 6:31 PM
  893753
  11/2/2020, 6:31 PM
- Max Bodoia (UGDH4TLFQ)MB

  okay i'm in
  11/2/2020, 6:31 PM
- Antonio (UG8GA6NGK)A

  ok great
  11/2/2020, 6:31 PM
  let me know when done
  11/2/2020, 6:32 PM
  and will transfer out
  11/2/2020, 6:32 PM
- Max Bodoia (UGDH4TLFQ)MB

  do we have two binance VPFB subaccounts ready?
  11/2/2020, 6:43 PM
  also btw we will just transfer it all out in USDT
  11/2/2020, 6:43 PM
  for most assets we are in net short positions
  11/2/2020, 6:44 PM
  so we can't do in kind transfers, we have to just close out
  11/2/2020, 6:44 PM
- Antonio (UG8GA6NGK)A

  ok
  11/2/2020, 6:48 PM
  I will snapshot the account
  11/2/2020, 6:48 PM

and transfer in whatever assets positions we have
11/2/2020, 6:48 PM
we already have one vpfb account
11/2/2020, 6:48 PM
I was only going to create a 2nd
11/2/2020, 6:48 PM
or we can create 2 new ones
11/2/2020, 6:49 PM

- Max Bodoia (UGDH4TLFQ)MB

no you can just create a second one, that's fine
11/2/2020, 7:04 PM
okay done with trading001
11/2/2020, 7:08 PM
everything has been converted to USDT and moved to the main spot account
11/2/2020, 7:08 PM
so you can transfer that to the first binance account now
11/2/2020, 7:08 PM

- Antonio (UG8GA6NGK)A

ok great
11/2/2020, 7:08 PM
let me know when ready for trading002
11/2/2020, 7:08 PM

- Max Bodoia (UGDH4TLFQ)MB

ready
11/2/2020, 7:09 PM

- Antonio (UG8GA6NGK)A

707119
11/2/2020, 7:09 PM

- Max Bodoia (UGDH4TLFQ)MB

okay got it
11/2/2020, 7:09 PM
this is unrelated to the operational work for today
11/2/2020, 7:35 PM

- Antonio (UG8GA6NGK)A

ya
11/2/2020, 7:35 PM

- Max Bodoia (UGDH4TLFQ)MB

but given that there seems to be some turmoil among the asian exchanges, we may want to start looking at US-based exchanges again
11/2/2020, 7:36 PM

- Antonio (UG8GA6NGK)A

yup...exactly my discussion w/Carey earlier re balancing risk
11/2/2020, 7:36 PM

- Max Bodoia (UGDH4TLFQ)MB

the problem with the US exchanges is that they are less liquid
11/2/2020, 7:36 PM

- Antonio (UG8GA6NGK)A

I know
11/2/2020, 7:36 PM

- Max Bodoia (UGDH4TLFQ)MB

so we need to be more careful about execution
11/2/2020, 7:37 PM

- Antonio (UG8GA6NGK)A

but need to spread out risk
11/2/2020, 7:37 PM
and we can balance out the liquidity aspect
11/2/2020, 7:37 PM

- Max Bodoia (UGDH4TLFQ)MB

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    SECVQIN-RECEIVERSHIP 0015198

but i think we can work around the liquidity issues as long as we build that into our strategies explicitly
11/2/2020, 7:37 PM

- Antonio (UG8GA6NGK)A

versus the current concentration posture
11/2/2020, 7:37 PM
which is getting higher
11/2/2020, 7:37 PM

- Max Bodoia (UGDH4TLFQ)MB

do we have any historical orderbook data for kraken/coinbase that is more fine-grained than the kaiko data?
11/2/2020, 7:38 PM
as in, more frequent snapshots than once per minute
11/2/2020, 7:38 PM

- Antonio (UG8GA6NGK)A

I'll check
11/2/2020, 7:38 PM

- Max Bodoia (UGDH4TLFQ)MB

if not, we should think about buying some
11/2/2020, 7:38 PM

- Antonio (UG8GA6NGK)A

not this evening though...tmrrw
11/2/2020, 7:38 PM

- Max Bodoia (UGDH4TLFQ)MB

okay yeah no rush
11/2/2020, 7:38 PM
i know we previously discussed cryptotick.com since i had heard they have good orderbook data
11/2/2020, 7:39 PM
but if you know any other providers we could get a sample from, we should consider them as well
11/2/2020, 7:39 PM
i think it's something that would be generally useful to have, and even more so if it looks like there is increased exchange risk with the asian exchanges
11/2/2020, 7:40 PM
also i just finished closing out margin positions for trading002
11/2/2020, 7:50 PM
so that is also ready to be moved to binance whenever you get a chance
11/2/2020, 7:50 PM
i actually did end up leaving our long positions in BTC, ETH, BCH and LTC since they were nontrivial
11/2/2020, 7:51 PM
so we'll want to do those in kind plus the 1.18mm USDT
11/2/2020, 7:51 PM

- Antonio (UG8GA6NGK)A

ya...in kind not a prob
11/2/2020, 7:52 PM
@Max Bodoia
11/2/2020, 11:29 PM
VPFD_FTX_MF_SUB_2_KEY
11/2/2020, 11:29 PM

- Max Bodoia (UGDH4TLFQ)MB

awesome!
11/2/2020, 11:30 PM
can you also add the login to lastpass so i can use the web gui?
11/2/2020, 11:30 PM

- Antonio (UG8GA6NGK)A

ah ok...will need to set that up
11/2/2020, 11:31 PM

- Max Bodoia (UGDH4TLFQ)MB

okay cool, thanks
11/2/2020, 11:32 PM

- Antonio (UG8GA6NGK)A

custom login in lp
11/2/2020, 11:39 PM

- Max Bodoia (UGDH4TLFQ)MB

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

SECVQIN-RECEIVERSHIP 0015199


11/2/2020, 11:42 PM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    SECVQIN-RECEIVERSHIP 0015200