**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Case No.: 20-cv-10849 (JGLC) |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF**
**RESPONDENTS OPPOSITION TO RECEIVER'S**
**MOTION TO COMPEL TURNOVER OF ASSETS**

Third-parties Respondents Nasir Adaya and Phuong Nguyen, by and through their undersigned counsel, hereby request that the Court take judicial notice pursuant to Federal Rule of Evidence 201(b)(2) and (c)(2) of the following records:

1. Attached as **Exhibit A** is a true and correct copy of the Order Appointing Receiver, Freezing Defendants' Assets, and Ordering Other Ancillary Relief, *SEC v. Global Online Direct, Inc.*, No. 1:07-CV-0767-WSD, ECF No. 12 (N.D. Ga. June 4, 2007).

2. Attached as **Exhibit B** is a true and correct copy of the Order Appointing Receiver, *Citizens Bank v. JES Global Capital, L.P.*, No. 9:21-cv-080815-AMC, ECF No. 28 (S.D. Fla. May 14, 2021).

3. Attached as **Exhibit C** is a true and correct copy of the Amended Order Appointing a Temporary Receiver, *CFTC v. Peregrine Finan. Grp., Inc.*, No. 1:12-cv-05383, ECF No. 28 (N.D. Ill. Jul. 17, 2012).

The above-listed records are orders entered in cases in the Northern District of Georgia, the Southern District of Florida, and the Northern District of Illinois. They were accessed and downloaded from the federal courts PACER (Public Access to Court Electronic Records) system and their accuracy thus "cannot reasonably be questioned." Fed. Rul. Evid. 201(b)(2). *See Press v. Primavera*, No. 1:21-CV-10971 (JLR), 2023 WL 4978099, at *3–4 (S.D.N.Y. Aug. 3, 2023) ("Courts in this District routinely take judicial notice . . . . of public filings like this, including filings made on court dockets."; *citing Staehr v. Hartford Fin. Servs. Grp., Inc.*, 547 F.3d 406, 425 (2d Cir. 2008)).

Dated: October 27, 2023

*[signature: Gary Kaplan]*

Gary M. Kaplan (Cal. Bar No. 155530)
*Admitted Pro Hac Vice*
Aviva J.B. Gilbert (Cal. Bar No. 300091)
*Admitted Pro Hac Vice*
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Emails: gkaplan@fbm.com; agilbert@fbm.com