**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>    vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>               Defendants. | Case No.: 20-cv-10849 (JGLC)<br><br><br>**ORDER GRANTING WITHDRAWAL OF APPEARANCE OF LAUREN P. LYSTER** |

In accordance with Local Civil Rule 1.4, and upon consideration of the declaration of Lauren P. Lyster of Baker & Hostetler LLP, *see* ECF No. 330, Lauren P. Lyster is hereby withdrawn as counsel for Receiver Robert A. Musiala, Jr.

**SO ORDERED.**

*Jessica Clarke*

JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE

Dated: November 12, 2024
      New York, New York