UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISION<br><br>        Plaintiff,<br><br>  -against-<br><br>STEFAN QIN, et al.,<br><br>        Defendants. | 20-CV-10849 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  In October and November 2024, several investors sent emails to the Court regarding the pending claims procedures motion (ECF No. 302). On December 6, 2024, the Court appointed Receiver, Robert A. Musiala, Jr., notified the Court by electronic mail that he had responded to these emails by letter on December 5, 2024. The Receiver's email correspondence with the Court enclosed a copy of his reply letter along with copies of the investor emails. IT IS HEREBY ORDERED that the Receiver shall publicly file the December 6 email to the Court, his December 5, 2024 response letter, and all the related investor emails on the docket no later than **December 20, 2024.**

Dated: December 18, 2024
    New York, New York

                     SO ORDERED.

                     *Jessica Clarke*

                     JESSICA G. L. CLARKE
                     United States District Judge