UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>    vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>               Defendants. | Case No.: 20-cv-10849 (JGLC) |

### [PROPOSED] ORDER GRANTING RECEIVER'S EXPEDITED MOTION TO RETAIN COUNSEL AND INSTITUTE CERTAIN LEGAL ACTIONS

**WHEREAS** this matter has come before the Court upon motion of the Court-appointed receiver, Robert A. Musiala, Jr. ("Receiver"), seeking an order to approve Receiver's Expedited Motion to Retain Counsel and Institute Certain Legal Actions ("Motion");

**WHEREAS** Plaintiff consents to the relief requested in the Motion;

**WHEREAS** the Court finds that based on the record in these proceedings and the consent of Plaintiff, the Receiver's retention of the Law Office of Dennis O. Cohen PLLC ("Cohen Law") and initiation of certain legal actions are necessary and essential to enable the Receiver to execute faithfully his duties herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED; and

2. The Receiver is authorized to retain Cohen Law to serve as contingency counsel on the terms and for the purposes provided in the Motion.

3. The Receiver, through Cohen Law, is authorized to institute the legal actions as provided in the Motion; and

4. The Court retains jurisdiction to enforce and implement the terms and provisions of this order.

Dated:  December 23, 2024
        New York, New York

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE

The Clerk of Court is respectfully directed to terminate ECF No. 333.

SO ORDERED.