UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>Defendants. | Case No.: 20-cv-10849 (JGLC)<br><br>PROPOSED ORDER GRANTING WITHDRAWAL OF APPEARANCE OF TERESA GOODY GUILLÉN |

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration of Teresa Goody Guillén, of Baker & Hostetler LLP, Teresa Goody Guillén is hereby withdrawn as counsel for Receiver Robert A. Musiala, Jr.

**SO ORDERED.**

_____
JESSICA G.L. CLARKE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>        vs.<br><br>STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC,<br><br>                    Defendants. | Case No.: 20-cv-10849 (JGLC)<br><br><br><br>**DECLARATION OF TERESA GOODY GUILLÉN** |

I, Teresa Goody Guillén, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner with the law firm of Baker & Hostetler LLP, attorneys for Receiver Robert A. Musiala, Jr. admitted to practice in this court *pro hac vice*, and I respectfully submit this Declaration in support of the Proposed Order Granting Withdrawal of Appearance of Teresa Goody Guillén.

2. Receiver Robert A. Musiala, Jr. has been informed of my withdrawal as counsel, and he does not oppose the withdrawal.

3. Marco Molina, John J. Carney, Joanna F. Wasick, and Jimmy Fokas, partners at Baker & Hostetler LLP, have appeared in this action (ECF Nos. 32, 86, 218, 355) and will continue to represent Receiver Robert A. Musiala, Jr. in this action. I am no longer representing Receiver Robert A. Musiala, Jr. in this action.

4. I am not asserting a retaining or charging lien in this action.

Respectfully submitted,

*/s/ Teresa Goody Guillén*
BAKER & HOSTETLER LLP
Teresa Goody Guillén