**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

    vs.

STEFAN QIN, VIRGIL TECHNOLOGIES
LLC, MONTGOMERY TECHNOLOGIES
LLC, VIRGIL QUANTITATIVE
RESEARCH, LLC, VIRGIL CAPITAL LLC,
and VQR PARTNERS LLC,

              Defendants.

Case No.: 20-cv-10849 (JGLC)

~~PROPOSED~~ **ORDER GRANTING**
**WITHDRAWAL OF APPEARANCE**
**OF TERESA GOODY GUILLÉN**

In accordance with Local Civil Rule 1.4, and upon consideration of the ~~annexed~~ declaration of Teresa Goody Guillén, of Baker & Hostetler LLP, Teresa Goody Guillén is hereby withdrawn as counsel for Receiver Robert A. Musiala, Jr.

**SO ORDERED.**

*Jessica Clarke*
_____

JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE

Dated: December 30, 2025
      New York, New York