**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Plaintiff, vs. STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC, Defendants. | Case No.: 20-cv-10849 (JGLC) |

**DECLARATION OF JIMMY FOKAS IN SUPPORT OF
RECEIVER'S  MOTION TO APPROVE THE DISTRIBUTION PLAN, DISTRIBUTION
PROCEDURES, AND INITIAL DISTRIBUTION**

Jimmy Fokas, pursuant to 28 U.S.C.§ 1746, declares the following:

1.      I am a Partner at the law firm Baker & Hostetler, LLP, counsel to the Receiver, Robert A. Musiala, Jr. ("Receiver"), in the above-captioned matter, and a member in good standing of the bar of the State of New York. I submit this Declaration in support of the Receiver's Motion to Approve the Distribution Plan, Distribution Procedures, and Initial Distribution ("Motion").

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Receiver's Distribution Plan with attached Schedules.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the reserved amounts proposed for each Unresolved Objection.

2

4.      Attached hereto as **Exhibit C** is a true and correct copy of a bar graph reflecting various statistics with respect to the distribution method proposed in the Receiver's Distribution Plan.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 31st day of March, 2026.

_____
Jimmy Fokas