# Exhibit C

# Rising Tide vs. Net Investment

