UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

    -against-

VIRGIL TECHNOLOGIES LLC, et al.,

                Defendants.

20-CV-10849 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

It is hereby ORDERED that all parties appear for a conference with the Court on **April 27, 2026, at 11:00 a.m**. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 1156619068#. The parties should be prepared to discuss the Motion to Affirm Claim Determinations, Deny Claims, and Overrule Objections for Claim Numbers 10072 and 10094; the Motion to Approve the Distribution Plan, Distribution Procedures, and Initial Distribution; and any objections to either motion. *See* ECF Nos. 385, 392. Additionally, any reply to the Motion to Approve the Distribution Plan, Distribution Procedures, and Initial Distribution must be filed no later than **April 24, 2026**.

The Court directs the receiver to provide notice of this hearing to claimants regarding this conference by **April 20, 2026**. Any claimant who wishes to be heard in the conference shall contact Judge Clarke's chambers at ClarkeNYSDChambers@nysd.uscourts.gov by **April 24,**

**2026**, to receive Microsoft Teams log-in credentials.

Dated:  April 2, 2026
        White Plains, New York

SO ORDERED.

_____

JESSICA G. L. CLARKE
United States District Judge