**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> STEFAN QIN, VIRGIL TECHNOLOGIES LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH, LLC, VIRGIL CAPITAL LLC, and VQR PARTNERS LLC, <br><br> Defendants. | Case No.: 20-cv-10849 (JGLC) <br><br><br> [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* |

The motion of Kaitlyn Gerber, for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the states of Massachusetts and New York; and that her contact information is as follows:

> Kaitlyn Gerber
> **DYNAMIS LLP**
> 175 Federal St., Suite 1200
> Boston, MA 02110
> Tel.: (617) 221-4196
> Email: kgerber@dynamisllp.com

Applicant having requested admission *pro hac vice* to appear as counsel for Claimant HashKey Hub Limited / HashKey Digital Asset Group Limited in the above captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 23, 2026
       White Plains, New York

_____

Jessica G.L. Clarke
United States District Judge

2