UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

        -against-

STEFAN QIN, et al.,

                Defendants.

20-CV-10849 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

For the reasons stated by the Court in the conference in this matter dated April 27, 2026, at 11:00 a.m., the Court GRANTS the Receiver's Motion to Affirm Claim Determinations, Deny Claims, and Overrule Objections for Claim Numbers 10072 and 10094; GRANTS the Receiver's Motion to Approve the Distribution Plan, Distribution Procedures, and Initial Distribution; and GRANTS Claimant HashKey Hub Limited / HashKey Digital Asset Group's ("HashKey's") Motion for Extension of Time *Nunc Pro Tunc*. ECF Nos. 385, 392, 405.

The Receiver is directed to file a revised proposed order, consistent with the Court's rulings in the conference today, that sets forth the distribution plan, distribution procedures, and initial distribution, no later than **April 29, 2026**.

The Clerk of Court is directed to terminate ECF Nos. 385, 392, and 405.

Dated:  April 27, 2026
        White Plains, New York

                      SO ORDERED.

                      *Jessica Clarke*

                      JESSICA G. L. CLARKE
                      United States District Judge